IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 05-486 (GMS) |
| v. ) | |
| ) | |
| THE TORO COMPANY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER**
**EXTENDING DEFENDANT'S TIME TO ANSWER COMPLAINT**

**WHEREAS**, in accordance with discussions between counsel for the parties, and that defendant, The Toro Company is undergoing an investigation into the facts and allegations set forth in plaintiff, Textron Innovations Inc.'s Complaint;

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties hereto, and subject to the approval of the Court, that defendant's time to answer, move or otherwise plead in response to plaintiff's Complaint is extended to August 16, 2005, inclusive.

| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Peter B. Ladig | By: /s/ Richard L. Horwitz |
| Edmond D. Johnson (#2257) | Richard L. Horwitz (#2246) |
| Peter B. Ladig (#3513) | David E. Moore (#3983) |
| 222 Delaware Ave. | Hercules Plaza |
| Suite 900 | 1313 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 951 |
| (302) 655-5000 | Wilmington, DE 19801 |
| | (302) 984-6027 |
| *Attorneys For Plaintiff* | rhorwitz@potteranderson.com |
| *Textron Innovations Inc.* | dmoore@potteranderson.com |
| | |
| | *Attorneys For Defendant* |
| | *The Toro Company* |

OF COUNSEL:

Earl D. Reiland
Thomas R. Johnson
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300


IT IS SO ORDERED this _____ day of _____, 2005.


692464