### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-486 (GMS) |
| | ) |
| THE TORO COMPANY, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT TORO'S 28 U.S.C. § 1404(a)
### MOTION TO TRANSFER VENUE TO MINNESOTA

Pursuant to 28 U.S.C. § 1404(a), Defendant The Toro Company ("Toro") hereby moves to transfer the above-captioned case from this Court to the U.S. District Court for the District of Minnesota. A proposed order is attached hereto as Exhibit A.

The motion is based on the accompanying Opening Brief Supporting Defendant Toro's 28 U.S.C. § 1404(a) Motion to Transfer Venue to Minnesota, the declarations in support of that motion, the other pleadings on file in this case, and any matter addressed and any hearing on this motion.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:   */s/ David E. Moore*

Earl D. Reiland
Thomas R. Johnson
Thomas J. Leach
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: August 16, 2005

*Attorneys for Defendant
The Toro Company*

695058

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 16, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

I hereby certify that on August 16, 2005, I have Federal Expressed the documents to the following non-registered participants:

Scott L. Robertson
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC  20006-1109

By:    */s/ David E. Moore*
       Richard L. Horwitz
       David E. Moore
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, Delaware 19899-0951
       (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

695031