**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-486 (GMS) |
| | ) |
| THE TORO COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Motion to Transfer Venue filed by Defendant The Toro Company ("Toro") in the above-captioned case and Plaintiff Textron Innovation, Inc.'s response thereto, other pleadings of file in this case, any arguments of counsel at the hearing of this matter;

It is hereby ordered this ___ day of _____, 2005, that:

1. Defendant's Motion to Transfer Venue is hereby GRANTED, and

2. The above captioned matter is hereby TRANSFERRED to the United States District Court for the District of Minnesota.

Dated: _____          BY THE COURT:


    _____
    Gregory M. Sleet
    United States District Court Judge