IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-486 (GMS) |
| | ) |
| THE TORO COMPANY, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF DEAN J. MIESELER**

OF COUNSEL:

Earl D. Reiland
Thomas R. Johnson
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

Dated: August 16, 2005

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*The Toro Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS, INC., | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 05-486 (GMS) |
| v. | ) ) | |
| THE TORO COMPANY, | ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF DEAN J. MIESELER

I, Dean J. Mieseler, declare as follows:

1. I am a private investigator in Eagan, Minnesota, doing business as Dean J. Mieseler and Associates. I have been working as a private investigator for over 16 years. Prior to that I was an FBI Agent for over 20 years.

2. My business address is 3432 Denmark Avenue No. 510, Eagan, Minnesota 55123.

3. I was hired by The Toro Company ("Toro") to investigate and determine the current addresses of the two inventors, Richard D. Bednar and Randal S. Knurr, listed on Textron, Inc.'s U.S. Patent Nos. 6,047,530; 6,336,311; and/or 6,336,312. It is my understanding that those are the patents asserted by Textron Innovations, Inc. against Toro in the above-captioned lawsuit.

4. I reviewed publicly available records from a database that compiles information from various public sources, such as, court records, real estate records, licensing records etc. The public records indicate that Richard D. Bednar's current address is 6804 N. Shorewood Hills Rd., Lake Mills, Wisconsin 53551. The records

indicate that one of his previous addresses is 203 Clarke Street, Johnson, Wisconsin 53038. I also understand that these addresses are given for Richard D. Bednar in the application for one of the patents at issue in the above captioned case.

5. These records also indicate that Randal S. Knurr's current address is 403 N. Water St., Waterford, Wisconsin 53185. I also understand that this is the address given for Randal S. Knurr in the application for one of the patents at issue in the above captioned case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 12th day of August 2005.

Dean J. Mieseler

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 16, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

I hereby certify that on August 16, 2005, I have Federal Expressed the documents to the following non-registered participants:

Scott L. Robertson
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC 20006-1109

By: /s/
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

695031