IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-486 (GMS) |
| | ) | |
| THE TORO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF THOMAS J. LEACH

OF COUNSEL:

Earl D. Reiland
Thomas R. Johnson
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

Dated: August 16, 2005

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*The Toro Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TORO COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 05-486 (GMS) |

## DECLARATION OF THOMAS J. LEACH

I, Thomas J. Leach, declare as follows:

1. My name is Thomas J. Leach. I am an associate with the law firm of Merchant & Gould P.C., which represents Defendant The Toro Company, ("Toro") in the above captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of a press release dated November 4, 2003 titled "ZANETTiS Back Bay Technologies and Textron to Provide Data Integration Solutions Full Data Integration Solutions to be Provided Best-of-Breed Technology."

3. Attached hereto as Exhibit B is a true and correct copy of an article dated February 18, 2003 titled "Textron Golf, Turf & Specialty Products Changes Name to Jacobsen."

4. Attached hereto as Exhibit C is a true and correct copy of the Complaint filed by The Toro Company against Textron, Inc. in the District of Minnesota on August 15, 2005.

5. Attached hereto as Exhibit D is a map from MapQuest showing that Tomah, Wisconsin is a 2 1/2 hours drive from The Toro Company's headquarters located in Bloomington, Minnesota

6. Attached hereto as Exhibit E is a true and correct copy of a map from MapQuest showing that Alma Wisconsin, is approximately 109 miles from the St. Paul Federal Courthouse in St. Paul, Minnesota.

7. Attached hereto as Exhibit F is a true and correct copy of the Textron, Inc. Contact Page located at http://www.textron.com/about/company/contact_us.jsp, which identifies Textron, Inc.'s World Headquarters located in Providence, Rhode Island.

8. Attached hereto as Exhibit G is a true and correct copy of a map from MapQuest showing that Lake Mills, Wisconsin is a 4 1/2 hours drive from the St. Paul, Minnesota Federal Courthouse.

9. Attached hereto as Exhibit H is a true and correct copy of a map from MapQuest showing that Waterford, Wisconsin is a 5 1/2 hours drive from the St. Paul, Minnesota Federal Courthouse.

10. Attached hereto as Exhibit I is a true and correct copy of *Brunswick Corp., v Precor Inc.*, No. 00-0691, 2000 U.S. Dist. LEXIS 22222 (D. Del. Dec. 12, 2000).

11. Attached hereto as Exhibit J is a true and correct copy of a Toro product specification sheet regarding the accused tractors.

12. Attached hereto as Exhibit K is a true and correct copy of the August 16, 2005 printout from the website of http://www.uscourts.gov/cgi-bin/cmsd2004.pl site titled "U.S. District Court - Judicial Caseload Profile" for the District of Minnesota

13. Attached hereto as Exhibit L is a true and correct copy of the August 16, 2005 printout from the website of http://www.uscourts.gov/cgi-bin/cmsd2004.pl site titled "U.S. District Court - Judicial Caseload Profile" for the District of Delaware.

14. Attached hereto as Exhibit M is a true and correct copy of *At Home Corp. v. Cox Communs, Inc.*, 2003 U.S. Dist. LEXIS 18320 (D. Del. Oct. 8, 2003).

15. Attached hereto as Exhibit N is a true and correct copy of *Original Creatine Patent Co. v. Kaizen, Inc.*, No. 02-271, 2003 U.S. Dist. LEXIS 988 (D. Del. Jan. 22, 2003).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 16th day of August 2005.

_____
Thomas J. Leach

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 16, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

I hereby certify that on August 16, 2005, I have Federal Expressed the documents to the following non-registered participants:

Scott L. Robertson
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC 20006-1109

By: /s/
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

695031