# EXHIBIT A

*Superb Companies. Superb Solutions.*

**ZANETT**
*The IT Commonwealth* ℠   NASDAQ : ZANE

Press Release 11.04.03

**ZANETTiS Back Bay Technologies and Textron to Provide Data Integration Solutions**
*Full Data Integration Solution to be Provided by Best-of-Breed Technology*

Needham, MA, November 4, 2003 -Back Bay Technologies, Inc. ("BBT"), a member of the Zanett Inc (NASDAQ : ZANE - News) IT CommonwealthTM, and Textron Innovations Inc., a subsidiary of Textron Inc (NYSE : TXT - News) today jointly announced that they have entered into an agreement under the terms of which BBT will market, sell and support Textron Innovationls Generic Adapter, originally developed for Textron by BBT to Textronls specifications. This agreement will allow customers to leverage Textronls Generic Adapter to implement cost-effective enterprise integration solutions at a fraction of the cost of using traditional EAI (Enterprise Application Integration) approaches.

The Generic Adapter is an on-demand systems integration tool that reduces the technical complexity typically associated with connecting different kinds of computer software and systems. Moreover, it enables non-technical business users to configure and control their own interfaces. By distributing the administration of the integration process and empowering end users and business analysts to perform the integration, the Generic Adapter is able to achieve significant cost savings over custom approaches requiring technical programming. Based on open standard programming languages such as JavaTM and XML running on a centralized server, the tool uses sophisticated transformation rules that can be leveraged in infinite combinations to address even the most complex business requirements.

Textron has been using the Generic Adapter internally over the past 18 months with great success and has enjoyed considerable cost savings. Phyllis Michaelides, Chief Technologist at Textron, commented, "Textron Inc is using Back Bay Technologies' services and the Generic Adapter software to cost-effectively integrate data across our disparate software systems in applications ranging from financial reporting, to materials procurement, to human resources administration. BBT and the Generic Adapter are expected to save Textron over $1.2 million dollars in integration costs over the next three years." Commenting on the unique positioning of the Generic Adapter, Marc Maselli, Chief Executive Officer of Back Bay Technologies, added "Unlike other integration tools, the Generic Adapter can be used by business unit personnel and not solely IT specialists. The reduction in time-to-market of integration projects for our customers is compelling."

To date, Textron has used the Generic Adapter to perform the integration between its enterprise travel expense and procurement systems with over 80 distributed general ledger accounting systems. Textron is currently leveraging the Generic Adapter as part of its enterprise PeopleSoft® initiative in order to assimilate data from over 100 heterogeneous systems.

Ken Bohlen, Chief Innovation Officer at Textron Inc., stated "As a multi-industry company, the ability to seamlessly integrate data from different applications across different businesses is a critical part of our IT strategy. One of the key enablers of this strategy is the Generic Adapter. The Generic Adapter provides a common & re-usable framework for our businesses to develop and maintain the data feeds and business rules they need to be able to share information between applications. Working with Back Bay Technologies, we have successfully implemented the Generic Adapter as a foundational component of our integration framework."

You can learn more about the Generic Adapter by visiting http://www.backbaytechnologies.com/products/index.shtml or by registering for an upcoming informational session at http://www.backbaytechnologies.com/events/index.shtml

Contact: Back Bay Technologies, Inc
Paul Warren.
Tel: 781 444 5669
Paul.Warren@backbaytechnologies.com

ABOUT TEXTRON INC (www.textron.com)

Textron Inc is an $11 billion multi-industry company with 49,000 employees in 40 countries. The company leverages its global network of businesses to provide customers with innovative solutions and services in industries such as aircraft, fastening systems, industrial products and components and finance. Textron is known around the world for its powerful brands such as Bell Helicopter, Cessna Aircraft, Kautex, Lycoming, E-Z-GO and Greenlee, among others. More information is available at www.textron.com

ABOUT TEXTRON INNOVATIONS INC
Textron Innovations is the intellectual property exploitation and licensing vehicle of Textron Inc. Textron Innovations seeks to generate value from the innovative products developed by Textron operations

