IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TEXTRON INNOVATIONS INC.,

          Plaintiff,

v.

THE TORO COMPANY,

          Defendant.

Civil Action No. 05-486 (GMS)

MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Christopher C. Campbell, to represent Textron Innovations Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for Mr. Campbell is being submitted in connection with this motion.

| August 30, 2005<br><br>Of Counsel:<br><br>Christopher C. Campbell<br>Hunton & Williams LLP<br>1751 Pinnacle Drive, Suite 1700<br>McLean, VA 22102<br>(703) 714-7553 | THE BAYARD FIRM<br><br>/s/<br>Edmond D. Johnson (#2257)<br>ejohnson@bayardfirm.com<br>Peter B. Ladig (#3513)<br>pladig@bayardfirm.com<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>Attorneys for Plaintiff Textron Innovation Inc. |
|---|---|

599596v1

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of Virginia and District of Columbia Bar and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

August 29, 2005

*[signature]*
Christopher C. Campbell
Attorney for Textron Innovations Inc.

HUNTON & WILLIAMS LLP
1751 Pinnacle Drive
Suite 1700
McLean, VA 22102
Tel: (703) 714-7553
Fax: (703) 714-7410

592554v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 30, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951


    /s/ Edmond D.Johnson
Edmond D. Johnson (#3513)

599598v1