IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TEXTRON INNOVATIONS INC.,

Plaintiff,

Civil Action No. 05-486 (GMS)

v.

THE TORO COMPANY,

Defendant.

## DECLARATION OF RICHARD BEDNAR

I, Richard D. Bednar, declare and state as follows:

1.          My name is Richard Bednar. I am the sole inventor of United States Patent Nos. 6,047,530, 6,336,311 and I am a co-inventor of U.S. Patent No. 6,336,312. I understand that these patents have been assigned to Textron Innovations Inc. ("Textron") and that Textron has filed a patent infringement lawsuit (the "lawsuit") against The Toro Company ("Toro") in the United States District Court for the District of Delaware (the "district"), in Wilmington, DE.

2.          I have personal knowledge of the facts set forth herein, and could and would testify competently as to those facts.

3.          I am currently employed by Husqvarna in the Beatrice, Nebraska. I am in the process of moving my permanent residence from Lake Mills, WI to Beatrice, NE, both of which are more than 100 miles from Minneapolis/St. Paul, MN.

4.          I am informed that the defendant in this action, Toro, has asked that the Court transfer this action to the United States District Court for the District of Minnesota.

5.      I hereby represent that I will make myself available for a deposition within the district (the United States District for the District of Delaware) at a mutually convenient date and time during the period the Court provides for discovery in the lawsuit.

6.      Further, I hereby agree that I will make myself available to testify at any trial of the lawsuit within the district.

Signed under the pains and penalties of perjury, this _2 3_ day of August, 2005.

_Richard D. Bednar_
Richard D. Bednar

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 30, 2005, he electronically filed the

foregoing document with the Clerk of the Court using CM/ECF, which will send automatic

notification of the filing to the following:

> Richard L. Horwitz
> David E. Moore
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19899-0951

The undersigned counsel further certifies that copies of the foregoing document were sent

by electronic filing and by hand to the above local counsel and by email and first class mail to

the following non-registered participants:

> Earl D. Reiland
> Thomas R. Johnson
> Thomas J. Leach
> Merchant & Gould P.C.
> 3200 IDS Center
> 80 South 8th Street
> Minneapolis, MN 55402

Peter B. Ladig (#3513)