IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TEXTRON INNOVATIONS INC.,

    Plaintiff,

v.

THE TORO COMPANY,

    Defendant.

Civil Action No. 05-486 (GMS)

## DECLARATION OF RANDAL KNURR

I, Randal S. Knurr, declare and state as follows:

1. My name is Randal S. Knurr. I am a co-inventor of U.S. Patent No. 6,336,312. I understand that this patent has been assigned to Textron Innovations Inc. ("Textron") and that Textron has filed a patent infringement lawsuit (the "lawsuit") against The Toro Company ("Toro") in the United States District Court for the District of Delaware (the "district"), in Wilmington, DE.

2. I have personal knowledge of the facts set forth herein, and could and would testify competently as to those facts.

3. I currently reside and work in the Waterford, Wisconsin area, a suburb of Milwaukee.

4. I am informed that the defendant in this action, Toro, has asked that the Court transfer this action to the United States District Court for the District of Minnesota.

5. I hereby represent that I will make myself available for a deposition within the district (the United States District for the District of Delaware) at a mutually convenient date and time during the period the Court provides for discovery in the lawsuit.

6.   Further, I hereby agree that I will make myself available to testify at any trial of the lawsuit within the district.

Signed under the pains and penalties of perjury, this __23__ day of August, 2005.

_____
Randal S. Knurr

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 30, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

>Richard L. Horwitz
>David E. Moore
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951

The undersigned counsel further certifies that copies of the foregoing document were sent by electronic filing and by hand to the above local counsel and by email and first class mail to the following non-registered participants:

>Earl D. Reiland
>Thomas R. Johnson
>Thomas J. Leach
>Merchant & Gould P.C.
>3200 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402

/s/ Peter B. Ladig
Peter B. Ladig (#3513)