# EXHIBIT U



**Marcia Richie**
Pro Subscriber

Saved S
Watch L
E-Mail A
Newslet

IPO Central          Hoover's Books

Wednesday, August 31, 2005                    Home      About Hoover's      Upgrade Options      Help & Tra

Company Name
textron

[Search]
Browse Directories »

# Textron Inc. (NYSE: TXT)
40 Westminster St.
Providence, RI 02903-2596 (Map)

http://www.textron.com ➦

Phone: 401-421-2800
Fax: 401-421-2878

**Browse Company Record**

| Fact Sheet |
| Overview |
| History |
| ▶ People |
| Products/Operations |
| Industry |
| Competitors |
| News |
| Financials |
| SEC Filings |
| Profile View |

**D&B Reports**

Buy A D&B Report

**Pro Premium Tools**
⛃ Family Tree Viewer
▥ Build Company List
(D&B In-Depth)

**Pro Plus Tools**

▥ Build Company List
(D&B Basic)
🌐 Build Company List
(D&B International)

**Pro Tools**
⛃ Find Similar Companies
▥ Build Company List
(Hoover's In-Depth)
⛃ Build Executive List
▤ Custom News Search
◉ Target IPO Companies

## Officers & Employees

| Title | Name | Age | Salary | Bonus |
|---|---|---|---|---|
| Chairman, President, and CEO | Lewis B. Campbell | 58 | $1,100,000 | $2,065,800 |
| EVP and CFO | Theodore R. (Ted) French | 49 | $650,000 | $793,455 |
| EVP, Administration, and Chief Human Resources Officer | John D. Butler | 55 | $480,000 | $585,936 |
| EVP, Government, Strategy Development, and International, Communications and Investor Relations | Mary L. Howell | 51 | $470,000 | $573,729 |
| EVP and Chief Innovation Officer | Kenneth C. (Ken) Bohlen | 49 | | |
| EVP and General Counsel | Terrence (Terry) O'Donnell | 61 | $470,000 | $573,729 |
| SVP, Textron Six Sigma, Integrated Supply Chain and Transformation | Peter N. Riley | 45 | | |
| SVP and Corporate Controller | Richard L. (Dick) Yates | 53 | | |
| CEO, Bell Helicopter Textron Inc. | Michael A. (Mike) Redenbaugh | 45 | | |
| Chairman, President, and CEO, Cessna Aircraft Company | Jack J. Pelton | | | |
| President and CEO, Kautex | Lothar R. Rosenkranz | | | |
| President and COO, Textron Financial Corporation | Buell J. (Jay) Carter Jr. | | | |



Textron Inc. - People - Hoover's



StockScreener

**Tools**

📄 Search For Reports

📱 Mobile Access

| | | |
|---|---|---|
| President, E-Z-GO | John L. Garrison Jr. | |
| President, Greenlee Textron Inc. | J. Scott Hall | |
| President, Industrial | Barclay S. Olson | |
| President, Jacobsen | Jon R. Carlson | |
| President, Textron Fastening Systems | Richard L. (Rick) Clayton | 41 |
| President, Textron Fluid & Power Inc. | William M. (Bill) Ellis | 42 |
| President, Textron Systems Corporation | Richard J. (Dick) Millman | |
| Corporate Secretary and VP, Business Ethics | Frederick K. Butler | |
| VP and Deputy General Counsel | Marianne Corr | |
| VP and Deputy General Counsel | Arnold M. Friedman | |
| VP, Human Resources and Benefits | George E. Metzer | |
| VP and Treasurer | Mary F. Lovejoy | |
| VP, Communications | Susan M. Tardanico | |
| VP, Internal Audit | Michael A. Gardner | |
| VP, Investor Relations | Douglas R. Wilburne | |
| VP, Government Affairs | Robert O. Rowland | |
| VP, Mergers and Acquisitions | John R. (Jack) Curran | |
| VP, Strategy and Business Development | Stuart Grief | 43 |
| VP, Taxes | Norman B. Richter | |
| VP, Textron Six Sigma and Transformation | John W. Mayers | |

