

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

September 19, 2005

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

> Re:   Textron Innovations Inc. v. The Toro Company
> Civil Action No. 05-486
> M&G No. 6372.149-US-ZA

Dear Judge Sleet:

In a letter to the Court on September 14, 2005, we stated that the public record showed that that "Textron, Inc. assigned the three patents at issue in this case to TII just before TII filed suit."

Counsel for Textron, Inc. has brought to our attention that there is an error in that statement. Our best information at this time is that Textron, Inc. directly assigned one of the three patents at issue to TII just before suit, and Ransomes American Corporation, a wholly owned subsidiary of Textron, Inc., assigned the other two patents-in-suit to TII just before suit.

We apologize for the inadvertent error. From our perspective, the error does not affect the analysis of the motions currently before the Court.

Respectfully,

Richard L. Horwitz

cc:   Edmond D. Johnson
Earl D. Reiland

699786