IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 05-486 (GMS) |
| THE TORO COMPANY, | ) ) ) |
| Defendant. | ) ) |

PLAINTIFF TEXTRON INNOVATIONS INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Textron Innovations Inc. hereby submits this Corporate Disclosure Statement.

The parent company of Plaintiff Textron Innovations Inc. is Textron IPMP Inc. There is no publicly held corporation that owns ten percent or more of the stock of Textron Innovations Inc.

September 19, 2005

THE BAYARD FIRM

Edmond D. Johnson (#2257)
ejohnson@bayardfirm.com
Peter B. Ladig (#3513)
pladig@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
Attorneys for Textron Innovations Inc.

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500

601886v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 19, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

/s/ Edmond D. Johnson
Edmond D. Johnson (#2257)

599598v1