## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 18, 2005, he electronically filed the foregoing document, **Plaintiff Textron Innovations, Inc.'s Reply to Counterclaims of Defendant The Toro Company,** with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951


And also served a copy via facsimile upon:

Earl D. Reiland
Thomas R. Johnson
Thomas J. Leach
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Edmond D. Johnson (#2257)

599598v1