IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-486 (GMS) |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| THE TORO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 6, 2006, the undersigned caused copies of Plaintiff Textron Innovations, Inc.'s First Set of Requests for Production of Documents to Defendant The Toro Company and Plaintiff Textron Innovations, Inc.'s First Set of Interrogatories to Defendant The Toro Company to be served on the counsel listed below in the manner indicated:

Via hand delivery upon:

>Richard L. Horwitz
>David E. Moore
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951
>(302) 984-6000

Via facsimile and first class mail upon:

>Earl D. Reiland
>Thomas R. Johnson
>Thomas J. Leach
>MERCHANT & GOULD P.C.
>3200 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402
>(612) 332-5300

613558v1

/s/ Peter B. Ladig
Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
**THE BAYARD FIRM**
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.

Dated: January 6, 2005

613558v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 6, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

                                Peter B. Ladig (#3513)

599598v1