# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

302-429-4227
ejohnson@bayardfirm.com

January 23, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:   *Textron Innovations Inc. v. The Toro Company*
           *Civil Action No. 05-486*

Dear Judge Sleet:

With the rescheduling of the Rule 16 Conference in the referenced matter to January 30th, the proposed scheduling order would be due today. However, we filed a proposed scheduling order on January 4th. Since nothing has changed except the date of the hearing, that proposed order is still current and should be used for the hearing.

Counsel are available for consultation if the Court has any questions.

                      Respectfully,

                      Edmond D. Johnson (# 2257)

EDJ/kw
cc:   Richard L. Horwitz, Esq. (via electronic filing)
      David E. Moore, Esq. (via electronic filing)

File No. 31527-1

600922v1