**Addendum to Scheduling Order**
**Civil Action No. 05-486 (GMS)**

| Event | Proposed Dates |
|---|---|
| **Fact Discovery** | |
| Exchange of Initial Disclosures | January 17, 2006 |
| Motions to Amend Pleadings | June 1, 2006 |
| Motions to Join Additional Parties | March 1, 2006 |
| Delivery by defendant of sample products (to be purchased by the plaintiff), if requested, and blueprints of accused products | March 1, 2006 |
| Service of plaintiff's infringement claim chart | April 3, 2006 |
| Service of defendant's non-infringement claim chart | May 3, 2006 |
| Service of defendant's prior art statement | June 1, 2006 |
| Service of plaintiff's prior art statement | July 3, 2006 |
| Notice of Reliance on Advice of Counsel as a Defense to Willful Infringement, Production of Opinions of Counsel, and Production of all Related Materials | October 17, 2006 |
| Completion of Fact Discovery | December 1, 2006 |
| **Markman Proceedings** | |
| Exchange of claim terms to be construed and proposed constructions | July 14, 2006 |
| Submission of Joint Claim Construction Statement | July 21, 2006 |
| Markman Briefs | Opening: July 28, 2006<br>Response: August 18, 2006 |
| Markman Hearing | September 19, 2006, 10 a.m. |
| **Expert Discovery** | |
| Opening Expert Reports (burden of proof) | November 3, 2006 |
| Answering Expert Reports | December 4, 2006 |
| Reply Expert Reports | December 15, 2006 |
| Completion of Expert Discovery | January 15, 2006 |

| Event | Proposed Dates |
|---|---|
| **Dispositive Motions** | |
| Letter Briefs Seeking Permission | Opening: December 7, 2006<br>Response: December 14, 2006<br>Reply: December 18, 2006 |
| Hearing Concerning Permission to File Summary Judgment Motions | January 4, 2007, 10 a.m., by phone |
| Summary Judgment Briefing | Opening: Later of January 18, 2007 or two weeks after Court grants permission<br>Response: Per Local Rules<br>Reply: Per Local Rules |
| Summary Judgment Hearing | At Court's discretion |
| **Trial Phase** | |
| Motions *in Limine* | Opening: April 9, 2007<br>Response: April 23, 2007<br>Reply: April 30, 2007 |
| Submission of Joint Proposed Pretrial Order | April 30, 2007 |
| Pretrial Conference | May 30, 2007, 10 a.m. |
| Trial | June 25, 2007, 9 a.m.<br>(8 days) |