IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-486 (GMS) |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| THE TORO COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 6, 2006, the undersigned caused copies of Plaintiff Textron Innovations Inc.'s Objections And Responses To Defendant's First Set Of Requests For Production Of Documents And Things and Plaintiff's Objections And Answers To Defendant's First Set Of Interrogatories to be served on the counsel listed below in the manner indicated:

Via hand delivery upon:

> Richard L. Horwitz
> David E. Moore
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19899-0951
> (302) 984-6000

Via first class mail upon:

> Earl D. Reiland
> Thomas R. Johnson
> Thomas J. Leach
> MERCHANT & GOULD P.C.
> 3200 IDS Center
> 80 South 8th Street
> Minneapolis, MN 55402
> (612) 332-5300

616652v1

                          /s/ Peter B. Ladig
                          _____
Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
**THE BAYARD FIRM**
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile:   (202) 778-2201

Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.

Dated: February 6, 2005

616652v1