# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on February 6, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

          /s/ Peter B. Ladig
          Peter B. Ladig (#3513)

599598v1