## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TEXTRON INNOVATIONS INC.,    )
          )
      Plaintiff,    )
          )  C. A. No. 05-486 (GMS)
    v.    )
          )  **JURY TRIAL DEMANDED**
THE TORO COMPANY,    )
          )
      Defendant.    )

## NOTICE OF SERVICE

The undersigned, counsel for Defendant The Toro Company, hereby certifies that copies of Defendant The Toro Company's Answers to Plaintiff Textron Innovations Inc.'s First Set of Interrogatories to Defendant The Toro Company; and Defendant The Toro Company's Responses to Plaintiff Textron Innovations Inc.'s First Set of Requests for Production of Documents to Defendant The Toro Company were caused to be served on February 6, 2006, upon the following attorneys of record at the following addresses as indicated:

## VIA U.S. FIRST CLASS MAIL

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Scott L. Robertson
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC  20006-1109

OF COUNSEL:                                POTTER ANDERSON & CORROON LLP

Earl D. Reiland                       By:   /s/ David E. Moore
Thomas R. Johnson                           Richard L. Horwitz
Thomas J. Leach                             David E. Moore
MERCHANT & GOULD P.C.                       Hercules Plaza, 6th Floor
3200 IDS Center                             1313 N. Market Street
80 South 8th Street                         Wilmington, Delaware 19899-0951
Minneapolis, MN 55402                       (302) 984-6000
(612) 332-5300                              rhorwitz@potteranderson.com
                                            dmoore@potteranderson.com

Dated:  February 7, 2006
718729                                      *Attorneys for Defendant The Toro Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 7, 2006, the attached document

was hand delivered to the following persons and was electronically filed with the Clerk of

the Court using CM/ECF which will send notification of such filing(s) to the following

and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801


I hereby certify that on February 7, 2006, I have Federal Expressed the documents

to the following non-registered participants:

Scott L. Robertson
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC 20006-1109
srobertson@hunton.com
ccampbell@hunton.com

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com