IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC.,<br><br>                Plaintiff,<br>v.<br><br>THE TORO COMPANY,<br><br>                Defendant. | )<br>)<br>)   C. A. No. 05-486 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VIDEOTAPED DEPOSITION AND REQUEST FOR DESIGNATIONS OF PERSONS TO TESTIFY UNDER FED.R.CIV.P. 30(b)(6)**

To:  Textron Innovations Inc. and its attorneys:

    Scott L. Robertson
    Hunton & Williams LLP
    1900 K Street N.W.
    Washington, D.C. 20006

    Edmond D. Johnson
    The Bayard Firm
    222 Delaware Ave.
    Suite 900
    Wilmington, DE 19801

PLEASE TAKE NOTICE that on **March 7, 2006**, commencing at **9:00 a.m.**, at the offices of Merchant & Gould, 901 - 15th Street N.W., Suite 850, Washington, D.C. 20005, or at some other place mutually agreed upon by counsel, Defendant will take the videotaped deposition of Textron Innovations Inc., which includes, but is not limited to, Textron, Inc., Jacobsen, a Textron Company, Ransomes Inc., Cushman, Inc. and their parents and subsidiaries (hereinafter "Textron") upon oral examination pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure on the following topics:

1. Investigation of products accused of infringing the '530, '311 and '312 patents.

2. Prior art to the '530, '311 and '312 patents.

3. Sales or offers for sale of embodiments shown or described in the '530, '311 and '312 patents before the filing date.

4. Any public disclosure or public knowledge of the alleged inventions disclosed or claimed in the '530, '311 and '312 patents before the filing dates.

5. Textron's application of the claim terms used in the '530, '311 and '312 patents to each Toro product accused of infringement.

6. Textron's application of the claim terms used in the '530, '311 and '312 patents to the prior art.

The videotaped deposition upon oral examination shall continue from day-to-day until completed.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Textron is requested to identify the person or persons who will testify on its behalf on each of the topics identified above. Defendant requests that, prior to the commencement of the deposition, Textron supply a written designation of persons who will testify on its behalf and an indication of the topic(s) for which each such person is designated.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Earl D. Reiland<br>Thomas R. Johnson<br>Thomas J. Leach<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>(612) 332-5300<br><br>Dated: February 17, 2006<br>720412 | By: /s/ David E. Moore<br>Richard L. Horwitz<br>David E. Moore<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant The Toro Company* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

     I, David E. Moore, hereby certify that on February 17, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

     I hereby certify that on February 17, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Scott L. Robertson
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC 20006-1109
srobertson@hunton.com
ccampbell@hunton.com

                                        By: */s/ David E. Moore*
                                                Richard L. Horwitz
                                                David E. Moore
                                                Hercules Plaza, 6th Floor
                                                1313 N. Market Street
                                                Wilmington, Delaware 19899-0951
                                                (302) 984-6000
                                                rhorwitz@potteranderson.com
                                                dmoore@potteranderson.com