IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC., | ) | |
| Plaintiff, | ) ) ) | C.A. No. 05-486 (GMS) |
| v. | ) ) | |
| THE TORO COMPANY, | ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 28, 2006, the undersigned caused copies of Plaintiff's Objections to Defendant's Notice of Rule 30(b)(6) Deposition to be served on the counsel listed below in the manner indicated:

Via hand delivery upon:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951

THE BAYARD FIRM

_/s/ Edmond D. Johnson_
Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801
(302) 655-5000

Attorneys for Plaintiff
Textron Innovations Inc.

Dated February 28, 2006

614600v1

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile:  (202) 778-2201

ATTORNEYS FOR PLAINTIFF
TEXTRON INNOVATIONS INC.

614600v1