## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on February 28, 2006, I electronically filed the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951

Edmond D. Johnson (#2257)

618866v1