# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-486-GMS |
| THE TORO COMPANY, | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **20th** day of **March, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, May 9, 2006 at 9:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case following the private mediation and the tentative mediation scheduled for Friday, October 27, 2006 at 9:00 a.m. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE