## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

TEXTRON INNOVATIONS, INC.,                  :
                                            :
                        Plaintiff,          :
                                            :
            v.                              :    Civil Action No. 05-486-GMS
                                            :
THE TORO COMPANY,                           :
                                            :
                        Defendant.          :

## ORDER

At Wilmington this **9**[th] day of **May, 2006**.

IT IS ORDERED that the teleconference scheduled for Tuesday, May 9, 2006 at 9:30 a.m. with Magistrate Judge Thynge to discuss the status of the case following the private mediation and the tentative mediation scheduled for Friday, October 27, 2006 at 9:00 a.m. has been rescheduled to **Tuesday, June 13, 2006 at 9:30 a.m. Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE