# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 05-486 (GMS) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| THE TORO COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court, having considered Toro's Motion for Leave to File a Second Amended Answer and Counterclaims, IT IS HEREBY ORDERED this _____ day of _____, 2006, that the motion is GRANTED and the second amended pleading is deemed filed as of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE