IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**TEXTRON INNOVATIONS INC.,**

    **Plaintiff,**

v.

**THE TORO COMPANY,**

    **Defendant.**

Civil Action No. 05-486 (GMS)

## DECLARATION OF DAVID M. YOUNG

I, David M. Young, depose, declare and state as follows:

1. My name is David M. Young. I am an attorney and a partner with the law firm Hunton & Williams, LLP, which represents the plaintiff Textron Innovations Inc. in the above action. I am over eighteen years old, and the facts stated herein are based on my own personal knowledge, and if called, I could and would testify competently as to the following facts.

2. Attached to this declaration as Exhibit A is a true and correct copy of Exhibit 10 from Toro's brief in support of its motion for leave to amend its answer and counterclaim.

3. Attached to this declaration as Exhibit B is a true and correct copy of Exhibit 4 from Toro's brief in support of its motion for leave to amend its answer and counterclaim.

4. Attached to this declaration as Exhibit C is a true and correct copy of the record of the Patent Office record of assignments for United States Patent No. 6,047,530 ("the '530 Patent") as obtained on this date from the United States Patent and Trademark Office web site at uniform resource locator ("URL") www.uspto.gov/assignments.

5. Attached to this declaration as Exhibit D is a true and correct copy of excerpts from a Textron, Inc., Securities and Exchange Commission Form-10-K, obtained on this date at

uniform resource locator ("URL") http://www.shareholder.com/Common/Edgar/217346/217346-98-6/98-00.pdf.

6. Attached to this declaration as Exhibit E is a true and correct copy of Toro's Prior Art Statement in this case, served on or about June 1, 2006.

7. Attached to this declaration as Exhibit F is a true and correct copy of the '530 Patent-in-suit in this case.

Signed under the pains and penalties of perjury, this 13th day of June, 2006.

_____
David M. Young

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 13th day of June, 2006, I caused a copy of the foregoing ***Declaration of David M. Young*** with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951

Via facsimile and first class mail upon:

Earl D. Reiland, Esquire
Thomas R. Johnson, Esquire
Thomas J. Leach, Esquire
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Edmond D. Johnson (#2257)