# EXHIBIT C



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Patent Query**

# Patent Assignment Abstract of Title

***NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.***

**Total Assignments: 3**

**Patent #:** 6047530  **Issue Dt:** 04/11/2000  **Application #:** 08794141  **Filing Dt:** 02/03/1997
**Inventor:** RICHARD D. BEDNAR
**Title:** GANG-TYPE ROTARY LAWN MOWER

**Assignment: 1**
**Reel/Frame:** 008433/0424  **Recorded:** 02/03/1997  **Pages:** 3
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** BEDNAR, RICHARD D.  **Exec Dt:** 01/31/1997
**Assignee:** RANSOMES AMERICA CORPORATION
900 NORTH 21ST STREET
LINCOLN, NEBRASKA 68501
**Correspondent:** MICHAEL, BEST & FRIEDRICH
DAVID R. PRICE
100 EAST WISCONSIN AVENUE
SUITE 3300
MILWAUKEE, WI 53202-4108

**Assignment: 2**
**Reel/Frame:** 016245/0085  **Recorded:** 07/12/2005  **Pages:** 10
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignors:** RANSOMES AMERICA CORPORATION  **Exec Dt:** 07/08/2005
RANSOMES INC.  **Exec Dt:** 07/08/2005
RANSOMES RHODE ISLAND  **Exec Dt:** 07/08/2005
**Assignee:** TEXTRON INNOVATIONS INC.
40 WESTMINSTER STREET
PROVIDENCE, RHODE ISLAND 02903
**Correspondent:** JOSEPH M. LAFATA
P.O. BOX 828
BLOOMFIELD HILLS, MI 48303

**Assignment: 3**
**Reel/Frame:** 016263/0339  **Recorded:** 07/15/2005  **Pages:** 10
**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE TITLE AS "ELECTRIC RIDING MOWER WITH MOTOR GENERATOR SET AND NOISE ABATEMENT" PREVIOUSLY RECORDED ON REEL 016245 FRAME 0085. ASSIGNOR(S) HEREBY CONFIRMS THE THE ASSIGNMENT OF THIS PROPERTY.
**Assignors:** RANSOMES AMERICA CORPORATION  **Exec Dt:** 07/08/2005
RANSOMES INC.  **Exec Dt:** 07/08/2005
RANSOMES RHODE ISLAND  **Exec Dt:** 07/08/2005
**Assignee:** TEXTRON INNOVATIONS INC.
40 WESTMINSTER STREET
PROVIDENCE, RHODE ISLAND 02903

**Correspondent:** JOSEPH M. LAFATA
P.O. BOX 828
BLOOMFIELD HILLS, MI 48303

Search Results as of: 06/13/2006 11:26 AM
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |