| CLAIM 7 | | |
|---|---|---|
| A lawn mower as set forth in claim 2 wherein at least two front rotary cutting deck assemblies are mounted on said frame in a side-by-side relationship defining a gap between adjacent front deck assemblies. | Claim 7 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>All of the Category A art included front decks in the configuration claimed.<br><br>Category G art discloses reel mowers having the claimed configuration. | Categories C, D and E art teach rotary cutting decks. |
| **CLAIM 8** | | |
| A lawn mower as set forth in claim 7 wherein at least one rear deck assembly is aligned with said gap. | Claim 8 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>All of the Category A art included rear decks in the configuration claimed.<br><br>Category G art discloses reel mowers having the claimed configuration. | Categories C, D and E art teach rotary cutting decks. |
| **CLAIM 10: A gang-type rotary lawn mower comprising** | | |
| a frame supported by front and rear wheels for movement over the ground, | Claim 10 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>The Lesco 500 Rotary and Risboro mowers each have such a frame.<br><br>The Nunes mowers of Category A have such a frame.<br><br>Category G art discloses reel mowers having such a frame supported by wheels. | |
| a power source which is mounted on said frame and which drives at least two of said wheels; | The Lesco 500 Rotary and Risboro mowers each have an engine mounted on the frame, which drives the wheels. | |

6

|  |  |  |
|---|---|---|
|  | The Nunes mowers of Category A have an engine that drives the wheels.<br><br>Category G art discloses reel mowers having an engine. |  |
| an operator's seat mounted on said frame; | The Lesco 500 Rotary and Risboro mowers each have a seat.<br><br>The Nunes mowers of Category A have a seat.<br><br>Category G art discloses reel mowers having a seat. |  |
| a steering system enabling the operator to steer said lawn mower; | The Lesco 500 Rotary and Risboro mowers each have a steering system.<br><br>The Nunes mowers of Category A have a steering system.<br><br>Category G art discloses reel mowers having steering systems. |  |
| at least two front rotary cutting deck assemblies mounted to said frame in front of said front wheels and in a side-by-side relationship, wherein each of said front cutting deck assemblies defines a front cutting path; and | The Lesco 500 Rotary and Risboro mowers each have the claimed configuration of front cutting decks which cut a path.<br><br>The Nunes mowers of Category A have the claimed configuration of front cutting decks that cut a path.<br><br>Category G art discloses reel mowers having the claimed configuration of front cutting decks that cut a path. | It would have been obvious to combine the art of Category B and the other Category A mowers with the art of Category G.<br><br>Categories B, C, and D teach rotary cutting decks. |
| at least one rear rotary cutting deck assembly being mounted on said frame behind said front deck assemblies, said rear rotary cutting deck assembly defining a rear | Both the Lesco 500 Rotary and Risboro mowers have a rear deck that has a path overlapping a portion of the front cutting paths. | It would have been obvious to combine the art of Category B and the other Category A mowers with the art of Category G. |

| | | |
|---|---|---|
| cutting path extending laterally to overlap a portion of each of said front cutting paths, | The Nunes mowers of Category A have the claimed configuration of rear cutting decks that cut a path that overlaps a portion of the front deck's cutting paths.<br><br>Category G art discloses reel mowers having the claimed configuration of rear cutting decks that cut a path, which would overlap a portion of the front deck's cutting path. | Categories B, C, and D teach rotary cutting decks. |
| wherein each of said front and rear deck assemblies has at least one cutting blade mounted on a spindle for rotation therewith and at least one roller to support each of said deck assemblies for movement over the ground, said roller extending substantially across the entire width of said cutting path. | Both the Lesco 500 Rotary and Risboro mowers have full width rear rollers and cutting decks with at least one blade and spindle.<br><br>The Nunes mowers of Category A disclose rotary cutting decks.<br><br>Category G art discloses reel mowers having full-width rollers. | Categories C and D teach full-width rear rollers supporting rotary decks.<br><br>Categories B, C, and D teach rotary mowers with full-width rear rollers. |
| **CLAIM 11** | | |
| A lawn mower as set forth in claim 10 wherein each deck assembly is connected to said frame by a respective lifting arm operable to lift the associated deck assembly relative to said frame, such that each of said deck assemblies is connected by its own lifting arm to said frame. | Claim 11 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>Categories A and G include mowers that have deck assemblies connected to the frame by individual lift arms. | |
| **CLAIM 12** | | |
| A lawn mower as set forth in claim 10 wherein each of said front and rear deck assemblies includes a | Claim 12 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination. | |

| | | |
|---|---|---|
| pair of laterally-spaced, generally vertically-extending side plates having forward ends, | The Risboro reference included, as Textron has applied the terms, laterally spaced and vertically extending side plates. | In addition, the other Category A mowers combined with Categories D and F art disclose this side-plate feature. |
| a first front wheel supporting one of said side plates for movement over the ground, and a second front wheel supporting the other of said side plates for movement over the ground, | The Category A references, except Risboro, include front wheels. | Category A mowers combined with Category D and F art teach side plates. |
| wherein said roller extends between said side plates and supports said side plates for movement over the ground, | The Risboro reference included a full width rear roller as claimed. | It also would have been obvious to combine the other Category A references with the art of Category F or the Attack Engineering or similar references. |
| wherein the associated deck is located between said side plates and in front of said roller and is mounted on said side plates such that the height of said deck relative to the ground is adjustable by changing the position of said deck relative to said side plates. | | It would have been obvious to combine the Category A art with the Category D and F art. |

