# THE BAYARD FIRM
### ATTORNEYS

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395
WRITER'S DIRECT ACCESS

302-429-4227
ejohnson@bayardfirm.com

June 26, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: *Textron Innovations Inc. v. The Toro Company*
    *Civil Action No. 05-486*

Dear Judge Sleet:

Textron requests oral argument on Defendant's Second Motion to Amend its Answer which is currently before the Court.

Counsel are available for consultation if the Court has any questions.

Respectfully,

Edmond D. Johnson (# 2257)

EDJ/kw
cc:  Clerk of the Court (via hand delivery)
     Richard L. Horwitz, Esq. (via electronic filing)
     David E. Moore, Esq. (via electronic filing)
File No. 31527-1

600922v1