IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TEXTRON INNOVATIONS INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C. A. No. 05-486 (GMS) |
| | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| **THE TORO COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

<u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on July 3, 2006, the undersigned caused copies of Plaintiff's Prior Art Statement to be served on the counsel listed below in the manner indicated:

Via e-mail and first class mail upon:

>Richard L. Horwitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951

Via e-mail and Federal Express upon:

>Anthony R. Zeuli, Esquire
>MERCHANT & GOULD P.C.
>3200 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402

614600v1

Dated: July 5, 2006                        THE BAYARD FIRM

                                           Edmond D. Johnson (#2257)
                                           Peter B. Ladig (#3513)
                                           Katharine V. Jackson (#4800)
                                           222 Delaware Avenue, Suite 900
                                           Wilmington, DE 19801
                                           Telephone: (302) 655-5000
                                           Facsimile:  (302) 658-6395

                                           Attorneys for Plaintiff
                                           TEXTRON INNOVATIONS INC.

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile:  (202) 778-2201

614600v1