IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 05-486 (GMS) |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| THE TORO COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VIDEOTAPED DEPOSITION OF STEVE CHICKEN

To:   Textron Innovations Inc. and its attorneys:

   Scott L. Robertson
   Hunton & Williams LLP
   1900 K Street, N.W.
   Washington, DC  20006-1109

   Edmond D. Johnson
   The Bayard Firm
   222 Delaware Ave.
   Suite 900
   Wilmington, DE 19801

   PLEASE TAKE NOTICE that Defendant, The Toro Company, will take the deposition by oral examination of Steve Chicken commencing on Wednesday **August 9, 2006,** beginning at **9:00 a.m.** at the offices of Merchant & Gould, 901 - 15th Street N.W., Suite 850, Washington, D.C. 20005, or at some other place mutually agreed upon by counsel.

   Said deposition will be taken by stenographic and videographic means before a notary public and will continue from day to day as necessary until completed.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Earl D. Reiland<br>Anthony R. Zeuli<br>Thomas J. Leach<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>(612) 332-5300<br><br>Dated: July 7, 2006<br><br>740095 | By:  /s/ David E. Moore<br>      Richard L. Horwitz<br>      David E. Moore<br>      Hercules Plaza, 6th Floor<br>      1313 N. Market Street<br>      Wilmington, Delaware 19899-0951<br>      (302) 984-6000<br>      rhorwitz@potteranderson.com<br>      dmoore@potteranderson.com<br><br>*Attorneys for Defendant The Toro Company* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 7, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

I hereby certify that on July 7, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Scott L. Robertson
Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC  20006-1109
srobertson@hunton.com
ccampbell@hunton.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

695031