IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> THE TORO COMPANY, ) <br> ) <br> Defendant. ) | C. A. No. 05-486 (GMS) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 17, 2006, the undersigned caused copies of Plaintiff First Supplemental Answers to Defendant's First Set of Interrogatories to be served via e-mail on the counsel listed below:

Anthony R. Zeuli, Esquire
Carol Firner
Earl Reiland
Kaye Holst
Nicole Benham
Thomas Leach
Sarah Lewis
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

Richard L. Horwitz
David E. Moore
Nicole Tarantino
Nancy McMenamin
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000

THE BAYARD FIRM

By: _____
Edmond D. Johnson (#2257)
Katharine V. Jackson (#4800)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 429-4200

OF COUNSEL:

        Scott L. Robertson
        Christopher C. Campbell
        **HUNTON & WILLIAMS LLP**
        1900 K Street, N.W.
        Washington, D.C. 20006-1109
        Telephone: (202) 955-1500
        Facsimile:  (202) 778-2201

        Attorneys for Plaintiff
        TEXTRON INNOVATIONS INC.

Dated: July 19, 2006