IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TEXTRON INNOVATIONS INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C. A. No. 05-486 (GMS) |
| | ) | |
| **THE TORO COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Scheduling Order, the parties respectfully submit this Joint Claim Construction Statement. Attached as an exhibit hereto is a Table of Claim Terms identifying disputed terms, phrases and clauses from the three patents-in-suit, U.S. Patent Nos. 6,047,530 ("the '530 Patent"), 6,336,311 ("the '311 Patent"), and 6,336,312 ("the '312 Patent") (collectively, the "patents-in-suit"), along with the constructions proposed by the parties and intrinsic evidence supporting the parties' proposed constructions.

630696v1

| | |
|---|---|
| Of Counsel: | THE BAYARD FIRM |
| Scott L. Robertson<br>Christopher C. Campbell<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W.<br>Washington, D.C. 20006-1109<br>(202) 955-1500 | By: /s/ Peter B. Ladig<br>Edmond D. Johnson (#2257)<br>Peter B. Ladig (#3513)<br>THE BAYARD FIRM<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>tjohnson@bayardfirm.com<br>pladig@bayardfirm.com<br><br>*Attorneys for Plaintiff*<br>*Textron Innovations Inc.* |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL:<br><br>Earl D. Reiland<br>Thomas R. Johnson<br>Thomas J. Leach<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>(612) 332-5300<br><br>Dated: July 21, 2006 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*The Toro Company* |