# EXHIBIT 11
# (part 2)












YEAR-ROUND PERFORMANCE




POWERED BY YANMAR

## SPECIFICATIONS

## ACCESSORIES

GAU 3671

Attorney Docket No. 7016R00001SCOA

**RESPONSE TRANSMITTAL AND
EXTENSION OF TIME REQUEST
(IF REQUIRED)**

RECEIVED
AUG -2 2001
TC 3600 MAIL ROOM

ART UNIT                    3671
EXAMINER                    To be assigned
INVENTOR(S)                 Richard D. Bednar
SERIAL NUMBER               09/834,143
FILED                       April 10, 2000
FOR                         DANGLE-TYPE ROTARY LAWN MOWER

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D. C. 20231

Sir:

**FEE CALCULATION FOR ENCLOSED RESPONSE and EXTENSION REQUEST (if any)**

|  | Claims Remaining | Highest No. Previously Paid | Number Extra | Rate | Fee | Additional Fee |
|---|---|---|---|---|---|---|
| Total Claims | 12 | – | 20 | = | 0 | x | $18.00 | = | $18.00 | |
| Independent Claims | 3 | – | 3 | = | 0 | x | $78.00 | = | $78.00 | |
| Surcharge For Multiple Dependent Claim First Added | | | | | | | +$250.00 | | | |

[ ] Applicant requests a _____ month extension of time for response to the outstanding Office Action. The large entity fee is ..........

TOTAL ............................

[ ] SMALL ENTITY STATUS (If applicable, divide TOTAL by 2)
    [ ] Verified Statement enclosed, if not previously filed.
    [ ] Reduction for Extension Fee of _____ months already paid.

TOTAL ............................

[ ] OTHER:

[ ] A check is enclosed to cover the fees as calculated above.

[ ] The fees calculated above are to be charged to Deposit Account No. 08-0750.

If the above named applicant has not requested a sufficient extension of time and/or has not paid a sufficient fee for this response and/or for the extension of time necessary to prevent the abandonment of this application, please consider this as a Request for an Extension for the required time period and/or an authorization to charge our Deposit Account No. 08-0750 for any fee which may be due. A duplicate copy of this sheet is enclosed.

HARNESS, DICKEY & PIERCE, P.L.C.

By: _David P. Dytchak_
    David P. Dytchak
    Reg. No. 39,052

P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600

I hereby certify that this letter, the response attached hereto and, if enclosed, the small entity verified statement are being deposited with the United States Postal Service as first class mail in an envelope addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231, on _____

By: _David P. Dytchak_

---

## MISSING PAGE(S) FROM THE

## U.S. PATENT OFFICE

## OFFICIAL FILE WRAPPER

#3 - 1449 pgs. #3

Patent Imaging Corporation
*Patent Legal and Scientific Information Service*
2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, VA 22202-3610
(703) 553-3000

Serial No. 09/546,145
Attorney Docket No. 7016R-000015COA

a power source which is mounted on said frame and which drives at least two of said wheels,

an operator's seat mounted on said frame,

a steering system enabling the operator to steer said lawn mower,

at least one front rotary cutting deck assembly mounted on said frame in front of said front wheels;

at least one rear rotary cutting deck assembly mounted on said frame behind said front deck assemblies and between said front end and rear wheels; and

each of said front and rear deck assemblies including a deck defining a downwardly opening space, at least one cutting blade mounted on a spindle for rotation therewith and at least one roller supporting said deck for movement over the ground, said roller extending substantially across the entire width of said deck.

22. (New) A lawn mower as set forth in claim X wherein each deck assembly is connected to said frame by a respective lifting arm operable to lift the associated deck assembly relative to said frame, such that each of said deck assemblies is connected by its own lifting arm to said frame.

