# EXHIBIT 11
# (part 4)

Application/Control Number: 09/546,145

Art Unit: 3671

*Conclusion*

3. Any inquiry concerning this communication should be directed to Robert Pezzuto at telephone number (703) 308-1012. The examiner can normally be reached Monday through Thursday from 7:00 am to 5:00 pm, Eastern Standard Time.

4. If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Mr Thomas B Will, can be reached on (703) 308-3870. The fax phone number for this Group is (703) 305-7687

Robert Pezzuto
Art Unit 3671
February 27, 2001

3671

PTO/SB/21 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box ---> [+]

OIPE MAR 0 5 2001 PATENT & TRADEMARK OFFICE

# TRANSMITTAL FORM

(to be used for all correspondence after initial filing)

| | |
|---|---|
| Application Number | 09/546,145 |
| Filing Date | April 10, 2000 |
| First Named Inventor | Richard D. Bednar, et al. |
| Group Art Unit | 3671 |
| Examiner Name | |
| Attorney Docket Number | 7018R-000015/COA |

Total Number of Pages in This Submission: 4

ENCLOSURES (check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [X] Amendment / Response
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53
- [ ] Assignment Papers (for an Application)
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [X] Other Enclosure(s) (please identify below).
  Acknowledgement Postcard

RECEIVED
MAR 07 2001
TC 3600 MAIL ROOM

Remarks: The Commissioner is hereby authorized to charge any additional fees that may be required under 37 CFR 1.16 or 1.17 to Deposit Account No. 08-0750. A duplicate copy of this sheet is enclosed.

SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm or Individual name | Harness, Dickey & Pierce, P.L.C. |
| Signature | [signature] |
| Date | February 27, 2001 |

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date: February 27, 2001

| | | | |
|---|---|---|---|
| Typed or printed name | David P. Utykanski | | |
| Signature | [signature] | Date | February 27, 2001 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

OIPE MAR 0 5 2001 PATENT & TRADEMARK OFFICE

#8/C

PATENT 3/9/01

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED MAR 0 7 2001 TO 3600 MAIL ROOM

| | | |
|---|---|---|
| Application No.: | 09/546,145 | PRELIMINARY AMENDMENT |
| Filing Date: | April 10, 2000 | |
| Applicant: | Richard D. Bednar, et al. | |
| Group Art Unit: | 3671 | |
| Examiner: | Not assigned yet | |
| Title: | GANG-TYPE ROTARY LAWN MOWER | |
| Attorney Docket: | 7016R-000015/COA | |

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Sir:

Applicants respectfully request a change to the TITLE of the Invention. Please amend the above-identified application specification as follows. Applicants include herewith an Attachment for Specification Amendments showing amendments in which underlines indicate insertions and brackets indicate deletions.

IN THE SPECIFICATION

Please amend the TITLE of the invention as follows:

GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER

CONCLUSION

Prompt and favorable consideration of this amendment is respectfully requested.

Respectfully submitted,

Dated: February 27, 2001

By: [signature]
David P. Utykanski, Reg. No. 39,052
Attorney for Applicants

Harness, Dickey & Pierce, P.L.C.
P.O. Box 828
Bloomfield Hills, MI 48303
(248) 641-1600

DPU/Mo



ATTACHMENT FOR SPECIFICATION AMENDMENTS
U.S. Serial No. 09/546,145, Filed April 10, 2000
Attorney Docket No. 7016R-000015/COA
(underlines indicate insertions and brackets indicate deletions)

The TITLE of the invention has been amended as follows:

GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER

Please type a plus sign (+) inside this box — ☐

HDP/SB/21 based on PTO/SB/21 (08-00)

OIPE AUG 2 4 2001

**TRANSMITTAL FORM**

(to be used for all correspondence after initial filing)

| | |
|---|---|
| Application Number | 09/546,145 |
| Filing Date | April 10, 2000 |
| First Named Inventor | Richard D. Bednar |
| Group Art Unit | 3671 |
| Examiner Name | Robert Pezzuto |
| Attorney Docket Number | 7016R-000015COA |

Total Number of Pages in This Submission: 11

ENCLOSURES (check all that apply)

