# EXHIBIT 12
# (part 2)



PRINT OF DRAWINGS AS ORIGINALLY FILED
Fig-19
290
292
294
296
300
302
304
306
Fig-20
308
310
312
314
316
318
320
322

PRINT OF DRAWINGS AS ORIGINALLY FILED
Fig-18
278
280
284
286
287



PRINT OF DRAWINGS AS ORIGINALLY FILED
324
324
324
324
324
325
Fig-23
328
328
328
328
328
Fig-24

PRINT OF DRAWINGS AS ORIGINALLY FILED
324
324
324
325
Fig-21
326
326
326
326
328
Fig-22

Page 1 of 1

#2

UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 09/643,697 | 08/22/2000 | Richard D. Bednar | 7016R-000015/CPB |

Harness Dickey & Pierce PLC
PO Box 828
Bloomfield Hills, MI 48303

FORMALITIES LETTER

Date Mailed: 10/12/2000

**NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION**

FILED UNDER 37 CFR 1.53(b)

*Filing Date Granted*

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given TWO MONTHS from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The statutory basic filing fee is missing.
  *Applicant must submit $ 690 to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).*
- Total additional claim fee(s) for this application is $126.
  - $126 for 7 total claims over 20.
- To avoid abandonment, a late filing fee or oath or declaration surcharge as set forth in 37 CFR 1.16(e) of $130 for a non-small entity, must be submitted with the missing items identified in this letter.

- The balance due by applicant is $ 946.

*A copy of this notice MUST be returned with the reply.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202
PART 3 - OFFICE COPY

file://C:\APPS\PreExam\correspondence\2_C.xml 10/11/00

---

SECTOR $
#3

OIPE
NOV 13 2000
PATENT & TRADEMARK OFFICE

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Group Art: 3671
Examiner: Unknown
Applicant: Richard D. Bednar
Serial No.: 09/643,697
Filed: August 22, 2000
For: GANG-TYPE ROTARY LAWN MOWER
Attorney Docket: 7016R-000015/CPB

TRANSMITTAL OF FILING FEE, ORIGINAL DECLARATION & POWER OF ATTORNEY AND ASSIGNMENT

Attn: Customer Service Center
Initial Patent Examination Division

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

*CERTIFICATE OF MAILING*

*I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on* 11-7-00

By [signature]

Sir:

Pursuant to the "Notice to File Missing Parts of Non-Provisional Application Filed Under 37 CFR 1.53(b) Filing Date Granted", mailed October 12, 2000, enclosed is the originally signed Declaration and Power of Attorney in the above-identified application and a copy of the Notice.



#3

Also enclosed for recordal is the Assignment of this application with an attached cover sheet. Please record this Assignment and return it to us at your convenience.

A check in the amount of $986.00 is enclosed to cover the filing fee ($690.00), seven (7) additional claims ($126.00), late filing fee and Declaration surcharge ($130.00), and the recordal of Assignment ($40.00). If for some reason Applicant has not paid a sufficient fee to prevent the abandonment of this application, please charge our Deposit Account No. 03-0750 for any further fees which may be due. A duplicate copy of this transmittal is enclosed.

Respectfully submitted,

Dated: 11/07/2000

HARNESS, DICKEY & PIERCE, P.L.C.
P.O. Box 828
Bloomfield Hills, MI 48303
(248) 641-1600

By: [signature]
Robert S. Nolan
Reg. No. 30,667
Christopher A. Eusebi
Reg. No. 44,672
Attorney for Applicant

CAE/smb

7

Page 1 of 1

#3

UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
| --- | --- | --- | --- |
| 09/643,697 | 08/22/2000 | Richard D. Bednar | 7016R-000015/CPB |

Harness Dickey & Pierce PLC
PO Box 828
Bloomfield Hills, MI 48303

FORMALITIES LETTER
*OC000000005467558*

Date Mailed: 10/12/2000

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

FILED UNDER 37 CFR 1.53(b)

*Filing Date Granted*

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given TWO MONTHS from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The statutory basic filing fee is missing. *Applicant must submit $ 690 to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).*
- Total additional claim fee(s) for this application is $126.
  - $126 for 7 total claims over 20.
- To avoid abandonment, a late filing fee or oath or declaration surcharge as set forth in 37 CFR 1.16(e) of $130 for a non-small entity, must be submitted with the missing items identified in this letter.

