# EXHIBIT 12
# (part 3)

Power, versatility and comfort to the max.

# model 430



The Steiner 430 Max takes a good idea and makes it better. We begin with a strong foundation, including our constant 4-wheel drive, articulated frame, hydrostatic transmission and power steering. Then, we provide your choice of four engines capable of 20-25 hp. To keep you comfortably in command, you sit in an ergonomically designed deluxe seat and use a new hydrostat control that falls readily to hand. And Quick-Hitch™ attachments and accessories are available to provide a wide range of capabilities.

**Accessories**
- ROPS APPROVED ROLL BAR
- THREE POINT HITCH
- WEIGHT BAR (FRONT OR REAR)
- CAB
- SUSPENSION SEAT
- TURF TIRES
- DUAL WHEELS





*Simply designed to work harder for you.*

## model 410



The Steiner 410 takes many of the capabilities of our more powerful turf tractors and makes them available in a more affordable model. Powered by a 16-hp Onan Performer engine, the Steiner 410 offers the same advanced engineering that makes Steiner unique, including constant 4-wheel drive, an articulated frame and power steering. With your choice of Quick-Hitch™ attachments, the Steiner 410 shares the other characteristics of our larger models — it's highly accurate — plushes at giving you more than you expect from a turf tractor.

**ACCESSORIES**
| WEIGHT BAR |
| AUXILIARY HYDRAULIC CONTROL |
| BAR TIRE OPTION |
| TURF TIRES STANDARD |





Get behind the power of a front-drive Steiner.

# model 220



With front-wheel drive, the Steiner 220 offers superb performance, durability, traction and stability where conventional tractors fall short. Total control is yours with a foot-pedal hydrostat and rear power steering that enables the Steiner 220 to handle effortlessly around trees and other obstacles. Few turf tractors have a lower center of gravity than the 220, which positions you comfortably in the middle of the tractor for added stability. Best of all, our unique Quick-Hitch™ attachments make it easy to get the job done with speed and precision.

| ACCESSORIES |
|---|
| ROPS APPROVED ROLL BAR |
| REAR WEIGHT BAR |
| CAB |
| SUSPENSION SEAT |
| WHEEL WEIGHTS |









## model 202

*A zero turning mower with zero deficiencies.*

For those requiring a dedicated mowing machine, the Steiner 202 combines a zero turning radius with our passion for zero defects. Not only does it mow rings around other mowers, the Steiner 202 floats over uneven terrain with a unique mower deck that flexes as it goes for an even, clean cut. And no mower is easier to operate. Twin hydrostatic controls provide a steady ride, smooth power and easy handling — with minimal training — while a single park lever and cutting height handle allow for fast, easy adjustments. (Mulching adapter kit available.)















Specifications





Section 9
MOWER

## HR-5111: The All-Hydraulic

The HR-5111 delivers a productive 11-foot cut to roughs, parks, and other large turf areas. Its three all-hydraulic mowing decks, four-wheel-drive (4WD) traction, and a comfortable operator station, make the HR-5111 the right mower for your big jobs.

**All-Hydraulic, High-Production Mowing**
The HR-5111's revolutionary all-hydraulic, rear discharge decks deliver the best quality cut of any high-production mower. Individual hydraulic motors drive each blade for unmatched cutting power.

The floating-deck design, with large caster wheels and anti-scalp rollers, follows turf contours and reduces the risk of scalping. Cutting heights are adjustable from 1 to 5½ inches. Spring washers on side deck mounting arms absorb impact. Mow with one, two, or all three decks, to match conditions.

The HR-5111's agile, compact design with hydrostatic transmission and rear-wheel power steering, means close trims around trees and obstructions. In open areas, the HR-5111 cuts up to 65 acres per day.

No Belts,
No Pulleys,
No Kidding

Individual hydraulic motors power each of the HR-5111's blades for a quality cut without the hassle of belts, pulleys, idlers, deck lids, or PTO shafts. Blades rotate in opposite directions for even clippings dispersal.

**4-Wheel-Drive Traction**
Hydrostatic 4WD with differential lock, tackles tough hills that stall the competition. A hydraulic weight-transfer system shifts the weight of the deck to the vehicle for hill climbing. Unlike mechanical 4WD, hydrostatic 4WD lets rotate each wheel at the correct speed during turns, to prevent turf scuffing and provide full traction.

**Built For Trouble-Free Operation**
The HR-5111 spends its time working. All-hydraulic decks mean no belts, deck lids, blade pulleys and idlers to fix. Each motor has self-lubricating spindles for less maintenance.

The wing decks tilt vertically when raised, and the front deck tilts vertically by removing two pins at the rear of the deck for easy cleaning and servicing. Diagnostic ports make it easy to check hydraulic pressures.

**Economical Diesel Power**
The HR-5111 is powered by a reliable, efficient, 51-horse-power, liquid-cooled diesel engine. The engine is fully enclosed and isolation mounted for cleaner, quieter operation. A top-mounted, heavy-duty air cleaner protects the engine from harmful dirt and clippings.

The hood tilts up and back for full access to the engine. The hydraulic oil cooler slides away from the radiator for cleaning. The HR-5111's durable fiberglass body keeps its good looks, even in harsh conditions.



- Adjustable seat, cruise control, tilt steering wheel for operator comfort.
- Hydrostatic 4WD for sure traction without turf damage.
- Floating decks, casters, anti-scalp rollers for superior quality cut.
- All hydraulic decks need less maintenance, have smoother discharge.
- Ergonomic design puts controls, instruments in easy reach, sight.
- Rear-wheel power steering, compact design for close trimming.

---

# JACOBSEN

(6)

## HR-5111™
## 4WD Hydraulic Mower

*The Professional's Choice on Turf*






