# EXHIBIT 12
# (part 4)

Case 1:05-cv-00486-GMS    Document 69-20    Filed 08/04/2006    Page 1 of 9

---

**TORO**
CREATE A GREATER OUTDOORS

Home Yard Care | Golf Course Management | Professional Contractor | **Grounds & Industrial Management**

**GROUNDS & INDUSTRIAL MANAGEMENT**

- Residential/Commercial Irrigation
- Parks and Municipalities
- Sports Fields
- Schools and Universities
- Business and Industrial
- Customer Care



Turf Equip.
ALL

## Specifications for Groundsmaster® 580-D

### GROUNDSMASTER® 580-D, MODEL 30581 SPECIFICATIONS

| | |
|---|---|
| ENGINE | Mitsubishi Model S4E-T, four cylinder in-line, 4 cycle, liquid cooled, turbo-charged diesel engine; 80 hp (59.6 kW) at governed maximum of 2750 rpm. 80.4 cu. in. (2956 cc) displacement, vertical overhead valve, direct injection. Forced fuel lubrication w/ trochoid gear pump. 8.5 quart (8 liter) capacity. 17:1 compression ratio. 12 volt (2.1 kW) gear reduction starter. Heavy duty centrifugal air cleaner with replaceable element. Draws air from screened air intake. Muffler double wrapped with insulation and wrap mat under hood. Engine hood supported when raised by gas cylinder suspension. Lined with barrier type sound reduction material. Easily removed side panels provide improved engine access. |
| RADIATOR AND OIL COOLER | Magnetically latched air intake grill and shielding are easily removed to provide access to the mid-mount agricultural-type radiator with wide spaced fins (5 fins/in). Oil cooler hinges away from the radiator to provide easy service access. 3.9 gal. (14.7 liter) coolant capacity. Variable speed radiator fan controlled by engine temperature. Full flow hydraulic oil cooler. (7 fins/in). |
| FUEL SYSTEM | Direct mechanical injection system with replaceable fuel filter and water separator. Front console warning light indicates water in fuel. Fuel capacity: 28 gal. (106 liters). No. 2 diesel fuel. |
| FRAME CONSTRUCTION | 1" x 3" b/h welded structural steel channel. Six tie down loops: 2 front, 2 sides and 2 at rear of frame. |
| TIRES/WHEELS | Front: (2) 31 x 13.50-15, 6-ply high flotation turf tires w/ tubes. Rear (2) 23 x 10.50-12, 6-ply tubeless turf tires. |
| BRAKES | Foot multiple disc brakes. Fully sealed in cast housings. Hydraulic service brake via a brake pedal operated by the right foot. Mechanical steering brakes via two pedals which lock together for parking brake function. Dynamic braking through closed loop hydrostatic drive. |
| STEERING | Tilt 15.5" (39 cm) steering wheel and tilt steering power, retained and locked by a selected single lever control. Dual hydraulic cylinder power steering for extra sharp turning. Eaton Char-lyn Series 4 steering valve, cam traction type, 1500 psi (103.4 bars) rated. |
| TRACTION SYSTEM | Hydrostatic closed loop system, consisting of Sundstrand Series 40 hydrostatic pumps and two speed motors, and Auburn Model 6 industrial planetary pump reduction at the drive wheels. Includes system reliefs of 5000 psi (344.8 bars) and bypass valve for towing. Pinctured for radial tow rated @ 10,000 lbs. (4536 kg) and output torque of 50,000 lb-in. Maximum system flow is 28 gpm (105.9 liter per minute). Hydraulically assisted single foot operated traction pedal with adjustable speed stop control forward/reverse ground speed. Electromagnetic speed control actuated from console by push button switch. Disengage speed control by service brake or on/off switch. Control of speed can be changed without interruption. |
| GROUND SPEED/ CLEARANCE | Infinitely variable speed. Forward speeds: 0-7.5 mph (12.1 km/h) - mow, 0-20 mph (32.2 km/h) - transport. Reverse speeds: 0-3 mph (4.8 km/h) - mow, 0-8 mph (12.9 km/h) transport. Ground clearance 8" (20.3 cm). Individual deck lift lever, ground speed high range/low range switch, |
| CONTROLS | |

