# EXHIBIT 12
# (part 5)

OIPE MAR 1 9 2001 PATENT & TRADEMARK OFFICE

#5/2/Petition
10/2/01

Attorney Docket No. 7016R-000015/CPB

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED
MAR 1 5 2001
OFFICE OF PETITIONS

| | |
|---|---|
| Group Art Unit: | 3671 |
| Examiner: | To Be Assigned |
| Serial No.: | 09/643,697 |
| Inventor(s): | Richard D. Bednar, et al. |
| Filed: | August 22, 2000 |
| For: | Gang-Type Rotary Lawn Mower |
| Attorney Docket: | 7016R-000015/CPB |

AMENDMENT TO CORRECT NAMING OF INVENTORS PURSUANT TO 37 C.F.R. § 1.48(a)

Hon. Commissioner
of Patents and Trademarks
Washington, D.C. 20231

Sir:

1. Applicant hereby requests to correct the inventorship in the Declaration as set forth and filed on August 22, 2000, which originally incorrectly named the inventor(s). Please add the following previously unnamed person as inventor on this application:

Randel S. Knurr
403 North Water Street
Waterford, WI 53185
Citizenship: U.S.A.

37 C.F.R. §1.48(a)(1).

2. Attached in support of this Amendment is:

(a) A statement from each person being added as an inventor that the error in inventorship occurred without deceptive intention on his or her part. 37 C.F.R. §1.48(a)(2).

03/13/2001 STEFFEN 00000057 09643697
01 FC:122 130.00 OP

Serial No. 09/643,697
Attorney Docket No. 7016R-000015/CPB

(b) A declaration by the actual inventor (s) as required by §1.63 or as permitted by §§1.42, 1.43 or §1.47. 37 C.F.R. §1.48(a)(3).

(c) A check for $130.00 is enclosed for the processing fee set forth in §1.17(i). 37 C.F.R. §1.48(a)(4).

(d) Written consent of the assignee (including executed Establishment of Assignee's Right to Prosecute Application and Power of Attorney document). 37 C.F.R. §1.48(a)(5).

Please charge any additional fees or credit any over payment pursuant to 37 C.F.R. § 1.16 or § 1.17 to Deposit Account No. 08-0750.

Respectfully submitted,

Dated: 3/5/01

By: [signature]
David P. Utykanski, Reg. No. 39,052
Attorney for Applicants

HARNESS, DICKEY & PIERCE, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600
DPU/vle



Attorney Docket No. 7016R-000015/CPB

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Group Art Unit: | 3671 | RECEIVED MAR 1 5 2001 OFFICE OF PETITIONS |
| Examiner: | To Be Assigned | |
| Serial No.: | 09/643,697 | **STATEMENT OF LACK OF DECEPTIVE INTENTION** |
| Inventor(s): | Richard D. Bednar, et al. | |
| Filed: | August 22, 2000 | |
| For: | Gang-Type Rotary Lawn Mower | |
| Attorney Docket: | 7016R-000015/CPB | |

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

This statement is to verify that the error in inventorship which occurred in the above-identified application was without deceptive intention on my part.

Date: 2-26-01

By: [signature]
Randal S. Knurr, Added Inventor

Attorney Docket No. 7016R-000015/CPB

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Group Art Unit: | 3671 | RECEIVED MAR 1 5 2001 OFFICE OF PETITIONS |
| Examiner: | To Be Assigned | |
| Serial No.: | 09/643,697 | **ESTABLISHMENT OF ASSIGNEE'S RIGHT TO PROSECUTE APPLICATION UNDER 37 C.F.R. § 3.73(b) AND POWER OF ATTORNEY** |
| Inventor(s): | Richard D. Bednar, et al. | |
| Filed: | August 22, 2000 | |
| For: | Gang-Type Rotary Lawn Mower | |
| Attorney Docket: | 7016R-000015/CPB | |

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Under 37 C.F.R. § 3.73 (b), the undersigned hereby establishes the below-named Assignee's ownership in the above-identified Application:.

Assignee: Textron, Inc.
40 Westminster Street
Providence, Rhode Island 02903

The documentary evidence of a chain of title from the original owner to the Assignee is provided in the Assignment Documents:

X filed herewith.
X Previously filed,
Reel No. 011263, Frame No. 0704.

I hereby declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and further that these statements are made with the knowledge that willful false statements, and the

like so made, are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Assignee furthermore hereby appoints David P. Utykanski, Reg. No. 39,052, and each other principle, attorney of counsel, associate and employee of Harness, Dickey & Pierce, P.L.C., who is a registered Patent Attorney, as attorney of record, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. I request the Patent and Trademark Office to direct all correspondence and telephone calls relative to this application to Harness, Dickey & Pierce, P.L.C., P.O. Box 828, Bloomfield Hills, Michigan 48303 (telephone 248-641-1600).

