ROBERT B. SKROMME, P.E.
Consulting Engineer
7440 State Route 703
Celina, Ohio 45822-2836
Telephone: 419-586-1227
Facsimile: 419-586-6144

## CURRICULUM VITAE

| | |
|---|---|
| Education: | Bachelor of Science Agricultural Engineering<br>Iowa State University - 1951 |
| Professional<br>Registration: | Registered Professional Engineer<br>#E-10829 (M.E.) State of Wisconsin |

**Professional Experience:**

1988 to Present — **CONSULTING ENGINEER.** Consultant and expert witness in product liability, patent infringement, product safety management and litigation avoidance. Technical expert support on agricultural, industrial, and outdoor products regarding safety standards and regulations.

January 1982 to Aug. 1987 — WHITE NEW IDEA INC., Coldwater, Ohio: **Vice President, Engineering.** Responsible for all new product development, product safety & liability and patent management. Product line included self-propelled harvesting machines, hay & forage equipment and material handling equipment.

June 1968 to January 1982 — MASSEY-FERGUSON INC., Detroit, Michigan and Toronto, Ontario: **Chief Engineer,** Implements, Hay & Forage Equipment. Responsible for product design and development of all agricultural material handling, planting, tillage, and hay & forage machines.

April 1964 to June 1968 — BADGER NORTHLAND INC., Kaukauna, Wisconsin: **Manager of Engineering.** Managed the design, shop, and test functions of complete product line of farmstead materials handling equipment and field hay and forage equipment.

August 1962 to April 1964 — SUNBEAM CORPORATION, Chicago, Illinois: **Group Leader.** Outdoor Products Division. Managed design and development of lawn, garden and snow removal equipment.

June 1951 to August 1962 — J. I. CASE COMPANY, Rockford, Illinois and Bettendorf, Iowa: **Various engineering positions** from Design Engineer to Key (Division) Engineer. Designed hay & forage machines, self-propelled combines and corn harvesting machines.

ROBERT B. SKROMME, P.E.
Celina, Ohio 45822-2836


| | |
|---|---|
| Professional Memberships: | American Society of Agricultural Engineers (ASAE) <br> Elected FELLOW 1988; member since 1952. |
| Award: | Equipment Manufacturers Institute (EMI) <br> 1980 Engineering Merit Award |
| Professional Committees: | American Society of Agricultural Engineers (ASAE) <br><br> 1) Chairman, PM-03 Power & Machinery Standards Committee, 1973 to 1980 <br> 2) Member PM-03 Power & Machinery Committee, 1969 to present <br> 3) Chairman, Wisconsin Section, 1967-68 <br> 4) Member various other ASAE committees and subcommittees |
| Industry Committees: | Equipment Manufacturers Institute (EMI) <br><br> 1) Chairman, Engineering Policy Advisory Committee, 1982 to 1988 <br> 2) Chairman, Farm Equipment Division Engineering Committee, 1979 to 1982 <br><br> Farm Equipment Manufacturers Association (FEMA) <br><br> 1) Member, Safety Committee, 1991 to present <br> 2) Member, Product Council Committee, 1992 to present |
| University Committees: | Michigan State University (MSU) <br><br> Member, Agricultural Engineering/Industry Advisory Board, 1977 through 1979 <br><br> Ohio State University (OSU) <br> Member, Agricultural Engineering/Industry and Professional Advisory Group, 1984 through 1992 |

**ROBERT B. SKROMME, P.E.**
*Consulting Engineer*
7440 State Route 703
Celina, Ohio 45822-2836
Tel: 419-586-1227 -- Fax: 419-586-6144

*January 12, 2004*

Attorney John T. Roache
Gardner, Carton & Douglas, LLC
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698

JOE

RE:   Roden vs Krone

I have compiled a listing of expert testimony which I have given during the last seven years. This listing includes both deposition and trial testimony.

| YEAR | TESTIMONY | CASE NAME | WHERE FILED | COURT | TYPE OF CASE |
|---|---|---|---|---|---|
| 2003 | Deposition | From vs. Claas | Ft. Pierce, FL | Fed | Injury |
| 2003 | Deposition | Claas vs. Bourdeau Bros. | Albany, NY | Fed | Trademark |
| 2002 | Deposition | Kamp vs. Unigreen | Detroit, MI | Fed | Injury |
| 2002 | Deposition | Tomlin vs. Am. Electric Power | Columbus, OH | State | Injury |
| 2001 | Deposition | Caterpillar vs. Deere | Chicago, IL | Fed | Patent |
| 2001 | Deposition | Palmer vs. J-Star | Madison, WI | Fed | Injury |
| 2000 | Deposition | Masters vs. Hesston | Rockford, IL | Fed | Injury |
| 2000 | Deposition | Soini vs. Gehl | Worcester, MA | State | Injury |
| 1999 | Deposition/trial | Williamson vs. Claas | Point Pleasant, WV | State | Injury |
| 1999 | Deposition | Dillon vs. Unverferth | North Platte, NE | Fed | Injury |
| 1998 | Deposition & trial | Case vs. Ford New Holland | Milwaukee, WI | Fed | Patent |
| 1998 | Deposition | Theiss vs. Badger Northland | Columbus, OH | Fed | Injury |
| 1998 | Deposition | Nance vs. Mahindra | Houston, TX | State | Injury |
| 1998 | Trial | Gonzalez vs. UFT | Bowie Co., TX | State | Injury |
| 1998 | Markman Hearing | Caterpillar vs. Deere | Chicago, IL | Fed | Patent |
| 1996 | Trial | J-Star vs. Valmetal | Madison, WI | Fed | Trademark |
| 1996 | Deposition and trial | Hendrickson/Jones vs. Bloomfield Silo Co. | Mason Co., KY | State | Product |
| 1996 | Trial | Dawn vs. Kentucky Farms | Rockford, IL | Fed | Patent |
| 1996 | Deposition | Bol vs. Miller-St Nazianz | Barron Co., WI | State | Injury |
| 1996 | Deposition | Crego vs. Baldwin | Montgomery Co., OH | State | Injury |
| 2004 | ACTIVE | RODEN VS KRONE | WISCONSIN | FED | PATENT |

Very truly yours,

*Robert B. Skromme*

Robert B. Skromme
Professional Engineer