OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

**DATE:** August 8, 2006

**TO:** David Moore, Esq.  
Potter Anderson & Corroon LLP

**RE:** Textron Innovations v. The Toro Company, 05-486 GMS  
Declaration, D.I. 72, and Notice of Filing Exhibits to Declaration of David E. Moore in Support of Toro's Opening Claim Construction Brief, D.I. 73  (Volumes 1 & 2)

As noted below, a document or a courtesy copy has been filed in the above noted case which ***does not conform*** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices.  **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐   Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☐   Courtesy copy not received by next business day.

☐   Redacted copy of sealed document not received within 5 business days.

☐   Pro Hac Vice fee not yet paid.

☐   The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐   Certificate of Service not included with the document.

☐   Discovery document(s) erroneously filed:  DI# _____ will be removed from the docket.

☐   7.1.1 statement required with non-dispositive motions was not included with the document.

☐   Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐   Brief exceeds the page limitations  _____.

☐   Brief does not include a paginated table of contents/citations.

☐   Diskette or CD exceeds 2.5 megabytes.  Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐   Document  not in PDF format.  Provide disk/CD with document in PDF format.

☐   Document not readable in PDF reader , or  ☐ appears to be missing pages.

**\*   See Other on the next page**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

**X**   Other:   **LACK OF FILING A JOINT APPENDIX REGARDING PROSECUTION HISTORY. THE PARTIES ARE DIRECTED TO REFER TO THE COURT'S WEBSITE AND FOLLOW JUDGE SLEET'S PROCEDURES REGARDING PATENT CASES – SEE IMPORTANT NOTICE TEXT FOR CLAIM CONSTRUCTION BRIEFING.**

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:   Assigned Judge             /s/ April Walker
                                   Deputy Clerk