IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 05-486 (GMS) |
| THE TORO COMPANY, | ) ) ) |
| Defendant. | ) |

**REVISED JOINT CLAIM CONSTRUCTION STATEMENT**

The Parties hereby submit this Revised Joint Claim Construction Statement to correct an error in the originally filed Joint Claim Construction Statement. Specifically, Defendant's proposed construction and supporting evidence for claim term 8 ("side plates") was inadvertently repeated for claim term 9 ("rear roller extends between the side plates and supports the side plates for movement over the ground"). The attached Revised Table of Claim Terms corrects this error by providing Defendant's proper proposed construction and supporting evidence for claim term 9. The remainder of the Revised Table of Claim Terms is unchanged.

By: /s/ Edmond D. Johnson
Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

**ATTORNEYS FOR PLAINTIFF
TEXTRON INNOVATIONS INC.**

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
(302) 984-6027
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Earl D. Reiland
Anthony R. Zeuli
Thomas J. Leach
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

**ATTORNEYS FOR DEFENDANT
THE TORO COMPANY**

2