# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TEXTRON INNOVATIONS INC.,                )
                                         )
        Plaintiff,                     )
                                         )
    v.                                   )   C. A. No. 05-486 (GMS)
                                         )
THE TORO COMPANY,                        )
                                         )
        Defendant.                     )

## JOINT APPENDIX OF PROSECUTION HISTORY

Edmond D. Johnson  (#2257)
Peter B. Ladig (#3513)
THE BAYARD FIRM
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19801
(302) 655-5000

-and-

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500

**ATTORNEYS FOR PLAINTIFF
TEXTRON INNOVATIONS INC.**

Dated: August 17, 2006


Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
(302) 984-6027

-and-

OF COUNSEL:

Earl D. Reiland
Anthony R. Zeuli
Thomas J. Leach
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

**ATTORNEYS FOR DEFENDANT
THE TORO COMPANY**

633266v1

## Joint Appendix Index

### Patents-In-Suit

| Document | Joint Appendix Page No. |
|---|---|
| U.S. Patent No. 6,047,530 | JA 0001-0011 |
| U.S. Patent No. 6,336,311 | JA 0012-0021 |
| U.S. Patent No. 6,336,312 | JA 0022-0046 |
| File History U.S. Patent No. 6,047,530 | JA 0047-0189 |
| File History U.S. Patent No. 6,336,311 | JA 0190-0337 |
| File History U.S. Patent No. 6,336,312 | JA 0338-0490 |

### Prior Art - U.S. Patents

| Document | Joint Appendix Page No. |
|---|---|
| U.S. Patent No. 1,961,710 | JA 0491-0501 |
| U.S. Patent No. 2,504,259 | JA 0502-0505 |
| U.S. Patent No. 2,936,561 | JA 0506-0514 |
| U.S. Patent No. 3,070,938 | JA 0515-0524 |
| U.S. Patent No. 3,118,266 | JA 0525-0532 |
| U.S. Patent No. 3,135,079 | JA 0533-0547 |
| U.S. Patent No. 4,308,713 | JA 0548-0555 |
| U.S. Patent No. 4,901,507 | JA 0556-0563 |
| U.S. Patent No. 5,137,100 | JA 0564-0570 |
| U.S. Patent No. 5,280,695 | JA 0571-0596 |
| U.S. Patent No. 5,293,729 | JA 0597-0604 |
| U.S. Patent No. 5,297,378 | JA 0605-0614 |
| U.S. Patent No. 5,343,680 | JA 0615-0633 |
| U.S. Patent No. 5,355,665 | JA 0634-0640 |
| U.S. Patent No. 5,412,932 | JA 0641-0647 |
| U.S. Patent No. 5,423,565 | JA 0648-0653 |
| U.S. Patent No. 5,481,857 | JA 0654-0670 |
| U.S. Patent No. 5,497,604 | JA 0671-0682 |

## Prior Art - Foreign Patents

| | |
|---|---|
| EP 0 342 700 | JA 0683-0704 |
| EP 0 596 836 | JA 0705-0714 |
| NL 7 804 519 | JA 0715-0722 |
| WO 88/05998 | JA 0723-0750 |