Serial No. 09/546,145
Attorney Docket No. 7016R-000015/COA

ground, wherein the associated deck is located between said side plates and in front of said roller and is mounted on said side plates such that the height of said deck relative to the ground is adjustable by changing the position of said deck relative to said side plates.

45.    (New)  A lawn mower as set forth in claim 34 wherein each deck assembly also includes a hydraulic motor which is mounted on said deck and which is drivingly connected to said spindle.

46.    (New)  A lawn mower as set forth in claim 32 wherein each deck assembly includes a set of cutting blades mounted on said spindle for rotation therewith, said set of blades including a lower, leading blade having a leading cutting edge and an upwardly angled trailing edge, and an upper, trailing blade having a leading cutting edge for cutting clippings deflected upwardly by said upwardly angled trailing edge of said leading blade, said trailing blade extending at a non-perpendicular angle relative to said leading blade so that clippings coming off said trailing edge of said leading blade are cut immediately by said trailing blade before said clippings start swirling around within said space.

47.    (New)  A lawn mower as set forth in claim 32 wherein at least two front rotary cutting deck assemblies are mounted on said frame in a side-by-side relationship defining a gap between adjacent front deck assemblies.

3

JA - 0251

Serial No. 09/546,145
Attorney Docket No. 7016R-000015/COA

(New)  A lawn mower as set forth in claim 96 wherein at least one rear deck assembly is aligned with said gap.

(New)  A lawn mower as set forth in claim 91 wherein each of said front and rear deck assemblies is pivotable relative to said frame about three mutually perpendicular axes.

(New)  A gang-type rotary lawn mower comprising:

a frame supported by front and rear wheels for movement over the ground;

a power source which is mounted on said frame and which drives at least two of said wheels;

an operator's seat mounted on said frame;

a steering system enabling the operator to steer said lawn mower;

at least two front rotary cutting deck assemblies mounted to said frame in front of said front wheels and in a side-by-side relationship, wherein each of said front cutting deck assemblies defines a front cutting path; and

at least one rear rotary cutting deck assembly being mounted on said frame behind said front deck assemblies, said rear rotary cutting deck assembly defining a rear cutting path extending laterally to overlap a portion of each of said front cutting paths, wherein each of said front and rear deck assemblies has at least one cutting blade mounted on a spindle for rotation therewith and at least one roller to support each of said deck assemblies for movement over the ground, said roller extending substantially across the entire width of said cutting path.

4

Serial No. 09/546,145
Attorney Docket No. 7016R-000015/COA

30. (New) A lawn mower as set forth in claim 28 wherein each deck assembly is connected to said frame by a respective lifting arm operable to lift the associated deck assembly relative to said frame, such that each of said deck assemblies is connected by its own lifting arm to said frame.

31. (New) A lawn mower as set forth in claim 25 wherein each of said front and rear deck assemblies includes a pair of laterally-spaced, generally vertically-extending side plates having forward ends, a first front wheel supporting one of said side plates for movement over the ground, and a second front wheel supporting the other of said side plates for movement over the ground, wherein said roller extends between said side plates and supports said side plates for movement over the ground, wherein the associated deck is located between said side plates and in front of said roller and is mounted on said side plates such that the height of said deck relative to the ground is adjustable by changing the position of said deck relative to said side plates.

5

Serial No. 09/546,145
Attorney Docket No. 7016R-000015/COA

REMARKS

Claim 1 remains pending in the present application. Claims 2-20 have been cancelled. New claims 21-31 have been added. The basis for the new claims may be found throughout the specification, drawings and claims as originally filed.

Applicant submits that the claims are patentable over the art of record. If the Examiner believes that personal communication will expedite prosecution of this application, he or she is invited to telephone the undersigned at (248) 641-1600.

