



JA - 0277

Get behind the power of a front-drive Steiner.

# *model* **220**

With front-wheel drive, the Steiner 220 offers superb performance, durability, traction and stability where conventional tractors fall short. Total control is yours with a foot-pedal hydrostat and rear power steering that enables the Steiner 220 to handle effortlessly around trees and other obstacles. Few turf tractors have a lower center of gravity than the 220, which positions you comfortably in the middle of the tractor for added stability. Best of all, our unique Quick-Hitch™ attachments make it easy to get the job done with speed and precision.



| ACCESSORIES |
| --- |
| ROPS APPROVED ROLL BAR |
| REAR WEIGHT BAR |
| CAB |
| SUSPENSION SEAT |
| WHEEL WEIGHTS |









JA - 0278

A zero turning mower with zero deficiencies.

# *model* **202**

For those requiring a dedicated mowing machine, the Steiner 202 combines a zero turning radius with our passion for zero defects. Not only does it mow rings around other mowers, the Steiner 202 floats over uneven terrain with a unique mower deck that flexes as it goes for an even, clean cut. And no mower is easier to operate. Twin hydrostatic controls provide a steady ride, smooth power and easy handling — with minimal training — while a single park lever and cutting height handle allow for fast, easy adjustments. (Mulching adapter kit available.)





JA - 0279



JA - 0280

# Accessories

Accessories add comfort, safety

and utility.

For added comfort, safety and utility,

choose from optional accessories that

provide Steiner quality with a custom

design and fit. For more information

about these and other accessories for

your turf tractor, contact your

authorized Steiner dealer.



**Roll Bars**



**Dual Wheels**



**228 Weight Bar Kit**



**410 Weight Bar Kit**



**Three Point Hitches**



**430 Max Weight Bar Kit**



**Rotary Mowers**
Full-floating, 3-blade rotary mowers
feature tapered roller bearing spindle
assemblies. Cutting height is
controlled by the front caster wheels
and full-length rear roller. Front-
mounted design gives exceptional
visibility for maneuvering and
trimming. High-capacity discharge
chutes provide even distribution of
clippings.

**Rotary Mowers Side Discharge**
Built-in flexibility of rotary mower
allows it to follow the contour of the
terrain. High-capacity side discharge.

**Model MD448**
| | |
|---|---|
| Overall width with discharge chute | 60 1/2" |
| Cutting width | 47" |
| Cutting height | 1" to 4 1/2" |
| Mower drive | PTO belt |
| Spindle drive | Single "V" belt |
| Spindles | Tapered roller assemblies |
| Blades | 3 blades, 16 1/4" |
| Discharge | Side |
| Wheels | 10 x 3.5 semi-pneumatic |
| Weight | 330 lbs. |

**Model MD480**
| | |
|---|---|
| Overall width with discharge chute | 73" |
| Cutting width | 59 3/8" |
| Cutting height | 1" to 4 1/2" |
| Mower drive | PTO belt |
| Spindle drive | Single "V" belt |
| Spindles | Tapered roller assemblies |
| Blades | 3 blades, 20 1/2" |
| Discharge | Side |
| Wheels | 10 x 3.5 semi-pneumatic |
| Weight | 360 lbs. |

**Model MD472**
| | |
|---|---|
| Overall width with discharge chute | 85" |
| Cutting width | 72" |
| Cutting height | 1" to 4" |
| Mower drive | PTO belt |
| Spindle drive | Single "V" belt |
| Spindles | Tapered roller assemblies |
| Blades | 3 blades, 24 3/4" |
| Discharge | Side |
| Wheels | 10 x 3.5 semi-pneumatic |
| Weight | 470 lbs. |



**Rotary Mowers**
**Mulching/Rear Discharge**
This mower becomes a mulching
mower or a rear discharge mower
with the installation of the proper
blade and baffle options.
| | |
|---|---|
| Overall width | 60 3/4" |
| Cutting width | 60" |
| Cutting height | 1 1/2" to 4" |
| Mower drive | PTO belt |
| Spindle drive | Single "V" belt |
| Spindles | Tapered roller assemblies |
| Wheels | 10.25 x 3.25 semi-pneumatic |
| Blades | 3 blades, 20 3/4" |
| Weight | |
| Rear discharge | 350 lbs. |
| Mulching option | 400 lbs. |



**Tree Farm Mower**
The tree farm mower is designed to fit
the Model 430 Max and 410 tractor.
Out-front deck provides good visibility
for two-sided trimming. Single front
caster wheel controls the cutting
height of the two rotary blades.
| | |
|---|---|
| Overall width | 45 1/2" |
| Cutting width | 44" |
| Overall length | 79" including wheel shields |
| Cutting height | 2" to 5" |
| Mower drive | PTO belt |
| Spindle drive | Gearbox and 2 V-belts |
| Spindles | 1" ball bearings |
| Blades | 2 |
| Discharge | Rear |
| Weight | 272 lbs. |



**Slip Scoop**
A quick, easy way to move loose
materials or excavate small areas.
In fact, you can use it for virtually
anything that would normally
require a wheelbarrow.
| | |
|---|---|
| Overall width | 48" |
| Overall height | 18" |
| Overall length | 37" |
| Width of bucket | 44" |
| Bucket capacity | 3 1/4 cu. ft. |
| Dumping | Hydraulic controlled |
| Ground clearance (transport) | 12" on Model 430 Max |
| Ground clearance (dumped) | 5" on Model 430 Max |
| Weight | 135 lbs. |



## V-Blade

The V-blade is designed for easy snow removal. Electro-hydraulic independent blade wing angling allows easy conversion from V-blade to inverted scoop or straight blade while in motion.

| | |
|---|---|
| Overall width | 69 1/4" |
| Cutting widths | |
| straight | 58" |
| scoop | 49" |
| V-blade | 53" |
| Overall height | 28 1/2" |
| Overall length | 30" |
| Blade height from cutting edge | 21" |
| Angling | 30° left and right, front and back |
| Skid shoes | Adjustable |
| Forward tilt | Spring-loaded |
| Cutting edge, 2 position | 3/8" & 4" hardened |
| Weight | 248 lbs. |



## Lawn Sweeper

Clean sweep your lawn of cuttings or fallen leaves. Packing action gets much more into the unit before you need to unload.

