

# Boldly Mow Where No Man Has Go

The 325E Articulator defies comparison to any other mower. Defies comparison of *stability* born of its low center of gravity, of *cut quality* created by three fully articulating 25" decks in its 72" cutting path, of *flexibility* resulting from both walking *and* riding controls, and of *operator comfort* through the innovation of hand and foot control from the seat. Amazing things happen when you choose to take a different path. Come and join us on our journey.



JA - 0302



## If Mowing Grass Was A Race

## This Is The Only View Our Competitors Would Ever Have

LasTec has been building mowers for the high-end golf industry since 1990. All LasTec equipment is sold and serviced through a select group of turf dealers around the world. If you would like to find out more about the entire Articulator™ line of turf equipment, call the factory for the dealer nearest you.

72" Cutting Width
1" to 4" Cutting Heights
Three 25" Articulating Decks
Complete Set of Walking Controls
Dual Haul & Fan Riding Controls
Hydrostatic Drive with Dual Oil Cooler
22 HP Kohler Command Engine
Patent Pending Belt Drive System
Headlights with Hazard Flashers
Foam-Filled Deck Gauge Wheels
Dual 5 Gallon Fuel Tanks

**las tec ®**

Manufactured by LasTec Inc. 7865 N CR 100E Lizton, IN 46149 Voice (317) 892-4444 Fax (317) 892-4188
Patents Pending    All Specifications subject to change without notice    Printed in the USA

JA - 0303



UNITED STATES DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/546,145 | 04/10/00 | BEDNAR | R | 7016R-000015 |
| | | | | EXAMINER |

PM82/0227

HARNESS DICKEY & PIERCE PLC
PO BOX 828
BLOOMFIELD HILLS MI 48303

ART UNIT     PAPER NUMBER

7

DATE MAILED:

02/27/01

Please find below and/or attached an Office communication concerning this application or
proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 2000-473-000/44603

1- File Copy

JA - 0304

| *Office Action Summary* | Application No. 09/548,145 | Applicant(s) Bednar |
|---|---|---|
| | Examiner Robert Pezzuto | Group Art Unit 3671 |

☐ Responsive to communication(s) filed on _____ .

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____3_____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

  ☒ Claim(s) _1 and 21-31_____ is/are pending in the application.

    Of the above, claim(s) _____ is/are withdrawn from consideration.

  ☐ Claim(s) _____ is/are allowed.

  ☒ Claim(s) _1 and 21-31_____ is/are rejected.

  ☐ Claim(s) _____ is/are objected to.

  ☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

  ☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

  ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

  ☐ The proposed drawing correction, filed on _____ is   ☐ approved   ☐ disapproved.

  ☐ The specification is objected to by the Examiner.

  ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

  ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____ .

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

  ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

  ☐ Notice of References Cited, PTO-892

  ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____6_____

  ☐ Interview Summary, PTO-413

  ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

  ☐ Notice of Informal Patent Application, PTO-152

— *SEE OFFICE ACTION ON THE FOLLOWING PAGES* —

Application/Control Number: 09/546,145

Page 2

Art Unit: 3671

## DETAILED ACTION

### Double Patenting

1.    The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application. See 37 CFR 1.130(b).

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

2.    Claims 1 and 21-31 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-19 of U.S. Patent No. 6,047,530. Although the conflicting claims are not identical, they are not patentably distinct from each other because both the patent and the instant application lend themselves to a gang-type mower having a plurality of deck assemblies with a roller supporting and extending substantially the width of the decks.

Application/Control Number: 09/546,145                                    Page 3

Art Unit: 3671

### Conclusion

3.      Any inquiry concerning this communication should be directed to Robert Pezzuto at

telephone number (703) 308-1012.  The examiner can normally be reached Monday through

Thursday from 7:00 am to 5:00 pm, Eastern Standard Time.


4.      If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Mr Thomas B Will, can be reached on (703) 308-3870.  The fax phone number for this Group is

(703) 305-7687

Robert Pezzuto
Art Unit 3671
February 27, 2001

JA - 0307

3671

PTO/SB/21 (05-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Please type a plus sign (+) inside this box ──→ [+]

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FORM

(to be used for all correspondence after initial filing)

| | |
|---|---|
| Application Number | 09/546,145 |
| Filing Date | April 10, 2000 |
| First Named Inventor | Richard D. Bednar, et al. |
| Group Art Unit | 3671 |
| Examiner Name | |
| Total Number of Pages In This Submission  4 | Attorney Docket Number | 7016R-000015/COA |

### ENCLOSURES (check all that apply)

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Assignment Papers (for an Application) | ☐ After Allowance Communication to Group |
| ☐ Fee Attached | ☐ Drawing(s) | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☒ Amendment / Response | ☐ Licensing-related Papers | ☐ Appeal Communication to Group (Appeal Notice, Brief, Reply Brief) |
| ☐ After Final | ☐ Petition | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Petition to Convert to a Provisional Application | ☐ Status Letter |
| ☐ Extension of Time Request | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☒ Other Enclosure(s) (please identify below): |
| ☐ Express Abandonment Request | ☐ Terminal Disclaimer | Acknowledgement Postcard |
| ☐ Information Disclosure Statement | ☐ Request for Refund | |
| ☐ Certified Copy of Priority Document(s) | ☐ CD, Number of CD(s) | |
| ☐ Response to Missing Parts/Incomplete Application | Remarks | The Commissioner is hereby authorized to charge any additional fees that may be required under 37 CFR 1.16 or 1.17 to Deposit Account No. 08-0750. A duplicate copy of this sheet is enclosed. |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

RECEIVED
MAR 07 2001
PCT/2500 MAIL ROOM

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Harness, Dickey & Pierce, P.L.C. |
|---|---|
| Signature | David P. Utykanski |
| Date | February 27, 2001 |

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date:   February 27, 2001

| Typed or printed name | David P. Utykanski | | |
|---|---|---|---|
| Signature | David P. Utykanski | Date | February 27, 2001 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.



#8/C

PATENT 3/7/01

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application No.: | 09/546,145 | ) | RECEIVED |
| Filing Date: | April 10, 2000 | ) | MAR 0 7 2001 |
| Applicant: | Richard D. Bednar, et al. | ) | TO 3600 MAIL ROOM |
| Group Art Unit: | 3671 | ) PRELIMINARY | |
| | | ) AMENDMENT | |
| Examiner: | Not assigned yet | ) | |
| Title: | GANG-TYPE ROTARY | ) | |
| | LAWN MOWER | ) | |
| Attorney Docket: | 7016R-000015/COA | ) | |

Hon. Commissioner of Patents
  and Trademarks
Washington, D.C. 20231

Sir:

Applicants respectfully request a change to the TITLE of the invention. Please amend the above-identified application specification as follows. Applicants include herewith an <u>Attachment for Specification Amendments</u> showing amendments in which underlines indicate insertions and brackets indicate deletions.

<u>IN THE SPECIFICATION</u>

Please amend the TITLE of the invention as follows:

GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER

JA - 0309

**CONCLUSION**

Prompt and favorable consideration of this amendment is respectfully requested.

