Attorney D⌈    t No. 7016R-000015/CPB

should be understood that the invention is applicable to front-steering or two-wheel-drive lawn mowers.

The lawn mower 10 further comprises a power source 18 supported by the frame 12. The power source may be any type known in the art, such as a

5    gasoline-powered, internal-combustion engine. The engine drives a hydraulic pump (not shown) that supplies hydraulic fluid to hydraulic motors (not shown) drivingly connected to the wheels 14 and 16. The lawn mower 10 further comprises an operator's seat 20, and a conventional steering system, including a steering wheel 22, enabling the operator to steer the lawn mower

10    10. In the illustrated construction, the steering system is hydraulic and is connected to the rear wheels 16 to steer the lawn mower 10.

The lawn mower 10 further comprises front and rear rows 26 and 30, respectively, of cutting deck assemblies 34. More particularly, in the illustrated construction, the lawn mower 10 has three side-by-side front cutting deck

15    assemblies 34 in front of the front wheels 14, and two rear cutting deck assemblies 34 behind the front wheels 14 and in front of the rear wheels 16. As is known in the art, each rear deck assembly 34 is aligned with the gap between two adjacent front deck assemblies 34.

Each of the cutting deck assemblies 34 includes (see FIGS. 2-5) a

20    single-spindle mulching deck 38 defining a downwardly opening space 42 (FIG. 4). The deck 38 is located between and supported by a pair of laterally-spaced, generally vertically-extending side plates 46 and 48. The term "lateral" is used herein to mean the direction from one side of the lawn mower to the other, i.e., perpendicular to the forward-rearward direction. Two front

25    wheels 50 rotate about an axle 54 (FIGS. 2 and 3) extending between the

6

Attorney Do    t No. 7016R-000015/CPB

side plates 46 and 48 in front of the deck 38, such that each front wheel 50 supports one of the side plates 46 and 48 and the deck 38 for movement over the ground. A rear roller 58 extends between the side plates 46 and 48 and also supports the side plates 46 and 48 and the deck 38 for movement over

5    the ground. The roller 58 is behind the deck 38 and extends across substantially the entire width of the deck 38. The roller 58 resists scalping and stripes the grass.

The deck 38 is mounted on the side plates 46 and 48 such that the height of the deck 38 relative to the ground is adjustable. In the illustrated

10    construction, the deck 38 includes spaced deck plates 66 and 68 (FIGS. 3 and 5) extending upwardly adjacent the side plates 46 and 48, respectively. The upper end of each side plate 46 or 48 has thereon (see FIG. 2) generally horizontal, inwardly-extending ears 69 and 70, with the ear 69 adjacent the front of the side plate and the ear 70 adjacent the rear of the side plate. Fixed

15    to the ears 69 and 70 of each side plate 46 or 48 is an elongated plate member 71 having outwardly-extending ears 72 and 73 respectively secured to the ears 69 and 70 by suitable means such as bolts or screws 74. Each side plate 46 or 48 and the corresponding plate member 71 has therein (see FIGS. 4 and 6) a series of holes 76. Each of the deck plates 66 and 68 has

20    therein several vertically-spaced series of holes 78. Bolts 80 extending through holes 76 in the side plates 46 and 48 and in the plate members 71 and through holes 78 in the deck plates 66 and 68 secure the deck 38 to the side plates 46 and 48. The height of the deck 38 is adjusted by changing the holes 76 in the deck plates 66 and 68 and/or the holes in the side plates 46

25    and 48 and in the plate members 71 through which the bolts 80 extend.

7

JA - 0352

Attorney Dt    t No. 7016R-000015/CPB

A single spindle 84 (FIG. 4) is mounted for rotation about a generally

vertical axis within the space 42 defined by the deck 38. The spindle 84 is

driven by a hydraulic motor 88 on top of the deck 38. The above-mentioned

pump supplies hydraulic fluid to the motor 88. It should be understood that

5    other means could be used to drive the spindle 84.

A set of cutting blades is mounted on the spindle 84 for rotation

therewith. In the illustrated construction, as shown in FIGS. 3 and 4, each

blade set includes a lower, leading blade 92 and an upper, trailing blade 96.

The leading blade 92 has a leading cutting edge and an upwardly angled

10    trailing edge or lift. Preferably, the lift of the leading blade 92 is angled

upwardly at an angle of approximately forty-five degrees. The trailing blade 96

has a leading cutting edge for cutting clippings deflected upwardly by the lift of

the leading blade 92. The blades are preferably identical to those disclosed in

U.S. patent application Serial No. 08/787,382, filed Jan. 22, 1997, titled

15    "ROTARY LAWN MOWER MULCHING DECK" and assigned to the assignee

hereof. In alternative embodiments of the invention, different blade

arrangements can be employed.

