Attorney Docket No. 7016R-000015/CPB

Express Mail Label No. EL581390395US

Date August 22, 2000

c. [ X ] An unsigned Oath/Declaration [ X ] is enclosed / [ ] will be filed in accordance with 37 C.F.R. §1.53(f).

The enclosed Oath/Declaration is [ ] newly executed [ ] a copy from a prior application under 37 C.F.R. §1.63(d) / [ ] accompanied by a statement requesting the deletion of person(s) not inventors in the continuing application.

d. Fees

| FILING FEE CALCULATION | Number Filed | | Number Extra | | Rate | | Basic Fee $690.00 |
|---|---|---|---|---|---|---|---|
| Total Claims | 27 | – | 20 | = | 7 × $18.00 | = | $126.00 |
| Independent Claims | 3 | – | 3 | = | 0 × $78.00 | = | $0.00 |
| Multiple Dependent Claim(s) Used .................................................. | | | | | $260.00 | = | |
| FILING FEE – NON-SMALL ENTITY ............................................................. | | | | | | | $816.00 |
| FILING FEE - SMALL ENTITY: Reduction by 1/2 ........................ [ ] Verified Statement under 37 C.F.R. §1.27 is enclosed. [ ] Verified Statement filed in prior application. | | | | | | | |
| Assignment Recordal Fee ($40.00)............................................................. | | | | | | | |
| 37 C.F.R. §1.17(k) Fee (non-English application).................................... | | | | | | | |
| TOTAL ............................................................................................................ | | | | | | | $816.00 |

[ ] A check is enclosed to cover the calculated fees. The Commissioner is hereby authorized to charge any additional fees that may be required, or credit any overpayment, to Deposit Account No. 08-0750. A duplicate copy of this document is enclosed.

[ X ] The calculated fees will be paid within the time allotted for completion of the filing requirements.

[ ] The calculated fees are to be charged to Deposit Account No. 08-0750. The Commissioner is hereby authorized to charge any additional fees that may be required, or credit any overpayment, to said Deposit Account. A duplicate copy of this document is enclosed.

3. Priority Information

[ ] Foreign Priority: Priority based on _____ Application No. _____, filed _____, is claimed.

[ ] A copy of the above referenced priority document [ ] is enclosed / [ ] will be filed in due course, pursuant to 35 U.S.C. §119(a)-(d).

[ ] Provisional Application Priority: Priority based on United States Provisional Application No. ____, filed ____, is claimed under 35 U.S.C. §119(e).

Sheet 2 of 3

JA - 0401

| | |
|---|---|
| Attorney Docket No. | 7016R-000015/CPB |
| Express Mail Label No. | EL581390395US |
| Date | August 22, 2000 |

4.  **Other Submissions**

    [ ]  A Preliminary Amendment is enclosed.

    [ ]  An Information Disclosure Statement, _____ sheets of PTO Form 1449, and _____ patent(s)/publications/documents are enclosed.

    [ ]  A power of attorney

        [ ]  is submitted [ ] with the new Oath/Declaration.

        [ ]  is of record in the prior application and [ ] is in the original papers / [ ] a copy is enclosed.

    [ ]  An Assignment of the invention

        [ ]  is enclosed with a cover sheet pursuant to 37 C.F.R. §§3.11, 3.28 and 3.31.

        [ ]  is of record in a prior application. The assignment is _____ and is recorded at Reel _____, Frame(s) _____.

    [ ]  An Establishment of Assignee's Right To Prosecute Application Under 37 C.F.R. §3.73(b), and Power Of Attorney is enclosed.

    [ x ]  An Express Mailing Certificate is enclosed.

    [ x ]  Other: Return Postcard.

Attention is directed to the fact that the correspondence address for this application is:

        Harness, Dickey & Pierce, P.L.C.
        P.O. Box 828
        Bloomfield Hills, Michigan 48303
        (248) 641-1600.

