

FIG. 4

FIG. 5

FIG. 6

JA - 0700



**FIG. 7**



**FIG. 8**



**FIG. 9**



FIG. 11



FIG. 10

JA - 0702



FIG. 12

FIG. 13

European Patent Office

## EUROPEAN SEARCH REPORT

Application Number

EP  89 10 9075

### DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int. Cl.4) |
|---|---|---|---|
| Y | US-A-4304086 (STUCHL) <br> * column 3, line 15 - column 4, line 68; claims 1-16 * | 1-4, 7, 10-12, 14-16, 18, 21 22, 29, 31 | A01D75/30 |
| A | | 5, 6, 8, 9, 13, 19, 20, 23, 28 30, 32 | |
| Y | EP-A-262285 (KUT-KWICK CORPORATION) <br> * the whole document * | 1-4, 7, 10-12, 14-16, 18, 21 22, 29, 31 | |
| A | US-A-4497160 (MULLET) <br> * the whole document * | 1, 2, 16, 19, 20, 31 | TECHNICAL FIELDS SEARCHED (Int. Cl.4) |
| A | US-A-2982080 (MARTIN) | | A01D |
| A | US-A-2207353 (PICHA) | | |
| A | US-A-2764864 (KINKEAD) | | |
| A | FR-A-2427774 (GUDENAA FABRIKER) | | |
| A | US-A-2659190 (IMBT) | | |
| A | US-A-2299859 (SPEISER) | | |
| A | US-A-1771931 (KINNEY) | | |
| A | FR-A-2089224 (DEERE) | | |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| THE HAGUE | 31 JULY 1989 | DE LAMEILLIEURE D. |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons
&amp; : member of the same patent family, corresponding document

EPO FORM 1503 03.82 (P0401)

1



(19) Europäisches Patentamt
European Patent Office
Office européen des brevets



(11) Veröffentlichungsnummer : **0 596 836 A1**

(12) **EUROPÄISCHE PATENTANMELDUNG**

(21) Anmeldenummer : 93810766.1

(51) Int. Cl.⁵ : **B65D 41/34, B26F 1/20**

(22) Anmeldetag : 03.11.93

(30) Priorität : 06.11.92 US 973035

(43) Veröffentlichungstag der Anmeldung :
**11.05.94 Patentblatt 94/19**

(84) Benannte Vertragsstaaten :
**AT BE CH DE ES FR GB IT LI**

(71) Anmelder : Crown Cork & Seal Company, Inc.
9300 Ashton Road P.O. Box 6208
Philadelphia, Pa. 19136 (US)

(72) Erfinder : Anderson, Jimmy L
14621 Benefice Ridge
Chesterfield, Virginia 23832 (US)

(74) Vertreter : Hepp, Dieter et al
Hepp, Wenger & Ryffel AG, Marktgasse 18
CH-9500 Wil (CH)

(54) Garantieverschluss und Verfahren und Vorrichtung zur Herstellung eines Garantieverschlusses.

(57)    Ein Garantieverschluss (1) aus Kunststoff weist eine Verschlusskappe (2) und ein Garantieband (3) auf, das formschlüssig mit dem Hals (6) eines Behälters in Eingriff bringbar ist. Das Garantieband (3) ist mit Verbindungsstegen (4) mit der Verschlusskappe (2) verbunden. Dabei sind Primär-Verbindungsstege (4a) und Sekundär-Verbindungsstege (4b) vorgesehen. Die Sekundär-Verbindungsstege (4b) sind so dimensioniert, dass sie bei Zugbeanspruchung wesentlich leichter reissen und zerstört werden, als die Primär-Verbindungsstege (4a).



Fig. 2

EP 0 596 836 A1

JA - 0705

EP 0 596 836 A1

Die Erfindung betrifft einen Garantieverschluss sowie ein Verfahren und eine Vorrichtung zur Herstellung eines Garantieverschlusses. Garantieverschlüsse zum Verschliessen von Behältern sind in Vielzahl bekannt und gebräuchlich. In der Regel ist ein derartiger Verschluss mit einem Garantieband versehen, welches durch eine Anzahl von Verbindungsstegen mit dem Verschluss trennbar verbunden ist. Das Garantieband wird dabei
5    mittels eines Rückhalte-Elements, meistens eines vorstehenden Wulstes, einer Hinterschneidung, einzelnen Nocken, mit dem Behälterhals in Eingriff gebracht. Zusätzliche Fixierung lässt sich z.B. auch durch Warm-Schrumpfen erreichen. Auch ist es bekannt, Kombinationen verschieden geformter Rückhalte-Elemente vor-zusehen. Das Garantieband kann dabei z.B. bei Einweg-Getränkeflaschen so ausgebildet sein, dass es voll-ständig von der Verschlusskappe getrennt wird und am Flaschenhals bleibt. Anderseits ist es auch z.B. aus
10   der US-PS-5,074,425 bekannt, das Garantieband mit festen Verbindungsstegen zu versehen, durch welche es am Garantieverschluss gehalten wird, nachdem die abreissbaren Verbindungsstege durchtrennt wurden. Derartige Garantiebänder sind deshalb meistens mit einer oder mehreren vertikalen Sollreisslinien versehen. Beim erstmaligen Öffnen wird das Garantieband wenigstens vorübergehend zurückge-halten, so dass beim Öffnen des Verschlusses die Verbindungsstege reissen und das Öffnen anzeigen.
15   Derartige Verschlüsse können einstückig im Kunststoff-Spritzgussverfahren zusammen mit dem Garan-tieband hergestellt werden. Es ist aber auch bekannt, an Verschluss-Rohlingen nachträglich eine Schwä-chungslinie zwischen der Verschluss-Kappe und dem Garantieband anzubringen. Derartige Vorrichtungen und Verfahren sind aus der US-PS-3,673,761 (Leitz/CIBA-Geigy AG), der DE-OS-14 82 603 (Teillac/ALCA S.A.) oder der US-PS-4,895,265 (LUC et al./The West Co.) bekannt.
20   Bei diesen Verschlüssen wird die Schwächungslinie mittels eines Schneidwerkzeugs vor oder nach dem Aufsetzen des Verschluss-Rohlings auf einen Behälter angebracht. Als Schneidwerkzeug kann ein Messer, eine erhitzte Schneide oder auch ein rotierendes, kreissägeartiges Schneidwerkzeug dienen. Die Material-schwächung kann dabei an einem erwärmten Verschluss-Rohling oder auch am kalten Material angebracht werden. Art des Schneidwerkzeugs und Verfahrensparameter, insbesondere auch Schneidtemperatur, hängen
25   ersichtlicherweise von der Art des verwendeten Kunststoffs, der Grösse und der Art der Schwächungslinie, der Geschwindigkeit des Verfahrens etc., ab. Auch Laser-Schneidwerkzeuge sind bei solchen Verfahren ein-setzbar. Anderseits sind auch Garantieverschlüsse aus Metall bekannt, bei denen nachträglich ein Garantie-Ele-ment befestigt wird. Das Garantie-Element ist dabei in der Regel ringförmig mit einem ersten Halte-Abschnitt
30   ausgebildet, mit welchem es formschlüssig mit der Verschlusskappe in Verbindung gebracht werden kann. Der Halte-Abschnitt - und damit die Verschlusskappe - ist mittels Verbindungsstegen mit dem Garantieband ver-bunden. Es sind auch noch andere Methoden zur Herstellung von Garantieverschlüssen, wie z.B. Compression-molding, Zweikomponenten-Spritzgiessen und dergleichen bekannt.
35   Eine Schwierigkeit bei derartigen Verschlüssen besteht darin, dass die Verbindungsstege einerseits so sta-bil ausgebildet sein müssen, dass sie weder bei der Entformung aus einem Werkzeug, noch beim Lagern, Ma-nipulieren oder beim Aufsetzen des Verschlusses auf einen Behälter zerstört oder beschädigt werden. Ande-rerseits sollen sie aber zuverlässig möglichst bei jeder geringfügigen Manipulation, jedenfalls beim erstmaligen Öffnen oder einem Öffnungsversuch, reissen oder brechen. Aus der US-PS-4,322,009 (Mumford/Owens-
40   Illinois Inc.) ist deshalb z.B. ein Garantieverschluss bekannt, dessen Verbindungsstege gleicher Dicke und Di-mension so erzeugt werden, dass Garantieband und Garantieverschluss nur durch einen engen Spalt vonein-ander getrennt sind und beim Aufschrauben miteinander in Kontakt kommen können. Aus der US-PS-5,074,425 (Wüstman et al./Crown Cork AG) ist ein Garantieverschluss bekannt, bei wel-chem die Verbindungsstege an einer der Aufreiss-Position zugewandten Seite geschwächt sind.
45   Der Erfindung liegt die Aufgabe zugrunde, Garantieverschlüsse, insbesondere die verschiedenen, vorste-hend beschriebenen Arten von Garantieverschlüssen so zu verbessern, dass Verbindungsstege geschaffen werden, die einerseits empfindlich und bei einem Manipulationsversuch leicht beschädigbar sind und die an-dererseits stabil beim Lagern und Entformen sind. Erfindungsgemäss wird diese Aufgabe in erster Linie gemäss Kennzeichen der Patentansprüche gelöst.
50   Durch die Anordnung von Primär- und Sekundär-Verbindungsstegen mit unterschiedlicher Belastbarkeit wird insgesamt eine für die Herstellung, Lagerung und Manipulation ausreichend feste Verbindung zwischen Garantieband und Verschlusskappe gewährleistet. Beim Öffnen des Behälters und bei einer Belastung der Ver-bindungsstege auf Zug werden jedoch die schwächeren Verbindungsstege praktisch sofort zerstört. Vor allem wenn die Sekundär-Verbindungsstege dünneren Querschnitt oder jedenfalls dünneren Minimalquerschnitt auf-
55   weisen als die Primär-Verbindungsstege, lassen sie nur eine geringfügige Materialdehnung zu, bevor sie bre-chen. Die Sekundär-Verbindungsstege werden auch beim unbefugten Manipulieren leichter zerstört, als die Primär-Verbindungsstege. Sobald jedoch die Sekundär-Verbindungsstege zerstört sind, müssen die Primär-Verbindungsstege beim Öffnen des Behälters die gesamte Zug-Beanspruchung aufnehmen, so dass sie in der

2

EP 0 596 836 A1

Folge ebenfalls reissen. Die Erfindung sieht dabei vor, dass im Zwischenraum zwischen Primär-Verbindungsstegen ein Sekundär-Verbindungs steg, vorzugsweise jedoch zwei bis vier Sekundär-Verbindungsstege angeordnet sind, welche bei Zugbeanspruchung die Last mit den Primär-Verbindungsstegen teilen und nach dem Reissen die Gesamtlast auf die Primär-Verbindungsstege verlagern.

