# EXHIBIT 5

# TORO

# GROUNDSMASTER® 580-D



## The first large-scale rotary mower that combines the productivity of a 16-foot machine with the maneuverability and handling ease of a trim mower.

# The Groundsmaster® 580-D gives you the kind of productivity, performance and ease of operation never seen before in large-scale mowers.

The Groundsmaster® 580-D is changing the landscape of large-scale mowing in parks, golf course roughs and industrial grounds in a most dramatic way. For the first time you have a large-scale mower that can cut a 16-foot wide swath — up to 14½ acres per hour — and still handle as easy as a trim mower. The 580-D is powered by an 80 hp turbo diesel which delivers more power with less fuel consumption. With heights of cut from 1 to 5½ inches, the 580-D performs in a wide variety of applications from formal turf to roadside grade conditions.

## 16 foot productivity in open areas and the 18 inch uncut circle of a trim mower.

The 92" wide Triflex® out-front cutting unit let us design a wide tractor stance for stability and smaller, 57" swept-forward outboard wings for visibility and easier handling.

You can cut a 16 foot wide swath or trim less than an 18 inch circle. Trim around a 90° corner or turn 180° back on track with no uncut grass.





## Fast, stable transport with 360° visibility.

When raising the outboard cutting units for transport, a patented hinge automatically rotates them rearward and then lowers them behind the operator for a clear side and rear view. This design also transfers the cutting unit weight to the rear for a well-balanced machine allowing a stable 20 mph transport speed. No truck or trailer is necessary for transport.

## An exclusive front Triflex® deck for antiscalping.

Out front is Toro's Triflex® cutting unit. It is comprised of three sections: a 57" center section and two 19" wings. Working like three independent cutting units, the 92" Triflex unit follows ground contours and gives you antiscalping qualities as good as a 60" trim mower. And "flips" up into the service position shown



## Exclusive Traction-Plus.

A patented, automatic, hydraulic, weight transfer system takes 30% of the weight off of the cutting units for more flotation and puts it on the traction wheels. When cutting up steep hills, the weight transfer gradually increases to 50%. And this weight transfer system is totally automatic, the operator doesn't have to lift a finger.

## Independently operated cutting units for maneuvering in tight areas.

The Groundsmaster 580-D has three cutting units that can be independently raised or lowered on the go. The side decks raise inside the width of the front Trilex deck. This gives you the flexibility to cut a 92 inch, 12-foot or 16-foot swath. The wings can be locked at any height to cut overhangs or avoid obstacles.

The outboard cutting units can be used in the float position and reach up or down turf embankments or roadside ditches.

For unequaled, large scale cutting performance, the 580-D contains eleven independent, interchangeable cutting blades and spindles installed in their own rear discharge Wind-Tunnel housing. Two belt sizes service all cutter decks.







Two Speed Hydraulic Motor

Internal Double Disc Brake

Planetary Gear Reduction Wheel Hub

Wheel Hub Drive Lockout

## Cutting unit breakaway protection.

Only Toro gives you this special patented breakaway protection feature. Should the operator misjudge the distance, the outboard cutting unit will pivot away on the rotating push arm from the object that has been hit. Each breakaway device is easily reset by raising the respective outboard cutting unit.

## Extra rugged traction drive and internal brakes.

The 580-D features a rugged Series M46 Sundstrand hydrostatic transmission pump to allow smooth quick speed and direction changes. The pump drives the front traction wheels through hydraulically powered, planetary, 16 to 1 gear reduction hubs and oversized traction tires. The wheel drives are the same type used on large agricultural combines and provide four times the torque capacity normally required for mowing applications. This insures extra long life. And, the hub can be disengaged at each wheel for safe towing.

Each drive wheel has a fully sealed, independently controlled, double disc brake for maximum steering and traction control.

## Constant monitoring of vital machine functions.

Lights, audible warnings and automatic engine shut down provide reliable machine protection. The engine automatically shuts down for high engine coolant temperature and low hydraulic fluid level. For precise information there are gauges for fuel level, engine coolant temperature and engine hours. There are warning lights and audible warnings of low oil pressure, high coolant temperature, no electrical charging, water in fuel, air cleaner service, hydraulic oil filter service, low hydraulic oil level and high hydraulic oil temperature. Other lights inform the operator about the parking brake, speed control and ground speed range.





