# EXHIBIT 3



• *The Mirage 3.5HP A hand-propelled four wheeled model with 18" cut*

• *The new Princess 14" electric lawnmower*

• *The electric model in the new range of Emblem 15" four wheeled machines, now with polyester grasscatcher and improved collection.*

• *The Mountfield Empress rear roller mower*

# EXHIBIT 4

REC'D APR 2 1 2003

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries. I. Gove, Philip Babcock, 1902-1972. II. Merriam-Webster, Inc
PE1625.W36 1993
423-dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5051 QP/H00

plas·ti·do·zoa \ˌplastədə'zōə\ [NL, fr. ISV plastid + -zoa] syn of PROTOZOA

plas·tid·u·lar \(')pla¦stijələ(r)\ adj [ISV plastidule + -ar] : of or relating to a plastidule

plas·tid·ule \'plastə,d(y)ül\ n -s [ISV plastid + -ule, orig. formed as G plastidul] 1 : a hypothetical ultimate unit of protoplasm : ALTMANN'S GRANULES 2 : a structural subunit of a plastid

-plasties pl of -PLASTY

plas·ti·fi·ca·tion \ˌplastəfə'kāshən\ n -s [fr. plastify, after such pairs as E identify : identification] : PLASTICIZATION

plas·ti·fy \'plastə,fī\ vt -ED/-ING/-ES [¹plastic + -fy] : PLASTICIZE

plas·ti·gel \-,jel\ n [¹plastic + gel] : a very viscous substance (as a paste resembling putty in consistency) obtained by adding a thickening agent to a plastisol

plastiline also plastilina var of PLASTELINE

plas·tin \'plastən\ n -s [ISV plast- (fr. Gk plastos) + -in; prob. orig. formed in G] 1 : an acidophilic component of protoplasm more or less coextensive with the presumed highly polymerized protein framework of cytoplasm and nucleus 2 : the substance of the true nucleolus

plas·ti·noid \'plastə,nȯid\ adj [plastin + -oid] : resembling plastin

plas·tique \pla'stēk\ n -s [F, lit., plastic, fr. MF — more at PLASTIC] 1 : slow changes of position like moving sculpture without marked rhythm or dramatic theme in dancing 2 : the technique of statuesque posing in dancing

plas·ti·sol \'plastə,sōl, -sȯl\ n -s [¹plastic + -sol (as in hydrosol)] : a relatively viscous dispersion of a powdered thermoplastic resin in a liquid plasticizer used chiefly in coatings, films, and molded products ⟨vinyl ~s⟩ — compare ORGANOSOL

plasto- comb form [Gk, fr. plastos formed, molded] 1 : formation : development ⟨plastochron⟩ ⟨plastotype⟩ 2 : plasticity : plastic ⟨plastometer⟩ ⟨plastomer⟩ 3 : cytoplasm ⟨plastogamy⟩ ⟨plastomere⟩ 4 : plastid ⟨plastogene⟩

plas·to·chron \'plastə,krän\ n -s [plasto- + Gk chronos time] : a unit of time corresponding to the interval between two successive similar, periodically repeated events (as the emergence of leaf primordia at any two successive nodes in a stem apex) — plas·to·chron·ic \¦ₑₑ¦kränik\ adj

plas·to·cyte \'ₑₑ,sīt\ n [plasto- + -cyte] : BLOOD PLATELET — plas·to·cyt·ic \¦ₑₑ¦sid·ik\ adj

plas·to·gam·ic \¦ₑₑ¦gamik\ adj : of or relating to plastogamy

plas·tog·a·my \pla'stägəmē\ n -ES [ISV plasto- + -gamy] : PLASMOGAMY

plas·to·gene \'plastə,jēn\ n [plasto- + -gene] : a submicroscopic factor or determiner reported to be present in the plastids in plant cells and to influence physiological and hereditary phenomena of the plastids — compare GENE, PLASMAGENE, PLASMON

plas·tome \'pla,stōm\ n -s [by contr.] : PLASTIDOME

plas·to·mer \'plastəmə(r)\ n -s [plasto- + -mer] : a relatively tough usu. hard and rigid polymeric substance — compare ELASTOMER, ²PLASTIC 3

plas·to·mere \,mi(ə)r\ n -s [plasto- + -mere] : CHONDRIOMERE — compare CYTOMERE

plas·tom·e·ter \pla'stämәd·ə(r), -mətə-\ n [plasto- + -meter] : an instrument for measuring plasticity or viscosity (as of rubber) — plas·to·met·ric \¦plastō¦me·trik\ adj — plas·tom·e·try \pla'stämə·trē, -ri\ n -ES

plas·to·some \'plastə,sōm\ n -s [ISV plasto- + -some] : CHONDRIOSOME

plas·to·type \-,tīp\ n [plasto- + type] : an artificial specimen cast or molded directly from a type specimen (as of a fossil)

plas·tral \'plastrəl, -laas-\ adj [plastron + -al] : of or relating to a plastron

plas·tron \-trən\ n -s [MF, fr. OIt plastrone, aug. of plastra thin metal plate — more at PIASTER] 1 a : a metal breastplate worn under the hauberk b : a quilted pad worn during fencing practice to protect the chest, waist, and side on which the weapon is held 2 a (1) : the ventral part of the shell of a tortoise or turtle consisting typically of nine symmetrically placed bones overlaid by horny plates (2) : the ventral armor of other animals (as some extinct amphibians or glyptodonts) b : the modified posterior interambulacral area on the under side of a heart urchin c : the ventral plate of the cephalothorax of a spider — compare STERNUM 3 : a separate or attached front for a garment usu. extending from neck to waist: a : a trimming like a bib for a woman's dress b : DICKEY 1 b 4 : a thin film of air held by hydrofuge hairs of certain aquatic insects

plasts pl of PLAST

-plasts pl of -PLAST

-plasty \ˌplastē, -laas-,-lais-, -ti\ n comb form -ES [F -plastie, fr. Gk -plastia form, mold, fr. -plastos -plast + -ia -y] : plastic surgery ⟨dermatoplasty⟩ ⟨autoplasty⟩ ⟨cineplasty⟩

-plasy — see -PLASIA

¹plat \'plat, usu -ad·+V\ n -s [OE plætt: akin to MD plat slap, ME platten to slap, MHG platzen: prob. all of imit. origin] chiefly dial : BUFFET, SLAP; also : a slapping sound

²plat \"\ adj [ME plat, platte, fr. MF plat, fr. OF — more at PLATE] 1 obs : FLAT, LEVEL 2 chiefly dial : PLAIN, STRAIGHTFORWARD

³plat \"\ vt platted; platted; platting; plats [ME platten, fr plat, platte, adj., flat] chiefly dial : FLATTEN

⁴plat \"\ n -s [ME, fr. MF, fr. plat, adj., flat] 1 archaic : a flat surface or thing (as the flat of a sword, a flat piece of stone, the sole of the foot) 2 archaic a : PLACE, LOCALITY b : an expanse of open level land : PLATEAU, TABLELAND 3 : a platform, floor, or surface in or about a mine used esp. for loading and unloading ore

⁵plat \"\ vt platted; platted; platting; plats [ME platen, alter. (perh. influenced by ³plat) of platten to plait — more at PLAIT] : to form by braiding or interweaving : PLAIT

⁶plat \"\ n -s : platted work : BRAID, PLAIT

⁷plat \"\ n -s [ME platte, fr. MF plate, fem. of plat something flat, fr. plat, adj. flat] : a small flat-bottomed, square-sterned rowboat

⁸plat \"\ n -s [prob. alter. (influenced by ⁴plat) of plot (ground)] 1 : a small piece of ground : PLOT, QUADRAT 2 : a plan, map, or chart ⟨started forth with a ~ of my destination that I made on a large sheet of notepaper —W.A. White⟩: as a : a precise and detailed plan showing the actual or proposed divisions, special features, or uses of a piece of land (as a town or town site or a real estate subdivision) b : an accurately scaled diagram showing boundaries and subdivisions of a piece of land together with data required for accurate identification of the various parts 3 obs : a plan, scheme, or outline (as of a course of action or a work of fiction or art) : ARRANGEMENT, DESIGN 4 obs a : a plan for securing adequate stipends from the endowments of the pre-Reformation church for the ministry of the Reformed Church of Scotland b : a commission in charge of such a plan

⁹plat \"\ vt platted; platted; platting; plats 1 a obs : to lay out : PLAN, ARRANGE b : to lay out a plan for the future development of (as a town or subdivision) usu. with a formally drafted plat ⟨San Francisco was platted as if it were a prairie town —Time⟩ 2 : to make a plat of ⟨an entire project is laid out and platted —Amer. Builder⟩

¹⁰plat \'plä\ n, pl plats \-ä(z)\ [F, lit., plate, fr. plat, adj. flat] : a dish of food : food dressed for table

plat- — see PLATY-

plat abbr 1 platform 2 platoon

plat·a·can·tho·my·i·dae \ˌplad·əˌkan(t)thə'mīə,dē\ n pl, cap [NL, fr. Platacanthomys, type genus (fr. platy- + acanth- + -mys) + -idae] : a small family of myomorph rodents comprising the Asiatic spiny dormice and related forms

pla·tae·an \plə'tēən\ adj, usu cap [L plataeeus platean (fr. Plataeae Plataea, fr. Gk Plataiai) + E -an] : of or relating to Plataea, a city of Boeotia in ancient Greece

plat·a·le·i·dae \ˌplad·ə'lēə,dē\ n pl, cap [NL, fr. Platalea, type genus (fr. L platalea spoonbill) + -idae; akin to Gk platys flat, broad — more at PLACE] : a family of birds (order Ciconiiformes) that consists of the spoonbills and is often ranked as a subfamily of Threskiornithidae

plat·a·le·i·form \¦ₑₑ¦ₑₑ,fȯrm\ adj [L platalea spoonbill + E -iform] : resembling a spoonbill : SPOON-BILLED

plat·an or plat·ane \'plat°n\ n -s [ME platan, fr. L platanus] : ¹PLANE

plat·a·na·ce·ae \ˌplat°n'āsē,ē\ n pl, cap [NL, fr. Platanus, type genus + -aceae] : a family of trees (order Rosales) coextensive with the genus Platanus — plat·a·na·ceous \¦ₑₑ¦āshəs\ adj

plat·a·nist \'plat°nəst\ n -s [NL Platanista] : an Indian susu

plat·a·nis·ta \ˌplat°n'istə\ n, cap [NL, fr. L, a fish of the Ganges, fr. Gk platanistēs; akin to Gk platē oar, platys flat, broad] : the type genus of Platanistidae

plat·a·nis·ti·dae \-tə,dē\ n pl, cap [NL, fr. Platanista, type genus + -idae] : a family of toothed whales comprising the susu and related extinct forms

