# EXHIBIT 5

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
(AN/"the toro company" AND ACLM/substantially): 195 patents.
*Hits 1 through 50 out of 195*

[Next 50 Hits]

[Jump To]

[Refine Search] an/"the toro company" and aclm/substantially

| PAT. NO. | Title |
|---|---|
| 1 | 7,065,947 T Powered ZRT sand grooming vehicle and grooming brush rake |
| 2 | 7,032,368 T Attachment for connecting a duct to a grass bagger of a mower |
| 3 | 7,032,333 T Snowthrower chute and deflector control |
| 4 | 7,007,916 T Low flow valve improvement |
| 5 | 7,007,448 T Reel mower with tuned mass damper |
| 6 | 6,986,240 T Resilient discharge deflecting chute |
| 7 | 6,973,728 T Filament trimmer with dual triggers |
| 8 | 6,948,782 T Wheel hub assemblies with anti-rotate feature for use with zero-radius-turning vehicle |
| 9 | 6,945,471 T Rotary sprinkler |
| 10 | 6,921,030 T Constant velocity turbine and stator assemblies |
| 11 | 6,910,324 T Multi-bladed rotary cutting deck with mulching and discharge/collection modes |
| 12 | 6,869,026 T Rotary sprinkler with arc adjustment guide and flow-through shaft |
| 13 | 6,851,253 T On-board vehicle jacking apparatus and methods of using same |
| 14 | 6,739,116 T Powered actuator system for mower parking brake system |
| 15 | 6,709,223 T Tracked compact utility loader |
| 16 | 6,701,699 T On-board vehicle jacking apparatus and methods of using same |
| 17 | 6,688,095 T Blade coupler assembly for use with a self-propelled, walk-behind rotary lawn mower |
| 18 | 6,629,818 T Impeller for use with portable blower/vacuums |
| 19 | 6,622,464 T Walk reel mower with single control handle for operating both traction and reel drives |
| 20 | 6,622,336 T Connecting apparatus for attaching a sweeping implement to a traction vehicle |
| 21 | 6,618,234 T Lightning protection for irrigation controls |
| 22 | 6,588,191 T Method for providing grooved roller with variable shoulders |
| 23 | 6,561,282 T Aeration machine |

Patent Database Search Results: an/"the toro company" and aclm/substantially in US Patent Collection   Page 2 of 2

24 6,557,580  T Self cleaning irrigation valve with offset manual on actuator, body/bonnet alignment, and captured screws
25 6,533,198  T Top dresser
26 6,530,198  T Rotary side cutting unit for mower with bi-directional shock absorber for cutting unit
27 6,497,086  T Rotary cutting desk corner suspension
28 6,485,036  T Sulky for outdoor power equipment unit
29 6,484,481  T Rotary cutting unit with ovate rollers and front corner cut-outs
30 6,470,663  T Rear discharge rotary cutting deck for mower
31 6,470,602  T Snowthrower having impeller assist propulsion
32 6,460,640  T Control system for compact utility loader
33 6,446,297  T Connecting apparatus for attaching a sweeping implement to a traction vehicle
34 6,439,088  T Reconfigurable vegetation trimmer and method of use
35 6,394,126  T Self cleaning irrigation valve with offset manual on actuator, body/bonnet alignment and captured screws
36 6,393,815  T Plenum for tiltable cutting deck
37 6,389,786  T Belt drive system having a single drive motor for multi-bladed rotary cutting unit for mower
38 6,351,929  T Triplex trim mower with laterally adjustable cutting units
39 6,347,671  T Multi-purpose operating unit attachment system
40 6,341,478  T Steerable cutting unit with steerable and level lift grass catcher
41 6,332,581  T Rotary sprinkler nozzle
42 6,089,006  T Grass catcher for lawn mower
43 6,082,083  T Ground speed control system
44 6,079,433  T Automatic soil moisture sensing and watering system
45 6,045,059  T Nozzle flush cap
46 RE36,627  T Portable blower/vac
47 6,032,441  T Triplex trim mower with laterally adjustable cutting units
48 6,029,907  T Adjustable sprinkler nozzle
49 6,006,390  T Connecting mechanism for attaching a ground-engaging surface maintenance implement to a traction vehicle
50 5,956,248  T Irrigation controller with removable station modules



Patent Database Search Results: an/"the toro company" and aclm/substantially in US Patent Collection   Page 1 of 2



*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
(AN/"the toro company" AND ACLM/substantially): 195 patents.
*Hits 51 through 100 out of 195*

[Prev. 50 Hits]

[Next 50 Hits]

[Jump To]

