## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 18th day of August, 2006, I caused a copy of the foregoing *Declaration of Michael P.F. Phelps, Esq. in Support of Plaintiff Textron Innovations Inc.'s Responsive Brief in Support of Its Proposed Claim Construction* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

    Richard L. Horwitz, Esquire
    David E. Moore, Esquire
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951

Via first class mail upon:

    Earl D. Reiland, Esquire
    Thomas R. Johnson, Esquire
    Thomas J. Leach, Esquire
    MERCHANT & GOULD P.C.
    3200 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402

                      Edmond D. Johnson (#2257)

627743v1