## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 18th day of August, 2006, I caused a copy of the foregoing *Plaintiff Textron Innovations Inc.'s Responsive Brief in Support of Its Proposed Claim Construction* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

      Richard L. Horwitz, Esquire
      David E. Moore, Esquire
      POTTER ANDERSON & CORROON LLP
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware 19899-0951

Via first class mail upon:

      Earl D. Reiland, Esquire
      Thomas R. Johnson, Esquire
      Thomas J. Leach, Esquire
      MERCHANT & GOULD P.C.
      3200 IDS Center
      80 South 8th Street
      Minneapolis, MN 55402

Edmond D. Johnson (#2257)

627743v1