IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC., | ) | |
| | ) | |
| | ) | C. A. No. 05-486 (GMS) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE TORO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF VIDEOTAPED DEPOSITION OF DAVID R. PRICE

To:   Textron Innovations Inc. and its attorneys:

     Christopher C. Campbell
     Hunton & Williams LLP
     1751 Pinnacle Drive, Suite 1700
     McLean, VA 22102

     Edmond D. Johnson
     The Bayard Firm
     222 Delaware Ave.
     Suite 900
     Wilmington, DE 19801

     PLEASE TAKE NOTICE that Defendant, The Toro Company, will take the deposition by oral examination of David R. Price commencing on **August 31, 2006**, beginning at **9:00 a.m.** at the offices of Michael Best & Friedrich, LLP, 100 East Wisconsin Avenue, Suite 300, Milwaukee, Wisconsin or at some other place mutually agreed upon by counsel.

     Said deposition will be taken by stenographic and videographic means before a notary

public and will continue from day to day as necessary until completed.

Dated: 8-23-06    By: _____
Earl D. Reiland
Anthony R. Zeuli
Thomas J. Leach
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

_____
Richard L. Horwitz
David E. Moore
Hercules Plaza
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
(302) 984-6027
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*ATTORNEYS FOR DEFENDANT
THE TORO COMPANY*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 23, 2006, the attached document was electronically mailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
tjohnson@bayardfirm.com
pladig@bayardfirm.com
KWright@bayardfirm.com

I hereby certify that on August 23, 2006, I have Electronically Mailed and Federal Expressed the documents to the following:

| | |
|---|---|
| Christopher C. Campbell<br>Hunton & Williams LLP<br>1900 K Street, N.W.<br>Washington, DC 20006-1109<br>srobertson@hunton.com<br>ccampbell@hunton.com<br>mlouey@hunton.com<br>lmarlatt@hunton.com<br>fmckeon@hunton.com<br>dmckim@hunton.com | Michael P. F. Phelps<br>David Young<br>Hunton & Williams LLP<br>1751 Pinnacle Drive, Suite 1700<br>McLean, Virginia 22102<br>mpphelps@hunton.com<br>dyoung@hunton.com |

By: /s/ *David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

695031