IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TEXTRON INNOVATIONS INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-486 (GMS) |
| | ) | |
| **THE TORO COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF TEXTRON INNOVATIONS INC.'S NOTICE OF DEPOSITION OF DEFENDANT THE TORO COMPANY PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Please take notice that, beginning at 9:30 a.m., on September 13, 2006 at the offices of Hunton & Williams LLP at 1751 Pinnacle Drive, Suite 1700, McLean, VA 22102, and continuing day to day thereafter, the plaintiff in this action, Textron Innovations Inc. ("TII"), by its counsel, will take the oral deposition of defendant The Toro Company ("Toro") by stenographic and videotape means, pursuant to Rule 30(b)(6) and other applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Virginia, or before some other officer authorized by law to administer oaths.

Pursuant to Rule 30(b)(6), Toro is directed to designate one or more officers, directors, managing agents, or other persons who consent to testify upon its behalf and who have knowledge of and are adequately prepared to testify concerning the topics listed in the attached schedule designated as Exhibit A to this notice.

You are invited to attend and cross-examine.

Respectfully submitted,

Dated: September 1, 2006          By: _____
Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
Katharine V. Jackson (#4800)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

**ATTORNEYS FOR PLAINTIFF TEXTRON INNOVATIONS INC.**