IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| Plaintiff, | ) |
| v. | ) C. A. No. 05-486 (GMS) |
| THE TORO COMPANY, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the following document:

**PLAINTIFF TEXTRON INNOVATIONS INC.'S RENOTICE OF DEPOSITION OF DEFENDANT THE TORO COMPANY PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

has been served on the following individuals via electronic mail this 8th day of September, 2006:

| | |
|---|---|
| Nicole Benham | nbenham@merchantgould.com |
| Carol Firner | cfirner@merchantgould.com |
| Kaye Holst | kholst@merchantgould.com |
| Richard Horwitz | rhorwitz@potterandderson.com |
| Thomas Leach | tleach@merchantgould.com |
| Nancy McMenamin | nmcmenamin@potteranderson.com |
| David Moore | dmoore@potteranderson.com |
| Earl Reiland | ereiland@merchantgould.com |
| Abigail Ries | aries@merchantgould.com |
| Nicole Tarantino | ntarantino@potteranderson.com |
| Anthony Zeuli | tzeuli@merchantgould.com |

Date: September 8, 2006

Katharine V. Jackson (#4800)