## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 28th day of September, 2006, I electronically filed the foregoing **NOTICE OF VIDEOTAPED DEPOSITION OF CHAD MOE** with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951

Via facsimile and first class mail upon:

Anthony R. Zeuli, Esquire
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Edmond D. Johnson (#2257)

614600v1