IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-486 (GMS) |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| THE TORO COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VIDEOTAPED DEPOSITION OF DON LACKNER

To:   The Toro Company and its attorneys:

    Anthony R. Zeuli, Esquire
    MERCHANT & GOULD P.C.
    3200 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402

    Richard L. Horwitz, Esquire
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951

PLEASE TAKE NOTICE that Plaintiff, Textron Innovations Inc., will take the deposition by oral examination of Kevin Conry commencing on **October 13, 2006**, beginning at **9:00 a.m.** at the offices of Frederikson & Bryon, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, Minnesota or at some other place mutually agreed upon by counsel.

Said deposition will be taken by stenographic and videographic means before a notary public and will continued from day to day as necessary until completed.

614600v1

This Notice serves as formal notice of the deposition informally noticed on September 27, 2006.

Dated: September 28, 2006                THE BAYARD FIRM

                                         _____
                                         Edmond D. Johnson (#2257)
                                         Peter B. Ladig (#3513)
                                         Katharine V. Jackson (#4800)
                                         222 Delaware Avenue, Suite 900
                                         Wilmington, DE 19801
                                         Telephone: (302) 655-5000
                                         Facsimile:  (302) 658-6395

                                         Attorneys for Plaintiff
                                         TEXTRON INNOVATIONS INC.

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile:  (202) 778-2201

614600v1