IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-486 (GMS) |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| THE TORO COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VIDEOTAPED DEPOSITION OF TOM LANGWORTHY

To:   The Toro Company and its attorneys:

　　　Anthony R. Zeuli, Esquire
　　　MERCHANT & GOULD P.C.
　　　3200 IDS Center
　　　80 South 8th Street
　　　Minneapolis, MN 55402

　　　Richard L. Horwitz, Esquire
　　　POTTER ANDERSON & CORROON LLP
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, Delaware 19899-0951

PLEASE TAKE NOTICE that Plaintiff, Textron Innovations Inc., will take the deposition by oral examination of Kevin Conry commencing on **October 12, 2006**, beginning at **9:00 a.m.** at the offices of Frederikson & Bryon, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, Minnesota or at some other place mutually agreed upon by counsel.

Said deposition will be taken by stenographic and videographic means before a notary public and will continued from day to day as necessary until completed.

614600v1

This Notice serves as formal notice of the deposition informally noticed on September 27, 2006.

Dated: September 28, 2006

THE BAYARD FIRM

_____
Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
Katharine V. Jackson (#4800)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile:   (302) 658-6395

Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile:   (202) 778-2201

614600v1