IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-486 (GMS) |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| THE TORO COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 4, 2006, the undersigned caused copies of Plaintiff Textron Innovations Inc.'s Objections to Defendant's Amended Notice of Rule 30(b)(6) Deposition to be served via e-mail on the counsel listed below:

Anthony R. Zeuli
Carol Firner
Earl Reiland
Kaye Holst
Nicole Benham
Thomas Leach
Abigail Reis
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000

THE BAYARD FIRM

By: _____
Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
Katharine V. Jackson (#4800)
222 Delaware Avenue, Suite 900
P.O. Box
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

637673v1

OF COUNSEL:

        Scott L. Robertson
        Christopher C. Campbell
        **HUNTON & WILLIAMS LLP**
        1900 K Street, N.W.
        Washington, D.C. 20006-1109
        Telephone:  (202) 955-1500
        Facsimile:   (202) 778-2201

        Attorneys for Plaintiff
        TEXTRON INNOVATIONS INC.

Dated: October 6, 2006