IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-486 (GMS) |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| THE TORO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VIDEOTAPED DEPOSITION OF TIM KOCH

To:   The Toro Company and its attorneys:

    Anthony R. Zeuli, Esquire
    MERCHANT & GOULD P.C.
    3200 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402

    Richard L. Horwitz, Esquire
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951

PLEASE TAKE NOTICE that Plaintiff, Textron Innovations Inc., will take the deposition by oral examination of Tim Koch commencing on **October 18, 2006**, beginning at **1:00 p.m.** at the offices of Frederikson & Bryon, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, Minnesota or at some other place mutually agreed upon by counsel.

Said deposition will be taken by stenographic and videographic means before a notary public and will continued from day to day as necessary until completed.

638446v1

      This Notice serves as formal notice of the deposition informally noticed on October 5, 2006.

Dated: October 6, 2006                                 THE BAYARD FIRM

                                                            /s/ Edmond D. Johnson

                                                            Edmond D. Johnson (#2257)
                                                            Peter B. Ladig (#3513)
                                                            Katharine V. Jackson (#4800)
                                                            222 Delaware Avenue, Suite 900
                                                            Wilmington, DE 19801
                                                            Telephone:  (302) 655-5000
                                                            Facsimile:   (302) 658-6395

                                                            Attorneys for Plaintiff
                                                            TEXTRON INNOVATIONS INC.

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone:  (202) 955-1500
Facsimile:   (202) 778-2201

638446v1

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 6th day of October, 2006, I electronically filed the foregoing **NOTICE OF VIDEOTAPED DEPOSITION OF TIM KOCH** with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951

Via facsimile and first class mail upon:

Anthony R. Zeuli, Esquire
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Edmond D. Johnson (#2257)

638446v1