IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> THE TORO COMPANY, ) <br> ) <br> Defendant. ) | C. A. No. 05-486 (GMS) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF VIDEOTAPED DEPOSITION OF RICK RODIER

To:    The Toro Company and its attorneys:

    Anthony R. Zeuli, Esquire
    MERCHANT & GOULD P.C.
    3200 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402

    Richard L. Horwitz, Esquire
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951

PLEASE TAKE NOTICE that Plaintiff, Textron Innovations Inc., will take the deposition by oral examination of Rick Rodier commencing on **October 18, 2006**, beginning at **9:00 a.m.** at the offices of Frederikson & Bryon, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, Minnesota or at some other place mutually agreed upon by counsel.

Said deposition will be taken by stenographic and videographic means before a notary public and will continued from day to day as necessary until completed.

638449v1

This Notice serves as formal notice of the deposition informally noticed on October 5, 2006.

Dated: October 6, 2006                THE BAYARD FIRM

*[signature]*

Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
Katharine V. Jackson (#4800)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile:  (302) 658-6395

Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile:  (202) 778-2201

638449v1

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 6th day of October, 2006, I electronically filed the foregoing **NOTICE OF VIDEOTAPED DEPOSITION OF RICK RODIER** with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

    Richard L. Horwitz, Esquire
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951

Via facsimile and first class mail upon:

    Anthony R. Zeuli, Esquire
    MERCHANT & GOULD P.C.
    3200 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402

                                                   Edmond D. Johnson (#2257)