## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 12th day of October 2006, I caused a copy of the foregoing *Plaintiff Textron Innovations Inc.'s Brief In Opposition To Defendant's Untimely Third Motion For Leave To Amend Answer and Counterclaims* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6[th] Floor
> 1313 N. Market Street
> Wilmington, Delaware 19899-0951

Via first class mail upon:

> Earl D. Reiland, Esquire
> Thomas R. Johnson, Esquire
> Thomas J. Leach, Esquire
> MERCHANT & GOULD P.C.
> 3200 IDS Center
> 80 South 8[th] Street
> Minneapolis, MN 55402

/s/ Edmond D. Johnson
Edmond D. Johnson (#2257)