IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-486 (GMS) |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| THE TORO COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE OF SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure defendant has served or will serve a subpoena duces teum on Jerry Pate Turf & Irrigation, Inc., 4250 Boulder Ridge Drive SW, Atlanta, GA, 30336-2690. The subpoena and accompanying schedule of document requests are attached hereto at Exhibit A and were served on October 20, 2006, upon the following counsel of record at the following addresses in the manner indicated:

VIA ELECTRONIC MAIL

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
rhorwitz@potteranderson,.com

Anthony Zeuli, Esq.
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
tzeuli@merchantgould.com

614600v1

      This Notice serves as formal notice of the deposition informally noticed on October 20, 2006.

Dated: October 23, 2006           THE BAYARD FIRM

                                               Edmond D. Johnson (#2257)
                                               Peter B. Ladig (#3513)
                                               Katharine V. Jackson (#4800)
                                               222 Delaware Avenue, Suite 900
                                               Wilmington, DE 19801
                                               Telephone: (302) 655-5000
                                               Facsimile:  (302) 658-6395

                                               Attorneys for Plaintiff
                                             TEXTRON INNOVATIONS INC.

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile:  (202) 778-2201

614600v1