## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 23rd day of October, 2006, I electronically filed the foregoing *NOTICE OF SERVICE OF SUBPOENA DUCES TECUM* with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19899-0951

Via first class mail upon:

> Anthony R. Zeuli, Esquire
> MERCHANT & GOULD P.C.
> 3200 IDS Center
> 80 South 8th Street
> Minneapolis, MN 55402

/s/ Edmond D. Johnson
Edmond D. Johnson (#2257)