IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> THE TORO COMPANY, ) <br> ) <br> Defendant. ) | C. A. No. 05-486 (GMS) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 23, 2006, the undersigned caused copies of Plaintiff Textron Innovations Inc.'s Objections and Responses to Defendant The Toro Company's Second Set of Requests for Production of Documents and Things to be served via e-mail on the counsel listed below:

| | |
|---|---|
| Anthony R. Zeuli <br> Carol Firner <br> Earl Reiland <br> Kaye Holst <br> Nicole Benham <br> Thomas Leach <br> Abigail Reis <br> MERCHANT & GOULD, P.C. <br> 3200 IDS Center <br> 80 South 8th Street <br> Minneapolis, MN 55402 <br> (612) 332-5300 | Richard L. Horwitz <br> David E. Moore <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, Delaware 19899-0951 <br> (302) 984-6000 |

THE BAYARD FIRM

By: _____
Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
Katharine V. Jackson (#4800)
222 Delaware Avenue, Suite 900
P.O. Box
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

637673v1

OF COUNSEL:

        Scott L. Robertson
        Christopher C. Campbell
        **HUNTON & WILLIAMS LLP**
        1900 K Street, N.W.
        Washington, D.C. 20006-1109
        Telephone: (202) 955-1500
        Facsimile:  (202) 778-2201

        Attorneys for Plaintiff
        TEXTRON INNOVATIONS INC.

Dated: October 24, 2006