IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-486 (GMS) |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| THE TORO COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE OF SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure defendant has served or will serve a subpoena duces teum on World Headquarters LESCO, Inc., ATTN: Kathleen Minahan, Esq., 1301 East 9th Street, Suite 1300, Cleveland, OH, 44144-1849. The subpoena and accompanying schedule of document requests are attached hereto and were served on October 23, 2006, upon the following counsel of record at the following addresses in the manner indicated:

### VIA ELECTRONIC MAIL

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza , 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
rhorwitz@potteranderson,.com

Anthony Zeuli, Esq.
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
tzeuli@merchantgould.com

614600v1

Dated: October 24, 2006					THE BAYARD FIRM

							/s/ Edmond D. Johnson
							_____
							Edmond D. Johnson (#2257)
							Peter B. Ladig (#3513)
							Katharine V. Jackson (#4800)
							222 Delaware Avenue, Suite 900
							Wilmington, DE 19801
							Telephone: (302) 655-5000
							Facsimile:  (302) 658-6395

							Attorneys for Plaintiff
							TEXTRON INNOVATIONS INC.

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile:  (202) 778-2201

614600v1