concert or active participation with, or on their behalf, or within their control, from making, using, selling, offering for sale, importing or distributing any infringing lawn mowers and from infringing, contributing to the infringement of, and inducing infringement of United States Patent Nos. 6,047,530, 6,336,311, and 6,336,312, and for all further and proper injunctive relief;

     E.    That the Court order an accounting to determine the damages to be awarded to Plaintiff as a result of Defendant's infringement;

     F.    That the Court, pursuant to 35 U.S.C. § 284, enter an award to Plaintiff of such damages as it shall prove at trial against Defendant that are adequate to compensate Plaintiff for said infringement, said damages to be no less than a reasonable royalty together with interest and costs;

     G.    That the Court assess pre-judgment and post-judgment interest and costs against Defendant, together with an award of such interest and costs, in accordance with 35 U.S.C. § 284;

     H.    That the Court award Plaintiff treble damages pursuant to 35 U.S.C. §284;

     I.    That the Court declare this case to be exceptional and direct Defendant to pay Plaintiff's attorneys' fees incurred in connection with this lawsuit pursuant to 35 U.S.C. § 285 or other applicable law; and

     J.    That the Court grant to Plaintiff such other, further, and different relief as may be just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands a trial by jury of all matters to which it is entitled to

trial by jury pursuant to FED. R. CIV. P. 38.

THE BAYARD FIRM

Dated: July 12, 2005

Edmond D. Johnson (No. 2257)
Peter B. Ladig (No. 3513)
222 Delaware Ave.
Suite 900
Wilmington, DE 19801
ejohnson@bayardfirm.com
pladig@bayardfirm.com
(302) 655-5000
*Attorneys for Plaintiff*
*Textron Innovations Inc.*

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006-1109
Telephone: (202) 955-1500

593689v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TEXTRON INNOVATIONS INC.,           )
                                    )
              Plaintiff,            )
                                    )
       v.                           )      C. A. No. 05-486 (GMS)
                                    )
                                    )
                                    )
THE TORO COMPANY,                   )
                                    )
              Defendant.            )

## DECLARATION OF FRED EBERLEIN

I, Fred Eberlein, based on personal knowledge, hereby declare as follows:

1.      My name is Fred Eberlein. I live at 920 Dogwood Circle, Macon, GA 31210. I am 46 years old. I have not been paid or received any compensation for my testimony below.

2.      I am currently employed by Jerry Pate Turf & Irrigation, Inc. I sell turf and irrigation products and services to golf courses and the like. I am not employed by The Toro Company or any of its subsidiaries.

3.      I was employed by Lesco Co., a competitor of Toro, from 1985 to 1993. I held a number of sales positions while at Lesco and worked on new product development while at Lesco. During my time at Lesco, it had about 750 employees. The equipment manufacturing group that was working on new product development was located in Sebring, Florida. I was also located in Sebring while employed by Lesco.

4.      In 1987, Lesco was making and selling a product called the Lesco 500. It was a reel mower having two reels in front of the mower's front tires, with a third reel immediately behind the front tires and aligned with the gap between the two front reels so that a contiguous

1

cutting swath was cut by the combination of the three reels. We called the third reel the "center cutting" unit. The Lesco 500 also had two outrigger reels on the left and right side of the mower that were rearward of the belly mounted reel but forward of the rear wheel of the mower and outward of the two front reels. The result was approximately a 100 inch contiguous cutting swath cut by the combination of the five reels. This configuration of cutters is called a 5-plex because it has five reel mowers on one tractor or moveable unit   Attached as Exhibit A is a true and correct copy of the manual for the Lesco 500 reel unit.

5.    In 1987, Lesco began designing a 5-plex rotary mower that eventually was called the Lesco 500 Rotary. Lesco designers began with the Lesco 500 reel mower shown in the manual attached as Exhibit A and described above. Lesco replaced each of the five reels with individual rotary cutting decks positioned where the reels had been positioned. A rotary cutting deck, in contrast to a reel, has a spindle or shaft that rotates and has one or more turf cutting blades attached to the spindle or shaft. In the Lesco 500 Rotary, each of the decks had one spindle with an associated rotary blade.

6.    In late 1987 and early 1988, the Lesco 500 Rotary was used to cut turf on at least three golf courses in Florida - Spring Lake, Sebring, and Prairie Oaks. I operated the mower at Prairie Oaks. The mower was in public view in transporting it to or from the golf courses and in its use on each golf course. No confidentiality agreement or other promise of secrecy was entered into with any of the three courses. Each of these uses occurred before Lesco took the 500 Rotary to the Golf Course Superintendents Association of America ("GCSAA") tradeshow in February 1988 in Houston, Texas.

7.    Lesco showed the 500 Rotary mower at the 1988 GCSAA show in Houston, Texas. The tradeshow occurred in February 1988. I vividly remember both that show and the 500 Rotary being at the show because I personally loaded the 500 Rotary mower on a truck and

2

drove the truck to and from the show and unloaded the truck, by hand. I also did the specifications for the stage on which the unit sat and purchased the carpet and even stapled it to the stage.. While at the show, my wife called to tell me that we were going to have a baby. Our son's birthday is 9/30/1988.

8.      Lesco had a booth at the 1988 GCSAA show. The 500 Rotary was placed on a stage in the middle of our booth because it was our latest and most exciting product. One of the rotary decks was taken off one of the outriggers and a reel mower was reinstalled to demonstrate the exchangeability of the product between reel and rotary cutters. The other four decks were rotary decks, as described above.

9.      The 500 Rotary drew a lot of attention at the 1988 GCSAA show. Many people came through the booth, looked at the 500 Rotary and asked lots of questions. The 500 Rotary was displayed throughout the entire show, which lasted for several days.

10.     The 500 Rotary was also shown at the Florida Turf Grass Association annual show in Tampa, Florida, in late 1988. I attended that show as did several other Lesco employees and many non-Lesco employees, including distributors, golf course superintendents, and other potential customers.

11.     The Lesco 500 Rotary included a frame having two front wheels and one rear wheel, an engine mounted on the frame which drove all three of the wheels, a seat mounted on the frame, and a steering system that enabled the operator to steer the mower. All of these features are shown in the manual at Exhibit A. The features were not changed on the 500 Rotary.

12.     The 500 Rotary included two side-by-side front rotary cutting decks mounted on the frame in front of the front wheels. The front decks had a gap between them. Photographs of

3

the 500 Rotary shown at the 1988 GCSAA show are attached at Exhibit B and show this feature. When operating, the front decks cut two side-by-side swaths or paths in the turf.

13.     The 500 Rotary included one rear rotary cutting deck, called the "center cutting" unit, that was mounted on the frame behind the front decks and between the front and rear wheels. The center cutting deck was aligned with the gap between the front decks so that when in operation it cut the turf uncut in the area between to two front decks. The photographs at Exhibit B also show the center cutting deck.

14.     Each of the rotary cutting decks on the Lesco 500 Rotary were single-spindle cutting decks having a downwardly opening space and a single spindle, or shaft, mounted for rotation about a generally vertical axis within the space. A hydraulic motor was mounted on the decks and was connected to the spindle or shaft. The spindle or shaft had one cutting tool, a cutting blade, mounted on the spindle for rotation. Photos at Exhibit B also show these features.

15.     I vividly recall that the rotary cutting decks included a full-width, green, rear roller that was attached at the rear of the cutting decks. The rear roller is not visible from the photographs at Exhibit B, however I distinctly recall showing the full width rollers at the 1988 and 1989 Florida Turf Grass Association shows.

16.     Each of the rotary cutting decks was mounted to the frame by a lifting arm that allowed the decks to be lifted relative to the frame. This is shown by the photographs in Exhibit B.

17.     The bogey wheels were approximately 2 inches in width. The bogey wheels are seen in Exhibit B. Looking from front to back of the decks, the front bogey wheels were inside of the outer ends of the rear roller.

4

I declare under penalty of perjury that the foregoing is true and correct.

_3/14/06_
Date

Fred Eberlein

# The LESCO 500D Fairway Mower

## Exploded View Drawings and Parts Lists

**(For 500D Fairway Mowers manufactured after 10-3-90, Serial No. 5DC1267 and above.)**



With oil cooler

**MOWER:** Model No. _____ Serial No. _____

**ENGINE:** Model No. _____ Specification No. _____

**ENGINE:** Serial No. _____



© 1989, LESCO, Inc.



