IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> THE TORO COMPANY, ) <br> ) <br> Defendant. ) | C. A. No. 05-486 (GMS) <br><br> JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 30 2006, the undersigned caused copies of Plaintiff Textron Innovations Inc.'s Second Set of Requests for Production of Documents to Defendant The Toro Company and Plaintiff Textron Innovations Inc.'s Second Set of Interrogatories to Defendant The Toro Company to be served in the manner indicated on the counsel listed below:

| **VIA ELECTRONIC MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Anthony R. Zeuli | Richard L. Horwitz |
| Carol Firner | David E. Moore |
| Earl Reiland | POTTER ANDERSON & CORROON LLP |
| Kaye Holst | Hercules Plaza, 6th Floor |
| Nicole Benham | 1313 N. Market Street |
| Thomas Leach | Wilmington, Delaware 19899-0951 |
| Abigail Reis | (302) 984-6000 |
| MERCHANT & GOULD, P.C. | |
| 3200 IDS Center | |
| 80 South 8th Street | |
| Minneapolis, MN 55402 | |
| (612) 332-5300 | |

637673v1

        THE BAYARD FIRM

By: /s/ *signature*
Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
Katharine V. Jackson (#4800)
222 Delaware Avenue, Suite 900
P.O. Box
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.

Dated: October 30, 2006