## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the District of Columbia and South Carolina and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: October 25, 2006                    HUNTON & WILLIAMS LLP

                                           /s/ Jennifer A. Albert
                                           Jennifer Albert, Esquire
                                           1900 K Street, N.W.; Suite 1200
                                           Washington, D.C. 20006
                                           Tel. (202) 955-1500

                                           Attorneys for Plaintiff Textron Innovation Inc.