IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-486 (GMS) |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| THE TORO COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 1, 2006, the undersigned caused copies of Plaintiff Textron Innovations Inc.'s Second Set of Requests for Admission to Defendant The Toro Company to be served in the manner indicated on the counsel listed below:

**VIA ELECTRONIC MAIL**
Anthony R. Zeuli
Carol Firner
Earl Reiland
Kaye Holst
Nicole Benham
Thomas Leach
Abigail Reis
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

**VIA HAND DELIVERY**
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000

641448v1

                    THE BAYARD FIRM

By: _____
     Edmond D. Johnson (#2257)
     Peter B. Ladig (#3513)
     Katharine V. Jackson (#4800)
     222 Delaware Avenue, Suite 900
     P.O. Box
     Wilmington, DE 19801
     Telephone: (302) 655-5000
     Facsimile: (302) 658-6395

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.

Dated: November 1, 2006