# THE BAYARD FIRM
## ATTORNEYS

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395
Writer's Direct Access

302-429-4227
ejohnson@bayardfirm.com

November 7, 2006

**Via Electronic Filing**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: *Textron Innovations Inc. v. The Toro Company*
    *Civil Action No. 05-486*

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Thursday, November 9, 2006, at 9:15 a.m., in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

**Plaintiff's Issues:**

- Defendant's redaction of responsive documents, including documents relating to engineering, marketing, and financial issues.

**Defendant's Issues:**

- Plaintiff's failure to search related corporate entities for documents responsive to Toro's discovery requests, including requests for prior art.

- Plaintiff's failure to produce documents, including documents concerning products alleged to be covered by the patents-in-suit and prior art products manufactured by corporate entities related to plaintiff.

635967v1

THE BAYARD FIRM

The Honorable Gregory M. Sleet
November 7, 2006
Page 2

- Plaintiff's refusal to supplement Interrogatory No. 10.

Respectfully,

Edmond D. Johnson (# 2257)

EDJ/kw
cc:   Clerk of the Court (via hand delivery)
      Richard L. Horwitz, Esq. (via electronic filing)
      David E. Moore, Esq. (via electronic filing)
File No. 31527-1

635967v1