

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

November 10, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    **Textron Innovations Inc. v. The Toro Company**
             **C. A. No. 05-486 (GMS)**
             **M&G No. 6372.149-US-ZA**

Dear Judge Sleet:

        Enclosed for Your Honor's consideration is a Second Stipulation to Extend Expert Report and Factual Discovery Deadlines. In light of the issues raised during yesterday's teleconference and the efforts of both parties to complete their respective document productions and supplementations, the details of which the parties are presently meeting and conferring and attempting to resolve, and in an effort to complete the necessary fact discovery thereafter, the parties have proposed a limited extension of the discovery schedule. This limited extension will not affect the trial date for this matter, the scheduling of summary judgment briefing, to the extent such briefing is permitted, or the remaining dates on the case schedule.

                                  Respectfully,

                                  */s/ David E. Moore*

                                  David E. Moore

761406

Enclosure
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)