IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-486 (GMS) |
| | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| THE TORO COMPANY, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF SERVICE OF SUBPOENA
AD TESTIFICANDUM AND DUCES TECUM

PLEASE TAKE NOTICE pursuant to Rule 45 of the Federal Rules of Civil Procedure Plaintiff Textron Innovations Inc. has served or will serve the attached subpoena on David Bruce Crawforth c/o Anthony Zeuli of Merchant & Gould P.C. 3200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402.

**VIA ELECTRONIC MAIL**

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza , 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
rhorwitz@potteranderson,.com

Anthony Zeuli, Esq.
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
tzeuli@merchantgould.com

614600v1

Dated: November 21, 2006

THE BAYARD FIRM

_____
Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
Katharine V. Jackson (#4800)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile:   (302) 658-6395

Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile:   (202) 778-2201

614600v1

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 21st day of November, 2006, I electronically filed the foregoing *NOTICE OF SERVICE OF SUBPOENA AD TESTIFICANDUM AND DUCES TECUM* with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951


Via first class mail upon:

Anthony R. Zeuli, Esquire
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

_____
Edmond D. Johnson (#2257)

614600v1