## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 05-486 (GMS) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| THE TORO COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant The Toro Company, hereby certifies that copies of the following documents were caused to be served on November 29, 2006, upon the following attorneys of record at the following addresses as indicated:

1.  Defendant The Toro Company's Responses to Plaintiff Textron Innovations Inc.'s Second Set of Requests For Production of Documents to Defendant The Toro Company;

2.  Defendant The Toro Company's Responses to Plaintiff Textron Innovations Inc.'s Second Set of Requests For Admissions of Documents to Defendant The Toro Company;

3.  Defendant The Toro Company's Answers to Plaintiff Textron Innovations Inc.'s Second Set of Interrogatories to Defendant The Toro Company;

4.  Defendant The Toro Company's Second Supplemental Answer to Plaintiff Textron Innovations Inc.'s Interrogatory No. 5 to Defendant The Toro Company; and

5.  Defendant The Toro Company's Second Amended 26(a)(1) Initial Disclosures.

**VIA HAND DELIVERY**

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801


**VIA ELECTRONIC MAIL
AND FEDERAL EXPRESS**

| | |
|---|---|
| Christopher C. Campbell | Michael P. F. Phelps |
| Hunton & Williams LLP | David Young |
| 1900 K Street, N.W. | Hunton & Williams LLP |
| Washington, DC  20006-1109 | 1751 Pinnacle Drive, Suite 1700 |
| srobertson@hunton.com | McLean, Virginia 22102 |
| ccampbell@hunton.com | mpphelps@hunton.com |
| mlouey@hunton.com | dyoung@hunton.com |
| lmarlatt@hunton.com | |
| fmckeon@hunton.com | |
| dmckim@hunton.com | |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Earl D. Reiland | By:   */s/ David E. Moore* |
| | Richard L. Horwitz |
| Anthony R. Zeuli | David E. Moore |
| Thomas J. Leach | Hercules Plaza, 6th Floor |
| MERCHANT & GOULD P.C. | 1313 N. Market Street |
| 3200 IDS Center | Wilmington, Delaware 19899-0951 |
| 80 South 8th Street | (302) 984-6000 |
| Minneapolis, MN 55402 | rhorwitz@potteranderson.com |
| (612) 332-5300 | dmoore@potteranderson.com |
| Dated:  November 29, 2006 | *Attorneys for Defendant The Toro Company* |

764532 / 29362

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 29, 2006, the attached document was electronically mailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Edmond D. Johnson
Peter B. Ladig
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
tjohnson@bayardfirm.com
pladig@bayardfirm.com
KWright@bayardfirm.com

I hereby certify that on November 29, 2006, I have Electronically Mailed and Federal Expressed the documents to the following:

| | |
|---|---|
| Christopher C. Campbell<br>Hunton & Williams LLP<br>1900 K Street, N.W.<br>Washington, DC 20006-1109<br>srobertson@hunton.com<br>ccampbell@hunton.com<br>mlouey@hunton.com<br>lmarlatt@hunton.com<br>fmckeon@hunton.com<br>dmckim@hunton.com<br>jalbert@hunton.com | Michael P. F. Phelps<br>David Young<br>Hunton & Williams LLP<br>1751 Pinnacle Drive, Suite 1700<br>McLean, Virginia 22102<br>mpphelps@hunton.com<br>dyoung@hunton.com |

By: */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

695031