

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

December 5, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 King Street
Lockbox 19
Wilmington, Delaware 19801

Re: **Textron Innovations Inc. v. The Toro Company**
 **C. A. No. 05-486 (GMS)**
 **M&G No. 6372.149-US-ZA**

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for December 7, 2006 at 9:30 p.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

**Defendant's Issue:**

- Plaintiff's recent identification of nearly 6000 boxes of documents and its effect on the remaining case schedule

**Plaintiff's Issues:**

- Defendant's failure to produce unredacted documents pursuant to the Court's order

- Defendant's failure to produce responsive documents

- Defendant's failure to produce knowledgeable corporate deponents pursuant to Rule 30(b)(6)

The Honorable Gregory M. Sleet
December 5, 2006
Page 2

- Defendant's use of Rule 33(d) to avoid providing substantive answers to interrogatories

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/765284/29362
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via electronic mail)