IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-486 (GMS) |
| | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| THE TORO COMPANY, | ) |
| | ) |
| Defendant. | ) |

**Letter dated December 7, 2006 from Peter B. Ladig, Esquire to
the Honorable Gregory M. Sleet was Filed Under Seal**

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Dated: December 7, 2006

THE BAYARD FIRM

Edmond D. Johnson (#2257)
Peter B. Ladig (#3513)
Katharine V. Jackson (#4800)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.

## CERTIFICATE OF SERVICE

I, Peter B. Ladig, hereby certify that on the 7th day of December, 2006, I electronically filed the foregoing *Notice of Fling Under Seal* with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951

Via first class mail upon:

Anthony R. Zeuli, Esquire
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Peter B. Ladig (#3513)