# EXHIBIT 1

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 2



# EXHIBIT 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 4



FIG. 6

# EXHIBIT 5



FIG. 6

# EXHIBIT 6

1

```
1              IN THE UNITED STATES DISTRICT COURT

2              IN AND FOR THE DISTRICT OF DELAWARE

3                        -  -  -

4    TEXTRON INNOVATIONS INC.,       :       Civil Action
                                     :
5              Plaintiff,            :
                                     :
6         v.                         :
                                     :
7    TORO COMPANY,                   :
                                     :
8              Defendant.            :    No. 05-486-GMS

9                        -  -  -

10                   Wilmington, Delaware
                   Tuesday, September 19, 2006
11                       10:00 a.m.

12        `
                         -  -  -
13
     BEFORE:  HONORABLE GREGORY M. SLEET, U.S.D.C.J.
14
     APPEARANCES:
15
              EDMOND D. JOHNSON, ESQ.
16            The Bayard Firm
                   -and-
17            SCOTT L. ROBERTSON, ESQ.,
              CHRISTOPHER C. CAMPBELL, ESQ., and
18            MICHAEL P.F. PHELPS, ESQ.
              Hunton & Williams
19            (Washington, D.C.)

20                         Counsel for Plaintiff

21            RICHARD L. HORWITZ, ESQ.
              POTTER Anderson & Corroon, LLP
22                 -and-
              EARL D. REILAND, ESQ., and
23            ANTHONY R. ZEULI, ESQ.
              Merchant & Gould
24            (Minneapolis, Minnesota)

25                         Counsel for Defendant
```

36

1    art was contemplating that this roller might, for example,

2    not extend to one edge of the rotary cutting deck, and

3    extend perhaps a little further beyond the rotary cutting

4    deck.

5         That's just one example. What I would like to

6    show Your Honor now, if we could go to Claim 10 of the '311

7    patent, this limitation was described with respect to the

8    rotary cutting deck. But it also was described with respect

9    to the roller and the cutting path. I think this is going

10   to be very illustrative, Your Honor.

11        Claim 10 of the '311 patent specifically, you

12   will see the very last, said roller, last element, last

13   fragment, said roller extending substantially across the

14   entire width of said cutting path. The cutting path is

15   obviously the path that is created when the blade cuts the

16   grass.

17        If we could go back to Figure 3 again. What I

18   have done here, Your Honor, is you will note the blade is

19   the dashed line that is illustrated under the cutting deck.

20   I have taken where the end of that blade is and I have

21   superimposed a red circle. That would be the diameter of

22   the cutting path. And again, the green lines here are where

23   the blue lines were positioned in the prior figure, that is

24   illustrating the ends of the roller. Now I am going to

25   remove the figure again.

# EXHIBIT 7

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY