

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

December 22, 2006

**VIA HAND DELIVERY**

The Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re: Textron Innovations Inc. v. The Toro Company
C. A. No. 05-486 (GMS)
M&G No. 6372.149-US-ZA

Dear Dr. Peter T. Dalleo:

Per my secretary's conversation with Hector this morning, enclosed is a disc containing corrected public versions of D.I. 139 and D.I. 141. The enclosed public versions contain additional redactions that were inadvertently left out of the previously-filed public versions. Please replace the earlier public versions, D.I. 143 and D.I. 144, with the enclosed, corrected public versions. Thank you for your assistance with this matter.

Please feel free to contact me directly if you any questions.

Respectfully,

David E. Moore

DEM/nmt:769203/29362

Enclosure
cc: Counsel of Record (via electronic mail)