# EXHIBIT 2



# GROUNDSMASTER® 3500-D



A breakthrough rotary mower that delivers a superior quality of cut.

TORO 028712



GROUNDSMASTER® 3500-D

**The ultimate rotary mower for trimming golf courses and striping sports fields.**

**Excellent cutting performance** delivered by three independent, 27" Contour™ Plus decks.

**Superb trimming capabilities** and the ability to vary tire tracking are two benefits of the Sidewinder™ cutting system.

**Superior power** provided by a 32 hp Kubota® turbo-diesel.

**Unparalleled traction** with the patented Series/Parallel™ 3-wheel drive traction system.

**Attractive striping** is effortless with rear rollers.

**Operator comfort** is assured by power steering, tilt steering and adjustable seat.

TORO 028713



**SCALP-FREE MOWING** The ground-following design of each Contour Plus free-floating deck permits mowing the most challenging berms without scalping.

**QUALITY OF CUT** The new Contour Plus cutting technology takes quality of cut to a whole new level. Air inlet pockets keep the grass standing tall for the cleanest possible cut, while an acceleration baffle speeds clipping circulation and assures maximum power. In addition, a unique directional vane and a modified discharge opening deliver even clipping dispersion. An optional mulching kit is also available.



**SUPERIOR TRACTION** The patented Toro Series/Parallel traction drive system provides steady traction in all conditions, even in wet grass and over undulating terrain. Its full-time, 3-wheel drive system maintains power to two of the three wheels at all times, minimizing tire spinouts and scuffing.

TORO 028714

**STRIPING** Rear rollers provide an attractive striping effect while you mow, greatly enhancing the finished look of your turf.

**TIME SAVINGS** Unlike any other mower on the market, the 3500-D allows you to be more productive. The 68" width-of-cut allows you to mow generous swaths, yet its compact size and the Sidewinder system also allow you to make tight maneuvers in trim areas. So places that might normally require you to use two different machines can be handled by one.

**VERSATILITY** The Groundsmaster 3500-D is a highly versatile machine for a variety of applications. For golf courses it delivers a superior quality of cut on green and tee surrounds, as well as other tight trim areas. For sports fields it brings the same high caliber of cut to both the field of play and surrounding grounds.

TORO·GROUNDSMASTER® 3500-D

TORO 028715

**TORO**

**GROUNDSMASTER® 3500-D**

**REVOLUTIONARY** Introducing the world's first true rotary trim mower. Advanced technology in the Toro® Groundsmaster® 3500-D makes it possible for golf courses and sports fields to achieve both a championship quality cut and professional striping with a versatile rotary mower.



**KEY FEATURES** Free-floating Contour™ Plus cutting decks allow mowing of undulating terrain without scalping. Sidewinder™ cutting system delivers unsurpassed trimming capability.





TORO 028716



# GROUNDSMASTER® 3500-D (model 30821)

| | |
|---|---|
| Engine | Kubota® 35 hp (gross) turbocharged liquid-cooled, 3-cylinder, diesel engine. |
| Configuration | Rear mounted engine, front operator position. Rear mounted radiator. Two post ROPS, seat belt and slope indicator standard. Sidewinder™ system. |
| Traction Drive | Series/Parallel™ hydraulic traction circuit provides continuous 3-wheel drive in mow and transport. Hydrostatic traction drive provides infinitely variable ground speed in forward and reverse. |
| Ground Speed | Mow: 0-6 mph (0-10 km/h), mow speed is factory preset at 6 mph but is adjustable; Transport: 0-9 mph (0-14 km/h); Reverse: 0-4 mph (0-6 km/h). |
| Controls | Forward and reverse traction control pedals; mow/transport foot lever; hand activated parking brake; ignition key switch; tilt steering wheel lock; PTO switch; throttle; joystick control for deck raise and lower as well as moving decks side-to-side; cutting deck transport lock. |
| Gauges | Hour meter, fuel, cluster gauge with glow plug and charge indicator lights, low engine oil pressure and high coolant temperature warning lights (high temperature safety shut off). |
| Electrical & Interlocks | Traction pedal, operator presence in seat, PTO engage or disengage, and cutting deck mow or transport safety interlock switches. Parking brake set prohibits movement through traction pedal. |
| Warranty | Two year limited warranty. Refer to operator's manual for further details. |

## CUTTING DECKS

| | |
|---|---|
| Type | 3 Contour™ Plus single blade chambers with rear roller on each deck. Sidewinder system allows decks to slide right and left 12" (30.5 cm) of center, 24" (61 cm) total travel. Mulching kit optional. |
| Width of Cut | 68" (173 cm), standard and 72" (183 cm) optional. Deck overhang for trimming is 12" (30.5 cm) at 68" (173 cm) width of cut and 14" (35 cm) at 72" (183 cm). |
| Height of Cut | ¾ - 4" (1.9-10.2 cm) in ¼" (.6 cm) increments. |
| Construction | 10 gauge steel constructed chambers with 12 gauge welded reinforcements. 1.5" (3.8 cm) square x .25" (.6 cm) wall tube with 7 gauge side supports. Spindle support ³/16" (.48 cm) high-strength steel and 10 gauge exterior channels. Ductile iron spindle housings with 1.25" (3.2 cm) diameter spindle shafts and 2 greaseable, tapered roller bearings. |
| Anti-Scalp Features | 6" (15.25 cm) anti-scalp cups on each blade. |

  

Toro is proud to support the nation's Turf professionals with top quality equipment, service and parts.

 www.toro.com

Products depicted in this brochure are for demonstration purposes only. Actual products offered for sale may vary.

©2000 The Toro Company
8111 Lyndale Ave. S.
Bloomington, MN 55420-1196

Part No. 041-01-T. Printed in U.S.A.

**TORO 028717**