# EXHIBIT 3

# Groundsmaster® 4500-D & 4700-D

**TORO** Count on it.



Powerful rotary mowers that deliver impressive cutting quality.

TEXD 007201

**TORO.** Count on it.

## Only Toro can deliver this kind of productivity from a rotary mower.

GROUNDSMASTER 4500-D & 4700-D

**Power and productivity** from a 60 hp Kubota turbo-diesel engine.

**Impressive traction** on any terrain from full-time, bi-directional 4-wheel drive.

**Comfort and convenience** in the well-designed operator area.

**Superior cutting performance** with Contour™ Plus cutting decks.

**Smart serviceability** from the easy-access design.

**Distinctive aftercut striping** created by the heavy-duty rear rollers.



### GROUNDSMASTER 4500-D
- 60 hp Kubota turbo-charged engine
- 5 Contour Plus free-floating cutting decks
- 9' width of cut

### GROUNDSMASTER 4700-D
- 60 hp Kubota turbo-charged engine
- 7 Contour Plus free-floating cutting decks
- 12.5' width of cut

TEXD 007202

# ALL-WHEEL TRACTION



ALL-WHEEL TRACTION Parallel hydraulic flow between the front and rear wheels ensures solid footing at all four wheels. The bi-directional, hydrostatic drive maintains consistent traction, even on hills or wet turf. And the individual wheel brakes provide extra traction assistance when needed.

TEXD 007203

# OPERATOR COMFORT
# ROBUST DESIGN
## EASY SERVICE

**OPERATOR COMFORT** The operator's seat is well positioned to give you a full view of your surroundings. A large storage platform for light gear sits behind the driver and a multi-sized beverage holder, 12 volt power supply, and portable radio holder are included. There's even a large, molded cavity designed specifically for a water cooler.



**ROBUST DESIGN** The innovative planetary gear wheel-drive system on the Groundsmaster 4500-D and 4700-D allows the traction system hydraulics to run with increased efficiency and less heat build-up. Multiple reinforcements on the cutting decks handle the most rugged terrain, even direct impacts to the blade and housing. For added assurance, the 4700-D even offers an impact absorption system that protects the rear outer decks. It's all part of the Toro commitment to making the world's longest-lasting mowers.

**EASY SERVICE** Servicing your Toro Groundsmaster has never been easier. Just remove two pins and the entire hood can be removed in seconds. The rear-screen, mid-area cowling and console can also be removed without tools. Routine maintenance is never a hassle with the convenient placement of regular service points.



GROUNDSMASTER 4500-D & 4700-D

TEXD 007204

# REVOLUTIONARY CUTTING QUALITY
# MONSTER ENGINES



**REVOLUTIONARY CUTTING QUALITY** The Toro® Contour™ Plus cutting decks offer cutting quality never before found in a rotary deck. Each free-floating deck follows the contour of the ground for an even cut. Air inlet pockets keep grass standing tall for a clean cut on every blade. Plus, a modified discharge opening in the rear disperses clippings more evenly. To finish the look, heavy-duty rollers behind each deck create a beautiful striping pattern, even in heavy rough. A mulching kit is also available.



**MONSTER ENGINES** With rugged 60 hp engines, the Toro Groundsmaster 4500-D and 4700-D deliver more power and torque than any other mower in their class. Hills and terrain changes won't slow you down. You'll power through long, wet grass. And whether you choose the 9' or 12.5' width of cut, you know you're getting the most productive mower available.

