# EXHIBIT 4

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**