# EXHIBIT 5

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**