# EXHIBIT 6

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**