# EXHIBIT 7

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**