# EXHIBIT 8

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**