# EXHIBIT 9

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**