# EXHIBIT 10

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**