# EXHIBIT 11


TEXD 003750



TEXD 003751

4 WHEEL DRIVE
4500D
450
TEXD 003752