# EXHIBIT 2







Case 1:05-cv-00486-GMS    Document 149-3    Filed 12/27/2006    Page 4 of 4