

Toro's Roller Width

Toro's Roller Width





**Deck Width vs. Roller Width**
**(edges aligned on one side)**



**Deck Width vs. Roller Width**

**(edges not aligned on other side)**