# EXHIBIT 3

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**