# EXHIBIT 4



**Toro's Alleged "Deck" Ignores Full Width of the Actual Deck**
(Omitted Deck Structure Shown in Red)





**Toro's Alleged "Deck"**
(Toro's Request at Fig. 3 at 2)