# EXHIBIT 5

# Exhibit 5



| '530 Patent, Fig. 5 | '530 Patent, Fig. 6 |