# EXHIBIT 6

**THIS PAGE HAD BEEN REDACTED IN ITS ENTIRETY**



**Toro's Deck**