# EXHIBIT 8

# Exhibit 8



| '543 Application Fig. 2 — Exh. 7, TORO 028849 | '543 Application Claim 1 — Exh. 7, TORO 028842 |
|---|---|

…a rear roller carried on the cutting deck behind the cutting chamber with the rear roller supporting a rear end of the cutting deck for rolling over the ground, *wherein the rear roller has a width that extends substantially across the width of the cutting chamber*…