# EXHIBIT 1

## Toro's Cutting Deck Assembly

