

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

January 9, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 King Street
Lockbox 19
Wilmington, Delaware 19801

> Re: **Textron Innovations Inc. v. The Toro Company**
> **C. A. No. 05-486 (GMS)**

Dear Judge Sleet:

In anticipation of the status teleconference scheduled for January 11, 2007 at 9:30 a.m. in the above-referenced matter, the parties jointly submit the following items to be presented to the Court:

**Defendant's Issue:**

- Plaintiff's failure to facilitate the inspection of the Johnson Creek facility per Court's 11/9/06 Order;

- Plaintiff's failure to identify the source(s), per Court's 11/9/06 Order, of specific prior art produced by Textron;

- Plaintiff's incomplete answer of Interrogatory No. 11 regarding theory of damages;

- Plaintiff's failure to produce certain documents concerning engineering prints, warranty information, Risboro and emails of key employees and former employees; and

- Daubert schedule

The Honorable Gregory M. Sleet
January 9, 2007
Page 2

**Plaintiff's Issues:**

- Toro documents relating to sales and financial issues, including: documents responsive to TII's second set of document requests, documents pertaining to sales of replacement parts and accessories for accused products, and documents relating to direct sales of accused products;

- Rule 30(b)(6) deposition of Toro relating to sales and financial issues; and

- Documents relating to Toro's responses to requests for proposals (RFPs) for accused products.

Respectfully,

/s/ David E. Moore

David E. Moore

DEM:nmt/770893/29362
cc:   Clerk of the Court (via hand delivery)
      Counsel of Record (via electronic mail)