# EXHIBIT 3



Press Releases | Company History | Our Brands

**Our Brands**
- Toro
- Exmark
- Lawn-Boy
- Irritrol Systems
- Lawn Genie
- Pope
- Hayter

## Company Information : Our Brands

 **The Hayter Brand** | Visit us at www.hayter.co.uk.

**Markets Served**
Consumer and commercial lawn mowing equipment throughout the United Kingdom.

The commercial market is divided into two segments:
- Municpal (city)
- Grounds

The consumer market features a rear roller classic lawn striping mower.

**Products and Services**
A leader in the lawn and landscape equipment for more than five decades, Hayter is known as the pioneer of the rotary lawnmower in United Kingdom.

**Distribution Channels**
Wholesale product distributors who serve as one-stop-shops throughout the United Kingdom.

**Worldwide Headquarters**
8111 Lyndale Avenue South
Bloomington, MN 55420-1196
952-888-8801
US 1-800-348-2424
Canada 1-800-544-5364

Copyright © 2007 The Toro Company  Terms of Use | PRIVACY NOTICE