# EXHIBIT 4



Press Releases | Company History | Our Brands

**Our Brands**
- Toro
- Exmark
- Lawn-Boy
- Irritrol Systems
- Lawn Genie
- Pope
- Hayter

### Company Information : Our Brands

Choose a brand from the list below for more information:

**Toro®**
From the simple, hardy mowers of our early years to the wide range of sophisticated and innovative solutions of today, customers have relied on the Toro brand to help them care for their landscapes the way they want, when they want, better than anyone else. **Count on it.** Learn more.

**Exmark®**
A broad family of innovative products, supported by a strong dealer network, makes Exmark the best-selling brand of mowing equipment for landscape professionals. Learn more.

**Lawn-Boy®**
Lawn-Boy transforms yard care into an easy, enjoyable experience because we make yard care products that are **designed to fit you.** We make them light, easy to set up, easy to store, easy to use. And we make them well. So they keep working. Learn more.

**Irritrol Systems®**
Irritrol Systems full line of quality irrigation solutions go beyond the expected in meeting the needs of irrigation contractors. Learn more.

**Lawn Genie®**
Lawn Genie premium watering systems are the do-it-yourselfer's best friends in homeowner sprinkler systems. Learn more.

**Pope®**
Purchased by one in every three households in Australia, Pope-branded irrigation products meet all homeowner watering needs. Learn more.

**Hayter®**
The name Hayter has been synonymous with British grass cutting for over half a century. As a pioneer of the rotary lawnmower, the company has become a household name with both the serious gardener and the professional user. Learn more.



**Worldwide Headquarters**
8111 Lyndale Avenue South
Bloomington, MN 55420-1196
952-888-8801
US 1-800-348-2424
Canada 1-800-544-5364

Copyright © 2007 The Toro Company  Terms of Use | PRIVACY NOTICE

