# EXHIBIT 5

# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | Anthony R. Zeuli, Esq.
612.371.5213
tzeuli@merchant-gould.com

December 7, 2006

**VIA EMAIL**

David M. Young, Esq.
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102

Re:  *Textron Innovations Inc. v. The Toro Company*
     *Our Ref:  6372.149USZA*

Dear David:

Thank you for your letter of today. We will not be able to finish our review by December 13, given the summary judgment letter briefing schedule. I am looking at other dates in December and will call you when I return to Minneapolis to finalize arrangements.

Very truly yours,

*Tony Zeuli /cmf*
Anthony R. Zeuli

ARZ:cmf

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC