# EXHIBIT 6

# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | Anthony R. Zeuli, Esq.
612.371.5213
tzeuli@merchant-gould.com

December 7, 2006

**VIA EMAIL**

David M. Young, Esq.
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102

Re: *Textron Innovations Inc. v. The Toro Company*
Our Ref: *6372.149USZA*

Dear David:

We are not able to have our team in Charlotte on Monday, December 11, 2006. As I said in my earlier letter, I will call you when I return to Minneapolis to work out the continued inspection in Charlotte.

Very truly yours,

Anthony R. Zeuli

ARZ:cmf

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC