# EXHIBIT 7



Avis importants                                    Important Notices






| | | |
|---|---|---|
| Français | Contact Us | Help |
| Strategis | Site Map | What's New |
| Search | Canada Site | |
| About Us | Registration | |

**Canadian Intellectual Property Office**

- CIPO Home
- Patents Main Page
- PATENTS DATABASE
- Search Options
  - Basic
  - Number
  - Boolean
  - Advanced
- Help
  - Content
  - Searching
  - Search Language
  - FAQ
- Disclaimer
- Foreign Patent Links
- Decisions of the Commissioner of Patents
- Trade-marks Database
- Copyrights Database
- Industrial Designs Database

# Canadian Patents Database

## Search Results    01/03/2007 - 11:53:04

[Search] Query :

((gang mower))

Query: ((gang mower))

9 documents out of 1895444 matched your query. Click on its number to view the details of the document.

**Note:** All document detail pages now appear on a new Browser Window.

| | | | |
|---|---|---|---|
| 1. | 1139572 | GANG MOWERS | 99% |
| 2. | 2209910 | GANG MOWER | 98% |
| 3. | 1141177 | GANG MOWER WITH SINGLE CYLINDER LIFTING MECHANISM | 98% |
| 4. | 1318508 | SINGLE LEVER CONTROL FOR SELECTIVELY EFFECTING LIFTING OF MULTIPLE CUTTING UNITS OF A MOWER | 96% |
| 5. | 1072348 | GANG MOWER | 85% |
| 6. | 915923 | GANG MOWER | 82% |
| 7. | 692095 | HYDRAULIC HORIZONTAL SLIDING ACTION GANG MOWER | 82% |
| 8. | 580441 | GANG MOWER | 82% |
| 9. | 561484 | GANG MOWER | 82% |

Important Notices





| | | | | | |
|---|---|---|---|---|---|
| | Français | Contact Us | Help | Search | Canada Site |
| | Strategis | Site Map | What's New | About Us | Registration |

# Canadian Patents Database

(12) **Patent:**                                                          (11) **CA 1141177**
     Application Number:                                  (21) **362692**

(54) GANG MOWER WITH SINGLE CYLINDER LIFTING MECHANISM

(54) TONDEUSE SERIEES A MECANISMES DE RELEVAGE COMMUN

View or Download Images

View Administrative Status

ABSTRACT:

ABSTRACT OF THE DISCLOSURE
A gang mower typically having five or seven gangs which are raised and lowered by a single piston and cylinder. Lifting arms are fixed to an actuating shaft at each side of the machine and the piston and cylinder are connected between opposed lifting arms to rotate them in opposite directions. An equalizer link connected by cranks to the actuating shafts ensures that the shafts always rotate to equal extents in opposite directions.
Chains are connected from the lifting arms to the mowers, the chains and lifting arms being dimensioned so that lifting occurs sequentially, with some of the mowers being lifted before others. The sequential lifting spreads the load more evenly throughout the lifting sequence, thereby permitting a single piston and cylinder to lift all of the mowers.

CLAIMS: Show all claims

\*\*\* Note: Data on abstracts and claims is shown in the official language in which it was submitted.

| | |
|---|---|
| (72) Inventors (Country): | **ARNOLD, WILLIAM T.** (Canada) |
| (73) Owners (Country): | **BROUWER TURF EQUIPMENT LIMITED** (Not Available) |
| (71) Applicants (Country): | |
| (74) Agent: | **BERESKIN & PARR** |
| (45) Issued: | **Feb. 15, 1983** |
| (22) Filed: | **Oct. 17, 1980** |
| (41) Open to Public Inspection: | |


Canadian Intellectual Property Office / Office de la propriété intellectuelle du Canada

Canada

| Français | Contact Us | Help | Search | Canada Site |
| Strategis | Site Map | What's New | About Us | Registration |





**Canadian Intellectual Property Office**

- CIPO Home
- Patents Main Page
- PATENTS DATABASE
- Search Options
  - Basic
  - Number
  - Boolean
  - Advanced
- Help
  - Content
  - Searching
  - Search Language
  - FAQ
- Disclaimer
- Foreign Patent Links
- Decisions of the Commissioner of Patents
- Trade-marks Database
- Copyrights Database
- Industrial Designs Database

## Canadian Patents Database

### Search Results     01/03/2007 - 11:53:04

 Query :

((gang mower))

Query: ((gang mower))

9 documents out of 1895444 matched your query. Click on its number to view the details of the document.

