# EXHIBIT 8




Canadian Intellectual Property Office / Office de la propriété intellectuelle du Canada

Canada

| Français | Contact Us | Help | Search | Canada Site |
| Strategis | Site Map | What's New | About Us | Registration |



strategis.gc.ca



CIPO · OPIC

**CIPO Home**
**Patents Main Page**
**PATENTS DATABASE**
**Search Options**
  Basic
  Number
  Boolean
  Advanced
**Help**
  Content
  Searching
  Search Language
  FAQ
**Disclaimer**
**Foreign Patent Links**
**Decisions of the Commissioner of Patents**
**Trade-marks Database**
**Copyrights Database**
**Industrial Designs Database**

Canadian Intellectual Property Office

# Canadian Patents Database

## Search Results      01/03/2007 - 11:52:10

[ Search ]   Query :

((rotary grass))

Query: ((rotary grass))

7 documents out of 1895444 matched your query. Click on its number to view the details of the document.

**Note:** All document detail pages now appear on a new Browser Window.

| | | | |
|---|---|---|---|
| 1. | 1115067 | ROTARY GRASS MOWING MACHINES | 97% |
| 2. | 1291340 | MATERIAL COLLECTION APPARATUS | 84% |
| 3. | 1269848 | GRASS COLLECTION SYSTEM FOR MOWER | 84% |
| 4. | 644364 | ROTARY GRASS CUTTER | 82% |
| 5. | 1090147 | GRASS MOWER | 82% |
| 6. | 1109829 | LAWN MOWER | 80% |
| 7. | 1045833 | COMBINATION MOWER AND CATCHER | 77% |

Important Notices




Canadian Intellectual Property Office / Office de la propriété intellectuelle du Canada — Canada

Français | Contact Us | Help | Search | Canada Site
Strategis | Site Map | What's New | About Us | Registration

strategis.gc.ca
CIPO Home

# Canadian Patents Database

(12) **Patent:**                                        (11) **CA 1115067**
    Application Number:                                    (21) **342992**

(54) ROTARY GRASS MOWING MACHINES

(54) TONDEUSES A LAMES TOURNANTES

View or Download Images

[ View Administrative Status ]

ABSTRACT:

ABSTRACT OF THE DISCLOSURE
A rotary grass mowing machine of the kind comprising a casing providing a chamber with a downwardly facing inlet and an elongate lateral passage extending from the chamber, and having a blade disposed within the chamber and rotatable so as to sweep a plane disposed generally parallel to the ground; in order to avoid danger from stones discharged with cuttings through the passage, an upright deflector suitably made of plastic, or a hinged metal sheet, is mounted within and extends across the passage in a lower part thereof; the deflector is located intermediate the chamber and the discharge opening of the passage and therefore a substantial distance from the plane swept by the blade so that stones struck during rotation of the blade are projected against the deflector and fall to ground whilst cuttings entrained in the air flow pass above the deflector and out of the discharge opening; a baffle extending inwardly from the deflector may also be provided to prevent stones passing above the deflector.

CLAIMS: Show all claims

\*\*\* Note: Data on abstracts and claims is shown in the official language in which it was submitted.

| | |
|---|---|
| (72) Inventors (Country): | **JUPP, ROBERT A., (DECEASED)** (U.K.) |
| (73) Owners (Country): | **RANSOMES SIMS & JEFFERIES LIMITED** (Not Available) |
| (71) Applicants (Country): | |
| (74) Agent: | **GOUDREAU, GAGE & ASSOCIATES** |
| (45) Issued: | **Dec. 29, 1981** |
| (22) Filed: | **Jan. 3, 1980** |
| (41) Open to Public | |

Inspection:

(52) Canadian Class (CPC):: **56/57**

(51) International Class (IPC): **A01D 35/262** (1980.01)

Patent Cooperation Treaty (PCT): **No**

(30) Application priority data: **None**

Availability of licence: **N/A**
Language of filing: **English**

View or Download Images :

⦿ Cover Page Image
○ Abstract Image
○ Claims Image
○ Disclosures Image
○ Drawings Image
○ Representative Drawing Image

[ View the Image ]
[ Download in Adobe PDF ]

Last Updated: 2006-12-15    ▲    Important Notices

1115067

- 1 -

This invention relates to rotary grass mowing machines and particularly to rotary grass mowing machines comprising a casing, having a top and a depending skirt which together provide a chamber with a downwardly facing inlet and a lateral discharge opening for cuttings, a rotatable blade disposed within the chamber of the casing and a driving shaft extending through the top of the casing and on which the blade is mounted so as to sweep a plane which in operation is disposed generally parallel to the ground and to cause a flow of air through the inlet transversely with respect to said plane. Machines of the kind set forth may be provided with more than one rotatable blade within the casing and may also be provided in the form of a pedestrian controlled machine, or as a ride-on machine which is adapted to be mounted on a self-propelled vehicle, when a number of mowing machines may be arranged to afford an increased width of swath. With the ride-on type of machine, the rotary grass mowing machine may be one of a number of alternative pieces of equipment for use with a basic tractor unit. Alternatively, the basic tractor unit may be fitted up with one or more rotary heads as a specialised machine for grass cutting only.

Inherent in many machines of the above kind is the danger of stones or other heavy objects hit by the blade being projected at high speed through the lateral discharge opening. A variety of ways of reducing this danger have been proposed. For example, in some machines, stones entering the lateral passage with cuttings are directed up to the roof, and they are there given a downward component of momentum and exit from the passage to fall to the ground quite close to the machine so that there is no danger of stones flying upwardly to hit an operator or bystander but a person standing close to the machine is still at risk. Alternatively, a shield of some kind may be provided at the exit of the discharge



