# EXHIBIT 9



- Our Firm
- Our IP Practice
- Our People
- Clients
- News & Publications
- Events
- Recruiting
- Offices
- Contact Us

Practice Areas | Intellectual Property FAQs | IP Links

## Our IP Practice: IP Links

**Use this list to go to the selected area**

| Company Information | Internet Law Resources | Journals |
| Legislative Information Minnesota | Libraries and Indexes | Medical Information |
| Newspapers and News Services | PTO, Other IP Links | Reference |
| Search Engines | Unsolicited email information | |

### Company Information

- Companies Online
- Corporate Information
- Free Edgar
- Hoover's Company Profiles
- InfoSpace - Reverse directory, phone and address
- Internet 800 Directory
- Switchboard

### Internet Law Resources

- CAFC
- CAFC
- Code of Federal Regulations at GPO Access
- Cornell Law
- Cyberspace Law Center
- District Courts at Findlaw

- E-Commerce Times
- Fastsearch for Law
- Federal and State Court Rules
- Federal Register at GPO Access
- Findlaw
- GPO Access
- Hieros Gamos
- John Marshall Law School Law Library
- Journal of Internet Banking and Commerce
- Law News Network - Tech Law Center
- Legal Ethics
- Legal ethics by state
- Lower Federal Courts Decisions at Findlaw
- Martindale-Hubbell Lawyer Locator
- Minnesota Law
- Network Solutions, Inc
- Office of the Solicitor General

**Journals**

- ABA Journal
- ADR Publications
- Bench & Bar
- BNA Publications selected list
- Business Week
- Forbes
- INTA Publications and Trademark Reporter
- Intellectual Property Today
- Intellectual Property Worldwide
- Law News Network

- Minnesota Law & Politics
- Nature Biotechnology
- The Hennepin Lawyer

**Legislative Information Minnesota**

- Minnesota Appellate Court
- Minnesota State Legislature
- Minnesota Statutes

**Libraries and Indexes**

- ClicNet
- Hamline Law School
- Hennepin County Law Library
- Hennepin County Public Library
- Libraries around the country
- Library Spot
- Linda Hall Library
- Minneapolis Public Library
- Minnesota Attorney General Library
- Minnesota State Law Library
- PALS
- William Mitchell College of Law

**Medical Information**

- Wisconsin Appellate Courts
- Wisconsin Statutes

**Newspapers and News Services**

- Business Wire
- CNN
- Lawyers Weekly
- Minneapolis Star Tribune

- New York Times
- PRNewswire
- St. Paul Pioneer Press
- USA Today
- Washington Post

**PTO, Other IP Links**

- Australian Patent Office
- Intellectual Property Law
- Library of Congress
- List of National Patent Authorities
- US Copyright Office
- US Patents
- US Patents and Trademark Office
- US Trademarks
- World Intellectual Property Organization

**Reference**

- Drug Signs & Symptoms
- Medscape
- Merck Manual
- National Library of Medicine
- New England Journal of Medicine On-line
- PubMed
- RX List

**Search Engines**

- Bali Online
- Bartlett's Familiar Quotations
- Currency Calculator
- Currency Exchange Rates

- Farmer's Almanac
- Library Spot
- Mapquest
- Multiple Dictionary Search
- National Weather Service
- Time Zone Calculator
- Translations
- WWWebster Dictionary and Thesaurus
- Zip Code Directory

**Unsolicited email information**

- Municipal Codes in the United States
- State Bar Associations
- State Law
- Thomas
- Trade Secret Law
- U. S Government E-commerce Policy
- US Code at Cornell
- Washlaw Web
- West's Legal Directory
- World Intellectual Property Organization; Internet Domain Name Recommendations
- www.cauce.org
- Year 2000 Liability

---

Client Extranet | Home | Site Map | Disclaimer        © 2007 Merchant & Gould P.C. Sit

# The VRN Patent Authority Page

This page is believed to comprise the Internet's most comprehensive list of patent authorities on the web. If you know of any patent, trademark or intellectual property authority missing, please don't hesitate to contact me. I try my best to keep the list updated, but things change rapidly in cyberspace. By the way: I have been thinking of rating the official patent authority sites regarding their user-friendliness and content. Any comments to that end is also welcome.

```
Patent Entry, Patent Hotlist, You are here->>Patent Authority<<, Patent Law, General
Patent Info, Patent Searching, Patent Attorney, Further VRN Pages, Send a mail to
                 VRN, Sign My Guestbook, View My Guestbook
```

## Patent authorities and organizations:

- AD Andorra Trademark(!) Office
- AU Australian Industrial Property Organisation
- AT Austrian Patent Office
- BE Belgian Patent Office
- BX Benelux Trademark Office
- BR Brazilian Patent Office
- CA Canadian Intellectual Property Office
- CN Patent Office Of The People's Republic Of China
- CU The Cuban Intellectual Property Office
- HR Croatian Patent Office
- CZ Czech Patent Office
- DK The Danish Patent Office
- DK The Danish Patent Office's experiment on electronic filing
- EPI EPI, Institute of Professional Representatives before the EPO
- EPO European Patent Office (EPO)
- EPO European Patent Office, good site index!
- EPO EPO member states
- EM European Trade Mark Harmonization (OHIM)
- FI Finnish Patent Office
- FR French Patent Office
- DE German Patent Office
- GE Georgian Patent Office
- GR Greek Industrial Property Organisation
- HK Hong Kong Intellectual Property Department
- HU Hungarian Patent Office
- IS Icelandic Patent Office
- ID Indonesian Patent Office
- IT Italian Patent Office
- JP Japanese Patent Office
- KR The Korean Industrial Property Office (KIPO)
- LI Lithuanian Patent Office

- LU Luxembourg Patent Office
- MK Macedonian Patent Office
- MY Malaysian Intellectual Property Division
- MX Mexican Patent Office
- MD Moldovian Patent Office
- MC Monaco "patent office"
- NL Netherland Patent Office
- NZ New Zealand Patent Office
- PE Peruvian Intellectual Property office
- PH Philippines Patent Office
- PL Polish Patent Office
- PT Portuguese Patent Office
- RO Romanian Patent Office
- SK Industrial Property Office of the Slovak Republic
- SL Slovenian Intellectual Property Office
- SG Singapore Patent and Trademark Office
- ES Spanish Patent Office
- SE Swedish Patent Office
- CH Swiss Patent Office
- TH Thailand Patent Office
- UK/GB United Kingdom Patent Office
- US The US Patent and Trademark Office (USPTO)
- WIPO World Intellectual Property Organisation (WIPO)
- WTO World Trade Organisation (WTO)

- Arhen's list of PTOs
- WIPO's list of PTOs

---

Patent Entry, Patent Hotlist, You are here->>Patent Authority<<, Patent Law, General Patent Info, Patent Searching, Patent Attorney, Further VRN Pages, Send a mail to VRN, Sign My Guestbook, View My Guestbook

---

Copyright 1997, Vagn R. Nissen; himself@vagn.dk, More info: press here

 971104