# EXHIBIT 10

US006910324B2

| (12) | United States Patent<br>Kakuk | (10) Patent No.: **US 6,910,324 B2**<br>(45) Date of Patent: **Jun. 28, 2005** |
|---|---|---|

(54) **MULTI-BLADED ROTARY CUTTING DECK WITH MULCHING AND DISCHARGE/COLLECTION MODES**

(75) Inventor: **Jay J. Kakuk**, Plymouth, MN (US)

(73) Assignee: **The Toro Company**, Bloomington, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/061,442**

(22) Filed: **Feb. 1, 2002**

(65) **Prior Publication Data**

US 2003/0145572 A1 Aug. 7, 2003

(51) Int. Cl.[7] .................... A01D 34/52; A01D 34/73
(52) U.S. Cl. .................. **56/255**; 56/295; 56/320.2
(58) Field of Search .................. 56/320.1, 320.2, 56/255, 295, 17.4, 17.5, 6, DIG. 20, DIG. 24

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,928,223 A | | 3/1960 | Danuser | |
| 3,469,376 A | | 9/1969 | Bacon | |
| 3,636,686 A | * | 1/1972 | Meyer et al. | 56/320.2 |
| 3,818,687 A | | 6/1974 | Houst et al. | |
| 3,827,220 A | * | 8/1974 | Seidel | 56/320.2 |
| 3,872,656 A | * | 3/1975 | Dahl | 56/202 |
| 3,893,284 A | * | 7/1975 | Thon et al. | 56/202 |
| 3,949,540 A | * | 4/1976 | Christopherson et al. | 56/202 |
| 4,149,358 A | * | 4/1979 | Comer | 56/13.4 |
| 4,203,276 A | * | 5/1980 | Plamper | 56/202 |
| 4,226,074 A | | 10/1980 | Mullet et al. | |
| 4,238,918 A | * | 12/1980 | Saruhashi et al. | 114/116 |
| 4,435,949 A | | 3/1984 | Heismann | |
| 4,637,203 A | * | 1/1987 | Fedeli | 56/202 |
| 4,856,265 A | * | 8/1989 | Wolf | 56/320.2 |
| 4,951,449 A | | 8/1990 | Thorud et al. | |
| 5,090,183 A | * | 2/1992 | Thorud et al. | 56/2 |
| 5,205,112 A | * | 4/1993 | Tillotson et al. | 56/2 |
| 5,305,589 A | * | 4/1994 | Rodriguez et al. | 56/320.1 |
| 5,355,666 A | * | 10/1994 | McDonner et al. | 56/255 |
| 5,442,902 A | | 8/1995 | Mosley et al. | |
| 5,499,494 A | | 3/1996 | Boshell et al. | |
| 5,761,891 A | * | 6/1998 | Ferrari | 56/6 |
| 5,826,416 A | | 10/1998 | Sugden et al. | |
| 5,960,619 A | * | 10/1999 | Seidel et al. | 56/255 |
| 6,065,276 A | * | 5/2000 | Hohnl et al. | 56/320.1 |
| 6,189,307 B1 | * | 2/2001 | Buss et al. | 56/320.1 |
| 6,192,666 B1 | * | 2/2001 | Sugden et al. | 56/320.2 |
| 6,195,969 B1 | * | 3/2001 | Yilmaz | 56/14.7 |
| 6,490,851 B2 | * | 12/2002 | Kutsukake | 56/320.1 |
| 6,694,716 B1 | * | 2/2004 | Osborne | 56/202 |

* cited by examiner

*Primary Examiner*—Arpad Fabian Kovacs
(74) *Attorney, Agent, or Firm*—James W. Miller

(57) **ABSTRACT**

A rotary cutting deck has dual, side-by-side cutting chambers each of which houses a rotary cutting blade. The blades rotate so that grass clippings exit to the rear of the cutting deck through a central, rearwardly extending exit tunnel. A pivotal mulch door is located within the exit tunnel with the mulch door swinging between two positions. In one position, the exit tunnel is open to permit operation of the cutting deck in a discharge/collection mode of operation. In the other position, the exit tunnel is closed to convert the cutting deck to a mulching mode of operation. A V-shaped baffle with a forwardly facing apex is placed in the bottom and rear of the exit tunnel to enhance performance in the mulching mode of operation.

**27 Claims, 3 Drawing Sheets**

