# EXHIBIT 12

US005845475A

# United States Patent [19]

## Busboom et al.

[11] Patent Number: 5,845,475
[45] Date of Patent: Dec. 8, 1998

[54] **LAWN MOWER HAVING FLOW CONTROL BAFFLES AND REMOVABLE MULCHING BAFFLES**

[75] Inventors: **Garry W. Busboom; John C. Crumrine**, both of Beatrice, Nebr.

[73] Assignee: **ExMark Mfg. Co., Inc.**, Beatrice, Nebr.

[21] Appl. No.: 784,825

[22] Filed: **Jan. 17, 1997**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 559,575, Nov. 16, 1995.

[51] Int. Cl.$^6$ .................................................. **A01D 67/00**
[52] U.S. Cl. ..................... **56/320.1**; 56/17.4; 56/DIG. 20
[58] Field of Search ........................... 56/320.1, 320.2, 56/DIG. 9, 17.5, 17.4, DIG. 20, DIG. 24, DIG. 22

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,055,036 | 10/1977 | Kidd | 56/320.2 X |
| 4,787,195 | 11/1988 | Wenzel | 56/11.1 |
| 4,920,734 | 5/1990 | Wenzel | 56/11.1 |
| 4,941,864 | 7/1990 | Bottum | 474/133 |
| 4,958,484 | 9/1990 | Busboom | 56/255 |
| 4,967,543 | 11/1990 | Scag et al. | 56/10.8 |
| 5,077,959 | 1/1992 | Wenzel | 56/11.1 |
| 5,127,215 | 7/1992 | Wenzel | 56/11.1 |
| 5,129,217 | 7/1992 | Loehr | 56/13.6 |
| 5,133,176 | 7/1992 | Baumann et al. | 56/320.1 X |
| 5,155,985 | 10/1992 | Oshima et al. | 56/10.8 |
| 5,205,112 | 4/1993 | Tillotson et al. | 56/2 |
| 5,210,998 | 5/1993 | Hojo et al. | 56/320.1 X |
| 5,212,938 | 5/1993 | Zenner et al. | 56/320.1 |
| 5,239,810 | 8/1993 | Gugel | 56/10.8 |
| 5,249,411 | 10/1993 | Hake | 56/11.6 |
| 5,251,429 | 10/1993 | Minato et al. | 56/17.2 |
| 5,267,429 | 12/1993 | Kettler et al. | 56/320.2 X |
| 5,305,589 | 4/1994 | Rodriquez et al. | 56/320.1 |
| 5,337,543 | 8/1994 | Kitamura et al. | 56/10.8 |
| 5,355,661 | 10/1994 | Tomiyama | 56/10.8 |
| 5,355,664 | 10/1994 | Zenner | 56/15.8 |
| 5,457,947 | 10/1995 | Samejima et al. | 56/320.2 X |
| 5,465,564 | 11/1995 | Koehn et al. | 56/320.2 |
| 5,518,079 | 5/1996 | Zvolanek | 180/19.1 |
| 5,609,011 | 3/1997 | Kuhn et al. | 56/320.1 X |
| 5,628,171 | 5/1997 | Stewart et al. | 56/320.2 |

**OTHER PUBLICATIONS**

Walker Mowers Brochure "Fast, Easy, Beautiful Moving™" Dec. 1996.
Toro "Groundmaster 580–D" Brochure.
Toro "Groundmaster 300 Series" Brochure.
Toro "Groundmaster 200 Series" Brochure.
Toro "Proline P.O.S." Brochure.
Toro "Landscape Contractor Equipment" Brochure.

*Primary Examiner*—Thomas B. Will
*Assistant Examiner*—Victor Batson
*Attorney, Agent, or Firm*—Zarley,McKee,Thomte Voorhees & Sease; Dennis L. Thomte

[57] **ABSTRACT**

A multiblade lawn mower including a mower deck having a plurality of cutting blades rotatably disposed therein. A first flow control baffle is positioned in the mower deck between the cutting blades and the front wall of the mower deck and extends substantially continuously between the sides of the mower deck. A second flow control baffle is positioned in the mower deck rearwardly of the cutting blades. The first and second flow control baffles include a plurality of semi-circular baffle portions which define a plurality of open throat portions therebetween. A plurality of selectively removable mulcher baffles are positioned in the mower deck to close the throat portions, thereby defining a substantially cylindrical mulching chamber around each of the cutting blades.

**2 Claims, 4 Drawing Sheets**

