IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC. | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 05-486 |
| THE TORO COMPANY | : |
| Defendant | : |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Edmond D. Johnson, Esquire of Pepper Hamilton LLP and formerly of The Bayard Firm, shall be substituted as counsel for Plaintiff, in place of The Bayard Firm.

Dated: January 18, 2007

_____
Edmond D. Johnson (Del. Bar No. 2257)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
Attorneys for Plaintiff