# CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on January 18, 2007 a true and correct copy of the foregoing Notice of Substitution of was served via CM/ECF upon the following:

Richard L. Horowitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19899

Edmond D. Johnson (Del. Bar. No. 2257)