IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-486 (GMS) |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| THE TORO COMPANY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO SET EXPERT REPORT DEADLINES AND AMENDED
SCHEDULING ORDER TO SET FACTUAL AND EXPERT DISCOVERY DEADLINES**

Pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure, the parties to this action plaintiff Textron Innovations Inc. ("TII"), and defendant The Toro Company ("Toro"), by their respective counsel, hereby stipulate to the following deadlines for the service of expert reports. In addition, the Court hereby sets the following dates for the completion of factual and expert discovery, pursuant to its rulings made at the Status Conference on January 11, 2007.

1) The deadline for service of the parties' respective initial (burden of proof) expert reports shall be January 26, 2007.

2) The deadline for service of the parties' respective opposition expert reports shall be February 20, 2007.

3) TII shall be permitted to serve a supplemental report pertaining to damages within five business days after the satisfactory completion of the Rule 30(b)(6) deposition of Toro.

4) In the event that TII's supplemental report pertaining to damages is served after February 20, 2007, Toro shall be permitted to serve a report opposing the supplemental report within five business days after the service of TII's supplemental report.

-2-

Further, IT IS ORDERED that:

1. All factual and expert discovery shall conclude on February 28, 2007. All other dates on the schedule remain unchanged.

2. An addendum is attached summarizing and setting forth the remaining scheduling dates.

By:/s/ Edmond D. Johnson
    Edmond D. Johnson (DE Bar #2257)
    Thomas H. Kovach (DE Bar #3964)
    PEPPER HAMILTON LLP
    Hercules Plaza, Suite 5100
    1313 N. Market Street
    P.O. Box 1709
    Wilmington, DE 19899-1709
    (302) 777-6500

By:/s/ David E. Moore
    Richard L. Horwitz (DE Bar #4556)
    David E. Moore (DE Bar #3983)
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899-0951
    (302) 984-6000

IT IS SO ORDERED THIS _____ DAY OF JANUARY, 2007.

_____
UNITED STATES DISTRICT JUDGE

## Addendum to Scheduling Order
## Civil Action No. 05-486 (GMS)

| Event | Proposed Dates |
|---|---|
| **Fact Discovery** | |
| Completion of Fact Discovery | February 28, 2007 |
| **Expert Discovery** | |
| Opening Expert Reports (burden of proof) | January 26, 2007 |
| Answering Expert Reports | February 20, 2007 |
| TII Supplemental Damages Report | within five business days after satisfactory completion of Rule 30(b)(6) deposition of Toro |
| Toro Supplemental Answering Damages Report (if TII supplemental report is served after February 20, 2007) | within five business days after service of TII supplemental damages report |
| Completion of Expert Discovery | February 28, 2007 |
| **Trial Phase** | |
| Motions *in Limine* | Opening: April 9, 2007<br>Response: April 23, 2007<br>Reply: April 30, 2007 |
| Submission of Joint Proposed Pretrial Order | April 30, 2007 |
| Pretrial Conference | May 30, 2007, 10 a.m. |
| Trial | June 25, 2007, 9 a.m.<br>(8 days) |