IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC.<br><br>                   Plaintiff,<br><br>      v.<br><br>THE TORO COMPANY,<br><br>                   Defendant. | : CIVIL ACTION<br>:<br>:<br>:<br>: NO. 05-486 (GMS)<br>:<br>:<br>:<br>: |

### AMENDED NOTICE OF SERVICE

I hereby certify that on January 10, 2007, a copy of Respondent Richard Bednar's Objections to Defendant's Subpoena *Duces Tecum* were served by electronic mail upon the following parties:

Anthony R. Zeuli
Carol Firner
Earl Reiland
Kaye Holst
Nicole Benham
Thomas Leach
Abigal Reis
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000

By: _/s/_

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

#8254616 v2

-2-

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500


**Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.**