IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC. | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 05-486 (GMS) |
| THE TORO COMPANY, | : |
| Defendant. | : |

## NOTICE OF SERVICE

I hereby certify that on January 19, 2007, a copy of *Plaintiff Textron Innovations Inc.'s Objections to Defendant The Toro Company's Second Set of Interrogatories and Plaintiff Textron Innovations Inc.'s Objections to Defendant The Toro Company's Fourth Set of Requests for Production of Documents and Things to Plaintiff* were served by electronic mail upon the following parties:

Anthony R. Zeuli
Carol Firner
Earl Reiland
Kaye Holst
Nicole Benham
Thomas Leach
Abigal Reis
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000

By: _____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

#8271424 v1

-2-

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500


**Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.**

#8271424 v1