## CERTIFICATE OF SERVICE

I, Thomas H. Kovach, hereby certify that on January 22, 2007 a true and correct copy of the foregoing Notice of Service was served via CM/ECF, upon the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951


Via first class mail upon:

Earl D. Reiland, Esquire
Thomas R. Johnson, Esquire
Thomas J. Leach, Esquire
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

_____
Thomas H. Kovach (DE Bar #3964)

#8271424 v1