IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC. | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 05-486 (GMS) |
| THE TORO COMPANY, | : |
| Defendant. | : |

### NOTICE OF SERVICE

I hereby certify that on January 23, 2007, a copy of Plaintiff's Objections to Defendants Amended Notice of Rule 30(b)(6) Deposition was served by electronic mail upon the following parties:

Anthony R. Zeuli
Carol Firner
Earl Reiland
Kaye Holst
Nicole Benham
Thomas Leach
Abigal Reis
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000

By: _____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

#8277472 v1

-2-

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500


**Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.**

-2-

#8277472 v1

## CERTIFICATE OF SERVICE

I Edmond D. Johnson, hereby certify that on January 24, 2007 a true and correct copy of the foregoing Notice of Service was served via CM/ECF, upon the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951


Via Electronic Mail upon the following:

Earl D. Reiland, Esquire
Thomas R. Johnson, Esquire
Thomas J. Leach, Esquire
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Edmond D. Johnson (DE Bar #2257)

#8277472 v1