IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC. | : |
| : | CIVIL ACTION |
| Plaintiff, | : |
| : | |
| v. | : NO. 05-486 (GMS) |
| : | |
| THE TORO COMPANY, | : |
| : | |
| Defendant. | : |

## NOTICE OF VIDEOTAPED DEPOSITION OF DONALD LACKNER

To:   The Toro Company and its attorneys:

Anthony R. Zeuli
MERCHANT & GOULD
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

PLEASE TAKE NOTICE that Plaintiff, Textron Innovations Inc., will take the deposition by oral examination of Donald Lackner is commencing on **February 27, 2007**, beginning at **9:00 a.m.** at the offices of Hunton & Williams 1900 K Street, N.W. Washington DC 20006 or at some other place mutually agreed upon by counsel.

Said deposition will be taken by stenographic and videographic means before a notary public and will continue from day to day as necessary until completed.

#8319687 v1

This Notice serves as formal notice of the deposition informally notices on February 12, 2007.

Dated: February 14, 2007

By: _____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500


**Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.**

## CERTIFICATE OF SERVICE

I Edmond D. Johnson, hereby certify that on February 14, 2007 a true and correct copy of the foregoing Notice of Service was served via CM/ECF, upon the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951


Via Electronic Mail upon the following:

Earl D. Reiland, Esquire
Thomas R. Johnson, Esquire
Thomas J. Leach, Esquire
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

                                                    Edmond D. Johnson (DE Bar #2257)