## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of Minnesota and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: February 20, 2007            FREDRIKSON & BYRON, P.A.

*[signature]*
Kurt Niederluecke
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
(612) 492-7328

Attorneys for Plaintiff Textron Innovation Inc.