IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
|       Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-486 (GMS) ) ) **JURY TRIAL DEMANDED** |
| THE TORO COMPANY, | ) ) |
|       Defendant. | ) |

### NOTICE OF PAPER FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and is available in paper form only:

**TORO'S MOTION FOR LEAVE TO
FILE A SECOND AMENDED PRIOR ART STATEMENT**

**EXHIBITS 1-5 TO TORO'S MOTION FOR LEAVE TO
FILE A SECOND AMENDED PRIOR ART STATEMENT**

The original document is maintained in the case file in the Clerk's Office.

                                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:

| | |
|---|---|
| Earl D. Reiland<br>Anthony R. Zeuli<br>Thomas J. Leach<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel: (612) 332-5300<br><br>Dated: February 20, 2007<br>778929/29362 | By: */s/ David E. Moore*<br>     Richard L. Horwitz<br>     David E. Moore<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     Wilmington, Delaware 19801<br>     Tel: (302) 984-6000<br>     rhorwitz@potteranderson.com<br>     dmoore@potteranderson.com<br><br>     *Attorneys for Defendant The Toro Company* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 20, 2007, the attached document was electronically mailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19899-1709
Johnsone@pepperlaw.com
kovacht@pepperlaw.com

I hereby certify that on February 20, 2007, I have Electronically Mailed and Federal Expressed the documents to the following:

Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC 20006-1109
srobertson@hunton.com
ccampbell@hunton.com
mlouey@hunton.com
lmarlatt@hunton.com
fmckeon@hunton.com
dmckim@hunton.com
jalbert@hunton.com

David Young
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
mpphelps@hunton.com
dyoung@hunton.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

695031 / 29362