## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of District of Columbia, Virginia and Georgia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: February 20, 2007

HUNTON & WILLIAMS

_____
Robert A. King
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, GA 30308-2216
(404) 888-4136

Attorneys for Plaintiff Textron Innovation Inc.