## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 21st day of February, 2007, I caused a copy of the foregoing *Motion and Order for Admission Pro Hac Vice* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951

Via first class mail upon:

Earl D. Reiland, Esquire
Thomas R. Johnson, Esquire
Thomas J. Leach, Esquire
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

/s/ Thomas H. Kovach
Thomas H. Kovach (DE Bar #3964)

#8342717 v1