## IN THE UNITED STATES DISTRICT COURT
## FOR THE DELAWARE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 05-486 (GMS) |
| | : | |
| THE TORO COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### NOTICE OF SERVICE

I, Thomas H. Kovach, hereby certify that a copy of the following documents

Rebuttal Report of Harry F. Manbeck, Jr.          February 20, 2007

Expert Report Relating to Patent Validity of          February 20, 2007
Richard L. Parish, PH.D., PE

were served upon the following parties on the date and in the manner indicated:

**VIA FACSIMILE**
Anthony R. Zeuli
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Dated: February 23, 2007

**VIA ELECTRONIC MAIL**
Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

By: _____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

#8356930 v1

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone:  (202) 955-1500

**Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.**

#8356930 v1