IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC. | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05-486 (GMS) |
| | : | |
| THE TORO COMPANY, | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, Thomas H. Kovach, hereby certify that a copy of the following documents

| | |
|---|---|
| Expert Report of Harry F. Manbeck, Jr. | January 26, 2007 |
| Expert Report of Larry W. Evans under Rule 26(a)(2)(b) | January 26, 2007 |
| Expert Report on Damages Richard B. Troxel | January 26, 2007 |
| Initial Infringement Expert Report of Richard L. Parish, PHD, PE | January 26, 2007 |
| Supplemental Expert Report of Larry W. Evans under Rule 26(a)(2)(b) | February 22, 2007 |
| Supplemental Expert Report on Damages Richard B. Troxel | February 22, 2007 |

were served upon the following parties on the date and in the manner indicated:

#8356904 v1

-2-

**VIA OVERNIGHT DELIVERY**
Anthony R. Zeuli
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402


Dated: February 23, 2007

**VIA OVERNIGHT DELIVERY**
Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

By: _____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500


**Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.**

#8356904 v1