IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 05-486 (GMS) |
| THE TORO COMPANY, | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I hereby certify that on February 27, 2007, a true and correct copy of the following documents:

- **Textron Innovation Inc.'s Third Supplemental Interrogatory Answers to Toro's First Set of Interrogatories**

- **Textron Innovation Inc.'s Amended Rule 26(a)(1) Disclosures**

were served on the following individuals via electronic mail:

Anthony R. Zeuli
Carol Firner
Earl Reiland
Kaye Holst
Nicole Benham
Thomas Leach
Abigal Reis
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000

By: _____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

#8366165 v1

-2-

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500

**Attorneys for Plaintiff
TEXTRON INNOVATIONS INC.**