**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 05-486 (GMS) |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| THE TORO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant The Toro Company, hereby certifies that

copies of the following documents were caused to be served on February 28, 2007, upon

the following attorneys of record at the following addresses as indicated:

SUPPLEMENTAL EXPERT REPORT AND DISCLOSURE OF
JULIE L. DAVIS

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL DELIVERY**

Edmond D. Johnson
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19899-1709
Johnsone@pepperlaw.com
kovacht@pepperlaw.com

Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC 20006-1109
srobertson@hunton.com
ccampbell@hunton.com
mlouey@hunton.com
lmarlatt@hunton.com
fmckeon@hunton.com
dmckim@hunton.com

**VIA ELECTRONIC MAIL DELIVERY**

David Young
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
mpphelps@hunton.com
dyoung@hunton.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Earl D. Reiland                          By:    /s/ David E. Moore
Anthony R. Zeuli                                Richard L. Horwitz (#2246)
Thomas R. Johnson                               David E. Moore (#3983)
Thomas J. Leach                                 Hercules Plaza, 6th Floor
MERCHANT & GOULD P.C.                           1313 N. Market Street
3200 IDS Center                                 Wilmington, Delaware 19899-0951
80 South 8th Street                             (302) 984-6000
Minneapolis, MN  55402                          rhorwitz@potteranderson.com
Tel:  (612) 332-5300                            dmoore@potteranderson.com

Dated:  February 28, 2007                *Attorneys for Defendant The Toro Company*
780429 / 29362

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 28, 2007, the attached

document was electronically mailed and hand delivered to the following persons and was

electronically filed with the Clerk of the Court using CM/ECF which will send

notification to the registered attorney(s) of record that the document has been filed and is

available for viewing and downloading:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19899-1709
Johnsone@pepperlaw.com
kovacht@pepperlaw.com

I hereby certify that on February 28, 2007, I have Electronically Mailed and

Federal Expressed the documents to the following:

Christopher C. Campbell
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC 20006-1109
srobertson@hunton.com
ccampbell@hunton.com
mlouey@hunton.com
lmarlatt@hunton.com
fmckeon@hunton.com
dmckim@hunton.com
jalbert@hunton.com

David Young
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
mpphelps@hunton.com
dyoung@hunton.com

By:  /s/ David E. Moore
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

695031 / 29362