IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-486 (GMS) |
| ) | |
| THE TORO COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS on February 28, 2007, the parties in the above-captioned action submitted a joint letter to present their respective arguments on whether good cause exists for a fourth discovery conference (D.I. 209); and

WHEREAS Toro requests a short extension from the February 28, 2007 close of discovery to complete the deposition of Nunes Manufacturing Inc., and Textron opposes the extension.

IT IS HEREBY ORDERED THAT:

Toro's request for a two-week extension to the discovery deadline is GRANTED for the limited purpose of completing the deposition of Nunes Manufacturing Inc.

Dated: March 2, 2007                              /s/ Gregory M. Sleet
                                                  UNITED STATES DISTRICT JUDGE