IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC. | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 05-486 (GMS) |
| THE TORO COMPANY, | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

I hereby certify that on February 28, 2007, a true and correct copy of the following document:

**Supplemental Expert Report Relating to Patent Validity of Richard L. Parish, Ph.D., PE**

was served on the following individuals via electronic mail:

Anthony R. Zeuli
Carol Firner
Earl Reiland
Kaye Holst
Nicole Benham
Thomas Leach
Abigal Reis
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

Richard L. Horwitz
David E. Moore
Nancy McMenamin
Nicole Tarantino
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000

By: _____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

#8371744 v1

-2-

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500


**Attorneys for Plaintiff**
**TEXTRON INNOVATIONS INC.**

#8371744 v1