# EXHIBIT 3

# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
1751 PINNACLE DRIVE
SUITE 1700
MCLEAN, VIRGINIA 22102

TEL  703 • 714 • 7400
FAX  703 • 714 • 7410

CHRISTOPHER C. CAMPBELL
Direct Dial: 703-714-7553
EMAIL:  CCAMPBELL@HUNTON.COM

November 27, 2006

FILE NO: 66866.000002

**Via E-Mail and Fed Ex**

Anthony Zeuli, Esq.
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Re:   <u>Textron Innovations Inc. v. The Toro Company</u>
      <u>Civil Action No. 05-486 (GMS)</u>

Dear Tony:

Enclosed with regard to the above case, please find documents TEXD 008850 through TEXD 011710.

Very truly yours,

Christopher C. Campbell

CCC/dpm
Enclosures

cc:   Textron Delaware Service List (via e-mail w/o encl.)
      Toro Delaware Service List (via e-mail w/o encl.)

# RANSOMES® 250

## Lightweight Fairway Mower



TEXD 009803

**RANSOMES**

**TEXTRON**
TURF CARE AND SPECIALTY PRODUCTS



# RANSOMES 250

With a Ransomes 250 lightweight fairway mower, you get more choices—in engine horsepower, cutting reels and drive trains. You can expect quality to be built into every part and system, front to back. But we've also designed the 250 to be easy to operate so you can maintain top mowing productivity—whether working on busy fairways or sports fields. Serviceability is another key 250 feature, with easy access to all engine and hydraulic components.

## Designed to Meet Diverse Needs



The Ransomes 250 gives you a choice of 28- or 33-horsepower and 2- or 4-wheel drive. All models feature proven, liquid-cooled Kubota diesel engines and reliable, easy-to-use hydrostatic control. The 250 is also designed to deliver true maneuverability and a light footprint to your turf.

You can choose from 7-, 9- and 11-blade reels to match a wide range of fairway conditions and applications. Whether cutting warm- or cool-season turfgrasses, the 250 gives a precise, uniform cut every time. Blades and bedknives are the highest quality and heat-treated for maximum durability.



**TEXD 009804**



## More Mower Choices

Both engine and hydraulic components are easy to access for routine maintenance. The engine cover is hinged at the back and easily tilts up, out of the way. Hydraulic components feature test ports for fast, easy diagnosis and service checks.

### Peak Performance and Productivity

The Ransomes 250 has five 22-inch reels and a 98-inch overall cutting width. To maximize fairway productivity, it offers mowing speeds up to 7.5 mph. Maximum transport speeds are a fast 15 mph with 4-wheel-drive models and 10 mph with 2-wheel-drive models. Reels are precision ground and dynamically balanced to ensure cutting quality and smooth operation. The cutting units "float" to prevent turf marking and have variable weight transfer for hugging ground contours.

Power to the cutting units is efficiently transmitted via direct hydraulic drive—putting more power at the reels. And, to enhance mowing versatility, the cutting units can be set to discharge clippings to the front or rear.



Count on the Ransomes 250 for sure, dependable operation over a wide variety of terrain. Large,



high-flotation tires provide increased traction and reduced compaction for mowing up slopes, across hills or in wet conditions. The 4-wheel-drive models automatically shift to 2-wheel drive for transport.

**TEXD 009805**



## An Operator's Dream

Another strength that sets the Ransomes 250 apart is the ease of operation designed and built into the machine. Single-foot-pedal speed control and power steering make it easy to stay productive all day long. The hydrostatic drive also provides positive braking and responsive control—whether mowing or transporting.

Take a look at the operator's station. First, it's positioned up front for increased visibility of the cutting units. Second, the tilt steering and all controls are within easy reach. And third, the deluxe high-back seat is fully adjustable for the ultimate in operator comfort and productivity.

It's easy to make precise reel-to-bedknife adjustments with the hand microadjusters on each cutting unit. No tools are required. And adjusting the cutting height from 0.5 inches to 1.5 inches is easily done with a single wrench.

