# EXHIBIT 6

# TEXTRON

🖨 Click to Print

## Textron Sells Jacobsen® Commercial Grounds Care Product Lines
*Sale confirms Jacobsen focus on golf and professional turf equipment markets*

**Providence, RI – August 21, 2006** – Textron Inc. (NYSE: TXT) announced that the Jacobsen business unit has sold its commercial grounds care product lines to Commercial Grounds Care, Inc., an affiliate of Schiller-Pfeiffer, Inc., located in Southampton, Pennsylvania. The sale includes the Jacobsen Johnson Creek, Wisconsin manufacturing facility, a leased service parts facility in Dalton, Ohio and products branded BOB-CAT®, Bunton®, Ryan®, Steiner™ and Brouwer®. The transaction closed on Friday, August 18 with undisclosed terms.

The sale of the commercial grounds care product lines allows Jacobsen to heighten the focus on its golf and professional turf-related markets with equipment manufactured in Charlotte, North Carolina and Ipswich, England. It also advances Textron's portfolio strategy, which has included significant divestitures of non-core manufacturing businesses representing more than $4.4 billion in annual revenues and the elimination of $1.4 billion in non-core finance receivables from its Textron Financial unit over the past five years.

"Jacobsen has made a strategic decision to focus on its professional turf business which includes golf course, sports turf and municipal grounds equipment," says Dan Wilkinson, president, Jacobsen, a Textron Company. "Although the commercial grounds care division offers strong brand names and an excellent facility in Johnson Creek, it is not consistent with Jacobsen's long-term growth strategy."

Jacobsen's Commercial Grounds Care product lines are developed and manufactured by 160 employees and are sold through an independent distribution network of outdoor power equipment distributors and dealers.

### About Commercial Grounds Care Inc.

Commercial Grounds Care, Inc. is an affiliate of Schiller-Pfeiffer, Inc., located in Southampton, Pennsylvania. Schiller-Pfeiffer, Inc. is the manufacturer of the Little Wonder®, Mantis® and Classen® brands of landscaping and gardening products.

### About Jacobsen, A Textron Company

Jacobsen manufactures a full range of turf maintenance equipment and vehicles for golf courses, sports fields, and municipal grounds applications. The company markets Jacobsen brand products internationally through an extensive independent distribution network, and Ransomes brand products through independent distribution in Europe, the Middle East and Africa. Jacobsen is a Textron company and is headquartered in Charlotte, NC. Additional information is available at www.jacobsen.com.

### About Textron

Textron Inc. is a $10 billion multi-industry company operating in 33 countries with approximately 37,000 employees. The company leverages its global network of aircraft, industrial and finance businesses to provide customers with innovative solutions and services. Textron is known around the world for its powerful brands such as Bell Helicopter, Cessna Aircraft, Jacobsen, Kautex, Lycoming, E-Z-GO and Greenlee, among others. More information is available at www.textron.com.

Home | About Textron | Textron Businesses | Newsroom | Investor Relations | Careers
Privacy Policy | Terms & Conditions | Legal | Site Map | Text Only

🖨 Click to Print

Copyright © 2007 Textron Inc. All Rights Reserved

http://investor.textron.com/newsroom/RoomDetail.cfm?PrintPage=yes&ReleaseID=20781...   3/6/2007