## CERTIFICATE OF SERVICE

I, Thomas H. Kovach, hereby certify that on the 7th day of March, 2007, I caused a copy of the foregoing *Plaintiff Textron Innovations Inc.'s Brief in Opposition to Defendant's Untimely Motion for Leave to File a Second Amended Prior Art Statement (filed February 21, 2007)* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951

Via first class mail upon:

Earl D. Reiland, Esquire
Thomas R. Johnson, Esquire
Thomas J. Leach, Esquire
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Thomas H. Kovach (No. 3964)