IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TORO COMPANY, ) <br> ) <br> Defendant. ) | C.A. No. 05-486 (GMS) <br><br> **JURY TRIAL DEMANDED** |

**MOTION TO STAY LITIGATION PENDING DETERMINATION OF ITS
REQUESTS FOR REEXAMINATION BY THE U.S. PATENT OFFICE
AND FOR EXPEDITED TREATMENT**

Defendant The Toro Company ("Toro") hereby moves this Court for a stay of this case in favor of Toro's recently filed requests for reexamination of all of the asserted claims of the patents-in-suit. Toro further moves for expedited treatment and briefing on this motion. The grounds for this motion are set forth in the accompanying memorandum of law and supporting papers, filed contemporaneously herewith. A proposed Order is attached for the Court's convenience.

Pursuant to Local Rule 7.1.1., counsel for Toro contacted counsel for Plaintiff about the attached motion. Plaintiff opposes Toro's motion.

Respectfully submitted,

OF COUNSEL:

Earl D. Reiland
Anthony R. Zeuli
Thomas J. Leach
MERCHANT & GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 332-5300

Dated: March 23, 2007
785235 / 29362

POTTER ANDERSON & CORROON LLP

By:   /s/ David E. Moore
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, Delaware 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Defendant The Toro Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 23, 2007, the attached document was electronically mailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE  19899-1709
Johnsone@pepperlaw.com
kovacht@pepperlaw.com

I hereby certify that on March 23, 2007, I have Electronically Mailed and Federal Expressed the documents to the following:

| | |
|---|---|
| Christopher C. Campbell<br>Hunton & Williams LLP<br>1900 K Street, N.W.<br>Washington, DC  20006-1109<br>srobertson@hunton.com<br>ccampbell@hunton.com<br>mlouey@hunton.com<br>lmarlatt@hunton.com<br>fmckeon@hunton.com<br>dmckim@hunton.com<br>jalbert@hunton.com<br>rking@hunton.com | David Young<br>Hunton & Williams LLP<br>1751 Pinnacle Drive, Suite 1700<br>McLean, Virginia 22102<br>mpphelps@hunton.com<br>dyoung@hunton.com |

695031 / 29362

Kurt Niederluecke
Fredrikson & Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
kniederluecke@fredlaw.com

                By: */s/ David E. Moore*
                   Richard L. Horwitz
                   David E. Moore
                   Hercules Plaza, 6th Floor
                   1313 N. Market Street
                   Wilmington, Delaware 19899-0951
                   (302) 984-6000
                   rhorwitz@potteranderson.com
                   dmoore@potteranderson.com