IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 05-486 (GMS) ) ) **JURY TRIAL DEMANDED** |
| THE TORO COMPANY, | ) ) |
| Defendant. | ) |

## ORDER

Having considered Toro's Motion To Stay Litigation Pending Determination Of Its Requests For Reexamination By The U.S. Patent Office And For Expedited Treatment, IT IS HEREBY ORDERED, this _____ day of _____, 2007, that the Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE