IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-486 (GMS) |
| ) | |
| THE TORO COMPANY, ) | ATTORNEYS' EYES ONLY |
| ) | SUBJECT TO PROTECTIVE |
| Defendant. ) | ORDER |

**TEXTRON INNOVATIONS INC.'S OPPOSITION TO THE
TORO COMPANY'S MOTION TO STAY LITIGATION
PENDING DETERMINATION OF ITS BELATED REQUESTS FOR
REEXAMINATION BY THE U.S. PATENT OFFICE [FILED UNDER SEAL]**

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

OF COUNSEL:
Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

*Attorneys for Plaintiff
Textron Innovations Inc.*

Dated: April 6, 2007

**THIS DOCUMENT WAS FILED UNDER SEAL**

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April 2007, I caused a copy of the foregoing *Textron Innovations Inc.'S Opposition To The Toro Company's Motion To Stay Litigation Pending Determination Of Its Belated Requests For Reexamination By The U.S. Patent Office [Filed Under Seal]* to be served:

Via hand delivery upon:

    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000

Via overnight courier:

    Earl D. Reiland
    Thomas R. Johnson
    Thomas J. Leach
    MERCHANT & GOULD P.C.
    3200 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402
    (612) 332-5300

Edmond D. Johnson (DE Bar #2257)