## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-486 (GMS) |
| | ) | |
| THE TORO COMPANY, | ) | ATTORNEYS' EYES ONLY |
| | ) | SUBJECT TO PROTECTIVE |
| Defendant. | ) | ORDER |

**DECLARATION OF EDMOND D. JOHNSON IN OPPOSITION
TO THE TORO COMPANY'S MOTION TO STAY LITIGATION PENDING
DETERMINATION OF ITS BELATED REQUESTS FOR REEXAMINATION
BY THE U.S. PATENT OFFICE [FILED UNDER SEAL]**

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell                    *Attorneys for Plaintiff*
HUNTON & WILLIAMS LLP                      *Textron Innovations Inc.*
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone:  (202) 955-1500
Facsimile:    (202) 778-2201

Dated:  April 6, 2007

**THIS DOCUMENT WAS FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April 2007, I caused a copy of the foregoing

*Declaration Of Edmond D. Johnson In Opposition To The Toro Company's Motion To Stay*

*Litigation Pending Determination Of Its Belated Requests For Reexamination By The U.S.*

*Patent Office [Filed Under Seal]* to be served:


Via hand delivery upon:

>
> Richard L. Horwitz
> David E. Moore
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19899-0951
> (302) 984-6000


Via overnight courier:

>
> Earl D. Reiland
> Thomas R. Johnson
> Thomas J. Leach
> MERCHANT & GOULD P.C.
> 3200 IDS Center
> 80 South 8th Street
> Minneapolis, MN 55402
> (612) 332-5300

Edmond D. Johnson (DE Bar #2257)