# Pepper Hamilton LLP
#### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Edmond D. Johnson
direct dial: 302.777.6539
direct fax: 302.691.4739
johnsone@pepperlaw.com

April 11, 2007

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Textron Innovations Inc. v. The Toro Company*
      *Civil Action No. 05-486*

Dear Judge Sleet:

      Plaintiff, Textron, requests oral argument on Defendant Toro's motion to stay this matter pending reexamination by the Patent Office. Briefing on the motion is now complete and the case is scheduled to go to trial in June.

Respectfully,

/s/ Edmond D. Johnson

Edmond D. Johnson (# 2257)

EDJ/kw

Cc:   Richard L. Horwitz, Esq. (via electronic filing)
      David E. Moore, Esq. (via electronic filing)