## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TEXTRON INNOVATIONS INC,          )
                                  )          C. A. No. 05-486 (GMS)
                    Plaintiff,    )
          v.                      )          **JURY TRIAL DEMANDED**
                                  )
THE TORO COMPANY,                 )          **PUBLIC VERSION**
                                  )
                    Defendant.    )

## DECLARATION OF DAVID E. MOORE IN SUPPORT OF
## THE TORO COMPANY'S REPLY MEMORANDUM IN SUPPORT OF
## ITS MOTION TO STAY LITIGATION PENDING DETERMINATION OF ITS
## <u>REQUESTS FOR REEXAMINATION BY THE U.S. PATENT OFFICE</u>

|  |  |
|---|---|
| | Richard L. Horwitz (#2246) |
| | David E. Moore (#3983) |
| | POTTER ANDERSON & CORROON LLP |
| | Hercules Plaza 6th Floor |
| | 1313 N. Market Street |
| | P.O. Box 951 |
| OF COUNSEL: | Wilmington, DE 19899 |
| | Tel: (302) 984-6000 |
| Earl D. Reiland | rhorwitz@potteranderson.com |
| Anthony R. Zeuli | dmoore@potteranderson.com |
| Thomas J. Leach | |
| MERCHANT & GOULD P.C. | *Attorneys for Defendant The Toro Company* |
| 3200 IDS Center | |
| 80 South 8th Street | |
| Minneapolis, MN 55402 | |
| (612) 332-5300 | |

Dated: April 10, 2007
Public Version Dated: April 18, 2007
790031 / 29362

I, David E. Moore, declare as follows:

1.  My name is David E. Moore.  I am an associate with the law firm of Potter Anderson & Corroon L.L.P., which represents Defendant the Toro Company, ("Toro") in the above-captioned matter.

2.  Attached hereto as Exhibit A is a true and correct copy of Toro's request for reexamination dated April 5, 2007.

3.  Attached hereto as Exhibit B is a true and correct copy of Toro's Notice of Motion to Stay Litigation Pending Determination of The Toro Company's Requests for Reexamination by the U.S. Patent and Trademark Office.

4.  Attached hereto as Exhibit C is a true and correct copy of a letter dated March 20, 2007 to Anthony Zeuli from Chris Campbell.

5.  Attached hereto as Exhibit D is a true and correct copy of a letter dated April 4, 2007 to Chris Campbell from Anthony Zeuli.

6.  Attached hereto as Exhibit E is a true and correct copy of a Telephone Hearing Transcript dated November 9, 2006.

7.  Attached hereto as Exhibit F is a true and correct copy of a Telephone Hearing Transcript dated January 11, 2007.

8.  ████████████████████████████████████████
    ██████████████████████████

9.  Attached hereto as Exhibit H is a true and correct copy of a Telephone Hearing Transcript dated January 11, 2007.

10.    Attached hereto as Exhibit I is a true and correct copy of *Union Carbide Chems. & Plastics Tech. Corp. v Shell Oil Co.*, C.A. No. 99-274-SLR, C.A. No. 99-846-SLR, 2004 U.S. Dist. LEXIS 10730, *67 (D. Del. 2004)

11.    Attached hereto as Exhibit J is a true and correct copy of *Rohm and Haas Co. v. Brotech Corp.*, C.A. No. 90-109-RRM, 1992 U.S. Dist. LEXIS 21721, at *4-7 (D. Del. July 16, 1992.)

12.    Attached hereto as Exhibit K is a true and correct copy of the original notice of Eberlein's deposition and Textron's email requesting a later date.


I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.


Executed this 10th day of April, 2007.          */s/ David E. Moore*
                                                          David E. Moore


Public Version Dated:  April 18, 2007
790031 / 29362

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 18, 2007, the attached document

was electronically mailed and hand delivered to the following persons and was

electronically filed with the Clerk of the Court using CM/ECF which will send

notification to the registered attorney(s) of record that the document has been filed and is

available for viewing and downloading:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE  19899-1709
Johnsone@pepperlaw.com
kovacht@pepperlaw.com

I hereby certify that on April 18, 2007, I have Electronically Mailed and Federal

Expressed the documents to the following:

Christopher C. Campbell                David Young
Hunton & Williams LLP                  Hunton & Williams LLP
1900 K Street, N.W.                    1751 Pinnacle Drive, Suite 1700
Washington, DC  20006-1109             McLean, Virginia 22102
srobertson@hunton.com                  mpphelps@hunton.com
ccampbell@hunton.com                   dyoung@hunton.com
mlouey@hunton.com
lmarlatt@hunton.com
fmckeon@hunton.com
dmckim@hunton.com
jalbert@hunton.com
rking@hunton.com

695031 / 29362

Kurt Niederluecke
Fredrikson & Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
kniederluecke@fredlaw.com

By:  */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com