IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-486 (GMS) |
| | ) |
| THE TORO COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Scott L. Robertson, Esquire, Christopher C. Campbell, Esquire, and Jennifer A. Albert, Esquire of Goodwin Procter LLP and formerly of Hunton & Williams LLP, shall be substituted as counsel for Plaintiff, in place of Hunton & Williams LLP.

Dated: May 7, 2007

_____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
302.421.8390 fax
Attorneys for Plaintiff

Scott L. Robertson
Christopher C. Campbell
Jennifer A. Albert
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
202.346.4000
202.346.4444 fax

#8545468 v1