## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on May 7, 2007 a true and correct copy of the foregoing *Notice of Substitution* to be served to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

>Richard L. Horowitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19899

Via electronic mail upon:

>Earl D. Reiland, Esquire
>Thomas R. Johnson, Esquire
>Thomas J. Leach, Esquire
>MERCHANT & GOULD P.C.
>3200 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402

/s/ Edmond D. Johnson
Edmond D. Johnson (Del. Bar. No. 2257)

#8545468 v1