IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC., <br> Plaintiff | ) <br> ) <br> ) | |
| v. | ) <br> ) | C.A. No. 05-486 (GMS) |
| THE TORO COMPANY, <br> Defendant | ) <br> ) | ATTORNEYS' EYES ONLY <br> SUBJECT TO PROTECTIVE ORDER |

**LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF
MOTION FOR RECONSIDERATION OR REARGUMENT AND
MODIFICATION AND/OR CLARIFICATION OF ORDER GRANTING STAY
OF PROCEEDINGS**

The undersigned attorney for plaintiff, Textron Innovations Inc., hereby states, pursuant to Local Rule 7.1.1, that Textron Innovations Inc. attorneys have contacted counsel for defendant, The Toro Company, and counsel for defendant declined to agree to the Entry of the Order Granting the foregoing Motion.

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

*Attorneys for Plaintiff, Textron Innovations Inc.*

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
Jennifer A. Albert
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

#8553199 v1