IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-486 (GMS) |
| | ) |
| THE TORO COMPANY, | ) ATTORNEYS' EYES ONLY |
| | ) SUBJECT TO PROTECTIVE |
| Defendant. | ) ORDER |

**PLAINTIFF TEXTRON INNOVATIONS INC.'S OPENING BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION OR REARGUMENT AND MODIFICATION AND/OR CLARIFICATION OF ORDER GRANTING STAY OF PROCEEDINGS [FILED UNDER SEAL]**

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

*Attorneys for Plaintiff*
*Textron Innovations Inc.*

Dated: May 9, 2007

#8553132 v1

**THIS DOCUMENT WAS FILED UNDER SEAL**

#8553132 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May 2007, I caused a copy of the foregoing *Plaintiff Textron Innovations Inc.'s Opening Brief in Support of Motion for Reconsideration or Reargument and Modification and/or Clarification of Order Granting Stay of Proceedings [Filed Under Seal]* to be served:

Via hand delivery upon:

> Richard L. Horwitz
> David E. Moore
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19899-0951
> (302) 984-6000

Via overnight courier:

> Earl D. Reiland
> Thomas R. Johnson
> Thomas J. Leach
> MERCHANT & GOULD P.C.
> 3200 IDS Center
> 80 South 8th Street
> Minneapolis, MN 55402
> (612) 332-5300

> /s/ Edmond D. Johnson
> Edmond D. Johnson (DE Bar #2257)

#8553132 v1