# EXHIBIT E

Case 1:05-cv-00486-GMS    Document 249-2    Filed 05/09/2007    Page 1 of 2

**THIS DOCUMENT WAS FILED UNDER SEAL**

#8553132 v1