IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-486 (GMS) |
| ) | |
| THE TORO COMPANY, ) | ATTORNEY'S EYES ONLY |
| ) | SUBJECT TO PROTECTIVE |
| ) | ORDER |
| Defendant. ) | |

**PLAINTIFF TEXTRON INNOVATIONS INC.'S REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR RECONSIDERATION OR REARGUMENT AND MODIFICATION AND/OR CLARIFICATION OF ORDER GRANTING STAY OF PROCEEDINGS [FILED UNDER SEAL]**

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
Jennifer A. Albert
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

*Attorneys for Plaintiff*
*Textron Innovations Inc.*

Dated: May 23, 2007

#8582493 v1

**THIS DOCUMENT WAS FILED UNDER SEAL**