# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May 2007, I caused a copy of the foregoing *Plaintiff Textron Innovations Inc.'s Reply Brief in Further Support of Motion for Reconsideration or Reargument and Modification and/or Clarification of Order Granting Stay of Proceedings [Filed Under Seal]* to be served:

Via hand delivery upon:

>Richard L. Horwitz
>David E. Moore
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951
>(302) 984-6000

Via overnight courier:

>Earl D. Reiland
>Thomas R. Johnson
>Thomas J. Leach
>MERCHANT & GOULD P.C.
>3200 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402
>(612) 332-5300

Edmond D. Johnson (DE Bar #2257)