IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 05-486 (GMS) |
| v. | ) |
| | ) |
| THE TORO COMPANY, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Plaintiff Textron Innovations, Inc. herby withdraws its Plaintiff Textron Innovations Inc.'s Reply Brief in Further Support of Motion for Reconsideration or Reargument and Modification and/or Clarification of Order Granting Stay of Proceedings [Filed Under Seal] [Docket No. 253] filed on May 23, 2007.

Dated: May 23, 2007

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390

OF COUNSEL:

Scott L. Robertson
Christopher C. Campbell
Jennifer A. Albert
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

*Attorneys for Plaintiff*
*Textron Innovations Inc.*

#8582760 v1