## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May 2007, I caused a copy of the foregoing *Plaintiff Textron Innovations Inc.'s Reply Brief in Further Support of Motion for Modification and/or Clarification of Order Granting Stay of Proceedings [Filed Under Seal]* to be served:

Via hand delivery upon:

> Richard L. Horwitz, Esq.
> David E. Moore, Esq.
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19899-0951
> (302) 984-6000

Via overnight courier:

> Earl D. Reiland, Esq.
> Thomas R. Johnson, Esq.
> Thomas J. Leach, Esq.
> MERCHANT & GOULD P.C.
> 3200 IDS Center
> 80 South 8th Street
> Minneapolis, MN 55402
> (612) 332-5300

Edmond D. Johnson (DE Bar #2257)