## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2007, I caused a copy of the public version of foregoing *Plaintiff Textron Innovations Inc.'s Reply Brief in Further Support of Motion for Modification and/or Clarification of Order Granting Stay of Proceedings* to be served:

Via hand delivery upon:

>Richard L. Horwitz, Esq.
>David E. Moore, Esq.
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951
>(302) 984-6000

Via overnight courier:

>Earl D. Reiland, Esq.
>Thomas R. Johnson, Esq.
>Thomas J. Leach, Esq.
>MERCHANT & GOULD P.C.
>3200 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402
>(612) 332-5300

_____
Thomas H. Kovach (DE Bar #3964)