IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXTRON INNOVATIONS INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-486 (GMS) |
| THE TORO COMPANY, ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

At Wilmington this **7th** day of **June, 2007**, having reviewed and duly considered the plaintiff's motion for reconsideration of the court's April 25, 2007 Order granting the defendant's motion to stay, and the responses thereto;

IT IS ORDERED that the plaintiff's motion for reconsideration (D.I. 248) is DENIED. The court has not adjudged the remedies available to the plaintiff, and the court's Order granting a stay of this action (D.I. 246) should not be read as such.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE