

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

July 2, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

    Re:   **Textron Innovations Inc. v. The Toro Company
            C. A. No. 05-486-GMS**

Dear Chief Judge Sleet:

      Pursuant to Your Honor's Order of April 25, 2007 (D.I. 246), we are advising the Court that on June 26, 2007 the PTO granted the request for re-examination of US Pat. No. 6047530. See Exhibit A hereto. All asserted claims of the '530 patent (claims 1-5) are being reexamined. We will advise the Court as soon as we hear something from the PTO with respect to the remaining patents in suit.

                                          Respectfully,

                                          /s/ *David E. Moore*

                                          David E. Moore

DEM/nmt/805032 / 29362
Enclosure
cc:  Clerk of the Court (via hand delivery)
     Counsel of Record (via electronic mail)