

**David E. Moore**

Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

July 20, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

    Re:    **Textron Innovations Inc. v. The Toro Company**
            **C. A. No. 05-486-GMS**

Dear Chief Judge Sleet:

    Pursuant to the Court's Order of April 25, 2007, the parties submit this joint status report in advance of the upcoming status teleconference scheduled for July 31, 2007, at 9:30 a.m. The U.S. Patent & Trademark Office has ordered the reexamination of all asserted claims from the patents-in-suit.

    Respectfully,

    /s/ *David E. Moore*

    David E. Moore

DEM/msb
808139 / 29362

cc: Clerk of the Court (via hand delivery)
    Counsel of Record (via electronic mail)