Contact: Textron Innovations Inc
James Runstadler.
Tel: 401 457 3577
JRunstadler@Textron.com

# EXHIBIT B



**GROUNDS MAINTENANCE** — KNOW-HOW FOR GOLF & GREEN INDUSTRY PROFESSIONALS

HOME | CURRENT ISSUE | PESTICIDE SEARCH | CONTACT US | SUBSCRIPTIONS | FOR ADVERTISERS

**TOPICS**
Chemicals
Equipment
Irrigation
Construction/Design
Business
Trees, Shrubs, Flowers
Turf

**CHOOSE YOUR METHOD >>**
Angle Broom.
Snow Bucket.
Snow Blade.
Snow V-Blade.

**RESOURCES**
Turf & Landscape Digest
Buyers' Guide
Associations
Industry Events
University Experts
Industry Research
Free Product Info

**E-NEWSLETTERS**
Maintenance Matters

**SPECIAL REPORTS**
Snow & Ice Manager
Well Grounded
Zero-Turn Spec Guide
Innovative Product Award

**RELATED SITES**

Sponsored Links
Groundskeeping Equipment - www.countrylawn-garden.com
Heavy duty trailers and equipment Factory Direct Spring Sale Specials
Turf Grass - www.TruGreen.com
Our Free 14-Point Analysis is your guide to a thicker, greener lawn.

Search [          ] [Search]

Browse Back Issues
Select an Issue

# Textron Golf, Turf & Specialty Products Changes Name to Jacobsen

Feb 18, 2003 12:00 PM

📧 E-mail this article

Textron Golf, Turf & Specialty Products today announced that it has changed its name to Jacobsen, a Textron company. The new name better reflects the position of the company as a leading supplier of quality turf care equipment and services worldwide. The Jacobsen name has been identified with the precision turf care equipment and superior customer service for more than 80 years.

"We are transforming our business – organizing ourselves around markets, centers of competency, and now doing business under our strongest brand name. The new company name and the fresh new look to our products are evidence of that transformation," said Jon Carlson, President of Jacobsen.

The renaming furthers the strategic plan to better serve a broad base of customers with a wide variety of quality, well-known products. In order to provide consistent and coordinated products and services, over the past two years, engineering, sales, marketing, manufacturing, customer service and distribution have been consolidated into two key facilities: Turf Care Equipment in Charlotte, N.C. and Commercial Grounds Care Equipment in Johnson Creek, Wis.

The Ransomes-Jacobsen, Ltd. operations facility in Ipswich, England will continue to manufacture, support and distributed quality turf care products under the Jacobsen brand name to the golf and sports fields markets and under the Ransomes brand name to the growing municipal market in Europe and Asia.

The Bob-Cat, Bunton and Ryan brands will remain as branded products under the Jacobsen umbrella.

"Rather that being a loose collection of strong brands, Jacobsen will focus

Mid-year Checkpoint
**Now, halfway into the season, are you seeing an increase in revenue from last year?**
○ Yes, numbers are up!
○ No, my revenue is down.

marketing, human and manufacturing resources behind its three leading product lines—a 100-year leadership in vehicles, 200 years of precision mowers and 50 years in lawn care equipment. We are committed to holding our leading position as a supplier of innovative, high-quality products in our markets," said Carlson.

Jacobsen manufactures a full range of vehicles and turf maintenance equipment for golf, turf, professional lawn care, sports field and industrial applications. The company markets Bob-Cat, Brouwer, Bunton, Cushman, Jacobsen, Ryan and Steiner brand products.

Back to Top

Want to use this article? Click here for options!
© 2004, PRIMEDIA Business Magazines & Media Inc.

**Rental Equipment Register**
**American School & University**
**American City & County**
**Primedia Business**

**SERVICES**
Classifieds
Reader Service
List Rental
Reprints

○ My numbers are consistent with last year's.

[Vote]

View Results

About Us | Contact Us | Advertising | For Search Partners | Privacy Policy

© 2004 Primedia Business Magazines and Media.