## Board Members

| Title | Name | Age |
|---|---|---|
| Chairman, President, and CEO | Lewis B. Campbell | 58 |

| Director | H. Jesse Arnelle | 71 |
| Director | Kathleen M. Bader | 54 |
| Director | R. Kerry Clark | 52 |
| Director | Ivor J. (Ike) Evans | 62 |
| Director | Lawrence K. (Larry) Fish | 60 |
| Director | Joe T. Ford | 67 |
| Director | Paul E. Gagné | 58 |
| Director | Dain M. Hancock | 64 |
| Director | Lord Charles D. Powell | 63 |
| Director | Brian H. Rowe | 73 |
| Director | Martin D. Walker | 72 |
| Director | Thomas B. Wheeler | 68 |

## Trading Toolbox



Trade Here

## Related Products From Our Trusted Partners

 Buy A D&B Report For Textron ⤷

### Buy Reports and Books

- **Textron Inc.: Company Profile: Company Profile**
  (Datamonitor, Mar 1, 2005, Business Reports)
- **Quantitative Report for TXT**
  (ValuEngine, Inc., Mar 1, 2005, Business Reports)
- **Aircraft Manufacturing: Financial Analysis Profiles**
  (BizMiner, May 31, 2005, Business Reports)
- **All Other General Purpose Machinery Manufacturing in the US**
  (IBISWorld, Mar 29, 2005, Business Reports)
- **North American Automotive Entertainment and Navigation Systems Market**
  (Frost & Sullivan, Feb 20, 2003, Business Reports)
- **In-Vehicle Applications: Capitalizing on Consolidating Interest in Specific Telematics Services**
  (Jupitermedia Corporation, Mar 14, 2003, Business Reports)

### The Rich Register

Featuring information on 4,700 individuals with a net worth greater than $25 million, The Rich Register is available in both hardcover and CD-ROM format.

Learn More

### Build Lead Lists

Use Hoover's Lead Finder to create prospect and contact lists.

- Electro Manufacturing: July 2003
  (Worldwide Videotex, Jul 1, 2003, Business
  Reports)
- Automotive Aftermarket in North
  America to 2004 (Study # 1323)
  (Freedonia Group, Inc., Sep 1, 2000,
  Business Reports)

**More Reports and Books »**

**Report Search**

Search

**Additional 3rd Party Libraries**

↪ Indicates external site content that will open in a new browser window.

▤ **Hoover's Online US** | ⊠ **Hoover's Online UK** | **Choose Your Edition**
IPO Central | Hoover's Books | Upgrade Options | Newsletters
Hoover's Mobile | Help & Training | Feedback

Copyright © 2005, Hoover's, Inc., ALL RIGHTS RESERVED
About Hoover's | Job Opportunities | Privacy Policy | Advertising Info

# EXHIBIT V





Home
About Us
New Products
Newsroom
Dealers Only
Dealer Locator
Contact Us
Product Manuals
Ask Our Turf Expert

Europe/UK - Ransomes

CustomerOne

Become a Dealer



Ask our
Agronomy Expert
Dr. Milton Engelke

# Dealer Locator - Search Results

Your search for **Brouwer** returned the following result:

**Company Name** Carlson Tractor & Equipment Co.

**Phone Number** 651423-2222

**Address** Co Rd 42 & Hwy 3

**City** Rosemount

**State** MN

**Zip Code** 55068

**Fax Number** 651-423-4551

**22 miles from your location**
View Map
Get Drive Directions

---

**Additional Dealers in your Area**

Quinn Equipment Inc.

Harrisonville Tractor Co., Inc.




**Home**
**About Us**
**New Products**
**Newsroom**
**Dealers Only**
**Dealer Locator**
**Contact Us**
**Product Manuals**
**Ask Our Turf Expert**

**Europe/UK - Ransomes**

**CustomerOne**

**Become a Dealer**



Ask our
Agronomy Expert
Dr. Milton Engelke

# Dealer Locator - Search Results

Your search for **Steiner** returned the following result:

| | |
|---|---|
| **Company Name** | Cushman Motor Co |
| **Phone Number** | 612-333-3487 |
| **Address** | 2909 E. Franklin Ave. |
| **City** | Minneapolis |
| **State** | MN |
| **Zip Code** | 55406 |
| **Fax Number** | 612-333-5903 |
| **Email Address** | tim.commers@cushmanmotorco.com |