9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TEXTRON INNOVATIONS INC., | ) | |
| | ) | |
| | ) | C. A. No. 05-486 (GMS) |
| Plaintiff, | ) | |
| v. | ) | (Jury Trial Demanded) |
| | ) | |
| THE TORO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT E:  INVALIDITY OF ASSERTED CLAIMS OF THE '312 PATENT
UNDER 35 U.S.C. §102**

| CLAIMS | PRIOR ART |
|---|---|
| **CLAIM 1: A gang-type rotary lawn mower comprising** | |
| a frame supported by front wheels and at least one rear wheel for movement over the ground; | Claim 1 is invalid under 35 U.S.C. § 102.<br><br>The Lesco 500 Rotary mower and Risboro reference each have such a frame.<br><br>In addition, U.S. Patent No. 3,236,034 discloses the claimed frame. |
| a power source which is mounted on said frame and which drives at least two of said wheels; | The Lesco 500 Rotary mower and Risboro reference each have an engine mounted on the frame.<br><br>In addition, U.S. Patent No. 3,236,034 discloses an engine mounted on the frame. |
| an operator's seat mounted on said frame; | The Lesco 500 Rotary mower and Risboro reference each have a seat.<br><br>In addition, U.S. Patent No. 3,236,034 discloses a seat. |
| a steering system enabling the operator to steer said lawn mower; | The Lesco 500 Rotary mower and Risboro reference each have a steering wheel.<br><br>In addition, U.S. Patent No. 3,236,034 discloses a steering system. |
| at least two side-by-side front rotary cutting deck assemblies mounted on said frame in front of | The Lesco 500 Rotary mower and Risboro reference each have the claimed configuration of front cutting decks which define a gap. |

1

| | |
|---|---|
| said front wheels, said front deck assemblies defining a gap between adjacent front deck assemblies; and | In addition, U.S. Patent No. 3,236,034 discloses the claimed configuration of front cutting decks as interpreted by Textron. |
| at least one rear rotary cutting deck assembly mounted on said frame behind said front deck assemblies and between said front wheels, each rear deck assembly being aligned with a respective gap between adjacent front deck assemblies; | The Lesco 500 Rotary and the Risboro reference both have at least one rear deck behind the front decks and aligned with the gap.<br><br>In addition, U.S. Patent No. 3,236,034 discloses the claimed configuration of the at least one rear rotary cutting deck as interpreted by Textron. |
| each of said front and rear deck assemblies including a deck defining a downwardly opening space, at least one cutting blade mounted on a spindle for rotation therewith and a first roller supporting said deck movement over the ground, said first roller extending only partially across the width of said deck. | As this element has been applied by Textron to Toro's accused products, both the Lesco 500 Rotary mower and the Risboro reference have a deck defining a downwardly opening space, a cutting blade on a spindle and a partial-width roller.<br><br>In addition, U.S. Patent No. 3,236,034 discloses decks having a downwardly opening space, using the construction Textron uses to accuse Toro's products of infringement, at least one cutting blade mounted on a spindle, and a roller extending only partially across the width of the deck. |
| **CLAIM 2** | |
| The lawn mower of claim 1 wherein each of said front and rear deck assemblies further includes a second roller positioned in offset relation to said first roller. | Claim 2 is invalid under 35 U.S.C. § 102.<br><br>As this element has been applied by Textron to Toro's accused products, both the Lesco 500 Rotary mower and the Risboro reference have a second roller offset from the first. |
| **CLAIM 3** | |
| The lawn mower of claim 2 wherein each of said front and rear deck assemblies further includes a third roller having an axis of rotation aligned with an axis of rotation of said second roller. | Claim 3 is invalid under 35 U.S.C. § 102.<br><br>As this element has been applied by Textron to Toro's accused products, the Lesco 500 Rotary mower has a third roller on the same axis as the second. |
| **CLAIM 4** | |
| The lawn mower of claim 3 wherein each of said first, second and third rollers define a rolling path substantially uninterrupted across the width of the deck. | Claim 4 is invalid under 35 U.S.C. § 102.<br><br>As this element has been applied by Textron to Toro's accused products, the Lesco 500 Rotary mower has an uninterrupted rolling path. |

2

| CLAIM 5 | |
|---|---|
| The lawn mower of claim 4 wherein said rolling path includes a portion traveled by both of said first and second rollers. | Claim 5 is invalid under 35 U.S.C. § 102.<br><br>As this element has been applied by Textron to Toro's accused products, the Lesco 500 Rotary mower has a rolling path traveled by two rollers. |
| **CLAIM 8** | |
| The lawn mower of claim 1 wherein said first roller of said at least one front deck assembly defines a rolling path and said first roller of said corresponding at least one rear deck assembly defines a rolling path. | Claim 8 is invalid under 35 U.S.C. § 102.<br><br>As this element has been applied by Textron to Toro's accused products, both the Lesco 500 Rotary mower and the Risboro brochure have the claimed rolling path features. |
| **CLAIM 9** | |
| The lawn mower of claim 8 wherein said rolling path defined by said front deck assembly roller overlaps said rolling path defined by said rear deck assembly roller. | Claim 9 is invalid under 35 U.S.C. § 102.<br><br>As this element has been applied by Textron to Toro's accused products, both the Lesco 500 Rotary mower and the Risboro reference have a front roller path that overlaps the rear roller path overlap. |
| **CLAIM 10** | |
| The lawn mower of claim 8 wherein said rolling path defined by said front deck assembly roller includes an inboard edge aligned with an outboard edge of said rolling path defined by said rear deck assembly roller. | Claim 10 is invalid under 35 U.S.C. § 102.<br><br>As this element has been applied by Textron to Toro's accused products, both the Lesco 500 Rotary mower and the Risboro reference have the claimed alignment. |
| **CLAIM 11** | |
| The lawn mower of claim 8 wherein said rolling path defined by said front deck assembly roller is spaced apart from said rolling path defined by said rear deck assembly roller. | Claim 11 is invalid under 35 U.S.C. § 102.<br><br>As this element has been applied by Textron to Toro's accused products, both the Lesco 500 Rotary mower and the Risboro reference have the claimed spacing. |
| **CLAIM 12** | |
| The lawn mower of claim 1 wherein each of said front and rear deck assemblies further includes a pair of rotatable wheels pivotally mounted to said frame. | |
| **CLAIM 14** | |
| The lawn mower of claim 1 further including a lifting arm pivotally interconnecting each of | Claim 14 is invalid under 35 U.S.C. § 102.<br><br>As this element has been applied by Textron to |