24. (New) A lawn mower as set forth in claim X wherein each of said front and rear deck assemblies includes a pair of laterally-spaced, generally vertically-extending side plates having forward ends, a first front wheel supporting one of said side plates for movement over the ground, and a second front wheel supporting the other of said side plates for movement over the ground, wherein said roller extends between said side plates and supports said side plates for movement over the ground,

2

---

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Group Art: 3671

Examiner: To Be Assigned

Applicant: Richard D. Bednar

Serial No.: 09/546,145

Filed: April 10, 2000

For: GANG-TYPE ROTARY LAWN MOWER

Attorney Ref.: 7016R-000015COA

PRELIMINARY
AMENDMENT

RECEIVED
AUG - 2 2000
TC 3600 MAIL ROOM

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on

By

Sir:

Prior to examination of the present application, please consider the following:

IN THE CLAIMS

Please add new claims 21-31, as follows:

(New) A gang-type rotary lawn mower comprising:

a frame supported by front and rear wheels for movement over the ground,

Serial No. 09/540,145
Attorney Docket No. 7016R-000015/COA

ground, wherein the associated deck is located between said side plates and in front of said roller and is mounted on said side plates such that the height of said deck relative to the ground is adjustable by changing the position of said deck relative to said side plates.

(New) A lawn mower as set forth in claim __ wherein each deck assembly also includes a hydraulic motor which is mounted on said deck and which is drivingly connected to said spindle.

(New) A lawn mower as set forth in claim __ wherein each deck assembly includes a set of cutting blades mounted on said spindle for rotation therewith, said set of blades including a lower, leading blade having a leading cutting edge and an upwardly angled trailing edge, and an upper, trailing blade having a loading cutting edge for cutting clippings deflected upwardly by said upwardly angled trailing edge of said leading blade, said trailing blade extending at a non-perpendicular angle relative to said leading blade so that clippings coming off said trailing edge of said leading blade are cut immediately by said trailing blade before said clippings start swirling around within said space.

(New) A lawn mower as set forth in claim __ wherein at least two front rotary cutting deck assemblies are mounted on said frame in a side-by-side relationship defining a gap between adjacent front deck assemblies.

Serial No. 09/540,145
Attorney Docket No. 7016R-000015/COA

(New) A lawn mower as set forth in claim __ wherein at least one rear deck assembly is aligned with said gap.

(New) A lawn mower as set forth in claim __ wherein each of said front and rear deck assemblies is pivotable relative to said frame about three mutually perpendicular axes.

(New) A gang-type rotary lawn mower comprising:

a frame supported by front and rear wheels for movement over the ground;

a power source which is mounted on said frame and which drives at least two of said wheels;

an operator's seat mounted on said frame;

a steering system enabling the operator to steer said lawn mower;

at least two front rotary cutting deck assemblies mounted to said frame in front of said front wheels and in a side-by-side relationship, wherein each of said front cutting deck assemblies defines a front cutting path; and

at least one rear rotary cutting deck assembly being mounted on said frame behind said front deck assemblies, said rear rotary cutting deck assembly defining a rear cutting path extending laterally to overlap a portion of each of said front cutting paths, wherein each of said front and rear deck assemblies has at least one cutting blade mounted on a spindle for rotation therewith and at least one roller to support each of said deck assemblies for movement over the ground, said roller extending substantially across the entire width of said cutting path.

Serial No. 09/546,145
Attorney Docket No. 7016R-000015/COA

2f. (New) A lawn mower as set forth in claim 2e wherein each deck assembly is connected to said frame by a respective lifting arm operable to lift the associated deck assembly relative to said frame, such that each of said deck assemblies is connected by its own lifting arm to said frame.

10. (New) A lawn mower as set forth in claim 2f wherein each of said front and rear deck assemblies includes a pair of laterally-spaced, generally vertically-extending side plates having forward ends, a first front wheel supporting one of said side plates for movement over the ground, and a second front wheel supporting the other of said side plates for movement over the ground, wherein said roller extends between said side plates and supports said side plates for movement over the ground, wherein the associated deck is located between said side plates and in front of said roller and is mounted on said side plates such that the height of said deck relative to the ground is adjustable by changing the position of said deck relative to said side plates.