- ☒ Fee Transmittal Form
  - ☒ Fee Attached
- ☒ Amendment / Response
  - ☐ After Final
  - ☐ Affidavits/declaration(s)
- ☐ Extension of Time Request
- ☐ Express Abandonment Request
- ☐ Information Disclosure Statement
- ☐ Certified Copy of Priority Document(s)
- ☐ Response to Missing Parts/ Incomplete Application
  - ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53
- ☐ Assignment Papers (for an Application)
- ☐ Drawing(s)
- ☐ Licensing-related Papers
- ☐ Petition
- ☐ Petition to Convert to a Provisional Application
- ☐ Power of Attorney, Revocation Change of Correspondence Address
- ☒ Terminal Disclaimer
- ☐ Request for Refund
- ☐ CD, Number of CD(s)
- ☐ After Allowance Communication to Group
- ☐ Appeal Communication to Board of Appeals and Interferences
- ☐ Appeal Communication to Group (Appeal Notice, Brief, Reply Brief)
- ☐ Proprietary Information
- ☐ Status Letter
- ☒ Other Enclosure(s) (please identify below): 2-page copy of Assignment previously filed and return postcard.

Remarks: The Commissioner is hereby authorized to charge any additional fees that may be required under 37 CFR 1.16 or 1.17 to Deposit Account No. 08-0750. A duplicate copy of this sheet is enclosed.

RECEIVED
SEP 04 2001
TC 3600 MAIL ROOM

SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | | | |
|---|---|---|---|
| Firm or Individual name | Harness, Dickey & Pierce, P.L.C. | Attorney Name Joseph M. Lafata Donald G. Walker | Reg. No. 37166 44390 |
| Signature | [signature] | | |
| Date | Aug 21, 2001 | | |

CERTIFICATE OF MAILING/TRANSMISSION

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, or facsimile transmitted to the U.S. Patent and Trademark Office on the date indicated below.

| | | | |
|---|---|---|---|
| Typed or printed name | Joseph M. Lafata, Reg. No. 37166 | | |
| Signature | [signature] | Date | Aug 21, 2001 |

#7 9/6/01

PTO/SB/17 (11-00)
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# FEE TRANSMITTAL for FY 2001

| Complete if Known | |
|---|---|
| Application Number | 09/548,145 |
| Filing Date | April 10, 2000 |
| First Named Inventor | Richard D. Bednar |
| Examiner Name | Robert Pezzuto |
| Group / Art Unit | 3671 |
| Attorney Docket No. | 7016R-000015COA |

RECEIVED SEP 04 2001 TO 3600 MAIL ROOM

TOTAL AMOUNT OF PAYMENT ($) 1000

METHOD OF PAYMENT (check one)

1. ☐ The Commissioner is hereby authorized to charge indicated fees and credit any over payments to:

Deposit Account Number: 08-0750

Deposit Account Name: Harness, Dickey & Pierce, P.L.C.

☒ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

☐ Applicant claims small entity status. See 37 CFR 1.27

2. ☒ Payment Enclosed:

☒ Check ☐ Credit card ☐ Money Order ☐ Other

FEE CALCULATION

Other fee (specify) Statutory Disclaimer — 110.00

SUBTOTAL (2) ($) 1000

SUBMITTED BY

| Name (Print/Type) | Joseph M. Lafata | Registration No. (Attorney/Agent) | 37166 | Telephone | (248) 641-1600 |
|---|---|---|---|---|---|
| Signature | [signature] | | | Date | Aug 24, 2001 |

#10 9/6/01

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application No.: 09/548,145

Filing Date: April 10, 2000

Applicant: Richard D. Bednar

Group Art Unit: 3671

Examiner: Robert Pezzuto

Title: GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER

Attorney Docket: 7016R-000015COA

RECEIVED SEP 04 2001 TO 3600 MAIL ROOM

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

## RESPONSE TO OFFICE ACTION

Sir:

Applicant hereby petitions under the provisions of 37 C.F.R. § 1.136(a) for a three (3) month extension of time in which to respond to the outstanding Office Action. Applicant has included a Fee Transmittal with this response for such extension of time.