- **The balance due by applicant is $ 946.**

*A copy of this notice MUST be returned with the reply.*

[signature]
Customer Service Center
Initial Patent Examination Division (703) 308-1202
PART 2 - COPY TO BE RETURNED WITH RESPONSE

11/14/2000 MWAKNL 00000108 030750 09643697
02 FC:105 130.00 CP
03 FC:103 126.00 CP
04 FC:101 20.00 CH 670.00 CP

file://C:\APPS\PreExam\correspondence\2_B.xml 10/11/00

#3

Attorney Docket No. 7016R-000015/CPB

# DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

GANG-TYPE ROTARY LAWN MOWER

the specification of which (check one)

[ ] is attached hereto.

[X] was filed on August 22, 2000 as Application Serial No. 09/643,697

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application or to the patentability of the invention claimed therein in accordance with Title 37, Code of Federal Regulations, section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, section 119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

PRIOR FOREIGN APPLICATION(S)

| | | | Priority Claim | |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |

# DECLARATION AND POWER OF ATTORNEY

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States Provisional application(s) listed below:

PRIOR PROVISIONAL APPLICATIONS

| | |
|---|---|
| (application serial number) | (Month / Day / Year filed) |
| (application serial number) | (Month / Day / Year filed) |

I hereby claim the benefit under Title 35, United States Code, section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, section 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Filing Date | Status - patented, pending, abandoned |
|---|---|---|
| 09/546,145 | April 10, 2000 | Pending |
| 08/794,141 | February 3, 1997 | 6,047,530 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

I hereby appoint David P. Utykanski, Reg. No. 39,052, Donald G. Walker, Reg. No. 44,390 and each principal, attorney of counsel, associate and employee of Harness, Dickey & Pierce, P.L.C., who is a registered Patent Attorney, my attorney with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. I request the Patent and Trademark Office to direct all correspondence and telephone calls relative to this application to Harness, Dickey & Pierce, P.L.C., P. O. Box 828, Bloomfield Hills, Michigan 48303 (248) 641-1600.

Full name of sole or first inventor: Richard D. Bednar

Inventor's signature: Richard D. Bednar

Date: Nov. 1 2000

Residence: ~~N8804 Shorewood Hills Road, Lake Mills, Wisconsin 53551~~ 203 Clarke St, Johnson Creek WI 53038

Citizenship: United States of America

Post Office Address: ~~N8804 Shorewood Hills Road, Lake Mills, Wisconsin 53551~~ 203 Clarke St, Johnson Creek WI 53038

Attorney Docket No. 7016R-000015/CPB

RECEIVED
MAR 1 5 2001
OFFICE OF PETITIONS

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

**GANG-TYPE ROTARY LAWN MOWER**

the specification of which (check one)

[ ] is attached hereto.

[X] was filed on August 22, 2000 as Application Serial No. 09/643,697

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application or to the patentability of the invention claimed therein in accordance with Title 37, Code of Federal Regulations, section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, section 119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

PRIOR FOREIGN APPLICATION(S)

| | | | Priority Claim | |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |

## DECLARATION AND POWER OF ATTORNEY

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States Provisional application(s) listed below:

PRIOR PROVISIONAL APPLICATIONS

| (application serial number) | (Month / Day / Year filed) |
|---|---|
| (application serial number) | (Month / Day / Year filed) |

I hereby claim the benefit under Title 35, United States Code, section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, section 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Filing Date | Status - patented, pending, abandoned |
|---|---|---|
| 09/548,145 | April 10, 2000 | Pending |
| 08/794,141 | February 3, 1997 | 6,047,530 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

I hereby appoint David P. Utykanski, Reg. No. 39,052 and each principal, attorney of counsel, associate and employee of Harness, Dickey & Pierce, P.L.C., who is a registered Patent Attorney, my attorney with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. I request the Patent and Trademark Office to direct all correspondence and telephone calls relative to this application to Harness, Dickey & Pierce, P.L.C., P. O. Box 828, Bloomfield Hills, Michigan 48303 (248) 641-1600.