---

**TORO**
CREATE A GREATER OUTDOORS

Home Yard Care | Golf Course Management | Professional Contractor | **Grounds & Industrial Management**

**GROUNDS & INDUSTRIAL MANAGEMENT**

- Residential/Commercial Irrigation
- Parks and Municipalities
- Sports Fields
- Schools and Universities
- Business and Industrial
- Customer Care



Turf Equip.
ALL

## Groundsmaster® 580-D Mowers

**Groundmaster Rotary Mowers**

- The leader in productivity. This large scale rotary mower combines 16 foot productivity with 18 inch trimability.
- This agile performer mows up to 14.5 acres per hour. It tackles tough, tall or wet grass and lets you adjust its cutting widths from 8.5 to 16 feet on the fly.
- You can trim less than an 18 inch circle around trees; around a 90° corner, or turn back 180° on track with no uncut grass remaining. Individual dual wheel brakes assist to provide smooth control with any turn.
- Three independent cutting units raise or lower on the go. Side decks raise to mow either 92 inch or 12 foot swaths.
- The Breakaway Feature is a Toro exclusive. Should the operator misjudge distance, the outboard cutting unit will pivot away on a rotating push arm from the object that's been hit. To reset, simply raise the cutting unit.
- Optional 4WD available.
- Access to the engine, transmission and cooling system is easy and fast by snapping off a few panels and removing shrouds.
- The Groundsmaster 580-D is truly a machine for all seasons with the these attachments: Cab with ROPS, Snowthrower, Road Light Kit, Canopy with 2 Post and Rotary Broom.

▶ Groundsmaster® 300
▶ Groundsmaster® 1000 72 Product Nav 100 Series
▶ Groundsmaster® 1000
▶ Groundsmaster® 3500-D
▶ Groundsmaster® 455-D
Groundsmaster® 580-D

SPECIFICATIONS
PARTS/WARRANTY
CUSTOMER SUPPORT

ISO 9000 Certified

| Home | About Us | Job Opportunities | Contact Us | Current Promotions | TORO |

Copyright © 2000 The Toro Company - All rights reserved. Terms of Use | Privacy Statement

Grounds and Industrial Management

Page 3 of 3

[and State OSHA regulations based thereon.]

*Specifications and design subject to change without notice.

▶ **Groundsmaster 580-D Page**

| Home | About Us | Job Opportunities | Contact Us | Current Promotions |

New ToroCare | Golf Course Maintenance | Grounds and Industrial Management | Residential/Commercial Irrigation | Parks and Recreation | Sports Fields and Professional Sports Turf | Sitework Systems | Resources and Information | Careers | Get Copyright 2000 The Toro Company - All rights reserved. Privacy | Terms of Use and the