The undersigned (whose title is supplied below) is empowered to sign this certificate on behalf of the assignee.

By: [signature]
Name: Thomas G. Stuart
Title: V.P. Engineering
Date: 2-25-01 Assignee: Textron, Inc.



OIPE MAR 19 2001 PATENT & TRADEMARK OFFICE



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED
MAR 15 2001
OFFICE OF PETITIONS

| | |
|---|---|
| Group Art Unit: | 3671 |
| Examiner: | To Be Assigned |
| Serial No.: | 09/843,697 |
| Inventor(s): | Richard D. Bednar, et al. |
| Filed: | August 22, 2000 |
| For: | Gang-Type Rotary Lawn Mower |
| Attorney Docket: | 7016R-000015/CPB |

**ASSENT OF ASSIGNEE TO ADDITION OF INVENTORS**

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Assignee:

Textron, Inc.
40 Westminster Street
Providence, Rhode Island 02903

Assignee hereby assents to the correction of inventorship filed herewith. Documentary evidence of a chain of title from the original owner to the assignee is recorded in the Assignment records of the office on reel 011263, frame 0704.

A statement under 37 C.F.R. § 3.73 (b) is attached.

Serial No. 09/643,697
Attorney Docket No. 7016R-000015/CPB

Date: 2-25-01

By: Thomas G. Stuart
V. P. Engineering

(Type or print name and title of person authorized to sign on behalf of assignee)



GP 3671
#6

Please type a plus sign (+) inside this box ---> [+]

PTO/SB/21 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FORM

(to be used for all correspondence after initial filing)

| | |
|---|---|
| Application Number | 09/643,697 |
| Filing Date | August 22, 2000 |
| First Named Inventor | Richard D. Bednar, et al. |
| Group Art Unit | 3671 |
| Examiner Name | |
| Attorney Docket Number | 7016R-000015/CPB |

Total Number of Pages in This Submission: 5

**ENCLOSURES** (check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [X] Amendment / Response
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53
- [ ] Assignment Papers (for an Application)
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [X] Other Enclosure(s) (please identify below): Acknowledgement Postcard

Remarks: The Commissioner is hereby authorized to charge any additional fees that may be required under 37 CFR 1.16 or 1.17 to Deposit Account No. 08-0750. A duplicate copy of this sheet is enclosed.

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT**

| | |
|---|---|
| Firm or Individual name | Harness, Dickey & Pierce, P.L.C. |
| Signature | David P. Utykanski |
| Date | February 22, 2001 |

RECEIVED MAR 01 2001 TC 3600 MAIL ROOM

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date: February 22, 2001

| | | | |
|---|---|---|---|
| Typed or printed name | David P. Utykanski | | |
| Signature | David P. Utykanski | Date | February 22, 2001 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.



#6/Ru B

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application No.: | 09/643,697 | PRELIMINARY AMENDMENT |
| Filing Date: | August 22, 2000 | |
| Applicant: | Richard D. Bednar, et al. | |
| Group Art Unit: | 3671 | |
| Examiner: | To be assigned | |
| Title: | Gang-Type Rotary Lawn Mower | |
| Attorney Docket: | 7016R-000015/CPD | |

RECEIVED MAR 01 2001 3700 MAIL ROOM

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Applicants respectfully request a change in the TITLE of the invention. Please amend the above-identified application specification as follows. Applicants include herewith an Attachment for Specification Amendments showing amendments in which underlines indicate insertions and brackets indicate deletions.

IN THE SPECIFICATION

Please amend the TITLE of the invention as follows:

GANG-TYPE ROTARY LAWN MOWER WITH MULTIPLE REAR ROLLERS

CONCLUSION

Prompt and favorable consideration of this amendment is respectfully requested.

Please charge any fees or credit any overpayment pursuant to 37 CFR § 1.16 or § 1.17 to Deposit Account No. 08-0750.