Respectfully submitted,

Dated: 7/26/00

Harness, Dickey & Pierce, P.L.C.
P.O. Box 828
Bloomfield Hills, MI 48303
(248) 641-1600

DPU/DGW/Me

By: David P. Uty

David P. Utykanski, Reg. No. 39,052
Donald G. Walker, Reg. No. 44,390
Attorneys for Applicants

6



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/546,145 | 04/10/00 | BEDNAR | 7016R-000010 |

PM92/1018

HARNESS DICKEY & PIERCE PLC
PO BOX 828
BLOOMFIELD HILLS MI 48303

| EXAMINER |
|---|
| PEZZUTO, R |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3671 | 5 |

DATE MAILED: 10/18/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
U.S. G.P.O. 2000; 485-188/25206

1- File Copy

| *Office Action Summary* | Application No. 09/548,146 | Applicant(s) Bednar | |
|---|---|---|---|
| | Examiner Robert Pezzuto | Group Art Unit 3671 | |

☐ Responsive to communication(s) filed on _____

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____3_____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *21-31* _____ is/are pending in the application.

    Of the above, claim(s) _____ is/are allowed.

☐ Claim(s) _____ is/are rejected.

☒ Claim(s) *21-31* _____ is/are objected to.

☐ Claim(s) _____ are subject to restriction or election requirement.

☐ Claims _____

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is  ☐ approved  ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). __3__

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

— *SEE OFFICE ACTION ON THE FOLLOWING PAGES* —

U.S. Patent and Trademark Office          Office Action Summary          Part of Paper No. __6__
PTO-326 (Rev. 9-95)

Application/Control Number: 09/546,145                                Page 2

Art Unit: 3671

### DETAILED ACTION

#### *Double Patenting*

1.     The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application.  See 37 CFR 1.130(b).

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

2.     Claims 21-31 are rejected under the judicially created doctrine of obviousness-type double

patenting as being unpatentable over claims 1-19 of U.S. Patent No. 6,047,530.  Although the

conflicting claims are not identical, they are not patentably distinct from each other because both

the patent and the instant application lend themselves to a gang-type mower having a plurality of

deck assemblies with a roller supporting and extending substantially the width of the decks.

JA - 0257

Application/Control Number: 09/546,145                    Page 3

Art Unit: 3671

### Conclusion

3.    Any inquiry concerning this communication should be directed to Robert Pezzuto at

telephone number (703) 308-1012. The examiner can normally be reached Monday through

Thursday from 7:00 am to 5:00 pm, Eastern Standard Time.

4.    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Mr Thomas B Will, can be reached on (703) 308-3870. The fax phone number for this Group is

(703) 305-7687

Robert Pezzuto
Art Unit 3671
October 17, 2000

3671

Attorney Docket No. 7016R000015/COA

| | |
|---|---|
| ART UNIT | 3671 |
| EXAMINER | To be assigned |
| INVENTOR(S) | Richard D. Bednar |
| SERIAL NUMBER | 09/546,145 |
| FILED | April 10, 2000 |
| FOR | GANG-TYPE ROTARY LAWN MOWER |

**RESPONSE TRANSMITTAL AND
EXTENSION OF TIME REQUEST
(IF REQUIRED)**

RECEIVED
JAN 19 2001
TC 3600 MAIL ROOM

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D. C.  20231

Sir:

| FEE CALCULATION FOR ENCLOSED RESPONSE and EXTENSION REQUEST (if any) | | | | | | |
|---|---|---|---|---|---|---|
| | Claims Remaining | Highest No. Previously Paid | Number Extra | | Rate | Additional Fee |
| Total Claims | 12 | – 20 | = 0 | × | $18.00 = | 0 |
| Independent Claims | 3 | – 3 | = 0 | × | $78.00 = | 0 |
| Surcharge For Multiple Dependent Claim First Added . . . . . . . . | | | | | +$260.00 = | 0 |
| [ ] Applicant requests a ____ month extension of time for response to the outstanding Office Action. The large entity fee is . . . . . . . . . . . . . . . | | | | | | |
| TOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | |
| [ ] SMALL ENTITY STATUS (If applicable, divide TOTAL by 2) . . . . . . . . . . . . [ ] Verified Statement enclosed, if not previously filed. | | | | | | |
| [ ] Reduction for Extension Fee of ____ months already paid . . . . . . . . . . . . | | | | | | |
| [X] OTHER: Supplemental Information Disclosure Statement and Status Inquiry | | | | | | 180.00 |
| TOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | $180.00 |

[X]   A check is enclosed to cover the fees as calculated above.

[ ]   The fees calculated above are to be charged to Deposit Account No. 08-0750.