| | |
|---|---|
| Overall width | 62" |
| Overall height | 52" |
| Overall length to hitch | 82" |
| Width of pickup | 40" |
| Brush | 3-paddle staggered |
| Depth wheels | Semi-pneumatic |
| Hitch | Right, left or center pull |
| Carrying capacity | 24 cu. ft. |
| Weight | 530 lbs. |



## Terra Rake

The terra rake is an excellent tool to use in preparing ground for seeding. This front-mounted rake has gauge wheels that can be positioned to the front or rear.

| | |
|---|---|
| Overall width | 67" |
| Maximum working width | 66" |
| Minimum working width (angled) | 61" |
| Working positions | Hydraulically controlled |
| Self-leveling device | Spring-loaded |
| Number of teeth | 35 |
| Weight | 270 lbs. |



## Core Aerator

Improve turf with this 40" wide core aerator. Penetrates turf with seven independent 3/4" core tine assemblies which are designed for ease of turning while operating. Weight box carries additional weight if extra penetration is needed.

| | |
|---|---|
| Overall width | 45 1/2" |
| Working width | 40 1/4" |
| Overall height | 28 1/2" |
| Overall length | 30" |
| Main shaft bearings | Greasable 1 1/4" |
| Aerating wheels | 7 steel self-pronged/ pressurized lubrication fitting |
| Tines | 6 per wheel, 3/4" core tines |
| Aerating width (actual) | 39" |
| Aerating width (effective) | 45 1/2" |
| Aerating depth | Up to 3 1/2" |
| Aerating pattern | 6 1/2" x 7" (1.6 holes sq./ft.) |
| Weight | 390 lbs. with 4 weights |



## Stump Cutter

Get rid of stumps and prune above-ground roots quickly, easily and neatly. Tough 16"-diameter cutterhead is driven by a PTO belt with a right-angle gearbox. Hardened cutters are located to allow movement from side to side, or from top of the stump.

| | |
|---|---|
| Overall width | 34 1/2" |
| Overall height | 18" |
| Overall length | 37" |
| Cutterhead | 24 hardened cutters |
| Cutterhead diameter | 16" |
| Cutterhead width | 3 1/4" |
| Cutterhead speed | 1600 rpm |
| Cutting depth below ground level | 5" |
| Maximum recommended cutting height above ground level | 5" |
| Weight | 250 lbs. |



## Disc Edger

Cut a neat edge along paths, sidewalks and curbs. 16" concave disk adjusts for angles and raises and lowers hydraulically. Pneumatic tire controls height.

| | |
|---|---|
| Overall width | |
| Fully closed | |
| anti-dust guard | 50" |
| Fully closed | |
| w/dust guard | 53" |
| Fully extended | |
| w/dust guard | 65" |
| Cutting width from center of tractor | |
| Closed position | 25 1/2" |
| Extended position | 35 1/2" |
| Disc | 16" hardened concave type |
| Operation | Right or left hand |
| Ground clearance (raised) | 5" (on Model 430 Max) |
| Weight | 110 lbs. |



## Reel Mower

Reel mower heads are individually supported and float smoothly over bumps and dips. The reels are hydraulically driven, independent of the forward speed of the power unit.

| | RM574 | RM874 |
|---|---|---|
| Cutting width | 74" | 84" |
| Cutting height | 1/2" to 1 3/4" | 1/2" to 1 3/4" |
| Overall width | 81 1/2" | 91 1/2" |
| Transport width | 77 1/2" | 87 1/2" |
| Blades per cylinder | 8-blade | 8-blade |
| | 9-blade | 9-blade |
| Reel cutting width | 26" | 30" |
| Reel overlap | 2" | 2 1/2" |
| Weight | 480 lbs. | 515 lbs. |



## Power Angle Blade

Move dirt or snow with 48" and 60" blades. Features power angle and safety. Reversible cutting edge for life. Comes complete with skid shoes.

| | |
|---|---|
| Overall width BD248 | 48" |
| BD260 | 60" |
| Overall height | 19" |
| Overall length | 22" |
| Hydraulic angling | 33° |
| Skid shoe | 4" |
| Forward tilt | 5° |
| Reversible cutting edge | 3 1/2" |
| Ground clearance | 13" |
| Weight BD248 | 167 |
| BD260 | 183 |



## Rotary Sweeper

Ideal for clearing away light snow on paths, lots, sidewalks and driveway. Easily controlled nylon bristles for left- and right-hand rotation. Bevel gearboxes driven. Wheels available.

| | |
|---|---|
| Overall width | 81" |
| Overall height | 18" |
| Overall length | 34" |
| Working width | 30" |
| Hydraulic angling | 30° |
| Speed of broom | 500 rpm |
| Ground clearance | 12" |
| Flotation springs | 5 to 45 |
| Weight | 171 |



## Aerator

Improve turf health with this wide attachment. 5" tines penetrate deep. Weight additional weight if extra is needed. Ground dirt greaseable bearings.

| | |
|---|---|
| Overall width | 45" |
| Working width | 40" |
| Overall height | 22" |
| Overall length | 25" |
| Main shaft bearings | Greasable |
| Tines | 18 |
| Weight | 175 |



## Trencher

The trencher easily follows line of trench, cutting to a maximum depth of 23". Depth of cut is adjustable with the depth indicator gauge easily visible.

| | |
|---|---|
| Overall width | 37" |
| Overall length | 54" |
| Overall height | 54" |
| Auger diameter | 12" |
| Chain speed | 550 ft./minute |
| Drive shaft diameter | 1 1/2" |
| Cutting depth | 23" |
| Cutting width | 4 3/4" |
| Weight | 360 lbs. |

⑮





**Tiller**

Loosens dirt for gardens or turf plantings. Provides 48" working width and a tilling depth of up to 6" in loose soil. Rotor is chain driven and has a solid 1 1/2" steel shaft with 24 cutting tines.

Working width .......... 48"
Working depth .......... 6" max.
Overall height .......... 29"
Overall width .......... 54"
Overall length .......... 38"
Tines .......... 24 replaceable, hardened
Drive .......... Chain drive from gearbox
Operation .......... tractor in reverse motion
Bearings .......... Greasable
Weight .......... 305 lbs.