Respectfully submitted,

Dated: _February 27, 2001_
Harness, Dickey & Pierce, P.L.C.
P.O. Box 828
Bloomfield Hills, MI 48303
(248) 641-1600

By: _David P. Utykanski_
David P. Utykanski, Reg. No. 39,052
Attorney for Applicants

DPU/vle

Serial No. 09/546,145

Page 2

JA - 0310

**ATTACHMENT FOR SPECIFICATION AMENDMENTS**
U.S. Serial No. 09/546,145, Filed April 10, 2000
Attorney Docket No. 7016R-000015/COA
(underlines indicate insertions and brackets indicate deletions)

The TITLE of the invention has been amended as follows:

GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER

Serial No. 09/546,145

Page 3

JA - 0311

Please type a plus sign (+) inside this box →                    HDP/SB/21 based on PTO/SB/21 (08-00)

## TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 09/546,145 |
| Filing Date | April 10, 2000 |
| First Named Inventor | Richard D. Bednar |
| Group Art Unit | 3671 |
| Examiner Name | Robert Pezzuto |
| Attorney Docket Number | 7016R-000015COA |

Total Number of Pages in This Submission | 11

### ENCLOSURES (check all that apply)

- ☒ Fee Transmittal Form
  - ☒ Fee Attached
- ☒ Amendment / Response
  - ☐ After Final
  - ☐ Affidavits/declaration(s)
- ☐ Extension of Time Request
- ☐ Express Abandonment Request
- ☐ Information Disclosure Statement
- ☐ Certified Copy of Priority Document(s)
- ☐ Response to Missing Parts/ Incomplete Application
  - ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53

- ☐ Assignment Papers *(for an Application)*
- ☐ Drawing(s)
- ☐ Licensing-related Papers
- ☐ Petition
- ☐ Petition to Convert to a Provisional Application
- ☐ Power of Attorney, Revocation Change of Correspondence Address
- ☒ Terminal Disclaimer
- ☐ Request for Refund
- ☐ CD, Number of CD(s)

- ☐ After Allowance Communication to Group
- ☐ Appeal Communication to Board of Appeals and Interferences
- ☐ Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)*
- ☐ Proprietary Information
- ☐ Status Letter
- ☒ Other Enclosure(s) *(please identify below):*

  2-page copy of Assignment previously filed and return postcard.

| Remarks | The Commissioner is hereby authorized to charge any additional fees that may be required under 37 CFR 1.16 or 1.17 to Deposit Account No. 08-0750. A duplicate copy of this sheet is enclosed. |
|---|---|

RECEIVED

SEP 0 4 2001

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Harness, Dickey & Pierce, P.L.C. | Attorney Name Joseph M. Lafata Donald G. Walker | Reg. No. 37166 44390 |
|---|---|---|---|
| Signature | | | |
| Date | Aug 21, 2001 | | |

D 3600 MAIL ROOM

### CERTIFICATE OF MAILING/TRANSMISSION

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, or facsimile transmitted to the U.S. Patent and Trademark Office on the date indicated below.

| Typed or printed name | Joseph M. Lafata, Reg. No. 37166 | | |
|---|---|---|---|
| Signature | | Date | Aug 21, 2001 |

JA - 0312

PTO/SB/17 (11-00)
Approved for use through 10/31/2002, OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## FEE TRANSMITTAL
## for FY 2001

AUG 2 4 2001

*Patent fees are subject to annual revision.*

| Complete if Known | |
|---|---|
| Application Number | 09/546,145 |
| Filing Date | April 10, 2000 |
| First Named Inventor | Richard D. Badner |
| Examiner Name | Robert Pezzuto |
| Group / Art Unit | 3671 |
| Attorney Docket No. | 7016R-000015COA |

RECEIVED
SEP 04 2001

TOTAL AMOUNT OF PAYMENT    ($)    1000

**'0 3600 MAIL ROOM**

### METHOD OF PAYMENT (check one)

1. ☐ The Commissioner is hereby authorized to charge indicated fees and credit any over payments to:

Deposit Account Number: 08-0750

Deposit Account Name: Harness, Dickey & Pierce, P.L.C.

☐ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17
☐ Applicant claims small entity status. See 37 CFR 1.27

2. ☒ Payment Enclosed:
☒ Check   ☐ Credit card   ☐ Money Order   ☐ Other

### FEE CALCULATION

**1. BASIC FILING FEE**

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 710 | 201 | 355 | Utility filing fee | |
| 106 | 320 | 206 | 160 | Design filing fee | |
| 107 | 490 | 207 | 245 | Plant filing fee | |
| 108 | 710 | 208 | 355 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

SUBTOTAL (1)   ($)  0

**2. EXTRA CLAIM FEES**

| | Extra Claims | Fee from below | Fee Paid |
|---|---|---|---|
| Total Claims | 0 | X 0 | = 0 |
| Independent Claims | 0 | X 0 | = 0 |
| Multiple Dependent | | X | = 0 |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 18 | 203 | 9 | Claims in excess of 20 |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 |
| 104 | 270 | 204 | 135 | Multiple dependent claim, if not paid |
| 109 | 80 | 209 | 40 | ** Reissue independent claims over original patent |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2)   ($)  0

** or number previously paid, if greater; For Reissues, see above

### 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 390 | 216 | 195 | Extension for reply within second month | |
| 117 | 890 | 217 | 445 | Extension for reply within third month | 890 |
| 118 | 1,390 | 218 | 695 | Extension for reply within fourth month | |
| 128 | 1,890 | 228 | 945 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive – unavoidable | |
| 141 | 1,240 | 241 | 620 | Petition to revive – unintentional | |
| 142 | 1,240 | 242 | 620 | Utility issue fee (or reissue) | |
| 143 | 440 | 243 | 220 | Design issue fee | |
| 144 | 600 | 244 | 300 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 130 | 123 | 130 | Petitions related to provisional applications | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 710 | 246 | 355 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 710 | 249 | 355 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 710 | 279 | 355 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify) Statutory Disclaimer    110.00

*Reduced by Basic Filing Fee Paid    SUBTOTAL (3)   ($) 1000

### SUBMITTED BY

| | | | Complete (if applicable) |
|---|---|---|---|
| Name (Print/Type) | Joseph M. Lalata | Registration No. Attorney/Agent  37108 | Telephone  (248) 641-1600 |
| Signature | | | Date  Aug 21, 2001 |

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application No.:     09/546,145

Filing Date:     April 10, 2000

Applicant:     Richard D. Bednar

Group Art Unit:     3671

Examiner:     Robert Pezzuto

Title:     GANG-TYPE ROTARY LAWN MOWER
         WITH REAR ROLLER

Attorney Docket:     7016R-000015COA

RECEIVED

SEP 04 2001

'0 3600 MAIL ROOM

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

RESPONSE TO OFFICE ACTION

Sir:

Applicant hereby petitions under the provisions of 37 C.F.R. § 1.136(a) for a three

(3) month extension of time in which to respond to the outstanding Office Action. Applicant

has included a Fee Transmittal with this response for such extension of time.

In response to the Office Action mailed February 27, 2001, please consider the

enclosed Terminal Disclaimer and the remarks set forth below.

1

## DOUBLE PATENTING

Claims 1 and 21-31 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-19 of U.S. Patent No. 6,047,530.

Notwithstanding, Applicant submits, attached to this Response, a Terminal Disclaimer in compliance with 37 CFR § 1.321(c) which overcomes each of the instant rejections based on a nonstatutory double patenting ground.  Applicant's Terminal Disclaimer simply serves the statutory function of removing the rejections of double patenting and raises neither a presumption nor an estoppel as to the merits of the Examiner's rejection. Applicant's Terminal Disclaimer should *not* be considered as an admission, acquiescence or estoppel as to the merits of the rejection and doing so would be improper. *Ortho Pharmaceutical Corp. v Smith,* 22 U.S.P.Q.2D 1119, 1124 (Fed. Cir. 1992); *Quad Envtl. Tech. Corp. v Union Seniary Dist.,* 20 U.S.P.Q.2D 1392 (Fed. Cir. 1991).  Consequently, Applicant respectfully requests that this rejection be reconsidered and withdrawn.

## CONCLUSION

All of the grounds of rejection have been properly traversed, accommodated, or rendered moot.  Applicant therefore respectfully requests the Examiner to reconsider all presently outstanding rejections and that they be withdrawn.  It is believed that a full and complete response has been made to the outstanding office action, and as such, the present application is in condition for allowance.