Each of the deck assemblies 34 is mounted on the frame 12 by a

generally L-shaped, horizontally-extending lifting arm 112, such that each

20    deck assembly is mounted on its own lifting arm 112. The lifting arm 112 has

(see FIGS. 2 and 3) a laterally-extending inner leg 116 with an inner end

connected to the frame 12 for pivotal movement about a generally horizontal

axis 120 extending in the forward-rearward direction. The arm 112 also has

an outer leg 124 extending in the forward-rearward direction. A cross member

25    128 is mounted on the outer end of the outer leg 124 for pivotal movement

8

Attorney D:    t No. 7016R-000015/CPB

about a generally vertical axis 132 and about a generally horizontal axis 136
extending in the forward-rearward direction. Each of the opposite, laterally-
spaced ends of the cross member 128 has thereon (see FIGS. 2, 3, 5 and 6)
a downwardly and slightly rearwardly extending arm 140. The lower end of
5    one arm 140 is connected to the side plate 46 for pivotal movement about a
generally horizontal, laterally-extending axis 144 adjacent the forward ends of
the side plates 46 and 48. The lower end of the other arm 140 is connected to
the side plate 48 for pivotal movement about the axis 144.

A hydraulic assembly 148 (partially shown only in FIG. 5) connected
10    between the arm 112 and the frame 12 pivots the arm about the axis 120 for
lifting an d lowering the deck 38. When the deck is lowered for cutting, the
hydraulic assembly allows the lifting arm to "float," thereby allowing the deck
38 to move vertically relative to the frame 12. The connection of the deck 38
to the arm 112 via the cross member 128 allows the deck 38 to pivot relative
15    to the frame 12 about the three mutually perpendicular axes 132, 136 and
144. This mounting arrangement enables the deck 38 to adjust to undulating
terrain, thereby substantially avoiding scalping.

With reference to FIG. 7, an alternate lawn mower embodiment is
depicted at reference numeral 150. It should be appreciated that lawn mower
20    150 includes common components and functions substantially similarly to
lawn mower 10. Accordingly, similar components will be identified with like
reference numerals. Lawn mower 150 preferably includes three side-by-side
front cutting deck assemblies 34 in front of the wheels 14 and two rear cutting
deck assemblies 152 positioned between the front wheels 14 and in front of
25    the rear wheels 16.    Each of the rear cutting deck assemblies 152 is

9

Attorney Do    t No. 7016R-000015/CPB

positioned within the gap between two adjacent front deck assemblies 34. Rear deck assemblies 152 are substantially similar to cutting deck assemblies 34. However, cutting deck assemblies 152 are positioned adjacent one another between the front wheels. The placement of rear cutting deck

5   assemblies 152 closer to front deck assemblies 34 allows for a reduction in lawn mower wheel base and overall length. Accordingly, lawn mower weight may be decreased while maneuverability is increased. Specifically, by closely packaging rear deck assemblies 152 with front deck assemblies 34 the turning radius of the lawn mower may be decreased without introducing strips

10   of uncut grass. By way of example and without limitation, the distance between any two adjacent cutting deck centers, X and Y, varies between 1 and 2.5 units of cutting deck diameter, D. Additionally, as forward cutting deck assemblies are spaced apart a distance A, the ratio of distance X to distance A (X/A) and distance Y to distance A (Y/A) varies between 1 and 1.6.

15      FIG. 8 depicts another lawn mower embodiment 154 having three forward cutting deck assemblies 156 and two rear cutting assemblies 158. Forward cutting assemblies 156 are aligned side-by-side spaced apart from one another forward of front wheels 14. Rear cutting deck assemblies 158 are also aligned side-by-side and spaced apart from one another. Rear

20   cutting deck assemblies 158 are positioned between front wheels 14 in similar fashion to lawn mower 150 previously described.

      With reference to FIGS. 9 and 10, each of the cutting deck assemblies 156 and 158 includes a single spindle mulching deck 160 defining a downwardly opening space. Deck 160 is supported by a pair of laterally

25   spaced, generally vertically extending side plates 162 and 164. Two caster

10

wheels 166 are pivotally coupled to a cross-arm 168 extending between side plates 162 and 164, such that each caster wheel 166 supports one of the side plates 162 and 164 and the deck 160 for movement over the ground. Each of the caster wheels 166 is coupled to cross-arm 168 via a caster shaft 170.

5    Accordingly, each of caster wheels 166 may rotate about an axle shaft 172 and also pivot about caster shaft 170 when the vehicle is turning. A continuous, unitary roller 174 extends between side plates 162 and 164 and also supports side plates 162 and 164 and deck 160 for movement over the ground. In this embodiment, roller 174 is positioned behind deck 160 and

10   extends substantially across the entire width of deck 160.