        Respectfully,

Date _____ 8/22/00 _____        David R. Utykanski
Harness, Dickey & Pierce, P.L.C.        David P. Utykanski, Reg. No. 39,052
P.O. Box 828        Donald G. Walker, Reg. No. 44,390
Bloomfield Hills, Michigan 48303
(248) 641-1600

DPU/DGW/Me

Sheet 3 of 3

3671

ART UNIT              3671
EXAMINER           To be assigned
INVENTOR(S)        Richard D. Bednar
SERIAL NUMBER   09/643,697
FILED                 August 2, 2000
FOR                   GANG-TYPE ROTARY LAWN MOWER

Attorney Docket No. 7016R000015/CPB

RESPONSE TRANSMITTAL AND
EXTENSION OF TIME REQUEST
(IF REQUIRED)

OIPE
JAN 16 2001

RECEIVED

JAN 22 2001

TO 3600 MAIL ROOM

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D. C.  20231

Sir:

| FEE CALCULATION FOR ENCLOSED RESPONSE and EXTENSION REQUEST (if any) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Claims Remaining | | Highest No. Previously Paid | | Number Extra | | Rate | Additional Fee |
| Total Claims | 27 | – | 27 | = | 0 | × | $18.00 = | 0 |
| Independent Claims | 3 | – | 3 | = | 0 | × | $78.00 = | 0 |
| Surcharge For Multiple Dependent Claim First Added ......... | | | | | | | +$260.00 = | 0 |

[ ]  Applicant requests a _____ month extension of time for response
      to the outstanding Office Action. The large entity fee is ...................

      TOTAL ...........................................................

[ ]  SMALL ENTITY STATUS (If applicable, divide TOTAL by 2) .............

      [ ] Verified Statement enclosed, if not previously filed.

[ ]  Reduction for Extension Fee of _____ months already paid ................     0

[ ]  OTHER:

      TOTAL ...........................................................   $0.00

[ ]   A check is enclosed to cover the fees as calculated above.

[ ]   The fees calculated above are to be charged to Deposit Account No. 08-0750.

If for some reason applicant has not requested a sufficient extension of time and/or has not paid a
sufficient fee for this response and/or for the extension of time necessary to prevent the
abandonment of this application, please consider this as a Request for an Extension for the required
time period and/or an authorization to charge our Deposit Account No. 08-0750 for any fee which
may be due. A duplicate copy of this sheet is enclosed.

HARNESS, DICKEY & PIERCE, P.L.C.

P. O. Box 828
Bloomfield Hills, Michigan 48303
(248) 641-1600

By: _____
David P. Utykanski, Reg. No. 39,052
Donald G. Walker, Reg. No. 44,390

*I hereby certify that this letter, the response attached hereto and, if enclosed, the small entity
verification are being deposited with the United States Postal Service as first class mail in an
envelope addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231, on*
January 9, 2001

By _____

JA - 0403

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Group Art Unit: | 3671 | ) |
| Examiner: | To be assigned | ) |
| Serial No.: | 09/643,697 | ) |
| Inventor(s): | Richard D. Bednar | ) |
| Filed: | August 22, 2000 | ) |
| For: | GANG-TYPE ROTARY LAWN MOWER | ) |
| Attorney Docket: | 7016R-000015/CPB | ) |

INFORMATION
DISCLOSURE
STATEMENT

RECEIVED

JAN 22 2001

0 3600 MAIL ROOM

[stamp: OIPE JAN 16 2001 PATENT & TRADEMARK]

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

---

**CERTIFICATE OF MAILING**

*I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on  January 9, 2001*

By  _____

---

INFORMATION DISCLOSURE STATEMENT

Sir:

Pursuant to 37 C.F.R. §§1.56, 1.97, and 1.98, Applicants hereby submit an Information Disclosure Statement for consideration by the Examiner.

I.  LIST OF PATENTS, PUBLICATIONS, AND OTHER INFORMATION

The patents, publications, and other information submitted for consideration by the Office (except U.S. patent applications) are listed on HDP-1449 (based on Form PTO-1449), attached hereto.

II.  COPIES

a.  _X_  Submitted herewith is a legible copy of (i) each U.S. patent application publication, U.S. and foreign patent; (ii) each publication or that portion which caused it to be listed; (iii) for each cited pending U.S. application, the application specification including the claims, and any drawing of the application which caused it to be listed including the claims directed to that portion; and (iv) all other information or that portion which caused it to be listed.

JA - 0404

b. _X_ Any patents, publications or other information which are listed on PTO-1449 or on the copies of PTO-892, but which are not enclosed herewith, were previously cited by or submitted to the PTO in one of the following applications which has been relied upon for an earlier filing date under 35 U.S.C. §120:

| U.S. Serial Number | U.S. Filing Date |
|---|---|
| 09/546,145 | April 10, 2000 |

III.  CONCISE EXPLANATION OF THE RELEVANCE (check at least one box)

a. _X_ Except as may be indicated below in (b), all of the patents, publications or other information are in the English language (concise explanation not required).

b. _____ A concise explanation of the relevance of each patent, publication or other information listed that is not in the English language is as follows (see 37 C.F.R. §1.98(a)(3)):

c. _____ The following additional information is provided for the Examiner's consideration.