5    Gute Lastverteilung lässt sich auch erreichen, wenn jeweils abwechselnd Zwischenräume zwischen Primär-Verbindungsstegen mit Sekundär-Verbindungsstegen bzw. mit keinen Sekundär-Verbindungsstegen versehen sind.

Die unterschiedliche Belastbarkeit von Sekundär-Verbindungsstegen und Primär-Verbindungsstegen lässt sich vor allem durch unterschiedliche Materialdicke und/oder durch Schwächungszonen in den Verbin-
10    dungsstegen verwirklichen. So können z.B. die Sekundär-Verbindungsstege durch Einschnitte oder Materialverjüngungen geschwächt werden und die Primär-Verbindungsstege bei im übrigen gleicher Materialdicke ungeschwächt ausgebildet werden. Anderseits ist es auch denkbar, sowohl die Sekundär-Verbindungsstege als auch die Primär-Verbindungsstege mit Materialschwächungen zu versehen, wobei die Sekundär-Verbindungsstege stärker geschwächt werden, als die Primär-Verbindungsstege.

15    Verfahrensmässig lässt sich die Erfindung besonders einfach realisieren, wenn an einem Verschluss-Rohling mit zylindrischem Wandabschnitt und Kappenboden an vorbestimmbaren Umfangsbereichen Schwächungszonen angebracht werden, wobei unterschiedliche Schwächungszonen zu Primär-Verbindungsstegen und Sekundär-Verbindungsstegen führen, die unterschiedliche Materialfestigkeit aufweisen. So lassen sich z.B. Verbindungsstege durch Materialschnitte im zylindrischen Wandabschnitt erzeugen, wobei die Material-
20    stärke der verbleibenden Verbindungsstege durch die Schnitt-Tiefe variierbar ist.

Derartige Materialschwächungen lassen sich besonders vorteilhaft durch eine Trennvorrichtung mit einer Schneide anbringen, in welcher unterschiedlich geformte Aussparungen zum Formen der Primär- und der Sekundär-Verbindungsstege vorgesehen sind. Die Schneide kann dabei in bekannter Weise beheizt werden.

Selbstverständlich lässt sich die Materialschwächung auch auf andere Weise, z.B. mittels Fräsen, durch
25    beheizte Zangen oder durch Laser-Schneidgeräte erzeugen. Auch wäre es z.B. denkbar, Garantieverschlüsse mit identischen Verbindungsstegen im Spritzgussverfahren oder im Compression-molding-Verfahren herzustellen und nachträglich einzelne der Verbindungsstege zu schwächen, insbesondere einzuschneiden, um Sekundär-Verbindungsstege zu erzeugen. Alternativ wäre es auch denkbar, Verschlusskappe und Garantieband separat herzustellen und das Garantieband nachträglich im Bereich der Verbindungsstege mit der Verschluss-
30    kappe zu verbinden, z.B. formschlüssig einzurasten, zu verkleben oder auch die Verbindungsstege zu verschweissen.

Die Erfindung ist im folgenden in Ausführungsbeispielen anhand der Zeichnungen näher erläutert. Es zeigen:

Figur 1          eine Verschlusskappe mit den Merkmalen der Erfindung im Querschnitt,
35    Figur 2          die Verschlusskappe gemäss Figur 1 in Ansicht beim Öffnen,
Figur 3a         die Darstellung eines Teilschnitts längs der Linie A-A in Figur 1 in vergrössertem Massstab,
Figur 3b         eine Seitenansicht der Darstellung gemäss Figur 3a,
Figuren 4 und 5  abgewandelte Ausführungsvarianten der Erfindung in einer Schnitt-Ebene analog Figur 3a,
40    Figur 6a         einen Teilschnitt analog Figur 3a durch ein weiter abgewandeltes Ausführungsbeispiel der Erfindung,
Figur 6b         eine Seitenansicht der Darstellung gemäss Figur 6a,
Figuren 7a bis 7c Darstellungen einer weiteren abgewandelten Variante von Verbindungsstegen,
45    Figuren 8 und 9  die schematische Darstellung von Steganordnungen,
Figur 10         eine schematische Darstellung einer Einrichtung zum Herstellen eines Garantieverschlusses, und
Figur 11         die Darstellung des Schneiden-Verlaufs der Vorrichtung gemäss Figur 10 in vergrössertem Mass-stab.

50    .    Gemäss Figur 1 und 2 besteht ein im Spritzgussverfahren hergestellter Garantieverschluss 1 aus einer Verschlusskappe 2 und einem Garantieband 3. Das Garantieband 3 ist durch Verbindungsstege 4 mit der Verschlusskappe 2 verbunden. Die Schraubkappe 2 wird auf einen Behälter-Hals 6 geschraubt, wobei ein Wulst 7 des Garantiebands 3 formschlüssig über ein als Gegen-Wulst ausgebildetes Rückhalte-Element 8 am Behälter-Hals 6 schnappt. Die Verbindungsstege 4 sind als Primär-Verbindungsstege 4a und Sekundär-Verbin-
55    dungsstege 4b ausgebildet. Wie aus Figur 2 und 3 hervorgeht, weisen die Primär-Verbindungsstege 4a einen wesentlich grösseren Durchmesser und damit grösseren Querschnitt auf, als die Sekundär-Verbindungsstege 4b. Dies bewirkt, dass beim Öffnen der Flasche zunächst die relativ dünnen und aufgrund des geringen Querschnitts kaum elastisch streckbaren Sekundär-Verbindungsstege 4b reissen, wodurch die auf die Primär-Ver-

3

JA - 0707

EP 0 596 836 A1

bindungsstege 4a ausgeübte Kraft sprungartig steigt und die Primär-Verbindungsstege 4a ebenfalls zu reissen beginnen. Auf die vor allem in Figur 2 und Figur 3b dargestellte Weise beginnt das Garantieband zunächst an einer Stelle zu reissen. Mit fortschreitendem Reissen der Sekundär-Verbindungsstege 4b reissen auch alle Primär-Verbindungsstege 4a, so dass der Garantieverschluss 1 vom Behälter-Hals 6 getrennt werden kann.

Figur 4 zeigt ein abgewandeltes Ausführungsbeispiel, bei welchem Primär-Verbindungsstege 4a sowie eine erste Anzahl von Sekundär-Verbindungsstegen 4b$_1$ und eine zweite Anzahl von Sekundär-Verbindungsstegen 4b$_2$ vorgesehen sind. Die Sekundär-Verbindungsstege 4b$_1$ sind dabei analog den Figuren 1 bis 3a und 3b wesentlich dünner und damit leichter durch Zugbeanspruchung zu zerstören, als die Primär-Verbindungsstege 4a. Die Sekundär-Verbindungsstege 4b$_2$ sind nochmals dünner ausgebildet, als die ersten Sekundär-Verbindungsstege 4b$_1$. Damit lässt sich ein stufenweises Reissen der Verbindungsstege, beginnend bei den Verbindungsstegen 4b$_2$, darauf folgend den Verbindungsstegen 4b$_1$ und schliesslich den Primär-Verbindungsstegen 4a erreichen.

Beim Ausführungsbeispiel gemäss Figur 4 ist ausserdem in bekannter Weise ein wesentlich stärkerer Befestigungs-Steg 9 vorgesehen, der beim Öffnen des Garantieverschlusses nicht reisst. Zusätzlich ist am Garantieband 3 eine Sollbruchstelle 9a vorgesehen, an der das Garantieband 3 vertikal aufreissen kann.

Figur 5 zeigt ein abgewandeltes Ausführungsbeispiel, bei welchem die Sekundär-Verbindungsstege 4b sowohl einen kleineren Querschnitt als die Primär-Verbindungsstege 4a aufweisen, als auch durch Abschrägung einseitig geschwächt sind. Auf diese Weise lässt sich ein Reissen der Sekundär-Verbindungsstege von ihren geschwächten Flanken her steuern.

Die Figuren 6a und 6b zeigen ein Ausführungsbeispiel, bei welchem ein Primär-Verbindungssteg 4a im wesentlichen den gleichen Querschnitt aufweist, wie ein Sekundär-Verbindungssteg 4b. Beide Verbindungsstege 4a und 4b sind an spitz zulaufenden Flanken 15 geschwächt, so dass von dort her das seitliche Einreissen gefördert wird. Wie sich jedoch aus der Seitenansicht gemäss Figur 6b ergibt, ist der Sekundär-Verbindungssteg 4b zusätzlich durch eine Einkerbung 10 seitlich geschwächt, so dass er vor dem Primär-Verbindungssteg 4a reisst.

Die Figuren 7a bis 7c zeigen ein ähnliches Ausführungsbeispiel, bei welchem Primär-Verbindungsstege 4a und Sekundär-Verbindungsstege 4b im oberen Bereich etwa den gleichen Querschnitt aufweisen. Während jedoch der Primär-Verbindungssteg 4a ungeschwächt verläuft, ist auf der Aussenseite des Sekundär-Verbindungsstegs 4b eine als Kerbe 10 ausgebildete Schwächungszone vorgesehen. Figur 7c zeigt dabei schematisch den Schnitt längs der Linie A-A, in Figur 7a in vergrössertem Massstab, woraus der Verlauf der Kerbe 10 zu entnehmen ist.