## Maximized operator comfort and control.

Operating the Groundsmaster 580-D is incredibly easy. Toro gives you a patented adjustable steering wheel and an adjustable steering column. Not a luxury, it allows an unlimited array of operator positions for all day comfort with almost any size operator. And the 580-D comes standard with a three-way adjustable, high-back seat with armrests. Adjust fore or aft, up or down and for operator weight. Also standard are speed control, fingertip control design, a power assisted traction pedal, plus more

## Roadside and airport options.

For rougher work, 8 ply, double Chevron traction tires and segmented roadside type castor wheels are available to replace the standard turf items.



# Easy daily maintenance and service accessibility.

The industrial mid-mount radiator with wide spaced fins stays cleaner and is also protected by an easy in and out radiator screen for daily cleaning. The full flow oil cooler is hinged and swings away from the radiator for easy cleaning. The entire engine, transmission and cooling system can be fully accessed quickly by snapping off a few panels and removing the shrouds. The two heavy duty batteries are easily reached on their slide out tray.





The same consideration was given to cutting units. Each blade spindle is greaseable from the top without removing the cover. The cutting decks have flexible, structural plastic covers with high strength magnetic fasteners. These covers provide easy access to the belt areas promoting daily maintenance.

# Simplified, serviceable hydraulics.

The hydraulic system of the 580-D is designed with up to 70% less hydraulic hoses, fittings and inline components than comparable equipment. A uniquely designed hydraulic control block is readily accessible at the rear of the tractor for easy maintenance. All hydraulic circuits have a quick-couple test port which are all in one convenient location.



# Accessories.

For more versatility, the 580-D includes these accessories: an eight foot broom attachment, a roll over protective structure with canopy, a cab with heater and air conditioner option, and a road light kit. A leaf mulcher is also available.