pla·tan·na \plə'tanə\ or plat·hand·er \'plat,handə(r)\ n -s [Afrik platanna, prob. alter. of plat-hander one who is flat-handed, fr. D, fr. plat flat (fr. MD, fr. OF) + hander (fr. hand, fr. MD); akin to OHG hant hand — more at PLATE, HAND] : a frog (Xenopus laevis) of southern Africa that has strongly clawed feet

pla·ta·no \'plädə(ˌ)nō\ n -s [Sp plátano — more at PLANTAIN] : BANANA, PLANTAIN

plat·a·nus \'pladənəs\ n [NL, fr. L, plane tree — more at PLANE] 1 cap : a genus of trees (family Platanaceae) comprising the plane trees, being native in temperate regions, and having light brown often deciduous flaky bark, large palmately lobed leaves, and small monoecious flowers in globose heads — see LONDON PLANE, SYCAMORE 3a 2 -ES : any tree of the genus Platanus

platband \'ₑ,ₑ\ n [F plate-bande, lit., flat band, fr. MF, fr. plate, fem. of plat flat + bande band, strip — more at BAND] 1 a : a horizontal band that is a member of a building and that takes the form of a lintel course, a flat arch, or one of a group of moldings b : ARCHITRAVE, EPISTYLE c : a list or fillet between the flutings of a column 2 : a border of flowers or turf

platch \'plach\ vb -ED/-ING/-ES [prob. imit.] Scot : SPLASH, SMEAR

plat du jour \ˌplädə'zhü(ə)r\ n, pl plats du jour \"\ [F, lit., dish of the day] : a dish that is emphasized as a feature of a restaurant bill of fare on a particular day

¹plate \'plāt, usu -ād·+V\ n -s [ME, fr. OF, fr. plate, fem. of plat, adj., flat, fr. (assumed) VL plattus, prob. fr. Gk platys flat, broad — more at PLACE] 1 a (1) : a smooth usu. nearly flat and relatively thin piece of metal or other material : a substantial slice or lamina (2) : a perfectly flat sheet of material of uniform thickness throughout; esp : a sheet of rolled iron or steel usu. a quarter of an inch or more thick (3) : a flat circular piece usu. of metal that is either perforated or provided with bubble caps and that is set horizontally as one of a series at specified distances one above another esp. in a fractionating column or tower for effecting intimate contact between rising vapors and condensed liquid falling from plate to plate — called also tray b (1) : forged, rolled, or cast metal in sheets usu. thicker than ¼ inch (2) : a very thin layer of usu. precious metal deposited on a surface of base metal by plating (as electroplating) ⟨the ~ has worn off these spoons⟩ ⟨quadruple ~ silverware⟩ c (1) : one of the broad pieces of metal often on a backing (as of leather) that were used to reinforce and complete armor of linked mail (2) : one of the thin pieces making up plate armor; also : armor of such plates : PLATE ARMOR d (1) : a lamina or plaque that forms part of an animal body (a carapace of bony ~s); esp : an enlarged scale (as on the belly of a snake) (2) : the thin under portion of the forequarter of beef; esp : the back half of this cut as distinguished from the brisket — see BEEF illustration e : slaty rock or shale (as in a mine) f chiefly Brit : PLATE RAIL 1; broadly : any railroad rail g : a very light horseshoe without calks that is used esp. for racing h (1) : HOME PLATE (2) : a rectangular slab of whitened rubber 6 inches by 24 inches in size that is anchored flush with the ground at the spot where a softball or baseball pitcher must stand when delivering the ball to the batter — called also box, pitcher's plate, rubber, slab; see BASEBALL illustration i : the belly or the back of a violin j : a square or oblong piece of fur composed usu. of waste fur and small inferior pieces that are matched and sewn together and used for inexpensive garments or linings 2 [ME; partly fr. OF plate piece of silver, piece of metal; partly fr. OSp plata silver, money, metal plate, fr. (assumed) VL plattus flat] a (1) obs : a piece of money; esp : a coin of silver (2) : Spanish silver money (3) : a piece of plate money b : precious metal; esp : silver bullion ⟨the Spanish ~ ships⟩ ⟨melting coin into ~⟩ c : a heraldic roundel of silver 3 [ME, fr. MF, fr. fem. of OF plat, adj., flat] a (1) : domestic hollow ware (as dishes, flagons, cups) of gold or silver (2) : such vessels of base metals or of plated ware (3) chiefly Brit : silver 4 b (1) : a shallow usu. circular vessel (as of china, wood, or plastic) from which food is eaten (2) : an often larger vessel (as a platter or vegetable dish) from which food is served ⟨pass the meat ~⟩ ⟨a cake ~⟩ c (1) : an individual serving on a plate : PLATEFUL ⟨have a ~ of spaghetti⟩ (2) : a main course of a meal served in individual portions on the plate from which it is to be eaten ⟨the special ~ includes liver and onions, potatoes, with gravy, and green salad⟩ (3) : the food and service supplied to one person at a particular meal or social affair ⟨a fund-raising dinner at $100 a ~⟩ d (1) : a prize (as a cup or other piece of plate) given to the winner in an athletic or other contest (2) : a sports competition for a prize; esp : a horse race in which the contestants compete for a prize rather than for personally wagered stakes e (1) : a dish or pouch passed (as in a church) in taking collections (2) : a collection taken for a specific purpose or particular organization ⟨the ~ was a generous one⟩ f (1) : a flat glass dish used chiefly for culturing microorganisms; esp : PETRI DISH (2) : a film of more or less solid culture medium or a culture contained in such a dish 4 a : a flat thin smooth piece (as of metal) on or from which something is or is to be embossed, molded, engraved, grained, deposited, or written ⟨a ~ for etching⟩ b : a surface from which printing is done: as (1) : a stereotype, electrotype, or plastic plate molded from a page of letterpress matter (2) : a metal or plastic sheet from which an inked image is transferred to a blanket (as in photo-offset) or direct to the paper (as in lithography) (3) : a flat and comparatively thin piece of copper or steel engraved in intaglio (as for banknotes or calling cards) — compare DIE 6h (4) : PHOTOENGRAVING c : a sheet of glass, metal, porcelain, or other material coated with a light-sensitive photographic emulsion; usu : DRY PLATE d : a copper plate coated with silver amalgam that is used in the amalgam process of extracting metals e (1) : the usu. flat or grid-formed anode of an electron tube at which electrons collect (2) : a metallic grid with its interstices filled with active material that forms one of the structural units of a storage cell or battery 5 : a supporting or reinforcing element (as of a building): as a (1) : a horizontal timber laid on a wall or supported on posts or corbels to carry the trusses of a roof or the rafters directly (2) : either of the horizontal members at the top and bottom of a stud partition between which the studs are placed (3) : a supporting sill (as one over or under an opening) ⟨window ~s⟩ b : a heavy framed mine timber c : the part of an artificial set of teeth that fits to the mouth and holds the teeth in place; broadly : DENTURE d : a metal tab attached to the sole or heel of a shoe as a reinforcement intended esp. to minimize wear — compare CLEAT, HEEL PLATE, TOEPLATE e : the flat metal framework of a timepiece containing the bearing holes and jewels into which its wheel-pivots fit f : the metal structure that supports the strings of a piano g : a flat metal surface of or attached to a machine by which work is held fast (as for locating, indexing, leveling, turning, or machining) h : a thin flat narrow piece of metal (as stainless steel) that is used to repair bone defects or fractures 6 : a relatively large illustration (prepared the ~s on bristol board); esp : a full-page illustration printed on different paper from accompanying text pages ⟨a book with color ~s⟩ 7 [by shortening] a : BOOKPLATE b : FASHION PLATE c : PLATE GLASS 8 : a small cooking stove that is usu. heated with gas or electricity, has one or more heating units, and lacks an oven : HOT PLATE 2

²plate \"\ vb -ED/-ING/-S [ME platen, fr. plate, n.] vt 1 : to cover or equip with plate or plates: as a : to overlay with metal plates ⟨the first ironclads were wooden ships plated with iron⟩; esp : to arm with armor plate b : to cover with an adherent layer (as of metal) mechanically, chemically, or electrically; also : to deposit (as a layer of metal) on the surface of something by such means c : to shoe (a horse) with plates d : to adorn or cover with metal plate ⟨~ a harness⟩ e : to fit with a specified kind of plate ⟨plated the books with her new bookplate⟩ 2 : to form into or prepare as a plate: as a : to beat (as metal) into thin flat sheets b printing (1) : to make a plate from ⟨for long press runs type forms are often plated —R.R.Karch⟩ : make plates for ⟨~ a book⟩ (2) : to equip (as a printing press) with a plate or plates — sometimes used with up c : to impart a finish to (a sheet of paper) by subjecting to very high pressure between sheets of the material whose surface is to be duplicated d : to inoculate and culture (microorganisms) upon a plate; also : to distribute (an inoculum) upon a plate or plates for cultivation — often used with out e : to collect (a particular stamp) in all of the positions that were on the original sheet, identifying the positions by a philatelic study of matching characteristics (as perforations, plate numbers, printing defects) 3 a : to fix or secure with a plate or plates b : to repair (as a fractured bone) with metal plates 4 a : to knit or weave (fabric) with a face and back of different colors or fibers b : to spin (yarn) with a core and outside wrapping of different fibers ~ vi : to perform the action of plating or undergo the process of being plated ⟨a very pure silver that ~s out well⟩ ⟨learned to ~ expertly while still a boy⟩

plate-and-frame filter \¦ₑₑ¦ₑ-\ n : a filter press in which the spaces for the caked solid matter are formed by inserting hollow frames between each pair of plates instead of providing the plates with raised edges

plate armor n 1 : body armor of plates of metal — see ARMOR illustration; compare MAIL 1 b 2 : strong metal plate used esp. for protecting naval vessels or forts

¹pla·teau \(')pla¦tō sometimes pla't-\ n, pl plateaus or plateaux \-ōz\ [F, fr. MF, fr. plat flat — more at PLATE] 1 a (1) : a flat and often galleried ornamental dish or salver (as for a tea service or condiments) (2) : an ornamental plaque (3) : a table top; esp : a removable and usu. decorated top (as of marble or inlay) (4) : an ornamental shelf (as in a whatnot) b : a woman's hat of a flat or plate-shaped style 2 a : a usu. extensive land area having a relatively level surface raised sharply above adjacent land on at least one side and often dissected by canyons : TABLELAND ⟨the Columbia lava ~ in eastern Washington and Oregon⟩ ⟨the ~ region of central Bolivia⟩ — compare MESA b : a similar undersea feature 3 a : a region of little or no change in the dependent variable of a graph; esp : a horizontal section of a learning curve indicating neither progress nor decline b : a relatively stable level, period, or condition; esp : one showing cessation or minimization of cyclical phenomena or of fluctuations up or down ⟨a price ~ interrupting an inflationary spiral⟩ ⟨output seems to have reached a ~⟩