[Refine Search]  an/"the toro company" and aclm/substantially

| | PAT. NO. | Title |
|---|---|---|
| 51 | 5,941,384 | T Container for an article of hand-held power equipment |
| 52 | 5,934,400 | T Cruise control system for a vehicle |
| 53 | 5,886,840 | T Optical turf evaluation device and method of use |
| 54 | 5,853,026 | T Valve with downstream manual bleed |
| 55 | 5,850,656 | T Highway debris entrainment and storage device |
| 56 | 5,785,248 | T Rotary sprinkler drive assembly with filter screen |
| 57 | 5,771,669 | T Method and apparatus for mowing irregular turf areas |
| 58 | 5,758,827 | T Rotary sprinkler with intermittent motion |
| 59 | 5,749,148 | T Filament trimmer head |
| 60 | 5,745,947 | T Automatic debris retrieval system |
| 61 | 5,744,701 | T Electronic liquid leak detector |
| 62 | 5,715,664 | T All wheel hydraulic drive system |
| 63 | 5,711,048 | T Portable blower/VAC |
| 64 | 5,657,542 | T Filament trimmer head |
| 65 | 5,644,844 | T Filament trimmer |
| 66 | 5,638,668 | T Lawn mower having nested deck and liner |
| 67 | 5,638,667 | T Mulching mower |
| 68 | 5,636,504 | T Handle assembly for outdoor power equipment |
| 69 | 5,628,171 | T Mulching mower convertible to discharge/collection mode |
| 70 | 5,623,817 | T Operating unit joint for turf maintenance equipment |
| 71 | 5,615,542 | T Mulching blade for lawn mower |
| 72 | 5,577,286 | T Highway debris entrainment and storage device |

Patent Database Search Results: an/"the toro company" and aclm/substantially in US Patent Collection   Page 2 of 2

73  5,535,987  T Valve diaphragm
74  5,533,326  T Reel mower
75  5,533,325  T All wheel hydraulic drive system
76  5,526,982  T Adjustable sprinkler nozzle
77  D368,341   T Convertible electric blower vacuum
78  5,485,963  T Granular fertilizer spreader
79  5,451,000  T Yardage marker system for sprinklers
80  5,432,088  T Method and apparatus for aerobic composting
81  5,429,530  T Cable connector including thermal fuse
82  5,398,431  T Single stage snowthrower impeller
83  5,377,919  T Hammermill
84  5,364,114  T Vehicle steering and suspension system
85  5,363,635  T Mulching mower with improved mulching blade
86  5,360,167  T Adjustable radius sprinkler nozzle
87  5,355,664  T Caster wheel suspension and shaft tensioning system for turf maintenance equipment
88  5,322,418  T High pressure liquid pump apparatus and pumping method
89  5,289,879  T Sandtrap maintenance machine rake assembly
90  5,261,214  T Lawn mower bail pivot stop and cable anchor
91  5,234,169  T Removable sprinkler nozzle
92  5,225,961  T Low voltage connector for a power box
93  5,212,938  T Mulching mower with obround cutting chamber
94  5,205,112  T Multi-bladed mulching/bagging mower
95  5,195,307  T Simplified blade brake clutch and propulsion control
96  5,177,888  T Discharge chute assembly for snowthrower
97  5,158,475  T Solenoid
98  5,158,232  T Sprinkler nozzle module
99  5,154,241  T Sand trap maintenance machine
100 5,133,176  T Multi-bladed mulching mower



Patent Database Search Results: an/"the toro company" and aclm/substantially in US Patent Collection   Page 1 of 2

# USPTO Patent Full-Text and Image Database

[ Home ]  [ Quick ]  [ Advanced ]  [ Pat Num ]  [ Help ]
[ Prev. List ]  [ Next List ]  [ Bottom ]  [ View Cart ]

*Searching US Patent Collection....*

**Results of Search in US Patent Collection db for:**
**(AN/"the toro company" AND ACLM/substantially): 195 patents.**
*Hits 101 through 150 out of 195*

[ Prev. 50 Hits ]

[ Final 45 Hits ]

[ Jump To ]  [     ]

[ Refine Search ]  an/"the toro company" and aclm/substantially

```
PAT. NO.     Title
101  5,119,744   T  Method and apparatus for treating turf
102  5,104,090   T  Irrigation valve
103  5,101,083   T  Rain switch
104  5,090,183   T  Discharge chute blocking device for a rotary lawn mower
105  5,083,387   T  Removable snowthrower chute
106  RE33,726    T  Single stage snowthrower
107  5,055,987   T  Adjustable light fixture
108  5,027,850   T  Debris arrestor for valve bleed hole
109  5,001,611   T  Versatile light fixture
110  4,970,852   T  Grass catcher for reel mower
111  4,961,534   T  Sprinkler nozzle module
112  4,958,483   T  Rope guide
113  4,951,449   T  Convertible lawn mower
114  4,930,298   T  Cutting unit cover
115  4,930,047   T  Apparatus for interconnecting components of a power outlet strip
116  4,909,365   T  Freewheeling clutch and implement employing same
117  4,908,968   T  Snowthrower with resilient impeller
118  4,878,340   T  Turf grooming reel
119  4,854,112   T  Turf maintenance apparatus
120  RE32,954    T  Lawn mower grass collector bag support
121  4,829,675   T  Electrical appliance and handle for same
122  4,815,765   T  Adjustable steering assembly
```