EXHIBIT

A

Heavy Duty Cutting Unit — IllustraTion LESCO No. 074783 (without front roller)



1

# Heavy Duty Cutting Unit — Parts List   LESCO No. 074783 (without front roller)

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 025210 | Grass Shield | 2 |
| 2 | 012162 | Machine Screw, 8-32 x 3/4 Rd. Hd. | 2 |
| 3 | 012164 | Hex Nut, 8-32 Nylock | 2 |
| 6 | 008462 | Rear Roller Tube with End Plugs | 1 |
| 7 | 008474 | Roller Bearing—Rear Roller | 2 |
| 8 | 008475 | Seal—Rear Roller | 2 |
| 9 | 060078 | Grease Fitting, 1/4-28 Straight | 7 |
| 10 | 012464 | Rear Roller Mounting Bolt | 2 |
| 11 | 004402 | Roll Pin, 1/8 x 3/4 | 2 |
| 12 | 008464 | Rear Roller Shaft with Roll Pins | 1 |
| 13 | 012135 | Bedknife Backing Bar | 1 |
| 14 | 012193 | Cap Screw, 7/16-20 x 1 Hex Hd. | 2 |
| 15 | 003141 | Bedknife, Heavy Duty | 1 |
| 16 | 003094 | Bedknife Screw | 13 |
| 17 | 025258 | Cutting Height Adjustment Bar | 1 |
| 18 | 012578 | Machine Screw, 1/4-20 x 2 Rd. Hd. | 3 |
| 19 | 012186 | Hex Nut, 1/4-20 | 3 |
| 20 | 014351 | Hex Nut, 5/8-18 Nylock | 2 |
| 21 | 087281 | Bearing Load Spring | 2 |
| 22 | 014040 | Bushing, 1 x 1-1/4 x 1-1/4 | 2 |
| 23 | 047064 | Pivot Harness, Rear | 1 |
| 24 | 048387 | Pivot Neck Assembly, Articulated | 1 |
| 26 | 012173 | Hex Nut, 3/8-16 Nylock | 1 |
| 27 | 012505 | Hairpin Cotter, 1 | 2 |
| 28 | 010869 | Flat Washer, 1 | 1 |
| 29 | 025521 | Pivot Neck Assembly, Lift Arm | 1 |
| 30 | 025548 | Pivot Harness | 1 |
| 31 | 034190 | Hex Nut, 1-14, Nylock (thin) | 1 |
| 32 | 012171 | Cap Screw, 3/8-16 x 1 Hex Hd. | 2 |
| 33 | 011450 | Shoulder Bolt, 1/2 Dia. x 1/2 Long | 1 |
| 34 | 025380 | Grass Basket Support Bracket—R.H. | 1 |
|  | 025351 | Grass Basket Support Bracket—L.H. (not shown) | 1 |
| 35 | 012182 | Cap Screw, 5/16-18 x 2-1/4 Hex Hd. | 2 |
| 36 | 012164 | Cap Screw, 3/8-24 x 1/2 Hex Hd. | 1 |
| 37 | 012168 | Lock Washer, 5/16 | 6 |
| 38 | 008477 | Seal, Counterweight | 1 |
| 39 | 012146 | Counterweight | 1 |
| 40 | 011266 | Oil Seal | 1 |
| 41 | 059676 | Front Roller Tube | 1 |
| 42 | 010710 | Roller Bearing, Cup and Cone | 4 |
| 43 | 008476 | Seal | 2 |
| 44 | 025011 | Gasket | 2 |
| 45 | 012131 | Cap Screw, 5/16-18 x 1/2 Button Socket Hd. | 6 |
| 46 | 012138 | Reel Shaft Bearing Housing — L.H. | 1 |
| 47 | 025550 | Reel Shaft Bearing Housing — R.H. | 1 |
| 48 | 012165 | Hex Nut, 5/16-18 Nylock | 2 |
| 50 | 012213 | Roller Adjustment Rod | 2 |
| 51 | 012166 | Hex Nut, 5/16-18 | 2 |
| 52 | 012238 | Grease Fitting, 1/8 NPT Straight | 2 |
| 53 | 012145 | Front Roller Adjusting Knob | 2 |
| 54 | 011444 | Cap Screw, 3/8-16 x 1-1/4 Hex Hd. | 4 |
| 55 | 025338 | Cutting Unit Frame | 1 |
| 56 | 012170 | Carriage Bolt, 5/16-18 x 1-3/4 | 1 |
| 57 | 021414 | Front Roller Bracket — L.H. | 1 |
|  | 021429 | Front Roller Bracket — R.H. (not shown) | 1 |
| 58 | 011448 | Set Screw, 1/4-20 x 3/4 Sq. Hd. | 2 |
| 59 | 011896 | Retaining Ring — 3/4" Shaft. | 1 |
| 60 | 097145 | Reel Motor Spacer | 1 |
| 61 | 012440 | Cap Screw, 5/16-18 x 1 Washer Hd. | 2 |
| 62 | 012177 | Cap Screw, 5/16-18 x 3/4 Socket Hd. | 1 |
| 63 | 025121 | Reel Motor Adapter | 1 |
| 64 | 012069 | Reel Motor Coupling | 1 |
| 65 | 012169 | Flat Washer, 5/16 | 4 |
| 66 | 012178 | Cap Screw, 5/16-18 x 3/4 Hex Hd. | 1 |
| 67 | 012040 | Reel Motor | 1 |
| 68 | 022324 | Lower Spring Bracket, Right Rear Cutting Unit | 1 |
|  | 025523 | Lower Spring Bracket, Left Rear Cutting Unit (not shown) | 1 |
| 69 | 020818 | Spring, Counterbalance | 1 |
| 70 | 070546 | Front Roller Shaft | 1 |
| 71 | 025016 | Roller Wiper Assembly | 1 |
| 72 | 082535 | Grooved Roller Assembly 3" Dia. Complete (optional) | 1 |
| 73 | 048597 | Front Roller Assembly 3-1/2" Dia. Complete | 1 |
| 74 | 008406 | Rear Roller Assembly 2" Dia. Complete | 1 |
| 75 | 016594 | Reel — B-Blade, Heavy Duty | 1 |
| 76 | 025491 | Grass Catcher | 1 |
| 77 | 010328 | Hex Nut, 3/4-16 Jam | 2 |
| 78 | 005288 | Outer Seal | 2 |
| 79 | 006625 | Sleeve | 2 |
| 80 | 005555 | Inner Seal | 2 |
| 81 | 006586 | End Plug, Roller | 2 |
| 82 | 008928 | Hex Nut, 3/4-16 Nylock | 2 |
| 83 | 042653 | Bushing, 1 t 1-1/4 x 7/8 | 2 |
| DECAL | 013266 | "Warning-Reel" | 1 |

2



# Front Half Traction Unit — Parts List

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 021417 | Main Frame Assembly | 1 |
| 2 | 019934 | Key Switch (includes Nut and Washer) | 1 |
| 3 | 012030 | Rubber Pad | 3 |
| 4 | 012171 | Cap Screw, 3/8-16 x 1 Hex Hd. | 5 |
| 5 | 012157 | Lock Washer, 3/8 | 5 |
| 6 | 012116 | Mow/Lift Rod End Bearing, 3/8-24 NF | 2 |
| 7 | 012134 | Cap Screw, 1/4-20 x 3/4 Hex Hd. | 12 |
| 8 | 012173 | Hex Nut, 3/8-16 Nylock | 5 |
| 9 | 025079 | Mow/Lift Pedal Holder—L.H. | 1 |
| 10 | 060078 | Grease Fitting, 1/4-28, Straight | 1 |
| 11 | 012403 | Bushing, 1/2 x 5/8 x 3/4 | 2 |
| 12 | 025275 | Mow/Lift Pedal Holder—R.H. | 1 |
| 13 | 012415 | Shoulder Bolt, 1/2 Dia. x 2-1/2 Long | 2 |
| 14 | 025223 | Mow/Lift Pedal Assembly | 1 |
| 15 | 012156 | Hex Nut, 3/8-24 NF | 2 |
| 16 | 011456 | Mow/Lift Push Rod | 1 |
| 17 | 012570 | Cap Screw, 3/8-16 x 2-1/2 Hex Hd. | 4 |
| 18 | 025298 | Front Stabilizer Spacer | 1 |
| 19 | 065799 | Posi-Traction Switch, Floorboard | 1 |
| 20 | 012110 | Dash Board | 1 |
| 21 | 012013 | Warning Light | 1 |
| 22 | 013058 | Temperature Gauge | 1 |
| 23 | 013557 | Hour Meter | 1 |
| 24 | 012045 | Hex Nut, 3/4-16 NF | 2 |
| 25 | 050150 | Steering Column, 3" | 1 |
| 26 | 013209 | Power Steering Unit | 1 |
| 27 | 012535 | Roll Pin, 3/16 x 1-1/4 | 1 |
| 28 | 025237 | Mow/Lift Linkage Arm | 2 |
| 29 | 010869 | Brake Shaft Support Bracket—L.H. | 1 |
| 30 | 012212 | Flat Washer, 1" I.D. x 2" O.D. | 2 |
| 31 | 012609 | Roll Pin, 3/16 x 1-1/2 | 2 |
| 32 | 012562 | Clevis Pin, 1/4 x 3/4 | 1 |
| 33 | 012154 | Cotter Pin, 3/32 x 1/2 | 1 |
| 34 | 025217 | Flat Washer, 1/4 | 10 |
| 35 | 012540 | Brake Shaft Assembly | 1 |
| 36 | 025283 | Speed Control Actuator | 1 |
| 37 | 012560 | Spacer, 1 x 1-1/2 x 3/8 | 2 |
| 38 | 025185 | Shoulder Bolt, 3/8 Dia. x 1/2 Long | 1 |
| 39 | 012165 | Speed Control Actuator Roller | 1 |
| 40 | 025232 | Hex Nut, 5/16-18 Nylock | 16 |
| 41 | 012208 | Brake Pedal | 1 |
| 42 | 081665 | Roll Pin, 3/16 x 1 | 1 |
| 43 | 012152 | Stop, Buffer Cylinder | 1 |
| 44 | 012283 | Hex Nut, 1/4-28 Nylock | 16 |
| 45 | 012169 | Latch, Parking Brake | 1 |
| 46 | 025195 | Cap Screw, 1/4-20 x 1-3/4 Hex Hd. | 5 |
| 47 | 011454 | Mow/Lift Shaft Bracket | 2 |
| 48 | 012158 | Mow/Lift Connector | 1 |
| 49 | 025204 | Flat Washer, 3/8 | 3 |
| 50 | 025218 | Cotter Pin, 3/32 x 3/4 | 1 |