GROUNDSMASTER 4500-D & 4700-D

TEXD 007205

**TORO.** Count on it.

# SPECIFICATIONS

## Groundsmaster® 4500-D & 4700-D

| | |
|---|---|
| *Engine* | Kubota® V2003T, 4-cylinder, 117 ft.-lbs. of torque, turbo diesel, 122 cu. in. (2.0 liter), 60 hp (45 kw) gross, 58 hp (43.5 kw) net, governed to 2600 RPM. |
| *Fuel Capacity* | 21 gallons (79.5 liters) diesel fuel. |
| *Traction Drive* | Full-time, bi-directional, 4-wheel drive hydrostatic transmission powers a hydrostatic motor at each front wheel w/planetary drive reduction, rear mechanical axle powered by a hydrostatic motor. |
| *Ground Speed* | 13 mph (20.8 km/h) transport, 7 mph (11.2 km/h) mow. |
| *Tires* | Front: 29 x 14-15, 6-ply ultra-trac tread.<br>Rear: 20 x 12-10, 6-ply multi-trac tread. |
| *Brakes* | Mechanically actuated, internal wet disc brake on input to each planetary drive. |
| *Steering* | Power steering with dedicated power source. |
| *Gauges* | Hour meter, fuel gauge, engine temperature gauge, indicator lights for glow plug, high coolant temperature, charge indicator, and low oil pressure. Shutdown for high coolant temperature. |
| *Controls* | Ignition switch, throttle, foot operated traction pedal, mow/transport selector switch, lockable individual brake pedals, park brake lock, deck lift levers, beverage holder, radio holder, 12-volt power outlet, storage compartment. |
| *Warranty* | Two year limited warranty. Refer to operator's manual for further details. |

| *Dimensions w/Cutting Units* | GM 4500-D | GM 4700-D |
|---|---|---|
| **Overall length** | 145.8" (370 cm) | 145.8" (370 cm) |
| **Overall width, lowered** | 112.8" (286 cm) | 153.8" (391 cm) |
| **Overall width, raised** | 88.25" (224 cm) | 88.25" (224 cm) |
| **Height w/2-post ROPS** | 85" (216 cm) | 85" (216 cm) |
| **Wheel base** | 67.54" (172 cm) | 67.54" (172 cm) |
| **Track width, front** | 88.25" (224 cm) | 88.25" (224 cm) |
| **Track width, rear** | 55.5" (141 cm) | 55.5" (141 cm) |
| **Ground clearance** | 6" (15 cm) | 6" (15 cm) |
| **Weight** | 4273 lbs. (1942 kg)<br>— with full fluids. | 4824 lbs. (2193 kg)<br>— with full fluids. |

## Cutting Decks

| | GM 4500-D, Model 30856 | GM 4700-D, Model 30868 |
|---|---|---|
| *Type* | Five Contour™ Plus 27" rear discharge rotary cutting units. | Seven Contour™ Plus 27" rear discharge rotary cutting units. |
| *Width of Cut* | Overall: 109" (277 cm), overlap 6.5" (16.5 cm), overhang 10.4" (26.4 cm). | Overall: 150" (381 cm), 109" (277 cm) with deck 6 and 7 raised, overlap 6.5" (16.5 cm), overhang 30.9" (78.4 cm). |
| *Mowing Rate* | Mows up to 7.6 acres/h (3.1 hectares/h) at 7 mph (11.2 km/h). | Mows up to 10.5 acres/h (4.3 hectares/h) at 7 mph (11.2 km/h). |
| *Height of Cut* | .75-4" (1.9-10.2 cm) in .25" (.6 cm) increments. | .75-4" (1.9-10.2 cm) in .25" (.6 cm) increments. |
| *Construction* | 10 gauge steel constructed chambers with 12 gauge welded reinforcements. 1.5" (3.8 cm) square x .25" (.6 cm) wall tube with 7 gauge side supports. Spindle support 3/16" (.48 cm) high-strength steel and 10 gauge exterior channels. Ductile iron spindle housings with 1.25" (3.2 cm) diameter spindle shafts and 2 greaseable, tapered roller bearings. | |
| *Anti-scalp Features* | 6" (15.25 cm) anti-scalp cups on each blade. On each deck: two 5" (12.7 cm) diameter front rollers, one 3" (7.6 cm) diameter rear roller. | |
| *Blades* | Standard angle sail blade, 27" (68.6 cm) long, 2.5" (6.4 cm) wide, .25" (.64 cm) thick. Optional high height of cut blade available. | |
| *Wing Protection* | Groundsmaster 4700-D has an impact absorption device on wing decks 6 and 7. | |
| *Mulching Kit* | Model 30828 will convert to mulching decks. | |

Products depicted in this brochure are for demonstration purposes only.
Actual products offered for sale may vary.
©2002 The Toro Company, 8111 Lyndale Ave. S., Bloomington, MN 55420-1196
Part No. 041-02-T. Printed in U.S.A.




www.toro.com

TEXD 007206