**Note:** All document detail pages now appear on a new Browser Window.

| | | | |
|---|---|---|---|
| 1. | 1139572 | GANG MOWERS | 99% |
| 2. | 2209910 | GANG MOWER | 98% |
| 3. | 1141177 | GANG MOWER WITH SINGLE CYLINDER LIFTING MECHANISM | 98% |
| 4. | 1318508 | SINGLE LEVER CONTROL FOR SELECTIVELY EFFECTING LIFTING OF MULTIPLE CUTTING UNITS OF A MOWER | 96% |
| 5. | 1072348 | GANG MOWER | 85% |
| 6. | 915923 | GANG MOWER | 82% |
| 7. | 692095 | HYDRAULIC HORIZONTAL SLIDING ACTION GANG MOWER | 82% |
| 8. | 580441 | GANG MOWER | 82% |
| 9. | 561484 | GANG MOWER | 82% |

Important Notices

| | | |
|---|---|---|
| (52) | Canadian Class (CPC): | **56/1 97/125 56/65** |
| (51) | International Class (IPC): | **A01D 75/30** (2006.01) |
| | Patent Cooperation Treaty (PCT): | **No** |
| (30) | Application priority data: | **None** |
| | Availability of licence: | **N/A** |
| | Language of filing: | **English** |

View or Download Images :

◉ Cover Page Image
○ Abstract Image
○ Claims Image
○ Disclosures Image
○ Drawings Image
○ Representative Drawing Image

[ View the Image ]
[ Download in Adobe PDF ]

Last Updated: 2006-12-15                             ▲                             **Important Notices**

CIPO - Patent  Case 1:05-cv-00486-GMS    Document 158-8    Filed 01/10/2007    Page 6 of 8    Page 2 of 2




Canadian Intellectual Property Office  Office de la propriété intellectuelle du Canada  Canada

| Français | Contact Us | Help | Search | Canada Site |
| Strategis | Site Map | What's New | About Us | Registration |



Strategis Index:  A B C D E F G H I J K L M N O P Q R S T U V W X Y Z



Canadian Intellectual Property Office



**Fetching images from archive...**
The image pages will appear below. On browsers that support it, this message is in a new window. Using your browser's "Back" button on this new window may not work as expected. When you are done viewing this patent, close or resize this window to reveal the original window underneath.

    90°↻ 180°↻  1 / 19

1141177

- 1 -

This invention relates to a power-driven gang mower, in which a number of individual mowers are mounted on and powered from a main frame.

Power-driven gang mowers may include a main frame
5 which is supported on its own wheels and which is pulled by a tractor. A number of individual mowers are normally connected to the frame and are driven by a drive mechanism which is mounted on the frame and which is in turn driven from the tractor. The mowers are lowered when in use, but
10 when they are not in use, they normally must be lifted so that the gang mower can be driven along roads and through narrow openings such as gates, and so that the mowers will not be damaged by stones and the like. Examples of gang mowers in which the mowers may be lifted are shown in U.S.
15 patents 2,104,719 and 2,764,864, and in U.S. patent 4,161,858 assigned to the assignee of this application.

In the past, the operator of a gang mower has commonly had to lift the mowers manually. This has been a difficult and time-consuming procedure. Therefore
20 attempts have been made to construct gang mowers with power-lifting devices. However so far as is known, such prior attempts have required separate lifting cylinders for each pair of mowers and have been constructed so that lifting of the mowers on each side of the unit is uneven.
25 Such prior attempts have not so far as is known been widely accepted.

It is therefore an object of the present invention