The Ransomes 250 streamlines crosscutting operations with a front-to-rear sequential lift of the cutting units. This versatility makes the 250 one of the most valuable mowers on your golf course.





TEXD 009806



## Built to Last

From the sturdy, heavy-duty steel chassis to the rugged hydrostatic drive system, we've designed the Ransomes 250 to stand up to the toughest mowing conditions and deliver years of trouble-free performance. Heavy-duty hydraulic pumps provide dependable operation and utilize Turf Protector™ biodegradable hydraulic fluid to help protect turf from oil-related damage. Powerful Kubota engines meet CARB specifications. And every component inside and out has been built to the most exacting quality standards.



*The Ransomes 250 features easy-to-operate hydrostatic drive. The hydraulic system is a clean, new design with rugged steel tubing locked in place for greater durability and ease of maintenance.*



*The sturdy chassis is constructed of heavy-duty plate steel.*

**TEXD 009807**





- Hydrostatic power steering
- Comfortable, fully adjustable high-back seat
- Easy-open hood for access to all key maintenance areas
- All controls are easy to reach
- Choice of dependable 28- and 33-hp Kubota diesel engines
- Light footprint minimizes compaction
- Choice of 2- and 4-wheel-drive models
- Cutting units are counterbalanced with hydraulic weight transfer
- Diagnostic test ports make checking hydraulics easy
- Direct hydraulic drive delivers more power to the reels
- Turf Protector™ biodegradable hydraulic fluid helps protect turf
- Choice of 7-, 9- and 11-blade reels
- Rugged steel hydraulic tubing is more durable and easier to maintain

TEXD 009808







### Call for a Free Demonstration

For a free demonstration of the Ransomes 250 fairway mower, call 1-888-922-TURF. We'll give you the name and location of your nearest Textron Turf Care And Specialty Products dealer.
FAX: (414) 635-1175.

TEXD 009809

# Specifications

**33-HP DIESEL**
- Engine Model .............................. Kubota V1305, 4-cylinder, liquid-cooled diesel
- Horsepower (@3,000 rpm) .............................................. 33 (25 kW)
- (@3,600 rpm) .............................................. 38 (29 kW)
- Displacement .............................................. 81.47 cu. in. (1,335 cc)
- Cooling ..................... Pressurized, sealed cooling system, 7-blade fan; coolant capacity 6 qts. (5.7 l)
- Lubrication .......................... Full-pressure system with spin-on, full-flow oil filter
- Electrical System .......................... 12V, 1.4 kW starter, 30-amp alternator, key start

**28-HP DIESEL**
- Engine Model .............................. Kubota D1105, 3-cylinder, liquid-cooled diesel
- Horsepower (@3,000 rpm) .............................................. 28 (21 kW)
- Displacement .............................................. 68.58 cu. in. (1,124 cc)
- Cooling ..................... Pressurized, sealed cooling system, 7-blade fan; coolant capacity 5.5 qts. (5.2 l)
- Lubrication .......................... Full-pressure system with spin-on, full-flow oil filter
- Electrical System .......................... 12V, 1.0 kW starter, 30-amp alternator, key start

**VEHICLE**
Traction Drive:
- 4-wheel drive models ............. Direct-coupled variable displacement pump; patented 4-wheel drive valve, front and rear wheel motors, 2-wheel drive for transport
- 2-wheel drive models ................. Direct-coupled variable displacement pump; front wheel motors

Reel Drive .................... Forward/neutral/reverse valve with hand lever operation; cutting units driven with fixed displacement motors directly coupled to reels; hand-controlled valve for reel speed adjustment

Hydraulic System .. 10 gal. (38 l) capacity, Turf Protector™ biodegradable hydraulic fluid used, 10-micron filter, diagnostic hydraulic test ports

Steering .............................................. Hydrostatic power steering with tilt wheel

Fuel Tank .............................................. 12 gal. (46 l)

Tires
- Front (2) .............................. 26.5 x 14.00-12, 4-ply, turf tread
- Rear (2) .............................. 20 x 10.00-8, 4-ply, turf tread
- Ground pressure .............................. 9 psi (0.6 kg per sq. cm.)