6 miles from your location
View Map
Get Drive Directions

**Additional Dealers in your Area**
Custom Products & Services





**Home**
**About Us**
**New Products**
**Newsroom**
**Dealers Only**
**Dealer Locator**
**Contact Us**
**Product Manuals**
**Ask Our Turf Expert**

**Europe/UK - Ransomes**

**CustomerOne**

**Become a Dealer**



Ask our
Agronomy Expert
Dr. Milton Engelke

# Dealer Locator - Search Results

Your search for **Cushman Turf Care** returned the following result:

The resulting dealer may be some distance from the area you entered. Dealers have sales people covering your are

| | |
|---|---|
| **Company Name** | Davis Equipment Corporation |
| **Phone Number** | (800) 592-9513 |
| **Address** | 3080 Centerville Rd. |
| **City** | Saint Paul |
| **State** | MN |
| **Zip Code** | 55117 |
| **Fax Number** | (651) 484-8257 |
| **Email Address** | davis@davisequip.com |
| **Parts Manager** | |
| **Sales Manager** | |
| **Service Manager** | |

**18 miles from your location**
View Map
Get Drive Directions

| | |
|---|---|
| **Company Name** | Davis Equipment Corporation |
| **Phone Number** | (515) 270-8300 |
| **Address** | 5225 NW Beaver Drive |
| **City** | Johnston |
| **State** | IA |
| **Zip Code** | 50131 |
| **Fax Number** | (515) 270-0117 |
| **Email Address** | davis@davisequip.com |
| **Parts Manager** | Kirby Burmeister |
| **Sales Manager** | Rich Vining |
| **Service Manager** | Kirby Burmeister |

**240 miles from your location**
View Map
Get Drive Directions

| | |
|---|---|
| **Company Name** | Davis Equipment Corporation |
| **Phone Number** | (800) 747-8300 |
| **Address** | 5225 NW Beaver Drive |
| **City** | Johnston |
| **State** | IA |
| **Zip Code** | 50131 |
| **Fax Number** | (515) 270-0117 |
| **Email Address** | davis@davisequip.com |
| **Parts Manager** | |
| **Sales Manager** | |
| **Service Manager** | |

**240 miles from your location**
View Map
Get Drive Directions

 

Home
About Us
New Products
Newsroom
Dealers Only
Dealer Locator
Contact Us
Product Manuals
Ask Our Turf Expert

Europe/UK - Ransomes

CustomerOne

Become a Dealer



Ask our
Agronomy Expert
Dr. Milton Engelke

# Dealer Locator - Search Results

Your search for **Jacobsen Commercial Grounds Care** returned the following result:

| | |
|---|---|
| **Company Name** | Custom Products & Services |
| **Phone Number** | (612) 782-6930 |
| **Address** | 2919 Central Ave. N.E. |
| **City** | Minneapolis |
| **State** | MN |
| **Zip Code** | 55418 |
| **Fax Number** | (612) 782-6923 |
| **Email Address** | custom-products@msn.com |
| **Web Address** | |
| **Parts Manager** | Michelle Blanchard |
| **Sales Manager** | Mike Mika |
| **Service Manager** | Dale Thomas |

**12 miles from your location**

View Map
Get Driving Directions

 

# Dealer Locator - Search Results

Home
About Us
New Products
Newsroom
Dealers Only
Dealer Locator
Contact Us
Product Manuals
Ask Our Turf Expert
Europe/UK - Ransomes
CustomerOne
Become a Dealer



Ask our
Agronomy Expert
Dr. Milton Engelke

Your search for **Ryan Commercial Grounds Care** returned the following result:

Commercial Grounds Care Distributors have a network of local dealers, if you do not find a Commercial Grounds Ca
area, contact your closest Commercial Grounds Care Distributor to assist you with your sales and service needs.

| | |
|---|---|
| **Company Name** | Magnuson Sodding Co. |
| **Phone Number** | 612-869-6992 |
| **Address** | 6500 Cedar Avenue |
| **City** | Richfield |
| **State** | MN |
| **Zip Code** | 55423 |
| **Fax Number** | |
| **Email Address** | |
| **Web Address** | |
| **Parts Manager** | |
| **Sales Manager** | |
| **Service Manager** | |