3

| said front deck assemblies to said frame, said lifting arm pivoting about an axis laterally extending across said deck assembly substantially parallel to the ground and perpendicular to the direction of travel. | Toro's accused products, both the Lesco 500 Rotary mower and the Risboro reference have lifting arms as claimed. |
|---|---|
| **CLAIM 15** | |
| The lawn mower of claim 1 wherein said first roller is a unitary, one-piece roller. | Claim 15 is invalid under 35 U.S.C. § 102.<br><br>As this element has been applied by Textron to Toro's accused products, both the Lesco 500 Rotary mower and the Risboro reference include unitary, one piece rollers. |
| **CLAIM 16** | |
| The lawn mower of claim 1 wherein said first roller is a segmented roller having a plurality of roller segments. | |
| **CLAIM 17** | |
| The lawn mower of claim 16 wherein said roller segments are aligned along an axis of rotation. | |
| **CLAIM 19: A cutting deck assembly for a gang-type rotary lawn mower having a frame, the cutting deck assembly comprising:** | |
| a deck defining a downwardly opening space; | |
| at least one cutting blade mounted on a spindle for rotation therewith; | |
| a pair of laterally-spaced, generally vertically extending side plates having forward ends; | |
| a first front wheel supporting one of said side plates for movement over the ground; | |
| a second front wheel supporting the other of said side plates for movement over the ground; | |
| a roller extending between said side plates supporting said side plates for movement over the ground, wherein said deck is coupled to said side plates and located in front of said roller such that the height of said deck | |

| | |
|---|---|
| relative to the ground is adjustable by changing the position of said deck relative to said side plates; and | |
| a lifting arm adapted to pivotally interconnect said cutting deck assembly and the frame. | |
| **CLAIM 20** | |
| The lawn mower of claim 19 wherein said roller is a unitary, one-piece roller. | |
| **CLAIM 24: A gang-type rotary lawn mower comprising:** | |
| a frame supported by front wheels and at least one rear wheel for movement over the ground; | Claim 24 is invalid under 35 U.S.C. § 102. The Lesco 500 Rotary mower has such a frame. |
| a power source which is mounted on said frame and which drives at least two of said wheels; | The Lesco 500 Rotary mower has an engine mounted on the frame. |
| an operator's seat mounted on said frame; | The Lesco 500 Rotary mower has a seat. |
| a steering system enabling the operator to steer said lawn mower; | The Lesco 500 Rotary mower has a steering wheel. |
| at least two side-by-side front rotary cutting deck assemblies mounted on said frame in front of said front wheels, said front deck assemblies defining a gap between adjacent front deck assemblies; and | The Lesco 500 Rotary mower has the claimed configuration of front cutting decks which define a gap. |
| at least one rear rotary cutting deck assembly mounted on said frame behind said front deck assemblies, each rear deck assembly being aligned with a respective gap between adjacent front deck assemblies; | The Lesco 500 Rotary mower has a rear deck that is aligned with the gap. |
| each of said front and rear deck assemblies including a deck defining a downwardly opening space, at least one cutting blade mounted on a spindle for rotation therewith and a first, second and third roller supporting said deck for movement over the ground, said first roller extending only | The Lesco 500 Rotary mower includes downwardly opening decks, as Textron has applied that term, at least one blade on a spindle, and three rollers, as Textron has applied that term, supporting the decks. |

| | |
|---|---|
| partially across the width of said deck. | |
| **CLAIM 25** | |
| The lawn mower of claim 24 wherein said first roller and said second roller are positioned in along different axes of rotation. | Claim 25 is invalid under 35 U.S.C. § 102.<br><br>The Lesco 500 Rotary mower includes a first and second roller in the claimed configuration, as Textron has interpreted it. |
| **CLAIM 26** | |
| The lawn mower of claim 25 wherein said third roller and said second roller rotate about the same axis of rotation. | Claim 26 is invalid under 35 U.S.C. § 102.<br><br>The Lesco 500 Rotary mower includes a second and third roller in the claimed configuration, as Textron has interpreted it. |
| **CLAIM 27** | |
| The lawn mower of claim 26 wherein said second and third rollers are positioned forward of said first roller. | Claim 27 is invalid under 35 U.S.C. § 102.<br><br>The Lesco 500 Rotary mower includes a first, second and third roller in the claimed configuration, as Textron has interpreted it. |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TEXTRON INNOVATIONS INC., | ) | |
| | ) | |
| | ) | C. A. No. 05-486 (GMS) |
| Plaintiff, | ) | |
| v. | ) | (Jury Trial Demanded) |
| | ) | |
| THE TORO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT F:  INVALIDITY OF ASSERTED CLAIMS OF THE '312 PATENT
UNDER 35 U.S.C. §103**