5 / 14

---

Serial No. 09/546,145
Attorney Docket No. 7016R-000015/COA

REMARKS

Claim 1 remains pending in the present application. Claims 2-20 have been cancelled. New claims 21-31 have been added. The basis for the new claims may be found throughout the specification, drawings and claims as originally filed.

Applicant submits that the claims are patentable over the art of record. If the Examiner believes that personal communication will expedite prosecution of this application, he or she is invited to telephone the undersigned at (248) 641-1600.

Respectfully submitted,

Dated: 7/6/00
Harness, Dickey & Pierce, P.L.C.
P.O. Box 828
Bloomfield Hills, MI 48303
(248) 641-1600

By: David P. Utykanski, Reg. No. 39,052
Donald G. Walker, Reg. No. 44,390
Attorneys for Applicants

DPU/DGW/wc

6

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/846,145 | 04/10/90 | BEDNAR | PH92/1018 |

HARNESS DICKEY & PIERCE PLC
PO BOX 8910
BLOOMFIELD HILLS MI 48303

| EXAMINER |
| PETTRUZZO |

| ART UNIT | PAPER NUMBER |
| 2571 | |

DATE MAILED: 10/10/90

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

---

## Office Action Summary

| Application No. | Applicant(s) |
|---|---|
| 06846145 | Robert Petruzzo |
| Examiner | Group Art Unit |
| | 2571 |

☐ Responsive to communication(s) filed on ___

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) 21-24 ___ is/are pending in the application.

Of the above, claim(s) ___ is/are withdrawn from consideration.

☐ Claim(s) ___ is/are allowed.

☒ Claim(s) 21-24 ___ is/are rejected.

☐ Claim(s) ___ is/are objected to.

☐ Claims ___ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on ___ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on ___ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) ___

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ___

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). 3

☒ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- SEE OFFICE ACTION ON THE FOLLOWING PAGES ---

PTO-326 (Rev. 9-95)        Office Action Summary        Part of Paper No. 6

Application/Control Number: 09/546,145
Art Unit: 3671

Page 3

## Conclusion

3.    Any inquiry concerning this communication should be directed to Robert Pezzuto at telephone number (703) 308-1012. The examiner can normally be reached Monday through Thursday from 7:00 am to 5:00 pm, Eastern Standard Time.

4.    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Mr Thomas B Will, can be reached on (703) 308-3870. The fax phone number for this Group is (703) 305-7687

Robert Pezzuto
Art Unit 3671
October 17, 2000

---

Application/Control Number: 09/546,145
Art Unit: 3671

Page 2

## DETAILED ACTION

### Double Patenting

1.    The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See In re Goodman, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); In re Longi, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); In re Van Ornum, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); In re Vogel, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, In re Thorington, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321O may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application. See 37 CFR 1.130(b).

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 1.73(b).

2.    Claims 21-31 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-19 of U.S. Patent No. 6,047,520. Although the conflicting claims are not identical, they are not patentably distinct from each other because both the patent and the instant application read themselves to a quick-type mower having a plurality of deck assemblies with a roller supporting and extending substantially the width of the decks.



PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Group Art Unit: | 3671 |
| Examiner: | To be assigned |
| Serial No.: | 09/546,445 |
| Inventor(s): | Richard D. Bednar |
| Filed: | April 10, 2000 |
| For: | GANG-TYPE ROTARY LAWN MOWER |
| Attorney Docket: | 7010R-000015/COA |

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

**SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT AND STATUS INQUIRY**

RECEIVED

JAN 19 2001

TO 2900 MAIL ROOM

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Sir:

**INFORMATION DISCLOSURE STATEMENT**

In response to the Office Action dated October 18, 2000, Applicant respectfully requests an update as to the status of pending Claim 1. In the Office Action, the Examiner noted that Claims 21-31 are pending in the application but made no mention to Claim 1. Applicant would not be adverse to a withdrawal of Claims 1, 21-31 and if a subsequent Office Action if a subsequent substantive examination of Claims 1, 21-31 and the additional references disclosed herein were to follow.