In response to the Office Action mailed February 27, 2001, please consider the enclosed Terminal Disclaimer and the remarks set forth below.

09/05/2001 ... 09548145
... 890.00 OP

## DOUBLE PATENTING

Claims 1 and 21-31 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-19 of U.S. Patent No. 6,047,530.

Notwithstanding, Applicant submits, attached to this Response, a Terminal Disclaimer in compliance with 37 CFR § 1.321(c) which overcomes each of the instant rejections based on a nonstatutory double patenting ground. Applicant's Terminal Disclaimer simply serves the statutory function of removing the rejections of double patenting and raises neither a presumption nor an estoppel as to the merits of the Examiner's rejection. Applicant's Terminal Disclaimer should *not* be considered as an admission, acquiescence or estoppel as to the merits of the rejection and doing so would be improper. *Ortho Pharmaceutical Corp. v Smith*, 22 U.S.P.Q.2D 1119, 1124 (Fed. Cir. 1992); *Quad Envtl. Tech. Corp. v Union Sanitary Dist.*, 20 U.S.P.Q.2D 1392 (Fed. Cir. 1991). Consequently, Applicant respectfully requests that this rejection be reconsidered and withdrawn.

## CONCLUSION

All of the grounds of rejection have been properly traversed, accommodated, or rendered moot. Applicant therefore respectfully requests the Examiner to reconsider all presently outstanding rejections and that they be withdrawn. It is believed that a full and complete response has been made to the outstanding office action, and as such, the present application is in condition for allowance.

If the Examiner believes that personal communication will expedite prosecution of this application, he is invited to telephone the undersigned at (248) 641-1600.

Prompt and favorable consideration of this response is respectfully requested.

Respectfully submitted,

Dated: Aug 21, 2001

By: [signature]
Joseph M. Lafata, Reg. No. 37166
Donald G. Walker, Reg. No. 44390

HARNESS, DICKEY & PIERCE, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
Phone: (248) 641-1600
Telefacsimile: (248) 641-1600
DGW/vlo

GAP-3671#

Please type a plus sign (+) inside this box →

HDP/SB/21 based on PTO/SB/21 (08-00)

OIPE AUG 2 4 2001

## TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 09/546,145 |
| Filing Date | April 10, 2000 |
| First Named Inventor | Richard D. Bednar |
| Group Art Unit | 3671 |
| Examiner Name | Robert Pezzuto |
| Attorney Docket Number | 7016R-000015COA |

Total Number of Pages in This Submission: 11

**ENCLOSURES** *(check all that apply)*

- [X] Fee Transmittal Form
  - [X] Fee Attached
- [X] Amendment / Response
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53
- [ ] Assignment Papers *(for an Application)*
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [X] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)*
- [ ] Proprietary Information
- [ ] Status Letter
- [X] Other Enclosure(s) *(please identify below)*: 2-page copy of Assignment previously filed and return postcard.

Remarks: The Commissioner is hereby authorized to charge any additional fees that may be required under 37 CFR 1.16 or 1.17 to Deposit Account No. 08-0750. A duplicate copy of this sheet is enclosed.

RECEIVED SEP 04 2001 TC 3600 MAIL ROOM

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT**

| | | | |
|---|---|---|---|
| Firm or Individual name | Harness, Dickey & Pierce, P.L.C. | Attorney Name: Joseph M. Lafata, Donald G. Walker | Reg. No. 37166, 44320 |
| Signature | [signature] | | |
| Date | Aug 21, 2001 | | |

**CERTIFICATE OF MAILING/TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, or facsimile transmitted to the U.S. Patent and Trademark Office on the date indicated below.

| | | | |
|---|---|---|---|
| Typed or printed name | Joseph M. Lafata, Reg. No. 37166 | | |
| Signature | [signature] | Date | Aug 21, 2001 |

#11

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Terminal Disclaimer (CAPPD) 9/28/01

| | |
|---|---|
| Application No.: | 09/546,145 |
| Filing Date: | April 10, 2000 |
| Applicant: | Richard D. Bednar |
| Group Art Unit: | 3671 |
| Examiner: | Robert Pezzuto |
| Title: | GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER |
| Attorney Docket: | 7016R-000015COA |