Full name of sole or first inventor: Richard D. Bednar

Inventor's signature: [signature]

Date: 2-26-01

Residence: 203 Clarke Street, Johnson, Wisconsin 53038

Citizenship: United States of America

Post Office Address: 203 Clarke Street, Johnson, Wisconsin 53038

**DECLARATION AND POWER OF ATTORNEY**

Full name of sole or second inventor: Randal S. Knurr

Inventor's signature: Randal S. Knurr

Date: 2-26-01

Residence: 403 North Water Street, Waterford, WI 53185

Citizenship: United States of America

Post Office Address: 403 North Water Street, Waterford, WI 53185

#41 Pre A

NEW, CONTINUATION, DIVISIONAL OR CONTINUATION-IN-PART APPLICATION UNDER 37 C.F.R. §1.53(b)

Attorney Docket No. 7016R-000015/CPB

Express Mail Label No. EL581390395US

Date August 22, 2000

09/643697 08/22/00

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Hon. Commissioner of Patents and Trademarks
Washington, D. C. 20231

Sir:

Transmitted herewith for filing under 37 C.F.R §1.53(b) is a patent application for

GANG-TYPE ROTARY LAWN MOWER

Identified by: [ ] First named inventor ______
or [X] Attorney Docket No. (see above)

1. **Type of Application**

[ ] This application is a new (non-continuing) application.

[X] This application is a [ ] continuation / [ ] divisional / [X] continuation-in-part of prior application No. 09/646,145. Amend the specification by inserting before the first line the sentence:

# All ready in spec. 9/23/01

[ ] The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied, is considered part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

If for some reason applicant has not requested a sufficient extension of time in the parent application, and/or has not paid a sufficient fee for any necessary response in the parent application and/or for the extension of time necessary to prevent the abandonment of the parent application prior to the filing of this application, please consider this as a Request for an Extension for the required time period and/or authorization to charge our Deposit Account No. 08-0750 for any fee that may be due. THIS FORM IS BEING FILED IN TRIPLICATE: one copy for this application; one copy for use in connection with the Deposit Account (if applicable); and one copy for the above-mentioned parent application (if any extension of time is necessary).

2. **Contents of Application**

a. Specification of 28 pages including a Title Page;
[ ] A microfiche computer program (Appendix);
[ ] A nucleotide and/or amino acid sequence submission;

[ ] Because the enclosed application is in a non-English language, a verified English translation [ ] is enclosed [ ] will be filed.

[ ] Cancel original claims of the prior application before calculating the filing fee. (At least one original independent claim must be retained for filing date purposes.)

b. [X] Drawings on 18 sheets;

Attorney Docket No. 7016R-000015/CPB
Express Mail Label No. EL581390395US
Date August 22, 2000

c. [X] An unsigned Oath/Declaration [ X ] is enclosed / [ ] will be filed in accordance with 37 C.F.R. §1.53(f).

The enclosed Oath/Declaration is [ ] newly executed [ ] a copy from a prior application under 37 C.F.R. §1.63(d) / [ ] accompanied by a statement requesting the deletion of person(s) not inventors in the continuing application.

d. **Fees**

| FILING FEE CALCULATION | Number Filed | | | Number Extra | Rate | | Basic Fee $690.00 |
|---|---|---|---|---|---|---|---|
| Total Claims | 27 | - | 20 = | 7 x | $18.00 | = | $126.00 |
| Independent Claims | 3 | - | 3 = | 0 x | $78.00 | = | $0.00 |
| Multiple Dependent Claim(s) Used | | | | | $260.00 | = | |
| FILING FEE – NON-SMALL ENTITY | | | | | | | $816.00 |
| FILING FEE - SMALL ENTITY: Reduction by 1/2<br>[ ] Verified Statement under 37 C.F.R. §1.27 is enclosed.<br>[ ] Verified Statement filed in prior application. | | | | | | | |
| Assignment Recordal Fee ($40.00) | | | | | | | |
| 37 C.F.R. §1.17(k) Fee (non-English application) | | | | | | | |
| TOTAL | | | | | | | $816.00 |

[ ] A check is enclosed to cover the calculated fees. The Commissioner is hereby authorized to charge any additional fees that may be required, or credit any overpayment, to Deposit Account No. 08-0750. A duplicate copy of this document is enclosed.