---

Grounds and Industrial Management

Page 2 of 3

| | |
|---|---|
| GAUGES/ DIAGNOSTICS | ...meter, hand operated choke, speed control lever with detent, speed engage button and ignition switch. Single implement shut-off control. Steering tower and wheel tilt lever. Service brake pedal, steering brake pedals with parking brake latch, foot operated traction pedal. Gauge package includes fuel gauge, engine water temperature, engine hour meter, and engine oil pressure. An indicator light and audible warning of low oil pressure, high water temperature, no charge, water in fuel, air cleaner service, hydraulic oil filter service, low hydraulic oil, and high hydraulic oil temperature. Indicator lights on steering tower to show parking brake on, speed control engaged, and high range ground speed. 8 hydraulic test ports easily accessible without removing panels to diagnose system pressures. The Automated Control Electronics™, ACE™, system allows precision timing and control of machine functions for maximum reliability. Standard diagnostic display answers to an electronic control unit to pinpoint any electrical problems quickly and easily. Available DATA LOG™ system allows mechanic to find intermittent problems. |
| INTERLOCK SYSTEM | Prevents starting of engine if traction pedal is out of neutral. Stops engine if operator leaves seat or if parking brake is "on" with traction pedal out of neutral. Prevents engagement of PTO if operator is out of seat, engine off or all decks raised. Prevents engagement of high range ground speed mode if cutting unit is lowered or engine is off. |
| ELECTRICAL FEATURES | 12 volt automotive type electrical system. Dual maintenance free batteries, cold cranking 1300 amps at 0°F (-18°C). 250 minute reserve capacity at 80°F (27°C). 35 amp alternator with I/C regulator/rectifier. Seat switch, PTO and traction interlock system. |
| OVERLOAD PROTECTION | A 40 amp circuit breaker with reset button is located under the control panel for protection of the entire wiring circuit. The inputs to the solid state controller are protected by a 5 amp fuse for logic and two 15 amp fuses for the power circuits. ATO type fuses. |
| SEAT AND STORAGE | Deluxe seat with armrests, backrest and suspension. Adjustable for weight, fore/aft travel and height. Large tool tray storage located under hinged floor plate. Small storage and beverage holder beside control panel. |
| IMPLEMENT DRIVE | Hydraulic implement drive to all cutting units. |
| CUTTING UNIT CONFIGURATION | Consists of one 92" (234 cm) front center Triflex cutting unit and two 57" (145 cm) outboard cutting units. |
| MOWING RATE/WIDTH | Mows up to 14.5 acres/hr (5.9 hectares/hr) at 7.5 mph (12.1 km/h) with use of all cutting units. (Assumes no overlap and stops.) Total cutting width: 192" (488 cm). |
| HEIGHT OF CUT RANGE | Low range: 1-4" (2.5-10.2 cm), High range: 2.5-5.5" (6.3-14 cm). |
| CUTTING UNIT CONSTRUCTION | 10 gauge steel, 5.5" (14 cm) deep shell. Welded construction reinforced with 7 gauge plates and 10 gauge channels. Leading edge constructed in closed triangular cross section to provide additional reinforcement. |
| BLADES | 20" (50.8 cm) long, .25" (6.3 mm) thick, 2.5" (6.3 cm) wide. Outboard cutting units: 3 blades each. All blades and spindles are interchangeable. Triflex cutting unit: 3 blades each. All blades and spindles are interchangeable. |
| ANTI-SCALP DEVICES | Each cutting unit equipped with adjustable skids. Anti-scalp cup located on each blade. |
| CUTTING UNIT COVERS | Impact resistant molded plastic covers. Four covers per Triflex and two per outboard cutting unit. Easy to remove and replace without tools. Hold down with high strength permanent magnets. |
| PATENTED AUTOMATIC WEIGHT TRANSFER | Automatic hydraulic counterbalance transfers weight from the cutting units to the traction unit for improved traction and better deck flotation. Undulating traction situations the system automatically transfers additional weight from the cutting units to the traction unit. |
| WARRANTY | Two year limited warranty. Refer to the Operator's Manual for further details. |
| CERTIFICATION | Certified to meet ANSI specifications B71.4-1990 and applicable Federal |

The Articulator®
Model 325E
GCSAA SHOW 1997
LAS VEGAS
10
LasTec®

In 1492 Columbus Discovered
That The World Wasn't Flat
Over Five Centuries Later
LasTec Did Something About It
LasTec builds quality mowers for a world that isn't flat. That's why our 325E floats three 25" decks to cut a 72" path and why it's wide and low to the ground. We believe contoured ground should be cut, not scalped. The best turf professionals in the world agree. That's why every active player in the PGA has played on grass cut by an Articulator. Discover the difference. Discover LasTec.
Foot Controls From Riding Position
Hand Controls From Walking Position
Use any of three control positions
Hand Controls From Riding Position

