Respectfully submitted,

Dated: Feb. 22, 2001

By: David P. Utykanski
David P. Utykanski, Reg. No. 39,052
Attorney for Applicants

HARNESS, DICKEY & PIERCE, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600
DPU/Vdo

## Notice of Allowability

| Application No. | Applicant(s) | |
|---|---|---|
| 09/643,697 | Bednar et al | |
| **Examiner** | **Art Unit** | |
| Robert E Pezzuto | 3671 | |

–The MAILING DATE of this communication appears on the cover sheet with the correspondence address–

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS. This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the application filed August 22, 2000*

2. ☒ The allowed claim(s) is/are *1-27*

3. ☒ The drawings filed on *Aug 22, 2000* are acceptable as formal drawings.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   a) ☐ All b) ☐ Some* c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. ________
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ________

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐ Applicant MUST submit NEW FORMAL DRAWINGS
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached
   1) ☐ hereto or 2) ☐ to Paper No.
   (b) ☐ including changes required by the proposed drawing correction filed ________, which has been approved by the examiner.
   (c) ☐ including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. ____

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

1 ☐ Notice of References Cited (PTO 892)
2 ☐ Notice of Informal Patent Application (PTO-152)
3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
4 ☐ Interview Summary (PTO-413), Paper No. ____
5 ☒ Information Disclosure Statement(s) (PTO-1449), Paper No(s). 5
6 ☐ Examiner's Amendment/Comment
7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
8 ☐ Examiner's Statement of Reasons for Allowance
9 ☐ Other

ROBERT E PEZZUTO
PRIMARY EXAMINER
ART UNIT 3671

U.S. Patent and Trademark Office
PTO-37 (Rev. 01-01) Notice of Allowability Part of Paper No. 7

**ATTACHMENT FOR SPECIFICATION AMENDMENTS**
U.S. Serial No. 09/643,697, Filed August 22, 2000
Attorney Docket No. 7016R-000015/CPB
(underlines indicate insertions and brackets indicate deletions)

The TITLE of the invention has been amended as follows:

GANG-TYPE ROTARY LAWN MOWER <u>WITH MULTIPLE REAR ROLLERS</u>



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

PM82/0928

HARNESS DICKEY & PIERCE PLC
PO BOX 828
BLOOMFIELD HILLS MI 48303

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/643,697 | 08/22/00 | 027 | PEZZUTO, R | 3671 | 09/28/01 |
| First Named Applicant | BEDNAR, | | 35 USC 154(b) term ext. = | 0 Days. | |

TITLE OF INVENTION: GANG-TYPE ROTARY LAWN MOWER WITH MULTIPLE REAR ROLLERS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 7016R-000015 | 056-006.000 | M74 | UTILITY | NO | $1240.00 | 12/28/01 |

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER:** *Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.*

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)



6338312





09543697.092200



09543697.092203



09643697.082200



09643697.082200


14
152
150
16
34
A
Y
X
Fig-7


14
152
150
16
34
A
Y
X
Fig-7




07543697.092800




09643597.082200


218
220
214
220
232
216
220
224
228
230
212
214
218
220
222
Fig-12


198
205
204
200D
200C
200B
200A
210
208
206
203
201
202
Fig-11




Fig-13

Fig-14

09643697.082200




Fig-12

09643697.082200




09643697.082200




09643697.082200




Fig-18

09643697.092200




Fig-17

09643697.092200




09643697.082200




09643697.082200



PART B—ISSUE FEE TRANSMITTAL

Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

11-28-01

HARNESS DICKEY & PIERCE PLC
PO BOX 828
BLOOMFIELD HILLS MI 48303

PM02/0920

Certificate of Mailing

Joseph K. Lafata

11/27/01

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/643,697 | 08/22/00 | 027 | PEZZUTO, R | 3671 | 09/28/01 |

First Named Applicant: BEDNAR, 35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: GANG-TYPE ROTARY LAWN MOWER WITH MULTIPLE REAR ROLLERS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 7016R-000015 | 056-006.000 | 474 | UTILITY | NO | $1240.00 | 12/20/01 |

1 Harness, Dickey & Pierce PLC

(A) NAME OF ASSIGNEE: TEXTRON INC.

(B) RESIDENCE: (CITY & STATE OR COUNTRY): Providence, Rhode Island

Advance Order - # of Copies 10

DEPOSIT ACCOUNT NUMBER 08-0750

Advance Order - # of Copies 10

11/27/01

TRANSMIT THIS FORM WITH FEE

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE





09643697 .082200

## PATENT APPLICATION FEE DETERMINATION RECORD

Effective December 29, 1999

Application or Docket Number

### CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY TYPE ☐ RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 345.00 | OR | | 690.00 |
| TOTAL CLAIMS | 27 minus 20= | * 7 | X$ 9= | | OR | X$18= | 126 |
| INDEPENDENT CLAIMS | 3 minus 3 = | * | X39= | | OR | X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| | | | TOTAL | | OR | TOTAL | 816 |

* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 12/99)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 56 | 6 | 9/24/01 | [initials] |
| | 7 | | |
| | 13.6 | | |
| | 13.7 | | |
| | 13.8 | | |
| | 255 | | |
| | 295 | | |
| | Dig 3 | | |
| | Dig 9 | | |
| | Dig 14 | 9/24/01 | [initials] |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 56 | 6 | 9/24/01 | [initials] |
| | 13.6 | 9/24/01 | [initials] |

## SEARCH NOTES

(INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|---|---|
| | | |

(RIGHT OUTSIDE)



ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | [illegible] | 68904 | 8/30/00 |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | | 71676 | 10/11/00 |
| RESPONSE FORMALITY REVIEW | | 71676 | 11/27/00 |

INDEX OF CLAIMS

✓ ............ Rejected   N ............ Non-elected
= ............ Allowed   I ............ Interference
— (Through numeral) ... Canceled   A ............ Appeal
÷ ............ Restricted   O ............ Objected

| Claim (Original) | Claim (Original) | Claim (Original) |
|---|---|---|
| 1 | 51 | 101 |
| 2 | 52 | 102 |
| 3 | 53 | 103 |
| 4 | 54 | 104 |
| 5 | 55 | 105 |
| 6 | 56 | 106 |
| 7 | 57 | 107 |
| 8 | 58 | 108 |
| 9 | 59 | 109 |
| 10 | 60 | 110 |
| 11 | 61 | 111 |
| 12 | 62 | 112 |
| 13 | 63 | 113 |
| 14 | 64 | 114 |
| 15 | 65 | 115 |
| 16 | 66 | 116 |
| 17 | 67 | 117 |
| 18 | 68 | 118 |
| 19 | 69 | 119 |
| 20 | 70 | 120 |
| 21 | 71 | 121 |
| 22 | 72 | 122 |
| 23 | 73 | 123 |
| 24 | 74 | 124 |
| 25 | 75 | 125 |
| 26 | 76 | 126 |
| 27 | 77 | 127 |
| 28 | 78 | 128 |
| 29 | 79 | 129 |
| 30 | 80 | 130 |
| 31 | 81 | 131 |
| 32 | 82 | 132 |
| 33 | 83 | 133 |
| 34 | 84 | 134 |
| 35 | 85 | 135 |
| 36 | 86 | 136 |
| 37 | 87 | 137 |
| 38 | 88 | 138 |
| 39 | 89 | 139 |
| 40 | 90 | 140 |
| 41 | 91 | 141 |
| 42 | 92 | 142 |
| 43 | 93 | 143 |
| 44 | 94 | 144 |
| 45 | 95 | 145 |
| 46 | 96 | 146 |
| 47 | 97 | 147 |
| 48 | 98 | 148 |
| 49 | 99 | 149 |
| 50 | 100 | 150 |

If more than 150 claims or 10 actions staple additional sheet here

(LEFT INSIDE)



PATENT APPLICATION

09643697

JC893 U.S. PTO 09/643697 08/22/00

INITIALS 7CC17

CONTENTS

| | Date Received (Incl. C. of M.) or Date Mailed | | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|
| 1. Application Prints papers. | | 42. | |
| 2. Fee Del. Fee | 10/12/00 | 43. | |
| 3. Recd | 11/12/00 | 44. | |
| 4. Pre Amdt A | 8/22/00 | 45. | |
| 5. IDS | 04/15/01 | 46. | |
| 6. Amdt B | 9/26/01 | 47. | |
| 7. Notice of Allow | 9/26/01 | 48. | |
| 8. | | 49. | |
| 9. | | 50. | |
| 10. | | 51. | |
| 11. | | 52. | |
| 12. | | 53. | |
| 13. | | 54. | |
| 14. | | 55. | |
| 15. | | 56. | |
| 16. | | 57. | |
| 17. | | 58. | |
| 18. | | 59. | |
| 19. | | 60. | |
| 20. | | 61. | |
| 21. | | 62. | |
| 22. | | 63. | |
| 23. | | 64. | |
| 24. | | 65. | |
| 25. | | 66. | |
| 26. | | 67. | |
| 27. | | 68. | |
| 28. | | 69. | |
| 29. | | 70. | |
| 30. | | 71. | |
| 31. | | 72. | |
| 32. | | 73. | |
| 33. | | 74. | |
| 34. | | 75. | |
| 35. | | 76. | |
| 36. | | 77. | |
| 37. | | 78. | |
| 38. | | 79. | |
| 39. | | 80. | |
| 40. | | 81. | |
| 41. | | 82. | |

(LEFT OUTSIDE)