If for some reason applicant has not requested a sufficient extension of time and/or has not paid a sufficient fee for this response and/or for the extension of time necessary to prevent the abandonment of this application, please consider this as a Request for an Extension for the required time period and/or an authorization to charge our Deposit Account No. 08-0750 for any fee which may be due. A duplicate copy of this sheet is enclosed.

HARNESS, DICKEY & PIERCE, P.L.C.

By: _____
David P. Utykanski, Reg. No. 39,052
Donald G. Walker, Reg. No. 44,390

P. O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600

I hereby certify that this letter, the response attached hereto and, if enclosed, the small entity verification are being deposited with the United States Postal Service as first class mail in an envelope addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231, on

January 9, 2001

By _____

JA - 0259

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Group Art Unit: | 3671 | ) |
| Examiner: | To be assigned | ) |
| Serial No.: | 09/546,145 | ) |
| Inventor(s): | Richard D. Bednar | ) |
| Filed: | April 10, 2000 | ) |
| For: | GANG-TYPE ROTARY LAWN MOWER | ) |
| Attorney Docket: | 7016R-000015/COA | ) |

SUPPLEMENTAL
INFORMATION
DISCLOSURE
STATEMENT AND
STATUS INQUIRY

**RECEIVED**

JAN 19 2001

TO 3600 MAIL ROOM

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

### CERTIFICATE OF MAILING

*I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on* _____ 9 2001

By _____

### INFORMATION DISCLOSURE STATEMENT

Sir:

In response to the Office Action dated October 18, 2000, Applicant respectfully requests an update as to the status of pending Claim 1. In the Office Action, the Examiner noted that Claims 21-31 are pending in the application but made no mention to Claim 1. Applicant would not be adverse to a withdrawal of the aforementioned Office Action if a subsequent action including substantive examination of Claims 1, 21-31 and the additional references disclosed herein were to follow.

Pursuant to 37 C.F.R. §§1.56, 1.97, and 1.98, Applicant hereby submits an Information Disclosure Statement for consideration by the Examiner.

### I.    LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION

The patents, publications, and other information submitted for consideration by the Office (except U.S. patent applications) are listed on HDP-1449 (based on Form PTO-1449), attached hereto.

01/17/2001 WKOKORWA  00000027 07345145

·1 FC:126                         100.00 OP

JA - 0260

II.    COPIES

a.  _X_  Submitted herewith is a legible copy of (i) each U.S. patent application publication, U.S. and foreign patent; (ii) each publication or that portion which caused it to be listed; (iii) for each cited pending U.S. application, the application specification including the claims, and any drawing of the application which caused it to be listed including the claims directed to that portion; and (iv) all other information or that portion which caused it to be listed.

b. _X_  Any patents, publications or other information which are listed on PTO-1449 or on the copies of PTO-892, but which are not enclosed herewith, were previously cited by or submitted to the PTO in one of the following applications which has been relied upon for an earlier filing date under 35 U.S.C. §120:

| U.S. Serial Number | U.S. Filing Date |
|---|---|
| 08/794,141 – Now issued Patent No. 6,047,530 | February 3, 1997 |

III.    CONCISE EXPLANATION OF THE RELEVANCE (check at least one box)

a.  _X_  Except as may be indicated below in (b), all of the patents, publications or other information are in the English language (concise explanation not required).

b. _____  A concise explanation of the relevance of each patent, publication or other information listed that is not in the English language is as follows (see 37 C.F.R. §1.98(a)(3)):

c._____  The following additional information is provided for the Examiner's consideration.

IV.    CROSS REFERENCE TO RELATED APPLICATION(S)

a. _X_  The Examiner is advised that the following co-pending application(s) contain(s) subject matter that may be related to the present application.  By bringing this(these) application(s) to the Examiner's attention, Applicant(s) does(do) not waive the confidentiality provisions of 35 U.S.C. §122.

| Serial No. | Filing Date | Art Unit |
|---|---|---|
| 09/643,697 | August 22,, 2000 | 3671 |

V.    THIS IDS IS BEING FILED UNDER

a. _____  37 C.F.R. §1.97(b):  (check only one box)

1. _____  within three months of the filing date of a national application other than a continued prosecution application (37 C.F.R. §1.97(b)(1)).  No fee or certification is required.