**Chipper/Shredder**

The Steiner chipper/shredder is designed to grind, shred and chip a variety of materials into a usable processed material to enrich and beautify your landscape. Blower attachment optional.

Overall width .......... 25 5/8"
Overall height .......... 44 1/2"
Overall length .......... 53 1/4"
Chipper knives .......... 4 hardened knives
Maximum material size for chipper .......... 4" diameter
Maximum material size for shredder .......... 1 1/2" diameter
Weight .......... 430 lbs.



**Loader**

This 48" wide bucket has transport lift of 200 lbs. A weight bar with six weights is required for operating the loader on the Model 430 Max tractor. Loader has self-contained hydraulic pump and oil reservoir powered by tractor's front PTO pulley.

Lift height .......... 72"
Maximum lift capacity .......... 385 lbs.
Recommended maximum transport lift capacity .......... 200 lbs.
Reach
    raised .......... 30"
    lowered .......... 27"
Bucket volume .......... 6 cu. ft. (approx.)
Bucket width .......... 48"
Weight .......... 702 lbs.





**Boom Blower**

The boom mower simplifies and eases areas such as ditches, banks, pond edges, and other hard to reach places.

Overall length:
    arm extended .......... 115"
Overall width:
    arm up .......... 52"
Overall height:
    arm up .......... 79"
Reach of arm .......... 92" from center line
Tilt of mower head .......... 75° arc (7° to 68°)
Angle of operation .......... 30° below horizontal, 43° above horizontal
Width of cut .......... 25"
Height of cut .......... 1 1/8" to 1 5/8"
Drive .......... Belt drive
Mower gearbox .......... Right angle
Weight .......... 435 lbs.
Counterbalance .......... Four 50 lb. weights
Gross weight .......... 635 lbs.



**Power Blower**

150 mph blowing power quickly clears leaves and debris. Also blows water from low-lying areas. PTO belt-driven unit has an 8-blade blower fan and directional discharge chute. Also features an anti-scalp roller.

Overall width .......... 33"
Overall height .......... 16 1/2"
Overall length .......... 25"
Skid shoe .......... Fixed
Fan .......... 8-blade, welded
Fan diameter .......... 14"
Fan width .......... 8"
Fan speed .......... Same as engine rpm
Air flow .......... 3000 cfm at max rpm
Ground clearance
    in raised position .......... 6" on Model 430 Max
Weight .......... 95 lbs.







**Snow Blower**

Moves large volumes of snow from sidewalks, driveways and small parking lots. Features 14" auger fed and hydraulically controlled chute with fingertip control. Height of heavy-duty wear bar adjusts with skid shoes. Belt driven.

Overall Width .......... 49 1/2"
Overall Height .......... 51"
Overall Length .......... 29"
Opening Size .......... 25" high x 45" wide
Auger .......... 14" diameter twin auger
Blower .......... 20" diameter 3 blade
Auger Speed .......... 175 rpm
Blower Speed .......... 800 rpm
Chute .......... 8" diameter 190° rotation
Height of Cut .......... Adjustable skid shoes, 0" to 1 1/4"
Weight .......... 425 lbs.

NOTE: These specifications are subject to change without notice. Not all specifications are shown for each attachment. For complete information, contact your nearest Steiner dealer.

# Attachments

| Attachment | Model 525 | Model 430 Max | Model 410 | Model 220 |
|---|---|---|---|---|
| Aerator, spike | • | • | • | • |
| Aerator, core | • | • | • | • |
| Blade, 60" power angle | • | • | • | • |
| Blade, 48" power angle | • | • | • | • |
| Blade, sand | • | • | • | • |
| Blade, V-blade | • | • | • | |
| Chipper/shredder | • | • | • | |
| Disc edger | • | • | • | |
| Loader, front end | | • | | |
| Mower, boom | • | • | | |
| Mower, 48" rotary | • | • | • | • |
| Mower, 60" rotary | • | • | • | • |
| Mower, 72" rotary | • | • | | • |
| Mower, rotary mulch/ rear discharge | • | • | • | |
| Mower, tree farm | | • | • | |
| Mower, triplex reel 4-blade, 74" | • | • | | • |
| Mower, triplex reel 6-blade, 74" | • | • | | • |
| Mower, triplex reel 9-blade, 74" | • | • | | • |
| Mower, triplex reel 6-blade, 84" | | | | • |
| Power blower | • | • | • | • |
| Slip scoop, 44" | • | • | • | • |
| Snow blower, 48" | • | • | • | • |
| Stump cutter | • | • | • | |
| Sweeper, lawn | • | • | • | |
| Sweeper, 54" rotary | • | • | • | • |
| Terra rake | • | • | • | • |
| Tiller | • | • | • | |
| Trencher | • | • | • | |

NOTE: Model 202 is exclusively a mowing machine.

Our tractors are capable of many things.

All it takes is five minutes or less.

Versatility is as much a part of the Steiner story as superior engineering or long-term reliability. Using our Quick-Hitch™ attachments, your Steiner becomes capable of almost any turf or grounds maintenance task within one to five minutes. Discover why so many Steiner owners think of their turf tractors as true all-purpose machines.