Serial No. 09/546,145                                          Page 2

If the Examiner believes that personal communication will expedite prosecution of this application, he is invited to telephone the undersigned at (248) 641-1600. Prompt and favorable consideration of this response is respectfully requested.

Respectfully submitted,

Dated: _Aug 21, 2001_          By: _____
                                    Joseph M. Lafata, Reg. No. 37166
                                    Donald G. Walker, Reg. No. 44390

HARNESS, DICKEY & PIERCE, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
Phone: (248) 641-1600
Telefacsimile: (248) 641-1600
DGW/vle

Serial No. 09/546,145                    Page 3

JA - 0316

(1P-3671#

Please type a plus sign (+) inside this box →

HDP/SB/21 based on PTO/SB/21 (08-00)

## TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

Total Number of Pages in This Submission | 11

| | |
|---|---|
| Application Number | 09/546,145 |
| Filing Date | April 10, 2000 |
| First Named Inventor | Richard D. Bednar |
| Group Art Unit | 3671 |
| Examiner Name | Robert Pezzuto |
| Attorney Docket Number | 7016R-000015COA |

### ENCLOSURES (check all that apply)

☒ Fee Transmittal Form

  ☒ Fee Attached

☒ Amendment / Response

  ☐ After Final

  ☐ Affidavits/declaration(s)

☐ Extension of Time Request

☐ Express Abandonment Request

☐ Information Disclosure Statement

☐ Certified Copy of Priority Document(s)

☐ Response to Missing Parts/Incomplete Application

  ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53

☐ Assignment Papers *(for an Application)*

☐ Drawing(s)

☐ Licensing-related Papers

☐ Petition

☐ Petition to Convert to a Provisional Application

☐ Power of Attorney, Revocation Change of Correspondence Address

☒ Terminal Disclaimer

☐ Request for Refund

☐ CD, Number of CDs(s)

Remarks

☐ After Allowance Communication to Group

☐ Appeal Communication to Board of Appeals and Interferences

☐ Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)*

☐ Proprietary Information

☐ Status Letter

☒ Other Enclosure(s) *(please identify below):*

  2-page copy of Assignment previously filed and return postcard.

The Commissioner is hereby authorized to charge any additional fees that may be required under 37 CFR 1.16 or 1.17 to Deposit Account No. 08-0750. A duplicate copy of this sheet is enclosed.

RECEIVED
SEP 04 200?

3800 MAIL ROOM

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Harness, Dickey & Pierce, P.L.C. | Attorney Name Joseph M. Lafata Donald G. Walker | Reg. No. 37166 44390 |
|---|---|---|---|
| Signature | | | |
| Date | Aug 21, 2001 | | |

### CERTIFICATE OF MAILING/TRANSMISSION

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, or facsimile transmitted to the U.S. Patent and Trademark Office on the date indicated below.

| Typed or printed name | Joseph M. Lafata, Reg. No. 37166 | | |
|---|---|---|---|
| Signature | | Date | Aug 21, 2001 |

#11

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application No.:      09/546,145

Filing Date:          April 10, 2000

Applicant:            Richard D. Bednar

Group Art Unit:       3671

Examiner:             Robert Pezzuto

Title:                GANG-TYPE ROTARY LAWN MOWER
                      WITH REAR ROLLER

Attorney Docket:      7016R-000015COA

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

## TERMINAL DISCLAIMER

RANSOMES AMERICA CORPORATION, a Delaware corporation, represents that it is the Assignee of the above-identified U.S. Patent Application and of U.S. Patent No. 6,047,530, which issued on April 11, 2000 based on U.S. Patent Application Serial No. 08/794,141 filed February 3, 1997. The present application and the earlier application, which matured into the above-mentioned U.S. patent, are related, and the ownership of these two applications and the resulting patent(s) by RANSOMES AMERICA CORPORATION is evidenced at Reel 8433, Frame 0424 and by a copy of the assignment attached to this Terminal Disclaimer.

RANSOMES AMERICA CORPORATION hereby disclaims the terminal part of any patent granted on Application Serial No. 09/546,145 which would extend beyond the expiration date of any patents granted on Application Serial No. 08/794,141, and hereby agrees that any patent granted on Application Serial No. 09/546,145 shall be enforceable only for and during such period that the legal title to such patent shall be the same as the legal title to each patent granted on Application Serial No. 08/794,141. This agreement is to run with any patent granted on Application Serial No. 09/546,145 and is to be binding upon the grantee, its successor and assigns.

08/28/2001 ECHBU1   00000031 35546145
32 FC:148                      110.00 OP

Further, I state that by this instrument, RANSOMES AMERICA CORPORATION does not disclaim any terminal part of any patent granted on the above-identified pending patent application prior to the expiration date of the full statutory term or any extended term as presently shortened by any terminal disclaimer of any patent to issue from U.S. Patent No. 6,047,530 in the event that this patent later: (1) expires for failure to pay a maintenance fee;   (2) is held unenforceable;    (3) is found invalid;    (4) is statutorily disclaimed in whole or is terminally disclaimed under 37 CFR 1.321(a); (5) has all claims cancelled by a reexamination certificate; or   (6) is otherwise terminated prior to the expiration of its statutory term or any extended term as presently shortened by any terminal disclaimer, except for the separation of legal title as stated above.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that any such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Date: _Aug 31, 2001_

Joseph M. Lafata, Reg. No. 37166
Applicants Attorney

Attachment: 2-Page Assignment

Serial No. 09/546,145                                    Page 2

JUL 02 '01 11:54 FR CANTWELL PAXTON INC  703 415 1618 TO 12485410270     P.03

61305 U.S. PTO
08/794141

02/03/97

A S S I G N M E N T

For and in consideration of the sum of One Dollar

($1.00) to me:

Richard D. Bednar
N6804 Shorewood Hills Rd.
Lake Mills, Wisconsin 53551

paid by Ransomes America Corporation (hereinafter referred to as

"Assignee"), a Delaware corporation having its principal place of

business at:

900 North 21st Street
Lincoln, Nebraska 68501-2409

and for other valuable and sufficient consideration, receipt

whereof is hereby acknowledged, I hereby sell, assign and convey,

unto Assignee, its successors and assigns, my entire right, title

and interest –

(1)  in and to an invention entitled "GANG-TYPE ROTARY

LAWN MOWER" for which I have executed a United States patent

application on even date herewith;

(2)  in and to said United States application, in and

to all other patent applications (including divisional,

continuation, continuation-in-part, §111(b) provisional, §111(a),

and reissue applications) based upon said invention, and in and

to the patent or patents to be granted thereon, including

reissues thereof, if any, to the full end of the term or terms

for which said patent or patents may be granted;

(3)  in and to all patent applications on said

invention now or hereafter filed in countries foreign to the

United States of America, and in and to any and all patents

PATENT
REEL: 8433 FRAME: 0425

JA - 0320

JUL 02 '01 11:54 FR CANTWELL PAXTON INC  203 415 1618 TO 12486410270    P.09

granted on said applications to the full end of the terms for
which said patents may be granted; and

(4) under the International Convention in respect to
the United States patent application and agree that any patent
applications of any foreign countries which may be filed shall be
filed in the name of my Assignee with a claim to priority based
on said United States application.

And I hereby agree that I will, upon demand of
Assignee, its successors or assigns, and without further
consideration to me, execute any and all papers that may be
necessary, or deemed by Assignee, its successors or assigns, to
be necessary, to a complete fulfillment of the intent and
purposes of this Assignment, it being understood that any expense
incident to the execution of such papers shall be paid by
Assignee, its successors and assigns, and not by me.

And the Commissioner of Patents and Trademarks of the
United States is hereby authorized and requested to issue the
said United States patent or patents to Assignee.