      Each of the deck assemblies includes a lifting arm 176 to pivotally interconnect each of the deck assemblies with frame 12. Each lifting arm 176 includes a first end 178 pivotally coupled to deck 160 and a second end 180 pivotally coupled to frame 12. Specifically, first end 178 cooperates with a pin

15   182 to define an axis of rotation 184 extending laterally across deck 160 perpendicular to the forward-rearward direction of travel. Pin 182 rotatably couples second end 180 to a bracket 186. Bracket 186 is in turn pivotally coupled to a pair of stantions 188 extending from deck 160. A second pin 190 rotatably interconnects bracket 186 and stantions 188 for rotation about an

20   axis 192 longitudinally extending in the forward-rearward direction of the mower 154.

      Second end 180 of lifting arm 176 includes a third pin 194 pivotally interconnecting lifting arm 176 with frame 12. Pin 194 defines an axis 196 laterally extending across mower 154. As earlier described with reference to

11

Attorney D    t No. 7016R-000015/CPB

FIG. 5, a hydraulic assembly 148 connected between lifting arm 176 and frame 12 pivots the arm about axis 196 for lifting and lowering deck 160.

An alternate embodiment cutter deck assembly 198 is depicted in FIG. 11. A segmented first roller 200 is positioned behind a deck 201 laterally

5   extending a distance less than the width of deck 201. Segmented roller 200 includes a plurality of roller segments 200A, 200B, 200C and 200D. It should be appreciated that segmented first roller 200 may include any number of roller segments without departing from the scope of the present invention. A second roller 202 is positioned forward of first roller 200. Second roller 202 is

10   coupled to a side plate 203 and generally aligned with an outside edge of deck 201. A third roller 204 is aligned laterally with second roller 202 and positioned forward of first roller 200. Third roller 204 is coupled to a side plate 205 and generally aligned with an outside edge of deck 201. First roller 200, second roller 202 and third roller 204 are positioned to define a substantially

15   uninterrupted rolling path 206 to provide an aesthetically pleasing striping of the grass. Second roller 202 and third roller 204 may be sized such that a portion of each of these rollers overlaps first roller 200. Alternatively, an inner edge 208 of second roller 202 may be aligned with an outer edge 210 of first roller 200 to provide the substantially uninterrupted roller path.

20   With reference to FIG. 12, a three-wheeled mower 212 includes two forward wheels 214 and one rear wheel 216. Two forward cutting deck assemblies 218 are aligned with each of the wheels 214 in the longitudinal (forward-rearward) direction of travel and laterally aligned with each other. Each of cutting deck assemblies 218 includes a pair of segmented rollers 220

25   aligned along an axis of rotation 222 and laterally spaced apart from one

12

Attorney D·    t No. 7016R-000015/CPB

another a predetermined distance 224. Each of the forward wheels 214 is aligned with the space between rollers 220 such that the combination of rollers 220 and wheel 214 form a rolling path 226 to provide the striping effect.

5          A rear cutting deck assembly 228 is positioned within the gap between forward cutting assemblies 218. Rear cutting deck assembly 228 is preferably laterally centered between forward cutting deck assemblies 218 to assure that all of the grass across the width of mower 212 is cut. In addition, forward cutting deck assemblies 218 are spread apart a distance less than the cutting width of rear cutting deck assembly 228 to further assure a complete width of

10        cut when mower 212 is turning. Rear cutting deck assembly 228 is aligned with rear wheel 216 such that a first roller 230 and a second roller 232 cooperate with rear wheel 216 to stripe the grass.

          Another cutting deck assembly is depicted at reference numeral 234 in FIG. 13. Cutting deck assembly 234 includes a plurality of separate rollers

15        236 aligned and rotatably mounted to axle 238. Axle 238 is coupled to a first side plate 242 and a second side plate 244. Accordingly, rollers 236 support the side plates and a deck 245 for movement over the ground. Rollers 236 are preferably axially spaced apart a predetermined distance along axle 238 to provide an alternate striping effect. It should be appreciated that rollers 236

20        are positioned such that they do not extend substantially across the entire width of a mower deck 245. In similar fashion and in reference to FIG. 14, a single one-piece unitary roller 246 may be incorporated to support the side plates and deck. Roller 246 does not extend the entire width of the mower deck.

13

Attorney D        t No. 7016R-000015/CPB

As shown in FIG. 15, another embodiment 250 of a cutting deck assembly includes a pair of rear wheels 252 coupled to a pair of side plates 254 and 256, respectively. Rear wheels 252 function to support side plates 254 and 256 along with a mower deck 258 for movement over the ground.

5    Additionally, cutter deck assembly 250 includes a unitary, one-piece roller 260 extending between side plates 254 and 256 a distance less than the entire width of deck 258.

Referring to FIGS. 16-18, each of the forward and rear cutting deck assemblies may be positioned relative to another in a number of ways.

10    Specifically, a forward cutting deck assembly 262 includes a roller 264 having an inboard edge 266 which may be positioned in an overlapping relationship with a rear cutting deck assembly 267 having a roller 268 with an outboard edge 269. As phantom line 270 represents, inboard edge 266 of forward cutting deck assembly 262 overlaps outboard edge 269 of rear cutting deck

15    assembly 267 to create the appearance of one continuous roller stripe.