IV.  CROSS REFERENCE TO RELATED APPLICATION(S)

a. _X_ The Examiner is advised that the following co-pending application(s) contain(s) subject matter that may be related to the present application. By bringing this(these) application(s) to the Examiner's attention, Applicant(s) does(do) not waive the confidentiality provisions of 35 U.S.C. §122.

| Serial No. | Filing Date | Art Unit |
|---|---|---|
| 09/546,145 | April 10, 2000 | 3671 |

V.  THIS IDS IS BEING FILED UNDER

a. __X__ 37 C.F.R. §1.97(b): (check only one box)

    1._____ within three months of the filing date of a national application other than a continued prosecution application (37 C.F.R. §1.97(b)(1)). No fee or certification is required.

    2._____ within three months of the date of entry of the national stage as set forth in §1.491 in an international application (37 C.F.R. §1.97(b)(2)). No fee or certification is required.

    3. _X_ before the mailing of a first Office action on the merits (37 C.F.R. §1.97(b)(3)). No fee or certification is required. In the event that a first Office Action on the merits has been issued, please consider this IDS under 37 C.F.R. §1.97(c) and see the certification under 37 C.F.R. §1.97(e) below; or, if no certification has been made,

Serial No. 09/643,697          Atty. Docket No. 7016R-000015/CPB          Page 2

charge our deposit account a fee in the amount of $180.00 as required by 37 C.F.R. §1.17(p).

4. _____ before the mailing of a first Office action after the filing of a request for continued examination under 37 C.F.R. §1.114. No fee or certification is required.

b. ___ 37 C.F.R. § 1.97(c): (check only one box)

● before the mailing date of either any Final Office Action under 37 C.F.R. §1.113, a Notice of Allowance under 37 C.F.R. §1.311, or an action that otherwise closes prosecution.

1._____ No certification; therefore, a fee in the amount of $180.00 is required by 37 C.F.R. §1.17(p).

2._____ See the certification below. No fee is required.

c._____ 37 C.F.R. § 1.97(d):

● after the mailing date of either a Final Office Action under 37 C.F.R. §1.113 or a Notice of Allowance under 37 C.F.R. §1.311, yet on or before payment of the issue fee.

1._____ See the certification below. A fee in the amount of $180.00 is required by 37 C.F.R. §1.17(p).

VI.    CERTIFICATION UNDER 37 C.F.R. § 1.97(e): (check only one box)

The undersigned hereby certifies that:

a._____ each item of information contained in this IDS was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this IDS (See 37 C.F.R. §1.97(e)(1)); or

b._____ no item of information contained in this IDS was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the undersigned after making reasonable inquiry, no item of information contained in this IDS was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing of this IDS (See 37 C.F.R. §1.97(e)(2)).

c._____ Some of the items of information were first cited in any communication from a foreign patent office. As to this information, the undersigned hereby certifies that each item of information contained in this IDS was cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this IDS. As to the remaining information, the undersigned hereby certifies that no item of this remaining information contained in this IDS was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the undersigned after making

JA - 0406

reasonable inquiry, no item of information contained in this IDS was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing of this IDS.

VII.    **PAYMENT OF FEES**  (check only one box)

a.___ A check in the amount of $180.00 is enclosed for the above-identified fee.

b._____ Please charge Deposit Account No. 08-0750 in the amount of $180.00 for the above-indicated fee.  A duplicate copy of this paper is attached.

The above references are being cited only in the interest of candor and without any admission that they constitute statutory prior art, contain matter which anticipates the invention, or which would render the same obvious, either singly or in combination, to a person of ordinary skill in the art.

If the Examiner has any questions concerning this IDS, the Examiner is requested to contact the undersigned.  If it is determined that this IDS has been filed under the wrong rule, the PTO is requested to consider this IDS under the proper rule (with a petition if necessary) and charge the appropriate fee to Deposit Account No. 08-0750.

Please charge any additional fees or credit any overpayment pursuant to 37 C.F.R. §1.16 or §1.17 to Deposit Account No. 08-0750.