Figur 8 zeigt eine Anordnung von Primär-Verbindungsstegen 4a und 4b, wobei jeweils abwechselnd in den Zwischenräumen zwischen den Primär-Verbindungsstegen 4a vier Sekundär-Verbindungsstege 4b vorgesehen sind. Die Primär-Verbindungsstege 4a sind etwa gleich dick wie die Wand des Garantiebands 3, wodurch sich sowohl bei Herstellung mit Spritzgusswerkzeugen, als auch bei nachträglichem Schneiden der Verschlüsse gute Herstellungseigenschaften ergeben. Die 4 Sekundär-Verbindungsstege 4b bewirken in der Gesamtheit eine deutliche Verbesserung der Verbindung zwischen Verschlusskappe 2 und Garantieband 3. Durch ihren geringen Querschnitt ist jedoch sichergestellt, dass beim Öffnen des Verschlusses die Sekundär-Verbindungsstege relativ schnell reissen und damit die Gesamt-Belastung auf die Primär-Verbindungsstege 4a übergeben.

Figur 9 zeigt ein Ausführungsbeispiel, bei welchem in jeden Zwischenraum zwischen je zwei Primär-Verbindungsstegen 4a drei Sekundär-Verbindungsstege 4b angeordnet sind, um das Garantieband an seinem gesamten Umfang zu stabilisieren.

Die Figuren 10 und 11 zeigen schematisch, wie sich z.B. ein Verschluss gemäss Figur 9 aus einem Verschluss-Rohling 12 herstellen lässt. Am Verschluss-Rohling 12 greift dabei ein Schneidmesser 13 an, um die Verbindungsstege in der Konfiguration gemäss Figur 9 zu erzeugen. Der Rohling 12 wird durch eine nicht dargestellte Einrichtung am beheizten Schneidmesser 13 so abgerollt, dass das Schneidmesser 13 die Wand des Rohlings 12 durchschneidet. Lediglich im Bereich der Aussparungen 14 durchdringt das Schneidmesser 13 die Wand des Rohlings 12 nicht vollständig, so dass Stege 4a und 4b ausgespart bleiben.

Figur 11 zeigt die Vorderkante des Schneidmessers 13 in stark vergrössert Darstellung. Daraus wird ersichtlich, dass am Schneidmesser 13 grössere Aussparungen 14a zur Erzeugung der Primär-Verbindungsstege sowie kleinere Aussparungen 14b zur Erzeugung der Sekundär-Verbindungsstege vorgesehen sind.

Selbstverständlich lassen sich durch entsprechende Formgebung der Aussparungen 14, 14a, 14b praktisch beliebige Stegformen und abgestufte Querschnittsformen ausbilden. Dabei können z.B. auch mehr als zwei unterschiedlich schwächere Sekundär-Verbindungsstege oder unterschiedliche Querschnittsformen einzelner Verbindungsstege erzeugt werden.

4

EP 0 596 836 A1

## Patentansprüche

1. Garantieverschluss, vorzugsweise aus Kunststoff, zum Verschliessen einer Behälteröffnung, vorzugsweise mit Schraubgewinde, gekennzeichnet durch eine Verschlusskappe (2), die formschlüssig auf einem Hals (6) des Behälters anbringbar ist, ein Garantieband, das mit wenigstens einem Rückhalte-Element (7) mit dem Hals (6) der Behälteröffnung in Eingriff bringbar ist, eine Anzahl von Verbindungsstegen (4a, 4b, 4b₁, 4b₂) welche die Verschlusskappe (2) mit dem Garantieband (3) verbinden und die beim erstmaligen Öffnen der Verschlusskappe (2) abreissbar sind, wobei Primär-Verbindungsstege (4a) und Sekundär-Verbindungsstege (4b; 4b₁, 4b₂) vorgesehen sind und wobei die Primär-Verbindungsstege (4a) eine höhere Zug- oder Scherbeständigkeit aufweisen, als die schwächeren Sekundär-Verbindungsstege (4b; 4b₁, 4b₂).

2. Garantieverschluss nach Anspruch 1, dadurch gekennzeichnet, dass zwischen wenigstens zwei Primär-Verbindungsstegen (4a) ein Sekundär-Verbindungssteg (4b) vorgesehen ist.

3. Garantieverschluss nach Anspruch 2, dadurch gekennzeichnet, dass wenigstens zwei Sekundär-Verbindungsstege (4b, 4b₁, 4b₂) im Zwischenraum zwischen je zwei Primär-Verbindungsstegen (4a) vorgesehen sind.

4. Garantieverschluss nach Anspruch 2, dadurch gekennzeichnet, dass drei Sekundär-Verbindungsstege (4b; 4b₁, 4b₂) im Zwischenraum zwischen wenigstens zwei Primär-Verbindungsstegen (4a) angeordnet sind.

5. Garantieverschluss nach Anspruch 1, dadurch gekennzeichnet, dass abwechselnd Zwischenräume mit wenigstens einem Sekundär-Verbindungssteg (4b, 4b₁, 4b₂) und Zwischenräume ohne Sekundär-Verbindungssteg zwischen den Primär-Verbindungsstegen (4a) vorgesehen sind.

6. Garantieverschluss nach einem der vorangegangenen Ansprüche, dadurch gekennzeichnet, dass die Sekundär-Verbindungsstege (4b, 4b₁, 4b₂) geringeren Durchmesser oder Materialquerschnitt aufweisen, als die Primär-Verbindungsstege (4a).

7. Garantieverschluss nach einem der Ansprüche 1 bis 5, dadurch gekennzeichnet, dass die Sekundär-Verbindungsstege (4b, 4b₁, 4b₂) jeweils wenigstens eine Schwächungszone (10, 15) aufweisen.

8. Garantieverschluss nach einem der vorangegangenen Ansprüche 1 bis 6, dadurch gekennzeichnet, dass die Primär-Verbindungsstege (4a) wenigstens eine Schwächungszone (10, 15) aufweisen.

9. Garantieverschluss nach einem der Ansprüche 1 bis 6, dadurch gekennzeichnet, dass Primär-Verbindungsstege (4a) und Sekundär-Verbindungsstege (4b, 4b₁, 4b₂) jeweils wenigstens eine Schwächungszone (15, 10) aufweisen, und dass die Primär-Verbindungsstege weniger geschwächt sind, als die Sekundär-Verbindungsstege.

10. Verfahren zum Herstellen eines Garantieverschlusses (1) mit abtrennbarem Garantieband (3) aus einem Verschluss-Rohling (12) aus Kunststoff, der eine etwa zylindrischen Wandabschnitt und einen Kappenboden aufweist, dadurch gekennzeichnet, dass im Wandabschnitt an vorbestimmbaren Umfangsbereichen unterschiedliche Schwächungszonen angebracht werden, wobei erste Schwächungszonen vorgesehen sind, in welchen der Wandabschnitt vollständig durchtrennt wird, zweite Schwächungszonen, in welchen ein Primär-Verbindungssteg (4a) ausgespart wird und dritte Schwächungszonen, in denen ein Sekundär-Verbindungssteg (4b, 4b₁, 4b₂) ausgespart wird und wobei die Primär-Verbindungsstege eine geringere Materialschwächung aufweisen, als die Sekundär-Verbindungsstege.

11. Verfahren nach Anspruch 10, dadurch gekennzeichnet, dass die Materialschwächung als Schnitt variabler Tiefe im zylindrischen Wandabschnitt des Rohlings (12) angebracht wird.

12. Vorrichtung zur Durchführung des Verfahrens nach Anspruch 10 oder 11, mit einer Halteeinrichtung zur Aufnahme des Kappen-Rohlings (12) und einer Trennvorrichtung zum Anbringen der Materialschwächung, dadurch gekennzeichnet, dass die Trennvorrichtung eine Schneide aufweist, in welcher unterschiedlich geformte Aussparungen (14a, 14b) zum Formen der Primär- und der Sekundär-Verbindungsstege angeordnet sind.

5

JA - 0709

EP 0 596 836 A1



Fig. 1



Fig. 2

6

EP 0 596 836 A1



Fig. 3a



Fig. 3b



Fig. 4



Fig. 5

7

JA - 0711

EP 0 596 836 A1



Fig. 6a



Fig. 6b

Fig. 7a



Fig. 7c



Fig. 7b

Fig. 8



Fig. 9



8

EP 0 596 836 A1



Fig. 10



Fig. 11

9

JA - 0713

EP 0 596 836 A1

 **Europäisches Patentamt**    **EUROPÄISCHER RECHERCHENBERICHT**    Nummer der Anmeldung

EP 93 81 0766

| | EINSCHLÄGIGE DOKUMENTE | | |
|---|---|---|---|
| **Kategorie** | Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | Betrifft Anspruch | KLASSIFIKATION DER ANMELDUNG (Int.Cl.5) |
| X<br><br>Y | FR-A-2 077 685 (SOCIÉTÉ DU BOUCHON COURONNE CROWN-CORK COMPANY FRANCE)<br>* Seite 5, Zeile 14 - Zeile 23; Abbildung 7 *<br>--- | 1,6<br><br>2,3,7,8,<br>10,12 | B65D41/34<br>B26F1/20 |
| Y<br>A | US-A-4 527 706 (OWENS-ILLINOIS INC.)<br>* Abbildungen 1-3,6,7 *<br>--- | 2,3<br>1,6 | |
| Y | US-A-4 846 361 (OWENS-ILLINOIS CLOSURE INC.)<br>* Spalte 4, Zeile 47 - Zeile 51; Abbildung 5 *<br>--- | 7,8 | |
| D,Y<br>A | GB-A-2 076 381 (OWENS-ILLINOIS INC.)<br>* Abbildungen 3,4,7-9 *<br>----- | 10,12<br>11 | |
| | | | RECHERCHIERTE SACHGEBIETE (Int.Cl.5)<br><br>B65D<br>B26F |

Der vorliegende Recherchenbericht wurde für alle Patentansprüche erstellt

| Recherchenort | Abschlußdatum der Recherche | Prüfer |
|---|---|---|
| DEN HAAG | 8. Februar 1994 | Martin, A |

| KATEGORIE DER GENANNTEN DOKUMENTE | |
|---|---|
| X : von besonderer Bedeutung allein betrachtet<br>Y : von besonderer Bedeutung in Verbindung mit einer<br>    anderen Veröffentlichung derselben Kategorie<br>A : technologischer Hintergrund<br>O : nichtschriftliche Offenbarung<br>P : Zwischenliteratur | T : der Erfindung zugrunde liegende Theorien oder Grundsätze<br>E : älteres Patentdokument, das jedoch erst am oder<br>    nach dem Anmeldedatum veröffentlicht worden ist<br>D : in der Anmeldung angeführtes Dokument<br>L : aus andern Gründen angeführtes Dokument<br> <br>& : Mitglied der gleichen Patentfamilie, übereinstimmendes<br>    Dokument |

EPO FORM 1503 03.82 (P04C01)

10

JA - 0714

Octrooiraad



[10] A **Terinzagelegging** [11] **7804519**

Nederland                                    ⸙ [19] NL

[54]  Kombinatie van een trekker en ten minste één maaimachine.