# Groundsmaster® 580-D Specifications*

## GROUNDSMASTER® 580-D (MODEL 30580)

| | | | |
|---|---|---|---|
| **ENGINE** | Mitsubishi Model S4F-T, four cylinder in-line 4-cycle, liquid cooled, turbo-charged diesel engine. 80 hp (59.6 kW) at governed maximum of 2750 rpm. 180.4 cu. in. (2956 cc) displacement, vertical overhead valve, direct injection. Forced feed lubrication w/trochoid gear pump. 8.5 quart (8 liter) capacity. 17:1 compression ratio. 12 volt (2.2 kW) gear reduction starter. Heavy duty centrifugal air cleaner with replaceable element. Draws air from screened air intake. Muffler double wrapped with insulation and mounted under hood. Engine hood supported when raised by gas cylinder suspension. Lined with barrier type sound reduction material. Easily removed side panels provide improved engine access. | **GROUND SPEED AND CLEARANCE** | Infinitely variable speed. Forward Speeds: 0-7.5 mph (12.1 km/h): mow 0-20 mph (32.2 km/h): transport Reverse Speeds: 0-3 mph (4.8 km/h): mow 0-8 mph (12.9 km/h): transport Ground Clearance: 8 in. (20.3 cm) |
| **RADIATOR AND OIL COOLER** | Magnetically latched air intake grill and shielding are easily removed to provide access to the mid-mount agricultural-type radiator with wide spaced fins (5 fins/in.). Oil cooler hinges away from the radiator to provide easy service access. 3.9 gal. (14.7 liter) coolant capacity. Variable speed radiator fan controlled by engine temperature. Full flow hydraulic oil cooler (7 fins/in.). | **CONTROLS** | Individual deck lift levers, ground speed high range/low range switch, PTO switch, hand operated throttle, speed control on/off switch speed engage button and ignition switch. Single implement shut-off control. Steering lower and wheel tilt lever. Service brake pedal, steering brake pedals with parking brake latch, foot operated traction pedal |
| **FUEL SYSTEM** | Direct mechanical injection system with replaceable fuel filter and water separator. Front console warning light indicates water in fuel. Fuel capacity: 26 gal. (106 liter) No. 2 diesel fuel. | **GAUGES/ DIAGNOSTICS** | Gauge package includes fuel gauge, engine water temperature, engine hour meter, and engine oil pressure. An indicator light and audible warning of low oil pressure, high water temperature, no charge, water in fuel, air cleaner service, hydraulic oil filter service, low hydraulic oil, and high hydraulic oil temperature. Indicator lights on steering tower to show parking brake on, speed control engaged, and ground speed in high range mode. 8 hydraulic test ports easily accessible without removing panels to diagnose system pressures |
| **FRAME CONSTRUCTION** | 5" x 9 lb/ft welded structural steel channel. Six tie down loops: 2 front, 2 center and 2 at rear of frame | | |
| **TIRES/WHEELS** | Front: (2) 31 x 12.50-15. 6-ply high floatation turf tires w/tubes Rear: (2) 23 x 10.50-12. 6 ply tubeless turf tire | **INTERLOCK SYSTEM** | Prevents starting of engine if traction pedal is out of neutral. Stops engine if operator leaves seat or if parking brake is "on" with traction pedal out of neutral. Prevents engaging of PTO if operator out of seat, engine off or all decks raised. Prevents engagement of high range ground speed mode if a cutting unit is lowered or engine is off |
| **BRAKES** | Multiple front disc brakes. Fully sealed in cast housings. Hydraulic service brake via a brake pedal operated by the right foot. Mechanical steering brakes via two pedals which lock together for parking brake function. Dynamic braking through closed-loop hydrostatic drive | **ELECTRICAL FEATURES** | 12 volt automotive type electrical system. Dual maintenance free batteries, cold cranking 1060 amperes at 0° F (18° C). 170 minute reserve capacity at 60° F (27° C). 35 amp alternator with I/C regulator/rectifier. Seat switch, PTO and traction interlock system |
| **STEERING** | Tilt 15.5 in. (39 cm) steering wheel and tilt steering tower; released and locked by a patented single lever control. Dual hydraulic cylinder power steering for extra sharp turning. Eaton Charlynn Series 4 steering valve, load reaction type. 1500 psi (103.4 bars) rated | **SEAT AND STORAGE** | Deluxe seat with armrests, backrest and suspension. Adjustable for weight, fore/aft travel and height. Large tool tray storage located under hinged floor plate. Small storage and beverage holder beside control panel |
| **TRACTION SYSTEM** | Hydrostatic closed loop system, consisting of Sundstrand Model M46 hydrostatic pump and two speed motors. and Auburn Model 6 industrial planetary gear reduction at the drive wheels. Includes system reliefs of 5000 psi (344.8 bars) and bypass valve for towing. Planetaries are rated for a radial load of 10,000 lbs. (4536 kg) and output torque of 50,000 lb-in. Maximum system flow is 28 gpm (105.9 lpm). Hydraulically assisted single foot operated traction pedal with adjustable speed stop controls forward/reverse ground speed. Electromagnetic speed control actuated from console by push button switch. Disengage speed control by service brake or on-off switch. Control of speed can be changed without disengaging | **IMPLEMENT DRIVE** | Hydraulic implement drive to all cutting units |
| | | **CUTTING UNIT CONFIGURATION** | Consists of one 92" (234 cm) front center Triflex® cutting unit and two 57" (145 cm) outboard cutting units |
| | | **MOWING RATE/WIDTH** | Mows up to 14.5 acres/hr (5.9 hectares/hr) at 7.5 mph (12.1 km/h) with use of all cutting units. (Assumes no overlap and stops.) Total cutting width: 192 in. (488 cm) |
| | | **HEIGHT OF CUT RANGE** | Low Range: 1-4 inches (2.5-10.2 cm) High Range: 2.5-5.5 in. (6.3-14 cm) |

*Specifications and design subject to change without notice

# Groundsmaster® 580-D Specifications* (Continued)

## GROUNDSMASTER® 580-D (MODEL 30580) (Continued)

| | |
|---|---|
| CUTTING UNIT CONSTRUCTION | 10 gauge steel. 5.5 in. (14 cm) deep shell. Welded construction reinforced with 7 ga. plates and 10 ga. channels. Leading edge constructed in closed triangular cross section to provide additional reinforcement. |
| BLADES | 20 in. (50.8 cm) long. .25 in. (6.3 mm) thick. 2.5 in. (6.3 cm) wide. heat treated steel blades. Triflex cutting unit. 5 blades. Outboard cutting units. 3 blades each. All blades and spindles are interchangeable. |
| ANTI-SCALP DEVICES | Each cutting unit equipped with adjustable skids. Anti-scalp cup located on each blade. |
| CUTTING UNIT COVERS (PATENT PENDING) | Impact resistant molded plastic covers. Four covers per Triflex and two per outboard cutting unit. Easy to remove and replace without tools. Held down with high strength permanent magnets. |
| PATENTED AUTOMATIC WEIGHT TRANSFER | Automatic hydraulic counterbalance transfers weight from the cutting units to the traction unit for improved traction and better deck floatation. Under demanding traction situations the system automatically transfers additional weight from the cutting units to the traction unit. |
| CERTIFICATION | Traction unit and all cutting units are certified to meet ANSI specifications B71.4-1984 and applicable Federal State OSHA regulations based thereon. |
| WARRANTY | Two years or 1500 operational hours whichever comes first. Refer to the Groundsmaster 580-D Operator's Manual for further details regarding this warranty. |