²plateau \"\ adj, usu cap 1 : ANASAZI 2 : of or relating to the Indians of the No. American plateau area between the Cascade mountains and the Rocky mountains south of the great bend of the Fraser river or to their seminomadic food-gathering culture

³plateau \"\ vi -ED/-ING/-S : to reach a period or phase of stability : form a plateau : level off ⟨after initial logarithmic progress growth ~ed sharply⟩

plateau-basalt n : basalt extruded on continental areas that lacks olivine and may contain quartz

plateband \'ₑ,ₑ\ n [by alter.] : PLATBAND 1

plate battery n : B BATTERY

plate block n : a plate number block

plate bolt n : a bolt grommeted into the foundation of a building for securing a sill or plate

plate bone n : SCAPULA

plate budding n : plant budding in which a rectangular scion with bud is inserted under a longitudinal flap of bark on the stock in such a manner as to cover the exposed wood on the stock

plate bulb n : a steel or iron plate with a thickened edge of bulbous section

plate calender or plate-glazing calender n : PLATER

plate circuit n : an electric circuit including the plate and cathode of an electron tube

plate clutch n : DISK CLUTCH

plate column n : PLATE TOWER

plate count n : a determination of the degree of bacterial contamination of a sample (as of milk or semen) made by enumeration after a period of incubation of the colonies appearing in a plate that has been inoculated with a suitable dilution of the sample

plate culture n : a culture (as of bacteria) contained on a plate; also : the cultivation of such a culture

plate current n : a current flowing in the plate circuit of an electron tube that is equal to the electron flow from cathode to plate

plate cut n : a notch in the undersurface of a rafter at the point where it seats on the plate

plate cylinder n : the cylinder of a rotary printing press to which the printing plates are attached

plat·ed \'plād·əd, -ātəd\ adj [ME, fr. past part. of platen to plate — more at PLATE] 1 : covered or furnished with plates or with metal (as for defense, ornament, or strength) 2 : overlaid with a different and richer material (as gold or silver) ⟨~ forks⟩ ⟨~ ware⟩ 3 : consisting of or made into thin sheets 4 of yarn or knitted goods : having a surface of one color or kind and a backing or core of another

plated leather n : leather that has been pressed under heat and heavy pressure to improve appearance and give polished surface; also : leather grained by embossing

plated lobster n : CRAYLET

plated parquet n : parquetry in which the inlays (as of selected hardwoods) are fixed on a framed deal backing

plate finish n : a finish that is applied to paper by plating; also : a similar finish that is produced by other means (as web glazing)

plate-finish \'ₑ,ₑₑ\ vt [fr. plate finish, n.] : PLATE 2c

plate·ful \'plāt,fu̇l\ n, pl platefuls also platesful \-t,fu̇lz, -ts,fu̇l\ : a quantity to fill a plate; also : a generous serving (as of food)

plate gear n : a gear having a solid web of material between the hub and rim

plate girder or plate beam n : a built-up girder resembling an I beam in cross section but having a rolled steel plate for a web and flanges that usu. consist of angles alone or angles and plates

plate glass n : flat glass of high quality formed by a process of continuous or semicontinuous rolling or sometimes by the rolling of metal cast on a table and then ground and polished so that the surfaces are plane and parallel

plate-glaze \'ₑ,ₑ\ vt : PLATE 2c

plateholder \'ₑ,ₑₑ\ n 1 : one that holds plates; esp : one that places plates for molds 2 : a flat lighttight container in which a light-sensitive photographic plate may be held in a camera and may be exposed by removal of a slide — see CAMERA illustration

plate horse n : PLATER 3

plate keel n : a ship's keel made of a flat plate or plates — compare BAR KEEL

platelayer \'ₑ,ₑ(ₑ)\ n [¹plate + layer] Brit : a railroad laborer who lays and maintains rails : TRACKLAYER

plate·less \'plātləs\ adj : having or requiring no plate or plates ⟨~ printing⟩

plate·let \-lət\ n -s [ISV plate + -let] : a minute flattened body; specif : BLOOD PLATELET

plate letter n : a letter on a note or piece of paper money indicating the position the note had on the printing plate

platelike \'ₑ,ₑ\ adj : resembling a plate esp. in smooth flat form ⟨a ~ scale on the head of a lizard⟩

plat·el·min·thes \ˌplad·ˌel'min(t)thēz\ -n.thēz\ syn of PLATYHELMINTHES

plate lock n 1 : a lock having the outer case of hard wood 2 : a lock whose works are pivoted on a metal plate

plate·man \'plātmən\ n, pl platemen 1 : MIDDLER 3 2 : a worker at the breaker of a coal mine who picks rocks and oversize lumps from the coal before it is conveyed for further treatment or loading 3 : AMALGAMATOR 2b

# EXHIBIT 5

REC'D APR 2 1 2003

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph. D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries I. Gove, Philip Babcock, 1902-1972. II. Merriam-Webster, Inc
PE1625.W36 1993
423-dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5051 QP/H00

between 768° and 910°C and that is identical with alpha iron except that alpha is magnetic — compare ALPHA IRON, GAMMA IRON

**be·take** \bə, bē+\ vb **betook; betaken; betaking; betakes** [ME *betaken*, fr. *be-* + *taken* to take — more at TAKE] vt 1 obs : to deliver over : give for disposal : give up : GRANT (Phoebe to a nymph her babe *betook* —Edmund Spenser) 2 *archaic* : OCCUPY, COMMIT (they *betook* themselves to a short debate —John Bunyan) 3 : to cause (oneself) to go (he *betook* himself to the steamship offices —C G.D. Roberts) ~ vi. *obs* : to take oneself : have recourse : GO (then to her . . . wagon she ~s —Edmund Spenser)

**beta-naphthol** \¦==+\ n [²*beta*] : NAPHTHOL 1b

**beta-naphthyl** \¦==+\ n [²*beta*] : NAPHTHYL b

**be·ta·nin** \'bēd·ənən\ n -s [blend of NL *Beta* and E *cyanin*] : a nitrogen-containing anthocyanin constituting the chief coloring matter of garden beets

**beta oxy naphthoic acid** n : HYDROXYNAPHTHOIC ACID a

**beta particle** n [¹*beta*] : an electron or positron emitted by the nucleus of an atom during radioactive decay

**beta ray** n 1 : BETA PARTICLE 2 or **beta radiation** : a stream of beta particles

**beta rhythm** or **beta wave** n [¹*beta*] : a brain wave current having a frequency of more than 10 pulsations per second

**betas** *pl of* BETA

**be·tassel** \bə, bē+\ vt [*be-* + *tassel*] : to adorn with or as if with tassels

**beta test** n [¹*beta*] : a nonverbal group intelligence test used in the U.S. Army during World War I

**be·ta·tron** \'bād·ə,trän, -ētə-— *also* 'bē-\ n -s [ISV ¹*beta* + *-tron*] : an accelerator in which electrons are propelled by the inductive action of a rapidly varying magnetic field

**betch·er·y·gah** \'becbərē,gä, -gȧ\ n -s [native name in Australia] : BUDGERIGAR

¹**bete** \'bāt\ adj [prob. fr F *bête*, lit., blockhead, beast (in *faire la bête* to pass in a card game), fr. OF *beste* beast — more at BEAST] *in certain card games* : subject to a penalty for failure to fulfill one's contract; *also* : DOWN, BEATEN

²**bete** \"\ n -s : failure by the bidder (as in auction pinochle) to fulfill his contract; *also* : the penalty for such failure

**beteem** vt -ED/-ING/-S 1 *obs* : VOUCHSAFE, GRANT, ACCORD, CONCEDE 2 *obs* : ALLOW, PERMIT

**be·tel** \'bēd·ᵊl, -ēt'l\ or **betel pepper** n -s [Pg *betel, betle*, fr. Tamil *verrilai*] : a climbing pepper (*Piper betle*) whose leaves are wrapped around or mixed with a whole betel nut or scrapings from it together with lime made from burnt coral and chewed as a stimulant masticatory esp. by southeastern Asians

**betel nut** n [so called fr. its being chewed with betel leaves] : the astringent seed of the betel palm used as a vermifuge and myotic and in the East for chewing — called also *areca nut*

**betel palm** n [*betel* nut] : an Asiatic pinnate-leaved palm (*Areca catechu*) having a slender ringed trunk and an orange-colored pungent astringent drupe with an outer fibrous husk — see BETEL NUT; compare BETEL

**betel phenol** n : CHAVIBETOL

**bête noire** *also* **bête noir** \,betnə'wär, bet'nw-, -ät-, -wȧ(r\ n, *pl* **bêtes noires** *also* **bêtes noirs** \-ār(z),-äz,-ȧ(r\ [F *bête noire*, lit., black beast] : a person or thing usu. strongly and persistently detested, feared, or avoided (an idiosyncratic driver whose *bête noir* was the left turn—Marylin Bender)

**beth** \'bāth, -āt,-äs\ *also* **bet** \-āt,-ās\ n -s [Heb *bēth-*, construct form of *bayith*, lit., house] 1 : the second letter of the Hebrew alphabet — symbol ב; see ALPHABET table 2 : the letter of the Phoenician or of any of various other Semitic alphabets corresponding to Hebrew beth

**be·thab·a·ra** \be'thabərə\ n -s [origin unknown] : any of several British Guiana timber trees of the genus *Tabebuia* yielding dense hard wood

**beth din** or **bet din** \=ˈdin, -ˈdēn\ n [Heb *bēth dīn*, lit., house of judgment] 1 : a Jewish court in ancient times composed of three or four judges 2 : a judicial body composed of a rabbi and two or more assistants having jurisdiction in matters of Jewish law

**beth·el** \'bethəl\ n -s [Heb *bēth'ēl* house of God] : HOUSE OF WORSHIP; as a : a chapel for nonconformists b : a place of worship for seamen

**beth·ell process** \¦bethəl-\ n, *usu cap B* [after John *Bethell*, 19th cent. Am. inventor] : a method of preserving wood with creosote under pressure

**be·thes·da** \bə'thezdə be-\ n -s [fr *Bethesda*, Biblical pool believed to have curative powers (Jn 5:2–4), fr. Gk *Bēthesda*] : a hallowed place : CHAPEL; *esp* : BETHEL a

**beth ha·mi·drash** \,bāth,hämi'dräsh, ,bāth hä'mi,dräsh, -āt-,-äs-\ or **bet hamidrash** \-āt-,-äs-\ n [Heb *bēth hammidhrāsh*, lit., house of study] : a hall or school where Jews esp. in eastern Europe study the Bible, the Talmud, and later Hebrew literature