Patent Database Search Results: an/"the toro company" and aclm/substantially in US Patent Collection    Page 2 of 2

123 4,814,961 T Light fixture
124 4,807,727 T Method and apparatus for securing a torque applying device
125 4,799,142 T Irrigation controller
126 4,778,175 T Electronic control of resistance force for exercise machine
127 4,776,587 T Leg exercise machine
128 4,772,015 T Shoulder and arm exercise machine
129 4,771,844 T Method and apparatus for cooling a prime mover
130 4,771,356 T Method and apparatus for accommodating power disturbances
131 4,763,838 T Sprinkler with guard
132 4,730,829 T Exercise machine
133 4,720,099 T Exercise machine
134 4,699,321 T Sprinkler head drain valve
135 4,694,594 T Single stage snowthrower
136 4,682,732 T Sprinkler with improved riser seal
137 4,637,202 T Lawn mower grass collector bag support
138 4,634,052 T Adjustable arc sprinkler head
139 4,609,146 T Sprinkler with improved riser seal
140 4,571,831 T Cutting head for filament trimmer
141 4,569,485 T Mist emitter
142 4,452,185 T Engine housing
143 4,426,780 T Line metering apparatus
144 4,412,382 T Line feed mechanism for filament cutting
145 4,403,466 T Lawn mower engine oil drain
146 4,397,088 T Power equipment unit with split handle
147 4,391,041 T Powered ground care implement
148 4,376,513 T Irrigation stream splitter
149 4,374,465 T Attachment for rotary lawn mower
150 4,361,000 T Bagging filament mower



# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Prev. List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
(AN/"the toro company" AND ACLM/substantially): 195 patents.
*Hits 151 through 195 out of 195*

[Prev 50 Hits]

[Jump To] [      ]

[Refine Search] an/"the toro company" and aclm/substantially



| PAT. NO. | Title |
|---|---|
| 151 4,335,569 | T Reel to bedknife adjustment system |
| 152 4,335,567 | T Bagging filament mower |
| 153 4,335,566 | T Control system for power equipment |
| 154 4,326,370 | T Rotary lawn mower |
| 155 4,326,145 | T Compression relief adapter |
| 156 4,325,195 | T Snow thrower |
| 157 4,306,408 | T Grass catcher assembly |
| 158 4,301,967 | T Intermittent sprinkler |
| 159 4,295,285 | T Snowthrower |
| 160 4,293,041 | T Power cultivator with debris excluding barrier and scraper |
| 161 4,282,653 | T Cutting element for vegetation line trimmers |
| 162 4,280,276 | T Reciprocating cutter |
| 163 4,271,658 | T Clutch and blade brake for lawn mower |
| 164 4,245,454 | T Line metering apparatus |
| 165 4,235,068 | T Filament mower |
| 166 4,232,505 | T Dual element filament mower |
| 167 4,227,364 | T Self-compensating brake system for a mowing machine |
| 168 4,226,368 | T Multiple vortex dripper |
| 169 4,205,512 | T Rotary mulching mower |
| 170 4,204,642 | T Traveling sprinkler system and method |
| 171 4,201,344 | T Shiftable stator sprinkler head |
| 172 4,198,000 | T Stream rotor sprinkler with rotating deflectors |
| 173 4,191,331 | T Stream reversing director |
| 174 4,191,007 | T Reel mower shield assembly |

Patent Database Search Results: an/"the toro company" and aclm/substantially in US Patent Collection   Page 2 of 2

175 4,176,508  T Line feed mechanism for filament mower
176 4,162,605  T Rear wheel support apparatus for a three wheel vehicle
177 4,149,358  T Low speed rotary mower
178 4,144,772  T Belt idler construction
179 4,135,724  T Gas tank support and control panel
180 4,133,344  T Power transmission for self-propelled irrigation system
181 4,129,977  T Low speed rotary mower
182 4,119,275  T Fluid spray head and method adapted to spray specific pattern
183 4,102,114  T Combination level adjust and self-tensioning belt assembly for mowers
184 4,085,771  T Angularity sensor means for center pivot irrigation system
185 4,078,726  T Lawn sprinkler
186 4,047,367  T Rotary mower bagging apparatus
187 4,030,277  T Mower rear shield structure
188 4,026,471  T Sprinkler systems
189 4,015,406  T Lawnmower bagging apparatus
190 3,969,871  T Fastening construction for playground equipment
191 3,965,800  T Water powered drive for automatic controllers
192 3,955,653  T Rotary mower blade arrester apparatus
193 3,940,066  T Pop-up sprinkler head having flow adjustment means
194 3,939,917  T Spiker blade
195 3,930,434  T Hydraulic controller



[Prev. List] [Top] [View Cart]
[Home] [Quick] [Advanced] [Pat Num] [Help]