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 59 | 012209 | Roll Pin, 3/16 x 1-1/4 | 2 |
| 60 | 060017 | Spacer Washer, 3/4 I.D. | 2 |
| 61 | 011445 | Cap Screw, 3/8-16 x 1-1/2 Button Hd. | 2 |
| 62 | 025067 | Speed Control Spring Retainer | 1 |
| 63 | 012126 | Speed Control Spring | 1 |
| 64 | 012041 | Speed Control Valve | 1 |
| 65 | 012168 | Lock Washer, 5/16 | 4 |
| 66 | 012160 | Cap Screw, 5/16-18 x 1 Hex Hd. | 4 |
| 67 | 012179 | Cap Screw, 5/16-18 x 3/4 Hex Hd. | 4 |
| 68 | 012169 | Flat Washer, 5/16 | 2 |
| 69 | 025238 | Brake Shaft Support Bracket—R.H. | 1 |
| 70 | 025153 | Brake Linkage Arm | 1 |
| 71 | 012214 | Brake Clevis, 5/16-24 | 1 |
| 72 | 012167 | Hex Nut, 5/16-24 NF | 1 |
| 73 | 025182 | Brake Rod | 1 |
| 74 | 012191 | Clevis Pin, 5/16 x 15/16 | 1 |
| 75 | 012583 | Cotter Pin, 3/32 x 5/8 | 1 |
| 76 | 080603 | Adjust. End—R.H. Front Stabilizer | 1 |
| 77 | 053339 | Adjust. End—L.H. Front Stabilizer (not shown) | 2 |
|  | 025511 | Arm, R.H. Front Stabilizer | 1 |
| 78 | 025501 | Arm, L.H. Front Stabilizer (not shown) | 1 |
| 79 | 012918 | Carriage Bolt, 5/16-18 x 1-1/4 | 2 |
| 80 | 028940 | Cap Screw, 1/4-20 x 2-3/4 Hex Hd. | 2 |
| 81 | 012132 | Lock Washer, 1/4 | 2 |
| 82 | 025308 | Bracket, Reel Flow Divider | 1 |
| 83 | 025470 | Flow Divider Spacer (Used if bolts on Ref. 83 protrude.) | 2 |
| 84 | 060946 | Flow Divider, Reel | 1 |
| 85 | 025309 | Tab, Reel Flow Divider Bracket | 1 |
| 86 | 012185 | Hex Nut, 1/2-20 Jam | 1 |
| 87 | 081663 | Buffer Cylinder Mount | 1 |
| 88 | 030967 | Buffer Cylinder | 1 |
| 89 | 013081 | Clamp, Rubber coated, 1/2" | 1 |
| 90 | 025885 | Line Bracket | 1 |
| 91 | 012031 | Parking Brake Assembly | 1 |
| 92 | 012397 | Speed Control Pedal | 2 |
| 93 | 012014 | Cap Screw, 5/16-18 x 2 Hex Hd. | 1 |
| 94 | 025573 | Skid Proof Fender Surface | 1 |
|  | 025574 | Right Fender | 1 |
|  | 025570 | Left Fender (not shown) | 1 |
| 95 | 012187 | Wheel Rim | 12 |
| 96 | 017729 | Lug Nut, 1/2-20 | 12 |
| 97 | 025278 | Tire, 20 x 10.00-8, 4-Ply Pneumatic, Tubeless, Traction | 4 |
| 98 | 025277 | Steel Pivot Rod | 1 |
| 99 | 012242 | Seat Mounting Frame | 1 |
| 100 | 011463 | Seat Safety Switch | 1 |
| 101 | 011482 | Lock Washer, #8 | 2 |
| 102 | 013114 | Machine Screw, 8-32 x 1/2 Rd. Hd. | 4 |
| 103 | 012011 | Cap Screw, 5/16-18 x 1 Sq. Hd. | 1 |
| 104 | 025279 | Seat | 1 |
| 105 | 060807 | Shroud, Left Side | 1 |
| 106 | 011447 | Clamp, Rubber Coated, 3/8" | 2 |
| 107 | 025360 | Cap Screw, 1/4-20 x 1 Hex Hd. | 1 |
| 108 | 012164 | Throttle Mounting Panel Assembly | 1 |
| 109 | 012149 | Hex Nut, 6-32 Nylock | 2 |
| 110 | 011818 | Engine Throttle Control (includes Ref. 111) | 1 |
| 111 | 012195 | Knob, Engine Throttle | 1 |
| 112 | 024014 | Screw, 10-16 x 1/2 Self-Tapping | 3 |
| 113 | 014509 | Upper Console, Tilt Steering | 1 |
| 114 |  | Carriage Bolt, 5/16-18 x 1 | 4 |