Brakes
- Service ........................... Hydrostatic drive provides positive braking
- Parking ............................. 10.25 in. x 1.75 in. (260 mm x 45 mm) band brakes at front wheels, foot-operated

Frame ................ Heavy-duty formed steel chassis with box section frame rails

Instruments ............. Hourmeter, coolant temperature gauge, engine oil light, battery light, high hydraulic temperature light, glow plug indicator, fuel level gauge

Controls ...... Key ignition switch, hand throttle, parking brake, forward/reverse foot treadle, reel lift lever with automatic reel shutoff and safety interlock restart, backlapping control lever, variable reel speed control, variable weight transfer control, 2- or 4-wheel drive selector (on 4-wheel-drive models)

Seat (optional) .... Choice of Milsco or Grammer high-back, vinyl-covered deluxe suspension seat, 5 in. (127 mm), forward/backward adjustment

Mowing Speed:
- 4-wheel-drive models .............................................. 0 - 7.5 mph (0 - 12 km/h)
- 2-wheel-drive models .............................................. 0 - 7 mph (0 - 11 km/h)

Transport Speed:
- 4-wheel-drive models .............................................. 0 - 15 mph (0 - 24 km/h)
- 2-wheel-drive models .............................................. 0 - 10 mph (0 - 16 km/h)

Reverse Speed .............................................. 0 - 4 mph (0 - 6.4 km/h)

**MOWER**
- Reel Number and Size ........ (5) 22-in. (559 mm) reels, choice of 6.5-in. (165 mm) or 5-in. (127 mm) diameter, supported by equal length lift arms
- Blades .............................................. 7, 9 or 11 blades
- Cutting Unit Construction .............................. Heavy-duty, welded pressed steel
- Suspension ................ Steerable, floating units with variable weight transfer system
- Weight Transfer ........ Cutting units counterbalanced with hydraulic weight transfer
- Cutting Unit Lift .............................. Single lift to 5 units, front-to-rear sequential lift for crosscut capability
- Reel-to-Bedknife Adjustment .............................................. Hand microadjusters
- Front Roller .............................. 3-in. (76 mm) diameter grooved roller, standard
- Rear Roller .............................. 3-in. (76 mm) diameter smooth roller, standard
- Cutting Frequency:
  - 0.47 in. (12 mm) at 5 mph (83 cuts per meter at 8 km/h) with 7-blade reels;
  - 0.34 in. (9 mm) at 5 mph (112 cuts per meter at 8 km/h) with 9-blade reels;
  - 0.30 in. (7.6 mm) at 5 mph (125 cuts per meter at 8 km/h) with 11-blade reels
- Overall Cutting Width .............................................. 98 in. (2.5 m)
- Height of Cut:
  - 7-/11-blade, 6.5-in. reels ...... 0.5 in. to 1.5 in. (12.7 mm to 38 mm); 0.25 in. to 1.5 in. (6.4 mm to 38 mm) with optional bedknife
  - 9-blade, 5-in. reel ......... 0.5 in. to 1.25 in. (12.7 mm to 31.8 mm); 0.25 in. to 1.25 in. (6.4 mm to 31.8 mm) with optional bedknife
- Height-of-Cut Adjustment .............. Front roller by wrench; rear roller by wrench within incremental "low" or "high" range
- Cutting Performance ...................... 4.2 acres/hr at 5.6 mph (1.7 ha/hr at 9 km/h)

**DIMENSIONS**
Overall Length:
- With grass catchers .............................................. 114.5 in. (2.9 m)
- Without grass catchers .............................................. 102.5 in. (2.6 m)

Wheelbase .............................................. 58 in. (1.5 m)
Overall Height .............................................. 56 in. (1.4 m)
Overall Width:
- Mowing .............................................. 108 in. (2.7 m)
- Transport .............................................. 84 in. (2.1 m)

Operating Weight (With reels):
- 33-hp, 4-wheel-drive models .............................................. 2,800 lb. (1,270 kg)
- 33-hp, 2-wheel-drive models .............................................. 2,610 lb. (1,184 kg)
- 28-hp, 4-wheel-drive models .............................................. 2,720 lb. (1,234 kg)
- 28-hp, 2-wheel-drive models .............................................. 2,530 lb. (1,148 kg)

**ACCESSORIES**
Grass catchers; 7-, 9- or 11-blade reels; verticut reels; smooth front roller, smooth rear roller scraper, grooved front roller scraper, 2-post ROPS, headlights, deluxe seat, TPS™ hydraulic oil leak detection system.