**2 miles from your location**
View Map
Get Driving Directions

**Additional Dealers in your Area**
Bloomington RTL
Hiawatha Rents

Copyright © Jacobsen, A Textron Company - All rights reserved. Privacy Notice | Terms of Use




**Home**
**About Us**
**New Products**
**Newsroom**
**Dealers Only**
**Dealer Locator**
**Contact Us**
**Product Manuals**
**Ask Our Turf Expert**

**Europe/UK - Ransomes**

**CustomerOne**

**Become a Dealer**



Ask our
Agronomy Expert
Dr. Milton Engelke

# Dealer Locator - Search Results

| | |
|---|---|
| **Company Name** | Long Lake Power Equipment |
| **Phone Number** | 952-449-9788 |
| **Address** | 2065 W Wayzata Blvd. |
| **City** | Long Lake |
| **State** | MN |
| **Zip Code** | 55356 |
| **Fax Number** | |
| **Email Address** | |
| **Web Address** | |
| **Parts Manager** | |
| **Sales Manager** | |
| **Service Manager** | |

**23 miles from your location**
View Map
Get Driving Directions

**Click here** to return to the list of dealers

 

**Home**
**About Us**
**New Products**
**Newsroom**
**Dealers Only**
**Dealer Locator**
**Contact Us**
**Product Manuals**
**Ask Our Turf Expert**
**Europe/UK - Ransomes**
**CustomerOne**
**Become a Dealer**



Ask our
Agronomy Expert
Dr. Milton Engelke

# Dealer Locator - Search Results

Your search for **Bunton Commercial Grounds Care** returned the following result:

Commercial Grounds Care Distributors have a network of local dealers, if you do not find a Commercial Grounds Ca
area, contact your closest Commercial Grounds Care Distributor to assist you with your sales and service needs.

| | |
|---|---|
| **Company Name** | South Metro Rental |
| **Phone Number** | 952-469-3257 |
| **Address** | 9300 202nd Street West |
| **City** | Lakeville |
| **State** | MN |
| **Zip Code** | 55044 |
| **Fax Number** | |
| **Email Address** | |
| **Web Address** | |
| **Parts Manager** | |
| **Sales Manager** | |
| **Service Manager** | |

**20 miles from your location**
View Map
Get Driving Directions

**Additional Dealers in your Area**
JCB Bovey Spur
LCB Bovey Spur

# EXHIBIT W

CHARLES H. BLAIR
JOSEPH H. PAPP
M. KEITH MILLER
JAMES E. STEPHENSON
BERNARD J. CANTOR
CHRISTOPHER M. BROCK
RICHARD L. CARLSON
RONALD L. HOFER
PAUL A. KELLER
G. GREGORY SCHIVLEY
RONALD W. WANGEROW
GREGORY A. STOBBS
STEVEN L. OBERHOLTZER
MICHAEL R. BRENMAN
GORDON K. HARRIS, JR.
STEPHEN J. FOSS
GARY L. NEWTSON
W. R. DUKE TAYLOR
RAYMOND P. WYSK
ROBERT R. NOLAN
PHILIP R. WARN
MARK D. SCHUK
MICHAEL J. SCHMIDT
LISABETH H. COAKLEY
ERIC J. SORENKO
ROBERT M. SIMINSKI
STEPHEN T. OLSON
STANLEY M. ERJAVAC
ROBERT J. LENIHAN, II
DOUGLAS P. LALONE
DAVID R. UTYKANSKI
MONTE L. FALCOFF
THOMAS T. MOGA

http://www.hdp.com

MICHAEL R. BABCOBERT
JOHN N. BIRNNACKI
ANNA M. BUDDE
JEFFREY M. COX
CHRISTOPHER DEVRIES
BARNETT C. DONLEY
CHRISTOPHER A. ELISSI
JOSEPH M. LAFATA
MICHAEL MALINZAK
IRAN W. MASSEY
DAVID A. MCCLAUGHRY
JOHN A. MILLER
GEORGE O. MOUSTAKAS
DOUGLAS A. MULLIN
GEORGE T. SCHOOFF
PRESTON H. SMIRMAN
JEFFREY L. SNYDER
JOSEPH L. STEVENSON
BRYANT E. WADE
DONALD B. WALKER
GREGORY A. WALTERS
RICHARD W. WARNER
MICHAEL D. ZALOSSY
WILLIAM R. ZIMMERLI