| CLAIMS | PRIOR ART |
|---|---|
| **CLAIM 1: A gang-type rotary lawn mower comprising** | |
| a frame supported by front wheels and at least one rear wheel for movement over the ground; | Claim 1 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>The Category A art each have such a frame.<br><br>The Category G art each have such a frame.<br><br>U.S. Patent No. 3,236,034 discloses the claimed frame.<br><br>Category B art discloses a frame. |
| a power source which is mounted on said frame and which drives at least two of said wheels; | The Category A art each have an engine mounted on the frame.<br><br>The Category G art each have an engine mounted on the frame.<br><br>U.S. Patent No. 3,236,034 discloses an engine mounted on the frame.<br><br>Category B art discloses an engine. |
| an operator's seat mounted on said | The Category A art each have a seat. |

| | | |
|---|---|---|
| frame; | The Category G art each have a seat.<br><br>U.S. Patent No. 3,236,034 discloses a seat.<br><br>Category B art discloses a seat. | |
| a steering system enabling the operator to steer said lawn mower; | The Category A art each have a steering system.<br><br>The Category G art each have a steering system.<br><br>U.S. Patent No. 3,236,034 discloses a steering system.<br><br>Category B art discloses a steering system. | |
| at least two side-by-side front rotary cutting deck assemblies mounted on said frame in front of said front wheels, said front deck assemblies defining a gap between adjacent front deck assemblies; and | The Category A art each have the claimed configuration of front cutting decks as interpreted by Textron.<br><br>The Category G art discloses the required configuration of front cutting decks as interpreted by Textron.<br><br>U.S. Patent No. 3,236,034 discloses the claimed configuration of front cutting decks as interpreted by Textron.<br><br>It would have been obvious to reposition the decks of the Category B art in the claimed configuration of front cutting decks as interpreted by Textron. | The Categories C, D and I art teach rotary decks. |
| at least one rear rotary cutting deck assembly mounted on said frame behind said front deck assemblies and between said front wheels, each rear deck assembly being | The Category A art each have the claimed configuration of rear cutting decks as interpreted by Textron to accuse Toro's products of infringement.<br><br>The Category G art each disclose the claimed rear deck configuration. | Categories C, D and I art teach rotary cutting decks. |

2

| | | |
|---|---|---|
| aligned with a respective gap between adjacent front deck assemblies; | U.S. Patent No. 3,236,034 discloses the claimed configuration of the at least one rear rotary cutting deck as interpreted by Textron.<br><br>It would have been obvious to reposition the decks of the Category B art in the claimed rear deck arrangement. | |
| each of said front and rear deck assemblies including a deck defining a downwardly opening space, at least one cutting blade mounted on a spindle for rotation therewith and a first roller supporting said deck for movement over the ground, said first roller extending only partially across the width of said deck. | The Risboro Turf brochure discloses decks which define a downwardly opening space, as Textron uses that term to accuse Toro's products. The Risboro brochure discloses mower decks having at least one cutting blade mounted on a spindle and a roller extending only partially across the width of the deck.<br><br>As Textron construes this limitation to accuse Toro's products of infringement, the Lesco 500 Rotary, the Deere 3235A with Nunes, and the Deere with Nunes 355 discloses decks which define a downwardly opening space, at least one cutting blade mounted on a spindle, and a roller extending only partially across the width of the deck.<br><br>The Category G art teaches reel mowers with a roller.<br><br>In addition, using the construction Textron uses to accuse Toro's products of infringement, U.S. Patent No. 3,236,034 discloses decks having a downwardly opening space, at least one cutting blade mounted on a | In addition, Category I art teaches rollers that extend only partially across the width of rotary decks.<br><br>The Category I art teaches rotary decks having a roller that extends only partially across the width of the decks. |

3

| | | |
|---|---|---|
| | spindle, and a roller extending only partially across the width of the deck. For example, rollers 15.<br><br>Category B art discloses decks having a downwardly opening space, at least one cutting blade mounted on a spindle, and a roller extending only partially across the width of the deck. | |
| **CLAIM 2** | | |
| The lawn mower of claim 1 wherein each of said front and rear deck assemblies further includes a second roller positioned in offset relation to said first roller. | Claim 2 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation has been construed by Textron to accuse Toro's products of infringement, the Risboro brochure teaches front and rear deck assemblies having a second roller offset from the first roller.<br><br>As this limitation has been construed by Textron to accuse Toro's products of infringement, the Lesco 500 Rotary mower, the Deere 3235A with Nunes, and the Deere with Nunes 355, disclose a second roller in offset relation to the first roller.<br><br>As Textron construes this limitation to accuse Toro's products of infringement, Category B art discloses rotary decks with two rollers in offset positions to each other.<br><br>As this limitation is construed by Textron to accuse Toro's products of infringement, Category G art discloses decks in the claimed configuration.<br><br>Using the construction Textron uses to accuse Toro's products of infringement, U.S. Patent No. | Category D and I art disclose rotary decks having two rollers in offset positions to each other. |

|  | 3,236,034 discloses a second roller in offset relation to the first. |  |
|---|---|---|
| **CLAIM 3** |  |  |
| The lawn mower of claim 2 wherein each of said front and rear deck assemblies further includes a third roller having an axis of rotation aligned with an axis of rotation of said second roller. | Claim 3 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation has been construed by Textron to accuse Toro's products of infringement, the Risboro brochure teaches front and rear deck assemblies having two rollers. | Category D and I art teach using three rollers where two of the rollers are aligned in the axis of rotation and a third roller is positioned offset from the first two. |
|  | As this limitation has been construed by Textron to accuse Toro's products of infringement, the Lesco 500 Rotary mower, the Deere 3235A with Nunes, and the Deere with Nunes 355, disclose a third roller aligned with the axis of rotation of the second roller.<br><br>As Textron construes this limitation to accuse Toro's products of infringement, Category B art discloses rotary decks with a third roller aligned with the axis of rotation of the second roller. |  |
|  | As this limitation is construed by Textron to accuse Toro's products of infringement, Category G art discloses decks in the claimed configuration. | Category D and I art disclose rotary decks having a third roller aligned with the axis of rotation of the second roller. |
|  | Using the construction Textron uses to accuse Toro's products of infringement, U.S. Patent No. 3,236,034 discloses a third roller aligned with the axis of rotation of the |  |