Pursuant to 37 C.F.R. §§1.56, 1.97, and 1.98, Applicant hereby submits an Information Disclosure Statement for consideration by the Examiner.

**LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION**

The patents, publications, and other information submitted for consideration by the Office (except U.S. patent applications) are listed on ID/PTO-1449 (based on Form PTO-1449), attached hereto.

II. CODES

a. __X__ - Submitted herewith is a legible copy of (i) each U.S. patent application publication, U.S. and foreign patent; (ii) each publication or duly portion which caused it to be listed; (iii) for each cited pending U.S. application, the application reclassification including the claims, and any drawing of the application which caused it to be listed including the claims directed to that portion, and (iv) all other information or that portion which caused it to be listed,

b. __X__ - Any patents, publications or other information which are listed on PTO-1449 or on the copies of PTO-892, but which are not reclassed herewith, were previously cited by or reclassed in the PTO in one of the following applications which has been relied upon for an earlier filing date under 33 U.S.C. §120:

| U.S. Serial Number | U.S. Filing Date |
| --- | --- |
| 08/784,141 – Now issued Patent No. 6,017,330 | February 3, 1997 |

III. CONCISE EXPLANATION OF THIS RELEVANCE (check at least one box)

a. __X__ - Except as may be indicated below in (b), all of the patents, publications or other information are in the English language (concise explanation not required).

b. __ A concise explanation of the relevance of each patent, publication or other information listed that is not in the English language is as follows (see 37 C.F.R. §1.98(a)(3)):

c. __ The following additional information is provided for the Examiner's consideration.

IV. CROSS REFERENCE TO RELATED APPLICATIONS

a. __X__ - The Examiner is advised that the following co-pending application(s) contain(s) subject matter that may be related to the present application. By bringing this(these) application(s) to the Examiner's attention, Applicant(s) does(do) not waive the confidentiality provisions of 35 U.S.C. §122.

| Serial No. | Filing Date | Art Unit |
| --- | --- | --- |
| 09/843,697 | August 21, 2000 | 3671 |

V. THIS IDS IS BEING FILED UNDER:

a. __ 37 C.F.R. §1.97(b): (check only one box)

1. __ within three months of the filing date of a national application other than a continued prosecution application (37 C.F.R. §1.97(b)(1)). No fee or certification is required.

Serial No. 09/346,145     Atty. Docket No. 7016R-000015COA     Page 2

2. __ within three months of the date of entry of the national stage as set forth in §1.491 in an international application (37 C.F.R. §1.97(b)(2)). No fee or certification is required.

3. __ before the mailing of a first Office action on the merits (37 C.F.R. §1.97(b)(3)). No fee or certification is required. In the event that a first Office Action on the merits has been issued, please consider this IDS under 37 C.F.R. §1.97(c) and see the certification under 37 C.F.R. §1.97(e) below, or, if no certification has been made, charge our deposit account a fee in the amount of $180.00 as required by 37 C.F.R. §1.17(p).

4. __ before the mailing of a first Office action after the filing of a request for continued examination under 37 C.F.R. §1.114. No fee or certification is required.

b. __X__ 37 C.F.R. §1.97(c): (check only one box)

• before the mailing date of either any Final Office Action under 37 C.F.R. §1.113, a Notice of Allowance under 37 C.F.R. §1.311, or an action that otherwise closes prosecution.

1. __X__ No certification; therefore, a fee in the amount of $180.00 is required by 37 C.F.R. §1.17(p).

2. __ See the certification below. No fee is required.

c. __ 37 C.F.R. §1.97(d):

• after the mailing date of either a Final Office Action under 37 C.F.R. §1.113 or a Notice of Allowance under 37 C.F.R. §1.311, yet on or before payment of the issue fee.

1. __ See the certification below. A fee in the amount of $180.00 is required by 37 C.F.R. §1.17(p).

VI. CERTIFICATION UNDER 37 C.F.R. §1.97(e): (check only one box)

The undersigned hereby certifies that:

a. __ each item of information contained in this IDS was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this IDS (See 37 C.F.R. §1.97(e)(1)); or

b. __ no item of information contained in this IDS was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the undersigned after making reasonable inquiry, no information contained in this IDS was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing of this IDS (See 37 C.F.R. §1.97(e)(2)).