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

## TERMINAL DISCLAIMER

RANSOMES AMERICA CORPORATION, a Delaware corporation, represents that it is the Assignee of the above-identified U.S. Patent Application and of U.S. Patent No. 6,047,530, which issued on April 11, 2000 based on U.S. Patent Application Serial No. 08/794,141 filed February 3, 1997. The present application and the earlier application, which matured into the above-mentioned U.S. patent, are related, and the ownership of these two applications and the resulting patent(s) by RANSOMES AMERICA CORPORATION is evidenced at Reel 8433, Frame 0424 and by a copy of the assignment attached to this Terminal Disclaimer.

RANSOMES AMERICA CORPORATION hereby disclaims the terminal part of any patent granted on Application Serial No. 09/546,145 which would extend beyond the expiration date of any patents granted on Application Serial No. 08/794,141, and hereby agrees that any patent granted on Application Serial No. 09/546,145 shall be enforceable only for and during such period that the legal title to such patent shall be the same as the legal title to each patent granted on Application Serial No. 08/794,141. This agreement is to run with any patent granted on Application Serial No. 09/546,145 and is to be binding upon the grantee, its successor and assigns.

08/28/2001 CCHAU1 00000051 09546145
02 FC:148 110.00 OP

Further, I state that by this instrument, RANSOMES AMERICA CORPORATION does not disclaim any terminal part of any patent granted on the above-identified pending patent application prior to the expiration date of the full statutory term or any extended term as presently shortened by any terminal disclaimer of any patent to issue from U.S. Patent No. 6,047,530 in the event that this patent later: (1) expires for failure to pay a maintenance fee; (2) is held unenforceable; (3) is found invalid; (4) is statutorily disclaimed in whole or is terminally disclaimed under 37 CFR 1.321(a); (5) has all claims cancelled by a reexamination certificate; or (6) is otherwise terminated prior to the expiration of its statutory term or any extended term as presently shortened by any terminal disclaimer, except for the separation of legal title as stated above.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that any such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Date: Aug 21, 2001

[signature]
Joseph M. Lefala, Reg. No. 37166
Applicants Attorney

Attachment: 2-Page Assignment

JUL 02 '01 11:54 FR CANTWELL PAXTON INC 703 415 1618 TO 12486410278 P.08

$1305 U.S. PTO
08/794141
02/03/97

A S S I G N M E N T

For and in consideration of the sum of One Dollar ($1.00) to me:

Richard D. Dednar
W6804 Shorewood Hills Rd.
Lake Mills, Wisconsin 53551

paid by Ransomes America Corporation (hereinafter referred to as "Assignee"), a Delaware corporation having its principal place of business at:

900 North 21st Street
Lincoln, Nebraska 68501-2409

and for other valuable and sufficient consideration, receipt whereof is hereby acknowledged, I hereby sell, assign and convey, unto Assignee, its successors and assigns, my entire right, title and interest –

(1) in and to an invention entitled "GANG-TYPE ROTARY LAWN MOWER" for which I have executed a United States patent application on even date herewith;

(2) in and to said United States application, in and to all other patent applications (including divisional, continuation, continuation-in-part, §111(b) provisional, §111(a), and reissue applications) based upon said invention, and in and to the patent or patents to be granted thereon, including reissues thereof, if any, to the full end of the term or terms for which said patent or patents may be granted;

(3) in and to all patent applications on said invention now or hereafter filed in countries foreign to the United States of America, and in and to any and all patents

PATENT
REEL: 8433 FRAME: 0425

granted on said applications to the full end of the terms for which said patents may be granted; and

(4) under the International Convention in respect to the United States patent application and agree that any patent applications of any foreign countries which may be filed shall be filed in the name of my Assignee with a claim to priority based on said United States application.

And I hereby agree that I will, upon demand of Assignee, its successors or assigns, and without further consideration to me, execute any and all papers that may be necessary, or deemed by Assignee, its successors or assigns, to be necessary, to a complete fulfillment of the intent and purposes of this Assignment, it being understood that any expense incident to the execution of such papers shall be paid by Assignee, its successors and assigns, and not by me.