[X] The calculated fees will be paid within the time allotted for completion of the filing requirements.

[ ] The calculated fees are to be charged to Deposit Account No. 08-0750. The Commissioner is hereby authorized to charge any additional fees that may be required, or credit any overpayment, to said Deposit Account. A duplicate copy of this document is enclosed.

3. **Priority Information**

[ ] **Foreign Priority:** Priority based on _____ Application No. _____, filed _____, is claimed.

[ ] A copy of the above referenced priority document [ ] is enclosed / [ ] will be filed in due course, pursuant to 35 U.S.C. §119(a)-(d).

[ ] **Provisional Application Priority:** Priority based on United States Provisional Application No. ____, filed ____, is claimed under 35 U.S.C. §119(e).

Attorney Docket No. 7016R-000015/CPB
Express Mail Label No. EL581390395US
Date August 22, 2000

4. **Other Submissions**

[ ] A Preliminary Amendment is enclosed.

[ ] An Information Disclosure Statement, ____ sheets of PTO Form 1449, and ____ patent(s)/publications/documents are enclosed.

[ ] A power of attorney

[ ] is submitted [ ] with the new Oath/Declaration.

[ ] is of record in the prior application and [ ] is in the original papers / [ ] a copy is enclosed.

[ ] An Assignment of the Invention

[ ] is enclosed with a cover sheet pursuant to 37 C.F.R. §§3.11, 3.28 and 3.31.

[ ] is of record in a prior application. The assignment is _____ and is recorded at Reel ____, Frame(s) ____.

[ ] An Establishment of Assignee's Right To Prosecute Application Under 37 C.F.R. §3.73(b), and Power Of Attorney is enclosed.

[x] An Express Mailing Certificate is enclosed.

[x] Other: Return Postcard.

Attention is directed to the fact that the correspondence address for this application is:

Harness, Dickey & Pierce, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600.

Respectfully,

Date 8/22/00

[signature]

Harness, Dickey & Pierce, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600

David P. Utykanski, Reg. No. 39,052
Donald G. Walker, Reg. No. 44,390

DPU/DGW/vle

PATENT

#5

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Group Art Unit: | 3671 |
| Examiner: | To be assigned |
| Serial No.: | 09/643,697 |
| Inventor(s): | Richard D. Bedna[r] |
| Filed: | August 22, 2000 |
| For: | GANG-TYPE ROTARY LAWN MOWER |
| Attorney Docket: | 7016R-000015/CPB |

INFORMATION DISCLOSURE STATEMENT

OIPE JCS9 JAN 16 2001 PATENT & TRADEMARK OFFICE

RECEIVED JAN 22 2001 TO 3600 MAIL ROOM

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

**CERTIFICATE OF MAILING**

*I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on* January 9, 2001

*By* [signature]

**INFORMATION DISCLOSURE STATEMENT**

Sir:

Pursuant to 37 C.F.R. §§1.56, 1.97, and 1.98, Applicants hereby submit an Information Disclosure Statement for consideration by the Examiner.

I. LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION

The patents, publications, and other information submitted for consideration by the Office (except U.S. patent applications) are listed on HDP-1449 (based on Form PTO-1449), attached hereto.

II. COPIES

a. X Submitted herewith is a legible copy of (i) each U.S. patent application publication, U.S. and foreign patent; (ii) each publication or that portion which caused it to be listed; (iii) for each cited pending U.S. application, the application specification including the claims, and any drawing of the application which caused it to be listed including the claims directed to that portion; and (iv) all other information or that portion which caused it to be listed.