Serial No. 09/546,145         Atty. Docket No. 7016R-000015/COA         Page 2

2.____ within three months of the date of entry of the national stage as set forth in §1.491 in an international application (37 C.F.R. §1.97(b)(2)). No fee or certification is required.

3.____ before the mailing of a first Office action on the merits (37 C.F.R. §1.97(b)(3)). No fee or certification is required. In the event that a first Office Action on the merits has been issued, please consider this IDS under 37 C.F.R. §1.97(c) and see the certification under 37 C.F.R. §1.97(e) below; or, if no certification has been made, charge our deposit account a fee in the amount of $180.00 as required by 37 C.F.R. §1.17(p).

4. ____ before the mailing of a first Office action after the filing of a request for continued examination under 37 C.F.R. §1.114. No fee or certification is required.

b. _X_  37 C.F.R. § 1.97(c):  (check only one box)

• before the mailing date of either any Final Office Action under 37 C.F.R. §1.113, a Notice of Allowance under 37 C.F.R. §1.311, or an action that otherwise closes prosecution.

1._X_ No certification; therefore, a fee in the amount of $180.00 is required by 37 C.F.R. §1.17(p).

2.____ See the certification below. No fee is required.

c.____  37 C.F.R. § 1.97(d):

• after the mailing date of either a Final Office Action under 37 C.F.R. §1.113 or a Notice of Allowance under 37 C.F.R. §1.311, yet on or before payment of the issue fee.

1.____ See the certification below. A fee in the amount of $180.00 is required by 37 C.F.R. §1.17(p).

VI.   CERTIFICATION UNDER 37 C.F.R. § 1.97(e):  (check only one box)

The undersigned hereby certifies that:

a.____ each item of information contained in this IDS was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this IDS (See 37 C.F.R. §1.97(e)(1)); or

b.____ no item of information contained in this IDS was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the undersigned after making reasonable inquiry, no item of information contained in this IDS was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing of this IDS (See 37 C.F.R. §1.97(e)(2)).

Serial No. 09/546,145             Atty. Docket No. 7016R-000015/COA             Page 3

JA - 0262

c._____ Some of the items of information were first cited in any communication from a foreign patent office. As to this information, the undersigned hereby certifies that each item of information contained in this IDS was cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this IDS. As to the remaining information, the undersigned hereby certifies that no item of this remaining information contained in this IDS was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the undersigned after making reasonable inquiry, no item of information contained in this IDS was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing of this IDS.

VII.    PAYMENT OF FEES (check only one box)

a.__X__ A check in the amount of $180.00 is enclosed for the above-identified fee.

b._____ Please charge Deposit Account No. 08-0750 in the amount of $180.00 for the above-indicated fee. A duplicate copy of this paper is attached.

The above references are being cited only in the interest of candor and without any admission that they constitute statutory prior art, contain matter which anticipates the invention, or which would render the same obvious, either singly or in combination, to a person of ordinary skill in the art.

If the Examiner has any questions concerning this IDS, the Examiner is requested to contact the undersigned. If it is determined that this IDS has been filed under the wrong rule, the PTO is requested to consider this IDS under the proper rule (with a petition if necessary) and charge the appropriate fee to Deposit Account No. 08-0750.

Please charge any additional fees or credit any overpayment pursuant to 37 C.F.R. §1.16 or §1.17 to Deposit Account No. 08-0750.

Respectfully submitted,

Dated: _Janury 9, 2001_                          By: ___[signature]___
                                                       David P. Utykanski, Reg. No. 39,052
HARNESS, DICKEY & PIERCE, P.L.C.                       Donald G. Walker, Reg. No. 44,390
P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600
DPU/DGW/vle

Enclosures:    __X__   PTO-1449
               _____   PTO-892
               __X__   References
               _____   Foreign Search Report
               __X__   Fee
               _____   Other:

Serial No. 09/546,145          Atty. Docket No. 7016R-000015/COA          Page 4

JA - 0263

FORM HDP-1449 (Based on Form PTO-1449)

PATENT AND TRADEMARK OFFICE
INFORMATION DISCLOSURE CITATION
(Use several sheets if necessary)