# Specifications

| | Model 420 Max | Model 410 | Model P20 | Model 220 |
|---|---|---|---|---|
| **Dimensions** | | | | |
| Overall width | 55" (142 cm) | 44" | 43 1/2" | 58" |
| Overall length | 81" (206 cm) | 64" | 69" | 91 1/2" |
| Overall height | 48" (122 cm) | 46" | 47" | 45" |
| Wheelbase | 49" (125 cm) | 38" | 39" | 43" |
| Turn radius | 63" (160 cm) | 45" | 43" | 14" |
| Weight | 1520 lbs. (690 kg) | 1000 lbs. air-cooled<br>1100 lbs. water-cooled | 950 lbs. | 1165 lbs. – Onan<br>1295 lbs. – Kubota | zero<br>1214 lbs. (includes deck) |
| **Engine** | Kubota 905,<br>23.5 hp water-cooled | Onan P220 Performer,<br>20 hp air-cooled<br>Kubota Diesel D722,<br>21 hp water-cooled<br>Kubota Gas WG750,<br>21 hp water-cooled<br>Kohler Command V-Twin,<br>25 hp air-cooled | Onan P216 Performer,<br>16 hp air-cooled | Onan P220 Performer,<br>20 hp air-cooled<br>Kubota Diesel D600B,<br>16.5 hp water-cooled<br>Kubota Gas WG750,<br>21 hp water-cooled | Onan P220 Performer,<br>20 hp air-cooled |
| **Drive Train** | | | | |
| Transmission<br>Transaxles | Hydrostatic<br>Peerless 2500,<br>dual-speed | Hydrostatic<br>Peerless 2500,<br>dual-speed | Hydrostatic<br>Peerless 2500 | Hydrostatic<br>Peerless 2600<br>2-speed w/diff lock | Hydrostatic<br>Peerless 1300, |
| Speeds | Forward:<br>0-9 mph, high<br>0-4.7 mph, low<br>Reverse:<br>0-5.7 mph, high<br>0-2.9 mph, low | Forward:<br>0-8.5 mph, high<br>0-4.4 mph, low<br>Reverse:<br>0-5.3 mph, high<br>0-2.8 mph, low | Forward:<br>0-9 mph<br>Reverse:<br>0-7 mph | Forward & Reverse:<br>0-11 mph, high<br>0-6 mph, low | Forward:<br>0-6.25 mph<br>Reverse:<br>0-4 mph |
| Steering | Hydraulic power steering | Hydraulic power steering | Hydraulic power steering | Hydraulic power steering | Twin steering w/independent<br>control of each drive wheel<br>Dynamic braking through<br>hydrostatic transmission |
| Brakes | Dry disc type (front & rear) | Dry disc type | Dry disc type | Individual wheel drum | Manual parking |
| **Tires** | | | | |
| Turf type | Turf type,<br>24 x 13.00-12, 4-ply<br>Bar type,<br>26 x 12.00 – 12 | Turf type,<br>20 x 10.00-8,<br>Turfmate Traction Bar type,<br>21 x 11.00-8, Rawhide | Turf type,<br>20 x 10.00-8,<br>Traction Bar type,<br>21 x 11.00-8, Rawhide | Drive:<br>23 x 10.5-12<br>Goodyear Softrac, 2-ply<br>Rear:<br>18 x 8.5-8<br>Ribbed, 4-ply | Front:<br>20 x 8.00 x 10<br>4-ply rating tubeless<br>Rear:<br>13 x 5.00 x 6<br>4-ply rating tubeless |
| **Electrical** | | | | |
| Starting | 12 volt, key switch | 12 volt, key switch | 12 volt, key switch | 12 volt, key switch | 12 volt |
| Battery | 12 volt, group 26 | 12 volt, group 26 | 12 volt | 12 volt, group 26 | 12 volt, maintenance free |
| Charging | 30 amp auto | | | | |
| **Fuel System** | | | | |
| Tank capacity | 7 gallons, US | 6 gallons, US | 5 gallons, US | 6 gallons, US | 7 gallons, US |

These specifications are subject to change without notice.

We invite you to experience Steiner engineering at your nearest Steiner dealer.

**STEINER**

Steiner Turf Equipment, Inc.
289 N. Kurzen Rd.
P.O. Box 504
Dalton, OH 44618-0504
330-828-0200
Fax 330-828-1008

Form No. 09-3750
© 1997 Steiner Turf Equipment Inc.

JA - 0285

# JACOBSEN®

## *HR-5111*™
## *4WD Hydraulic Mower*



*The Professional's Choice on Turf*

JA - 0286

# HR-5111: The All-Hydraulic

The HR-5111 delivers a productive 11-foot cut to roughs, parks, and other large turf areas. Its three all-hydraulic mowing decks, four-wheel-drive (4WD) traction, and a comfortable operator station, make the HR-5111 the right mower for your big jobs.

**All-Hydraulic, High-Production Mowing**
The HR-5111's revolutionary all-hydraulic, rear discharge decks deliver the best quality cut of any high-production mower. Individual hydraulic motors drive each blade for unmatched cutting power.

The floating-deck design, with large caster wheels and anti-scalp rollers, follows turf contours and reduces the risk of scalping. Cutting heights are adjustable from 1 to 5½ inches. Spring washers on side deck mounting arms absorb impact. Mow with one, two, or all three decks, to match conditions.

The HR-5111's agile, compact design with hydrostatic transmission and rear-wheel power steering, means close trims around trees and obstructions. In open areas, the HR-5111 cuts up to 65 acres per day.



**No Belts, No Pulleys, No Kidding**

Individual hydraulic motors power each of the HR-5111's blades for a quality cut without the hassle of belts, pulleys, idlers, deck lids, or PTO shafts. Blades rotate in opposite directions for even clippings dispersal.

**4-Wheel-Drive Traction**
Hydrostatic 4WD with differential lock, tackles tough hills that stall the competition. A hydraulic weight-transfer system shifts the weight of the deck to the vehicle for hill climbing." Unlike mechanical 4WD, hydrostatic 4WD rotates each wheel at the correct speed during turns, to prevent turf scuffing and provide full traction.

**Built For Trouble-Free Operation**
The HR-5111 spends its time working. All-hydraulic decks mean no belts, deck lids, blade pulleys and idlers to fix. Each motor has self-lubricating spindles for less maintenance.

The wing decks tilt vertically when raised, and the front deck tilts vertically by removing two pins at the rear of the

deck, for easy cleaning and servicing. Diagnostic ports make it easy to check hydraulic pressures.

**Economical Diesel Power**
The HR-5111 is powered by a reliable, efficient, 51-horse-power, liquid-cooled diesel engine. The engine is fully enclosed and isolation mounted for cleaner, quieter operation. A top-mounted, heavy-duty air cleaner protects the engine from harmful dirt and clippings.

The hood tilts up and back for full access to the engine. The hydraulic oil cooler slides away from the radiator for cleaning. The HR-5111's durable fiberglass body keeps its good looks, even in harsh conditions.

■ Adjustable seat, cruise control, tilt steering wheel for operator comfort.

■ Hydrostatic 4WD for sure traction without turf damage.

■ Ergonomic design puts controls, instruments in easy reach, sight.

■ Floating decks, casters, anti-scalp rollers for superior quality cut.

■ Rear-wheel power steering, compact design for close trimming.