Date: _1-31-97_    _Richard D. Bednar_
                    Richard D. Bednar

-2-

RECORDED: 02/03/1997

PATENT
REEL: 8453 FRAME: 0426

** TOTAL PAGE.09 **

JA - 0321

| *Notice of Allowability* | Application No. 09/546,145 | Applicant(s) Badner | |
|---|---|---|---|
| | Examiner Robert E Pezzuto | Art Unit 3671 | |

–*The MAILING DATE of this communication appears on the cover sheet with the correspondence address*–

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS. This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed August 24, 2001*

2. ☒ The allowed claim(s) is/are *1 and 21-31, renumbered 1-12, respectively.*

3. ☐ The drawings filed on _____ are acceptable as formal drawings.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    a) ☐ All    b) ☐ Some*    c) ☐ None  of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☒ Applicant MUST submit NEW FORMAL DRAWINGS

    (a) ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached

      1) ☒ hereto  or  2) ☐ to Paper No. _____.

    (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. _____.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

1 ☐ Notice of References Cited (PTO-892)

3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

5 ☐ Information Disclosure Statement(s) (PTO-1449), Paper No(s). _____

7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

9 ☐ Other

2 ☐ Notice of Informal Patent Application (PTO-152)

4 ☐ Interview Summary (PTO-413), Paper No. _____.

6 ☐ Examiner's Amendment/Comment

8 ☐ Examiner's Statement of Reasons for Allowance

ROBERT E PEZZUTO
PRIMARY EXAMINER
ART UNIT 3671

JA - 0322



UNITED STATE    ARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

PMB2/0928

HARNESS DICKEY & PIERCE PLC
PO BOX 828
BLOOMFIELD HILLS MI 48303

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/546,145 | 04/10/00 | 012 | PEZZUTO, R | 3671 | 09/28/01 |

| First Named Applicant | BEDNAR, | 35 USC 154(b) term ext. = | 0 Days. |
|---|---|---|---|

TITLE OF INVENTION: GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 2 | 7016R-000015 | 056-006.000 | M75 | UTILITY | NO | $1240.00 | 12/28/01 |

*THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.*

*THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.*

### HOW TO RESPOND TO THIS NOTICE:

. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the
FEE DUE shown above and notify the Patent and
Trademark Office of the change in status, or
B. If the status is the same, pay the FEE DUE shown
above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with,
payment of 1/2 the FEE DUE shown above.

I. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.
II. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.*    PATENT AND TRADEMARK OFFICE COPY

TOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

JA - 0323

FORM PTO 948 (REV. 01-97)    U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office    Application No. 09/516145

## NOTICE OF DRAFTPERSON'S
## PATENT DRAWING REVIEW

The drawing filed (insert date) 4/10/00 are:

A. _____ not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

B. _____ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   _____ Color drawing are not acceptable until petition is granted.
   Fig.(s)
   _____ Pencil and non black ink is not permitted. Fig(s)

2. PHOTOGRAPHS. 37 CFR 1.84(b)
   _____ Photographs are not acceptable until petition is granted.
   _____ 3 full-tone sets are required. Fig(s)
   _____ Photographs not properly mounted (must bristol board or
   photographic double-weight paper). Fig(s)
   _____ Poor quality (half-tone). Fig(s)

3. TYPE OF PAPER. 37 CFR 1.84(e)
   _____ Paper not flexible, strong, white and durable.
   _____ Fig(s)
   _____ Erasures, alterations, overwritings, interlineations,
   folds, copy machine marks not acceptable. (too thin)
   _____ Mylar, vellum paper is not acceptable (too thin).
   Fig(s)

4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   _____ 21.0 cm by 29.7 cm (DIN size A4)
   _____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   _____ All drawings sheets not the same size.
   _____ Sheet(s)

5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   _____ Margins not acceptable. Fig(s)    3 5
   _____ Top (T)    _____ Left (L)
   _____ Right (R)    _____ Bottom (B)

6. VIEWS. CFR 1.84(h)
   REMINDER: Specification may require revision to
   correspond to drawing changes.
   _____ Views connected by projection lines or lead lines.
   Fig.(s)
   Partial views. 37 CFR 1.84(h)(2)
   _____ Brackets needed to show figure as one entity.
   Fig.(s)
   _____ Views not labeled separately or properly.
   Fig.(s)
   _____ Enlarged view not labeled separately or properly.
   Fig.(s)

7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
   _____ Hatching not indicated for sectional portions of an object.
   Fig.(s)
   _____ Sectional designation should be noted with Arabic or
   Roman numbers. Fig.(s)

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   _____ Words do not appear on a horizontal, left-to-right fashion when
   page is either upright or turned, so that the top becomes the right
   side, except for graphs. Fig.(s)
   _____ Views not on the same plane on drawing sheet. Fig.(s)

9. SCALE. 37 CFR 1.84(k)
   _____ Scale not large enough to show mechanism with crowding
   when drawing is reduced in size to two-thirds in reproduction.
   Fig.(s)

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
   _____ Lines, numbers & letters not uniformly thick and well defined,
   clean, durable and black (poor line quality).
   Fig.(s)

11. SHADING. 37 CFR 1.84(m)
   _____ Solid black areas pale. Fig.(s)
   _____ Solid black shading not permitted. Fig.(s)
   _____ Shade lines, pale, rough and blurred. Fig.(s)

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.
   37 CFR 1.84(p)
   _____ Numbers and reference characters not plain and legible.
   Fig.(s)
   _____ Figure legends are poor. Fig.(s)
   _____ Numbers and reference characters not oriented in the same
   direction as the view. 37 CFR 1.84(p)(3) Fig.(s)
   _____ English alphabet not used. 37 CFR 1.84(p)(3) Fig.(s)
   _____ Numbers, letters and reference characters must be at least
   .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig.(s)

13. LEAD LINES 37 CFR 1.84(q)
   _____ Lead lines cross each other. Fig.(s)
   _____ Lead lines missing. Fig.(s)

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.48(t)
   _____ Sheets not numbered consecutively, and in Arabic numerals
   beginning with number 1. Fig.(s)

15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
   _____ Views not numbered consecutively, and in Arabic numerals,
   beginning with number 1. Fig.(s)

16. CORRECTIONS. 37 CFR 1.84(w)
   _____ Corrections not made from PTO-948 dated

17. DESIGN DRAWINGS. 37 CFR 1.152
   _____ Surface shading shown not appropriate. Fig.(s)
   _____ Solid black shading not used for color contrast.
   Fig.(s)

COMMENTS

REVIEWER _____ Jane    DATE 4-

ATTACHMENT TO PAPER NO. 8    12
PTO COPY

JA - 0324

6/18/01

**The below text replaces the pre-printed text under the heading, "Information on How to Effect Drawing Changes," on the back of the PTO-948 (Rev. 03/01, or earlier) form.**

INFORMATION ON HOW TO EFFECT DRAWING CHANGES

1. Correction of Informalities — 37 CFR 1.85

New corrected drawings must be filed with the changes incorporated therein. Identifying indicia, if provided, should include the title of the invention, inventor's name, and application number, or docket number (if any) if an application number has not been assigned to the application. If this information is provided, it must be placed on the front of each sheet and centered within the top margin. If corrected drawings are required in a Notice of Allowability (PTOL-37), the new drawings MUST be filed within the THREE MONTH shortened statutory period set for reply in the Notice of Allowability. Extensions of time may NOT be obtained under the provisions of 37 CFR 1.136(a) or (b) for filing the corrected drawings after the mailing of a Notice of Allowability. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

2. Corrections other than Informalities Noted by Draftsperson on form PTO-948.

All changes to the drawings, other than informalities noted by the Draftsperson, MUST be made in the same manner as above except that, normally, a highlighted (preferably red ink) sketch of the changes to be incorporated into the new drawings MUST be approved by the examiner before the application will be allowed. No changes will be permitted to be made, other than correction of informalities, unless the examiner has approved the proposed changes.