Similarly, with reference to FIG. 17, an inboard edge 271 of a roller 272 may be longitudinally aligned with an outboard edge 274 of a roller 276. Accordingly, the cutting deck positions depicted in the Figure provide a substantially continuous roller stripe. As shown in Fig. 18, an inboard edge

20    278 of a roller 280 may be offset from an outboard edge 282 of a roller 284 as depicted by phantom line 286. In this manner, an interrupted stripe is formed in the grass as the rollers pass over.

Another cutting deck embodiment 290 is depicted in Figure 19. Cutting deck assembly 290 includes a plurality of front caster wheels 292 pivotally

25    coupled to a arcuate cross member 294 interconnecting a first side plate 296

14

JA - 0359

Attorney D    t No. 7016R-000015/CPB

and a second side plate 298. Each of front caster wheels 292 is pivotally coupled to cross member 294 via a caster pin 300. The plurality of caster wheels 292 provide an improved anti-scalp feature such that if any one of the caster wheels were to encounter a raised portion of turf, deck assembly 290

5   would be lifted to prevent the cutting blade from removing too much grass and scalping the turf. Cutting deck 290 also includes a pair of rear wheels 302 and a rear segmented roller assembly 304. Rear wheels 302 are pivotally coupled to each of the side plates 296 and 298. Each of the segments of segmented rear roller assembly 304 are rotatably coupled and aligned along

10   an axle 306.

Figure 20 depicts yet another cutting deck assembly 308 having a stepped and segmented rear roller assembly 310. Rear roller assembly 310 includes a pair of outboard rollers 312 coupled to side plates 314 and 316. Rear roller assembly 310 also includes an inboard set of rollers 318

15   positioned between side plates 314 and 316 and rotatably mounted on a stepped axle shaft 320. Rear roller assembly 310 provides a striped pattern having a width greater than the width of a deck 322.

Figures 21-24 depict additional cutting deck embodiments including various combinations of components previously introduced. Specifically,

20   Figures 21 and 23 include a plurality of front caster wheels 324 pivotally mounted to a cross-member 325. The embodiment depicted in Figure 21 includes a rearwardly mounted plurality of caster wheels 326 in lieu of a rear roller. Figure 22 includes a "V" shaped offset, segmented roller assembly 328 similar to the assembly shown in Figure 20 and depicted at reference numeral

15

Attorney D        t No. 7016R-000015/CPB

310. Finally, Figure 24 includes a rear plurality of caster wheels 328 similar to those shown in Figure 21 at numeral 326.

It should be understood that any of the aforementioned lawn mowers may have two or more decks in the front row, and one or more cutting decks

5  in the rear row. Also, other arrangements may be used to mount the decks to frame 12.

Various features of the invention are set forth in the following claims.

16

Attorney D      t No. 7016R-000015/CPB

In The Claims:

1.    A gang-type rotary lawn mower comprising:

a frame supported by front wheels and at least one rear wheel for movement over the ground;

5         a power source which is mounted on said frame and which drives at least two of said wheels;

an operator's seat mounted on said frame;

a steering system enabling the operator to steer said lawn mower;

at least two side-by-side front rotary cutting deck assemblies mounted on said frame in front of said front wheels, said front deck assemblies defining a gap between adjacent front deck assemblies; and

at least one rear rotary cutting deck assembly mounted on said frame behind said front deck assemblies and between said front wheels, each rear deck assembly being aligned with a respective gap between adjacent front deck assemblies;

each of said front and rear deck assemblies including a deck defining a downwardly opening space, at least one cutting blade mounted on a spindle for rotation therewith and a first roller supporting said deck for movement over the ground, said first roller extending only partially across the width of said deck.

2.    The lawn mower of Claim 1 wherein each of said front and rear deck assemblies further includes a second roller positioned in offset relation to said first roller.

17

JA - 0362

Attorney D      t No. 7016R-000015/CPB

3.    The lawn mower of Claim 2 wherein each of said front and rear deck assemblies further includes a third roller having an axis of rotation aligned with an axis of rotation of said second roller.

4.    The lawn mower of Claim 3 wherein each of said first, second and third rollers define a rolling path substantially uninterrupted across the width of the deck.

5.    The lawn mower of Claim 4 wherein said rolling path includes a portion traveled by both of said first and second rollers.

6.    The lawn mower of Claim 1 wherein each of said front and rear deck assemblies includes a second roller aligned with said first roller and spaced apart therefrom, said first and second rollers positioned on opposite sides of a respective wheel such that a rolling path is defined by said first roller, said second roller and said respective wheel.