Respectfully submitted,

Dated: _Jenuary 9, 2001_          By: _Dol / Walker_

HARNESS, DICKEY & PIERCE, P.L.C.          David P. Utykanski, Reg. No. 39,052
P.O. Box 828                                        Donald G. Walker, Reg. No. 44,390
Bloomfield Hills, Michigan 48303
(248) 641-1600
DPU/DGW/vle


Enclosures:    __X__ PTO-1449
               _____ PTO-892
               __X__ References
               _____ Foreign Search Report
               _____ Fee
               _____ Other:


Serial No. 09/643,697          Atty. Docket No. 7016R-000015/CPB          Page 4

JA - 0407

FORM HDP-1449 (Based on Form PTO-1449)

PATENT AND TRADEMARK OFFICE
INFORMATION DISCLOSURE CITATION
(Use several sheets if necessary)

Sheet 1 of 2

OIPE
JAN 1 6 2001
PATENT & TRADEMARK OFFICE

| ATTORNEY DOCKET NO.: 7016R-000015/CPB | SERIAL NO.: 09/643,697 |

APPLICANT: RICHARD D. BEDNAR

| FILING DATE: AUGUST 22, 2000 | GROUP: 3671 |

## U.S. PATENT DOCUMENTS

| Ref. Desig. | Examiner's Initials | Document Number | Date | Name | Class/ Subclass | (If appropriate) Filing Date |
|---|---|---|---|---|---|---|
| 1. | | 1,961,710 | June 1934 | Pol | | |
| 2. | | 2,504,259 | April 1950 | Ford | | |
| 3. | | 2,936,561 | May, 1960 | Grimes | | |
| 4. | | 3,070,938 | Jan. 1963 | Winget | | |
| 5. | | 3,118,266 | Jan. 1964 | Colburn | | |
| 6. | | 3,135,079 | June 1964 | Dunn | | |
| 7. | | 4,308,713 | Jan. 1982 | James | | |
| 8. | | 4,901,507 | Feb. 1990 | Cracraft | | |
| 9. | | 5,137,100 | Aug. 1992 | Scott et al. | | |
| 10. | | 5,280,695 | Jan. 1994 | Nunes, Jr., et al. | | |
| 11. | | 5,293,729 | March 1994 | Curry et al. | | |
| 12. | | 5,297,378 | March 1994 | Smith | | |
| 13. | | 5,343,680 | Sept. 1994 | Reichen et al. | | |
| 14. | | 5,355,665 | Oct. 1994 | Peter | | |
| 15. | | 5,412,932 | May 1995 | Schueler | | |
| 16. | | 5,423,565 | June 1995 | Smith | | |
| 17. | | 5,481,857 | Jan. 1996 | Umemoto et al. | | |
| 18. | | 5,497,604 | March 1996 | Lonn | | |
| 19. | | 6,047,530 | April 2000 | Bednar | | |

Examiner: _____                    _____          Date Considered:

EXAMINER: Please initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not
in conformance and not considered. Include copy of this form with next communication to applicant.

JA - 0408

| FORM HDP-1449 (Based on Form PTO-1449)<br><br>**PATENT AND TRADEMARK OFFICE**<br>**INFORMATION DISCLOSURE CITATION**<br>(Use several sheets if necessary)<br><br>Sheet 2 of 2 | ATTORNEY DOCKET NO.:<br>7016R-000015/CPB | SERIAL NO.:<br>09/643,697 |
|---|---|---|
| | APPLICANT: RICHARD D. BEDNAR | |
| | FILING DATE:<br>AUGUST 22, 2000 | GROUP: 3671 |

**FOREIGN PATENT DOCUMENTS**

| Ref. Desig. | Examiner's Initials | Document Number | Date | Country | Class/ Subclass | Yes | No |
|---|---|---|---|---|---|---|---|
| 1. | | 7,804,519 | Aug. 1978 | NL | | | |
| 2. | | 88/05998 | Aug. 1988 | WO | | | |
| 3. | | 0,342,700 | Nov. 1989 | EP | | | |
| 4. | | | | | | | |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, etc.)**