[51]  Int.Cl².: A01D35/264, A01B63/108.

[71]  Aanvrager: Texas Industries Inc. te Willemstad, Ned. Antillen.

[74]  Gem.: Mr. Ir. H. Mulder c.s.
      Weverskade 10
      Maasland.

[21]  Aanvrage Nr. 7804519.

[22]  Ingediend 27 april 1978.

[32]  --

[33]  --

[31]  --

[23]  --

[61]  --

[62]  Afsplitsing van O.A. 6804574 (ingediend 2 april 1968).

[43]  Ter inzage gelegd 31 augustus 1978.

De aan dit blad gehechte stukken zijn een afdruk van de oorspronkelijk ingediende
beschrijving met conclusie(s) en eventuele tekening(en).

Texas Industries Inc., Willemstad, Curaçao, N.A.

"Kombinatie van een trekker en ten minste één maaimachine".

De uitvinding heeft betrekking op een kombinatie van
een trekker en ten minste één maaimachine met ten minste
twee om opwaartse assen roterende, onderling samenwerkende
maaielementen, welke maaielementen door middel van een hy-
draulische hefinrichting losneembaar met nabij het voorste
deel van de trekker gelegen aansluitpunten verbonden is.

Een dergelijke kombinatie is bekend uit het Duitse
Gebrauchsmuster 1.974.943. Bij deze kombinatie omvat de
hefinrichting een tweetal, onderling evenwijdig lopende,
zich vanaf de maaimachine in achterwaartse richting uitstrek-
kende, met op ongeveer halverwege de lengte van de trekker
gelegen aansluitpunten verbonden draagarmen. Door deze kon-
struktie kunnen tijdens bedrijf zich in de hefinrichting
gemakkelijk zijdelingse bewegingen voordoen, die nog ver-
sterkt kunnen worden door de bij om opwaartse assen roterende
maaielementen optredende krachten. Door deze nadelen op te heffen.

De uitvinding beoogt deze nadelen op te heffen.

Volgens de uitvinding is de hefinrichting als drie-
puntshefinrichting uitgevoerd en de aansluitpunten een drie-
puntssysteem vormen, dat door middel van een opwaarts gericht
koppelorgaan star met de trekker verbonden is.

Op deze wijze wordt een zeer stabiele verbinding ver-
kregen tussen de trekker en de maaimachine, zonder dat hier-
door afbreuk wordt gedaan aan de noodzakelijke hoogtebeweeg-
baarheid van de maaimachine.

Aan de hand van de figuren zal de uitvinding nader
worden toegelicht.

Fig. 1 toont het bovenaanzicht van een kombinatie
volgens de uitvinding,

Fig. 2 - 4 geven een detailkonstruktie weer van de
bevestiging van een maaimachine aan de trekker.

Zoals uit fig. 1 blijkt zijn aan een trekker 1 drie

7804519

JA - 0716

2

maaimachines 2, 3 en 4 gekoppeld, waarbij elke maaimachine
2, 3 en 4 in dit uitvoeringsvoorbeeld uit twee naast elkaar
om verticale assen 5 roteerbare, van snijorganen 6 voorzie-
ne, maaielementen 7 bestaat. De verrijdbare inrichting of
trekker 1 is van het hydraulisch bestuurbare type, waarvan
de achterwielen 8 en 9 aangedreven en bestuurd worden en
waarbij de feitelijke besturing geschiedt met behulp van
hefbomen 10 resp. 11. Tussen de achterwielen 8 en 9 bevindt
zich voor het aandrijven van de trekker en de daaraan ge-
koppelde maaimachines een aandrijfbron, gevormd door een
motor 12. Een bestuurderszitplaats 13 is tussen de achter-
wielen en boven op de motor 12 aangebracht. Bij deze trek-
ker heeft de bestuurder tijdens het bedrijf een volledige
controle en overzicht op alle maaimachines en de werkzame
onderdelen daarvan. Naar de voorzijde toe strekken zich
draagbalken 14 uit, welke star met de vooras 15 van de trek-
ker verbonden zijn. Vanaf de motor 12 strekt zich een as 16
naar de voorzijde van de trekker en een as 17 naar de zij-
kant van de motor 12 uit. De as 17 is voorzien van een ket-
tingwiel 18, waarover een ketting 19 loopt, die tevens op
een kettingwiel 20 van de achterwielas 21 is aangebracht.
De as 16 is een nabij de koppeleinden van universeel koppe-
lingen 16A voorziene telescopische as, die op een konisch
tandwiel van een tandwielenstelsel in een tandwielenkast 22
is bevestigd. Vanaf de tandwielenkast 22 worden via een as
23, kettingwielen 24 en 25 en een daaroverheen lopende ket-
ting 26 de voorwielen 27 en 28 aangedreven.

     Op de draagbalken 14 van het trekkergestel is een
eerste bevestigings- of koppelorgaan 29 en op de vooras 15
een tweede bevestigings- of koppelorgaan 30 voor de maai-
machines aangebracht. Het bevestigings- of koppelorgaan 29
omvat hierbij een dwars op de rijrichting A geplaatste as
31 (fig. 2), die in een balk 32 is bevestigd. Op de as 31
zijn aan weerszijden van de balk 32 twee draagbalken 33,
en 34 aangebracht, welke nabij de einden scharnierassen 35

780 4519

3

omvatten. De twee draagbalken 33 en 34 van het bevesti-
gings-, of koppelorgaan 29 zijn verbonden met draagarmen
36 en een cylinder 37, waarmee de maaimachines 3 resp. 4
ten opzichte van het orgaan 29 verzwenkbaar zijn aan-
5    gebracht. Het bevestigings- of koppelorgaan 30, dat aan de
vooras 15 is bevestigd (fig. 4), is verbonden met een drie-
puntshefinrichting bestaande uit draagarmen 36A en een hef-
cylinder 37A, waarmee de maaimachine 2 in hoogterichting
verplaatst kan worden. De hefcylinder 37A en de armen 36
10   zijn hierbij enerzijds scharnierbaar met een driepunts-
systeem vormende aansluitpunten op het bevestigings- of
koppelorgaan 30 verbonden, anderzijds zijn zij aan een bus
of leger 38 bevestigd, waarin een met de maaimachine 2
verbonden as 39 draaibaar gelegerd (fig. 4). Bij deze con-
15   structie kan de maaimachine 2 met de as 39 om de lengteas
van de trekker verzwenken en/of met de armen 36A ten
opzichte van het bevestigings- of koppelorgaan 30 omhoog
verzwenken. Gunstig is het verder hierbij dat het be-
vestigings- of koppelorgaan 30 tevens deel uitmaakt van de
20   aandrijfinrichting voor de afzonderlijke maaimachines.
Daartoe omvat het orgaan 30 tandwielen 40 en 41, die via
een as 42 met de tandwielen in de tandwielkast 22 in aan-
grijping zijn. Met de aftakassen 43 en 44 worden teles-
kopische, aandrijfbare assen 45 gekoppeld, welke assen aan
25   de koppeleinden zijn voorzien van universeelkoppelingen 16A
en die vervolgens gekoppeld zijn aan afzonderlijke aandrijf-
assen 46 over konische tandwielen. Gunstig is het verder
dat de naast de trekker en tussen de trekkerwielen gekop-
pelde maaimachines 3 en 4 om een zwenkas 47 resp. 48 ver-
30   zwenkbaar zijn, die tevens de aandrijfas vormt voor de
assen 46 van deze maaimachines. De assen 46 zijn in dwars
ten opzichte van de rijrichting geplaatste gestelbalken 49
gelegerd, waarbij de gestelbalken van de maaimachines 3 en
4 door middel van een driehoekige plaat 50 aan de armen 36
35   zijn bevestigd. Achter de, met 2000 omwentelingen per min

7804519

JA - 0718

4

tegen elkaar in roterende, maaielementen 7 van de maai-
machines 3 en 4 bevinden zich schroeftransporteurs 51,
waarvan de aandrijving afgeleid is van de assen 46, waarbij
gebruik is gemaakt van kettingwielenstelsels 52. De maai-
5    machine 2 is aan de achterzijde voorzien van zwadborden 53.
Met de constructie wordt het voordeel bereikt dat het ge-
maaide gewas in de rijrichting gezien tussen de wielen van
de trekker 1 wordt gevormd.

        Fig. 3 toont schematisch aan op welke wijze de
10   maaimachines 3 en 4, die opzij van de trekker zijn gekoppeld,
om de as 31 verzwenken kunnen. De as 31 van het bevesti-
gings- of koppelorgaan 29 (fig. 2) vormt een zwenkas waarom
het maaiwerktuig 3 of 4 over een hoek van ongeveer 5° kan
verzwenken.

15       De werking van de kombinatie volgens de uitvinding
is als volgt:

        Tijdens bedrijf worden de maaimachines 2, 3 en 4,
die gekoppeld zijn aan de trekker 1 over het te maaien gewas
gereden. Door de motor 12 worden de maaielementen 7 door de
20   assen 16, 45 en 48 aangedreven, waarbij het gewas via de
roterende messen 6 wordt afgemaaid. De schroeftransporteurs
51, die eveneens aangedreven worden, alsmede de zwadborden
53 voeren het gewas af op één enkel zwad dat tussen de
wielen van de trekker gevormd wordt. Om ook op geaccidenteerd
25   terrein een bijzonder effektieve maaiwerking te verkrijgen
kunnen nu volgens de uitvinding alle maaimachines zich ge-
makkelijk aan een dergelijk terrein aanpassen, doordat de
maaimachines 3 en 4 niet alleen om de langsas 47 resp. 48
kunnen verzwenken, maar tevens om de dwarsas 31 verzwenk-
30   baar zijn. De maaimachine 2, die vóór de trekker is ge-
koppeld past zich gemakkelijk aan moeilijke terreinsom-
standigheden aan doordat deze maaimachine zwenken kan om
enerzijds de as 39 en anderzijds om de scharnierassen
van de hefcilinder 37A en de draagarmen 36A, die scharnier-
35   baar aan de aansluitpunten op het tweede bevestigings- of
koppelorgaan 30 zijn gekoppeld.        C o n c l u s i e s

7804519

5

Conclusies:

1.      Kombinatie van een trekker en ten minste één maai-
machine met ten  minste twee om opwaartse assen roterende,
onderling samenwerkende maaielementen, welke maaimachine
door middel van een hydraulische hefinrichting losneembaar
met nabij het voorste deel van de trekker gelegen aansluit-
punten verbonden is, met het kenmerk, dat de hefinrichting
als driepuntshefinrichting is uitgevoerd en de aansluit-
punten een driepuntssysteem vormen, dat door middel van een
opwaarts gericht koppelorgaan star met de trekker is ver-
bonden.