## HYDRAULIC SYSTEM

| | |
|---|---|
| CUTTING UNIT DRIVE SYSTEM | High efficiency pressure balanced tandem output gear pump. Vickers Model G2020 all cast iron body. Rated pressure 3300 psi (227.6 bars). 20 gpm (75.7 lpm) output each section. System is protected at 3000 psi (206.9 bars) with relief valves. Cooling and filtration of the full cutting circuit flow for cool running and long life. Easily accessible electro-hydraulic manifold block controls on/off, braking and relief functions for high efficiency and ease of service. Cutting drive initially engaged with electric switch. cutting units shut off/engage individually when raised or lowered. |
| AUXILIARY DRIVE | Webster Model YC pressure loaded gear pump with flow divider cover. Maximum flow is 12.5 gpm (47.3 lpm). Priority flow of 3 gpm (11.3 lpm) with 1500 psi (103.4 bars) relief for power steering, remaining flow for lift and counterbalance system. |
| HYDRAULIC OIL RESERVOIR | Hydraulic system capacity of 40 gallons (151 liters) with reservoir capacity of 32 gallons (121 liters). Sight glass level indicator. Water collector drain plugs. 100 mesh suction screen. Internal baffle system. Oil level warning protection shut-down system. |
| HYDRAULIC FITTINGS AND FILTRATION | Hydraulic system utilizes O-ring face seals. A single large spin-on 5 micron hydraulic oil filter element. |

## TRIFLEX® FRONT CUTTING UNIT (MODEL 30592)

| | |
|---|---|
| TYPE | Triflex type. 92 in. (234 cm) width of cut. five spindle. front mounted rotary cutting unit. Outside spindle on each side of cutting unit will flex up to 15° maximum for excellent ground following capabilities. Rear discharge with even dispersion over entire width of cut. By removing two pins the front cutting unit tips vertically exposing all spindles and blades for ease of service. |
| TRIMMING ABILITY | Front cutting unit offset from outside of traction tires 8 in. (20.3 cm) for trimming on either side. |
| HEIGHT OF CUT ADJUSTMENT | Adjustable in .5 in. (12.7 mm) increments with spacers on front castor shafts and clevis pins on rear wheel forks. |
| CUTTING UNIT DRIVE | High efficiency pressure balanced hydraulic gear motor. Webster Quantum series. all cast iron body with rated capacity of 4000 psi (275.8 bars). "BB" hex section belt to center cutting unit spindles. "B" section belt to each wing. 1.25 in. (3.2 cm) diameter splined shafts mounted in two greaseable tapered roller bearings in cast iron housing. greaseable from the top. All Triflex and outboard cutting unit drive belts are interchangeable except for the Triflex front "center" cutting unit belt. |
| BELT IDLERS | Self tensioning. permanently lubricated steel idlers. |
| CASTOR WHEELS | Two 13 x 5.00 heavy duty semi-pneumatic front castor wheels and two 10.50 x 3.50 heavy duty semi-pneumatic rear castor wheels. All same size castors are interchangeable. |
| OVERALL WIDTH | 95 inches (241 cm). |

## OUTBOARD CUTTING UNITS (TWO) (LEFT — MODEL 30591, RIGHT — MODEL 30593)

| | |
|---|---|
| TYPE | 57 in. (145 cm) width of cut. three spindle. side mounted rotary cutting unit. Rear discharge with even dispersion over entire width of cut. |
| TRIMMING ABILITY | Trims on outer sides. 18 in. (46 cm) uncut circle. Trim side of cutting unit in line with traction axle centerline, forward of operator for ease of visibility and control. |
| PATENTED CUTTING UNIT SUSPENSION | Outboard cutting unit arms of .38 in. (9.6 mm) to .25 in. (6.3 mm) plate closed box construction. Inner arm. 4 x 8 (10 cm x 15 cm). outer 3.5 x 5. (9 cm x 13 cm). Built in two parts pivoting from the center to 1) sweep cutting units forward in mow and 2) lift and rotate cutting units down and back into transport to enhance visibility and transport stability. Cutting units attached to arm with rubber mount design to absorb shock, vibration and increase floatation. Adjustable spring loaded breakaway arms release and rotate outboard cutting unit upon accidental impact. Resets automatically when cutting unit is raised. Cam lock links secure outboard cutting units in transport position. |