**beth ha·se·pher** or **bet ha·se·fer** \,= hä'sāfər\ n [Heb *bēth hassēpher* house of the book] : a Jewish elementary school

**beth ha·te·fil·lah** or **bet ha·te·fil·lah** \'=,häte'filə, -təfi'lä\ n [Heb *bēth hattēphillāh* house of prayer] : a Jewish house of worship : SYNAGOGUE

**be·think** \bə, bē +\ vb **bethought; bethought; bethinking; bethinks** [ME *bethinken, bethenken, bethenchen*, fr. OE *bethencan*, fr. *be-* + *thencan* to think — more at THINK] vt 1 a *archaic* : to call to mind : REMEMBER (~ how those of old . . . clove to their word —Edwin Arnold) b : to cause (oneself) to call something to mind (he *bethought* him of his responsibility as head of the house —Mary Webb) 2 *obs* a : to consider with a view to decision or action : think over (~ what clemency . . . they would desire —Francis Bland) b : to cause (oneself) to consider something with a view to decision or action (may find the grace . . . to ~ themselves and recover —John Milton) 3 : to give (oneself) up to reflection : devote (oneself) to thought (Rip *bethought* himself a moment —Washington Irving) 4 *obs* : to contrive as a result of thought : DEVISE (we ~ a means to break it off —Shak.) 5 : to bring (oneself) to a conclusion : RESOLVE (has *bethought* himself of joining profit and pleasure together — Richard Steele) ~ vi : to engage in thought : CONSIDER (~ ere thou dismiss us —Lord Byron) **syn** see REMEMBER

**beth·le·hem** \'bethlə,hem, -lē,h-, 'bethlēəm, -lēhəm, *rapid* 'bethləm, + -lə,hem *or* + -lē,ham\ n -s *usu cap* [fr. the Hospital of St. Mary of *Bethlehem*, London, England] *archaic* : ¹BEDLAM 2

**beth·le·hem·ite** \-,mīt\ n -s *cap* [*Bethlehem*, Palestine + E *-ite*] : a native or inhabitant of Bethlehem

**bethlehem sage** n, *usu cap B* : a European herb (*Pulmonaria saccharata*) with white or reddish violet flowers shaped like bells

**bethlehem's-star** \,= . . . '=\ n, *pl* **bethlehem's-stars** *usu cap B* : STAR-OF-BETHLEHEM 1

**beth·root** \'beth+,-\ n -s [alter. of *birthroot*] 1 : BIRTHROOT 2 : TRILLIUM 2

**be·thumb** \bə, bē +\ vt [*be-* + *thumb*] : to wear or soil with or as if with thumbs

**be·thump** \bə, bē +\ vt [*be-* + *thump*] : to beat or pelt soundly

**be·thwack** \bə, bē +\ vt [*be-* + *thwack*] : to beat, thrash, or pelt thoroughly

**beth·y·lid** \'bethələd, -,lid\ adj [NL *Bethylidae*] : of or relating to the family Bethylidae

**be·thyl·i·dae** \bə'thilə,dē\ n *pl, cap* [NL, fr. *Bethylus*, type genus (fr. Gk *bēthylos*, a kind of bird) + *-idae*] : a family of small wasps the females of which oviposit on other insects that they sting and paralyze

**be·tide** \bə'tīd, bē-\ vb **betided** \-tīdəd\ *also archaic* **be·tid** \-tid\; **betided** *also archaic* **betid; betiding; betides** [ME *betiden* fr. *be-* + *tiden* to happen — more at TIDE] vt 1 : to happen to : BEFALL — now used chiefly in the expression *woe betide* (woe ~ the man who recognizes no law) (woe ~ our enemies) 2 : FOREBODE, PRESAGE (such omens ~ no good) ~ vi 1 : BEFALL, HAPPEN (hope . . . must abide with all of us, whate'er ~ —William Wordsworth) 2 *obs* : to be the fate or end — used with *of* or *on* (if he were dead, what would ~ on me —Shak.) 3 : BETOKEN, FOREBODE **syn** see HAPPEN

**betime** adv [ME, fr. *be-* + *time*] *obs* : BETIMES

**be·times** \bə'tīmz, bē-\ adv [ME, fr. *betime* + *-s*] 1 : in good season or time : SEASONABLY, EARLY (that Friday morning Stephen awoke ~ with a sense that something was to happen —Winston Churchill) 2 *archaic* : in a short time : SOON, SPEEDILY (my father and sister very ~ took their leave —Samuel Pepys) 3 *chiefly dial* : at times : OCCASIONALLY (to write local items ~ —W.A.White)

**be·tis** \'bēd·əs\ n -es [Sp, fr. Tag *bitis*] : a Philippine tree (*Payena betis*) of the family Sapotaceae the fruit of which yields an illuminating oil

**bê·tise** \bā'tēz\ n, *pl* **bê·tises** \-z(əz)\ [F, fr. *bête* foolish, fr *bête* blockhead, beast — more at BETE] 1 : FOLLY, STUPIDITY, IGNORANCE (one more exhibition of the ~ of an audience when confronted with something fresh —Arnold Bennett) 2 : an act of foolishness or stupidity (he had committed as many literary as ideological ~s and he was soundly chastised for both —D.U.McDowell)

**be·title** \bə, bē +\ vt [*be-* + *title*] 1 : to give a title to (a *betitled* elder statesman) 2 : to call by a title : call by the title of (*betitled* "king of the Anglo-Saxons" in some charters)

**be·toil** \bə, bē +\ vt [*be-* + *toil*] : to oppress or exhaust with toil

**be·to·ken** \bə'tōkən, bē-\ vt **betokened; betokened; betokening** \-k(ə)niŋ\ **betokens** [ME *betacnien, betokenen*, fr. *be-* + *tacnien, tokenen* to token — more at TOKEN] 1 a *obs* : to be a symbol of : signify visibly : REPRESENT (in the cloud a bow ~ing peace from God —John Milton) b : to show esp. by signs or tokens : give evidence of (thin, tall, and of that ash-gray color which ~s constant sleeplessness —Osbert Sitwell) (an elderly man, of . . . strong, square features, ~ing a steady soul —Nathaniel Hawthorne) 2 : FORESHOW, PRESAGE (no sighing in the woods to ~ a big weather change — John Muir) **syn** see INDICATE

**be·ton·i·ca** \bə'tänəkə\ n, *cap* [NL, fr. L *betonica, vettonica* betony] *in some esp. former classifications* : a small genus of Eurasian herbs (family Labiatae) often included in *Stachys* having the corolla tube greatly exceeding the calyx

**bet·o·ny** \'betənē\ n -es [ME *betone*, fr. OF *betoine*, fr. L *betonica, vettonica*, fr. *Vettones*, an ancient people inhabiting the Iberian peninsula] 1 : any of several woundworts formerly included in the genus *Betonica*; *esp* : PURPLE BETONY 2 : any of several plants of the genus *Teucrium*: *esp* : AMERICAN GERMANDER

**betook** *past of* BETAKE

**be·toss** \bə, bē +\ vt [*be-* + *toss*] : to toss violently : AGITATE

**be·to·yan** \bə'tōyən, -tōl(y)ən\ n -s *usu cap* [*Betoya*, a So. American Indian people, the language of the Betoya (fr Sp *betoya, betoy, betoye*, of AmerInd origin) + E *-an*] 1 : a language family of Chibchan stock in eastern Colombia 2 : TUCANO 1b

**be·trample** \bə-, bē- +\ vt [*be-* + *trample*] : to mark or dirty by trampling

**be·tray** \bə'trā, bē-\ vb -ED/-ING/-S [ME *betrayen*, fr. *be-* + *trayen* to betray, fr. OF *trair*, fr. L *tradere* to betray, deliver — more at TRAITOR] vt 1 : MISLEAD: as a : to lead astray (as into error, sin, or danger) (a peaceful man ~ed by anger into violence) (their heroes are still victims ~ed by circumstances into criminal follies that lead to disasters —Malcolm Cowley) b : to lead astray and abandon (a girl or woman) : SEDUCE (a girl ~ed in her teens by a much older man) 2 : to deliver into the hands of an enemy by treachery or fraud in violation of trust (~ a citadel by opening its gates in the night to enemy forces) 3 : to prove faithless or treacherous to : fail or desert esp. in time of need (~ his own people by going over to the enemy) (use the poor as a stepping-stone to power, and then to ~ them —*Encounter*) 4 : REVEAL: as a : to reveal unintentionally (as something more prudently concealed) : DISCLOSE (even his best writings ~ a limited imagination and a sour view of life) b : to show or indicate (as something not obvious on the surface) (only a tension of mouth muscles ~ed his uneasiness) (his best columns ~ . . . the philosophical bent of his mind —John Mason Brown) c : to disclose in violation of confidence (~ government secrets) ~ vi : to prove false (when lovely woman stoops to folly and finds too late that men ~ —Oliver Goldsmith) **syn** see DECEIVE, REVEAL

**be·tray·al** \-āəl\ n -s : the act of betraying or fact of being betrayed (his ~ of that trust by his unthinking egotism —Mark Schorer) (the hesitation was a ~ of his uncertainty)

**be·trim** \bə-, bē- +\ vt [*be-* + *trim*] : to adorn on both or all sides

**be·troth** \bə'trōth, bē-, -'trȯth, -'trōth, *or with* th\ vt -ED/-ING/-S [ME *betreuthen, betrouthen*, fr. *be-* + *treuthe, trouthe* truth, troth — more at TRUTH] 1 *archaic* : to promise to take in marriage : plight one's troth to 2 a : to promise in marriage : AFFIANCE (a daughter ~ed to a rising young lawyer) (two children of noble blood ~ed almost from birth) b *obs* : PLEDGE (a fool that ~s himself to unquietness —Shak.) 3 : to give or pledge in religious faith and affiliation

**be·troth·al** \-'trōthəl, -'trȯth-, -'trōth-\ n -s [*betroth* + *-al*] : the act of betrothing or fact of being betrothed : a mutual promise or contract for a future marriage — called also *espousal*

**be·trothed** \-tht, -thd *sometimes* -thəd *or* -thəd\ n -s : one betrothed; *esp* : the person to whom one is betrothed

**be·troth·ment** \-ment\ n -s : BETROTHAL

**be·trousered** \bə, bē +\ adj [*be-* + *trousers* + *-ed*] : wearing trousers

**be·trunk** \bə'trəŋk, bē-\ vt -ED/-ING/-S [*be-* + *trunk* (to truncate)] : to remove the lower part of the course of (a stream) esp. by submergence of a valley or by recession of the land along a shore — compare BEHEAD

**betrust** vt [*be-* + *trust*] *obs* : TRUST

**bets** *pres 3d sing of* BET, *pl of* BET

**bet·sey bug** or **bet·sy bug** \'betsē-\ *also* **betsy beetle** n, *sometimes cap 1st B* [by folk etymology] : BESS-BUG