4



# Rear Half, Traction Unit — Parts List

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 017524 | Air Cleaner | 1 |
|  | 017078 | Air Cleaner Filter Element (not shown) | 1 |
| 2 | 092915 | Breather Mount | 1 |
| 3 | 017541 | Hose Clamp | 1 |
| 4 | 073031 | Hose, Air Cleaner | 1 |
| 5 | 025344 | Key, 1/4 x 1/4 x 7/8 | 1 |
| 6 | 014446 | Flanged Bushing | 2 |
| 7 | 017067 | Flat Washer, 1-1/2 | 2 |
| 8 | 028246 | Tall Wheel Fork Assembly | 1 |
| 9 | 011444 | Cap Screw, 3/8-16 x 1-1/4 Hex Hd. | 2 |
| 10 | 017778 | Hex Nut, 3/8-16 Nylock | 28 |
| 11 | 025214 | Tall Wheel Motor Mount Plate | 1 |
| 12 | 012428 | Hex Nut, 1/2-13 Nylock | 8 |
| 13 | 012375 | Cap Screw, 1/2-13 x 3-3/4 Hex Hd. | 4 |
| 14 | 012436 | Hex Nut, 1/2-13 Nylock | 8 |
| 15 | 012612 | Traction Motor | 1 |
| 16 | 042518 | Carriage Bolt, 5/16-18 x 1-1/4 | 4 |
| 17 | 042516 | Hex Nut, 5/16-18 Nylock | 4 |
| 18 | 012558 | Flanged Bearing | 4 |
| 19 | 006077 | Flanged Bearing | 4 |
| 20 | 012167 | Lug Nut, 1/2-20 | 4 |
| 21 | 092356 | Wheel Stud, 1/2-20 x 1-3/4 | 4 |
| 22 | 025430 | Tall Wheel Axle Assembly | 1 |
| 23 | 012558 | Hex Nut, 1-20, Traction Motor | 1 |
| 24 | 012147 | Hub, Drive Wheel | 1 |
| 25 | 012167 | Cap Screw, 1/2-13 x 1-3/4 Hex Hd. | 4 |
| 26 | 011957 | Lock Washer, 1/2 | 4 |
| 27 | 011459 | Flat Washer, 1/2 | 5 |
| 28 | 025342 | Spacer, Steering Cylinder | 1 |
| 29 | 021699 | Steering Cylinder | 1 |
| 30 | 012202 | Hex Nut, 5/8-18 | 1 |
| 31 | 011455 | Cap Screw, 5/8-11 x 1-3/4 Hex Hd. | 1 |
| 32 | 011455 | Lock Washer, 5/8 | 1 |
| 33 | 012117 | Rod End Bearing, 5/8-18 NF | 1 |
| 34 | 011466 | Flat Washer, 5/8 | 1 |
| 35 | 012184 | Cap Screw, 7/16-14 x 2 Hex Hd. | 1 |
| 36 | 012195 | Lock Washer, 7/16 | 1 |
| 37 | 012610 | Steering Arm | 1 |
| 38 | 021417 | Main Frame Assembly, 500D | 1 |
| 39 | 012377 | Flat Washer, 1-1/8 | 3 |
| 40 | 006194 | Hex Nut, 10-24 Nylock | 1 |
| 41 | 025163 | Reel Valve Arm, Front | 1 |
| 42 | 012569 | Cap Screw, 10-24 x 1-1/4 Socket Hd. | 1 |
| 43 | 012206 | Roll Pin, 5/16 x 1 | 1 |
| 44 | 012158 | Flat Washer, 3/8 | 11 |
| 45 | 012516 | Mow/Lift Rod End Bearing, 3/8-24 NF | 4 |
| 46 | 011438 | Cap Screw, 3/8-16 x 1-1/2 Hex Hd. | 1 |
| 47 | 012159 | Hex Nut, 3/8-24 NF | 5 |
| 48 | 025163 | Mow/Lift Rod | 1 |
| 49 | 025157 | Lock Washer, 3/8 | 12 |
| 50 | 012171 | Cap Screw, 3/8-16 x 1 Hex Hd. | 16 |
| 51 | 013358 | Grease Fitting, 3/16 Serrated Shank | 3 |
| 52 | 012418 | Cam Follower, 7/8 | 1 |
| 53 | 012140 | Bell Crank Arm | 1 |
| 54 | 011445 | Cap Screw, 3/8-16 x 1-1/2 Button Socket Hd. | 1 |
| 55 | 044535 | Washer Plate | 6 |
| 56 | 045294 | Stabilizer Receiver | 1 |
| 57 | 090391 | Hood | 1 |
| 58 | 092190 | Shoulder Bolt, 1/2 x 1/2 | 2 |
|  | 012160 | Cap Screw, 5/16-18 x 1 Hex Hd. | 14 |
|  | 012168 | Lock Washer, 5/16 | 20 |
| 59 | 012179 | Cap Screw, 5/16-18 x 3/4 Hex Hd. | 2 |
| 60 | 040479 | Stabilizer Bracket | 1 |
| 61 | 012527 | Edge Trim, Black (Sold per foot) | 3 |
| 62 | 025525 | Arm, Center Stabilizer | 1 |
| 63 | 035530 | Adjustable End, Center Stabilizer | 1 |
| 64 | 090948 | Flow Divider, Reel | 1 |
| 65 | 012132 | Lock Washer, 1/4 | 1 |
| 66 | 014963 | Cap Screw, 1/4-20 x 2-1/2 Hex Hd. | 2 |
| 67 | 012123 | King Nipple, 1-1/4 NPT | 1 |
| 68 | 012122 | Elbow, 1-1/4 NPT x 45° | 2 |
| 69 | 012123 | Elbow, 1-1/4 NPT x 90° | 1 |
| 70 | 012039 | Filter Assembly (Includes Ref. 71) | 1 |
| 71 | 012828 | Filter Element, Hydraulic Oil, 10 Micron | 1 |
| 72 | 012121 | Street Elbow, 1-1/4 NPT x 90° | 1 |
| 73 | 070040 | Cap Screw, 1/4-20 x 2 Hex Hd. | 1 |
| 74 | 019001 | Flow Divider, Foot-Traction | 1 |
| 75 | 034422 | Cross Pin, 1/4 x 1-1/4 | 1 |
| 76 | 012562 | Cross Pin, 3/32 x 1/2 | 1 |
| 77 | 031675 | Handle, Swing Arm Valve | 1 |
| 78 | 025474 | Swing Arm Valve | 1 |
| 79 | 014437 | Cap Screw, 3/8-16 x 3/4 Hex Hd. | 4 |
| 80 | 012134 | Cap Screw, 1/4-20 x 3/4 Hex Hd. | 16 |
| 81 | 012154 | Flat Washer, 1/4 | 18 |
| 82 | 031081 | Hex Nut, 1/4-20 Nylock | 16 |
| 83 | 012152 | Hex Nut, 1/4-20 Nylock | 18 |
| 84 | 040916 | Firewall Brace | 1 |
| 85 | 054083 | Firewall Brace | 5 |
| 86 | 030698 | Radiator | 1 |
| 87 | 017470 | Radiator Cap | 1 |
| 88 | 012558 | Harness Reel | 1 |
| 89 | 055745 | Throttle Bracket | 1 |
| 90 | 014535 | Lock Washer, M-8 | 2 |
| 91 | 014517 | Cap Screw, M-8 x 18MM x 1.25TH | 12 |
| 92 | 090960 | Forward Lower Mount, Oil Cooler | 4 |
| 93 | 089331 | Rear Lower Mount, Oil Cooler (not shown) | 1 |
| 94 | 012410 | Cap Screw, M-8 x 20MM 1.25TH | 6 |
| 95 | 025470 | Line Bracket, Right Front | 1 |
| 96 | 017509 | Solenoid, Fuel Flow | 1 |
| 97 | 010099 | Rubber Boot, Fuel Flow Solenoid (not shown) | 1 |
| 98 | 012062 | Lock Washer, M-10 | 16 |
| 99 | 014504 | Cap Screw, M-10 x 30MM 1.25TH | 16 |
| 100 | 014483 | Cap Screw, M-10 x 25MM 1.25TH | 2 |
| 101 | 021256 | Right Front Mount, Engine to Frame | 1 |
| 102 | 021418 | Right Front Mount, Frame to Engine | 1 |
| 103 | 082970 | Left Front Mount, Frame to Engine | 1 |
| 104 | 030894 | Hose, Upper Radiator | 1 |
| 105 | 030898 | Hose, Lower Radiator | 2 |
| 106 | 030685 | Hose Clamp | 6 |
| 107 | 030744 | Cap Screw, M-6 x 12MM 1.00TH | 8 |
| 108 | 094302 | Screen Housing | 1 |
| 109 | 063815 | Screen | 1 |
| 110 | 091523 | Bracket, Coolant Recovery Tank | 1 |
|  | 017537 | Coolant Recovery Tank (not shown) | 1 |
| 111 | 014384 | Cap Screw, M-8 x 120MM 1.25TH | 8 |
| 112 | 014404 | Vane-Oil, Pump Mount | 1 |
| 113 | 014500 | Hex Nut, M-8, 1.25TH | 4 |
| 114 | 017080 | Oil Filter, Engine | 1 |
| 115 | 013265 | Diesel Engine | 1 |
| 116 | 092942 | Spacer, Engine Coupling | 1 |
|  | 015979 | Coupling, Male and Female | 3 |
| 117 | 006248 | Key, 5/16 x 3/16 x 1 | 1 |
| 118 | 092555 | Brace, Oil Tank Support | 1 |
| 119 | 042277 | Rear Pump Bracket | 1 |
| 120 | 012002 | Pump, Hydraulic | 1 |
|  | 046120 | Front Pump Bracket | 1 |
| 121 | 065050 | Firewall Assembly | 1 |
| 122 | 012189 | Cap Screw, 1/4-20 x 1-3/4 Hex Hd. | 2 |
| 123 | 017505 | Voltage Regulator | 1 |
| 124 | 017505 | Over-Center Latch | 1 |
| 125 | 056654 | Bracket, Hood Latch | 1 |
| 126 | 023454 | Engine Mount, Rear | 1 |
| 127 | 021509 | Rear Mount, Engine to Engine | 1 |
| 128 | 021454 | Rear Mount, Engine to Frame | 1 |
| 129 | 093028 | Shim, Right Rear Mount, Engine to Frame | 1 |
| 130 | 017750 | Muffler | 1 |
| 131 | 072537 | Exhaust Pipe | 1 |
| 132 | 017499 | Hex Nut, M-8, 1.00TH | 4 |
| 133 | 011488 | Cap Screw, 5/16-18 x 3-1/2 Hex Hd. | 4 |
| 134 | 017417 | Lock Washer, 5/16 | 4 |
| 135 | 017408 | Muffler Gasket | 1 |
| 136 | 012186 | Hex Nut, 1/4-20 | 4 |
| 137 | 092524 | Cap Screw, 1/2-13 x 1-1/4 Hex Hd. | 4 |
| 138 | 011458 | Cap Screw, 5/16-18 x 3-1/2 Hex Hd. | 4 |
| 139 | 012189 | Flat Washer, 5/16 | 4 |
| 140 | 048905 | Mounting Block | 1 |
| 141 | 012181 | Cap Screw, 5/16-18 x 1-1/4 Hex Hd. | 1 |
| 142 | 006131 | Hex Nut, 3/8-16 | 1 |
| 143 | 072649 | Exhaust Hanger | 1 |
| 144 | 072735 | Exhaust Strap | 1 |
| 145 | 017465 | Cap Screw, M-6 x 20MM 1.00TH | 2 |
| 146 | 030791 | Flat Washer, M-6 | 1 |
| 147 | 091767 | Stiffener | 1 |
| 148 | 092431 | Spacer | 1 |
| 149 | 093455 | Cap Screw, 3/8-16 x 1-3/4 Hex Hd. | 1 |
| 150 | 067639 | Upper Mount, Oil Cooler | 1 |
| 151 | 063580 | Engine Shroud | 1 |
| 152 | 018220 | Cap Screw, M-8 x 25MM 1.00TH | 4 |
| 153 | 030790 | Flat Washer, M-8 | 1 |
| 154 | 027597 | Hook | 1 |
| 155 | 014167 | Hold Down, Throttle Cable | 1 |
| 156 | 022218 | Close Nipple, 1 NPT | 1 |
| 157 | 031009 | Elbow, 1 NPT x 90° | 1 |
| 158 | 031001 | Hose Nipple, 1-1/4 x 1 NPT | 1 |
| 159 | 020716 | Oil Cooler | 1 |
| 160 | 014704 | Cap Screw, 1/4-20 x 3-1/2 Hex Hd. | 4 |
| 161 | 065498 | Standoff, Firewall Panel | 1 |
| 162 | 003731 | Spacer | 1 |
| 163 | 046072 | Flow Divider Lift Spacer | 1 |
| 164 | 049045 | Hold Down, Flow Divider Lift Spacer | 1 |
|  | 012227 | Oil Drain Valve (not shown) | 1 |