NOTE: Specifications, while correct at time of printing, may change without notice. This product complies with B71.4 - 1990, ANSI voluntary safety specifications. TPS™ and Turf Protector™ are trademarks of Textron Turf Care And Specialty Products. Ransomes® is a registered trademark of Textron Turf Care And Specialty Products.

---

For a free demonstration call **1-888-922-TURF**. We'll give you the name and location of your nearest Textron Turf Care And Specialty Products dealer.

**Your Safety Is Important To Us**

Before operating any turf maintenance equipment, consult your operator's manual and training video for safe operating and maintenance procedures.

**TEXD 009810**

**RANSOMES  CUSHMAN  JACOBSEN  RYAN**



RANSOMES
TEXTRON
TURF CARE AND SPECIALTY PRODUCTS

1721 Packard Avenue, Racine, WI 53403-2564
LR-945014-1198-0 © 1998 Textron Turf Care And Specialty Products. All rights reserved. Printed in U.S.A.

# Ransomes® 250
## LIGHTWEIGHT FAIRWAY MOWER



### ■ DESIGNED TO PERFORM
- Floating heads with variable weight transfer hug ground contours
- 22" x 6.5" reels or 22" x 5" reels
- 7-, 9- or 11-blade reels, precision ground and dynamically balanced
- Crosscut capability standard
- Front or rear discharge
- Large 26.5 x 14.00-12 front tires coupled with 20 x 10.00-8 rear tires provide increased traction and reduced compaction
- 2-wheel or 4-wheel drive models
- Turf Protector™ biodegradable hydraulic fluid

### ■ PRODUCTIVE
- 98" cutting swath
- 7- to 7.5-mph mowing speed
- 10- to 15-mph transport speed
- 23-, 28- or 33-hp Kubota, liquid-cooled diesel engine
- Direct hydraulic drive to cutting units
- Hydrostatic drive

### ■ SERVICEABLE
- Backlap through reel control lever
- Easy accessibility of hydraulics and power unit
- Diagnosis of hydraulics through test ports
- Interchangeable cutting heads

### ■ EASY TO OPERATE
- Cutting height adjustment from 0.25" to 1.5"
- Reel to bedknife adjustment is through hand microadjusters on 6.5" reels or opposed set screw adjustment on 5" reels
- Operator positioned up front for increased visibility of cutting units
- Single foot pedal speed control

### ■ DESIGNED FOR COMFORT
- Deluxe, fully adjustable high-back seat
- Power steering
- Tilt steering wheel
- All controls within easy reach of operator

### ■ BUILT TO LAST
- Rugged hydrostatic drive system
- Blades and bedknives are of the highest quality and hardness
- Sturdy chassis constructed of heavy-duty plate steel
- Heavy-duty hydraulic pumps
- MegaTuff® hydraulic hoses
- Proven Kubota engines meet CARB specifications



**RANSOMES CUSHMAN RYAN**
For The Best Results

TEXD 009811

# Specifications

**RANSOMES® 250 LIGHTWEIGHT FAIRWAY MOWER**
Model 945000, 23 hp, 2-Wheel Drive
Model 945001, 28 hp, 2-Wheel Drive
Model 945002, 28 hp, 2-/4-Wheel Drive
Model 945003, 33 hp, 2-/4-Wheel Drive
Model 945009, 33 hp, 2-Wheel Drive