COUNSEL

ROBERT J. WALLACE
CHARLES H. SICREA
DONALD F. SCHERER

J. KING HARNESS
1820-1977

ARTHUR W. DICKEY
1889-1984

HOOGSON S. PIERCE
1827-1947

# HARNESS, DICKEY & PIERCE, P.L.C.

ATTORNEYS AND COUNSELORS

5445 CORPORATE DRIVE

TROY, MICHIGAN 48098

(248) 641-1600

TELEFACSIMILE (248) 641-0270

ANN ARBOR, MICHIGAN          WASHINGTON, D.C.

September 5, 2000

President
The Toro Company
8111 Lyndale Avenue South
Bloomington, MN 55420

**Via Fax (952-887-7291)
and Federal Express**

Re:    U.S. Patent No. 6,047,530 granted April 11, 2000 and entitled
       "Gang-Type Rotary Lawnmower" assigned to Textron Inc.

Dear Sir:

We represent the Turf Care Group of Textron Inc. in intellectual property matters. Textron is the owner of U.S. Patent No. 6,047,530 identified above. I am sending a copy of this patent to you for your reference by Federal Express with the original of this letter.

We have been advised that your company is contemplating the manufacture of and/or may be starting to make and sell or at least offer for sale a riding mower with multiple rotary cutting heads that includes the key features of Textron's patented mower. Specifically, the Toro® Groundsmaster® 3500-D riding mowers certainly seem to be covered by one or more claims of Patent No. 6,047,530.

Textron's Turf Care Group is willing to discuss an amicable resolution to this matter. However, given the importance of this matter, Textron requires a prompt response. Therefore, Textron looks forward to hearing from Toro or its attorneys no later than Friday, September 15, 2000. You or one of your officers may contact Mr. Thomas G. Stuart, Vice-President of Engineering at Textron Turf Care to discuss this situation. He can be reached at his office in Racine, Wisconsin. His direct dial line is 262-635-1118. Or you may have your attorney contact me directly at my direct dial line, which is 248-641-1235. We will await your call on this matter.

Sincerely yours,

Harness, Dickey & Pierce, P.L.C.

Robert S. Nolan

RSN/ir
Enclosure:    U.S. Patent No. 6,047,530
cc:           Mr. Thomas G. Stuart (via fax)
              Textron Legal Dept.
              David P. Utykanski, Esq.

PATENTS, TRADEMARKS, COPYRIGHTS AND ALL OTHER INTELLECTUAL PROPERTY MATTERS

US006047530A

# United States Patent [19]

**Bednar**

[11] Patent Number: **6,047,530**

[45] Date of Patent: **Apr. 11, 2000**

[54] **GANG-TYPE ROTARY LAWN MOWER**

[75] Inventor: Richard D. Bednar, Lake Mills, Wis.

[73] Assignee: Textron, Inc., Providence, R.I.

[21] Appl. No.: 08/794,141

[22] Filed: Feb. 3, 1997

[51] Int. Cl.[7] ............................................ A01D 34/66

[52] U.S. Cl. ...................... 56/6; 56/13.6; 56/DIG. 3; 56/DIG. 10; 56/DIG. 14

[58] Field of Search ...................... 56/6, 7, 13.6, 13.7, 56/13.8, 255, 295, DIG. 3, DIG. 9, DIG. 10, DIG. 11, DIG. 12, DIG. 13, DIG. 14

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,961,710 | 6/1934 | Pol | 56/7 |
| 2,504,259 | 4/1950 | Ford | 56/25.4 |
| 2,936,561 | 5/1960 | Grimes | 56/7 |
| 3,070,938 | 1/1963 | Winget | |
| 3,118,266 | 1/1964 | Colburn | 56/25.4 |
| 3,135,079 | 6/1964 | Dunn | 56/6 |
| 4,308,713 | 1/1982 | Jones | 56/13.9 |
| 4,901,507 | 2/1990 | Cacraft | 56/6 |
| 5,137,100 | 8/1992 | Scott et al. | 180/6.48 |
| 5,280,695 | 1/1994 | Nunes, Jr. et al. | 56/DIG. 14 X |
| 5,293,729 | 3/1994 | Curry et al. | 56/7 |
| 5,297,378 | 3/1994 | Smith | 56/7 |
| 5,343,680 | 9/1994 | Reichen et al. | 56/249 |
| 5,355,666 | 10/1994 | Peter | 56/13.8 |
| 5,412,932 | 5/1995 | Schueler | 56/249 |
| 5,423,565 | 6/1995 | Smith | 280/411.1 |
| 5,481,857 | 1/1996 | Unemoto et al. | 56/126 |
| 5,497,604 | 3/1996 | Lenz | 56/10.2 H |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 342 700 | 11/1989 | European Pat. Off. . |
| 0 596 836 | 11/1993 | European Pat. Off. . |
| 7804519 | 8/1978 | Netherlands . |
| 88/05998 | 8/1988 | WIPO . |