5

| | second roller. | |
|---|---|---|
| **CLAIM 4** | | |
| The lawn mower of claim 3 wherein each of said first, second and third rollers define a rolling path substantially uninterrupted across the width of the deck. | Claim 4 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As Textron has construed this claim to accuse Toro's products of infringement, the Lesco 500 Rotary mower had two front rollers and one rear roller which defined a rolling path substantially uninterrupted across the deck. | |
| | As Textron has construed this claim to accuse Toro's products of infringement, the Risboro brochure teaches a front roller and a rear roller that define a rolling path substantially uninterrupted across the width of the deck. | Category D and I art disclose the use of three rollers that define a rolling path substantially uninterrupted across the width of the deck. |
| | The Deere 3235A with Nunes, and the Deere with Nunes 355, disclose multiple rollers. | Category D and I art teach the use of three rollers to define a rolling path substantially uninterrupted across the width of the deck. |
| | As Textron has construed this claim to accuse Toro's products of infringement, Category G art discloses cutters in the claimed configuration. | Category D and I art teach the use of rotary decks having three rollers to define a rolling path substantially uninterrupted across the width of the deck. |
| **CLAIM 5** | | |
| The lawn mower of claim 4 wherein said rolling path includes a portion traveled by both of said first and second rollers. | Claim 5 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As Textron has construed this claim to accuse Toro's products of | |

| | | |
|---|---|---|
| | infringement, the Lesco 500 Rotary mower had a rolling path that was traveled by both the first and second rollers. | |
| | As Textron has construed this claim to accuse Toro's products of infringement, the Risboro brochure teaches a first and second roller that defines a rolling path where both the first and second roller travel at least a portion of the rolling path. | Category D and I art disclose the use of three rollers that travel a portion of the same rolling path. |
| | The Deere 3235A with Nunes, and the Deere with Nunes 355, disclose multiple rollers. | Category D and I art disclose the use of three rollers that travel a portion of the same rolling path. |
| | As Textron has construed this claim to accuse Toro's products of infringement, Category G art discloses cutters in the claimed configuration. | Category D and I art disclose the use of rotary cutters that have three rollers that travel a portion of the same rolling path. |
| **CLAIM 8** | | |
| The lawn mower of claim 1 wherein said first roller of said at least one front deck assembly defines a rolling path and said first roller of said corresponding at least one rear deck assembly defines a rolling path. | Claim 8 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>The Lesco 500 Rotary mower and the Risboro brochure teach front and rear decks having rollers that define a rolling path.<br><br>In addition, as this claim has been construed to accuse Toro's products of infringement, the other Category A art includes a front deck having a first roller that defines a rolling path and a rear deck having a first roller defines a cutting path.<br><br>In addition, as Textron construes this claim to accuse Toro's products of infringement, U.S. Patent No. | |

7

| | | |
|---|---|---|
| | 3,236,034 discloses front and rear deck roller that define a rolling path.<br><br>In addition, as Textron construes this claim to accuse Toro's products of infringement, Category B art discloses front and rear decks having rollers that define a rolling path.<br><br>As Textron has construed this claim to accuse Toro's products of infringement, Category G art discloses cutters having a roller that defines a rolling path. | Category D and I art disclose rotary decks having rollers that define a rolling path. |
| **CLAIM 9** | | |
| The lawn mower of claim 8 wherein said rolling path defined by said front deck assembly roller overlaps said rolling path defined by said rear deck assembly roller. | Claim 9 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation is construed by Textron to accuse Toro's products of infringement, the Lesco 500 Rotary mower and the Risboro brochure teach front and rear decks having rollers that define rolling paths that overlap.<br><br>As this claim has been construed to accuse Toro's products of infringement, the other Category A art teach front and rear decks having rollers that define rolling paths that overlap.<br><br>In addition, as Textron construes this claim to accuse Toro's products of infringement, Category B art teaches front and rear decks having rollers that define rolling paths that overlap.<br><br>As Textron has construed this claim to accuse Toro's products of infringement, Category G art discloses | U.S. Patent No. 3,654,749 or U.S. Patent No. 3,754,385 |

8

| | cutters in the claimed configuration. | discloses rotary decks where the front deck rolling path overlaps the rear deck rolling path. |
|---|---|---|
| **CLAIM 10** | | |
| The lawn mower of claim 8 wherein said rolling path defined by said front deck assembly roller includes an inboard edge aligned with an outboard edge of said rolling path defined by said rear deck assembly roller. | Claim 10 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation is construed by Textron to accuse Toro's products of infringement, Category A art teaches a front deck having a rolling path with an inboard edge that is aligned with the outboard edge of a rolling path of a rear deck roller.<br><br>As Textron has construed this claim to accuse Toro's products of infringement, Category G art discloses cutters in the claimed configuration. | Category C and D art teaches decks with rollers such that when placed in the configuration of Category G art the decks have a rolling path with an inboard edge that is aligned with the outboard edge of a rolling path of a rear deck roller. |
| **CLAIM 11** | | |
| The lawn mower of claim 8 wherein said rolling path defined by said front deck assembly roller is spaced apart from said rolling path defined by said rear deck assembly roller. | Claim 11 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation is construed by Textron to accuse Toro's products of infringement, Category A art teaches a front deck having a rolling path with an inboard edge that is spaced apart from the outboard edge of a rolling path of a rear deck roller.<br><br>As Textron has construed this claim to accuse Toro's products of infringement, Category G art discloses | Category I art discloses rotary decks having rollers that define spaced rolling paths.<br><br>Category D and I art teach decks with spaced rollers such |