Serial No. 09/346,145     Atty. Docket No. 7016R-000015COA     Page 3

FORM PTO-1449 (Modified Form PTO-1449)

PATENT AND TRADEMARK OFFICE

INFORMATION DISCLOSURE CITATION
(Use several sheets if necessary)

| | |
|---|---|
| SERIAL NO. | 09/546,145 |
| ATTORNEY DOCKET NO. | 701J5.00011SCOA |
| APPLICANT | Richard D. Bednar |
| FILING DATE | GROUP |
| April 10, 2000 | 3671 |

Sheet 1 of 1

**U.S. PATENT DOCUMENTS**

| Ref. Desig. | Examiner Initials | Document Number | Date | Name | Class | Subclass | Filing Date (if appropriate) |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Ref. Desig. | Examiner Initials | Document Number | Date | Country | Class | Subclass | Translation Yes No |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)**

| Ref. Desig. | Examiner Initials | | |
|---|---|---|---|
| 1. | (RZ) | "80-81 Owners Manual" published by Steiner in 1981 depicting rear roller 60 extending substantially across the width of multi-spindle cutting deck. | |
| 2. | | "Diagrally engineered for unmatched versatility" (advertising brochure) published by Steiner in 1997, p. 14 | |
| 3. | | "Jacobsen Tractors HR-5111 – 4WD Hydraulic Rotary Mower" (advertising brochure) published by Jacobsen Div. Of Textron, Inc. in 1994. | |
| 4. | | "Groundsmaster® 580-D Mowers" (advertising brochure) published by Toro (date unknown) | |
| 5. | | "The Articulator", Model 4200 (advertising brochure) published by LasTec, Inc. (date unknown) | |
| 6. | | "The Articulator", Model 325EB (advertising brochure) published by LasTec, Inc. (date unknown) | |
| 7. | | "The Articulator", Model 325U (advertising brochure) published by LasTec, Inc. (date unknown) | |
| 2. | (RZ) | | |

EXAMINER: [signature] Date Considered: 2/20/01

EXAMINER: Please initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of that form with next communication to Applicant.

---

c. _____ Some of the items of information were first cited in any communication from a foreign patent office. As to this information, the undersigned hereby certifies that each item of information contained in this IDS was cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this IDS. As to the remaining information, the undersigned hereby certifies that no item of this remaining information contained in this IDS was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the undersigned after making reasonable inquiry, no item of information contained in this IDS was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing of this IDS.

VII.  PAYMENT OF FEE (check only one box)

a. _X_ A check in the amount of $180.00 is enclosed for the above-identified fee.

b. _____ Please charge Deposit Account No. 08-0750 in the amount of $180.00 for the above-indicated fee. A duplicate copy of this paper is attached.

The above references are being cited only in the interest of candor and without any admission that they constitute statutory prior art, constitute matter which anticipates the invention, or which would render the same obvious, either singly or in combination, to a person of ordinary skill in the art.

If the Examiner has any questions concerning this IDS, the Examiner is requested to contact the undersigned. If it is determined that this IDS has been filed under the wrong rule, the PTO is requested to consider this IDS under the proper rule (with a petition if necessary) and charge the appropriate fee to Deposit Account No. 08-0750.

_____ Please charge any additional fees or credit any overpayment pursuant to 37 C.F.R. §1.16 or §1.17 to Deposit Account No. 08-0750.