And the Commissioner of Patents and Trademarks of the United States is hereby authorized and requested to issue the said United States patent or patents to Assignee.

Date: 1-31-97 Richard D. Bednar [signature]
Richard D. Bednar

RECORDED: 02/03/1997 PATENT REEL: 8433 FRAME: 0426

| Notice of Allowability | Application No. 09/549,145 | Applicant(s) Bednar |
|---|---|---|
| | Examiner Robert E Pezzuto | Art Unit 3671 |

--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS. This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed August 24, 2001*

2. ☒ The allowed claim(s) is/are *1 and 21-31, renumbered 1-12, respectively.*

3. ☐ The drawings filed on ______ are acceptable as formal drawings.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

a) ☐ All b) ☐ Some* c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☒ Applicant MUST submit NEW FORMAL DRAWINGS

(a) ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached
1) ☒ hereto or 2) ☐ to Paper No. ______

(b) ☐ including changes required by the proposed drawing correction filed ______, which has been approved by the examiner.

(c) ☐ including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. ______

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

1 ☐ Notice of References Cited (PTO-892)
2 ☐ Notice of Informal Patent Application (PTO-152)
3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
4 ☐ Interview Summary (PTO-413), Paper No. ______
5 ☐ Information Disclosure Statement(s) (PTO-1449), Paper No(s). ______
6 ☐ Examiner's Amendment/Comment
7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
8 ☐ Examiner's Statement of Reasons for Allowance
9 ☐ Other

[signature]
ROBERT E PEZZUTO
PRIMARY EXAMINER
ART UNIT 3671

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

PM82/0928

HARNESS DICKEY & PIERCE PLC
PO BOX 828
BLOOMFIELD HILLS MI 48303

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/546,145 | 04/10/00 | 012 | PEZZUTO, R | 3671 | 09/28/01 |
| First Named Applicant: BEDNAR, | | 35 USC 154(b) term ext. = 0 Days. | | | |

TITLE OF INVENTION: GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 7016R-000015 | 056-006.000 | M75 | UTILITY | NO | $1240.00 | 12/28/01 |

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

| If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status: | If the SMALL ENTITY is shown as NO: |
|---|---|
| A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or | A. Pay FEE DUE shown above, or |
| B. If the status is the same, pay the FEE DUE shown above. | B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above. |

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.***

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

---

FORM PTO 948 (REV. 8-98) U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office Application No. 09/546145

## NOTICE OF DRAFTPERSON'S PATENT DRAWING REVIEW

The drawing filed (insert date) 4/10/00 are:

A. ____ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.

B. ✓ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings: Black ink. Color.
   - ____ Color drawings are not acceptable until petition is granted. Fig(s) ____
   - ____ Pencil and non black ink is not permitted. Fig(s) ____
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   - ____ Photographs are not acceptable until petition is granted.
   - ____ 3 full-tone sets are required. Fig(s) ____
   - ____ Photographs not properly mounted (must brystol board or photographic double-weight paper). Fig(s) ____
   - ____ Poor quality (half-tone). Fig(s) ____
3. TYPE OF PAPER. 37 CFR 1.84(e)
   - ____ Paper not flexible, strong, white and durable. Fig(s) ____
   - ✓ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not acceptable. (too thin) 1-6
   - ____ Mylar, vellum paper is not acceptable (too thin). Fig(s) ____
4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   - ____ 21.0 cm by 29.7 cm (DIN size A4)
   - ____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   - ____ All drawings sheets not the same size. Sheet(s) ____
5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
   - Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm SIZE: A4 Size
   - Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm SIZE: 8 1/2 x 11
   - ✓ Margins not acceptable. Fig(s) 3-5
   - ✓ Top (T) ✓ Left (L)
   - ✓ Right (R) ____ Bottom (B)
6. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   - ____ Views connected by projection lines or lead lines. Fig(s) ____
   - Partial views. 37 CFR 1.84(h)(2)
   - ____ Brackets needed to show figure as one entity. Fig(s) ____
   - ____ Views not labeled separately or properly. Fig(s) ____
   - ____ Enlarged view not labeled separately or properly. Fig(s) ____
7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
   - ____ Hatching not indicated for sectional portions of an object. Fig(s) ____
   - ____ Sectional designation should be noted with Arabic or Roman numbers. Fig(s) ____
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   - ____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graphs. Fig(s) ____
   - ____ Views not on the same plane on drawing sheet. Fig(s) ____
9. SCALE. 37 CFR 1.84(k)
   - ____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction. Fig(s) ____
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    - ✓ Lines, numbers & letters not uniformly thick and well defined, clean, durable and black (poor line quality). Fig(s) 1-8
11. SHADING. 37 CFR 1.84(m)
    - ____ Solid black areas pale. Fig(s) ____
    - ____ Solid black shading not permitted. Fig(s) ____
    - ____ Shade lines, pale, rough and blurred. Fig(s) ____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
    - ✓ Numbers and reference characters not plain and legible. Fig(s) 1-6
    - ✓ Figure legends are poor. Fig(s) 1-6
    - ____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(1) Fig(s) ____
    - ____ English alphabet not used. 37 CFR 1.84(p)(2) Fig(s) ____
    - ✓ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig(s) 1-6
13. LEAD LINES. 37 CFR 1.84(q)
    - ____ Lead lines cross each other. Fig(s) ____
    - ____ Lead lines missing. Fig(s) ____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    - ____ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Fig(s) ____
15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    - ____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s) ____
16. CORRECTIONS. 37 CFR 1.84(w)
    - ____ Corrections not made from PTO-948 dated ____
17. DESIGN DRAWINGS. 37 CFR 1.152
    - ____ Surface shading shown not appropriate. Fig(s) ____
    - ____ Solid black shading not used for color contrast. Fig(s) ____

COMMENTS

REVIEWER Tang DATE 4/...

ATTACHMENT TO PAPER NO. 8 12

PTO COPY

6/18/01

**The below text replaces the pre-printed text under the heading, "Information on How to Effect Drawing Changes," on the back of the PTO-948 (Rev. 03/01, or earlier) form.**

INFORMATION ON HOW TO EFFECT DRAWING CHANGES

**1. Correction of Informalities -- 37 CFR 1.85**

New corrected drawings must be filed with the changes incorporated therein. Identifying indicia, if provided, should include the title of the invention, inventor's name, and application number, or docket number (if any) if an application number has not been assigned to the application. If this information is provided, it must be placed on the front of each sheet and centered within the top margin. If corrected drawings are required in a Notice of Allowability (PTOL-37), the new drawings MUST be filed within the THREE MONTH shortened statutory period set for reply in the Notice of Allowability. Extensions of time may NOT be obtained under the provisions of 37 CFR 1.136(a) or (b) for filing the corrected drawings after the mailing of a Notice of Allowability. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

**2. Corrections other than Informalities Noted by Draftsperson on form PTO-948.**

All changes to the drawings, other than informalities noted by the Draftsperson, MUST be made in the same manner as above except that, normally, a highlighted (preferably red ink) sketch of the changes to be incorporated into the new drawings MUST be approved by the examiner before the application will be allowed. No changes will be permitted to be made, other than correction of informalities, unless the examiner has approved the proposed changes.

**Timing of Corrections**

Applicant is required to submit the drawing corrections <u>within the time period set in the attached Office communication</u>. See 37 CFR 1.85(a).

Failure to take corrective action within the set period will result in ABANDONMENT of the application.

06/01/01

---

#3PT B

HDP/Sn/21 based on PTO/SB/21 (08-00)

Please type a plus sign (+) inside this box → [+]

OIPE — NOV 27 2001 — PATENT & TRADEMARK OFFICE

**TRANSMITTAL FORM**

(to be used for all correspondence after initial filing)

| | |
|---|---|
| Application Number | 09/540,145 |
| Filing Date | April 10, 2000 |
| First Named Inventor | Richard D. Bednar |
| Group Art Unit | 3671 |
| Examiner Name | R. Pezzuto |
| Total Number of Pages in This Submission: 6 | |
| Attorney Docket Number | 7016R-000015COA |

**ENCLOSURES** (check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment / Response
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53
- [ ] Assignment Papers (for an Application)
- [x] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) ____
- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please identify below)
  6 Pages of Formal Drawings showing Fig. 1-6; Postcard.