---

3671

Attorney Docket No. 7016R000015/CPB

OIPE JCS9 JAN 16 2001 PATENT & TRADEMARK OFFICE

| | |
|---|---|
| ART UNIT | 3671 |
| EXAMINER | To be assigned |
| INVENTOR(S) | Richard D. Bedn[ar] |
| SERIAL NUMBER | 09/643,697 |
| FILED | August 2, 2000 |
| FOR | GANG-TYPE ROTARY LAWN MOWER |

RESPONSE TRANSMITTAL AND EXTENSION OF TIME REQUEST (IF REQUIRED)

RECEIVED JAN 22 2001 TO 3600 MAIL ROOM

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D. C. 20231

Sir:

FEE CALCULATION FOR ENCLOSED RESPONSE and EXTENSION REQUEST (if any)

| | Claims Remaining | | Highest No. Previously Paid | | Number Extra | | Rate | | Additional Fee |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims | 27 | - | 27 | = | 0 | x | $18.00 | = | 0 |
| Independent Claims | 3 | - | 3 | = | 0 | x | $78.00 | = | 0 |
| Surcharge For Multiple Dependent Claim First Added | | | | | | | +$260.00 | = | 0 |

[ ] Applicant requests a _______ month extension of time for response to the outstanding Office Action. The large entity fee is ................

TOTAL ................................................

[ ] SMALL ENTITY STATUS (If applicable, divide TOTAL by 2) .............
[ ] Verified Statement enclosed, if not previously filed.

[ ] Reduction for Extension Fee of ____ months already paid ...............

[ ] OTHER: 0

TOTAL ................................................ $0.00

[ ] A check is enclosed to cover the fees as calculated above.

[ ] The fees calculated above are to be charged to Deposit Account No. 08-0750.

If for some reason applicant has not requested a sufficient extension of time and/or has not paid a sufficient fee for this response and/or for the extension of time necessary to prevent the abandonment of this application, please consider this as a Request for an Extension for the required time period and/or an authorization to charge our Deposit Account No. 08-0750 for any fee which may be due. A duplicate copy of this sheet is enclosed.

HARNESS, DICKEY & PIERCE, P.L.C.

P. O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600

By: [signature]
David P. Ulykanski, Reg. No. 39,052
Donald G. Walker, Reg. No. 44,390

*I hereby certify that this letter, the response attached hereto and, if enclosed, the small entity verification are being deposited with the United States Postal Service as first class mail in an envelope addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231, on* January 9, 2001.

By [signature]

b. X Any patents, publications or other information which are listed on PTO-1449 or on the copies of PTO-892, but which are not enclosed herewith, were previously cited by or submitted to the PTO in one of the following applications which has been relied upon for an earlier filing date under 35 U.S.C. §120:

| U.S. Serial Number | U.S. Filing Date |
|---|---|
| 09/546,145 | April 10, 2000 |

III. CONCISE EXPLANATION OF THE RELEVANCE (check at least one box)

a. X Except as may be indicated below in (b), all of the patents, publications or other information are in the English language (concise explanation not required).

b. ____ A concise explanation of the relevance of each patent, publication or other information listed that is not in the English language is as follows (see 37 C.F.R. §1.98(a)(3)):

c.____ The following additional information is provided for the Examiner's consideration.

IV. CROSS REFERENCE TO RELATED APPLICATION(S)

a. X The Examiner is advised that the following co-pending application(s) contain(s) subject matter that may be related to the present application. By bringing this(these) application(s) to the Examiner's attention, Applicant(s) does(do) not waive the confidentiality provisions of 35 U.S.C. §122.

| Serial No. | Filing Date | Art Unit |
|---|---|---|
| 09/546,145 | April 10, 2000 | 3671 |

V. THIS IDS IS BEING FILED UNDER

a. X 37 C.F.R. §1.97(b): (check only one box)

1.____ within three months of the filing date of a national application other than a continued prosecution application (37 C.F.R. §1.97(b)(1)). No fee or certification is required.

2.____ within three months of the date of entry of the national stage as set forth in §1.491 in an international application (37 C.F.R. §1.97(b)(2)). No fee or certification is required.

3. X before the mailing of a first Office action on the merits (37 C.F.R. §1.97(b)(3)). No fee or certification is required. In the event that a first Office Action on the merits has been issued, please consider this IDS under 37 C.F.R. §1.97(c) and see the certification under 37 C.F.R. §1.97(e) below; or, if no certification has been made,

charge our deposit account a fee in the amount of $180.00 as required by 37 C.F.R. §1.17(p).