Sheet 1 of 1

| ATTORNEY DOCKET NO. | SERIAL NO. |
|---|---|
| 7016R-000015/COA | 09/546,145 |

APPLICANT
Richard D. Bednar

| FILING DATE | GROUP |
|---|---|
| April 10, 2000 | 3671 |

**U.S. PATENT DOCUMENTS**

| Ref. Desig. | Examiner's Initials | Document Number | Date | Name | Class/ Subclass | (If appropriate) Filing Date |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Ref. Desig. | Examiner's Initials | Document Number | Date | Country | Class/ Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)**

| Ref. Desig. | Examiner's Initials | |
|---|---|---|
| 1. | | "80-81 Owners Manual" published by Steiner in 1981 depicting rear roller 60 extending substantially across the width of multi-spindle cutting deck. |
| 2. | | "Uniquely engineered for unmatched versatility" (advertising brochure) published by Steiner in 1997, p. 14. |
| 3. | | "Jacobson Textron HR-5111 – 4WD Hydraulic Rotary Mower" (advertising brochure) published by Jacobson Div. Of Textron, Inc. in 1994. |
| 4. | | "Groundsmaster® 580-D Mowers" (advertising brochure) published by Toro. (date unknown) |
| 5. | | "The Articulator", Model 425D (advertising brochure) published by LasTec, Inc. (date unknown). |
| 6. | | "The Articulator", Model 325ER (advertising brochure) published by LasTec, Inc. (date unknown). |
| 7. | | "The Articulator", Model 325El (advertising brochure) published by LasTec, Inc. (date unknown). |
| 8. | | |

Examiner: _Pezuto_                    Date Considered: _2/27/0_

EXAMINER: Please initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.