■ All hydraulic decks need less maintenance, have smoother discharge.



JA - 0287

# FWD High Production Rotary

The box channel steel frame and heavy-duty axle can handle years of mowing. And it's backed by a two-year/1,500-hour warranty.**

**Built For Operator Comfort**
Your operators will like the HR-5111's comfortable high-back seat, cruise control and tilt steering wheel. Good visibility and ergonomic controls keep them productive without strain. A full array of gauges and warning lights keep operators aware of vital mower functions. For extra protection, a horn sounds if engine coolant or hydraulic oil begin to overheat.

A ROPS and seat belt are standard on the HR-5111. A canopy with lights and flashers, or a factory-installed cab with windshield wiper and heater are also available.

■ Diagnostic ports to check hydraulic pressures.

■ Fiberglass body keeps its good looks longer.

■ ROPS, seat belt standard, canopy with lights, or factory-installed cab with windshield wiper and heater are available.

■ Fuel efficient, powerful 51-hp diesel engine.



JACOBSEN



HR-5111's 51-hp diesel is fully enclosed to keep out debris. Hood tilts up and back for access to engine.

The HR-5111 features dynamic braking, along with heavy-duty, hydraulic disc brakes on the drive wheels for sure stopping.

For year-round versatility, a 62-inch snow thrower and 72-inch rotary brush are also available.

For quality, high-production mowing, versatility, and operator comfort, in a reliable package, call your Jacobsen dealer today for a demonstration of the HR-5111.

*Consult your owner's manual for safe operation on slopes.
**See your Jacobsen dealer for complete warranty details.





Adjustable suspension seat, tilt steering wheel, cruise control for operator comfort. Complete instrument panel keeps operator informed of mower functions at a glance.

JA - 0288

# SPECIFICATIONS

**ENGINE:**
Model .................................. Kubota V2203D 4-cylinder, liquid-cooled, diesel
Bore and Stroke .................... 3.43 in. x 3.64 in. (87 mm x 92.4 mm)
Compression Ratio ................................ 22:1
Horsepower (@ 2,800 rpm) .................. 51 (38 kW)
Displacement ................ 134.1 cu. in. (2197 cc)
Torque (@ 1,200 rpm) .......... 109 ft. lbs. (147.8 Nm)
Fuel Injection Pump ............................ Bosch
Air Cleaner ............ Remote Cyclopac cartridge type
Cooling .................. Pressurized, sealed cooling system, 7-blade fan, coolant capacity 2 gal. (7.6 L)
Lubrication ......................... Fully pressurized
Oil Filter .................. Replaceable spin-on type
Electrical System ....... 45 amp alternator, 750 CCA heavy-duty battery, circuit breakers

**VEHICLE:**
Transmission ........................... Hydrostatic
Traction System .......... Hydrostatic closed-loop system, variable displacement piston pump, fixed displacement piston motor to front differential axle with integral gear reduction, motors on rear wheels electro-hydraulically engage/disengage for 6WD
Differential .................. Single speed, differential lock electro-hydraulically activated
PTO Drive .................................... Hydraulic
Implement Lift ............... 3 spool manual valve
Steering ......... Power, rear wheel, tilt steering wheel
Tires: Front (Drive) ..................... 26 x 12-12
       Rear (Steering) ..................... 23 x 10.5-12
Brakes .............. Service/Dynamic braking from transmission, hydraulic disc brakes on front wheels
Parking Brake ...... Independent disc on drive line
Hydraulic System ............ 17 gal. (64.3 L) reservoir, "O" ring face seal fittings, 10 micron full flow filtration, suction screen at hydro, oil cooler, diagnostic test ports
Speeds: Forward (2WD) ...... 0-15 mph (0-24.1 km/h)
                (4WD) ..... 0-8.4 mph (0-13.5 km/h)
        Reverse (2WD) ...... 0-6 mph (0-9.6 km/h)
                (4WD) electronically locked out)
Instruments ...... Voltmeter, hourmeter, tachometer, water temperature gauge, fuel gauge
Indicators ......... Glow plug, engine oil pressure, water temperature, air filter restriction, hydraulic oil filter pressure, oil temperature/hydrostatic low charge pressure, filter pressure

**VEHICLE (Continued):**
Controls .......... Throttle, hydraulic lift/lower, ignition switch, glow plug switch, PTO switch, individual mower switches, hydro pedal, brake, differential lock switch
Fuel Capacity ................... 20 gal. (75.7 L)
Seal ............... Adjustable high-back, suspension

**DECKS:**
Size ............... (1) 64 in. (1.62 m) front deck, fully floating
                     (2) 42 in. (1.06 m) wing decks, fully floating
                     (decks can be run in any combination of 1,2 or 3)
Blades ........................... (7) 23 in. (.58 m)
Blade Drive ................... Hydraulic motors with integral bearings, self-lubricating
Cutting Width ...................... 124 in. (3.40 m)
                     99 in. (2.51 m) with one wing deck raised,
                     63.5 in. (1.61 m) with both wing decks raised
Discharge .................................... Rearward
Caster Wheels ......... 4 x 11 pneumatic tires
Cutting Heights ................... 1 in. to 5.5 in. (24.5 mm to 139.7 mm)

**SNOW THROWER:**
Drive ....................................... Hydraulic
Width .................................. 62 in. (1.57 m)
Cutting Height ................... 23 in. (.58 m)
Length ........................... 34.875 in. (.75 m)
Chute Height .................... 53 in. (1.3 m)
Auger Diameter ................. 14 in. (.35 m)
Electric Chute Rotation .............. 220 degrees
Fan Housing Diameter ....... 18 in. (.45 m)
Chute Diameter ................. 10.5 in. (.26 m)
Weight (approx.) ........... 450 lbs. (204.3 kg)

**ROTARY BRUSH:**
Drive ....................................... Hydraulic
Diameter ............................ 72 in. (1.83 m)
Width ................................. 72 in. (1.83 m)
Maximum sweep ................ 62 in. (1.57m)
Caster wheels .......... (2) 4 in. x 11 in.) pneumatic tires
Weight (approx.) ............ 325 lbs. (147.6 km)
Brush Material .......... Wafer-style polypropylene
Brush Swing ......... Mechanical, lock positions 30 degrees right, left, straight
Front protective flap

**DIMENSIONS:**
Weight (transport) .......... 3,361 lbs. (1524 kg)
Height (with ROPS) ............. 81 in. (2.05 m)
Width (mowing) ............... 130 in. (3.53 m)
Width (transport) ............. 93.5 in. (2.37 m)
Length ........................ 144 in. (3.66 m)
Turning Radius (uncut circle) ... 67.75 in. (1.72 m)
Wheelbase .......................... 8 in. (203 mm)
Ground Clearance

**ACCESSORIES:** Mulcher kit, Rear wheel weights, Auxiliary work light kit, T.U.V. (road light kit), Canopy with liner, headlights, flashers, Cab with wiper, heater (factory installed)

NOTE: Specifications, while correct at time of printing, may change without notice. This product has been tested and complies with B71.4-1990, ANSI voluntary safety specifications for commercial turf care equipment.