Timing of Corrections

Applicant is required to submit the drawing corrections within the time period set in the attached Office communication. See 37 CFR 1.85(a).

Failure to take corrective action within the set period will result in ABANDONMENT of the application.

06/01/01

JA - 0325

EXBIT B

HDP/ste21 Based on PTO/SB/21 (09-00)

Please type a plus sign (+) inside this box ——→ [+]

**TRANSMITTAL FORM**

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 09/548,145 |
| Filing Date | April 10, 2000 |
| First Named Inventor | Richard D. Bednar |
| Group Art Unit | 3671 |
| Examiner Name | R. Pezzuto |

| Total Number of Pages in This Submission | 6 | Attorney Docket Number | 7016R-000015COA |
|---|---|---|---|

### ENCLOSURES (check all that apply)

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Assignment Papers (for an Application) | ☐ After Allowance Communication to Group |
| ☐ Fee Attached | ☒ Drawing(s) | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☐ Amendment / Response | ☐ Licensing-related Papers | ☐ Appeal Communication to Group (Appeal Notice, Brief, Reply Brief) |
| ☐ After Final | ☐ Petition | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Petition to Convert to a Provisional Application | ☐ Status Letter |
| ☐ Extension of Time Request | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☒ Other Enclosure(s) (please identify below): |
| ☐ Express Abandonment Request | ☐ Terminal Disclaimer | 5 Pages of Formal Drawings showing Fig. 1-6; Postcard. |
| ☐ Information Disclosure Statement | ☐ Request for Refund | |
| ☐ Certified Copy of Priority Document(s) | ☐ CD, Number of CD(s) _____ | |
| ☐ Response to Missing Parts/ Incomplete Application | Remarks | The Commissioner is hereby authorized to charge any additional fees that may be required under 37 CFR 1.16 or 1.17 to Deposit Account No. 08-0750. |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Harness, Dickey & Pierce, P.L.C. | Attorney Name Joseph M. Lafata | Reg. No. 37,166 |
|---|---|---|---|
| Signature | *[signature]* | | |
| Date | November 27, 2001 | | |

### CERTIFICATE OF MAILING/TRANSMISSION

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, or facsimile transmitted to the U.S. Patent and Trademark Office on the date indicated below.

| Typed or printed name | Joseph M. Lafata | | |
|---|---|---|---|
| Signature | *[signature]* | Date | November 27, 2001 |

09/01

JA - 0326

09546145

Title: GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER
Inventor: Richard D. Bed__ ___roup Art Unit: 3671, Examiner: R. Pezzu__ __erial No. 09/546,145
Filed: 04-10-00, Notice of Allowance: 09-28-01, Batch No. M75, Atty. Re_ No. 7016R-0015COA__ __ 1 8

1/5

6336311



Title: GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER
Inventor: Richard D. Bedn.    Group Art Unit: 3671, Examiner: R. Pezzu    Serial No. 09/546,145
Filed: 04-10-00,  Notice of Allowance: 09-28-01, Batch No. M75, Atty. Rckt No.: 7016R-0015COA

2/5



Title: GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER
Inventor: Richard D. Bedn    Group Art Unit: 3671, Examiner: R. Pezzu    Serial No. 09/546,145
Filed: 04-10-00,  Notice of Allowance: 09-28-01, Batch No. M75, Atty. Ref. No.: 7016R-0015COA

3/5



*Fig. 3*

*Fig. 4*

JA - 0329

Title: GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER
Inventor: Richard D. Bed... Group Art Unit: 3671, Examiner: R. Pezze    Serial No. 09/546,145
Filed: 04-10-00,  Notice of Allowance: 09-28-01, Batch No. M75, Atty. Re... No.: 7016R-0018COA

4/5



*Fig. 5*

JA - 0330

Title: GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER
Inventor: Richard D. Bednar    Group Art Unit: 3671, Examiner: R. Pezzut    Serial No. 09/548/145
Filed: 04-10-00, Notice of Allowance: 09-28-01, Batch No. M75, Atty. Ref. No.: 7016R-0015CO/AR

5/5



*Fig. 6*

JA - 0331

PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable fees, to:    Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

PM82/0928

HARNESS DICKEY & PIERCE PLC
PO BOX 828
BLOOMFIELD HILLS MI 48303

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Joseph M. Lafata                          (Depositor's name)

_____ (Signature)

11/28/01                                  (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/546,145 | 04/10/00 | 012 | PEZZUTO, R        3671 | 09/28/01 |

First Named Applicant: BEDNAR,                35 USC 154(b) term ext. =    0 Days.

TITLE OF INVENTION: GANG-TYPE ROTARY LAWN MOWER WITH REAR ROLLER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 7016F-000015 | 056-006.000 | M75 | UTILITY | NO | $1240.00 | 12/28/01 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Harness, Dickey & Pierce, P.L.C.
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    RANSOMES AMERICA CORPORATION

(B) RESIDENCE: (CITY & STATE OR COUNTRY)
Lincoln, Nebraska

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual   ☒ corporation or other private group entity   ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks)
☒ Issue Fee
☒ Advance Order - # of Copies ___10___

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER ___08-0750___
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advance Order - # of Copies ___10___

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.
(Authorized Signature) _____    (Date) 11/28/01

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

12/03/2001 MFANAE11 00000045 09546145

01 FC:142                     1240.00 OP
02 FC:561                       30.00 OP

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JA - 0332

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective December 29, 1999

Application or Docket Number
09 546175

## CLAIMS AS FILED - PART I

| | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY TYPE | RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| FOR | | | | | | | | |
| BASIC FEE | | | | | 345.00 | OR | | 690.00 |
| TOTAL CLAIMS | | minus 20= | | X$ 9= | | OR | X$18= | |
| INDEPENDENT CLAIMS | | minus 3 = | | X39= | | OR | X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | +130= | | OR | +260= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | | TOTAL | | OR | TOTAL | 690.00 |

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | | 2 | Minus ** 20 | | X$ 9= | | OR | X$18= | |
| Independent | | 5 | Minus *** 3 | | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | | Minus ** | = | X$ 9= | | OR | X$18= | |
| Independent | | Minus *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | | Minus ** | = | X$ 9= | | OR | X$18= | |
| Independent | | Minus *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 12/99)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
*U.S. GPO: 2000-463-433/20444

JA - 0333

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 1996

Application or Docket Number: 79414

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 385.00 | | | 770.00 |
| TOTAL CLAIMS | 20 | minus 20 = | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 3 | minus 3 = | x40= | | OR | x70= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +270= | |
| | | | TOTAL | | | TOTAL | 770.00 |

* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | 19 | Minus | 20 | = | x$11= | | OR | x$22= |
| Independent | 6 | Minus | 3 | = | x40= | | OR | x80= |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | = | x$11= | | OR | x$22= |
| Independent | | Minus | | = | x40= | | OR | x80= |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | = | x$11= | | OR | x$22= |
| Independent | | Minus | | = | x40= | | OR | x80= |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20"
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3"
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. XX/96)

*U.S. Government Printing Office: 1996 - 410-268/40093

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

JA - 0334

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 56 | 6 | 10/17/00 | (initials) |
|  | 7 |  |  |
|  | 13.6 |  |  |
|  | 13.7 |  |  |
|  | 13.4 |  |  |
|  | 255 |  |  |
|  | 295 |  |  |
|  | pg 3 |  |  |
|  | pg 9- |  |  |
|  | 14 | 10/17/00 | (initials) |
|  | updated above sb | 9/23/n | (initials) |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 56 | 6 | 9/28/01 | (initials) |
|  | 13.6 | 9/28/01 | (initials) |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
|  | Date | Exmr. |
|  |  |  |

(RIGHT OUTSIDE)

JA - 0335

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| | 155 | | 04/19/2 |
| FEE DETERMINATION | | 73 | 4/25/00 |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | | 11622 | 6-13-00 |
| RESPONSE FORMALITY REVIEW | | | |