7.    The lawn mower of Claim 6 wherein said rolling path extends substantially across the deck width.

8.    The lawn mower of Claim 1 wherein said first roller of said at least one front deck assembly defines a rolling path and said first roller of said corresponding at least one rear deck assembly defines a rolling path.

18

Attorney D          t No. 7016R-000015/CPB

9.    The lawn mower of Claim 8 wherein said rolling path defined by said front deck assembly roller overlaps said rolling path defined by said rear deck assembly roller.

10.    The lawn mower of Claim 8 wherein said rolling path defined by said front deck assembly roller includes an inboard edge aligned with an outboard edge of said rolling path defined by said rear deck assembly roller.

11.    The lawn mower of Claim 8 wherein said rolling path defined by said front deck assembly roller is spaced apart from said rolling path defined by said rear deck assembly roller.

12.    The lawn mower of Claim 1 wherein each of said front and rear deck assemblies further includes a pair of rotatable wheels pivotally mounted to said frame.

13.    The lawn mower of Claim 12 wherein said rotatable wheels are mounted on a caster shaft.

14.    The lawn mower of Claim 1 further including a lifting arm pivotally interconnecting each of said front deck assemblies to said frame, said lifting arm pivoting about an axis laterally extending across said deck assembly substantially parallel to the ground and perpendicular to the direction of travel.

19

Attorney D        t No. 7016R-000015/CPB

15.     The lawn mower of Claim 1 wherein said first roller is a unitary, one-piece roller.

16.     The lawn mower of Claim 1 wherein said first roller is a segmented roller having a plurality of roller segments.

17.     The lawn mower of Claim 16 wherein said roller segments are aligned along an axis of rotation.

18.     The lawn mower of Claim 16 wherein each of said roller segments is positioned in an offset manner from an adjacent one of said roller segments.

20

Attorney D    t No. 7016R-000015/CPB

19. A cutting deck assembly for a gang-type rotary lawn mower having a frame, the cutting deck assembly comprising:

a deck defining a downwardly opening space;

at least one cutting blade mounted on a spindle for rotation therewith;

5       a pair of laterally-spaced, generally vertically extending side plates having forward ends;

a first front wheel supporting one of said side plates for movement over the ground;

a second front wheel supporting the other of said side plates for 10   movement over the ground;

a roller extending between said side plates supporting said side plates for movement over the ground, wherein said deck is coupled to said side plates and located in front of said roller such that the height of said deck relative to the ground is adjustable by changing the position of said deck 15   relative to said side plates; and

a lifting arm adapted to pivotally interconnect said cutting deck assembly and the frame.

20. The lawn mower of Claim 19 wherein said roller is a unitary, one-piece roller.

21. The lawn mower of Claim 19 wherein said roller is a segmented roller having a plurality of roller segments.

21

JA - 0366

Attorney D        t No. 7016R-000015/CPB

22.    The lawn mower of Claim 21 wherein said roller segments are aligned along an axis of rotation.

23.    The lawn mower of Claim 21 wherein each of said roller segments is positioned in an offset manner from an adjacent one of said roller segments.

22

Attorney D      t No. 7016R-000015/CPB

24.    A gang-type rotary lawn mower comprising:

a frame supported by front wheels and at least one rear wheel for movement over the ground;

a power source which is mounted on said frame and which drives at
5    least two of said wheels;

an operator's seat mounted on said frame;

a steering system enabling the operator to steer said lawn mower;

at least two side-by-side front rotary cutting deck assemblies mounted on said frame in front of said front wheels, said front deck assemblies defining
10    a gap between adjacent front deck assemblies; and

at least one rear rotary cutting deck assembly mounted on said frame behind said front deck assemblies, each rear deck assembly being aligned with a respective gap between adjacent front deck assemblies;

each of said front and rear deck assemblies including a deck defining a
15    downwardly opening space, at least one cutting blade mounted on a spindle for rotation therewith and a first, second and third roller supporting said deck for movement over the ground, said first roller extending only partially across the width of said deck.


25.    The lawn mower of Claim 24 wherein said first roller and said second roller are positioned in along different axes of rotation.


26.    The lawn mower of Claim 25 wherein said third roller and said second roller rotate about the same axis of rotation.


23

JA - 0368

Attorney D          t No. 7016R-000015/CPB

27.    The lawn mower of Claim 26 wherein said second and third rollers are positioned forward of said first roller.

24,

JA - 0369

Attorney D    t No. 7016R-000015/CPB

# GANG-TYPE ROTARY LAWN MOWER

### Abstract

A gang-type rotary lawn mower including a frame supported by wheels
for movement over the ground, a power source which is mounted on the
5  frame and which drives at least two of the wheels, an operator's seat mounted
on the frame, a steering system enabling the operator to steer the lawn
mower, at least two side-by-side front rotary cutting deck assemblies mounted
on the frame, the front deck assemblies defining a gap between adjacent front
deck assemblies, and at least one rear rotary-cutting deck assembly mounted
10  on the frame behind the front deck assemblies, each rear deck assembly
being aligned with a respective gap between adjacent front deck assemblies,
each of the front and rear deck assemblies including a single-spindle
mulching deck defining a downwardly opening space, a single spindle
mounted for rotation about a generally vertical axis within the space, and at
15  least one cutting blade mounted on the spindle for rotation therewith.