| Ref. Desig. | Examiner's Initials | |
|---|---|---|
| 1. | | Mountfield "Domestic Grass Machinery" (Date unknown). |
| 2. | | Turf Blazer 1040 Diesel, Howard Price Turf Equipment (advertising brochure) (Date unknown). |
| 3. | | Nunes Rotary Mower, John Deere 3364 Deck Attachment; Nunes Manufacturing, Inc. |
| 4. | | Steiner Turf Equipment Product Catalogue, 1997, Page 14 |
| 5. | | "80-81 Owners Manual" (advertising brochure) published by Steiner in 1981. |
| 6. | | "Jacobson Textron HR-5111-4WD Hydraulic Rotary Mower" (advertising brochure) published by Jacobson Div. Of Textron, Inc. in 1994. |
| 7. | | "Groundsmaster ® 580-D Mowers" (advertising brochure) published by Toro (date unknown). |
| 8. | | "The Articulator", Model 425D (advertising brochure) published by LasTec. Inc.  (date unknown). |
| 9. | | "The Articulator", Model 325ER (advertising brochure) published by LasTec. Inc.  (date unknown). |
| 10. | | "The Articulator", Model 325E (advertising brochure) published by LasTec, Inc.  (date unknown). |

| Examiner: | | 9/28/01 | Date Considered: |
|---|---|---|---|

EXAMINER: Please initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

JA - 0409

# MISSING PAGE(S) FROM THE

# U.S. PATENT OFFICE

# OFFICIAL FILE WRAPPER

#S- PuBS  1,2

Patent Imaging Corporation
*Patent Legal and Scientific Information Service*
2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, VA 22202-3610
(703) 553-0000

JA - 0410



Sent by: RANSOMES TEXTRON;    0208993885;    12/08/99 10:30AM; Jetfax #883; Page 2/2

All HYDRAULICALLY DRIVEN!

Introducing tomorrow's equipment today...

# Nunes
# Rotary Mower
## John Deere 3365 Deck Attachment



- ■ 5 Deck All Hydraulically Driven
- ■ High Quality Finish Cut
- ■ High Productivity
- ■ 7.25 Acres an Hour at 5 M.P.H.
- ■ Low Maintenance
- ■ No Belts or Pulleys to Adjust or Maintain
- ■ Easily Attached and Detached
- ■ Raise Units for Transportation, Storage and Maintenance
- ■ Blades Shut Off Automatically When Raised
- ■ Height of Cut $3/4$" to $4\ 1/4$"
- ■ Cutting Width 140"
- ■ Transportation Width 96"
- ■ Nunes Model 355

**Nunes Manufacturing**
P.O. Box 125 • 1751 Magnolia Ave., • Fullerton, California 91343 • (209) 893-4773 • FAX (209) 893-4427





**With constant 4-wheel drive and an articulated frame, nothing else works like a Steiner.**

One turn behind the wheel tells you the Steiner is unique among the world's turf tractors. Right away, you're struck by the commanding, yet comfortable seating position, and the fact that every control is ergonomically placed for ease of use. Then, as you start out, you immediately feel the difference our articulated frame makes. With its frame hinged in the middle, the Steiner doesn't turn like other turf tractors. In fact, the Steiner changes direction with such agility, you'd think it's anticipating your next move.



**Table of Contents**

Model 525 ................ 4
Model 430 Max ......... 6
Model 410 ............... 8
Model 220 ............... 10
Model 202 ............... 12
Accessories ............. 14
Attachments ......... 14-17
Specifications ......... 18

*S t e i n*

JA - 0413



Our 100,000 sq. ft. Steiner facility

You drive the Steiner effort-lessly up and down hills, then toward a muddy area along-side a creek. You're impressed by the powerful engine and smooth forward motion. With constant 4-wheel drive and hydrostatic drive, the Steiner moves steadily across all kinds of terrain, without clutching, without jerking and without braking.



Preparing engineering drawings on CAD system

At the end of your test ride, you realize you've been at the controls of a machine engineered and built without compromise to be the finest turf tractor you can buy.

**Because we give it unique capabilities, you can give it more to do.**

We developed the Steiner turf tractor to be a brilliant performer on yards, grounds and estates. But mowing and routine grounds maintenance are only the beginning of the Steiner's many time- and effort-saving skills.

In less than five minutes, the unique Quick-Hitch™ attach-ments enable your Steiner to become nearly any kind of maintenance machine you can imagine. You can sweep, blow, grade, scoop, till, cut, aerate and more. And you'll find all Steiner attachments are exceptionally easy to use, ready to work hard – and built to last.