2.      Kombinatie  volgens conclusie 1, met het kenmerk,
dat het koppelorgaan op afstand van het in de voort-
bewegingsrichting gelegen langssymmetrievlak ten minste één
aftakas van de trekker ondersteunt.

3.      Kombinatie volgens conclusie 1 of 2, met het ken-
merk, dat het koppelorgaan aan de vooras van de trekker
is bevestigd.

4.      Kombinatie volgens een der voorgaande conclusies,
met het kenmerk, dat het koppelorgaan tevens een behuizing
vormt voor een drijfwerk, via hetwelk de maaimachine
aandrijfbaar is.

5.      Kombinatie volgens conclusie 4, met het kenmerk,
dat het drijfwerk door middel van een in de voortbewegings-
richting gelegen aandrijfas met een nabij de achterzijde
van de trekker gelegen aandrijfbron gekoppeld is.

6.      Kombinatie volgens een der voorgaande conclusies,
met het kenmerk, dat de hefinrichting een vanaf het bovenste
aansluitpunt op het koppelorgaan in de richting van de maai-
machine schuin neerwaarts gerichte hefcylinder omvat.

.—.—.—.

7804519



Fig.1

Texas Industries Inc.,
WILLEMSTAD Curaçao (N.A.)



FIG.2



FIG.3



FIG.4

JA - 0722



## PCT

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification [4] : | A1 | (11) International Publication Number: WO 88/ 05998 |
|---|---|---|
| A01D 75/30 | | (43) International Publication Date: 25 August 1988 (25.08.88) |

(21) International Application Number:    PCT/US88/00454

(22) International Filing Date:    11 February 1988 (11.02.88)

(31) Priority Application Number:    013,316

(32) Priority Date:    11 February 1987 (11.02.87)

(33) Priority Country:    US

(71) Applicant: THE TORO COMPANY [US/US]; 8111 Lyndale Avenue South, Minneapolis, MN 55420 (US).

(72) Inventors: BASSETT, James, H. ; 1926 Dayton Avenue, St. Paul, MN 55104 (US). FLASKERUD, James, R. ; 3730 Dallas Lane, Plymouth, MN 55441 (US). FAY, Malachy ; 15600 N. Lund, Eaden Praire, MN 55344 (US).

(74) Agents: BUCKLEY, R., Lawrence et al.; 8111 Lyndale Avenue South, Minneapolis, MN 55420 (US).

(81) Designated States: AT (European patent), AU, BE (European patent), CH (European patent), DE (European patent), FR (European patent), GB (European patent), IT (European patent), JP, LU (European patent), NL (European patent), SE (European patent).

Published
  With international search report.
  Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments..

(54) Title: METHOD AND APPARATUS FOR SUPPORTING A REEL UNIT



JA - 0723

(57) Abstract

A U-joint (23) for connecting a reel unit (22) to a lift arm (18) of a turf maintenance machine (10). U-joint (23) preferably includes a pivot arm (40) suitable for connection to the lift arm (18), and a pivot base (38) for connection to the top of a standard reel cutting unit (22). Situated between pivot arm (40) and pivot base (38) is a cross and bearing unit (72). Pitch stops are formed by the base (38) whereas roll stops are formed by the pivot arm (40). The stops act on the cross and bearing unit (72) to provide limited pitching and rolling of reel unit (22) relative to lift arm (18).

*FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AT | Austria | FR | France | ML | Mali |
| AU | Australia | GA | Gabon | MR | Mauritania |
| BB | Barbados | GB | United Kingdom | MW | Malawi |
| BE | Belgium | HU | Hungary | NL | Netherlands |
| BG | Bulgaria | IT | Italy | NO | Norway |
| BJ | Benin | JP | Japan | RO | Romania |
| BR | Brazil | KP | Democratic People's Republic | SD | Sudan |
| CF | Central African Republic | | of Korea | SE | Sweden |
| CG | Congo | KR | Republic of Korea | SN | Senegal |
| CH | Switzerland | LI | Liechtenstein | SU | Soviet Union |
| CM | Cameroon | LK | Sri Lanka | TD | Chad |
| DE | Germany, Federal Republic of | LU | Luxembourg | TG | Togo |
| DK | Denmark | MC | Monaco | US | United States of America |
| FI | Finland | MG | Madagascar | | |

JA - 0724

WO 88/05998

PCT/US88/00454

- 1 -

# METHOD AND APPARATUS FOR
## SUPPORTING A REEL UNIT

## Technical Field

The invention relates generally to turf maintenance equipment, and more particularly to methods and apparatus for "float" mounting the cutting reel units of power turf mowing equipment.

## Background of the Invention

5      Many types of power turf mowing equipment are known. Such equipment can be classified into those mowers which include a rotary cutting unit(s) and those which include reel cutting unit(s). A rotary cutting unit usually includes one or more rigid steel blades rotated within a
10     housing in horizontal cutting planes to sever grass or other vegetation at a predetermined height above the ground. Turf mowers having rotary cutting units are often referred to as rotary mowers since the blades revolve in a rotary fashion within the cutting unit.
15     A reel cutting unit, on the other hand, typically includes a frame within which is horizontally rotatably mounted a reel possessing a plurality of arcuate blades. The rotating reel blades pass in close proximity to a bedknife which spans the cutting unit frame parallel to
20     the reel axis. Grass blades are sheared at the reel blade/bedknife interface.
While rotary cutting units are generally suitable for most purposes, it is generally perceived that reel units provide a higher quality cut. Also, it is fairly easy to
25     arrange a plurality (typically three, five or seven) of reel cutting units into a "gang" capable of cutting a very wide swath each pass. In turf mowing machines of the type known as gang mowers, several cutting units are held in spaced positions in transverse rows of one or more units
30     so that their swaths overlap and so that the units are individually free to adapt themselves to the undulations

PCT/US88/00454

- 2 -

of the ground.

Power turf mowing equipment can also be categorized based on the method of propelling the cutting units. Generally, there are walk-behind; riding; and towed
5    cutting unit mowers. The present invention relates to the latter two types; walk-behind mowers are usually found in residential settings, and the present invention does not pertain to such mowers.

Larger riding mowers typically include a traction
10   vehicle supported by a plurality of wheels; a prime mover connected through a transmission to one or more of the wheels; one or more cutting units connected through a power take-off (PTO) to the prime mover; and one or more lift arms (or analogous structures) pivotally connected to
15   the traction vehicle suitable for supporting the cutting unit(s).

Towed cutting units would normally include a towable frame suitable for connecting to a tractor or other traction vehicle. Suspended from the towable frame would
20   usually be several cutting units, the power for the cutting units being derived either from a PTO or the traction vehicle's prime mover; a separate prime mover mounted on the towable frame; or from frictional engagement with the ground as the cutting units are pulled
25   along.

The present invention relates to riding mowers and towable mowing frames having reel cutting units. As is well known, another reel-like unit is used to produce a "verticut," and this type of cutting unit is also
30   contemplated. For the sake of brevity, the invention will hereafter be discussed in terms of large commercial riding mowers.

Experience has shown that it is very advantageous to connect the reel units to the traction vehicle such that
35   they can "float" relative to the traction vehicle. A "floating" reel unit can follow the contours or undulations of the ground irrespective of the gross motion

WO 88/05998

- 3 -

of the traction vehicle.  If reel units are not supported
in a floating manner, they tend to scalp the higher
regions and miss the lower regions.  While non-floating
cutting reels might be acceptable for residential use,
certainly golf course and estate maintenance require that
the cutting units individually follow the subtle
variations of the ground to maintain a consistently good
cut across the entire swath, regardless of the immediate
topography encountered by each individual reel unit.

In this type of mower each reel unit is independently
and separately pivotally supported by the traction
vehicle, and each reel unit is typically driven by a
mechanical or hydraulic drive extending from the traction
unit to the reel unit.  An example of this type of mowing
machine is the 350D mower sold by The Toro Company,
assignee herein.

The method by which the reel units are attached to
the traction vehicle is important not only because the
reel units must float to provide a quality cut, but also
for other reasons.  For example, the connection between
the reel units and the traction vehicle must permit, if
not assist, lifting of the reel units from their operative
positions to their transport positions.  The operator
might want to temporarily raise one or more of the cutting
units to mow a narrower swath or to pass through a gate or
between trees.  Also, it is occasionally necessary to
drive the mowing machines over conventional road surfaces,
at which time it is important to raise the cutting units
to a transport position since they are not entirely
suitable for repeatedly running up and down over curbs,
nor for travel over paved streets at anything approaching
the speed of ordinary city traffic.  In view of this, most
riding mowers, such as the one described in U.S. Patent
No. 2,299,859, include mechanisms which can raise the
cutting units upward and toward the traction vehicle into
a substantially vertical orientation.

When a reel unit is in its raised or transport

- 4 -

position, it must be held there very securely.  Otherwise,
it may tend to swing and thereby cause personal injury or
damage to the mower.  Also, if the connection between the
traction vehicle and the reel units is inadequate, when
5    the reel units are lowered they may contact the ground in
a tilted or skewed state, and this can cause a hole or
undesirable compaction in the ground.

The means for supporting the reel units must
therefore allow for limited floating of the reel units;
10   permit controlled lifting of the reel units for
transportation purposes; and precisely hold the reel units
in their raised or transport position.  The joint or
connection means between the cutting units and the
traction vehicle must also be quite rugged; simple and
15   easy to maintain; relatively inexpensive; and relatively
light (so as not to overburden the traction vehicle).