# Groundsmaster® 580-D Specifications* (Continued)

## OUTBOARD CUTTING UNITS (TWO) (LEFT — MODEL 30591, RIGHT — MODEL 30593) (Continued)

| | |
|---|---|
| HEIGHT OF CUT ADJUSTMENT | Adjustable in ½" (12.7 mm) increments w/ spacers on all castor shafts |
| CUTTING UNIT DRIVE | High efficiency pressure balanced hydraulic gear motor. Webster Quantum series; all cast iron body with rated capacity of 4000 psi (275.9 bars). Three "B" section belts to spindles. All Triflex and outboard cutting unit drive belts are interchangeable except for the one Triflex front "center" cutting unit belt. |
| CASTOR WHEELS | Four 10.50 x 3.50 heavy duty semi-pneumatic castor wheels; all interchangeable. |
| OVERALL WIDTH | 60 inches (152 cm) |

## OVERALL WEIGHT AND DIMENSIONS (APPROXIMATE)

| | |
|---|---|
| WIDTH | Transport: 7 foot, 11 in. (241 cm) Mow: 16 foot, 3 in. (495 cm) |
| HEIGHT | Transport: 7 foot, 7 in. (231 cm) (top of cutting units raised) Mow: 4 foot, 11 in. (152 cm) (top of seat back) w/ ROPS: 7 foot (213 cm) |
| OVERALL LENGTH | 14 foot (427 cm) |
| TOTAL WEIGHT | 6540 lbs. (2967 kg) with fluids |

## ACCESSORIES

### ROAD LIGHT KIT (MODEL 30585)

| | |
|---|---|
| STANDARD FEATURES | Consists of a front shroud, horn, directional lights with 4-way flasher, headlights, stop lights, tail lights, slow moving vehicle lights with flasher, light switch, socket for SMV sign with bracket and reflectors. |
| CERTIFICATION | Road light kit meets specifications of American National Standard ANSI B71.4-1984 |

## ACCESSORIES (Continued)

### 2-POST ROLL-OVER PROTECTIVE STRUCTURE† (ROPS)

| | |
|---|---|
| STANDARD FEATURES | ROPS; constructed continuous form tubing seat belt and attaching system |
| CERTIFICATION | Tested to meet OSHA standard 1928.51(b)(1) for roll over protection |
| SHIPPING WEIGHT | 2-Post ROPS: approx. 130 lbs. (59 kg) Canopy Kit: approx. 100 lbs. (45.3 kg) |
| OPTIONAL ACCESSORIES | Bolt-on canopy sunshade kit. Heavy duty steel construction with acoustical roof insulation. |

### CAB WITH ROPS†

| | |
|---|---|
| STANDARD FEATURES | Roll-over protective structure, seat belt and attaching system. Tinted safety glass throughout. Removable door with locking handle. 1" (2.5 cm) acoustical roof insulation. |
| SHIPPING WEIGHT | 600 lbs. (272 kg) |
| OPTIONAL ACCESSORIES | Single speed wiper, two speed wiper, two front headlights, defroster fan, heater, air conditioner. |

### ROTARY BROOM†

| | |
|---|---|
| STANDARD FEATURES | Complete hydraulic control. Two-way angling broom; 30° left, 30° right or centered. Swing arms keep sweeping path centered ahead of tractor regardless of broom angle. Brush fill to be polypropylene crimped wire, or a combination of the two. Sweeper mounts directly to tractor's lift arms. |
| DIMENSIONS | Brush: 32" (81.2 cm) diameter, 96" (243.8 cm) length. Sweeping Path: 84" (213.3 cm) when angled to its maximum of 30° left or centered. |

| Description | Model/ Part No. |
|---|---|
| Mulcher Kit | 30588 |
| Cold Start Kit | 30589 |
| Front PTO Hydraulic Conversion Kit | 30586 |
| Optional Traction Drive Tire (tractor type) | 231-133 |
| Segmented 13" (33 cm) Castor Tire | 76-1890 |
| Segmented 10.5" (27 cm) Castor Tire | 76-1880 |

Specifications and design subject to change without notice. Toro®, Groundsmaster®, Triflex® and Wind-Tunnel® are registered trademarks of The Toro Company, 8111 Lyndale Avenue South, Minneapolis, Minnesota 55420.

*Contact your Local Toro Distributor for manufacturer's specifications. The Toro Company does not manufacture or sell these accessories, nor does Toro guarantee the accessories in any manner whatsoever. The manufacturers of these products are as follows: M-B Company Inc. of Wisconsin and Custom Products.



**COMMERCIAL PRODUCTS**

**THE PROFESSIONALS THAT KEEP YOU CUTTING.**