**bet·si·mi·sar·a·ka** \,betsēmə'sarəkə\ n, *pl* **betsimisaraka** or **betsimisarakas** : a native of the east coast of Madagascar of predominantly Malay blood and type — compare MALAGASY

**bet·ta** \'bedə\ n [NL] 1 *cap* : a genus of small brilliantly colored long-finned freshwater anabantid fishes of southeastern Asia related to the climbing perch 2 -s *sometimes cap* : any fish of the genus *Betta*; *esp* : one (*B. splendens*) often kept in the tropical aquarium — called also *Siamese fighting fish*

**betted** *past of* BET

¹**bet·ter** \'bedə(r), -etə-\ adj, *comparative of* GOOD [ME *bettre*, fr. OE *betera*; akin to OHG *bezziro* better, ON *betri*, Goth *batiza*; comparative (with the suffix represented by OE *-ra*) of the root found in OE *bōt* remedy, compensation, *batian* to get better, OHG *bazzēn*, ON *batna* to get better, Goth *gabatnan* to receive as a benefit, Skt *bhadra* fortunate, good — more at -ER] 1 : more than half; *esp* : much more than half (waiting the ~ part of an hour) 2 : improved in health (the patient is much ~ after a good night's rest) 3 : of higher quality (as in breeding, style, or workmanship) (a ~ class of people) (a ~ line of yard goods) (a ~ type of car) — **bet·ter·ly** adv — **bet·ter·ness** n -es

²**better** \"\ adv, *comparative of* WELL [ME *bettre*, fr. *bettre*, adj.] 1 a : in a superior or more excellent manner (he writes ~ than I do) b : more desirably : PREFERABLY (things ~ left unsaid) 2 a : to a higher or greater degree (he knows the story ~ than you do) b : MORE (it is ~ than 10 miles to the lake) (the book was published ~ than 50 years ago)

³**better** \"\ n -s [ME *bettre*, fr. *bettre*, adj.] 1 a : something better (I expected ~) (I never looked for ~ at his hands —Shak.) b : one who has a claim to precedence : a superior esp. in merit or rank (the common man has been put and kept in his place by his ~s —G.Benjamin) (I like novels to be about my ~s, in body, wit, energy, breeding, or bank balance —W.H. Auden) 2 : superior position : ADVANTAGE, VICTORY — usu. used with *of* (have the ~ of an argument) (get the ~ of a rival) — **for the better** : so as to produce improvement (making alterations *for the better* in the design of a house)

⁴**better** \"\ vb -ED/-ING/-S [ME *bettren*, fr. *bettre*, adj.] vt 1 : make better : IMPROVE: as a : AMELIORATE (strive toward ~ing the condition of the slum dwellers) b : to advance or make sounder the condition or circumstances of (as time goes by and we ~ our acquaintance —A.T.Quiller-Couch) (closer proofreading would have ~ed the book —M.B.Emeneau) (~ his lot) 2 : to surpass in excellence : EXCEED, EXCEL (ran the mile in four minutes flat ~ing his own previous record by several seconds) (industrial production this year considerably ~ed that of last year) 3 : to increase (a previous bet) in certain card games : RAISE ~ vi : become better : IMPROVE (the general condition . . . must be ~ing instead of worsening — Thomas Carlyle) (the cattle . . . , though they doubled in weight and shortened their horns, but little ~ed in temper — P.A.Rollins) **syn** see IMPROVE

⁵**better** \"\ *verbal auxiliary* : had better — not often in formal use (the boy felt he ~ go before the fight started)

⁶**better** *var of* BETTOR

**Better Business Bureau** *trademark* — used for a bureau maintained by businessmen in a town or city for keeping up local standards of honesty in business transactions

**better half** n, *pl* **better halves** : SPOUSE; *esp* : WIFE

**bettering house** n, *archaic* : ¹REFORMATORY

**bet·ter·ment** \'bed·ə(r)mənt, -etə-\ n -s 1 : a making or becoming better : IMPROVEMENT: as a : an improvement of an estate (as by the addition of new buildings) that makes it better and more valuable than mere repairing would do b : an improvement (as of a highway, railroad, or business establishment) that does more than restore to a former good condition c : the replacement in accounting of an existing asset with one of greater cost or superior value 2 : the sum of money assessed, required, or used for a betterment (~s for street construction); *specif* : an expenditure that adds greater worth (as extended life or increased capacity) to a fixed asset

**bet·ter·most** \-,mōst\ adj 1 *now chiefly dial* : BEST (my lady might wear some of her ~ gowns —Emily Eden) : SUPERIOR (the ~ person who shows her superiority by wearing kid gloves —Flora Thompson) 2 *now chiefly dial* : GREATER (the ~ part of the time)

**better nature** or **better self** n : the more virtuous, amiable, or kindly instincts of a person

**better 'ole** \¦bed·ə¦(r)ōl\ n ['*ole* alter. of ¹*hole*] : the more tolerable of two undesirable things

¹**better-to-do** \¦==¦=\ adj [intended as comparative of *well-to-do*] : in prosperous economic circumstances : better-off (many of the *better-to-do* urban Frenchmen acquire homes in the country —S K.Padover)

²**better-to-do** \"\ n, *pl* **better-to-do** : one who is better-to-do (the *better-to-do* on whom the burden of the expense of the liberal program had fallen —C.L.Jones)

**betting** *pres part of* BET

**betting machine** n : PARI-MUTUEL

**bet·tong** \'be,tȯŋ, -äŋ\ *also* **bet·ton·ga** \-ŋgə\ n -s [native name in Australia] : any of several kangaroos of the genus *Bettongia*

**bet·ton·gia** \be'täŋgēə\ n, *cap* [NL, fr E *bettong* + NL *-ia*] : a common Australian genus of small leaping rat kangaroos

**bet·tor** or **bet·ter** \'bed·ə(r), -etə-\ n -s : one that bets

**betts' process** \'bets(əz)-\ n, *usu cap B* [after Anson G. *Betts* b1876 Am. metallurgist] : an electrolytic process for refining lead, the electrolyte being a solution of lead fluosilicate $PbSiF_6$ and fluosilicic acid

**bet·ty** \'bedē, 'betē, -i\ n -es *usu cap* [short for *brown Betty*] : a dessert made of alternate layers of fruit and buttered crumbs, sugar, and spices baked in a large baking dish or in individual dishes (cranberry ~); *specif* : BROWN BETTY

**betty lamp** \"=\ n, *usu cap B* [prob. fr. the name *Betty*] : a lamp consisting of a shallow lidded metal vessel with a small spout for a coarse wick, fueled by tallow, grease, or oil, usu. hung by a hook and chain, and used esp. in the American colonies

Betty lamp

**bet·u·la** \'bechələ\ n, *cap* [NL, fr. L *betula, betulla* birch, fr. Gaulish *betulla*; akin to MIr *bethe, beithe* box (tree), W *bedw* birch, and to the (prob. Celtic) source of L *bitumen* mineral pitch; fr. the use of the birch tree as a source of tar — more at CUD] : a genus of north-temperate and arctic trees and shrubs (family Betulaceae) comprising the birches and having hard close-grained wood, alternate toothed leaves, monoecious flowers in catkins, the fruiting bracts 3-lobed or entire, thin, and deciduous, and the fruit a small samara

**bet·u·la·ce·ae** \,bechə'lāsē,ē\ n *pl, cap* [NL, fr. *Betula*, type genus + *-aceae*] : a family of trees and shrubs (order Fagales) having simple leaves, monoecious or rarely dioecious flowers, and one-seeded nutlike fruits and comprising the birches and certain related plants (as alders, hornbeams, and hazels) — **bet·u·la·ceous** \¦==¦lāshəs\ adj

**betula oil** n : BIRCH OIL 2

**bet·u·lin** \'bechələn\ n -s [ISV *betul-* (fr NL *Betula*, genus name of *Betula alba*) + *-in*] : BETULINOL

**bet·u·lin·ic acid** \¦bechə¦linik\ n [ISV *betulin* + *-ic*] : a crystalline triterpenoid acid $C_{29}H_{45}(OH)COOH$ found in various plants (as flowering dogwood) and obtained from betulinol by oxidation

**bet·u·lin·ol** \-lə,nōl, -ōl\ n -s [*betulin* + *-ol*] : a crystalline triterpenoid alcohol $C_{30}H_{48}(OH)_2$ occurring esp. as the white pigment of the outer bark of the European birch (*Betula alba*)

**bet·u·li·tes** \,bechə'līd·(,)ēz\ n, *cap* [NL, fr. *Betula* + L *-ites* -ite] : a genus of extinct Cretaceous trees resembling the genus *Betula*

**be·turbaned** \bə, bē+\ adj [*be-* + *turban* + *-ed*] : wearing a turban

**be·twat·tled** \bə'twäd·ᵊld, bē-\ adj [*be-* + *twattled*, past part. of *twattle*] *dial* : ADDLED, CONFUSED

¹**be·tween** \bə'twēn, bē-\ *prep* [ME *betwene*, prep. & adv., fr. OE *betwēonum*, fr. *be-* + *-twēonum* (dat. pl. of an old distributive numeral akin to Goth *tweihnai* two each); akin to OE *twēgen, twā, tū* two — more at TWO] 1 a : involving the reciprocal action of : involving as participants : jointly engaging (the job was completed ~ the two of them) (two years of quiet talks ~ the three —*Time*) b : shared by (there are many interrelationships, and many mutual interests, ~ linguistics, philosophy, and psychology —J.B.Carroll) c : by giving a portion of the total to each of (the fortune was divided ~ the four grandchildren) (the food was shared ~ three families) 2 a : in the time interval that separates (the two days ~ Monday and Thursday) (~ bites of food, they talked to their teacher) b : in the space that separates : BETWIXT (an alleyway ~ two tall buildings) (a vacuum ~ two electrodes) : in the midst of : surrounded by (a lion rampant ~ eight crosses) c : in intermediate relation to in respect to quantity, quality, or degree (weighing somewhere ~ a pound and a pound and a half) (a grade ~ passing and failing) 3 a : from one to the other of (air service ~ the two cities) b : JOINING, CONNECTING (a passageway ~ two rooms) c : in common to : in the joint possession, action, or agency of (an agreement ~ states) (there is no continuity of mood ~ the three books —F.A.Swinnerton) (mutual understanding ~ the brothers) d : SEPARATING, DISTINGUISHING : setting apart (the lines ~ different new media —F.L.Mott) (a distinction must be drawn ~ the . . . three functions of authority —Abram Kardiner) 4 : after a comparison of : in point of comparison of (there is not much to choose ~ the two coats) 5 : in confidence restricted to (a secret ~ ourselves) (there's nothing private ~ you and me —Walter de la Mare) 6 : taking together the total effect of (a series of things) (~ making beds, washing dishes, sewing, cleaning, and raising her children, she was kept busy)