Rear Lift and Swing Arms — Illustration



# Rear Lift and Swing Arms — Parts List

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 012428 | Hex Nut, 1/2-13 Nylock | 2 |
| 2 | 025524 | Upper Spring Bracket (rear cutting units only) | 2 |
| 3 | 025510 | Spacer, Swing Arm Cylinder | 4 |
| 4 | 060078 | Grease Fitting, 1/4-28, Straight | 9 |
| 5 | 067112 | Shoulder Bolt, 5/8 Dia. x 2-3/4 Long | 2 |
| 6 | 025551 | Swing Arm Cylinder | 2 |
| 7 | 012203 | Cotter Pin, 1/8 x 1 | 2 |
| 8 | 060017 | Washer, Spacer, 3/4 I.D. | 2 |
| 9 | 012178 | Cap Screw, 5/16-18 x 1/2 Hex Hd. | 2 |
| 10 | 012168 | Lock Washer, 5/16 | 2 |
| 11 | 025498 | Pivot Pin Assembly, Swing Arm | 2 |
| 12 | 048853 | Swing Arm Assembly — R.H. — Articulated | 1 |
| 13 | 014040 | Bushing, 1 x 1-1/4 x 1-1/4 | 4 |
| 14 | 012291 | Cutting Unit Pin | 2 |
| 15 | 012505 | Hairpin Cotter, 1" | 2 |
| 16 | 036632 | Cap Screw, 5/8-11 x 1-1/2 Hex Hd. | 2 |
| 17 | 035632 | Hex Nut, 5/8-11 (thin jam nut) | 4 |
| 18 | 042853 | Bushing, 1 x 1-1/4 x 7/8 | 4 |
| 19 | 012182 | Cap Screw, 5/16-18 x 2-1/4 Hex Hd. | 2 |
| 20 | 025449 | Positive Lock Valve | 2 |
| 21 | 012165 | Hex Nut, 5/16-18 Nylock | 4 |
| 22 | 025420 | Pivot Arm Assembly — R.H. | 1 |
| 23 | 012226 | Grease Fitting, 1/4-28, 90-Degree Elbow | 7 |
| 24 | 025393 | Pivot Arm Link | 4 |
| 25 | 025669 | Pivot Arm Link Pin Assembly | 1 |
| 26 | 012360 | Cotter Pin, 5/32 x 1-1/2 | 8 |
| 27 | 025212 | Lower Tie Rod | 1 |
| 28 | 017708 | **Ball Bearing** | 4 |
| 29 | 010869 | Flat Washer, 1 | 4 |
| 30 | 012171 | Cap Screw, 3/8-16 x 1 Hex Hd. | 2 |
| 31 | 012157 | Lock Washer, 3/8 | 2 |
| 32 | 012158 | Flat Washer, 3/8 | 6 |
| 33 | 025306 | Upper Tie Rod | 1 |
| 34 | 025550 | Lift Arm Cylinder | 2 |
| 35 | 025419 | Pivot Arm Assembly — L.H. | 1 |
| 36 | 048731 | Swing Arm Assembly — L.H. — Articulated | 1 |
| 37 | 025417 | Pivot Arm Link Pin | 3 |
| 38 | 012210 | Hairpin Cotter, 3/8 | 2 |
| 39 | 025444 | Leveling Chain Assembly | 2 |
| 40 | 025306 | Connector Pin, Bell Crank | 2 |
| 41 | 025211 | Hex Nut, 3/8-16 Nylock | 2 |
| 42 | 012173 | | 2 |


Hex Nut, 3/8-16 Nylock

8

# Lift Arm and Brake — Illustration

# Lift Arm and Brake — Parts List

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 012178 | Cap Screw, 5/16-18 x 1/2 Hex Hd. | 8 |
| 2 | 012168 | Lockwasher, 5/16 | 8 |
| 3 | 025019 | Lift Cylinder Pivot Pin — Right & Left | 2 |
| 4 | 060078 | Grease Fitting, 1/4-28, Straight | 6 |
| 5 | 025552 | Lift Cylinder, Front, Right and Left | 2 |
| 5 | 025553 | Lift Cylinder, Center (not shown) | 1 |
| 6 | 012150 | Flat Washer, 3/8 — Center Only | 2 |
| 7 | 012157 | Lock Washer, 3/8 — Center Only | 1 |
| 8 | 012171 | Cap Screw, 3/8-16 x 1 Hex Hd. — Center Only | 1 |
| 9 | 025187 | Spacer, 1 1/2-13 x 3/8 — Front, Right and Left | 4 |
| 9 | 025283 | Lift Arm Spacer, Short, R.H. — Center (not shown) | 1 |
| | 025284 | Lift Arm Spacer, Long, L.H. — Center (not shown) | 1 |
| | 025285 | Lift Arm Spacer, Long, L.H. — Center (not shown) | 1 |
| 10 | 025160 | Long Side Link | 3 |
| 11 | 025077 | Side Link Spacer | 6 |
| 12 | 025139 | Short Side Link | 3 |
| 13 | 012230 | Cotter Pin, 1/8 x 1 | 3 |
| 14 | 025020 | Cylinder Side Link Pin | 12 |
| 15 | 014040 | Bushing, 1 x 1-1/4 x 1-1/4 | 12 |
| 16 | 012225 | Grease Fitting, 1/4-28, 90° Elbow | 8 |
| 17 | 025014 | Lift Arm Pivot Pin — Front, Right and Left | 2 |
| 18 | 025516 | Lift Arm Pivot Pin — Center (not shown) | 1 |
| 18 | 025506 | Lift Arm Spacer — Front, R.H. | 1 |
| | 025437 | Lift Arm Spacer — Front, L.H. | 1 |
| | 025591 | Lift Arm Spacer — Center | 1 |
| 19 | 025601 | Lift Arm — Right and Center | 2 |
| | 025574 | Lift Arm — Left (not shown) | 1 |
| 20 | 012210 | Hairpin Cotter, 3/8 | 3 |
| 21 | 076998 | Spacer, Lift Arm Bellcrank — Center Only | 3 |
| 22 | 025444 | Leveling Chain Assembly | 3 |
| 23 | 025211 | Connector Pin, Bell Crank | 3 |
| 24 | 012173 | Hex Nut, 3/8-16 Nylock | 6 |
| 25 | 012159 | Flat Washer, 3/8 | 6 |
| 26 | 014450 | Shoulder Bolt, 1/2 x 1/2 | 3 |
| 27 | 025510 | Bell Crank, Leveling Chain | 3 |
| 28 | 012478 | Clevis Pin, 3/8 x 1 | 6 |
| 29 | 025132 | Bell Crank Linkage Side Plate | 5 |
| 30 | 012563 | Cotter Pin, 1/8 x 5/8 | 6 |
| 41 | 012512 | Traction Motor | 2 |
| 42 | 012428 | Hex Nut, 1/2-13 Nylock | 2 |
| 43 | 012544 | Key, 1/4 x 1/4 x 7/8 | 4 |
| 44 | 025213 | Brake Mount | 2 |
| 45 | 025231 | Brake Control Arm — R.H. | 1 |
| | 025001 | Brake Control Arm — L.H. (not shown) | 1 |
| 46 | 012544 | Cap Screw, 1/4-28 NF x 1-1/4 Hex Hd. | 4 |
| 47 | 012548 | Hex Nut, 1/4-28 NF Nylock | 4 |
| 48 | 012197 | Cap Screw, 1/2-13 x 2-3/4 Hex Hd. | 2 |
| 49 | 012000 | Brake Backing Plate | 2 |
| 50 | 012522 | Brake Actuator Shaft | 2 |
| 51 | 012132 | Lock Washer, 1/4 | 8 |
| 52 | 012133 | Cap Screw, 1/4-20 x 1/2 Hex Hd. | 8 |
| 53 | 025553 | Brake Shoe | 4 |
| 54 | 025554 | Brake Tension Spring | 4 |
| 55 | 025555 | Brake Anti-Vibration Spring | 4 |
| 56 | 012081 | Wheel Stud, 1/2-20 x 1-1/2 | 8 |
| 57 | 012010 | Brake Drum | 2 |
| 58 | 012147 | Drive Wheel Hub | 2 |
| 59 | 012558 | Hex Nut, 1-20, Drive Motor | 2 |

035099

Center
Lift Arm
Only

Front, Left
and Right
Lift Arms
Only



9

# Oil Tank, Fuel Tank & Battery — Illustration

# Oil Tank, Fuel Tank & Battery — Parts List

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 025159 | Battery Cover | 1 |
| 2 | 014541 | Acorn Nut, 5/16-18 | 1 |
| 3 | 055233 | Battery Hold-Down | 1 |
| 4 | 012165 | Hex Nut, 5/16-18 Nylock | 2 |
| 5 | 014327 | Battery Cable, Positive, Red | 1 |
| | 014537 | Battery Cable, Negative, Black (not shown) | 1 |
| 6 | 014454 | Battery . . . 525.CCA | 1 |
| 7 | 018295 | Cap, Fuel Tank | 1 |
| 8 | 067458 | Fuel Tank | 1 |
| 9 | 012129 | Mach. Screw, 1/4-20 x 3 Rd. Hd. | 2 |
| 10 | 012154 | Flat Washer, 1/4 | 10 |
| 11 | 012528 | Spring, Fuel Tank Strap | 1 |
| 12 | 012152 | Hex Nut, 1/4-20 Nylock | 8 |
| 13 | 025346 | Strap, Fuel Tank | 2 |
| 14 | 012134 | Cap Screw, 1/4-20 x 3/4 Hex Hd. | 2 |
| 15 | 012371 | Tapered Sleeve | 1 |
| 16 | 012370 | Reducer Bushing, 1/4 to 1/8 NPT | 1 |
| 17 | 090036 | Elbow, 90-Degree, 1/8 NPT x 1/4 Hose Barb | 1 |
| 18 | 017905 | Hose Clamp, Wormgear, 1/4" - 5/8" | 6 |
| 19 | 013718 | Hose, Fuel Line, 5/16" (Sold per foot) | .6 ft. |
| 20 | 012182 | Cap Screw, 5/16-18 x 2-1/4 Hex Hd. | 2 |
| 21 | 012168 | Lock Washer, 5/16 | 2 |
| 22 | 017079 | Fuel Filter . . . 024097 Elementonly | 1 |
| 23 | 013009 | Elbow, 90-Degree w/Rubber Bushing x 3/16 Hose Barb | 3 |
| 24 | 013719 | Hose, Fuel Line, 3/16" (Sold per foot) | 3 |
| 25 | 002151 | Hose Clamp, Wormgear, 1-1/4" Hose | 2 |
| 26 | 044731 | Hydraulic Hose, Return, 1-1/4" ID | 1 |
| 27 | 025347 | Protective Pad, Hydraulic Oil Tank | 2 |
| 28 | 012169 | Cap Screw, 1/4-20 x 1-3/4 Hex Hd. | 3 |
| 29 | 012277 | Cap, Hydraulic Oil Tank | 1 |
| 30 | 025348 | Strap, Hydraulic Oil Tank | 2 |
| 31 | 011447 | Cap Screw, 1/4-20 x 1 Hex Hd. | 2 |
| 32 | 012281 | Hydraulic Hose, Supply, 1" ID | 1 |
| 33 | 016000 | Hose Clamp, Wormgear, 1" Hose | 4 |
| 34 | 003759 | Pipe Plug, 1/4 NPT | 2 |
| 35 | 012093 | Tank, Hydraulic Oil | 1 |