■ **STANDARD FEATURES**
Heavy-duty formed steel chassis with box section frame rails; hand throttle; fuel level; water temperature gauge; hour meter; parking brake; reel lift lever with automatic reel shutoff and safety interlock restart; backlapping control lever; variable reel speed control; variable weight transfer control; Turf Protector™ biodegradable hydraulic fluid
Model 945002/945003: 2- or 4-wheel drive selector

■ **POWER**
Model 945000:
  Engine: 3-cylinder, liquid-cooled Kubota, diesel
  Horsepower: 23 hp (17.2 kW) at 3000 rpm
  Displacement: 54.86 cu in (899 cc)
  Fuel Tank: 12-gal (46 L) high density polyethylene tank
Models 945001/945002:
  Engine: 3-cylinder, liquid-cooled Kubota, diesel
  Horsepower: 28 hp (21 kW) at 3000 rpm
  Displacement: 68.58 cu in (1124 cc)
  Fuel Tank: 12-gal (46 L) high density polyethylene tank
Models 945003/945009:
  Engine: 4-cylinder, liquid-cooled Kubota, diesel
  Horsepower: 33 hp (25 kW) at 3000 rpm; 38.5 hp (29 kW) at 3600 rpm
  Displacement: 81.47 cu in (1335 cc)
  Fuel Tank: 12-gal (46 L) high density polyethylene tank

■ **DRIVETRAIN**
Traction Drive:
  Models 945000/945001/945009: Direct couple variable displacement pump; wheel motors
  Model 945002/945003: Full-time 4-wheel drive (2-wheel drive for transport); direct couple variable displacement pump; patented 4-wheel drive valve; front and rear wheel motors
Reel Drive: Forward/neutral/reverse valve with hand lever operation; cutting units driven with fixed displacement motors directly coupled to reels; hand controlled valve for reel speed adjustment

■ **PERFORMANCE**
Speed Control: Single foot pedal operating infinitely variable hydrostatic transmission
Speed:
  Models 945000/945001/945009:
    Cutting: 7 mph (11 km/h)
    Transport: 10 mph (16 km/h)
    Reverse: 4 mph (6.4 km/h)
  Model 945002/945003:
    Cutting: 7.5 mph (12 km/h)
    Transport: 15 mph (24 km/h)
    Reverse: 4 mph (6.4 km/h)

■ **HYDRAULICS**
Capacity 10 gal (38 L) Turf Protector™ biodegradable hydraulic fluid, 10 micron filter; diagnostic hydraulic test ports

■ **BRAKES**
Hydrostatic drive provides positive braking; self-energizing 10.25" x 1.75" (260 mm x 45 mm) band brakes at front wheels; foot operated parking brake

■ **TIRES**
Front: 26.5 x 14.00-12, 4-ply turf tread
Rear: 20 x 10.00-8, 4-ply turf tread
Ground Pressure: 9 psi (0.6 kg/cm²)

*Specifications subject to change without notice.*
*Meets ANSI B71.4 specifications.*

■ **STEERING**
Hydrostatic power steering with tilt wheel

■ **SEAT**
High-back, vinyl covered, suspension adjustable for operator's weight, 5" (127 mm) forward and backward adjustment