OTHER PUBLICATIONS

Mountfield "Domestic Grass Machinery" (Date unknown).

Turf Blazer 1040 Diesel, Howard Price Turf Equipment (advertising brochure) (Date unknown).

*Primary Examiner*—Robert E. Pezzuto

*Attorney, Agent, or Firm*—Michael Best & Friedrich LLP

[57] **ABSTRACT**

A gang-type rotary lawn mower including a frame supported by wheels for movement over the ground, a power source which is mounted on the frame and which drives at least two of the wheels, an operator's seat mounted on the frame, a steering system enabling the operator to steer the lawn mower, at least two side-by-side front rotary cutting deck assemblies mounted on the frame, the front deck assemblies defining a gap between adjacent front deck assemblies, and at least one rear rotary cutting deck assembly mounted on the frame behind the front deck assemblies, each rear deck assembly being aligned with a respective gap between adjacent front deck assemblies, each of the front and rear deck assemblies including a single-spindle mulching deck defining a downwardly opening space, a single spindle mounted for rotation about a generally vertical axis within the space, and at least one cutting blade mounted on the spindle for rotation therewith.

**19 Claims, 5 Drawing Sheets**

# EXHIBIT X

**The Toro Company**

8111 Lyndale Avenue South
Bloomington, MN 55420-1196
952/887-8245

Timothy A. Ford
Group Vice President

August 1, 2003

Mr. Jim Berkeley
Director of Product Safety
Textron
11524 Wilmar Blvd.
Charlotte NC 28273

Re: **Textron's Rear Roller Patents**

Dear Jim:

Enclosed are the materials you requested, along with a memo from Toro's in-house
attorney (Larry Buckley) to me. As you'll see toward the end of Larry's memo, he might
have a few more documents for you early next week. I've asked Larry to send any such
documents to you directly, as I will be out of the office on vacation starting today and
returning August 18th. Thanks again for your patience.

Kind Regards,

*Tim Ford*

Tim Ford

dli

enc.

To: Tim Ford
From: Larry Buckley
Re: Textron Rear Roller Patents
Date: 7/31/03

This is in response to your request for the "prior art" we have that proves out the invalidity of the Textron Rear Roller Patents.

I previously provided the Lesco statements, personally taken by me, but given their importance I've enclosed them again (labeled **Exhibit 1**). They show that Lesco had a 5-plex rotary mower, **including single-spindled, full-width rear-rollered decks**, at the **1990 GCSAA Show**. While it is true that I have had difficulty documenting this mower, in my opinion a court would be persuaded by the consistency of the Lesco statements, coupled with the fact that the Lesco representatives are "disinterested" and thus credible in a legal setting. If this matter were to be litigated, I'm confident we could uncover documentation of the Lesco mower; right now, however, Lesco is understandably hesitant to put a lot of effort into locating prints, etc., of the mower.

I've also enclosed a photocopy of a Nunes product brochure, labeled **Exhibit 2**. This brochure shows that a gang of single-spindled mowers is old in the art. Now, it may very well be that Textron submitted something like this reference to the U.S. Patent Office during the processing of their patent application(s), but the fact remains that this sort of mower preceded Textron's development work. Also, importantly, Toro personnel have told me that such mowers were definitely used to mow golf course rough, years prior to Textron's filing date, contrary to the assertion of Mr. Bednar, Textron's inventor, in his "Rule 132" Affidavit (submitted to the Patent Office by Textron's attorney to convince the Examiner to grant the patent). Finally, I recall hearing that Nunes tried rear rollers on its single-spindled decks well prior to Textron's filing date, but I can't find anything in my file to substantiate this claim.