9

| | cutters in the claimed configuration. | that when placed in the configuration of Category G art the decks have a rolling path with an inboard edge that is spaced apart from the outboard edge of a rolling path of a rear deck roller. |
|---|---|---|
| **CLAIM 12** | | |
| The lawn mower of claim 1 wherein each of said front and rear deck assemblies further includes a pair of rotatable wheels pivotally mounted to said frame. | Claim 12 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation has been construed by Textron to accuse Toro's products of infringement, and to the extent this limitation is understood, the Lesco 500 Rotary mower and the Risboro brochure discloses decks with rotatable wheels pivotally mounted to the frame. | In addition, as this limitation has been construed by Textron to accuse Toro's products of infringement, and to the extent this limitation is understood, the other Category A references in combination with U.S. Patent No. 3,654,749 or U.S. Patent No. 3,754,385 teach this limitation. |
| **CLAIM 14** | | |
| The lawn mower of claim 1 further including a lifting arm pivotally interconnecting each of said front deck assemblies to said frame, said lifting arm pivoting about an axis laterally extending across said deck assembly substantially parallel to the ground and | Claim 14 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation is construed by Textron to accuse Toro's products of infringement, the Risboro brochure discloses and Lesco 500 mowers had lifting arms in the claimed configuration.<br><br>In addition, the other Category A references disclose a lifting arm in the claimed configuration. | |

10

| | | |
|---|---|---|
| perpendicular to the direction of travel. | The Category G references also disclose a lift arm in the claimed configuration. | |
| **CLAIM 15** | | |
| The lawn mower of claim 1 wherein said first roller is a unitary, one-piece roller. | Claim 15 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation is construed by Textron to accuse Toro's products of infringement, the Lesco 500 rotary mowers have and the Risboro brochure disclose a unitary, one-piece roller. | |
| | As this limitation is construed by Textron to accuse Toro's products of infringement, the other Category A art disclose rotary cutting decks with one-piece rollers. | Categories C and D art disclose one-piece rollers. |
| | As this limitation is construed by Textron to accuse Toro's products of infringement, the Category G art discloses one-piece roller. | Categories C and D art disclose one-piece rollers. |
| **CLAIM 16** | | |
| The lawn mower of claim 1 wherein said first roller is a segmented roller having a plurality of roller segments. | Claim 16 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation is interpreted by Textron to accuse Toro's products of infringement, the Category A art discloses rotary cutting decks. | U.S. Patent No. 3,654,749 or U.S. Patent No. 3,754,385 disclose rotary cutting decks with segmented rollers. |
| | To the extent that Category G art does not disclose a segmented roller, as this limitation is construed by Textron to accuse Toro's products of infringement, it would have been obvious to combine them with U.S. Patent No. 3,654,749 or U.S. Patent No. 3,754,385 which disclose rotary | |

11

| | cutting decks with segmented rollers. | |
|---|---|---|
| **CLAIM 17** | | |
| The lawn mower of claim 16 wherein said roller segments are aligned along an axis of rotation. | Claim 17 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation is interpreted by Textron to accuse Toro's products of infringement, the Category A art discloses rotary cutting decks.<br><br>To the extent that Category G art does not disclose a segmented roller, as this limitation is construed by Textron to accuse Toro's products of infringement, it would have been obvious to combine them with U.S. Patent No. 3,654,749 or U.S. Patent No. 3,754,385 which disclose rotary cutting decks with segmented rollers. | U.S. Patent No. 3,654,749 or U.S. Patent No. 3,754,385 disclose rotary cutting decks with segmented rollers. |
| **CLAIM 19: A cutting deck assembly for a gang-type rotary lawn mower having a frame, the cutting deck assembly comprising:** | | |
| a deck defining a downwardly opening space; | Claim 19 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>The Category A art discloses a deck defining a downwardly opening space.<br><br>Category C art discloses a deck defining a downwardly opening space.<br><br>Category D art discloses a deck defining a downwardly opening space.<br><br>Category F art discloses a deck defining a downwardly opening space. | |
| at least one cutting blade mounted on a spindle for rotation therewith; | The Category A art discloses at least one cutting blade mounted on a spindle.<br><br>Category C art discloses at least one cutting blade mounted on a spindle. | |

12

| | Category D art discloses at least one cutting blade mounted on a spindle.<br><br>Category F art discloses at least one cutting blade mounted on a spindle. | |
|---|---|---|
| a pair of laterally-spaced, generally vertically extending side plates having forward ends; | The Category A art discloses rotary cutting decks.<br><br>Category C art discloses a pair of side plates.<br><br>Category D art discloses a pair of side plates.<br><br>Category F art discloses a pair of side plates. | Categories C, D, and F art disclose a pair of side plates. |
| a first front wheel supporting one of said side plates for movement over the ground; | The Category A art discloses rotary cutting decks.<br><br>Category C and D art disclose a deck having side plates supported by a front roller.<br><br>Category F art discloses a first front wheel supporting one of the side plates. See for example, U.S. Patent Nos. 1,954,579 and 3,537,720. | Categories C, D, and F art disclose a pair of side plates.<br><br>Category F art discloses a first wheel supporting one of the side plates. |
| a second front wheel supporting the other of said side plates for movement over the ground; | The Category A art discloses rotary cutting decks.<br><br>Category C and D art disclose a deck having side plates supported by a front roller.<br><br>Category F art discloses a first front wheel supporting one of the side plates. See for example, U.S. Patent Nos. 1,954,579 and 3,537,720. | Categories C, D, and F art each disclose a pair of side plates.<br><br>Category F art discloses a first wheel supporting one of the side plates. |
| a roller extending between said side plates supporting | The Category A art discloses rotary cutting decks. | Categories C (see Major Groundsman 6000), D (see |