Respectfully submitted,

Dated: _January 9, 2001_      By: _____
David P. Utykanski, Reg. No. 39,052
Donald G. Walters, Reg. No. 44,390

HARNESS, DICKEY & PIERCE, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600
DPU/DGW/mc

Enclosures:    _X_ PTO-1449
PTO-892
_X_ References
_X_ Foreign Search Report
_X_ Fee
_____ Other:

Serial No. 09/546,145      Atty. Docket No. 701J5.00011SCOA      Page 4



Section 9
MOWER



STEINER

80-81
OWNERS MANUAL









One turn behind the wheel tells you the Steiner is unique among the world's turf tractors. Right away, you're struck by the commanding, yet comfortable seating position, and the fact that every turf control is ergonomically placed for ease of use. Then, as you start out, you immediately feel the difference our articulated frame makes. With its frame hinged in the middle, the Steiner doesn't turn like other turf tractors. In fact, the Steiner changes direction with such agility, you'd think it's anticipating your next move.

**With constant 4-wheel drive and an articulated frame, nothing else works like a Steiner.**

## Table of Contents

Model 525 .................. 1
Model 430 Max .......... 6
Model 410 .................. 8
Model 420 ................ 10
Model 230 ................ 12
Accessories ............. 14
Attachments ......... 14-17
Specifications .......... 18

# Steiner, Turf.



# model 525

*size and power, the ultimate Steiner turf star.*

**ACCESSORIES**
- ROPS APPROVED ROLL BAR
- THREE POINT HITCH
- WEIGHT BAR (FRONT OR REAR)
- CAB (HEATED, ROPS APPROVED)
- SUSPENSION SEAT

Everything we've learned about building turf tractors has gone into the design and manufacture of our largest model, the Steiner 525. Its 23.5-hp Kubota water-cooled engine and smooth, foot-pedal operated 4-wheel drive give it the strength to power its way through the toughest of heavy duty tasks. But this machine also offers high levels of handling and driver comfort, as its turning capabilities and softir cushioned ride allow the Steiner 525 to tread lightly on your grounds.

**Steiner's Quick-Hitch™ System allows you to switch in a switch to any attachment to see in the course.**



One forward and backward press of this pedal lets you switch direction in an instant.



Rotate the spring-loaded lever with one hand.



Install the hitch and you're ready to work.





...ower, versatility and comfort to the max.

# model 430

The Steiner 430 Max takes a good idea and makes it better. We begin with a strong foundation, including our constant 4-wheel drive, articulated frame, hydrostatic transmission and power steering. Then, we provide your choice of four engines capable of 20-25 hp. To keep you comfortably in command, we add in an ergonomically designed deluxe seat and use a new hydrostatic control that falls readily to hand. And Quick-Hitch™ attachments and accessories are available to provide a wide range of capabilities.

| ACCESSORIES |
| --- |
| ROPS APPROVED ROLL BAR |
| THREE POINT HITCH |
| WEIGHT BAR (FRONT OR REAR) |
| CAB |
| SUSPENSION SEAT |
| TURF TIRES |
| DUAL WHEELS |





Simply designed to work harder for you.™

## m o d e l 4 1 0

The Steiner 410 takes more of the capabilities of our more powerful turf tractors and makes them available in a more affordable model. Powered by a 16-hp Onan Performer engine, the Steiner 410 offers the same advanced engineering that makes Steiner unique, including on-board 4-wheel drive, an articulated frame and power steering. With your choice of Quick-Hitch™ attachments, the Steiner 410 shares one other characteristic of our larger models — it is highly accomplished at giving you more than you expect from a turf tractor.

WEIGHT BOX
AUXILIARY HYDRAULIC CONTROL
SAVE SIZE OPTION
POWER THREE STANDARD









Get behind the power of a front-drive Steiner.

# model 220





With front-wheel drive, the Steiner 220 offers superb performance, durability, traction and stability where conventional tractors fall short. Total control is yours with a foot pedal footrest and rear power steering that enables the Steiner 220 to handle effortlessly around trees and other obstacles. Few turf tractors have a lower center of gravity than the 220, which positions you comfortably in the middle of the tractor for added stability. Best of all, our unique Quick Hitch™ attachments make it easy to get the job done with speed and precision.

| ACCESSORIES |
| --- |
| ROPS APPROVED ROLL BAR |
| REAR WEIGHT BAR |
| CAB |
| SUSPENSION SEAT |
| WHEEL WEIGHTS |