Remarks: The Commissioner is hereby authorized to charge any additional fees that may be required under 37 CFR 1.16 or 1.17 to Deposit Account No. 08-0750.

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT**

| | | | |
|---|---|---|---|
| Firm or Individual name | Harness, Dickey & Pierce, P.L.C. | Attorney Name: Joseph M. Lafata | Reg. No. 37,166 |
| Signature | [signature] | | |
| Date | November 27, 2001 | | |

**CERTIFICATE OF MAILING/TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, or facsimile transmitted to the U.S. Patent and Trademark Office on the date indicated below.

| | | | |
|---|---|---|---|
| Typed or printed name | Joseph M. Lafata | | |
| Signature | [signature] | Date | November 27, 2001 |

09/01

Title: GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER
Inventor: Richard D. Bednar, Group Art Unit: 3671, Examiner: R. Pezzuto, Serial No. 09/546,145
Filed: 04-10-00, Notice of Allowance: 09-28-01, Batch No. M75, Atty. Ref. No.: 7016R-0016COA
4/5
Fig. 5

Title: GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER
Inventor: Richard D. Bednar, Group Art Unit: 3671, Examiner: R. Pezzuto, Serial No. 09/546,145
Filed: 04-10-00, Notice of Allowance: 09-28-01, Batch No. M75, Atty. Ref. No.: 7016R-0016COA
3/5
Fig. 3
Fig. 4

Fig. 6

[Two patent application fee determination record forms, oriented sideways/upside down on the page, largely illegible due to scan quality. Application/Docket Number visible as "09/546,145" on lower form and "794/46" on upper form.]

PATENT APPLICATION

09546145

1c544 U.S. PTO
09/546145
04/10/00

APR 2 5 00 14

INITIALS ________

# CONTENTS

| | | Date Received (Incl. C. of M.) or Date Mailed | | | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|---|
| 1. | Application Print papers | | 42. | | |
| 2. | Pre Amdt A | 4/10/00 | 43. | | |
| 3. | IDS | 7/31/00 | 44. | | |
| 4. | Pre Amdt B | 7/31/00 | 45. | | |
| 5. | Rejection (3) | 10-18-00 1/18 | 46. | | |
| 6. | IDS | 1-16-01 | 47. | | |
| 7. | Rejection (3) d | 2-27-01 3/27 | 48. | | |
| 8. | Amdt C | 3/5/01 | 49. | | |
| 9. | Ext of Time 3M | 8-24-01 | 50. | | |
| 10. | Response (Supp.) | 8-24-01 | 51. | | |
| 11. | Terminal Disclaimer (APPD) | 8-24-01 | 52. | | |
| 12. | Notice of Allowance | 9/26/01 11/28 | 53. | | |
| 13. | Formal Drawings (5 sheets) | 11/27/01 | 54. | | |
| 14. | | | 55. | | |
| 15. | | | 56. | | |
| 16. | | | 57. | | |
| 17. | | | 58. | | |
| 18. | | | 59. | | |
| 19. | | | 60. | | |
| 20. | | | 61. | | |
| 21. | | | 62. | | |
| 22. | | | 63. | | |
| 23. | | | 64. | | |
| 24. | | | 65. | | |
| 25. | | | 66. | | |
| 26. | | | 67. | | |
| 27. | | | 68. | | |
| 28. | | | 69. | | |
| 29. | | | 70. | | |
| 30. | | | 71. | | |
| 31. | | | 72. | | |
| 32. | | | 73. | | |
| 33. | | | 74. | | |
| 34. | | | 75. | | |
| 35. | | | 76. | | |
| 36. | | | 77. | | |
| 37. | | | 78. | | |
| 38. | | | 79. | | |
| 39. | | | 80. | | |
| 40. | | | 81. | | |
| 41. | | | 82. | | |

7/18/01

(LEFT OUTSIDE)