4. ____ before the mailing of a first Office action after the filing of a request for continued examination under 37 C.F.R. §1.114. No fee or certification is required.

b.___ 37 C.F.R. § 1.97(c) (check only one box)

• before the mailing date of either any Final Office Action under 37 C.F.R. §1.113, a Notice of Allowance under 37 C.F.R. §1.311, or an action that otherwise closes prosecution.

1.____ No certification; therefore, a fee in the amount of $180.00 is required by 37 C.F.R. §1.17(p).

2.____ See the certification below. No fee is required.

c.____ 37 C.F.R. § 1.97(d):

• after the mailing date of either a Final Office Action under 37 C.F.R. §1.113 or a Notice of Allowance under 37 C.F.R. §1.311, yet on or before payment of the issue fee.

1.____ See the certification below. A fee in the amount of $180.00 is required by 37 C.F.R. §1.17(p).

VI. CERTIFICATION UNDER 37 C.F.R. § 1.97(e): (check only one box)

The undersigned hereby certifies that:

a.____ each item of information contained in this IDS was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this IDS (See 37 C.F.R. §1.97(e)(1)); or

b.____ no item of information contained in this IDS was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the undersigned after making reasonable inquiry, no item of information contained in this IDS was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing of this IDS (See 37 C.F.R. §1.97(e)(2)).

c.____ Some of the items of information were first cited in any communication from a foreign patent office. As to this information, the undersigned hereby certifies that each item of information contained in this IDS was cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this IDS. As to the remaining information, the undersigned hereby certifies that no item of this remaining information contained in this IDS was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the undersigned after making

reasonable inquiry, no item of information contained in this IDS was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing of this IDS.

VII. PAYMENT OF FEES (check only one box)

a.____ A check in the amount of $180.00 is enclosed for the above-identified fee.

b._____ Please charge Deposit Account No. 08-0750 in the amount of $180.00 for the above-indicated fee. A duplicate copy of this paper is attached.

The above references are being cited only in the interest of candor and without any admission that they constitute statutory prior art, contain matter which anticipates the invention, or which would render the same obvious, either singly or in combination, to a person of ordinary skill in the art.

If the Examiner has any questions concerning this IDS, the Examiner is requested to contact the undersigned. If it is determined that this IDS has been filed under the wrong rule, the PTO is requested to consider this IDS under the proper rule (with a petition if necessary) and charge the appropriate fee to Deposit Account No. 08-0750.

Please charge any additional fees or credit any overpayment pursuant to 37 C.F.R. §1.16 or §1.17 to Deposit Account No. 08-0750.

Respectfully submitted,

Dated: January 9, 2001

By: [signature]
David P. Utykanski, Reg. No. 39,052
Donald G. Walker, Reg. No. 44,390

HARNESS, DICKEY & PIERCE, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600
DPU/DGW/vls

Enclosures:
X PTO-1449
___ PTO-892
X References
___ Foreign Search Report
___ Fee
___ Other:

FORM HDP-1449 (Based on Form PTO-1449)

PATENT AND TRADEMARK OFFICE
INFORMATION DISCLOSURE CITATION
(Use several sheets if necessary)

Sheet 1 of 2

OIPE JAN 16 2001 PATENT & TRADEMARK OFFICE

ATTORNEY DOCKET NO.: 7016R-000015/CPB
SERIAL NO.: 09/643,697
APPLICANT: RICHARD D. BEDNAR
FILING DATE: AUGUST 22, 2000
GROUP: 3671