JA - 0264



# STEINER



# 80-81
## OWNERS MANUAL

JA - 0265



Section 9
MOWER

27

| REF. | PART NUMBER | DESCRIPTION | Quan |
|------|-------------|-------------|------|
| 1 | AOS 6032 M | Shield, upper 48" | 1 |
|  | AOS 6033 M | Shield, upper 60" | 1 |
| 2 | AOS 001 | Decal, Steiner | 1 |
| 3 | AOP 5008 M | Wheel Caster | 2 |
| 4 |  | Bolt, 1/2 x 4-1/2 | 2 |
| 5 |  | Washer, flat | 8 |
| 6 |  | Spacer, 5/8 nut | 2 |
| 7 |  | Nut, 1/2 " | 9 |
| 8 | AOP 8004 M | Belt, drive 48" (A128) | 1 |
|  | AOP 8005 M | Belt, drive 60" (A144) | 1 |
| 9 | AOS 4057 M | Strap, lift link 48" | 1 |
|  | AOS 4058 M | Strap, lift link 60" | 1 |
| 10 |  | Bolt 3/8 x 1-1/2 | 6 |
| 11 |  | Nut 3/8 | 17 |
| 12 |  | Pin clevis 5/16 x 1-1/2 | 1 |
| 13 |  | Clip pin 3/32 | 1 |
| 14 | AOS 6034 M | Clamp, frame | 2 |
| 15 | AOS 4059 M | Link, lift | 2 |
| 16 | AOS 5009 M | Washer, tonion- - . ... | 2 |
| 17 | AOS 5010 M | Caster | 2 |
| 18 | AOS 6035 M | Frame, upper carrier 48" | 1 |
|  | AOS 6036 M | Frame, upper carrier 60" | 1 |
| 19 | AOS 6037 M | Shield, left 48" | 1 |
|  | AOS 6039 M | Shield, left 60" | 1 |
| 20 | AOS 6038 M | Shield, right 48" | 1 |
|  | AOS 6040 M | Shield, right, 60" | 1 |
| 21 |  | Bolt - 1/2 x 1-1/2 | 2 |
| 22 |  | Washer, lock 1/2" | 1 |
| 23 | AOP 8006 M | Pulley, idler 4-1/2" - 1/2" bore | 2 |
| 24 | AOS 6041 M | Bracket idler | 1 |
| 25 |  | Bolt, 1/2 x 2 | 1 |
| 26 |  | Spring | 1 |
| 27 | AOP 4022 A | Chain, 3/16 4-links | 1 |
| 28 |  | Key, straight - 3/16 x 1 | 2 |
| 29 | AOP 8007 M | Pulley, 5" " 3/4" bore | 1 |
| 30 |  | Bearing, 3/4" 2 bolt flange | 2 |
| 31 | AOS 8008 M | Shaft, drive | 1 |
| 32 | AOP 8009 M | Pulley 4" 3/4" bore | 1 |
| 33 |  | Key straight, 3/16 x 1 | 3 |
| 34 | AOP 8010 M | Pulley, 5" - 1" bore - 48" | 3 |
|  | AOP 8011 M | Pulley, 6" - 1" bore - 60" | 3 |
| 35 |  | Nut, 7/16 SAE | 12 |
| 36 |  | Washer lock - 7/16 | 12 |
| 37 |  | Bearing, 4 bolt flange - 1" bore | 6 |
| 38 |  | Bolt - 7/16 x 2 SAE | 12 |
| 39 |  | Nut - 1/4" | 4 |
| 40 |  | Washer lock - 1/4" | 4 |
| 41 |  | Bolt 1/4 x 3/4 | 4 |
| 42 | AOS 004 | Decal, warning | 1 |
| 43 |  | Cotter pin - 1/8" x 1 " | 5 |
| 44 |  | Washer, flat 3/8 | 1 |
| 46 | AOS 6042 M | Chute discharge | 1 |
| 46 | AOS 005 | Decal, caution | 2 |
| 47 | AOS 006 | Decal, danger | 2 |
| 48 |  | Nut, 5/16 | 6 |
| 49 | AOS 8012 M | Spindle, mower | 3 |
| 50 | AOP 8013 M | Blade mower - 48" | 3 |
|  | AOP 8014 M | Blade, mower - 60" | 3 |
| 51 | AOP 8015 M | Bolt special | 6 |
| 52 | AOS 6043 M | Support roller left - 48" | 1 |
|  | AOS 6045 M | Support roller left - 60" | 1 |
|  | AOS 6044 M | Support roller right - 48" | 1 |
|  | AOS 6046 M | Support roller right - 60" | 1 |
| 53 |  | Washer, lock 3/8 | 12 |
| 54 |  | Bolt - 3/8 x 1-1/4" | 4 |
| 55 |  | Bolt - 3/8 x 1" | 5 |
| 56 | AOS 6048 M | Arm, attaching right | 1 |
| 57 | AOS 6047 M | Arm attaching, left | 1 |
| 58 | AOS 6049 M | Deck - 48" | 1 |
|  | AOS 6050 M | Deck - 60" | 1 |
| 59 | AOS 8016 M | Bearing, wood, roller | 2 |
| 60 | AOS 8017 M | Roller - 48" | 1 |
|  | AOS 8018 M | Roller - 60" | 1 |

28

JA - 0267





**With constant 4-wheel drive and an articulated frame, nothing else works like a Steiner.**



ne turn behind the wheel tells you the Steiner is unique among the world's turf tractors. Right away, you're struck by the commanding, yet comfortable seating position, and the fact that every control is ergonomically placed for ease of use. Then, as you start out, you immediately feel the difference our articulated frame makes. With its frame hinged in the middle, the Steiner doesn't turn like other turf tractors. In fact, the Steiner changes direction with such agility, you'd think it's anticipating your next move.

**Table of Contents**

Model 525 ..................... 4

Model 430 Max ............... 6

Model 410 ...................... 8

Model 220 ..................... 10

Model 202 ..................... 12

Accessories .................. 14

Attachments ............. 14-17

Specifications .............. 18

*S    t    e    i    n*

JA - 0269



Our 100,000 sq. ft. Steiner facility

You drive the Steiner effort-
lessly up and down hills, then
toward a muddy area along-
side a creek. You're impressed
by the powerful engine and
smooth forward motion. With
constant 4-wheel drive and
hydrostatic drive, the Steiner
moves steadily across all
kinds of terrain, without
clutching, without jerking
and without braking.



Preparing engineering drawings on
CAD system

At the end of your test ride,
you realize you've been at
the controls of a machine
engineered and built without
compromise to be the finest
turf tractor you can buy.