Wing decks fold tight to mower for narrow 93.5-inch transport width.



Add a 62-inch hydraulic snow thrower, or 72-inch rotary brush for year-round use.

# JACOBSEN TEXTRON
Jacobsen Division of Textron Inc.

© 1994 Jacobsen Division of Textron Inc.        L-89116-0194-3        Printed in U.S.A.



**GROUNDS &
INDUSTRIAL
MANAGEMENT**

Residential /
Commercial
Irrigation

Parks and
Municipalities

Sports Fields

Schools and
Universities

Business and
Industrial

Customer Care



Turf Equip.

AL

HELP HELP
PRINTING?

## Groundsmaster® 580-D Mowers

- The leader in productivity. This large scale rotary mower combines 16 foot productivity with 18 inch trimability.
- This agile performer mows up to 14.5 acres per hour. It tackles tough, tall or wet grass and lets you adjust its cutting widths from 8.5 to 16 feet on the fly.
- You can trim less than an 18 inch circle around trees; around a 90° corner; or turn back 180° on track with no uncut grass remaining. Individual dual wheel brakes assist to provide smooth control with any turn.
- Three independent cutting units raise or lower on the go. Side decks raise to mow either 92 inch or 12 foot swaths.
- The Breakaway Feature is a Toro exclusive. Should the operator misjudge distance, the outboard cutting unit will pivot away on a rotating push arm from the object that's been hit. To reset, simply raise the cutting unit.
- Optional 4WD available.
- Access to the engine, transmission and cooling system is easy and fast by snapping off a few panels and removing shrouds.
- The Groundsmaster 580-D is truly a machine for all seasons with these attachments: Cab with ROPS, Snowthrower, Road Light Kit, Canopy with 2 Post and Rotary Broom.

**Groundsmaster Rotary Mowers**



▶ **Groundsmaster® 200**

▶ **Groundsmaster® 300**
*72 Flexdeck™ for 300 Series*

▶ **Groundsmaster® 3000**

▶ **Groundsmaster® 3500-D**

▶ **Groundsmaster® 455-D**

**Groundsmaster® 580-D**





Copyright © 2000 The Toro Company - All rights reserved. Privacy Notice | Terms of Use

http://www.toro.com/grounds/products/groundsmaster/580-d.html

12/28/2000

JA - 0290



Specifications for Groundsmaster® 580-D



**GROUNDS & INDUSTRIAL MANAGEMENT**

Residential / Commercial Irrigation

Parks and Municipalities

Sports Fields

Schools and Universities

Business and Industrial

Customer Care

Turf Equip.

AL

NEED HELP PRINTING?

| GROUNDSMASTER® 580-D, MODEL 30581 SPECIFICATIONS | |
|---|---|
| ENGINE | Mitsubishi Model S4F-T, four cylinder in-line, 4 cycle, liquid cooled, turbo-charged diesel engine; 80 hp (59.6 kW) at governed maximum of 2750 rpm. 80.4 cu. in. (2956 cc) displacement, vertical overhead valve, direct injection. Forced feed lubrication w/ trochoid gear pump. 8.5 quart (8 liter) capacity. 17.1 compression ratio. 12 volt (2.2 kW) gear reduction starter. Heavy duty centrifugal air cleaner with replaceable element. Draws air from screened air intake. Muffler double wrapped with insulation and mounted under hood. Engine hood supported when raised by gas cylinder suspension. Lined with barrier type sound reduction material. Easily removed side panels provide improved engine access. |
| RADIATOR AND OIL COOLER | Magnetically latched air intake grill and shielding are easily removed to provide access to the mid-mount agricultural-type radiator with wide spaced fins (5 fins/in.). Oil cooler hinges away from the radiator to provide easy service access. 3.9 gal. (14.7 liter) coolant capacity. Variable speed radiator fan controlled by engine temperature. Full flow hydraulic oil cooler, (7 fins/in.). |
| FUEL SYSTEM | Direct mechanical injection system with replaceable fuel filter and water separator. Front console warning light indicates water in fuel. Fuel capacity: 28 gal. (106 liters), No. 2 diesel fuel. |
| FRAME CONSTRUCTION | 5" x 9 lb/ft welded structural steel channel. Six tie down loops; 2 front, 2 center and 2 at rear of frame. |
| TIRES/WHEELS | Front: (2) 31 x 12.50-15, 8-ply high flotation turf tires w/ tubes. Rear (2) 23 x 10.50-12, 6-ply tubeless turf tire. |
| BRAKES | Front multiple disc brakes. Fully sealed in cast housings. Hydraulic service brake via a brake pedal operated by the right foot. Mechanical steering brakes via two pedals which lock together for parking brake function. Dynamic braking through closed-loop hydrostatic drive. |
| STEERING | Tilt 15.5" (39 cm) steering wheel and tilt steering tower; released and locked by a patented single lever control. Dual hydraulic cylinder power steering for extra sharp turning. Eaton Charlyn Series 4 steering valve, load reaction type, 1500 psi (103.4 bars) rated. |
| TRACTION SYSTEM | Hydrostatic closed loop system, consisting of Sundstrand Series 40 hydrostatic pump and two speed motors, and Auburn Model 6 industrial planetary gear reduction at the drive wheels. Includes system reliefs of 5000 psi (344.8 bars) and bypass valve for towing. Planetaries for radial load rated @ 10,000 lbs. (4536 kg) and output torque of 30,000 lb-in. Maximum system flow is 28 gpm (105.9 liter per minute). Hydraulically assisted single foot operated traction pedal with adjustable speed stop controls forward/reverse ground speed. Electromagnetic speed control actuated from console by push button switch. Disengage speed control by service brake or on/off switch. Control of speed can be changed without disengaging. |
| GROUND SPEED/ CLEARANCE | Infinitely variable speed. Forward speeds: 0-7.5 mph (12.1 km/h) - mow; 0-20 mph (32.2 km/h) - transport. Reverse speeds: 0-3 mph (4.8 km/h) - mow; 0-8 mph (12.9 km/h) transport. Ground clearance: 8" (20.3 cm). |
| CONTROLS | Individual deck lift levers, ground speed high range/low range switch, |