### INDEX OF CLAIMS

| | | | | |
|---|---|---|---|---|
| ✓ | Rejected | N | | Non-elected |
| = | Allowed | I | | Interference |
| − | (Through numeral)... Canceled | A | | Appeal |
| ÷ | Restricted | O | | Objected |

| Claim | | Date | Claim | | Date | Claim | | Date |
|---|---|---|---|---|---|---|---|---|
| Final | Original | | Final | Original | | Final | Original | |
| | | | | 51 | | | 101 | |
| | | | | 52 | | | 102 | |
| | | | | 53 | | | 103 | |
| | | | | 54 | | | 104 | |
| | | | | 55 | | | 105 | |
| | | | | 56 | | | 106 | |
| | | | | 57 | | | 107 | |
| | | | | 58 | | | 108 | |
| | | | | 59 | | | 109 | |
| | | | | 60 | | | 110 | |
| | | | | 61 | | | 111 | |
| | | | | 62 | | | 112 | |
| | | | | 63 | | | 113 | |
| | | | | 64 | | | 114 | |
| | | | | 65 | | | 115 | |
| | | | | 66 | | | 116 | |
| | | | | 67 | | | 117 | |
| | | | | 68 | | | 118 | |
| | | | | 69 | | | 119 | |
| | | | | 70 | | | 120 | |
| | 21 | | | 71 | | | 121 | |
| | 22 | | | 72 | | | 122 | |
| | 23 | | | 73 | | | 123 | |
| | 24 | | | 74 | | | 124 | |
| | 25 | | | 75 | | | 125 | |
| | 26 | | | 76 | | | 126 | |
| | 27 | | | 77 | | | 127 | |
| | 28 | | | 78 | | | 128 | |
| | 29 | | | 79 | | | 129 | |
| | 30 | | | 80 | | | 130 | |
| | 31 | | | 81 | | | 131 | |
| | 32 | | | 82 | | | 132 | |
| | 33 | | | 83 | | | 133 | |
| | 34 | | | 84 | | | 134 | |
| | 35 | | | 85 | | | 135 | |
| | 36 | | | 86 | | | 136 | |
| | 37 | | | 87 | | | 137 | |
| | 38 | | | 88 | | | 138 | |
| | 39 | | | 89 | | | 139 | |
| | 40 | | | 90 | | | 140 | |
| | 41 | | | 91 | | | 141 | |
| | 42 | | | 92 | | | 142 | |
| | 43 | | | 93 | | | 143 | |
| | 44 | | | 94 | | | 144 | |
| | 45 | | | 95 | | | 145 | |
| | 46 | | | 96 | | | 146 | |
| | 47 | | | 97 | | | 147 | |
| | 48 | | | 98 | | | 148 | |
| | 49 | | | 99 | | | 149 | |
| | 50 | | | 100 | | | 150 | |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

JA - 0336

PATENT APPLICATION

09546145

1c564 U.S. PTO
09/546145

04/10/00

APR 25 0014

INITIALS _____

## CONTENTS

| | Date Received (Incl. C. of M.) or Date Mailed | | | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|
| 1. Application _Pre A_ papers. | 4/10/00 | 42. | | |
| 2. _Pre Amdt A_ | 7/5/00 | 43. | | |
| 3. _IDS_ | 7/5/00 | 44. | | |
| 4. _Pre Amdt B_ | 7/31/00 | 45. | | |
| 5. _Rejection (3)_ | 10-18-00 | 46. | | |
| 6. _IDS_ | 1-16-01 | 47. | | |
| 7. _Rejection (3)_ | 2/28/01 | 48. | | |
| 8. _Amdt C_ | 3/5/01 | 49. | | |
| 9. _Ext of Time 3M_ | 8-24-01 | 50. | | |
| 10. _Response (Supp)_ | 8-24-01 | 51. | | |
| 11. _Original Disclosure_ | 8-24-06 | 52. | | |
| 12. _Notice of Allowance_ | 9/26/01 | 53. | | |
| 13. _Drawings_ | 11/27/01 | 54. | | |
| 14. | | 55. | | |
| 15. | | 56. | | |
| 16. | | 57. | | |
| 17. | | 58. | | |
| 18. | | 59. | | |
| 19. | | 60. | | |
| 20. | | 61. | | |
| 21. | | 62. | | |
| 22. | | 63. | | |
| 23. | | 64. | | |
| 24. | | 65. | | |
| 25. | | 66. | | |
| 26. | | 67. | | |
| 27. | | 68. | | |
| 28. | | 69. | | |
| 29. | | 70. | | |
| 30. | | 71. | | |
| 31. | | 72. | | |
| 32. | | 73. | | |
| 33. | | 74. | | |
| 34. | | 75. | | |
| 35. | | 76. | | |
| 36. | | 77. | | |
| 37. | | 78. | | |
| 38. | | 79. | | |
| 39. | | 80. | | |
| 40. | | 81. | | |
| 41. | | 82. | | |

(LEFT OUTSIDE)

JA - 0337

JC093 U.S. PTO
09/643697
08/22/00

5 6 6 -Subclass
Class
ISSUE CLASSIFICATION

PATENT NUMBER

**6336312**

6336312

**U.S. UTILITY Patent Application**

| SCANNED | O.I.P.E. | PATENT DATE |
|---|---|---|
| | | JAN 08 2002 |

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/643697 | D | 056 | 6 | 3071 | Pezzuto |

APPLICANTS

TITLE

PTO-2040
12/99

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | |
|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | |
| 56 | 6 | 56 | 13.6 | |

INTERNATIONAL CLASSIFICATION

| A | 0 | 1 | 9 | 34/66 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

☐ Continued on Issue Slip Inside File Jacket

| 12/11/01 | Formal Drawings ( 18 sht(s) set | 8/22/00 |
|---|---|---|

| TERMINAL ☐ DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 18 | 24 | 7 | 27 | 1 |

☐ The term of this patent
subsequent to _____ (date)
has been disclaimed.

☐ The term of this patent shall
not extend beyond the expiration date
of U.S. Patent No. _____

(Assistant Examiner)                    (Date)

ROBERT E. PEZZUTO
PRIMARY EXAMINER

Art Unit 3071    9/28/01
(Primary Examiner)    (Date)

☐ The terminal _____ months of
this patent have been disclaimed.

D. Washington    10/5/01
(Legal Instruments Examiner)    (Date)

NOTICE OF ALLOWANCE MAILED

9-28-01

| ISSUE FEE | CW |
|---|---|
| Amount Due | Date Paid |
| 1240 | 11-27-01 |

ISSUE BATCH NUMBER

M74

WARNING:
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368.
Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/99)

FILED WITH: ☐ DISK (CRF)  ☐ FICHE  ☐ CD-ROM
(Attached in pocket on right inside flap)

Form drawings ( ____ sht(s) set

ISSUE    FILE

(FACE)

JA - 0338

PATENT APPLICATION SERIAL NO. _09-643697_

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

fees m #3

PTO-1556
(5/87)
*U.S. GPO: 1999-459-082/19144

Page . of 1

 UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

**CONFIRMATION NO. 1148**

Bib Data Sheet

| SERIAL NUMBER 09/643,697 | FILING DATE 08/22/2000 RULE | CLASS 056 | GROUP ART UNIT 3671 | ATTORNEY DOCKET NO. 7016R-000015/CPB |
|---|---|---|---|---|

**APPLICANTS**
   Richard D. Bednar, Johnson Creek, WI; *Randal S. Knurr, Waterford, WI.*

** CONTINUING DATA ***********************
   THIS APPLICATION IS A CIP OF 09/546,145 04/10/2000     *3. of ②*
   WHICH IS A CON OF 08/794,141 02/03/1997 PAT 6,047,530