25

Attorney Docket No. 7016R-000015/CPB

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

### GANG-TYPE ROTARY LAWN MOWER

the specification of which (check one)

[ X ]   is attached hereto.

[ ]   was filed on _____ as Application
Serial   No.   _____ and   was   amended   on
_____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application or to the patentability of the invention claimed therein in accordance with Title 37, Code of Federal Regulations, section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, section 119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

### PRIOR FOREIGN APPLICATION(S)

|  |  |  | Priority Claim | |
|---|---|---|---|---|
| _____ | _____ | _____ | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | | |
| _____ | _____ | _____ | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | | |
| _____ | _____ | _____ | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | | |

Page 1 of 2

JA - 0371

CLARATION AND POWER OF ATT    JEY

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States Provisional application(s) listed below:

PRIOR PROVISIONAL APPLICATIONS

_____         _____
(application serial number)             (Month / Day / Year filed)

_____         _____
(application serial number)             (Month / Day / Year filed)

I hereby claim the benefit under Title 35, United States Code, section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, section 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application:

| Application Serial No. | Filing Date | Status - patented, pending, abandoned |
|---|---|---|
| 09/546,145 | April 10,2000 | Pending |
| | | |
| | | |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

I hereby appoint David P. Utykanski, Reg. No. 39,052, Donald G. Walker, Reg. No. 44,390 and each principal, attorney of counsel, associate and employee of Harness, Dickey & Pierce, P.L.C., who is a registered Patent Attorney, my attorney with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. I request the Patent and Trademark Office to direct all correspondence and telephone calls relative to this application to Harness, Dickey & Pierce, P.L.C., P. O. Box 828, Bloomfield Hills, Michigan 48303 (248) 641-1600.,

Full name of sole or first inventor: _Richard D. Bednar_____

Inventor's signature: _____

Date: _____

Residence: _N6804 Shorewood Hills Road, Lake Mills, Wisconsin  53551_____

Citizenship: _United States of America_____

Post Office Address: N6804 Shorewood Hills Road, Lake Mills, Wisconsin  53551_____

JA - 0372

PRINT OF DRAWINGS
AS ORIGINALLY FILED





JA - 0373

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 5.

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 3

Fig. 4

JA - 0375

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig.5

JA - 0376

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 6

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig-7

JA - 0378

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig-8

JA - 0379

PRINT OF DRAWINGS
AS ORIGINALLY FILED



*Fig-9*

*Fig-10*

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig-11

JA - 0381

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig-12

PRINT OF DRAWINGS
AS ORIGINALLY FILED



234

Fig-13

245

236    238 236    236    236

Fig-14

246

JA - 0383

PRINT OF DRAWINGS
AS ORIGINALLY FILED



*Fig-15*

PRINT OF DRAWINGS
AS ORIGINALLY FILED



*Fig-16*

PRINT OF DRAWINGS
AS ORIGINALLY FILED



*Fig-17*

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig-18

JA - 0387

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig-19

Fig-20



PRINT OF DRAWINGS
AS ORIGINALLY FILED

Fig-21

Fig-22

JA - 0389

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig-23

Fig-24

Page 1 of 1



 **UNITED STATES PATENT AND TRADEMARK OFFICE**

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 09/643,697 | 08/22/2000 | Richard D. Bednar | 7016R-000015/CPB |

Harness Dickey & Pierce PLC
PO Box 828
Bloomfield Hills, MI 48303

**FORMALITIES LETTER**

*OC0000000005467598*

Date Mailed: 10/12/2000

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

#### *Filing Date Granted*

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given TWO MONTHS from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The statutory basic filing fee is missing.
  *Applicant must submit $ 690 to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).*
- Total additional claim fee(s) for this application is $126.
  - $126 for 7 total claims over 20.
- To avoid abandonment, a late filing fee or oath or declaration surcharge as set forth in 37 CFR 1.16(e) of $130 for a non-small entity, must be submitted with the missing items identified in this letter.

- **The balance due by applicant is $ 946.**

*A copy of this notice **MUST** be returned with the reply.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202
                            PART 3 - OFFICE COPY

file://C:\APPS\PreExam\correspondence\2_C.xml                    10/11/00

**JA - 0391**



SECTOR $
#3

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Group Art: | 3671 | ) |
| Examiner: | Unknown | ) |
| Applicant: | Richard D. Bednar | ) |
| Serial No.: | 09/643,697 | ) |
| Filed: | August 22, 2000 | ) |
| For: | GANG-TYPE ROTARY LAWN MOWER | ) |
| Attorney Docket: | 7016R-000015/CPB | ) |

TRANSMITTAL OF FILING FEE, ORIGINAL DECLARATION & POWER OF ATTORNEY AND ASSIGNMENT

Attn: Customer Service Center
Initial Patent Examination Division

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

---

**CERTIFICATE OF MAILING**

*I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on* __11-7-00__ .