Computerized turret punch/plasma machine

**All tractors are built to work hard. Steiners are built to work harder, longer.**

More than 20 years ago, the first Steiner was painstakingly hand-built by skilled crafts-men in the Steiner family machine shop. Today, the machine shop has given way to a state-of-the-art manufac-turing facility in Dalton, Ohio, where robotics bring computerized precision to everything our craftsmen do.



Automated press brake forms metal



Painting in the multi-stage paint system

But one thing hasn't changed: We build each Steiner as if we were going to use it ourselves. We support our turf tractors with a full year warranty in commercial use and two years in residential use.

Years from now, you'll realize the true value of a Steiner. You'll have enjoyed many seasons of hard work, unmatched versatility and consistent performance.



Robotic welder at work

And Steiners traditionally hold their value extremely well, which will benefit you at trade-in or resale. All Steiner attachments also carry a one-year warranty except the trencher and chipper/shredder which have a 90 day warranty.

Assembly line











*e    r    T    u    r    f.*    ℗

In size and power, the ultimate Steiner tractor.

# model 525



| ACCESSORIES |
| --- |
| ROPS APPROVED ROLL BAR |
| THREE POINT HITCH |
| WEIGHT BAR (FRONT OR REAR) |
| CAB (HEATED, ROPS APPROVED) |
| SUSPENSION SEAT |

Everything we've learned about building turf tractors has gone into the design and manufacture of our largest model, the Steiner 525. Its 23.5-hp Kubota water-cooled engine and smooth, foot-pedal operated 4-wheel drive give it the strength to power its way through the heaviest of heavy duty tasks. But this machine also offers high levels of handling and driver comfort, as its turning capabilities and softly cushioned ride allow the Steiner 525 to tread lightly on your grounds.

Steiner's Quick-Hitch™ System allows you to easily switch to any attachment in one to five minutes.



Drive forward until the hitch-arms engage the attachment arm pins.



Release the spring-loaded lever with one hand.



Install the belt drive and go to work.







JA - 0416



JA - 0417

Power, versatility and comfort to the max.

# *m o d e l* **430**

The Steiner 430 Max takes a good idea and makes it better. We begin with a strong foundation, including our constant 4-wheel drive, articulated frame, hydrostatic transmission and power steering. Then, we provide your choice of four engines capable of 20-25 hp. To keep you comfortably in command, you sit in an ergonomically designed deluxe seat and use a new hydrostat control that falls readily to hand. And Quick-Hitch™ attachments and accessories are available to provide a wide range of capabilities.



| ACCESSORIES |
| --- |
| ROPS APPROVED ROLL BAR |
| THREE POINT HITCH |
| WEIGHT BAR (FRONT OR REAR) |
| CAB |
| SUSPENSION SEAT |
| TURF TIRES |
| DUAL WHEELS |









JA - 0418

Simply designed to work harder for you.

# model 410

**ACCESSORIES**

| |
|---|
| WEIGHT BAR |
| AUXILIARY HYDRAULIC CONTROL |
| BAR TIRE OPTION |
| TURF TIRES STANDARD |



The Steiner 410 takes many of the capabilities of our more powerful turf tractors and makes them available in a more affordable model. Powered by a 16-hp Onan Performer engine, the Steiner 410 offers the same advanced engineering that makes Steiner unique, including constant 4-wheel drive, an articulated frame and power steering. With your choice of Quick-Hitch™ attachments, the Steiner 410 shares one other characteristic of our larger models — it's highly accomplished at giving you more than you expect from a turf tractor.



JA - 0419





**Get behind the power of a front-drive Steiner.**

# model 220

With front-wheel drive, the Steiner 220 offers superb performance, durability, traction and stability where conventional tractors fall short. Total control is yours with a foot-pedal hydrostat and rear power steering that enables the Steiner 220 to handle effortlessly around trees and other obstacles. Few turf tractors have a lower center of gravity than the 220, which positions you comfortably in the middle of the tractor for added stability. Best of all, our unique Quick-Hitch™ attachments make it easy to get the job done with speed and precision.



| ACCESSORIES |
| --- |
| ROPS APPROVED ROLL BAR |
| REAR WEIGHT BAR |
| CAB |
| SUSPENSION SEAT |
| WHEEL WEIGHTS |






JA - 0422

A zero turning mower with zero deficiencies.