Against the background of the aforementioned
criteria, various reel unit support methods have been
suggested.  These support techniques can be generally
20   categorized according to the number of degrees of freedom
which they afford the cutting units.  Figs. 1-4 show
various prior art reel unit supporting systems.  It should
be noted that Figs. 1-4 are not intended to represent
structures which are precisely found in the prior art, but
25   are instead provided to illustrate prior art reel support
concepts.  For example, the structure shown in U.S. Patent
No. 1,556,965 allows for vertical displacement and "yaw"
whereas Fig. 2 shows very diagrammatically a structure
which allows for vertical displacement and "roll" of a
30   cutting unit, but both systems may be termed
"two-degree-of-freedom" support techniques in that they
allow the reel to move in two distinct and independent
ways relative to the traction vehicle or support frame.
The terms "roll" and "yaw" are defined below.  As another
35   example, the structure shown in Fig. 1 is meant to
represent systems such as the one depicted in U.S. Patent
No. 2,525,047.  The system shown in this patent includes

JA - 0728

- 5 -

reel units which have only one-degree-of-freedom, namely
"roll" with respect to a towed frame.  Similarly, Fig. 3
is provided simply to help categorize the prior art, and
no representation is made that the diagrammatic structure
5    shown in Fig. 3 is actually found in its entirety in prior
art structures.  In fact, ball joints in combination with
a "lift arm" per se may not be found at all in the prior
art.  The labels "Prior Art" on Figs. 1-4 are attached
only to distinguish these figures from Figs. 5-8 which
10   show the present invention.

Fig. 1 illustrates a very simple prior art support
concept wherein a reel unit is rigidly attached to a lift
arm or the like which in turn is pivotally connected to a
traction vehicle. A structure employing this concept is
15   shown in U.S. Patent No. 2,525,047, as noted above.  This
system allows only "rolling" (to borrow a term from the
aviation field) of a cutting unit relative to the main
traction vehicle, and it can be termed a
"one-degree-of-freedom" method since the cutting  unit can
20   only move pivotally in one direction.  While this mounting
scheme is inexpensive and lends itself to easily and
securely raising the cutting units to their transport
positions, it is clearly disadvantageous from the
standpoint of allowing the cutting units to follow the
25   contours of the ground independent of the traction
vehicle.

Fig. 2 diagrammatically illustrates a simple
"two-degree-of-freedom" reel unit supporting technique.
Here, as was the case with the one-degree-of-freedom
30   system discussed above, the reel unit can move or pivot
vertically relative to the traction vehicle.  In addition,
the reel unit of the Fig. 2 system can tip from
side-to-side relative to the lift arm, there usually being
a simple bushing or the like at their connection point.
35   An example of this type of system is shown and described
in U.S. Patent No. 3,613,337.  This technique allows for
vertical displacement and "roll" of the cutting unit,

- 6 -

again borrowing terminology from the aviation field to
describe the motion of the cutting unit.  Thus, the
cutting units can roll to follow subtle ground undulations.

   The system shown in Fig. 2 is also desirable from the
5   standpoint that the cutting units can be securely lifted
to a transport position.  The joint between the lift arm
and the reel unit allows for only limited motion of the
reel unit, which means that the reel unit is quite
controllable and predictable during the raising and
10   lowering sequences.

   Although the two-degree-of-freedom system shown in
Fig. 2 is theoretically superior to the one-degree-of-
freedom system shown in Fig. 1 in that it allows the
cutting unit to more closely follow the undulations of the
15   ground, this technique still does not allow for "pitching"
(as in the pitching forward or rearward of an airplane) of
the reel unit.

   In view of the desirability of still greater floating
action (i.e., "pitch") of cutting units relative to the
20   lift arms, ball-and-socket joints have been proposed for
use between lift arms (or the like) and cutting units.
Ball joints, as is well known, allow almost unlimited
rotary or spherical motion, and therefore would seem to
offer a simple solution to the floating problem.  Figs.
25   4A, 4B and 4C show a few of many degrees of freedom
allowed by a ball joint between a lift arm and a cutting
unit.  As shown, ball joints allow for vertical
displacement (Fig. 3A), "pitch" (Fig. 3B), "roll" (Fig.
3A) and "yaw" (Fig. 3C).  While it might seem, at first
30   glance, desirable to allow for yaw of a cutting reel unit,
the present Applicants have found that yaw is generally
unnecessary and in fact should often be avoided in the
context of riding mowers, for several reasons.  For one
thing, it is desirable to have a single lift arm or the
35   like connected to a reel unit which can propel the reel
unit and also selectively lift the reel unit.  If yaw is
allowed, there must generally be two separate pull and

- 7 -

pick up devices or arms. The assignee herein markets a power turf maintenance apparatus under the designation PARKMASTER® which includes separate pull and pick up mechanisms, and although the system works well, it is

5    perceived that it can be improved upon.

Also, if reel units are allowed to yaw, the inner cutting units may strike their respective lift arms during a sharp turn. Of course, stops could be built into the system to prevent this from happening, but it presents an

10   unnecessary complication nonetheless.

Finally, if reel units can yaw relative to their traction vehicle, it is more difficult to tilt them upwards during the reel lifting operation. Reel units usually include a tipper bracket or the like which strikes

15   a roller mounted on the traction vehicle to tilt the reel unit vertically as the lift arm pivots upward. If the reel units were allowed to yaw, the tipper brackets and/or rollers would have to be considerably wider to account for the fact that the reel units could be "yawed" to either

20   extreme at the commencement of the lifting sequence.

Whether or not reel unit yawing is deemed desirable, ball joints between lift arms and cutting units are generally unsatisfactory: (i) ball joints do not include roller-type bearings, i.e., ball bearings or needle

25   bearings; (ii) they are not adequately sealed; (iii) they are generally not rugged enough for this application; and (iv) it would be difficult to "lock out" or prevent pitching of the cutting units when necessary. In a dethatching operation, for example, it is desirable to

30   allow rolling of the reel unit while preventing reel unit pitching.

Moreover, the use of ball joints between the reel units and the traction vehicle also usually necessitates use of additional stabilizer links to eliminate some of

35   the freedom of motion afforded by the ball joints. Reference is made to U.S. Patent Nos. 2,505,878 and 2,475,671 which show such situations.

JA - 0731

- 8 -

Still another support technique for a reel unit can
be termed a "three-degree-of-freedom" scheme. Fig. 4
diagrammatically shows two three-degree-of-freedom
systems. Fig. 4A shows a simple "stacked bushing"
5   technique wherein two orthogonal bushings are in effect
stacked to provide pitch and roll. This type of system is
evident in the Ransomes' mower Model No. 350D, shown in
their Publication No. 23135H. A conceptually similar
design is shown in Fig. 4B, but in this case there are
10  actually three bushings: a central upper bushing permits
roll of the cutting unit whereas two axially-aligned end
bushings connected to the side plates of the reel unit
allow for pitching of the reel unit relative to the lift
arm. The Toro Company, the assignee herein, sells a
15  REELMASTER® 216 mower which has this type of reel unit
suspension. While the designs shown in Figs 4A and 4B are
advantageous in that they eliminate bothersome yaw, as a
class they each have theoretical disadvantages. For the
stacked bushing design diagrammatically shown in Fig. 4A,
20  the roll bushing is displaced from the reel center line to
such an extent that a fairly long moment arm is created
between the roll bushing and the center line of the
cutting reel sufficient to create a significant twisting
moment on the lift arm during normal operation and when
25  obstructions are encountered. Further, with this design
it is somewhat cumbersome to lock out reel pitching. As
shown in the Ransomes brochure referred to above, the roll
bushing pivots within a U-shaped bracket mounted to the
reel unit frame. To lock out pitch of the reel, the roll
30  bushing must be somehow rigidly connected to the
U-bracket.

The type of system shown in Fig. 4B also has
disadvantages, the obvious one being that there are three
bushings to maintain. Bushings, as a class, are
35  notoriously sensitive to sand and grit, substances found
in abundance on golf courses and the like. Also, many
bushings are simply not well suited for the very heavy

- 9 -

loads to which reel cutting units on commercial turf
maintenance machines are subjected.  Further, many bushing
joints are not sufficiently smooth or friction-free to
allow for free floating of reel units.  If binding of a

5  reel unit occurs when it is lowered from the transport
position to the operation position, the cutting unit can
potentially cause an undesirable hole or compaction in the
turf.

   The present invention addresses the problems

10  possessed by prior art reel unit suspension systems.  In
particular, the present invention includes a
three-degree-of-freedom reel supporting system which
allows for adequate "floating" of the reel unit;
accommodates existing reel unit lifting techniques; and is

15  rugged, inexpensive, and compact.

## Summary of the Invention

   Accordingly, in broad terms the invention includes a
turf maintenance apparatus including a traction unit
moveable over the ground in a longitudinal direction; a
reel unit; a lift arm pivotally connected to the traction

20  unit; and a U-joint coupling between the reel unit and the
lift arm suitable for allowing limited pitch and roll of
the reel unit relative to the lift arm, while not allowing
yaw relative to the lift arm.

   The invention is particularly directed toward a

25  U-joint coupling suitable for connecting a reel unit to
its associated lift arm.

   Additional features of the invention are described
herein.

## Brief Description of the Drawings

   The invention will be further described with

30  reference to the Drawings, wherein:

   Figure 1 is a diagrammatic front elevational view of

JA - 0733

- 10 -

a hypothetical one-degree-of-freedom reel unit support
system;

     Figure 2 is a diagrammatic front elevational view of
a prior art two-degree-of-freedom reel unit support system;

5       Figure 3A is a diagrammatic front elevational view of
a reel unit supporting apparatus including a ball joint
between the lift arm and the reel unit;

     Figure 3B is a diagrammatic side elevational view of
the reel unit support apparatus shown in Figure 3A;

10      Figure 3C is a top plan view of the system of Figure
3A;

     Figure 4A is a diagrammatic front elevational view of
a three-degree-of-freedom reel unit apparatus including
stacked roll and pitch bushings;

15      Figure 4B is a diagrammatic front elevational view of
another prior art three-degree-of-freedom reel unit
apparatus having a central roll bushing and a pair of end
pitch bushings;

     Figure 5 is a perspective view of a turf maintenance
20   machine according to the invention;

     Figure 6 is an enlarged perspective view of a reel
unit connected to a lift arm in accordance with the
invention;

     Figure 7 is an exploded perspective view of the
25   U-joint illustrated in Figure 6; and

     Figure 8 is a side elevational view of one of the
reel units of the turf maintenance machine of Figure 5.