²**between** \"\ *adv* [ME *betwene*] 1 a : in an intermediate position in relation to two other objects (two desks with a wastebasket ~) b : filling the space limited by two objects (two buildings with a parking area ~) 2 : in the interval : in intervals (two short movies with a newsreel ~) (dancing all the dances with very little rest ~) 3 : through a space limited by two objects (since he could not go around the two strolling men, he went ~)

³**between** \"\ n -s : the time, space, state, or way between

**betweenbrain** \=ˈ=,=\ n -s [¹*between*] : DIENCEPHALON

¹**between decks** \=ˈ=,=, =,=ˈ=\ adv [¹*between*] : in the space on a ship between decks : BELOWDECKS : below the main deck

²**between decks** \=ˈ=,=\ n *pl but sing in constr* 1 : the space belowdecks : the space below the main deck 2 : a deck below the main deck; *specif* : a raised deck in the hold of a cargo ship

**betweenmaid** \=ˈ=,=\ n -s [¹*between*] *Brit* : a maidservant whose work supplements that of cook and housemaid

**be·tween·ness** \-ēnnəs\ n -ES : the quality or state of being between two others in an ordered series

# EXHIBIT 6

REC'D APR 21 2003

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language. unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries. I. Gove, Philip Babcock. 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20

93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5051 QP/H00

Case 1:05-cv-00486-GMS Document 79-3 Filed 08/18/2006 Page 14 of 14

cleanse of something morally harmful, offensive, or erroneous ‡ PURGE; *esp* : to expunge before publication or presentation obscene or otherwise objectionable parts from ⟨~ a book⟩ ⟨~ a play⟩

**ex·pur·ga·tion** \,ekspər'gāshən\ *n* -s [ME *expurgacion*, fr. L *expurgation-, expurgatio* vindication, fr. *expurgatus* + *-ion-, -io* -ion] : an act of expurgating, purging, or cleansing : purification from something morally harmful, offensive, sinful, or erroneous

**ex·pur·ga·tor** \'ekspər,gād·ə(r), -ātə-\ *n* -s : one that expurgates

**ex·pur·ga·to·ri·al** \ik,spərgə'tōrēəl, ek|-, ,ek,spər'...\ *adj* [NL *expurgatorius* + E *-al*] : relating to expurgation or an expurgator : EXPURGATORY

**ex·pur·ga·to·ry** \-'spərgə,tōrē\ *adj* [NL *expurgatorius*, fr. L *expurgatus* + *-orius* -ory] : serving to purify from something morally harmful, offensive, or erroneous : CLEANSING, PURIFYING

**¹ex·qui·site** \ek'skwizət, 'ek,skwiz-, 'ekskwəz-, ik'skwiz-, *usu* -zəd·+V\ *adj* [ME *exquisit*, fr. L *exquisitus*, fr. past part. of *exquirere* to search out, seek, fr. *ex-* ¹ex- + *-quirere* (fr. *quaerere* to seek, gain, obtain, ask)] **1 a** : carefully selected or sought out : ingeniously devised : CHOICE, RECHERCHÉ ⟨I have given her the best advice, . . . making the most ~ moral reflections — but to no purpose —Iris Origo⟩ **b** *obs* : FARFETCHED, AFFECTED **2** *archaic* : careful or exact in working or operation : ACCURATE, NICE, EXACT **3 a** : marked by flawless craftsmanship or by beautiful, ingenious, delicate, or elaborate execution ⟨Sung vases and ~ lacquers —James Hilton⟩ ⟨an ~ cameo⟩ ⟨an ~ portrait⟩ **b** : marked by nicest discrimination, keenest appreciation, deepest sensitivity, or most subtle understanding ⟨a far more keen and ~ observer than her brother —J.L.Lowes⟩ ⟨an ~ choice⟩ ⟨an ~ critic⟩ : marked or perceptible by or calling for keenest sensitivity ⟨an ~ sense of hearing⟩ ⟨~ variations in color⟩ **c** : transcending and superlative : marked by acute discrimination and selection, faultless execution, and maximum effectiveness ⟨paints with ~ art the charm of the deep country —John Buchan⟩ ⟨the ~ transparency and delicate finish of her work —P.E.More⟩ **d** : ACCOMPLISHED, FINISHED, PERFECTED ⟨an ~ gentleman⟩ **4 a** : affording or accompanied by keen delight, rapture, or pleasure esp. through beauty, fitness, delicacy, or perfection : DELIGHTFUL, DELECTABLE ⟨the night-blooming cereus . . . an ~ white blossom with a spicy fragrance —*Amer. Guide Series: Ariz.*⟩ ⟨~ brushwork⟩ **b** : perfect and unrelieved : TRANSCENDING, ACUTE, EXTREME, CONSUMMATE ⟨the most ~ pitch of joy and happiness to which life could thrill —Jack London⟩ ⟨an ~ pain shot through his arm⟩ ⟨wondered at the ~ stupidity of the hearers —S.M.Crothers⟩ **c** : marked by uncommon, esoteric, or precious appeal ⟨the ~, the finely drawn, the rich trappings of legend —Sara H. Hay⟩ **syn** see CHOICE

**²exquisite** \"\ *n* -s : one who is overnice in dress or ornament ⟨young ~s, perfumed and foppish⟩

**ex·quis·ite·ly** *adv* : in an exquisite manner

**ex·quis·ite·ness** *n* -es : the quality of being exquisite

**ex·quis·i·tive·ly** \ek'skwizədivlē\ *adv, archaic* : EXQUISITELY

**exr** *abbr* executor

**ex·ra·dius** \(')eks+\ *n* [¹ex- + *radius*] : a radius of an escribed circle or sphere — opposed to *inradius*

**ex re·la·ti·o·ne** \,eksrə,lād·ē'ōnē\ *prep* [L] : by or on the relation or information of — used in the title of informations and special proceedings to designate the person at whose instance the state or a public officer is acting; abbr. *ex rel.*

**ex rights** *adv (or adj)* [¹ex] : without carrying or conferring the right to subscribe to a pending new issue of stock ⟨stock that sells *ex rights*⟩

**exrx** *abbr* executrix

**ex·san·gui·nate** \ek(s)'saŋgwə,nāt\ *vt* -ED/-ING/-S [L *exsanguinatus* bloodless, fr. *ex-* ¹ex- + *sanguin-, sanguis* blood + *-atus* -ate] : to make bloodless : drain of blood — **ex·san·gui·na·tion** \(,)e,,--'nāshən\ *n* -s

**ex·san·guine** \(')ek(s)'saŋgwən\ *adj* [irreg (influence of *sanguine*) fr. L *exsanguis*, fr. *ex-* ¹ex- + *sanguis* blood] : BLOODLESS, ANEMIC — **ex·san·guin·i·ty** \,ek(s),saŋ'gwinəd·ē, -saŋ'g-\ *n* -es

**ex·san·guin·e·ous** \,ek(s),saŋ'gwinēəs, -saŋ'g-\ *adj* [¹ex- + *sanguineous*] : EXSANGUINE

**ex·san·gui·no·trans·fu·sion** \ek(s)'saŋgwə,nō+\ *n* [¹exchange + *sanguino-* + *transfusion*] : EXCHANGE TRANSFUSION

**ex·san·gui·nous** \(')ek(s)'saŋgwənəs\ *adj* [¹ex- + *sanguinous*] : EXSANGUINE

**ex·san·gui·ous** \(')ek(s)'saŋgwēəs\ *adj* [irreg fr L *exsanguis*] : EXSANGUINE

**ex·scind** \ek'sind\ *vt* -ED/-ING/-S [L *exscindere* to cut or tear out, fr. *ex-* ¹ex- + *scindere* to cut, tear — more at SHED (to throw off)] : to cut off or out : EXCISE ⟨these words were ~ed from the text⟩

**exscribe** *vt* [L *exscribere*, fr. *ex-* ¹ex- + *scribere* to write — more at SCRIBE] *obs* : COPY, TRANSCRIBE

**ex·scul·p·tate** \ek'skəlp,tāt\ *adj* [L *exsculptus* (past part. of *exsculpere* to carve out, fr. *ex-* ¹ex- + *sculpere* to carve) + E *-ate* — more at SCULPTOR] : having variable and irregular depressed lines that resemble sculptured work

**ex·scu·tel·late** \(,)ek(s)+\ *adj* [¹ex- + NL *scutellum* + E *-ate*] : ESCUTELLATE

**ex·sect** \(')ek|sekt\ *vt* -ED/-ING/-S [L *exsectus*, past part. of *exsecare*, fr. *ex-* ¹ex- + *secare* to cut — more at SAW] : to cut out : EXCISE ⟨an ~ed uterus⟩

**ex·sec·tile** \(')ek|sekt³l, -,tīl, -(,)til\ *adj* : capable of being exsected

**ex·sec·tion** \(')ek|sekshən\ *n* [L *exsection-, exsectio*, fr. *exsectus* + *-ion-, -io* -ion] : EXCISION

**¹ex·sert** \(')ek|sərt\ *vt* -ED/-ING/-S [L *exsertus, exertus*, past part. of *exserere, exerere* — more at EXERT] : to thrust forth or out : cause to protrude : cause to project : stick out ⟨a bee ~ing its sting⟩

**²exsert** \"\ *adj* [L *exsertus, exertus*, past part.] : EXSERTED

**exserted** *adj* : projecting beyond an enclosing organ or part ⟨~ stamens⟩

**ex·ser·tile** \(')ek|sərd·³l, -r,tīl, -r(,)til\ *adj* : capable of being exserted ⟨the highly ~ tongue of this snake⟩

**ex·ser·tion** \(')ek|sərshən\ *n* -s : the action of exserting or state of being exserted

**ex·sheath** \(')ek(s)|shēth, -th\ *vb* [¹ex- + *sheath* (n.)] *vi* : to escape from the residual membrane remaining from a previous stage of development — used of certain larval nematodes (as filaria) ~ *vt* : to cause (nematode larvae) to exsheath — **ex·sheath·ment** \-mənt\ *n* -s

**ex ship** *adv (or adj)* [¹ex] : without shipment costs to the consignee until receipt overside of the shipment at destination, the consignee being required to accept delivery at the ship's side and assume all subsequent liability ⟨the firm agreed to receive the lumber *ex ship*⟩ — compare FREE ON BOARD

**ex·sic·ca·tae** \,eksə'kā,tē, -kā,-, -ā,tī\ *also* **ex·sic·ca·ti** \-ā,tī, -ā,-, -ā,tē\ *n pl* [NL, fr. L, fem. & masc. pl. respectively of *exsiccatus*] : a collection or series of dried herbarium specimens