Hydraulics: Valve Bank - Illustration



# Hydraulics: Valve Bank - Parts List

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 025216 | Valve Control Panel | 1 |
| 2 | 025184 | Back Lap Stop | 1 |
| 3 | 012134 | Cap Screw, 1/4-20 x 3/4 Hex Hd. | 2 |
| 4 | 012154 | Flat Washer, 1/4 | 2 |
| 5 | 012152 | Hex Nut, 1/4-20 Nylock | 4 |
| 6 | 011438 | Cap Screw, 3/8-16 x 1-1/2 Hex Hd. | 4 |
| 7 | 012157 | Lock Washer, 3/8 | 4 |
| 8 | 012159 | Flat Washer, 3/8 | 4 |
| 9 | 025024 | Panel Spacer | 2 |
| 10 | 011430 | Cap Screw, 3/8-16 x 1-3/4 Hex Hd. | 1 |
| 11 | 012465 | Seat Spring | 1 |
| 12 | 062526 | Keeper, Seat Spring | 1 |
| 13 | 053003 | Seat Switch Mount | 1 |
| 14 | 011462 | Machine Screw, 8-32 x 1/2 Rd. Hd. | 2 |
| 16 | 012164 | Hex Nut, 8-32 Nylock | 2 |
| 17 | 012460 | Cap Screw, 5/16-18 x 2-3/4 Hex Hd. | 2 |
| 18 | 011437 | Cap Screw, 3/8-16 x 3/4 Hex Hd. | 4 |
| 19 | 025225 | Support Frame, Valve Bank | 1 |
| 20 | 012069 | Hydraulic Fitting -- 45° Elbow | 2 |
| 21 | 012078 | Hydraulic Fitting -- 90° Elbow | 1 |
| 22 | 012073 | Hydraulic Fitting -- Straight | 1 |
| 23 | 069251 | Hydraulic Hose -- Power Steering Pressure, Short | 1 |
| 24 | 053841 | Power Steering Pressure Line | 1 |
| 25 | 012070 | Hydraulic Fitting -- 90° Sweep | 1 |
| 26 | 019415 | Hydraulic Fitting -- Straight | 1 |
| 27 | 065259 | Power Steering Return Line | 1 |
| 28 | 065302 | Hydraulic Hose -- Pump to Valve Bank *[handwritten: 0720 lb. Steering Pump]* | 1 |
| 33 | 030098 | Worm Gear Hose Clamps, 1-1/4 Hose | 2 |
| 34 | 022010 | Power Steering Return Line , Short | 1 |
| 35 | 025565 | Valve Bank | 1 |
| 38 | 012294 | Hydraulic Hose -- Return | 1 |
| 39 | 012059 | Hydraulic Fitting -- 90° Elbow | 2 |
| 40 | 012165 | Hex Nut, 5/16-18 Nylock | 3 |
| 41 | 011463 | Lock Washer, #8 | 4 |
| 42 | 065232 | Neutral Safety Switch | 1 |
| 43 | 012162 | Machine Screw, 8-32 x 3/4 Rd. Hd. | 2 |
| 45 | 053260 | Neutral Switch Mount | 1 |
| 46 | 012506 | Shaft Collar, 1/2" | 1 |
| 47 | 012577 | Shim Washer (.060 - 1/2 I.D.) | 4 |
| 47 | 012064 | Ball Bearing | 2 |
| 48 | 012141 | Valve Linkage Shaft Bracket - R.H. | 1 |
| 49 | 012534 | Cap Screw, 1/4-20 x 3/4 Socket Hd. | 4 |
| 50 | 012581 | Hex Nut, 10-24 Nylock | 4 |
| 51 | 025181 | Reel Valve Arm - Center | 3 |
| 52 | 012208 | Roll Pin, 3/16 x 1 | 4 |
| 53 | 012556 | Cap Screw, 10-24 x 1-1/4 Socket Hd. | 2 |
| 54 | 091442 | Cap Screw, 1/4-20 x 1 Half Socket Hd. | 2 |
| 55 | 011447 | Cap Screw, 1/4-20 x 1 Hex Hd. | 1 |
| 56 | 025022 | Neutral Switch Cam | 1 |
| 57 | 012562 | Cotter Pin, 3/32 x 1/2 | 4 |
| 58 | 025349 | Traction Shift Lever | 1 |
| 59 | 012119 | Knob | 4 |
| 60 | 025027 | Traction Valve Side Link. | 2 |
| 61 | 012536 | Shim Washer (.010" - 3/8 I.D.) | 1 |
| 62 | 009691 | Ball Bearing | 3 |
| 63 | 012161 | Cap Screw, 3/8-16 x 3/4 Button Socket Hd. | 1 |
| 64 | 025100 | Valve Actuate Shaft | 1 |
| 65 | 012190 | Clevis Pin, 1/4 x 7/8 | 3 |
| 66 | 025063 | Reel Valve Latch | 3 |
| 67 | 025361 | Valve Control Arm Spacer | 3 |
| 68 | 012476 | Clevis Pin, 3/8 x 1 | 1 |
| 69 | 025182 | Reel Valve Arm - Rear | 1 |
| 70 | 012563 | Cotter Pin, 1/8 x 5/8 | 1+ |
| 71 | 025094 | Mow/Lift Switch Cam | 1 |
| 72 | 025068 | Lift Valve Link. | 1 |
| 73 | 025075 | Mow/Lift Switch Spacer | 1 |
| 74 | 012132 | Lock Washer, 1/4 | 1 |
| 75 | 011449 | Shoulder Bolt, 3/8 x 3/4 | 3 |
| 76 | 012416 | Bushing, 1/2 x 5/8 x 3/8 | 3 |
| 77 | 012396 | Ball Plunger Detent | 3 |
| 78 | 025101 | Valve Control Spacer | 3 |
| 79 | 025219 | Reel Control Lever - Long | 1 |
| 80 | 025224 | Reel Control Lever - Medium | 1 |
|  | 025221 | Reel Control Lever - Short | 1 |
| 81 | 012159 | Hex Nut, 3/8-24 NF | 4 |
| 82 | 025098 | Mow/Lift Safety Switch Mount | 1 |
| 83 | 012142 | Valve Linkage Shaft Bracket - L.H. | 1 |
| 84 | 012578 | Machine Screw, 8-32 x 1 Rd. Hd. | 2 |
| 85 | 025400 | Spacer, Mow/Lift Safety Switch Mount | 1 |
| 86 | 012174 | Screw, 10-16 x 1/2 Self-Tapping | 2 |
| 87 | 016300 | Mow/Lift Safety Toggle Switch | 1 |
|  | 026207 | Detent Wrench (not shown) | 1 |

Hydraulics: Power Steering Tubing — Illustration



13

# Hydraulics: Power Steering Tubing — Parts List

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 012285 | Hydraulic Fitting — 45° Elbow | 2 |
| 2 | 041086 | Hydraulic Hose — Steering Cylinder, Right | 1 |
| 3 | 048666 | Hydraulic Hose — Steering Cylinder, Left | 1 |
| 4 | 012070 | Hydraulic Fitting — 90° Sweep | 4 |
| 5 | 022010 | Power Steering Return Line, Short | 1 |
| 6 | 019415 | Hydraulic Fitting — Straight | 1 |
| 7 | 049704 | Bracket, Hydraulic Line | 1 |
| 8 | 025540 | Hydraulic Line Hold-Down — Power Steering, Rear | 1 |
| 9 | 011461 | Machine Screw, 10-24 x 1-1/2 Rd. Hd. | 6 |
| 10 | 006194 | Hex Nut, 10-24 Nylock | 6 |
| 11 | 025335 | Hydraulic Line Hold-Down — Power Steering | 3 |
| 12 | 089532 | Power Steering Return Line | 1 |
| 13 | 089191 | Power Steering Pressure Line | 1 |
| 14 | 050571 | Right Steering Cylinder Line | 1 |
| 15 | 059210 | Left Steering Cylinder Line | 1 |
| 16 | 012189 | Cap Screw, 1/4-20 x 1-3/4 Hex Hd. | 2 |
| 17 | 012152 | Hex Nut, 1/4-20 Nylock | 2 |
| 18 | 025119 | Hydraulic Line Bracket, Three Hole | 1 |
| 19 | 016771 | Flat Washer, 3/16 | 8 |
| 20 | 012175 | Machine Screw, 10-24 x 1-1/4 Rd. Hd. | 2 |
| 21 | 033121 | Hydraulic Hose — Power Steering Pressure | 1 |
| 22 | 047831 | Hydraulic Hose — Power Steering Return | 1 |
| 23 | 029325 | Hydraulic Hose — Right Steering | 1 |
| 24 | 048843 | Hydraulic Hose — Left Steering | 1 |
| 25 | 012055 | Hydraulic Fitting — Straight | 2 |
| 26 | 012078 | Hydraulic Fitting — 90° Elbow | 2 |