■ **CUTTING UNITS (optional)**
Type: Five 22" (559 mm) reels supported by equal length lift arms
Construction: Heavy-duty, welded pressed steel
Weight Transfer: Cutting units counterbalanced with hydraulic weight transfer
Cutting Unit Lift: Single lift to 5 units, front-to-rear sequential lift for crosscut capability
Suspension: Steerable floating head with variable weight transfer system
Model 945000:
  Cutting Reel: 9 blades, 5" (127 mm) diameter
  Height of Cut Adjustment: Front roller by wrench
  Bedknife to Reel Adjustment: Dual opposed set screw
  Bedknife and Bedbar: Replaceable bedknife mounted onto cast-iron bedbar
  Groomer: 0.50" (13 mm) spacing with 2.5" (64 mm) roller, optional
  Front Roller: 3" (76 mm) diameter grooved roller standard; 3" (76 mm) smooth roller optional
  Rear Roller: 2.5" (64 mm) smooth roller standard; 2.5" (64 mm) grooved roller, optional
  Clip Rate: 0.067"/mph, 0.34" (9 mm) at 5 mph (8 km/h)
Models 945001/945002/945003/945009:
  Cutting Reel: 7 or 11 blades, 6.5" (165 mm) diameter
  Height of Cut Adjustment: Front roller by wrench adjustment; rear roller by wrench adjustment within incremental "low" or "high" range
  Reel to Bedknife Adjustment: Hand microadjusters
  Bedknife and Bedbar: Replaceable bedknife mounted onto steel bedbar
  Front Roller: 3" (76 mm) diameter grooved roller standard; 3" (76 mm) smooth roller, optional
  Rear Roller: 3" (76 mm) smooth roller standard; 3" (76 mm) grooved roller, optional
  Clip Rate: 0.094"/mph, 0.47" (12 mm) at 5 mph (8 km/h) with 7 blade; 0.060"/mph, 0.30" (8 mm) at 5 mph (8 km/h) with 11 blade
Rate: 4.2 acres/hr at 5.6 mph (1.7 ha/hr at 9 km/h)
Height of Cut:
  Model 945000: 0.375" to 1.25" (9.5 mm to 32 mm)
  Model 945001/945002/945003/9450096: 0.375" to 1.5" (9.5 mm to 38 mm)

■ **DIMENSIONS**
Cutting Width: 98" (2.5 m)
Transport Width: 84" (2.1 m)
Overall Width: 108" (2.7 m)
Overall Height: 56" (1.4 m)
Overall Length With Catchers: 114.5" (2.9 m)
Overall Length Without Catchers: 102.5" (2.6 m)
Weight Without Reels:
  Model 945000: 1806 lb (819 kg)
  Model 945001: 1806 lb (819 kg)
  Model 945002: 1995 lb (905 kg)
  Model 945003: 2075 lb (941 kg)
  Model 945009: 1885 lb (855 kg)
Weight With Reels:
  Model 945000: 2356 lb (1069 kg)
  Model 945001: 2530 lb (1148 kg)
  Model 945002: 2720 lb (1234 kg)
  Model 945003: 2800 lb (1270 kg)
  Model 945009: 2610 lb (1184 kg)

■ **OPTIONS**
7-, 9- or 11-blade reels; 3" (76 mm) smooth front roller; scrapers; grass catchers; groomer; verticut head; headlights; 2-post ROPS; deluxe seat; *TPS™ hydraulic oil leak detection system

\* *Patent pending.*

For a free demonstration call 1-800-228-4444. We'll give you the name and location of your nearest dealer. FAX (402) 474-8700.



**RANSOMES**
**CUSHMAN**
**RYAN**
For The Best Results

900 North 21st Street, P.O. Box 82409, Lincoln, NE 68501-2409
E815030 Rev. 1/97 © Ransomes America Corporation 1997. All rights reserved.

TEXD 009812



# The New Lightweight Champion

## Introducing the Ransomes® 250 Fairway Mower

No lightweight contender stands a chance against the 250's winning combination of features. All you have to do is demo the 250 to appreciate its drive to outperform, outpower, outproduce and outmaneuver any mower in its weight class.

Floating cutting heads closely hug the turf and rugged



hydrostatic drive grips the terrain for an unsurpassed cut. Even weight distribution eliminates "bouncing" for a smooth, clean finish. The 23-, 28- or 33-horsepower engine muscles the 250 up inclines or around any obstacle, but not at the expense of agility. The 250 is extremely quick on its feet.

Before you put your money behind any other lightweight, give the Ransomes® 250 a workout. It's the only mower to have in your corner for a winning performance on the fairway. Ransomes...the reel thing.

For a free demonstration or the name of the Ransomes dealer nearest you, call 1-800-228-4444.



**RANSOMES**
Driven to be the best.

© Ransomes America Corporation 1995. All rights reserved.

(PUT YOUR LOGO, NAME, ADDRESS AND TELEPHONE NUMBER HERE)

TEXD 009813