The Stuchl patent (U.S. Patent 4,304,086, labeled **Exhibit 3**) shows a ganged rotary mower with a full-width rear roller supporting each deck. While the illustrated decks are multi-spindled, those skilled in the art would surely appreciate that single-spindled decks could also be used, especially in light of the Nunes device described above.

Finally, I've enclosed multiple brochures (**Exhibit 4**) and the like from various U.K. companies. Roller mowers (rotary mowers with full-width rear rollers) have been used in the U.K. for decades, and we can readily prove that it is common knowledge that such mowers are useful for striping (they call it "banding") and furthermore that such mowers are often used to maintain golf courses, including the rough areas.

Jim Miller, the outside patent attorney I've had working on this, has additional references at his office. I'm meeting with Jim on Monday, August 4, and can supplement the references cited above if need be.

Let me know if you have any questions or concerns. My extension is x8909.

EXHIBIT 1

To: Tim Ford
From: Larry Buckley
Date: 3/28/03
Re: Textron Patents on Rear Rollers

Tim, attached is some additional information on the LESCO mower that they showed at
the 1990 Golf Show. The information is as follows:

1. Photograph of sample LESCO 500 reel mower, the tractor of which was used to
   construct the LESCO 5-plex rotary with full-width rear rollers, that was shown at the
   1990 Show.
2. Summary of information from Pete Thompson, LESCO National Service Manager in
   1990.
3. Summary of information from Fred Eberlein, former LESCO employee in 1990.
4. Summary of information from Steve Vincent, LESCO salesman in 1990.
5. Summary of information from James Seigfreid, LESCO's Vice President of
   Equipment Division in 1990.

Pete Thompson is going to dig through LESCO's archives to see if there are photographs,
etc. of the 5-plex rotary with full-width rear rollers; and if so he said he would send
copies to me; upon receipt I will in turn copy you.

Finally, please note that we have additional prior art, some of which has already been
provided to Textron, which would be used to supplement the LESCO information, if need
be.

Larry Buckley

I:\lp\Lesco5plexLetter.doc

# EXHIBIT Y



**The Toro Company**

8111 Lyndale Avenue South, Bloomington, Minnesota 55420-1196
• Phone 612/888-8801   • www.toro.com   • Fax 612/887-8258

November 3, 2000

Cover letter sent by facsimile:  (248) 641-0270; original with enclosure sent by mail

Robert S. Nolan, Esq.
Harness, Dickey & Pierce, P.L.C.
5445 Corporate Drive
Troy, MI 48098

**Re:  U.S. Patent No. 6,047,530**

Dear Bob:

This is in response to your recent letter regarding the '530 patent.  Thank you for your patience.

We've studied the patent and its file wrapper.  For the following reasons, among others, we have concluded that no valid and enforceable claims cover Toro's Groundsmaster 3500 mower:

1) As I'm sure you recognize, the history of prosecution developed very close art.  Ultimately, a §132 affidavit was critical to convincing the Examiner to allow claims.  The §132 affidavit represented that no one prior to Applicant had recognized the desirability of using, or figured out how to use, gang-type rotary mowers to cut golf course rough.  That critical representation was not true.  Gang-type rotary mowers have been used to cut golf course rough for many years, dating back to the 80's if not earlier.  I'm sure representatives of Textron can confirm the lack of factual basis for the §132 representation, but for your convenience reference is made to the Toro Groundsmaster 580-D and Ransomes HR-5111 mowers.

2) Although the Patent Office Examiner was not so advised, vehicle-mounted rotary cutting decks with rear rollers are old.  For example, see the enclosed Steiner brochure (dated 1997 but showing mowers of a type manufactured for years).

I can assure you that Toro is very respectful of Textron's intellectual property.  We do not take our competitors' patents lightly.  But in this particular case, it is abundantly clear that the '530 patent was issued with overly broad claims.

Because of the results of our investigation and this letter, we assume the matter is closed.  However, if you think significant issues remain, kindly direct future communications to me.  Thank you.

Sincerely,

R. Lawrence Buckley
Division Counsel

CORR2000.RLB/30

Enclosure     Steiner brochure