13

| | | |
|---|---|---|
| said side plates for movement over the ground, wherein said deck is coupled to said side plates and located in front of said roller such that the height of said deck relative to the ground is adjustable by changing the position of said deck relative to said side plates; and | | Australian patent No. 11,914/70), and F (see U.S. Patent Nos. 1,954,579 and 3,537,720) art disclose a pair of side plates with a roller extending between the side plates and were the deck is attached to the side plates such that the height of cut is adjusted by moving the deck relative to the side plates. |
| | Category C art discloses a rear roller extending between side plates and were the deck is attached to the side plates such that the height of cut is adjusted by moving the deck relative to the side plates.<br><br>Kilworth, Port Agric, Australian Patents Nos. 11914/70 and 50523/64, South African Patent Application Nos. 924978 and 942089, Teagle Topper 6, Attack 150 Rollermower, and Dowdswell Rollermowers of Category D disclose a roller extending between the side plates and were the deck is attached to the side plates such that the height of cut is adjusted by moving the deck relative to the side plates.<br><br>Category F art discloses a pair of side plates having a roller extending there between, and were the deck is attached to the side plates such that the height of cut is adjusted by moving the deck relative to the side plates. See U.S. Patent Nos. 1,954,579 and 3,537,720. | |
| a lifting arm adapted to pivotally interconnect said | The Category A art include lifting arms. | |

| cutting deck assembly and the frame. | Category C and D art disclose a deck having side plates supported by a roller.<br><br>Category F art disclose a deck having side plates supported by a roller. | Category A or G art teach the claimed lifting arm.<br><br>Category A or G art teach the claimed lifting arm. |
|---|---|---|
| **CLAIM 20** | | |
| The lawn mower of claim 19 wherein said roller is a unitary, one-piece roller. | Claim 20 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>Lesco 500 Rotary and Risboro reference, of Category A, both include a unitary, one-piece rear roller.<br><br>Category C and D art disclose unitary rollers.<br><br>Category F art discloses unitary rollers. | The remaining Category A references, combined with Category D unitary rollers. |
| **CLAIM 24: A gang-type rotary lawn mower comprising:** | | |
| a frame supported by front wheels and at least one rear wheel for movement over the ground; | Claim 24 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>The Category A art each have such a frame.<br><br>The Category G art each have such a frame.<br><br>In addition U.S. Patent No. 3,236,034 discloses the claimed frame.<br><br>Category B art discloses a frame. | |
| a power source which is mounted on said frame and which drives at least two of said wheels; | The Category A art each have an engine mounted on the frame.<br><br>The Category G art each have an engine mounted on the frame.<br><br>In addition U.S. Patent No. 3,236,034 | |

15

| | discloses an engine mounted on the frame.<br><br>Category B art discloses an engine. | |
|---|---|---|
| an operator's seat mounted on said frame; | The Category A art each have a seat.<br><br>The Category G art each have a seat.<br><br>In addition U.S. Patent No. 3,236,034 discloses a seat.<br><br>Category B art discloses a seat. | |
| a steering system enabling the operator to steer said lawn mower; | The Category A art each have a steering system.<br><br>The Category G art each have a steering system.<br><br>In addition U.S. Patent No. 3,236,034 discloses a steering system.<br><br>Category B art discloses a steering system. | |
| at least two side-by-side front rotary cutting deck assemblies mounted on said frame in front of said front wheels, said front deck assemblies defining a gap between adjacent front deck assemblies; and | The Category A art each have the claimed configuration of front cutting decks.<br><br>The Category G art discloses the required configuration.<br><br>In addition U.S. Patent No. 3,236,034 discloses the claimed configuration of front cutting decks.<br><br>It would have been obvious to reposition the decks of the Category B art in the claimed front deck arrangement. | The Categories C, D and I art teach rotary decks. |
| at least one rear rotary cutting deck assembly mounted on said frame behind said front deck assemblies, each rear deck assembly being | The Category A art each have the claimed configuration of rear cutting decks.<br><br>The Category G art each disclose the claimed rear deck configuration | Categories C, D and I art teach rotary cutting decks. |

16

| | | |
|---|---|---|
| aligned with a respective gap between adjacent front deck assemblies; | In addition U.S. Patent No. 3,236,034 discloses the claimed configuration of the at least one rear rotary cutting deck.<br><br>It would have been obvious to reposition the decks of the Category B art in the claimed rear deck arrangement. | |
| each of said front and rear deck assemblies including a deck defining a downwardly opening space, at least one cutting blade mounted on a spindle for rotation therewith and a first, second and third roller supporting said deck for movement over the ground, said first roller extending only partially across the width of said deck. | The Risboro Turf brochure discloses decks which define a downwardly opening space, as Textron uses that term to accuse Toro's products. The Risboro brochure discloses mower decks having at least one cutting blade mounted on a spindle. The Risboro brochure teaches front and rear deck assemblies having two rollers where one roller extends only partially across the width of the deck.<br><br>As Textron construes this limitation to accuse Toro's products of infringement, the Lesco 500 Rotary, the Deere 3235A with Nunes, and the Deere with Nunes 355 discloses decks which define a downwardly opening space, at least one cutting blade mounted on a spindle, and a roller extending only partially across with width of the deck. The Lesco 500 Rotary mower, the Deere 3235A with Nunes, and the Deere with Nunes 355, disclose a second and third roller.<br><br>The Category G art teaches reel mowers with a roller.<br><br>In addition, using the construction | Category D and I art teaches using three rollers where two of the rollers are aligned in the access of rotation and a third roller is positioned offset from the first two.<br><br><br><br><br>The Category I art teaches rotary decks having three rollers with one roller extending only partially across the width of the deck. |