U.S. PATENT DOCUMENTS

| Ref. Desig. | Examiner's Initials | Document Number | Date | Name | Class/ Subclass | (If appropriate) Filing Date |
|---|---|---|---|---|---|---|
| 1 | [initials] | 1,961,710 | June 1934 | Pol | | |
| 2 | | 2,504,259 | April 1950 | Ford | | |
| 3 | | 2,938,581 | May, 1960 | Grimes | | |
| 4 | | 3,070,938 | Jan. 1963 | Winget | | |
| 5 | | 3,118,268 | Jan. 1964 | Colburn | | |
| 6 | | 3,135,079 | June 1964 | Dunn | | |
| 7 | | 4,308,713 | Jan. 1982 | James | | |
| 8 | | 4,901,507 | Feb. 1990 | Cracraft | | |
| 9 | | 5,137,100 | Aug. 1992 | Scott et al. | | |
| 10 | | 5,280,695 | Jan. 1994 | Nunes, Jr., et al. | | |
| 11 | | 5,293,729 | March 1994 | Curry et al. | | |
| 12 | | 5,297,378 | March 1994 | Smith | | |
| 13 | | 5,343,680 | Sept. 1994 | Reichen et al. | | |
| 14 | | 5,355,665 | Oct. 1994 | Peter | | |
| 15 | | 5,412,932 | May 1995 | Schueler | | |
| 16 | | 5,423,565 | June 1995 | Smith | | |
| 17 | | 5,481,857 | Jan. 1996 | Umemoto et al. | | |
| 18 | | 5,497,604 | March 1996 | Lonn | | |
| 19 | [initials] | 6,047,530 | April 2000 | Bednar | | |

Examiner: [signature] Date Considered: 7/28/01

EXAMINER: Please initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

FORM HDP-1449 (Based on Form PTO-1449)

**PATENT AND TRADEMARK OFFICE**
**INFORMATION DISCLOSURE CITATION**
(Use several sheets if necessary)

Sheet 2 of 2

| ATTORNEY DOCKET NO.: 7016R-000015/CPB | SERIAL NO.: 09/643,697 |
|---|---|
| APPLICANT: RICHARD D. BEDNAR | |
| FILING DATE: AUGUST 22, 2000 | GROUP: 3671 |

OIPE JAN 16 2001 PATENT & TRADEMARK OFFICE

**FOREIGN PATENT DOCUMENTS**

| Ref. Desig. | Examiner's Initials | Document Number | Date | Country | Class/ Subclass | Yes | No |
|---|---|---|---|---|---|---|---|
| 1. | [initials] | 7,804,510 | Aug. 1978 | NL | — | | |
| 2. | | 88/05998 | Aug. 1988 | WO | — | | |
| 3. | [initials] | 0,342,700 | Nov. 1980 | EP | — | | |
| 4. | | | | | | | |

**OTHER DOCUMENTS (including Author, Title, Date, Pertinent Pages, etc.)**

| Ref. Desig. | Examiner's Initials | |
|---|---|---|
| 1. | [initials] | Mountfield "Domestic Grass Machinery" (Date unknown). |
| 2. | | Turf Blazer 1040 Diesel, Howard Price Turf Equipment (advertising brochure) (Date unknown). |
| 3. | | Nunes Rotary Mower, John Deere 3364 Dock Attachment; Nunes Manufacturing, Inc. |
| 4. | | Steiner Turf Equipment Product Catalogue, 1997, Page 14 |
| 5. | | "80-81 Owners Manual" (advertising brochure) published by Steiner in 1981. |
| 6. | | "Jacobson Textron HR-5111-4WD Hydraulic Rotary Mower" (advertising brochure) published by Jacobson Div. Of Textron, Inc. in 1994. |
| 7. | | "Groundsmaster® 580-D Mowers" (advertising brochure) published by Toro (date unknown). |
| 8. | | "The Articulator", Model 425D (advertising brochure) published by LasTec, Inc. (date unknown). |
| 9. | | "The Articulator", Model 325ER (advertising brochure) published by LasTec, Inc. (date unknown). |
| 10. | [initials] | "The Articulator", Model 325E (advertising brochure) published by LasTec, Inc. (date unknown). |

Examiner: [signature] 9/23/01 Date Considered:

EXAMINER: Please initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**MISSING PAGE(S) FROM THE**

**U.S. PATENT OFFICE**

**OFFICIAL FILE WRAPPER**

#5- Refs 1,2

Patent Imaging Corporation
*Patent Legal and Scientific Information Service*
2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, VA 22202-3610
(703) 553-0000