**Because we give it unique
capabilities, you can give it
more to do.**

We developed the Steiner
turf tractor to be a brilliant
performer on yards, grounds
and estates. But mowing and
routine grounds maintenance
are only the beginning of the
Steiner's many time- and
effort-saving skills.

In less than five minutes, the
unique Quick-Hitch™ attach-
ments enable your Steiner to
become nearly any kind of
maintenance machine you
can imagine. You can sweep,
blow, grade, scoop, till, cut,
aerate and more. And you'll
find all Steiner attachments
are exceptionally easy to use,
ready to work hard – and
built to last.



Computerized turret punch/plasma
machine

**All tractors are built to work
hard. Steiners are built to
work harder, longer.**

More than 20 years ago, the
first Steiner was painstakingly
hand-built by skilled crafts-
men in the Steiner family
machine shop. Today, the
machine shop has given way
to a state-of-the-art manufac-
turing facility in Dalton,
Ohio, where robotics bring
computerized precision to
everything our craftsmen do.



Automated press brake forms metal



Painting is the multi-stage
paint system

But one thing hasn't changed:
We build each Steiner as if we
were going to use it ourselves.
We support our turf tractors
with a full year warranty in
commercial use and two years
in residential use.

Years from now, you'll realize
the true value of a Steiner.
You'll have enjoyed many
seasons of hard work,
unmatched versatility and
consistent performance.



Robotic welder at work

And Steiners traditionally
hold their value extremely
well, which will benefit you at
trade-in or resale. All Steiner
attachments also carry a one-
year warranty except the
trencher and chipper/
shredder which have a 90
day warranty.

**Assembly line**







*Turf*™

size and power, the ultimate Steiner turf tractor.

# *m o d e l* **525**

| ACCESSORIES |
| --- |
| ROPS APPROVED ROLL BAR |
| THREE POINT HITCH |
| WEIGHT BAR (FRONT OR REAR) |
| CAB (HEATED, ROPS APPROVED) |
| SUSPENSION SEAT |

Everything we've learned about building turf tractors has gone into the design and manufacture of our largest model, the Steiner 525. Its 23.5-hp Kubota water-cooled engine and smooth, foot-pedal operated 4-wheel drive give it the strength to power its way through the heaviest of heavy duty tasks. But this machine also offers high levels of handling and driver comfort, as its turning capabilities and softly cushioned ride allow the Steiner 525 to tread lightly on your grounds.

Steiner's Quick-Hitch™ System allows you to easily switch to any attachment in one to five minutes.


Drive forward until the hitch-arms engage the attachment arm pins.


Release the spring-loaded lever with one hand.


Install the belt drive and go to work.





JA - 0271



JA - 0272



JA - 0273

power, versatility and comfort to the max.

# *m o d e l* **4 3 0**

The Steiner 430 Max takes a good idea and makes it better. We begin with a strong foundation, including our constant 4-wheel drive, articulated frame, hydrostatic transmission and power steering. Then, we provide your choice of four engines capable of 20-25 hp. To keep you comfortably in command, you sit in an ergonomically designed deluxe seat and use a new hydrostat control that falls readily to hand. And Quick-Hitch™ attachments and accessories are available to provide a wide range of capabilities.



| ACCESSORIES |
| --- |
| ROPS APPROVED ROLL BAR |
| THREE POINT HITCH |
| WEIGHT BAR (FRONT OR REAR) |
| CAB |
| SUSPENSION SEAT |
| TURF TIRES |
| DUAL WHEELS |









❼

JA - 0274

Simply designed to work harder for you.

# *model* 4 1 0



| ACCESSORIES |
| --- |
| WEIGHT BAR |
| AUXILIARY HYDRAULIC CONTROL |
| BAR TIRE OPTION |
| TURF TIRES STANDARD |

The Steiner 410 takes many of the capabilities of our more powerful turf tractors and makes them available in a more affordable model. Powered by a 16-hp Onan Performer engine, the Steiner 410 offers the same advanced engineering that makes Steiner unique, including constant 4-wheel drive, an articulated frame and power steering. With your choice of Quick-Hitch™ attachments, the Steiner 410 shares one other characteristic of our larger models — it's highly accomplished at giving you more than you expect from a turf tractor.