JA - 0291

...ounds and Industrial Management

| | |
|---|---|
| | PTO switch, hand operated throttle, speed control choh switch, speed engage button and ignition switch. Single implement shut-off control. Steering tower and wheel tilt lever. Service brake pedal, steering brake pedals with parking brake latch, foot operated traction pedal. |
| GAUGES/ DIAGNOSTICS | Gauge package includes fuel gauge, engine water temperature, engine hour meter, and engine oil pressure. An indicator light and audible warning of low oil pressure, high water temperature, no charge, water in fuel, air cleaner service, hydraulic oil filter service, low hydraulic oil, and high hydraulic oil temperature. Indicator lights on steering tower to show parking brake on, speed control engaged, and high range ground speed. 8 hydraulic test ports easily accessible without removing panels to diagnose system pressures. The Automated Control Electronics™, ACE™, system allows precision timing and control of machine functions for maximum reliability. Standard diagnostic display connects to an electronic control unit to pinpoint any electrical problems quickly and easily. Available DATA LOG™ system allows mechanic to find intermittent problems. |
| INTERLOCK SYSTEM | Prevents starting of engine if traction pedal is out of neutral. Stops engine if operator leaves seat or if parking brake is "on" with traction pedal out of neutral. Prevents engaging of PTO if operator is out of seat, engine off or all decks raised. Prevents engagement of high range ground speed mode if a cutting unit is lowered or engine is off. |
| ELECTRICAL FEATURES | 12 volt automotive type electrical system. Dual maintenance free batteries, cold cranking 1300 amps at 0°F (-18°C), 250 minute reserve capacity at 80°F (27°C). 35 amp alternator with I/C regulator/rectifier. Seat switch, PTO and traction interlock system. |
| OVERLOAD PROTECTION | A 40 amp circuit breaker with reset button is located under the control panel for protection of the entire wiring circuit. The inputs to the solid state controller are protected by a 5 amp fuse for logic and two 15 amp fuses for the power circuits. ATO type fuses. |
| SEAT AND STORAGE | Deluxe seat with armrests, backrest and suspension. Adjustable for weight, fore/aft travel and height. Large tool tray storage located under hinged floor plate. Small storage and beverage holder beside control panel. |
| IMPLEMENT DRIVE | Hydraulic implement drive to all cutting units. |
| CUTTING UNIT CONFIGURATION | Consists of one 92" (234 cm) front center Triflex cutting unit and two 57" (145 cm) outboard cutting units. |
| MOWING RATE/WIDTH | Mows up to 14.5 acres/hr (5.9 hectares/hr) at 7.5 mph (12.1 km/h) with use of all cutting units. (Assumes no overlap and stops.) Total cutting width: 192" (488 cm). |
| HEIGHT OF CUT RANGE | Low range: 1-4" (2.5-10.2 cm). High range: 2.5-5.5" (6.3-14 cm). |
| CUTTING UNIT CONSTRUCTION | 10 gauge steel, 5.5" (14 cm) deep shell. Welded construction reinforced with 7 gauge plates and 10 gauge channels. Leading edge constructed in closed triangular cross section to provide additional reinforcement. |
| BLADES | 20" (50.8 cm) long, .25" (6.3 mm) thick, 2.5" (6.3 cm) wide, heat treated steel blades. Triflex cutting unit: 5 blades. Outboard cutting units: 3 blades each. All blades and spindles are interchangeable. |
| ANTI-SCALP DEVICES | Each cutting unit equipped with adjustable skids. Anti-scalp cup located on each blade. |
| CUTTING UNIT COVERS | Impact resistant molded plastic covers. Four covers per Triflex and two per outboard cutting unit. Easy to remove and replace without tools. Held down with high strength permanent magnets. |
| PATENTED AUTOMATIC WEIGHT TRANSFER | Automatic hydraulic counterbalance transfers weight from the cutting units to the traction unit for improved traction and better deck flotation. Under demanding traction situations the system automatically transfers additional weight from the cutting units to the traction unit. |
| WARRANTY | Two year limited warranty. Refer to the Operator's Manual for further details. |
| CERTIFICATION | Certified to meet ANSI specifications B71.4-1990 and applicable Federal |

12/28/2000

JA - 0292

ounds and Industrial Management

and State OSHA regulations based thereon.

* Specifications and design subject to change without notice.

▶ **Groundsmaster 580-D Page**

| Home | About Us | Job Opportunities | Contact Us | Current Promotions | TORO |

Home Yard Care | Golf Course Management | Professional Contractor | Grounds and Industrial Management | About Us | Job Opportunities | Contact Us
Residential / Commercial Irrigation | Parks and Municipalities | Sports Fields | Schools and Universities | Business and Industrial | Customer Care

Copyright © 2000 The Toro Company - All rights reserved. Privacy Notice | Terms of Use

JA - 0293



# The Model 425D...Redefining Performance Standards

Every few decades a piece of equipment redefines a product category. Get your dictionary out. Under commercial finish mowers cross out the highest standard and replace it with just one thing...The LasTec Model 425D.

Human nature is an amazing thing. We tend to follow each other. Sometimes there are good reasons to do this. Sometimes there aren't. For example, consider rotary finish mowers. A few decades ago a company turned a farm tractor backwards and put a fixed 72" deck on the front. It was easier to maneuver and the operator didn't need to look backwards to keep from crashing the deck into trees. People started buying them. Other manufacturers saw what was happening and followed. Pretty soon everybody had one and commercial finish mowers were defined.