** FOREIGN APPLICATIONS ***********************
   *none (②)*

IF REQUIRED, FOREIGN FILING LICENSE
GRANTED ** 10/11/2000

| Foreign Priority claimed ☐ yes ☒ no 35 USC 119 (a-d) conditions ☐ yes ☒ no ☐ Met after met Allowance Verified and Acknowledged   Examiner's Signature   Initials | STATE OR COUNTRY WI | SHEETS DRAWING 18 | TOTAL CLAIMS 27 | INDEPENDENT CLAIMS 3 |
|---|---|---|---|---|

**ADDRESS**
Harness Dickey & Pierce PLC
PO Box 828
Bloomfield Hills ,MI 48303

**TITLE**
Gang-Type rotary lawn mower with multiple rear rollers

| FILING FEE RECEIVED 966 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 FEES ( Issue ) |
| | | ☐ Other, |
| | | ☐ Credit |

JA - 0340

NEW, CONTINUATION, DIVISIONAL OR
CONTINUATION-IN-PART APPLICATION
UNDER 37 C.F.R. §1.53(b)

Attorney Docket No. 7016R-000015/CPB

Express Mail Label No. EL581390395US

Date August 22, 2000

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Hon. Commissioner of Patents and Trademarks
Washington, D. C. 20231

Sir:

Transmitted herewith for filing under 37 C.F.R §1.53(b) is a patent application for

GANG-TYPE ROTARY LAWN MOWER

identified by:     [ ]  First named inventor _____
            or   [ X ] Attorney Docket No. (see above)

1.  **Type of Application**

    [ ]  This application is a new (non-continuing) application.

    [ X ] This application is a [ ] continuation / [ ] divisional / [ X ] continuation-in-part of prior application No. 09/546,145. Amend the specification by inserting before the first line the sentence:

        [ ]  The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied, is considered part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

    If for some reason applicant has not requested a sufficient extension of time in the parent application, and/or has not paid a sufficient fee for any necessary response in the parent application and/or for the extension of time necessary to prevent the abandonment of the parent application prior to the filing of this application, please consider this as a Request for an Extension for the required time period and/or authorization to charge our Deposit Account No. 08-0750 for any fee that may be due. THIS FORM IS BEING FILED IN TRIPLICATE: one copy for this application; one copy for use in connection with the Deposit Account (if applicable); and one copy for the above-mentioned parent application (if any extension of time is necessary).

2.  **Contents of Application**

    a.  Specification of 26 pages including a Title Page; .
            [ ]  A microfiche computer program (Appendix);
            [ ]  A nucleotide and/or amino acid sequence submission;

        [ ]  Because the enclosed application is in a non-English language, a verified English translation [ ] is enclosed [ ] will be filed.

        [ ]  Cancel original claims   of the prior application before calculating the filing fee. (At least one original independent claim must be retained for filing date purposes.)

    b.  [ X ] Drawings on 18 sheets;

Attorney Docket No. 7016R-000015/CPB

Express Mail Label No. EL581390395US

Date August 22, 2000

c.  [ X ]  An unsigned Oath/Declaration [ X ] is enclosed /  [  ] will be filed in accordance with 37 C.F.R. §1.53(f).

The enclosed Oath/Declaration is [ ] newly executed / [  ] a copy from a prior application under 37 C.F.R. §1.63(d) / [  ] accompanied by a statement requesting the deletion of person(s) not inventors in the continuing application.

d.  Fees

| FILING FEE CALCULATION | Number Filed | | Number Extra | Rate | | Basic Fee $690.00 |
|---|---|---|---|---|---|---|
| Total Claims | 27 | – 20 = | ·7 × | $18.00 | = | $126.00 |
| Independent Claims | 3 | – 3 = | 0 × | $78.00 | = | $0.00 |
| Multiple Dependent Claim(s) Used .......................... | | | | $260.00 | = | |
| FILING FEE – NON-SMALL ENTITY ................................................................................ | | | | | | $816.00 |
| FILING FEE - SMALL ENTITY: Reduction by 1/2 ...........................................<br>    [ ] Verified Statement under 37 C.F.R. §1.27 is enclosed.<br>    [ ] Verified Statement filed in prior application. | | | | | | |
| Assignment Recordal Fee ($40.00)............................................................................ | | | | | | |
| 37 C.F.R. §1.17(k) Fee (non-English application) .................................................... | | | | | | |
| TOTAL ......................................................................................................................... | | | | | | $816.00 |

[  ]  A check is enclosed to cover the calculated fees.  The Commissioner is hereby authorized to charge any additional fees that may be required, or credit any overpayment, to Deposit Account No. 08-0750. A duplicate copy of this document is enclosed.

[ X ]  The calculated fees will be paid within the time allotted for completion of the filing requirements.

[  ]  The calculated fees are to be charged to Deposit Account No. 08-0750. The Commissioner is hereby authorized to charge any additional fees that may be required, or credit any overpayment, to said Deposit Account. A duplicate copy of this document is enclosed.

3.  **Priority Information**

[ ]  **Foreign Priority:**  Priority based on _____ Application No. _____, filed _____, is claimed.

[ ]  A copy of the above referenced priority document [  ] is enclosed / [ ] will be filed in due course, pursuant to 35 U.S.C. §119(a)-(d).

[ ]  **Provisional Application Priority:** Priority based on United States Provisional Application No. _____, filed _____, is claimed under 35 U.S.C. §119(e).

Sheet 2 of 3

Attorney Docket No. <u>7016R-000015/CPB</u>

Express Mail Label No. <u>EL581390395US</u>

Date <u>August 22, 2000</u>

4.  **Other Submissions**

    [ ]  A Preliminary Amendment is enclosed.

    [ ]  An Information Disclosure Statement, _____ sheets of PTO Form 1449, and _____ patent(s)/publications/documents are enclosed.

    [ ]  A power of attorney

        [ ]  is submitted [ ] with the new Oath/Declaration.

        [ ]  is of record in the prior application and [ ] is in the original papers / [ ] a copy is enclosed.

    [ ]  An Assignment of the invention

        [ ]  is enclosed with a cover sheet pursuant to 37 C.F.R. §§3.11, 3.28 and 3.31.

        [ ]  is of record in a prior application. The assignment is _____ and is recorded at Reel _____, Frame(s) _____.

    [ ]  An Establishment of Assignee's Right To Prosecute Application Under 37 C.F.R. §3.73(b), and Power Of Attorney is enclosed.

    [ x ]  An Express Mailing Certificate is enclosed.

    [ x ]  Other: Return Postcard.

Attention is directed to the fact that the correspondence address for this application is:

        Harness, Dickey & Pierce, P.L.C.
        P.O. Box 828
        Bloomfield Hills, Michigan 48303
        (248) 641-1600.