By *Sharon M Benefield*

---

Sir:

Pursuant to the "Notice to File Missing Parts of Non-Provisional Application Filed Under 37 CFR 1.53(b) Filing Date Granted", mailed October 12, 2000, enclosed is the originally signed Declaration and Power of Attorney in the above-identified application and a copy of the Notice.

JA - 0392



#3

Also enclosed for recordal is the Assignment of this application with an attached cover sheet. Please record this Assignment and return it to us at your convenience.

A check in the amount of $986.00 is enclosed to cover the filing fee ($690.00), seven (7) additional claims ($126.00), late filing fee and Declaration surcharge ($130.00), and the recordal of Assignment ($40.00). If for some reason Applicant has not paid a sufficient fee to prevent the abandonment of this application, please charge our Deposit Account No. 08-0750 for any further fees which may be due. A duplicate copy of this transmittal is enclosed.

Respectfully submitted,

Dated: 11/07/2000

HARNESS, DICKEY & PIERCE, P.L.C.
P.O. Box 828
Bloomfield Hills, MI 48303
(248) 641-1600

CAE/smb

By: _____
Robert S. Nolan
Reg. No. 30,667
Christopher A. Eusebi
Reg. No. 44,672
Attorney for Applicant

7

JA - 0393

Page 1 of 1

*OIPE*

NOV 1 3 2000

*# 3*

UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 09/643,697 | 08/22/2000 | Richard D. Bednar | 7016R-000015/CPB |

FORMALITIES LETTER

*OC000000005467598*

Harness Dickey & Pierce PLC
PO Box 828
Bloomfield Hills, MI 48303

Date Mailed: 10/12/2000

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

#### *Filing Date Granted*

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given TWO MONTHS from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The statutory basic filing fee is missing.
  *Applicant must submit $ 690 to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).*
- Total additional claim fee(s) for this application is $128.
  - $128 for 7 total claims over 20.
- To avoid abandonment, a late filing fee or oath or declaration surcharge as set forth in 37 CFR 1.16(e) of $130 for a non-small entity, must be submitted with the missing items identified in this letter.

- The balance due by applicant is $ 946.

*A copy of this notice MUST be returned with the reply.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202
PART 2 - COPY TO BE RETURNED WITH RESPONSE

11/14/2000 MNARMOL 00000108 080750   09643697

| | | |
|---|---|---|
| 02 FC:105 | | 130.00 OP |
| 03 FC:103 | | 128.00 OP |
| 04 FC:101 | 20.00 CH | 690.00 OP |

file://C:\APPS\PreExam\correspondence\2_B.xml

10/11/00

JA - 0394





Attorney Docket No. 7016R-000015/CPB

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

### GANG-TYPE ROTARY LAWN MOWER

the specification of which (check one)

        [ ]    is attached hereto.

        [ X ]   was filed on August 22, 2000 as Application Serial No. 09/643,697

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application or to the patentability of the invention claimed therein in accordance with Title 37, Code of Federal Regulations, section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, section 119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

### PRIOR FOREIGN APPLICATION(S)

| (Number) | (Country) | (Day/Month/Year filed) | Priority Claim | |
|---|---|---|---|---|
| | | | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |

JA - 0395

## DECLARATION AND POWER OF ATTORNEY

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States Provisional application(s) listed below:

### PRIOR PROVISIONAL APPLICATIONS

_____          _____
(application serial number)                          (Month / Day / Year filed)

_____          _____
(application serial number)                          (Month / Day / Year filed)

I hereby claim the benefit under Title 35, United States Code, section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, section 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Filing Date | Status - patented, pending, abandoned |
|---|---|---|
| 09/546,145 | April 10, 2000 | Pending |
| 08/794,141 | February 3, 1997 | 6,047,530 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

I hereby appoint David P. Utykanski, Reg. No. 39,052, Donald G. Walker, Reg. No. 44,390 and each principal, attorney of counsel, associate and employee of Harness, Dickey & Pierce, P.L.C., who is a registered Patent Attorney, my attorney with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. I request the Patent and Trademark Office to direct all correspondence and telephone calls relative to this application to Harness, Dickey & Pierce, P.L.C., P. O. Box 828, Bloomfield Hills, Michigan 48303 (248) 641-1600.