# *model* **202**

For those requiring a dedicated mowing machine, the Steiner 202 combines a zero turning radius with our passion for zero defects. Not only does it mow rings around other mowers, the Steiner 202 floats over uneven terrain with a unique mower deck that flexes as it goes for an even, clean cut. And no mower is easier to operate. Twin hydrostatic controls provide a steady ride, smooth power and easy handling — with minimal training — while a single park lever and cutting height handle allow for fast, easy adjustments. (Mulching adapter kit available.)









JA - 0424

# *Accessories*

Accessories add comfort, safety and utility.

For added comfort, safety and utility, choose from optional accessories that provide Steiner quality with a custom design and fit. For more information about these and other accessories for your turf tractor, contact your authorized Steiner dealer.



Roll Bars



Dual Wheels



220 Weight Bar Kit



410 Weight Bar Kit



Three Point Hitches





420 Max Weight Bar Kit



**Rotary Mowers**
Full-floating, 3-blade rotary mowers feature tapered roller bearing spindle assemblies. Cutting height is controlled by the front caster wheels and full-length rear roller. Front-mounted design gives exceptional visibility for maneuvering and trimming. High-capacity discharge chutes provide even distribution of clippings.

**Rotary Mowers Side Discharge**
Built-in flexibility of rotary mower allows it to follow the contour of the terrain. High-capacity side discharge.

**Model MD448**

| | |
|---|---|
| Overall width with discharge chute | 60 1/2" |
| Cutting width | 37" |
| Cutting height | 1" to 4 1/2" |
| Mower drive | PTO belt |
| Spindle drive | Single "V" belt |
| Spindles | Tapered roller assemblies |
| Blades | 3 blades, 18 1/4" |
| Discharge | Side |
| Wheels | 10 x 3.5 semi-pneumatic |
| Weight | 330 lbs. |

**Model MD460**

| | |
|---|---|
| Overall width with discharge chute | 73" |
| Cutting width | 59 3/4" |
| Cutting height | 1" to 4 1/2" |
| Mower drive | PTO belt |
| Spindle drive | Single "V" belt |
| Spindles | Tapered roller assemblies |
| Blades | 3 blades, 20 1/4" |
| Discharge | Side |
| Wheels | 10 x 3.5 semi-pneumatic |
| Weight | 350 lbs. |

**Model MD472**

| | |
|---|---|
| Overall width with discharge chute | 85" |
| Cutting width | 72" |
| Cutting height | 1" to 4" |
| Mower drive | PTO belt |
| Spindle drive | Single "V" belt |
| Spindles | Tapered roller assemblies |
| Blades | 3 blades, 24 3/4" |
| Discharge | Side |
| Wheels | 10 x 3.5 semi-pneumatic |
| Weight | 470 lbs. |



**Rotary Mowers Mulching/Rear Discharge**
This mower becomes a mulching mower or a rear discharge mower with the installation of the proper blade and baffle options.

| | |
|---|---|
| Overall width | 66 3/4" |
| Cutting width | 60" |
| Cutting height | 1 1/2" to 4" |
| Mower drive | PTO belt |
| Spindle drive | Single "V" belt |
| Spindles | Tapered roller assemblies |
| Wheels | 10.25 x 3.25 semi-pneumatic |
| Blades | 3 blades, 20 3/4" |
| Weight | |
| Rear discharge | 380 lbs. |
| Mulching option | 400 lbs. |



**Tree Farm Mower**
The tree farm mower is designed to fit the Model 430 Max and 410 tractor. Out-front deck provides good visibility for two-sided trimming. Single front caster wheel controls the cutting height of the two rotary blades.

| | |
|---|---|
| Overall width | 45 1/2" |
| Cutting width | 44" |
| Overall length | 79" including caster wheels |
| Cutting height | 2" to 5" |
| Mower drive | PTO belt |
| Spindle drive | Gearbox and 2 V-belts |
| Spindles | 1" ball bearings |
| Blades | 2 |
| Discharge | Rear |
| Weight | 272 lbs. |



**Slip Scoop**
A quick, easy way to move loose materials or excavate small areas. In fact, you can use it for virtually anything that would normally require a wheelbarrow.

| | |
|---|---|
| Overall width | 48" |
| Overall height | 18" |
| Overall length | 33" |
| Width of bucket | 44" |
| Bucket capacity | 3 1/4 cu. ft. |
| Dumping | Hydraulic controlled |
| Ground clearance (transport) | 12" on Model 430 Max |
| Ground clearance (dumped) | 5" on Model 430 Max |
| Weight | 135 lbs. |



JA - 0425