Detailed Description of the Invention


     Referring to the Drawings, wherein like reference
numerals designate like parts and assemblies throughout
30   the several views, Fig. 5 shows a perspective view of a
preferred turf maintenance machine 10 according to the
invention.  Machine 10 includes a traction vehicle 12
supported by a pair of front drive wheels 14 appropriately
coupled through a transmission (not shown) to a prime

- 11 -

mover (also not shown). A pair of rear steerable wheels 16 support the rearward end of vehicle 12.

Turf maintenance machine 10 can be used in a variety of turf maintenance capacities, e.g., mowing and dethatching. Hydraulically-powered tools are operatively connected to vehicle 12 for these purposes. A pair of front tool-supporting lift arms 18 are hingedly connected to the front central portion of vehicle 12. Similarly, a pair of side tool-supporting lift arms 20 are hingedly
10  connected to vehicle 12 proximate its longitudinal mid-point and extend laterally therefrom. A reel unit 22 is coupled to each front lift arm 18 through a unique U-joint connection 23 which permits reel units 22 to individually follow ground undulations. A side reel unit
15  24 is coupled to each side lift arm 20, also through the use of U-joint 23. The present invention is particularly directed toward the lift arm/reel unit joint, and preferred joint 23 will be further described below.

A center reel (not shown) located centrally between
20  wheel 14 and 16 is included to cut the strip of grass left between front reels 22 and to cut a swath which overlaps the swaths created by front reels 22. Associated with each lift arm 18, 20 and with the center reel unit is a hydraulic cylinder 19 capable of lifting the reel unit
25  from its operating position to its transport position. Reel units 22, 24 are shown in their operating positions in the Drawings, but those skilled in the art will recognize that U-joints 23 will allow the reel units to be selectively raised for transportation purposes and to
30  permit the operator to mow a narrower swath, for example.

An enlarged perspective view of the left front reel unit 22, its associated lift arm 18 and U-joint 23 is shown in Fig. 6. Although the particular construction of the reel unit 22 shown in Fig. 6 is not central to the
35  invention, the basic components of reel unit 22 will be described. A pair of substantially square side plates 30 are located at opposite ends of the reel unit 22. Plates

- 12 -

30 are spanned at the top by a pair of steel tubes 32 and
at the bottom by a rear roller 34 and a front roller 35.
Also spanning the end plates 30 is a horizontally
centrally mounted rotatable reel 36 which is coupled to
5   the associated hydraulic motor 26 (which has been omitted
from Fig. 6 for the sake of clarity). Thus, reel unit 22
is a substantially self-supporting unit which traverses
the ground on rollers 34 and 35 and which is powered
through a hydraulic connection with the traction vehicle
10  12. A bedknife (not shown) also spans between end plates
30 and is situated proximate the lower outer periphery of
reel 36 so that when reel 36 spins its blades come into
close proximity to the bedknife to shear the grass
blades.
15      U-joint 23 is also shown in Fig. 6. Joint 23
includes as its basic components a pivot base 38 bolted to
reel unit 22; and a pivot arm 40 which is pivotally joined
to pivot base 38 in U-joint fashion, as further described
below. Pivot arm 40 is a substantially elongate steel
20  forging whereas pivot base 38, not requiring the strength
of pivot arm 40, is a steel casting. A grip block 42 at
the end of lift arm 18 receives a cylindrical pivot arm
extension 64 (see Figs. 7 and 8) which extends from a
pivot arm body 66 which comprises the remaining portion of
25  pivot arm 40. Grip block 42 and pivot arm extension 64
are bolted together using conventional threaded fasteners.
Pivot base 38 can pivot in two directions (forward
and backward, or pitch, and side-to-side, or roll)
relative to lift arm 18, as indicated by the arrows in
30  Fig. 6. As well known to those in the field of turf
maintenance, it is sometimes, e.g., while doing
dethatching, desirable to eliminate the pitching motion of
a reel unit relative to its lift arm. In view of this,
joint 23 includes means for locking out the pitching
35  motion of the reel unit 22. Such means includes an
internally threaded block 46 extending upward from and
integral with pivot base casting 38 which is bolted to

JA - 0736

- 13 -

reel unit 22.  Block 46 receives a lock pin 44 which is
threaded along only a portion of its length, the
unthreaded portion of which can be selectively inserted
within an unthreaded block 47 extending downward from
5      pivot arm body 66 of pivot arm 40.  A lock pin jam nut 48
is used to hold lock pin 44 in the selected position.
Thus, when it is desirable to allow roll and pitch of reel
unit 22 relative to lift arm 18, lock pin 44 is withdrawn
from pivot lock pin block 47 and locked in this position
10     by jam nut 48.  When it is desirable to eliminate the
pitching motion of the reel unit 22 relative to arm 18, it
is simply necessary to loosen jam nut 48 and rotate lock
pin 44 clockwise to advance it into pin block 47 on pivot
arm 40.  Once lock pin 44 is so positioned, jam nut 48 is
15     again tightened against pin block 47 to secure the
assembly in this state.

Fig. 7 shows an exploded perspective view of U-joint
23.  It should be noted that some of the threaded
fasteners which are indeed a part of preferred U-joint 23
20     are omitted from Fig. 7 so that the more important
components of the assembly can be more clearly shown.  At
least one fastener of each type is shown, however, and
those skilled in the art will recognize that additional
similar fasteners are needed.

25     Referring again to Fig. 7, four U-bolts 60 are used
to connect pivot base plate 38 to spanning tubes 32 of
reel unit 22.  U-bolts 60 loop under tubes 32 in
conventional fashion and the threaded portions of U-bolts
60 are received by hex nuts 62 which bear on the upper
30     surface of pivot base plate 38.  Ridges 100, shown in Fig.
8, conform to tubes 32 so that base 38 will not tend to
slide atop tubes 32 in the fore-and-aft directions.
Plates 50 also ride on the upper surfaces of tubes 32 and
butt against pivot base 38.

35     A cross and bearing assembly 72 is situated between
pivot arm 40 and pivot base 38, as shown in Fig. 7.  One
type of cross and bearing assembly which has been found

JA - 0737

- 14 -

suitable is the DELTAWING® X-TRA LIFE universal joint
Model Number CP62N-48 sold by Rockwell International,
Automotive Operations Division, Troy, Michigan.  The cross
and bearing assembly 72 includes a "cross" 76 centrally
5    located between a pair of diametrically-opposed pitch
bearing caps 78 and a pair of diametrically-opposed roll
bearing caps 80.  Pitch bearing caps 78 are laterally
aligned (parallel to the reel axis), and allow cutting
unit 22 to pitch upward and downward relative to lift arm
10    18.  Similarly, roll bearing caps 80 are longitudinally
aligned (parallel to the normal forward direction of
traction vehicle 12) to accommodate rolling or
side-to-side tilting of reel unit 22 relative to vehicle
12 and lift arm 18.  Pitch bearing caps 78 are bolted to
15    pivot base plate 38 using threaded fasteners 82.  Of
course, although only one such fastener is shown in Fig.
7, there are actually two fasteners 82 for each pitch
bearing cap 78.  Pitch bearing caps 78 are drilled through
and Pivot base plate 38 is tapped.  By contrast, roll
20    bearing caps 80 form threaded holes which are not
through-holes.  These threaded holes receive threaded
bolts 84 which extend through openings in pivot arm body
66.

Thus it can be seen that reel unit 22 can pitch and
25    roll relative to lift arm 18 and vehicle 12.  However,
these motions must be limited to allow the reel units 22
to be safely lifted into and securely held in their
transport positions, among other reasons.  To limit the
motion of reel unit 22 relative to lift arm 18, a pair of
30    stop means is included in U-joint assembly 23.  In
particular, pivot base 38 includes roughly at its
longitudinal midpoint a ridge-like structure formed by a
pair of intersecting inclined planes 90 and 92.  Plane 90
forms an upward pitch stop, limiting the upward pitching
35    action of reel unit 22 relative to arm 18; similarly,
inclined plane 92 forms a downward pitch stop which limits
the downward pitching of reel unit 22 relative to lift arm

WO 88/05998
PCT/US88/00454

- 15 -

18.  Stops 90 and 92 act on cross 76, not on bearing caps
78, 80.  Pitch stops 90 and 92 allow for 30 degrees of
pitch, 15° forward and 15° backward.  Functionally
equivalent roll stops 102, one of which is shown in Fig.
5    8, are formed on the underside of pivot arm body 66 and
centrally positioned above cross 76 when U-joint 23 is
assembled.  That is, a pair of inclined planes 102 form a
crest or peak and act as roll stops in the nature of the
inclined planes 90 and 92 forming the pitch stops.  It
10    should be noted, however, that the right and left roll
stops 102 formed by the underside of pivot arm body 66 are
in effect at right angles to the inclined planes 90 and
92.  When the cutting unit 22 rolls or pivots
side-to-side, the upper laterally-aligned bulbous portions
15    of cross 76 will contact the right and left roll stops 102
to limit this degree of freedom.  Roll stops 102 formed by
the underside of body 66 allow for 60 total degrees of
roll relative to lift arm 18, 30° right and 30° left.  Of
course, as noted above, pitching of cutting unit 22
20    relative to pivot arm 18 can be eliminated altogether by
extending lock pin 44 into lock pin receiving block 47
which depends from pivot arm 40.

     The general operation of turf maintenance machine 10
is well known to those skilled in the art.  U-joint 23 is
25    substantially a passive component that does not require
controlling or intervention by the operator.  Lock pin 44
and lock pin jam nut 48 must occasionally be manipulated
to either eliminate or accommodate pitching of the reel
units 22, 24 relative to their lift arms 18.