**ex·sic·cate** \'eksə,kāt, ek'si,-\ *vt* -ED/-ING/-S [L *exsiccatus*, past part. of *exsiccare*, fr. *ex-* ¹ex- + *siccare* to dry, fr. *siccus* dry — more at SACK] : to drive moisture from (as by the action of heat) : make dry : DEHYDRATE ⟨*exsiccated* salt⟩ : drain of moisture : dry up ⟨an *exsiccated* swamp⟩ : DESICCATE — now used chiefly in passive — **ex·sic·ca·tion** \,eksə'kāshən\ *n* -s

**ex·sic·co·sis** \,eksə'kōsəs\ *n* -es [NL, fr. L *exsiccare* + NL *-osis*] : insufficient intake of fluids or the state of bodily dehydration produced thereby

**ex si·len·tio** \,ek(s)sə'lenchē,ō, -,sē,-\ *or* **e silentio** \,ēsə-, ,ā,sē-\ *adv (or adj)* [L *ex silentio* from silence] : from the fact of lack of specific evidence (as of written or oral attestation) ⟨an argument that was built up wholly *ex silentio*⟩

**ex·solution** \(,)ek(s)+\ *n* [L *exsolution-, exsolutio* release, fr. *exsolutus* (past part. of *exsolvere*) + *-ion-, -io* -ion] : the action or process of exsolving

**ex·solve** \(')ek(s)+\ *vb* [L *exsolvere* to loosen, untie, release, fr. *ex-* ¹ex- + *solvere* to loosen, release — more at SOLVE] : to separate or precipitate from a solid crystalline phase : UNMIX

**ex·stipulate** \(')ek(s)+\ *adj* [¹ex- + *stipule* + *-ate*] : having no stipules ⟨~ leaves⟩

**ex store** *adv (or adj)* [¹ex] : with shipment costs to be paid by the consignee after the shipment leaves the stock — opposed to *free on board*, compare IN STORE

**ex·stro·phy** \'ekstrəfē\ *n* -es [¹ex- + *-strophy* (fr. Gk *strophein* to turn + E *-y*) — more at STROPHE] : eversion of a part or organ; *specif* : a congenital malformation of the bladder in which the normally internal mucosa of the organ lies exposed on the abdominal wall because of failure of union between the halves of the public symphysis and between the adjacent halves of the abdominal wall

**ex·suc·cous** \(')ek(s)'səkəs\ *adj* [L *exsuccus*, fr. *ex-* ¹ex- + *succus* juice — more at SUCCULENT] : devoid of all juices or sap : having no moisture whatsoever : dried up ⟨a withered ~ piece of fruit⟩

**exsudation** *obs var of* EXUDATION

**ex·suf·fla·tion** \,eksə'flāshən\ *n* [LL *exsufflation-, exsufflatio*, fr. *exsufflatus* (past part. of *exsufflare* to blow away, fr. L *ex-* ¹ex- + *sufflare* to inflate, blow upon) + L *-ion-, -io* -ion — more at SUFFLATE] **1** : the action of breathing forth or blowing; *esp* : this action used as an exorcism in some rites of baptism **2** : forcible breathing or blowing out (as in clearing the respiratory tract) : forcible expiration

**ext** *abbr* **1** extended; extension **2** exterior **3** external **4** extinct **5** extinguisher **6** extra **7** extract **8** extreme; extremely

**ex·tant** \'ekstənt, ek'stant, 'ek,stant, ik'stant, -taa(ə)nt\ *adj* [L *exstant-, exstans, extant-, extans*, pres. part. of *exstare, extare* to stand out, project, be in existence, fr. *ex-* ¹ex- + *stare* to stand — more at STAND] **1 a** *archaic* : standing, projecting, or protruding out or above ⟨its naked body half ~ from the coarse blanket —George Borrow⟩ **b** *archaic* : standing out in a way that is adapted to physical or mental perception : easily seen or understood : clearly evident ⟨the truth should be visibly ~ —A.W.Kinglake⟩ **2 a** : currently or actually existing : that is in existence ⟨the most charming writer ~ —G.W. Johnson⟩ **b** : still existing : continuing to exist : maintaining existence : not exterminated, destroyed, or lost ⟨in the specimens of graphic art found among ~ barbaric folk —Edward Clodd⟩ ⟨one of the oldest works ~ on that subject⟩

**ex·ta·sy** *archaic var of* ECSTASY

**ext d&c color** \'eks(t)dēən,sē-\ *n, usu cap E&D & 1st C* [abbr. of *external drug and cosmetic color*] : any of the synthetic dyes that in certified batches are permitted for use only in drugs and cosmetics to be applied externally — compare D&C COLOR, FD&C COLOR; see DYE table II

**ex·tem·po·ral** \(')ek|stemp(ə)rəl, ik's-\ *adj* [L *extemporalis*, fr. *ex tempore* + *-alis* -al] *archaic* : EXTEMPORANEOUS, EXTEMPORE — **ex·tem·po·ral·ly** \-rəlē\ *adv, obs*

**ex·tem·po·ra·ne·i·ty** \(,)ek,stempərə'nēəd·ē, ik,-, -ēətē, -i\ *n* -es : the quality or state of being extemporaneous

**ex·tem·po·ra·ne·ous** \(,)ek|stempə|rānēəs, ik|-\ *adj* [LL *extemporaneus*, fr. L *ex tempore* + *-aneus* (as in *subterraneus* subterranean)] **1 a** : composed, performed, or uttered on or as if on the spur of the moment ⟨an ~ musical composition⟩ ⟨an ~ piece of verse⟩ : impromptu ⟨~ comment⟩ or apparently impromptu (as by avoiding use of rigid memorization, reading, or notes) ⟨a brilliant ~ speech⟩ : marked by or as if by no previous thought, study, or other preparation : IMPROVISED, UNPREMEDITATED **b** : skilled at, given to, or marked by extemporaneous composing, performance, or utterance ⟨one of the funniest ~ wits of our time —E.J.Kahn⟩ **c** : happening suddenly, often unexpectedly, and usu. without clearly known causes or relationships ⟨a great deal of criminal and delinquent behavior is . . . ~ —W.C.Reckless⟩ **2** : provided, made, or put to use as a temporary expedient : suggested by or hurriedly adapted to the occasion : MAKESHIFT ⟨preparing an ~ meal⟩ ⟨using an ~ shelter⟩ **3** *of a pharmaceutical preparation* : compounded according to a physician's prescription as needed : prepared when ordered : not ready-made — **ex·tem·po·ra·ne·ous·ly** *adv* — **ex·tem·po·ra·ne·ous·ness** *n* -es

**ex·tem·po·rar·i·ly** \ik|stempə|rerəlē, -li, (,)ek,e-'e--, ek'se--,---\ *adv* : in an extemporary manner

**ex·tem·po·rary** \ik'stempə,rerē, ek-, -eri\ *adj* [L *ex tempore* + E *-ary*] : EXTEMPORANEOUS

**¹ex·tem·po·re** \ik'stempərē, ek-, -ri, -,rē *also* -,rā\ *adv* [L *ex tempore* instantaneously, on the spur of the moment, fr. *ex* out of + *tempore*, abl. of *tempus* time — more at EX-, TEMPORAL] : in an extempore manner : EXTEMPORANEOUSLY

**²extempore** \"\ *n. pl* **extempores** *also* **extempore** *archaic* : something that is extemporaneous : IMPROVISATION

**³extempore** \"\ *adj* : EXTEMPORANEOUS ⟨his effusions were genuinely ~ —W.G.Lane⟩

**ex·tem·po·ri·za·tion** \ik,stempərə'zāshən, (,)ek,-, -,rī'z-\ *n* -s **1** : the act of extemporizing : IMPROVISATION **2** : something produced or marked by extemporization ⟨ingenious ~s were employed to provide substitutes for customary foods, clothing, and household articles —A.D.Kirwan⟩

**ex·tem·po·rize** \-ə·,rīz\ *vb, see -ize in Explan Notes* [¹extempore + *-ize*] *vi* **1** : to do something extemporaneously : IMPROVISE; *esp* : to speak extemporaneously ⟨he rarely *extemporized* and never on grave occasions —John Buchan⟩ **2** : to get along in a makeshift manner adapted to the occasion : regularly meet necessity with temporary expedients : live with little or no advance planning ⟨the world, facing the need to organize itself internationally, drifted and *extemporized* —Charles McKinley⟩ ⟨*extemporizing* without a plan has long been regarded by many as a necessary and inherent part of movie making —Hortense Powdermaker⟩ ~ *vt* **1** : to compose, perform, or utter extemporaneously : IMPROVISE ⟨a cleverly *extemporized* organ accompaniment⟩ ⟨*extemporizing* an after-dinner speech⟩ **2** : to provide, make, or put to use as a temporary expedient ⟨the ungainly but useful vessels which Caesar had *extemporized* —J.A.Froude⟩ ⟨beyond the *extemporized* bandstand —Graham Greene⟩ : produce, put together, devise, or contrive hurriedly or in a makeshift manner to meet an immediate need or emergency ⟨trying to ~ a competent personnel⟩ ⟨*extemporizing* a plan to overwhelm the opposition⟩