14

## Hydraulics: Traction System — Illustration



# Hydraulics: Traction System — Parts List

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 012503 | Hydraulic Fitting — 90° Elbow | 2 |
| 2 | 057910 | Hose - Pressure, Rear Wheel Motor | 1 |
| 3 | 036868 | Hose - Return, Rear Wheel Motor | 1 |
| 4 | 011461 | Machine Screw, 10-24 x 1-1/2 Rd.Hd. | 1 |
| 5 | 016771 | Flat Washer, 3/16 | 1 |
| 6 | 025446 | Hydraulic Line Hold-Down, Rear Wheel Motor | 1 |
| 7 | 047958 | Rear Wheel Motor Return Line, Motor End | 1 |
| 8 | 043582 | Rear Wheel Motor Pressure Line | 1 |
| 9 | 046468 | Hydraulic Fitting — Union | 4 |
| 10 | 050552 | Hydraulic Fitting — 90° Sweep, Long | 3 |
| 11 | 038218 | Speed Control Valve Pressure Line, Long | 1 |
| 12 | 030109 | Hydraulic Fitting — Cross | 1 |
| 13 | 033582 | Rear Wheel Motor Return Line, Valve End | 1 |
| 14 | 033011 | Hydraulic Fitting — 90° Sweep | 7 |
| 15 | 025592 | Short Traction Pressure Line | 1 |
| 16 | 025582 | Traction Motor Pressure Line | 1 |
| 17 | 019001 | Flow Divider, Posi-Traction | 1 |
| 18 | 012056 | Hydraulic Fitting — Straight | 5 |
| 19 | 069121 | Right Wheel Motor Pressure Line | 1 |
| 20 | 033713 | Traction Motor Pressure Line, Short | 1 |
| 21 | 025595 | Left Wheel Motor Pressure Line | 1 |
| 22 | 012069 | Hydraulic Fitting — 45° Elbow | 4 |
| 23 | 025671 | Left Wheel Motor Return Line | 1 |
| 24 | 025327 | Front Wheel Motor Return Line | 1 |
| 25 | 025320 | Right Wheel Motor Pressure Line, Motor End | 1 |
| 26 | 025321 | Right Wheel Motor Return Line | 1 |
| 27 | 012067 | Hydraulic Fitting — Tee | 1 |
| 28 | 065779 | Speed Control Valve Return Line, Long | 1 |
| 29 | 012077 | Hydraulic Fitting — 90° Elbow | 2 |
| 30 | 035769 | Hydraulic Fitting — Straight | 1 |
| 31 | 065819 | Front Traction Motor Return Line | 1 |
| 32 | 011351 | Hydraulic Fitting — Tee | 1 |
| 33 | 012049 | Hydraulic Fitting — 90° Elbow | 1 |
| 34 | 085395 | Long Traction Pressure Line | 1 |

# Hydraulics: Lift System — Illustration



# Hydraulics: Lift System — Parts List

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 017762 | Hose — Pump to Valve Bank, Rear Reels | 1 |
| 2 | 012055 | Hydraulic Fitting — Straight | 1 |
| 3 | 016653 | Hydraulic Fitting — Tee | 4 |
| 4 | 028665 | Hydraulic Fitting — Flow Restrictor (.073) | 1 |
| 5 | 071492 | Hydraulic Fitting — 90-Degree Elbow | 1 |
| 6 | 070572 | Bypass Line | 1 |
| 7 | 012073 | Hydraulic Fitting — Straight | 3 |
| 8 | 072248 | Hose — Pressure, Center Reel Motor | 1 |
| 9 | 012387 | Hydraulic Fitting — Tee | 2 |
| 10 | 012061 | Hydraulic Fitting — 90-Degree Elbow | 8 |
| 11 | 012286 | Hydraulic Fitting — Straight | 1 |
| 12 | 025607 | Hose — Lift, Right Front Cylinder | 1 |
| 13 | 078744 | Lift Cylinder — Lift Line | 1 |
| 14 | 012065 | Hydraulic Fitting — Tee | 2 |
| 15 | 025613 | Hose — Lift, Left Front Cylinder | 1 |
| 16 | 012285 | Hydraulic Fitting — 45-Degree Elbow | 1 |
| 17 | 025614 | Hose — Down, Left Cylinders; Left Lock Valve—Out | 2 |
| 18 | 039775 | Lift Cylinder — Down Line | 1 |
| 19 | 012070 | Hydraulic Fitting — 90-Degree Sweep | 4 |
| 21 | 025615 | Hose — Down, Right Cylinders; Lift, Center Cylinder, Left Lock Valve—In | 3 |
| 22 | 025616 | Hose — Lift, Left Rear Cylinder | 1 |
| 23 | 025617 | Hose — Lift, Right Rear Cylinder; Down, Center Cylinder | 2 |
| 24 | 068154 | Hydraulic Fitting — Tee | 1 |
| 25 | 079881 | 3 Gang/5 Gang Valve | 1 |
| 26 | 025509 | Bracket, 3 Gang/5 Gang Valve | 1 |
| 27 | 012162 | Machine Screw, 8-32 x 3/4 Rd. Hd. | 2 |
| 28 | 034225 | Lock Washer, 9/16 | 1 |
| 29 | 053868 | Hydraulic Fitting — Straight, Bulkhead | 1 |
| 30 | 012164 | Hex Nut, 8-32 Nylock | 2 |
| 31 | 025618 | Hose — Lift, Rear Cylinder | 1 |
| 32 | 069617 | Hydraulic Fitting — Flow Restrictor (.125) | 1 |
| 33 | 070993 | Hydraulic Fitting — Reducer | 1 |
| 34 | 069613 | Hydraulic Fitting — Flow Restrictor (.125) | 1 |
| 35 | 072431 | Hydraulic Fitting — 90-Degree Elbow — Tapped 1/8 MPT | 1 |
| 36 | 071866 | Hydraulic Fitting — Straight | 1 |

**Hydraulics: Swing System — Illustration**



# Hydraulics: Swing System — Parts List

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 012073 | Hydraulic Fitting—Straight | 3 |
| 2 | 017762 | Hose—Pump to Valve Bank, Rear Reels | 1 |
| 3 | 058570 | Hose—Pump to Valve Bank, Front Reels | 1 |
| 4 | 074822 | Hose—Pump to Swing Valve | 1 |
| 5 | 012387 | Hydraulic Fitting—Tee | 2 |
| 6 | 011998 | Hydraulic Fitting—Flow Restrictor (.078) | 1 |
| 7 | 012270 | Hydraulic Fitting—Straight | 2 |
| 8 | 025474 | Swing Arm Valve | 1 |
| 9 | 016634 | Hydraulic Fitting—Straight | 2 |
| 10 | 060895 | Hose—Pressure, Swing Valve to Valve Bank | 1 |
| 11 | 012055 | Hydraulic Fitting—Straight | 3 |
| 12 | 016963 | Hydraulic Fitting—Tee | 1 |
| 13 | 066327 | Swing Line—Out | 1 |
| 14 | 053406 | Swing Line—In | 1 |
| 15 | 011461 | Machine Screw, 10-24 x 1-1/2 Rd. Hd. | 2 |
| 16 | 016771 | Flat Washer, 3/16 | 2 |
| 17 | 025334 | Hydraulic Line Hold-Down, Swing Lines | 1 |
| 18 | 025119 | Hydraulic Line Bracket, 3-Hole | 1 |
| 19 | 012561 | Hex Nut, 10-24 Nylock | 2 |
| 20 | 012134 | Cap Screw, 1/4-20 x 3/4 Hex Hd. | 2 |
| 21 | 012154 | Flat Washer, 1/4 | 2 |
| 22 | 012070 | Hydraulic Fitting—90-Degree Sweep | 2 |
| 23 | 025514 | Hose—Down, Left Cylinders; Left Positive Lock Valve, Out | 1 |
| 24 | 025615 | Hose—Down, Right Cylinders; Lift, Center Cylinder; Left Lock Valve, In | 1 |
| 25 | 018974 | Hydraulic Fitting—90-Degree Elbow, Long | 3 |
| 26 | 012061 | Hydraulic Fitting—90-Degree Elbow | 6 |
| 27 | 025449 | Positive Lock Valve | 2 |
| 28 | 012286 | Hydraulic Fitting—Straight | 2 |
| 29 | 025632 | Hose—Left Swing Cylinder, In | 2 |
| 30 | 025639 | Hose—Left Swing Cylinder, Out; Right Swing Cylinder, Out | 2 |
| 31 | 025551 | Swing Arm Cylinder | 2 |
| 32 | 012285 | Hydraulic Fitting—45-Degree Elbow | 1 |
| 33 | 085781 | Hose—Right Positive Lock Valve, Out | 1 |
| 34 | 076921 | Hose—Right Positive Lock Valve, In | 1 |
| 35 | 025631 | Hose—Right Swing Cylinder, In | 1 |
| 36 | 031002 | Clamp | 1 |