17

|  | Textron uses to accuse Toro's products of infringement, U.S. Patent No. 3,236,034 discloses decks having a downwardly opening space, at least one cutting blade mounted on a spindle, and three rollers with one roller extending only partially across the width of the deck.<br><br>Category B art discloses decks having a downwardly opening space, at least one cutting blade mounted on a spindle, and three rollers with one roller extending only partially across the width of the deck. For those Category B references that do not have three rollers it would have been obvious to combine them with Category I art. | The Category I art teaches rotary decks having three rollers with one roller extending only partially across the width of the deck. |
|---|---|---|
| **CLAIM 25** | | |
| The lawn mower of claim 24 wherein said first roller and said second roller are positioned in along different axes of rotation. | Claim 25 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation has been construed by Textron to accuse Toro's products of infringement, the Risboro brochure teaches front and rear deck assemblies having a second roller offset from the first roller.<br><br>As this limitation has been construed by Textron to accuse Toro's products of infringement, the Lesco 500 Rotary mower, the Deere 3235A with Nunes, and the Deere with Nunes 355, disclose a second roller in offset relation to the first roller.<br><br>As Textron construes this limitation to accuse Toro's products of infringement, Category B art discloses | In addition, Category C art teaches two offset rollers. U.S. Patent No. 3,654,749 and U.S. Patent No. 3,754,385 teach rotary cutting decks having multiple rollers positioned in an offset relation to other rollers. |

| | | |
|---|---|---|
| | rotary decks with two rollers in offset positions to each other.<br><br>As this limitation is construed by Textron to accuse Toro's products of infringement, Category G art discloses decks in the claimed configuration.<br><br>In addition, using the construction Textron uses to accuse Toro's products of infringement, U.S. Patent No. 3,236,034 discloses a second roller in offset relation to the first. | Category D and I art disclose rotary decks having two rollers in offset positions to each other. |
| **CLAIM 26** | | |
| The lawn mower of claim 25 wherein said third roller and said second roller rotate about the same axis of rotation. | Claim 26 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation has been construed by Textron to accuse Toro's products of infringement, the Risboro brochure teaches front and rear deck assemblies having two rollers.<br><br>As this limitation has been construed by Textron to accuse Toro's products of infringement, the Lesco 500 Rotary mower, the Deere 3235A with Nunes, and the Deere with Nunes 355, disclose a third roller aligned with the axis of rotation of the second roller.<br><br>As Textron construes this limitation to accuse Toro's products of infringement, Category B art discloses rotary decks with a third roller aligned with the axis of rotation of the second roller.<br><br>As this limitation is construed by Textron to accuse Toro's products of | Category D and I art teaches using three rollers where two of the rollers are aligned in the access of rotation and a third roller is positioned offset from the first two.<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Category D and I art disclose rotary decks |

| | infringement, Category G art discloses decks in the claimed configuration.<br><br>In addition, using the construction Textron uses to accuse Toro's products of infringement, U.S. Patent No. 3,236,034 discloses a third roller aligned with the axis of rotation of the second roller. | having a third roller aligned with the axis of rotation of the second roller. |
|---|---|---|
| **CLAIM 27** | | |
| The lawn mower of claim 26 wherein said second and third rollers are positioned forward of said first roller. | Claim 27 is invalid under 35 U.S.C. §103 in view of various prior art references, alone or in combination.<br><br>As this limitation has been construed by Textron to accuse Toro's products of infringement, the Risboro brochure teaches front and rear deck assemblies having two rollers. | U.S. Patent No. 3,754,385 of Category I teaches using three rollers where two of the rollers are aligned in the same axis of rotation and in front of the first roller. |
| | As this limitation has been construed by Textron to accuse Toro's products of infringement, the Lesco 500 Rotary mower, the Deere 3235A with Nunes, and the Deere with Nunes 355, disclose a third roller aligned with the axis of rotation of the second roller positioned in front of the first rear roller. | U.S. Patent No. 3,754,385 teaches rotary cutting decks having multiple rollers, two of which are aligned with the axis of rotation in front of the first roller. |
| | As Textron construes this limitation to accuse Toro's products of infringement, Category B art discloses rotary decks with a third roller aligned with the axis of rotation of the second roller, which are in front of the first rear roller. | |
| | As this limitation is construed by | U.S. Patent No. |

| | | |
|---|---|---|
| | Textron to accuse Toro's products of infringement, Category G art discloses decks in the claimed configuration. | 3,754,385 of Category I teach using three rollers where two of the rollers are aligned in the same axis of rotation and in front of the first roller. |
| | As this claim is construed by Textron to accuse Toro's products of infringement, U.S. Patent No. 3,236,034 discloses a third roller aligned with the axis of rotation of the second roller, which are in front of the first roller. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following

documents:

1. Toro's Prior Art Statement; and
2. Certificate of Service

were served via Overnight Delivery, addressed as follows:

> Christopher C. Campbell
> Hunton & Williams LLP
> 1900 K Street N.W.
> Washington, D.C. 20006

Dated: June 1, 2006        By: _____

Kaye T. Holst