STEINER
STEINER
Uniquely engineered for unmatched versatility

All HYDRAULICALLY DRIVEN!!
Nunes
Rotary Mower
John Deere 3365 Deck Attachment
5 Deck All Hydraulically Driven
High Quality Finish Cut
High Productivity
7.25 Acres an Hour at 5 M.P.H.
Low Maintenance
No Belts or Pulleys to Adjust or Maintain
Easily Attached and Detached
Raise Units for Transportation, Storage and Maintenance
Blades Shut Off Automatically When Raised
Cutting Width 140"
Transportation Width 90"
Nunes Model 255
Nunes Manufacturing

**With constant 4-wheel drive and an articulated frame, nothing else works like a Steiner.**

One turn behind the wheel tells you the Steiner is unique among the world's turf tractors. Right away, you're struck by the commanding, yet comfortable seating position, and the fact that every control is ergonomically placed for ease of use. Then, as you start out, you immediately feel the difference our articulated frame makes. With its frame hinged in the middle, the Steiner doesn't turn like other turf tractors. In fact, the Steiner changes direction with such agility, you'd think it's anticipating your next move.

Table of Contents

Model 525 .......... 4
Model 430 Max .......... 6
Model 410 .......... 8
Model 220 .......... 10
Model 202 .......... 12
Accessories .......... 14
Attachments .......... 14-17
Specifications .......... 18

Our 100,000 sq. ft. Steiner facility

You drive the Steiner effortlessly up and down hills, then toward a muddy area alongside a creek. You're impressed by the powerful engine and smooth forward motion. With constant 4-wheel drive and hydrostatic drive, the Steiner moves steadily across all kinds of terrain, without clutching, without jerking and without braking.

Preparing engineering drawings on CAD system

At the end of your test ride, you realize you've been at the controls of a machine engineered and built without compromise to be the finest turf tractor you can buy.

**Because we give it unique capabilities, you can give it more to do.**

We developed the Steiner turf tractor to be a brilliant performer on yards, grounds and estates. But mowing and routine grounds maintenance are only the beginning of the Steiner's many time- and effort-saving skills.

In less than five minutes, the unique Quick-Hitch™ attachments enable your Steiner to become nearly any kind of maintenance machine you can imagine. You can sweep, blow, grade, scoop, till, cut, aerate and more. And you'll find all Steiner attachments are exceptionally easy to use, ready to work hard – and built to last.

Computerized burn press/plasma machine

**All tractors are built to work hard. Steiners are built to work harder, longer.**

More than 20 years ago, the first Steiner was painstakingly hand-built by skilled craftsmen in the Steiner family machine shop. Today, the machine shop has given way to a state-of-the-art manufacturing facility in Dalton, Ohio, where robotics bring computerized precision to everything our craftsmen do.

Automated press brake forms parts

Painting in the multi-stage paint system

But one thing hasn't changed: We build each Steiner as if we were going to use it ourselves. We support our turf tractors with a full year warranty in commercial use and two years in residential use.

Years from now, you'll realize the true value of a Steiner. You'll have enjoyed many seasons of hard work, unmatched versatility and consistent performance.

Robotic welder at work

And Steiners traditionally hold their value extremely well, which will benefit you at trade-in or resale. All Steiner attachments also carry a one-year warranty except the trencher and chipper/shredder which have a 90 day warranty.

Assembly line

S t e i n e r T u r f.



In size and power, the ultimate Steiner tractor.

# *model* **525**

| ACCESSORIES |
|---|
| ROPS APPROVED ROLL BAR |
| THREE POINT HITCH |
| WEIGHT BAR (FRONT OR REAR) |
| CAB (HEATED, ROPS APPROVED) |
| SUSPENSION SEAT |

Everything we've learned about building turf tractors has gone into the design and manufacture of our largest model, the Steiner 525. Its 23.5-hp Kubota water-cooled engine and smooth, foot-pedal operated 4-wheel drive give it the strength to power its way through the heaviest of heavy duty tasks. But this machine also offers high levels of handling and driver comfort, as its turning capabilities and softly cushioned ride allow the Steiner 525 to tread lightly on your grounds.

Steiner's Quick-Hitch™ System allows you to easily switch to any attachment in one to five minutes.

Drive forward until the hitch arms engage the attachment arm pins.

Release the spring-loaded lever with one hand.

Install the belt drive and go to work.