Manufacturers then stopped looking for better ways to mow. They were too busy building backward tractors with six-foot decks. They didn't hear the discontent. Most people didn't like to scalp grass, but six-foot wide finish mowers had to scalp, didn't they? Most people wanted more width, but wouldn't that have made the scalping problem even worse? Most people would have liked to change cutting heights from the seat, but decks on backward tractors couldn't do that, could they? Scores of operators were injured over the years because their mowers tipped over when they cut steep banks, but all mowers just did that, didn't they? Weren't those areas supposed to be cut by hand? As odd as it seems, most people just accepted these myths.

In 1990 LasTec exposed the myth that wide decks need to scalp with the introduction of our PTO-driven Articulator. Now we are exposing a similar myth about self-contained finish mowers with our revolutionary Model 425D. Our decks are 8 feet wide and over three times as accurate as everyone else's six-foot deck. Our extra width makes us more productive and lets the deck reach over 2 feet past the trim side of our drive unit. This lets us reach over and under things that used to require hand mowing. Our scuff-proof, zero-turning-radius configuration means that we don't need a 15 foot circle to turn our mower around. We also handle side banks that can tip most mowers upside down and we can even change cutting heights from the seat. Aren't all of these features any customer would like on a finish mower? We think so, but backwards tractors can't do those things. LasTec's Model 425D Articulator can.

We could go on and on about the hundreds of other things you can do with our mower that older equipment can't do, but we won't. We simply ask you to consider leading instead of following the crowd.



*Four 25" articulating cutting decks duplicate the cut quality of four individual push mowers.*

**The Articulator. The best performance.
The best quality. The best value. The best, period.**

## The 425D Articulator Specifications

| | |
|---|---|
| Configuration | Unique Front/Mid-Mount Low Center of Gravity |
| Engine | Kubota 4-Cylinder 38HP Water-Cooled Diesel |
| Drive | Hydrostatic Transmissions with Dual High and Low-Pressure Coolers |
| Drive Tires | 24" Diameter, 13" Wide Turf-Tread |
| Primary Deck Drive | Gearbox through Electric Clutch/Brake |
| Deck Drive | Patent Pending, Highly Efficient Self-Adjusting Belt Drive |
| Deck Width | 96" Cutting Capacity with 30" Trim Side Overhang |
| Cutting Height Range | 1" to 4" |
| Deck Type | Four Articulating 25" Rotary Decks That Side-Discharge or Mulch |
| Deck Construction | 3/16" Steel Plate Weldments with Rebuildable Spindles and Spindle Housings |
| Hydraulic Controls | Standard Auxiliary Hydraulics with Control Valve |
| Overall Weight | 2015 Pounds |
| Overall Dimensions | 98" Wide, 90" Long, 39" Tall (at top of seat), 64" Tall (at top of roll bar) |
| ROPS | Certified Roll Bar Standard |
| Lights | Headlights and Flashers Standard |
| Options | Sun Canopy, Golf Ball Net, Blower, Snow Blade, Sweeper |

Specifications subject to change without notice. Patents Pending.

Phone: 1-800-515-6798
Call for the LasTec dealer nearest you.

LasTec
6180 W. 10th St.
Indianapolis, IN 46214-2400
(317) 273-1122
http://www.lastec.com

Fax: (317) 271-2057
Limited dealer opportunities available

JA - 0295



JA - 0296



# Introducing the Model 325ER Articulator

## A PTO Driven 72" Articulating Grooming Mower That Thinks It's Three 25" Push Mowers

The world's finest golf courses cut with Articulators because they can afford the best. Now the best has became more affordable. The Model 325ER is a three deck version of the Articulators that cut the extreme terrain of the best championship courses. No scalping. No missed grass. That's the Articulator trademark. A trademark of perfectly grooming the most extreme green surrounds, elevated tee beds, bunkers, or even the contours of your backyard.

Side discharge and mulching capabilities make the Model 325ER safe and versatile for any finish mowing application. Coupled with a small utility tractor, it surpasses the productivity and quality of self-propelled mowers at a fraction of their cost. The rear mounted location and high lift blades even eliminate tractor wheel marks. The Articulator. The best quality. The best value. The best, period.

Three 25" articulating cutting decks duplicate the cut quality of three individual push mowers.

GCSAA SHOW 1997
LAS VEGAS

*The Model 325ER Articulator can be powered and transported by small utility tractors with under 20 HP*

## The Model 325ER Articulator General Specifications

| | |
|---|---|
| Overall Cutting Width | 72" |
| Cutting Deck Diameter | 25" |
| Cutting Height Range | 1" to 4" |
| Cutting Deck Pan Material | 3/16" Steel Plate |
| Weight | 490 Lbs. |
| Tractor Requirement (minimum) | 18 HP 540 RPM Category One 3-Point Hitch |
| Drive System | PTO Shaft to Right Angle Gearbox to Belts |
| Blade Tip Speed | 17,000 FPM (@ 540 RPM PTO Speed) |
| Blade Type | 25" x 2 1/2" x 1/4" Rotary, High Lift, Hardened Steel |
| Wheels | 9" Diameter Urethane Filled, 3/4" Automotive Tapered Roller Bearings, Rebuildable |
| Blade Spindles | 1 1/4" Diameter, Sealed Ball Bearings, Greasable, Rebuildable |
| Wheel Yoke Pivot Collars | Sleeved With Bronze Bushings, Greasable, Rebuildable |

*Patents Pending - All Specifications Subject to Change Without Notice - Printed in the USA*

## The Articulator®

Has-Tec Inc. • 7865 N CR 100E • Lizton, IN • 46149 • Phone (317) 892-4444 • Fax (317) 892-4188

JA - 0297



JA - 0298



JA - 0299



## No. We didn't set out to make the 325E Articulator look like a race car.

*Our goal was to produce the most versatile, safe, and accurate self-contained rotary finish mower in the world. The design parameter for the drive unit was to safely deliver the cutting decks to and from the type of extreme terrain which they are capable of cutting. It needed to be low to the ground, as wide as it was long for side hill stability, and have a lower center of gravity by moving the operator to a safe, cradled position forward of the engine. In general, it needed the handling characteristics of a high-performance race car. The fact that it looks like it could win the Indy 500 is just a bonus.*

JA - 0300