Respectfully,

*David P. Utykanski*

Date _____ *8/22/00* _____
Harness, Dickey & Pierce, P.L.C.
P.O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600

David P. Utykanski, Reg. No. 39,052
Donald G. Walker, Reg. No. 44,390

DPU/DGW/vle

Sheet 3 of 3

EXPRESS MAIL NO.
EL 581 390 395 US

UNITED STATES PATENT APPLICATION

of

RICHARD D. BEDNAR

a citizen of the United States of America
residing at
N6804 Shorewood Hills Road
Lake Mills, Wisconsin  53551

for a new and useful invention entitled

GANG-TYPE ROTARY LAWN MOWER

and
Assigned To:

TEXTRON, INC.
40 Westminster Street
Providence, Rhode Island  02903

Prepared by:

HARNESS, DICKEY & PIERCE, P.L.C.
P.O. BOX 828
Bloomfield Hills, Michigan  48303
(248) 641-1600

Attorney Docket No. 7016R-000015/CPB

08-23-06

A

# HARNESS, DICKEY & PIERCE, P.L.C.
ATTORNEYS AND COUNSELORS
P.O. BOX 828
BLOOMFIELD HILLS, MICHIGAN 48303
U.S.A.

TELEPHONE
(248) 641-1600

TELEFACSIMILE
(248) 641-0270

August 22, 2000

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Sir:

## EXPRESS MAILING CERTIFICATE

Applicant:          Richard D. Bednar

Serial No.:         To be designated

For:                GANG-TYPE ROTARY LAWN MOWER

Docket:             7016R-000015/CPB

Attorney:           David P. Utykanski

"Express Mail" Mailing Label Number ...............................EL581390395US

Date of Deposit.................................................................. August 22, 2000

I hereby certify and verify that the accompanying return postcard, Transmittal Letter (in triplicate); 26-page patent application including Title Page with attached (unsigned) 2-page Declaration and Power of Attorney; 18 sheets of drawings showing Figures 1-24 are being deposited with the United States Postal Service "Express Mail Post Office To Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is (are) addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Vivian L. Erznoznik
Vivian L. Erznoznik

JA - 0345

Attorney Dr    t No. 7016R-000015/CPB

# GANG-TYPE ROTARY LAWN MOWER *with multiple cam rollers*

## RELATED APPLICATIONS

This patent application is a continuation-in-part of U.S. Serial No. 09/546,145, filed April 10, 2000, which is a continuation of U.S. Serial No.

5      08/794,141, filed February 3, 1997, now Patent No. 6,047,530, issued April 11, 2000.

## BACKGROUND OF THE INVENTION

The invention relates to rotary lawn mowers and to gang-type lawn mowers. Historically, reel mowers have been used to cut golf course roughs.

10     It is generally recognized that rotary mowers are better suited for cutting tall grass, where scalping is not a problem, while reel mowers are better for shorter cutting. A gang of reels can be either attached directly to the frame on which the operator rides, or pulled behind a tractor. Pull-behind or tow-behind rotary gangs are also known. These can be driven either by a power takeoff or

15     by a separate engine. Tow-behind gangs, whether reel or rotary, are generally undesirable for cutting a golf course rough because close trimming is difficult. Thus, rotary mowers have not been used to cut golf course roughs, which require close trimming and the ability to cut undulating terrain at a relatively short length.

## SUMMARY OF THE INVENTION

20

The invention provides a gang-type rotary lawn mower suitable for cutting a golf course rough. This is a tremendous improvement over the known prior art, because a rotary mower typically requires substantially less maintenance than a reel mower. The lawn mower has single-spindle cutting

1

Attorney Do    t No. 7016R-000015/CPB

decks attached directly to the frame on which the operator rides, with a front row of two or more cutting decks in front of the front wheels, and with a rear row of one or more cutting decks between the front and rear wheels. The invention also provides an improved arrangement for mounting a rotary

5    cutting deck on a lawn mower frame. Each deck is mounted on its own lifting arm so that the deck can move vertically relative to the frame and can pivot relative to the frame about three mutually perpendicular axes.

More particularly, the invention provides a gang-type rotary lawn mower comprising a frame supported by front and rear wheels, an operator's

10    seat mounted on the frame, at least two side-by-side front cutting deck assemblies mounted on the frame in front of the front wheels, and at least one rear cutting deck assembly mounted on the frame behind the front wheels and in front of the rear wheels. Each of the front and rear deck assemblies includes a pair of laterally-spaced, generally vertically-extending side plates,

15    front wheels supporting the side plates for movement over the ground, and a rear roller extending between the side plates and supporting the side plates for movement over the ground. Each deck assembly also includes a single-spindle cutting deck located between the side plates and in front of the roller, the deck being mounted on the side plates such that the height of the deck

20    relative to the ground is adjustable. The roller extends across substantially the entire width of the deck. The roller resists scalping and stripes the grass, both of which are aesthetically desirable.

Each deck assembly is connected to the frame by a generally L-shaped, horizontally-extending lifting arm operable to lift the deck assembly

25    relative to the frame. Each deck assembly is connected to the frame by its

2

JA - 0347

Attorney Docket No. 7016R-000015/CPB

own lifting arm. Each lifting arm has an inner end pivotally connected to the frame. A cross member is mounted on the outer end of the lifting arm for pivotal movement about a generally vertical axis and about a generally horizontal axis extending in the forward-rearward direction. One end of the

5    cross member is connected to one of the deck assembly side plates for pivotal movement about a generally horizontal, laterally-extending axis adjacent the forward ends of the side plates, and the other end of the cross member is connected to the other side plate for pivotal movement about the same axis.

10    This construction enables the lawn mower to cut the undulating terrain of a golf course rough and to be controlled for close trimming. Also, as mentioned above, the lawn mower requires much less maintenance than the reel mowers historically used to cut a golf course rough.

Other features and advantages of the invention will become apparent

15    to those skilled in the art upon review of the following detailed description, claims and drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top plan view of a lawn mower embodying the invention;

FIG. 2 is a perspective view of a cutting deck assembly;

20    FIG. 3 is a top plan view of the cutting deck assembly;

FIG. 4 is a side elevational view of the cutting deck assembly;

FIG. 5 is a rear elevational view of the cutting deck assembly;

FIG. 6 is a view taken along line 6--6 in FIG. 3;

3

JA - 0348

Attorney Dr   t No. 7016R-000015/CPB

FIG. 7 is a top plan view of another embodiment of the present invention;

FIG. 8 is a top plan view of another embodiment of the present invention;

5  FIG. 9 is a top plan view of a cutter assembly of the present invention;

FIG. 10 is a perspective view of a lifting arm and cutting deck interconnection;

FIG. 11 is a top plan view of an alternate embodiment cutter deck assembly;

10  FIG. 12 is a top plan view of a three-wheeled lawn mower embodiment of the present invention;

FIG. 13 is a top plan view of a cutter assembly having a segmented roller assembly;

FIG. 14 is a top plan view of another embodiment of a cutter assembly;

15  FIG. 15 is a top plan view of another cutter assembly embodiment;

FIG. 16 is a partial top plan view of an alternate embodiment lawn mower;

FIG. 17 is a partial top plan view of another alternate embodiment lawn mower;

20  FIG. 18 is a partial top plan view of another alternate embodiment lawn mower;

FIG. 19 is a top plan view of a cutter assembly having a plurality of front caster wheels;

FIG. 20 is a top plan view of a cutter assembly having a "V" shaped

25  rear roller assembly;

4

JA - 0349

Attorney D    t No. 7016R-000015/CPB

FIG. 21 is a top plan view of a cutter assembly having a plurality of front and rear caster wheels;

FIG. 22 is a top plan view of another embodiment of a cutter assembly;

FIG. 23 is a top plan view of another embodiment of a cutter assembly;

5    and

FIG. 24 is a top plan view of another cutter assembly embodiment.

Before certain embodiments of the invention are explained in detail, it is to be understood that the invention is not limited in its application to the details of the construction and the arrangements of components set forth in

10    the following description or illustrated in the drawings. The invention is capable of other embodiments and of being practiced or being carried out in various ways. Also, it is understood that the phraseology and terminology used herein is for the purpose of description and should not be regarded as limiting.

15    DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

A lawn mower 10 embodying the invention is illustrated in FIG. 1. Except as described below, the lawn mower 10 is identical to the lawn mower disclosed in U.S. patent application Serial No. 08/787,384, filed Jan. 22, 1997, titled "PARALLEL-SERIES FOUR-WHEEL-DRIVE HYDRAULIC CIRCUIT

20    FOR A RIDING LAWN MOWER" and assigned to the assignee hereof. The lawn mower 10 comprises a frame 12 (partially shown in FIGS. 2-5) supported by front wheels 14 and rear wheels 16 for movement over the ground. While the illustrated lawn mower 10 is rear-steering and has four-wheel drive, it

5