Full name of sole or first inventor:   Richard D. Bednar

Inventor's signature:   *Richard D. Bednar*

Date:   Nov. 1 2000
                   203 CLARK ST, JOHNSON CREEK WI. 53038
Residence:   ~~N8884 Shorewood Hills Road, Lake Mills, Wisconsin 53551~~

Citizenship:   United States of America
                   203 CLARK ST, JOHNSON CREEK WI. 53038
Post Office Address:   ~~N8884 Shorewood Hills Road, Lake Mills, Wisconsin 53551~~

Page 2 of 2

JA - 0396



Attorney Docket No. 7016R-000015/CPB

**RECEIVED**

### DECLARATION AND POWER OF ATTORNEY

MAR 1 5 2001

OFFICE OF PETITIONS

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

### GANG-TYPE ROTARY LAWN MOWER

the specification of which (check one)

[ ]     is attached hereto.

[X]    was filed on August 22, 2000 as Application Serial No. 09/643,697

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application or to the patentability of the invention claimed therein in accordance with Title 37, Code of Federal Regulations, section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, section 119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

### PRIOR FOREIGN APPLICATION(S)

Priority Claim

| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |
|----------|-----------|------------------------|-----|-----|
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year filed) | Yes | No |

Page 1 of 3

JA - 0397

## DECLARATION AND POWER OF ATTORNEY

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States Provisional application(s) listed below:

### PRIOR PROVISIONAL APPLICATIONS

_____    _____
(application serial number)            (Month / Day / Year filed)

_____    _____
(application serial number)            (Month / Day / Year filed)

I hereby claim the benefit under Title 35, United States Code, section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, section 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Filing Date | Status - patented, pending, abandoned |
|---|---|---|
| 09/546,145 | April 10, 2000 | Pending |
| 08/794,141 | February 3, 1997 | 6,047,530 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

I hereby appoint David P. Utykanski, Reg. No. 39,052 and each principal, attorney of counsel, associate and employee of Harness, Dickey & Pierce, P.L.C., who is a registered Patent Attorney, my attorney with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. I request the Patent and Trademark Office to direct all correspondence and telephone calls relative to this application to Harness, Dickey & Pierce, P.L.C., P. O. Box 828, Bloomfield Hills, Michigan 48303 (248) 641-1600.

Full name of sole or first Inventor:  Richard D. Bednar _____

Inventor's signature:  _Richard D. Bednar_ _____

Date:  _2 - 26 - 01_ _____

Residence:  203 Clarke Street, Johnson, Wisconsin  53038 _____

Citizenship:  United States of America _____

Post Office Address: 203 Clarke Street, Johnson, Wisconsin  53038 _____

JA - 0398

## DECLARATION AND POWER OF ATTORNEY

Full name of sole or second inventor: __Randal S. Knurr__

Inventor's signature: ___Randal S. Knurr___

Date: __2-26-01__

Residence: __403 North Water Street, Waterford, WI 53185__

Citizenship: __United States of America__

Post Office Address: __403 North Water Street, Waterford, WI 53185__

JA - 0399

#41 Pre
A

NEW, CONTINUATION, DIVISIONAL OR
CONTINUATION-IN-PART APPLICATION
UNDER 37 C.F.R. §1.53(b)

Attorney Docket No.   7016R-000015/CPB

Express Mail Label No.   EL581390395US

Date   August 22, 2000

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Hon. Commissioner of Patents and Trademarks
Washington, D. C. 20231

Sir:

Transmitted herewith for filing under 37 C.F.R §1.53(b) is a patent application for

GANG-TYPE ROTARY LAWN MOWER

identified by:     [ ]   First named inventor _____
                or  [ X ] Attorney Docket No. (see above)

1.   Type of Application

[ ]   This application is a new (non-continuing) application.

[ X ] This application is a [ ] continuation / [ ] divisional / [ X ] continuation-in-part of prior application No. 09/546,145. Amend the specification by inserting before the first line the sentence:

All early in spec. /BG 9/23/1

[ ] · The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied, is considered part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

If for some reason applicant has not requested a sufficient extension of time in the parent application, and/or has not paid a sufficient fee for any necessary response in the parent application and/or for the extension of time necessary to prevent the abandonment of the parent application prior to the filing of this application, please consider this as a Request for an Extension for the required time period and/or authorization to charge our Deposit Account No. 08-0750 for any fee that may be due. THIS FORM IS BEING FILED IN TRIPLICATE: one copy for this application; one copy for use in connection with the Deposit Account (if applicable); and one copy for the above-mentioned parent application (if any extension of time is necessary).

2.   Contents of Application

a.   Specification of 26 pages including a Title Page;
     [ ]   A microfiche computer program (Appendix);
     [ ]   A nucleotide and/or amino acid sequence submission;

     [ ]   Because the enclosed application is in a non-English language, a verified English translation [ ] is enclosed [ ] will be filed.

     [ ]   Cancel original claims  of the prior application before calculating the filing fee.  (At least one original independent claim must be retained for filing date purposes.)

b.   [ X ] Drawings on 18 sheets;