30         It should be noted that pivot arm 40 is preferably
forged A4140 steel quenched and tempered to 241-285BHN.
Tensile requirements are 130,000 PSI ultimate strength,
110,000 PSI yield strength with 18% elongation.  The
length of pivot arm 40 is preferably about 15 inches.  The
35    diameter of extension 64 is preferably about 1.25 inch.
Base 38 can be cast ductile iron, grade 7003 (100-70-03)
Type G, 241-302 BHN, 3.90-3.50 BID per SAE J434 spec.

WO 88/05998                                    PCT/US88/00454

- 16 -

A preferred embodiment of the invention is described above. Those skilled in the art will recognize that many embodiments are possible within the scope of the invention. Variations and modifications of the various parts and assemblies can certainly be made and still fall within the scope of the invention. Thus, the invention is limited only to the apparatus and method recited in the following claims, and equivalents thereto.

WO 88/05998                                    PCT/US88/00454

- 17 -

Claims

We claim:

    1.   In a turf maintenance machine having a traction unit, a reel unit, and a lift arm pivotally extending from the traction unit, means for connecting the lift arm and the reel unit comprising a U-joint suitable for allowing
5   limited pitch and roll of the reel unit relative to the lift arm, while not allowing yaw relative to the lift arm, wherein:

    (a)  the U-joint comprises a pivot base suitable for connection to the reel unit; a pivot arm suitable for
10   connection to the lift arm; a cross; and four bearing caps rotatably connected to the cross, wherein two diametrically-opposed pitch bearing caps are attached to the pivot base and two diametrically-opposed roll bearing caps are attached to the pivot arm, whereby the pivot base
15   and the reel unit can pitch and roll relative to the lift arm and the turf maintenance machine, but wherein yaw of the reel unit is prevented;

    (b)  the surface of the pivot arm proximate the cross and the bearing caps forms a pair of roll stops suitable for limiting the rolling of the reel unit relative to the
20   lift arm; and

    (c)  the surface of the pivot base proximate the cross and the bearing caps forms a pair of pitch stops suitable for limiting pitching of the reel unit relative to the lift arm, wherein the roll stops and the pitch
25   stops act on the cross to limit the motions of the pivot arm and the pivot base, respectively, relative to the cross.

    2.   The connecting means of claim 1, wherein the pitch stops comprise a pair of inclined pitch planes which meet to form a ridge-like pitch stop structure; and wherein the

- 18 -

roll stops comprise a pair of roll planes which converge
5   to form a ridge-like roll stop structure.

3.   The connecting means of claim 2, wherein the pitch
stops allow about 30 total degrees of pitch, and wherein
the roll stops allow about 60 total degrees of roll.

4.   In a turf maintenance machine having a traction unit,
a reel unit, and a lift arm pivotally extending from the
traction unit, means for connecting the lift arm and the
reel unit comprising a U-joint suitable for allowing
5   limited pitch and roll of the reel unit relative to the
lift arm, while not allowing yaw relative to the lift arm,
wherein the U-joint comprises:
     (a)   a pivot base suitable for connection to the reel
unit; a pivot arm suitable for connection to the lift arm;
10  a cross; and four bearing caps rotatably connected to the
cross, wherein two diametrically-opposed pitch bearing
caps are attached to the pivot base and two
diametrically-opposed roll bearing caps are attached to
the pivot arm, whereby the pivot base and the reel unit
15  can roll and selectively pitch relative to the lift arm
and the turf maintenance machine, but wherein yaw of the
reel unit is prevented; and
     (b)   a threadedly apertured first block extending
upward from the pivot base, an apertured second block
20  extending downward from the pivot arm, and a lock pin
suitable for threadedly engaging the first block and for
selectively engaging the second block, wherein when the
lock pin is manipulated to engage the first and second
blocks the reel unit can only roll relative to the lift
25  arm, and when the lock pin is manipulated so as to not
engage the second block the reel unit can pitch and roll
relative to the lift arm.

5.   In a turf maintenance machine having a traction unit,
a reel unit, and a lift arm pivotally extending from the

- 19 -

traction unit, a U-joint for connecting the lift arm and the reel unit, comprising:

(a) a cast iron pivot base suitable for connection to the reel unit;

(b) a threadedly apertured first block extending upward from the pivot base;

(c) a forged steel pivot arm suitable for connection to the lift arm;

(d) an apertured second block extending downward from the pivot arm;

(e) a pair of diametrically-opposed pitch bearing caps attached to the pivot base;

(f) a pair of diametrically-opposed roll bearing caps attached to the pivot arm;

(g) a cross pivotally attached to the pitch and roll bearing caps, whereby the pivot base and the reel unit can pitch and roll relative to the lift arm and the turf maintenance machine, but whereby yaw of the reel unit is prevented;

(h) a pair of roll stops extending downward from the pivot arm suitable for limiting the rolling of the reel unit relative to the lift arm to about 60 total degrees;

(i) a pair of pitch stops extending upward from the pivot base suitable for limiting pitching of the reel unit relative to the lift arm to about 30 total degrees, wherein the roll and pitch stops act on the cross to limit the motions of the pivot arm and the pivot base, respectively, relative to the cross; and

(j) a lock pin suitable for threadedly engaging the first block and for selectively engaging the second block, wherein when the lock pin is manipulated to engage the first and second blocks the reel unit can only roll relative to the lift arm, and when the lock pin is manipulated so as to not engage the second block the reel unit can pitch and roll relative to the lift arm.

6.   A turf maintenance apparatus comprising:

- 20 -

  (a) a traction unit;

  (b) a reel unit;

  (c) a lift arm pivotally connected to the traction

5 unit; and

  (d) a U-joint coupling between the reel unit and the

lift arm suitable for allowing limited pitch and roll of

the reel unit relative to the lift arm, while not allowing

reel unit yaw relative to the lift arm, wherein the

10 U-joint comprises:

   (i) a cast iron pivot base suitable for

connection to the reel unit;

   (ii) a threadedly apertured first block

extending upward from the pivot base;

15   (iii) a forged steel pivot arm suitable for

connection to the lift arm;

   (iv) an apertured second block extending

downward from the pivot arm;

   (v) a pair of diametrically-opposed pitch

20 bearing caps attached to the pivot base;

   (vi) a pair of diametrically-opposed roll

bearing caps attached to the pivot arm;

   (vii) a cross pivotally attached to the pitch

and roll bearing caps, whereby the pivot base and the reel

unit can pitch and roll relative to the lift arm and the

25 turf maintenance machine, but whereby yaw of the reel unit

is prevented;

   (viii) a pair of roll stops extending downward

from the pivot arm suitable for limiting the rolling of

the reel unit relative to the lift arm to about 60 total

30 degrees;

   (ix) a pair of pitch stops extending upward

from the pivot base suitable for limiting pitching of the

reel unit relative to the lift arm to about 30 total

degrees, wherein the roll and pitch stops act on the cross

35 to limit the motions of the pivot arm and the pivot base,

respectively, relative to the cross; and

   (x) a lock pin suitable for threadedly

WO 88/05998

PCT/US88/00454

- 21 -

engaging the first block and for selectively engaging the
second block, wherein when the lock pin is manipulated to
40   engage the first and second blocks the reel unit can only
roll relative to the lift arm, and when the lock pin is
manipulated so as to not engage the second block the reel
unit can pitch and roll relative to the lift arm.



PRIOR ART

FIG. 1

PRIOR ART

FIG. 4B

PRIOR ART

FIG. 2

PRIOR ART

FIG. 3B

PRIOR ART

FIG. 3A

PRIOR ART

FIG. 4A

PRIOR ART

FIG. 3C

JA - 0746

WO 88/05998

PCT/US88/00454

- 2 / 3 -



FIG. 7



FIG. 8

JA - 0747

WO 88/05998                                          PCT/US88/00454

- 3 / 3 -



FIG. 5



FIG. 6

JA - 0748

# INTERNATIONAL SEARCH REPORT

International Application No    PCT/US 88/00454

## I. CLASSIFICATION OF SUBJECT MATTER (if several classification symbols apply, indicate all) [6]

According to International Patent Classification (IPC) or to both National Classification and IPC

IPC[4]:    A 01 D 75/30

## II. FIELDS SEARCHED

Minimum Documentation Searched [7]

| Classification System | Classification Symbols |
|---|---|
| IPC[4] | A 01 D |

Documentation Searched other than Minimum Documentation
to the Extent that such Documents are Included in the Fields Searched [8]

## III. DOCUMENTS CONSIDERED TO BE RELEVANT [9]

| Category [*] | Citation of Document, [11] with indication, where appropriate, of the relevant passages [12] | Relevant to Claim No. [13] |
|---|---|---|
| A | US, A, 3097465 (WILLIAMS) 16 July 1963<br>see column 3, line 41 - column 4,<br>line 26 | 1,4-6 |
| A | US, A, 4330981 (HALL) 25 May 1982<br>see column 2, line 60 - column 3,<br>line 8, column 4, lines 1-13 | 1,2,5,6 |
| A | US, A, 3135079 (DUNN) 2 June 1964<br>see column 5, lines 27-67 | 1,2,5,6 |
| A | US, A, 3832835 (HALL) 3 September 1974 | |
| A | US, A, 1957079 (RONNING) 1 May 1934 | |
| A | US, A, 2329952 (SPEISER) 21 September 1943 | |

--------

* Special categories of cited documents: [10]
"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier document but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.
"&" document member of the same patent family

## IV. CERTIFICATION

| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
|---|---|
| 20th May 1988 | 20 JUN 1988 |

| International Searching Authority | Signature of Authorized Officer |
|---|---|
| EUROPEAN PATENT OFFICE | P.C.G. VAN DER PUTTEN |

Form PCT/ISA/210 (second sheet) (January 1985)

JA - 0749

ANNEX TO THE INTERNATIONAL SEARCH REPORT
ON INTERNATIONAL PATENT APPLICATION NO.     US 8800454
                                            SA     21185

This annex lists the patent family members relating to the patent documents cited in the above-mentioned international search report.
The members are as contained in the European Patent Office EDP file on 09/06/88
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| US-A- 3097465 | | None | |
| US-A- 4330981 | 25-05-82 | None | |
| US-A- 3135079 | | None | |
| US-A- 3832835 | 03-09-74 | None | |
| US-A- 1957079 | | None | |
| US-A- 2329952 | | None | |

EPO FORM P0479

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

JA - 0750