**ex·tem·po·riz·er** \-zə(r)\ *n* -s : one that extemporizes

**ex·tend** \ik'stend, ek-\ *vb* -ED/-ING/-S [ME *extenden*, fr. MF or L; MF *estendre, extendre*, fr. L *extendere*, fr. *ex-* ¹ex- + *tendere* to stretch — more at THIN] *vt* **1** [ME *extenden*, fr. ML *extendere* (fr. L) or AF *estendre*, fr. OF *estendre, extendre*] **a** *Brit* : to assess the value of (as lands or buildings) **b** *Brit* : to take possession of by a writ of extent **c** *obs* : to take by force : SEIZE **2** : to lay out at full length ⟨with his body ~ed on the ground⟩ : put into a horizontal and usu. straight position ⟨~ing their arms in front of them⟩ : straighten out (as a limb or other bodily part) : UNBEND ⟨alternately flexing his arm and ~ing it⟩ **3 a** : to stretch out esp. forcibly : stretch out to fullest length ⟨with the sails ~ed by yards⟩ **b** *obs* : to stretch, fill, or inflate beyond normal limits : STRAIN, DISTEND **c** : to cause (as a horse) to move at full stride ⟨a promising racehorse that had so far never been really ~ed⟩ : push to full stride **d** : to apply or exert (oneself) energetically or to full capacity ⟨people who would rather accept federal bounties than ~ themselves —F.L.Allen⟩ ⟨his capacity for handling an immense amount of work without appearing to ~ himself —*Lamp*⟩ **e** : to increase the quantity or bulk of (a product) by the addition of a relatively inexpensive or otherwise readily available substance so as to reduce cost, improve efficiency, or attain other desired effects ⟨~ing ground meat with cereal⟩; *sometimes* : ADULTERATE **4 a** : to stretch forth : hold out ⟨she ~ed both her hands to him —W.F.deMorgan⟩ ⟨a bald eagle with its wings ~ed⟩ **b** : to present for acceptance or rejection : make the offer of : PROFFER ⟨~ing their greetings⟩ ⟨~ed hospitality to them⟩ **c** : to make available (as a fund or privilege) often in response to an explicit or implied request : GRANT ⟨financial aid will be ~ed where needed —Paul Wooton⟩ **5 a** : to cause to stretch out or reach (as from one point to another) ⟨~ing the railroad to the next city⟩ : cause to span an interval (as of distance, space, or time) ⟨a rope bridge was ~ed over the chasm⟩ : push to a farther point ⟨~ing the frontiers of knowledge⟩ ⟨city boundaries were ~ed to take in the entire county —*Amer. Guide Series: Pa.*⟩ : open out (a compass) **b** : to cause to be longer : LENGTHEN, PROLONG, PROTRACT ⟨~ing their visit⟩; *specif* : to prolong the time of payment of (as a debt) beyond the time orig. stipulated **c** : to cause to project in one or more directions : stick out ⟨when disturbed, the creature ~s its spines⟩ **d** : to bring to a further degree of development ⟨the Anglo-Saxons ~ed the use of the plow —L.D.Stamp⟩ : cause to be more nearly complete or perfect : ADVANCE, FURTHER ⟨~ing man's knowledge of the universe⟩ ⟨the rest of the decade consolidated and ~ed those gains —Oscar Handlin⟩ **6** : to transfer (figures) from one column to another (as in bookkeeping) : carry forward **f** : to compute the amount of (as in accounting) : indicate the amount of ⟨the credit balance will be ~ed on the accounts⟩ **6 a** : to cause to be of greater area or volume ⟨~ing the surface of metal plates by hammering⟩ : increase the size of : ENLARGE : make greater in extent ⟨trying to ~ its staff of trained personnel⟩ **b** : to increase the scope, meaning, or application of ⟨~ing the sense of a word⟩ ⟨the name . . . was easily ~ed to the new land —P.E.James⟩ ⟨~ the force of the laws⟩ : increase the action or capacity of ⟨beauty, I suppose, opens the heart, ~s the consciousness —Algernon Blackwood⟩ : make more comprehensive, inclusive, or intensive : BROADEN, AMPLIFY ⟨~ing the range of their duties⟩ **c** *archaic* : to enlarge upon in imagination : EXAGGERATE **d** : to write out (as shorthand notes) in expanded form : write out or set forth in detail ~ *vi* **1** : to stretch out (as in distance, space, or time) : RANGE ⟨rugged hills and ravines ~ in all directions —*Amer. Guide Series: Minn.*⟩ ⟨occupation of the fortress ~ed from the second century B.C. to the first century A.D. —J.E.M.White⟩ : REACH, SPREAD **2** : to span an interval (as of distance, space, or time) ⟨an ancient bridge ~s over the river⟩ **3** : to jut out : stick out : PROTRUDE, PROJECT ⟨through a cupola . . . ~s a thin square chimney —*Amer. Guide Series: Minn.*⟩ ⟨fruit trees that ~ed out over the farm fences —Sherwood Anderson⟩ **4** *of a serviceman* : to agree to remain on active duty for another term

**syn** LENGTHEN, ELONGATE, PROLONG, PROTRACT: EXTEND, like others in this group, applies to a drawing out in length; it may suggest also similar or comparable drawing out in breadth, size, or range ⟨*extend* a road⟩ ⟨an *extended* trip⟩ ⟨*extending* his vacation⟩ ⟨federal grants to the states to *extend* and improve their health and welfare services for mothers and children —*Americana Annual*⟩ LENGTHEN is likely to refer to what constitutes or may be thought of as similar in some way to a line ⟨*lengthen* a road⟩ ⟨a *lengthened* period⟩ ⟨the *lengthening* of the average life span by more than twenty years since the last century —*Collier's Yr. Bk.*⟩ ELONGATE suggests a stretching out resulting in a long narrow frame or shape or to unusual length ⟨*elongated* fibers⟩ ⟨an *elongated* segment⟩ ⟨the old man's gaunt and *elongated* frame⟩ PROLONG is likely to indicate a drawing out or stretching out in duration ⟨a *prolonged* discussion⟩ ⟨withstanding a *prolonged* siege⟩ ⟨a strange, secret life, *prolonged* for half a century in Paris —Van Wyck Brooks⟩ PROTRACT, often close to EXTEND or PROLONG, may suggest needlessness, boredom, vexation, indefiniteness ⟨litigation *protracted* through a decade⟩ ⟨the *protracted* interruption of steel production by labor difficulties —*Americana Annual*⟩ ⟨his temptation will be to *protract* negotiations on the minor points still outstanding —*New Statesman & Nation*⟩

**extended** *adj* [ME, fr. past part. of *extenden*] **1 a** : drawn out in length ⟨an ~ meandering river⟩ esp. in length of time ⟨their ~ residence in England⟩ ⟨an ~ visit⟩ : LENGTHY ⟨an ~ tale⟩ : PROLONGED, PROTRACTED **b** *of a letter or typeface* : having a face considerably wider than that of a typeface not so characterized — compare CONDENSED, EXPANDED **2 a** : fully stretched out ⟨his ~ limbs raised in an attitude of prayer⟩ : widely spread out ⟨an ~ battle line⟩ **b** : stretched forth : held out ⟨refusing to accept her ~ hand⟩ **c** *of a horse's stride* : FULL ⟨an ~ gallop⟩ — compare COLLECTED 3 **d** : INTENSIVE ⟨the groundwork is laid for more ~ efforts —Dorothy Barclay⟩ ⟨an ~ course in college mathematics⟩ **3** : having the property of extension : having spatial magnitude ⟨~ substances⟩ **4** : EXTENSIVE: as **a** : having great area ⟨~ farm lands⟩ : WIDESPREAD, FAR-FLUNG ⟨an ~ empire⟩ **b** : having a wide range : greatly diversified : of great scope ⟨an ~ vocabulary⟩ ⟨a word with ~ meanings⟩ : notable in extent ⟨surgeons who have had ~ experience —Morris Fishbein⟩ **c** : ENLARGED, AMPLIFIED : more complete, comprehensive, or detailed ⟨lectures that were later brought out in ~ book form⟩ — **ex·tend·ed·ly** *adv* — **ex·tend·ed·ness** *n* -es

**extended coverage** *n* : coverage extending a fire insurance policy so that additional hazards (as those arising from storms or explosions) are included

**extended family** *n* : a larger family group which includes near relatives (as patrilineal descendants) and in which collateral lines are kept fairly distinct — distinguished from *clan;* opposed to *nuclear family*

**extended harmony** *n* : OPEN HARMONY

**extended insurance** *or* **extended term insurance** *n* : life insurance that after cessation of premium payments is continued in its original amount for the period allowed by the cash value

**extended order** *n* : an arrangement of troops for skirmishing not in exact formation or at fixed intervals but usu. as widely separated as the tactical situation and the terrain permit — distinguished from *close order*

**extended play** *n* : a 45-rpm phonograph record that has a playing time of about 6 to 8 minutes obtained by the use of closer groove spacing and utilization of a greater part of the surface area than in the standard 45-rpm record — abbr. *EP*

**extended river** *or* **extended consequent** *n* : a stream lengthened by the extension of its course downstream across newly emerged land (as on a coastal plain)

**ex·tend·er** \-də(r)\ *n* -s **1 a** : a substance added to a product esp. in the capacity of a diluent, adulterant, or modifier: as (1) *or* **extender pigment** : a colorless or white mineral pigment (as whiting) used with one or more other pigments usu. to achieve certain physical properties (as improved surface characteristics or working properties in paint or printing ink) — called also *filler, inert* (2) : a substance usu. having some adhesive action (as flour) that is added to an adhesive for reducing the cost or sometimes for improving the viscosity (3) : a substance (as a petroleum oil) used for increasing the bulk or improving the processing characteristics of a rubber compound, a plastic, or a resin **b** : EXPANDER 2 **2** *Brit* : a teacher of university extension classes

**ex·tend·ibil·i·ty** \ik,stendə'biləd·ē, (,)ek,-, -lətē, -i\ *n* -es : capability of being extended

**ex·tend·ible** *or* **ex·tend·able** \ik'stendəbəl, (')ek|s-\ *adj* : capable of being extended

**extending** *pres part of* EXTEND

**extends** *pres 3d sing of* EXTEND

**ex·tense** \ik'sten(t)s, (')ek|s-\ *adj* [L *extensus*, past part. of *extendere* to extend — more at EXTEND] *archaic* : widely extended

**ex·ten·si·bil·i·ty** \ik,sten(t)sə'biləd·ē, (,)ek,-, -lətē, -i\ *n* -es : capability of being extended; *specif* : the extent to which something can be stretched without breaking

**ex·ten·si·ble** \ik'sten(t)səbəl, (')ek|s-\ *adj* [L *extensus* + E *-ible*] : capable of being extended ⟨~ school building⟩; *esp* : capable of being protruded ⟨an ~ tongue⟩ or opened out ⟨an ~ measuring rule⟩

**ex·ten·sile** \ik'sten(t)səl, (')ek|s-, -n,sīl, -n(t)(,)sil\ *adj* [L *extensus* + E *-ile*] : EXTENSIBLE

**extensimeter** *var of* EXTENSOMETER

**ex·ten·sion** \ik'stenchən, ek-; *in sense 3c* " *or* est[illegible]\ *n, pl* **extensions** \-ənz\ *often attrib* [ME *extensioun*, fr. MF or LL; MF *extension*, fr. LL *extension-, extensio*, fr. L *extensus* + *-ion-, -io* -ion] **1 a** : the action of extending or state of being extended : a stretching out or stretching forth : a carrying forward : LENGTHENING, FURTHERING, DEVELOPING **b** : the action of spreading out (as in area) or state of being spread out : EXPANSION, ENLARGEMENT, AUGMENTATION, INCREASE **c** : something extended **2 a** : the total range over which something extends or can be extended : COMPASS ⟨the ~ of the human mind⟩ **b** : DENOTATION 4 ⟨*plant* is a word with wider ~ than *orchid*⟩ — contrasted with *intension* **3 a** : the stretching of a fractured or luxated limb so as to restore it to its natural position **b** : the straightening out of a flexed limb **c** : a dance movement in which the leg is extended at an angle to the body; *also* : an exercise (as for a ballet dancer) in which this movement is used **4 a** : a property whereby something occupies or apparently occupies a greater or lesser part of space : spatial magnitude **b** : something marked or delimited by the property of extension **5** : an increase in length of time : increased or continued duration; *specif* : an agreement on or concession of