# Hydraulics: Reel Motor System — Illustration



# Hydraulics: Reel Motor System — Parts List

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| 1 | 012266 | Hydraulic Fitting—Straight | 5 |
| 2 | 012503 | Hydraulic Fitting—90-Degree Elbow | 6 |
| 3 | 025652 | Hose—Return, Right Rear Reel | 1 |
| 4 | 025653 | Hose—Pressure, Right Rear Reel | 1 |
| 5 | 012629 | Cap Screw, 1/4-20 x 2-1/4 Hex Hd. | 1 |
| 6 | 025445 | Hydraulic Line Hold-Down, Right Rear Reel | 1 |
| 7 | 012152 | Hex Nut, 1/4-20 Nylock | 1 |
| 8 | 017462 | Pressure Line, Right Rear Reel | 1 |
| 9 | 085529 | Return Line, Right Rear Reel | 1 |
| 10 | 012052 | Hydraulic Fitting—90-Degree Elbow | 3 |
| 11 | 035557 | Hydraulic Fitting—Tee | 2 |
| 12 | 034704 | Return Line, Left Rear Reel | 1 |
| 13 | 042074 | Hydraulic Fitting—90-Degree Sweep | 2 |
| 14 | 012070 | Hydraulic Fitting—90-Degree Sweep | 2 |
| 15 | 090946 | Flow Divider, Reel | 1 |
| 16 | 054816 | Hose—Return, Left Rear Reel | 1 |
| 17 | 056538 | Hose—Pressure, Left Rear Reel | 1 |
| 18 | 012051 | Hydraulic Fitting—90-Degree Elbow, Long | 2 |
| 19 | 072431 | Hydraulic Fitting—90-Degree Elbow, Tapped 1/8 MPT | 1 |
| 20 | 071866 | Hydraulic Fitting—Straight | 1 |
| 21 | 091152 | Rear Reel Pressure Line | 1 |
| 22 | 026609 | Rear Reel Return Line | 1 |
| 23 | 012073 | Hydraulic Fitting—Straight | 2 |
| 24 | 012426 | Hydraulic Fitting—90-Degree Elbow | 1 |
| 25 | 025301 | Hose—Return, Center Reel | 1 |
| 26 | 012248 | Hose—Pressure, Center Reel | 1 |
| 27 | 060607 | Clamp, Support, 3/8 Tubing | 1 |
| 28 | 025443 | Center Reel Pressure Line | 1 |
| 29 | 012528 | Hydraulic Fitting—90-Degree Elbow | 1 |
| 30 | 012053 | Hydraulic Fitting—90-Degree Elbow | 1 |
| 31 | 025448 | Front Reel Pressure Line | 1 |
| 32 | 025655 | Front Reel Return Line | 1 |
| 33 | 025659 | Hose—Return, Right Front Reel | 1 |
| 34 | 025658 | Hose—Pressure, Right Front Reel | 1 |
| 35 | 012179 | Cap Screw, 5/16-18 x 3/4 Hex Hd. | 1 |
| 36 | 012169 | Flat Washer, 5/16 | 1 |
| 37 | 031081 | Clamp, Support, 1/2 Tubing | 1 |
| 38 | 025470 | Line Bracket, Right Front | 1 |
| 39 | 012165 | Hex Nut, 5/16-18 Nylock | 1 |
| 40 | 025536 | Hydraulic Line Hold-Down, Left Front Reel | 1 |
| 41 | 016771 | Flat Washer, 3/16 | 1 |
| 42 | 012175 | Machine Screw, 10/24 x 1-1/4 Rd. Hd. | 1 |
| 43 | 025656 | Return Line, Left Front Reel | 1 |
| 44 | 025657 | Pressure Line, Left Front Reel | 1 |
| 45 | 021182 | Hose—Return, Left Front Reel | 1 |
| 46 | 025291 | Hose—Pressure, Left Front Reel | 1 |

# Electrical Components — Parts List

## (not shown)

| Ref. No. | LESCO No. | Description | No. Used |
|---|---|---|---|
| — | 087474 | Posi-Traction Switch Extension | 1 |
| — | 036804 | Harness for 500D | 1 |
| — | 014890 | Plug-In Fuse, 30-amp | 1 |
| — | 012539 | Plug-In Fuse, 7.5-amp | 1 |
| — | 014880 | Plug-In Fuse, 3-amp | 1 |
| — | 014556 | Engine Temperature Sending Unit | 1 |

012408 Shawn #

# LESCO, Inc.

## EQUIPMENT ONE-YEAR WARRANTY

*1. What Is Covered By This Warranty.* LESCO, Inc. warrants, to the original purchaser only, that the Equipment that is the subject of this sale (a) conforms to LESCO's published specifications, and (b) is free from defects under normal service, for a one-year period from the original date of delivery. This warranty does not include damage to the Equipment resulting from occurrences set forth hereinafter in (2). If the purchaser discovers within this period a failure of the Equipment to conform to specifications or a defect in material or workmanship, they must promptly notify LESCO in writing of such claim. Any claims under this warranty must be received in writing by LESCO within 13 months from the date of original delivery. Within a reasonable time after such notification, LESCO will replace any defective component of the Equipment or part thereof. LESCO will provide the components or parts at LESCO's expense. Labor is to be performed by the original purchaser. (LESCO will provide purchaser a labor allowance at LESCO's current flat rate schedule.) LESCO will make the final determination as to the amount of hours to be reimbursed to the purchaser for labor. All defective parts shall be returned to LESCO if requested. These remedies are the original purchaser's <u>exclusive</u> remedies for breach of warranty.

*2. What Is Not Covered By This Warranty.* LESCO does not warrant (a) any product, components or parts not manufactured by LESCO; (b) defects caused by failure to provide a suitable installation environment for the Equipment; (c) damage caused by use of the Equipment for purposes other than those for which it was designed; (d) damage caused by accident or disasters such as fire, flood, wind and lightning; (e) damage caused by unauthorized attachments or modification; or (f) any other abuse or misuse of the Equipment.

*3. EXCLUSIVE WARRANTY.* THE FOREGOING WARRANTY IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES OR REMEDIES, WHETHER WRITTEN, ORAL OR IMPLIED. ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, COURSE OF DEALING OR USAGE OF TRADE ARE HEREBY EXPRESSLY DISCLAIMED AND EXCLUDED.

*4. LIMITATION OF REMEDIES.* UNDER NO CIRCUMSTANCES, EXCEPT TO THE EXTENT PROHIBITED BY APPLICABLE LAW, SHALL LESCO BE LIABLE FOR ANY LOSS OR DAMAGE, DIRECT OR INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL ARISING OUT OF THE USE OF OR INABILITY TO USE THIS EQUIPMENT INCLUDING BUT NOT LIMITED TO ANY CLAIM FOR LOSS OF PROFITS, LOSS OF SAVINGS OR REVENUE, LOSS OF USE OF THE EQUIPMENT OR ANY ASSOCIATED EQUIPMENT, FACILITIES OR SERVICE, DOWNTIME, THE CLAIMS OR COSTS OF THIRD PARTIES INCLUDING CUSTOMERS, AND INJURY TO PROPERTY.

Some states do not allow limitations on how long an implied warranty lasts or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

*5. Time Limit For Claims.* Any claim for breach of warranty or claims under this warranty must be received by LESCO within 13 months following delivery of the equipment.

*6. No Other Warranties.* Unless modified in writing signed by both parties, this agreement is understood to be the complete and exclusive agreement between the parties, superceding all prior agreements, oral or written, and all other communications between the parties relating to the subject matter of this agreement. No employee or representative of LESCO or any other party is authorized to make any other Warranty or to assume any other liability in connection with the sale of its Equipment.

*7. Future Changes.* LESCO reserves the right to reserve, change or modify the construction and design of its Equipment or any component part or parts thereof without incurring the obligations to make such changes or modifications in present equipment.

*8. Allocation Of Risks.* This agreement allocates the risks of equipment failure between LESCO and the original purchaser. This allocation is recognized by both parties and is reflected in the price of the goods. THE PURCHASER ACKNOWLEDGES THAT IT HAS READ THIS AGREEMENT, UNDERSTANDS IT, AND IS BOUND BY ITS TERMS.

If during the warranty period, the LESCO equipment does not function properly due to defect, simply contact the LESCO Service Department:

LESCO, Inc.                      (216) 333-9250 Cleveland
Service Department         (800) 825-3726 Toll Free
P.O. Box 16915
Rocky River, OH 44116

## HOW TO ORDER PARTS

Contact your LESCO Salesperson, OR phone us (use the numbers above), OR write us (use the address above). We will need the following information:

1. Your account number if available.
2. Your name and address and the address where you want the parts to be shipped.
3. The Model/Serial No. of the equipment.
4. The LESCO Part No. and the quantity desired. (Please do not use reference numbers.)

*NOTE: Inspect all shipments on receipt for damage or missing parts. File a claim with the carrier before accepting a damaged shipment.*

0291.568PI





EXHIBIT
B-2